1  James E. Doroshow (SBN 112920)
       jdoroshow@foxrothschild.com
2  Ashe Puri (SBN 297814)
       apuri@foxrothschild.com
3  FOX ROTHSCHILD LLP
   1800 Century Park East, Suite 300
4  Los Angeles, CA 90067-1506
   Telephone: 310-598-4150
5  Facsimile:   310-556-9828

6  Attorneys for Defendants,
   OPPENHEIMER CINE RENTAL, LLC, OPPENHEIMER CAMERA PRODUCTS,
7  INC., and MARTY OPPENHEIMER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VOICE INTERNATIONAL, INC., a California corporation; DAVID GROBER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>OPPENHEIMER CINE RENTAL, LLC, a Washington corporation; OPPENHEIMER CAMERA PRODUCTS, INC., a Washington corporation; MARTY OPPENHEIMER, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV-15-08830-JAK-KS<br><br>Hon. Judge John A. Kronstadt<br><br>**DECLARATION OF MARTY OPPENHEIMER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date: 4/4/16<br>Hearing Time: 8:30 a.m.<br>Dept: 750, 7th Fl.<br><br>Complaint filed: 11/12/15 |
|---|---|

DECLARATION OF MARTY OPPENHEIMER

ACTIVE 32606716v1 12/10/2015                   1

I, MARTIN J. OPPENHEIMER, declare and state as follows:

1. My name is Martin J. Oppenheimer. I live in the State of Washington. I have personal knowledge of the matters set forth below. If called as a witness, I would be competent to testify concerning these facts.

2. I founded and manage the camera rental house Oppenheimer Cine Rental, LLC ("Oppenheimer Cine Rental"), which is a limited liability company organized under the laws of Washington and has a principal place of business in Seattle, Washington. I own Oppenheimer Cine Rental in its entirety.

3. Oppenheimer Cine Rental, including through its predecessors in interest, has been renting equipment since 1979. Oppenheimer Cine Rental has rented and continues to rent hundreds of different kinds of cameras, lenses and related equipment. One of the many products that Oppenheimer Cine Rental rents is a camera stabilizer under the brand name MakoHead. Oppenheimer Cine Rental does not own or sell MakoHead stabilizers. Rather, the Makohead stabilizer that Oppenheimer Cine Rental rents is owned by a third party who maintains the equipment and supplies additional parts as needed. Oppenheimer Cine Rental has never used a MakoHead stabilizer in the State of California.

4. I also founded and manage Oppenheimer Camera Products, Inc. ("Oppenheimer Camera Products"), which is a corporation organized under the laws of Washington and has a principal place of business in Seattle, Washington. I own Oppenheimer Camera Products in its entirety.

5. Oppenheimer Camera Products designs and sells products for the film and video industry, including mounts, handles and battery systems. Oppenheimer Camera Products does not buy, sell, use, own, rent, operate or otherwise deal in the MakoHead stabilizers.

6. I do not individually buy, sell, use, own, rent, operate or otherwise deal in MakoHead stabilizers. To the extent that I have any association with MakoHead

stabilizers, that association be in conjunction with my role as a manager for Oppenheimer Cine Rental and would be extremely limited.

7. I understand that Plaintiffs Voice International, Inc. and David Grober (collectively, "Plaintiffs") have brought an action in California alleging that that Oppenheimer Cine Rental, Oppenheimer Camera Products and myself, personally (collectively, the "Defendants"), infringe U.S. Patent No. 6,611,622 (the "'622 patent"). I do not believe that it is fair or just for any of the Defendants to be haled into a court in California for those or any other claims.

8. None of the Defendants is registered or qualified to or authorized to do business in the State of California. The Defendants do not have an agent for service of process in California. The Defendants do not employ any California residents. The Defendants do not maintain an office in the State of California. The Defendants do not maintain any company files or records in the State of California.

9. The Defendants do not have any bank accounts in the State of California. The Defendants do not own any personal or real property in the State of California. The Defendants do not have a telephone listing in the State of California. None of the Defendants or their representatives regularly conduct business in the State of California.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of December 2015 at Seattle, Washington

MARTY OPPENHEIMER

DECLARATION OF MARTY OPPENHEIMER
3

ACTIVE 32606716v1 12/10/2015