James E. Doroshow (SBN 112920)
  jdoroshow@foxrothschild.com
Ashe Puri (SBN 297814)
  apuri@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone:  310-598-4150
Facsimile:   310-556-9828

Attorneys for Defendants,
OPPENHEIMER CINE RENTAL, LLC, OPPENHEIMER CAMERA PRODUCTS, INC., and MARTY OPPENHEIMER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOICE INTERNATIONAL, INC., a California corporation; DAVID GROBER, an individual,<br><br>            Plaintiffs,<br><br>     v.<br><br>OPPENHEIMER CINE RENTAL, LLC, a Washington corporation; OPPENHEIMER CAMERA PRODUCTS, INC., a Washington corporation; MARTY OPPENHEIMER, an individual; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.: CV-15-08830-JAK-KS<br><br>Hon. Judge John A. Kronstadt<br><br>**DECLARATION OF JEFF GRANT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date:   4/4/16<br>Hearing Time:  8:30 a.m.<br>Dept:           750, 7th Fl.<br><br>Complaint filed:  11/12/15 |

DECLARATION OF JEFF GRANT
1

ACTIVE 32694248v1 12/10/2015

I, JEFFREY H. GRANT, declare and state as follows:

1. I am an attorney with Fox Rothschild LLP and counsel for Defendants Oppenheimer Cine Rental, LLC, Oppenheimer Camera Products, Inc., and Marty Oppenheimer ("Defendants"). I have personal knowledge of the matters set forth below. If called as a witness, I would be competent to testify concerning these facts.

2. In an email dated December 8, 2015, James E. Doroshow, trial counsel for Defendants, wrote an email to David Grober and Robert Lauson, who is counsel of record for Plaintiff Voice International, Inc., informing Messrs. Grober and Lauson that Defendants intended to file a motion to dismiss for lack of personal jurisdiction. Mr. Doroshow noted that he was available to discuss Defendants' anticipated filings. As of the time of this filing, neither Mr. Grober nor Mr. Lauson responded to Mr. Doroshow's email.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of December 2015 at Los Angeles, California.

*/s/ Jeff Grant*
JEFFREY H. GRANT