UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOICE INTERNATIONAL, INC., a California corporation; DAVID GROBER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>OPPENHEIMER CINE RENTAL, LLC, a Washington corporation; OPPENHEIMER CAMERA PRODUCTS, INC., a Washington corporation; MARTY OPPENHEIMER, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV-15-08830-JAK-KS<br><br>Hon. Judge John A. Kronstadt<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**<br><br>Date: 4/4/16<br>Time: 8:30 a.m.<br>Dept: 750, 7th Floor<br><br>Complaint filed: 11/12/15 |

This matter having been brought before the Court by Defendants Oppenheimer Cine Rental, LLC, Oppenheimer Camera Products, Inc., and Marty Oppenheimer (collectively, "Defendants"), for an Order Dismissing Plaintiffs' Complaint for lack of personal jurisdiction; and Plaintiffs, having received due notice and having had the opportunity to be heard; and the Court having considered the motion and the submissions and arguments made in support and in opposition thereto; and for the reasons set forth on the record; and for other good cause shown;

**IT IS** on this _____ day of _____, 2016,

**ORDERED** as follows:

1. The Defendants' Motion to Dismiss Plaintiffs' Complaint is **GRANTED**; and

2. Plaintiffs' Complaint is dismissed in its entirety.


Dated: _____   _____
HON. JUDGE JOHN A. KRONSTADT
UNITED STATES DISTRICT COURT
JUDGE