# EXHIBIT A

**Robert Lauson**

| | |
|---|---|
| **From:** | David Grober [davidgrober1@gmail.com] |
| **Sent:** | Tuesday, November 24, 2015 1:50 PM |
| **To:** | JDoroshow@foxrothschild.com |
| **Cc:** | Bob Lauson |
| **Subject:** | Response on CV-8830. |
| **Attachments:** | 150408_Opp Cine Rental_DC11 Check #1352.pdf; ATT03332.htm |

Dear Mr. Doroshow:

I, David Grober, received your email letter from Robert Lauson.

The Defendants in Case No. 2:15-cv-8830 are being sued in California based on documents recently provided and showing, which we did not know before, of Oppenheimer rentals of the MakoHead to California clients. I would think you would be aware of this business, so your statements are a bit confusing. In any event, we have filed against your clients and will not be withdrawing that action.

For your information, attached are several documents with basis of our suit.

In addition, as I am pro-se, I request that I be included in ALL communications, emails, phone calls, etc. Please include me in all correspondence, and if you wish to have phone conversations on any topic, no matter how small you believe it may be, please send an email on the subject so that we can respond or schedule a telecom if required. Simply, please no communications without my involvement.

Sincerely,

David Grober

(310) 951-1110. 578 W. Washington Blvd. #866. Marina del Rey, CA. 90292.

OP SERVICES, LLC.
DEADLIEST CATCH SEASON 11
308 W. VERDUGO AVENUE
BURBANK, CA 91502

| VENDOR | CHECK DATE | CHECK NUMBER |
|---|---|---|
| 000000000059 | 04 08 2015 | |
| OPPENHEIMER CINE RENTAL LLC | | 1352 |

| INVOICE DATE | INVOICE NUMBER | DESCRIPTION | GROSS | DISCOUNT | NET |
|---|---|---|---|---|---|
| 03 02 2015 | 5182 | 2/9-2/23/15 MAKO HEAD RENTAL | 5,500.00 | 0.00 | 5,500.00 |
| 03 13 2015 | 5192 | CLEAN/REPAIR MAKO HEAD | 2,326.80 | 0.00 | 2,326.80 |
| | | | | Total: | 7,826.80 |

| Amount Subject To Tax: | 7,826.80 | | | Check No: | 1352 |

DEADLIEST CATCH 11

OP SERVICES, LLC.          BANC OF CALIFORNIA        122243774         1352
DEADLIEST CATCH SEASON 11
308 W. VERDUGO AVENUE
BURBANK, CA 91502                                    DATE    04 08 2015

DEADLIEST CATCH 11

| VENDOR NO. | CHECK NO. |
|---|---|
| 000000000059 | 1352 |

PAY  *** CHECK COPY VOID -- CHECK COPY VOID -- CHECK COPY VOID ***          $ **7,826.80

PAY TO

OPPENHEIMER CINE RENTAL LLC
7400 THIRD AVE SOUTH
SEATTLE, WA, USA 98108

NON-NEGOTIABLE

NON-NEGOTIABLE

DO NOT CASH -- THIS IS NOT A CHECK

# OP Services, LLC

## A FremantleMedia Company

SHOW NAME: **Deadliest Catch – Season 11**

DATE: April 3, 2015

TOTAL **$7,826.80**

VENDOR **Oppenheimer Cine Rental LLC**

Address

**7400 Third Ave. South**

**Seattle, WA 98108**

Telephone 206-467-8666

Fax Number 206-467-9165

Contact

TAX I.D.# *(MANDATORY)* 91-216 6442

| IS THE W-9: | ATTACHED | X | ON FILE | | N/A | |
|---|---|---|---|---|---|---|
| PLEASE INDICATE: | PURCHASE | | RENTAL | | LABOR | |

## DESCRIPTION

| | | | | |
|---|---|---|---|---|
| *0400-03* | Makohead Camera Stabilizer and Accessories | | | |
| | 2/9/15 - 2/23/15 (2 weeks) @ $2,750/wk | | $5,500.00 | INV 5182 |
| | Invoice # 5182 | | | |
| 0400-85 | Makohead L&D -- Cleaning and Repair | INV 5192 | $2,261.80 | INV 5192 |
| 0210-08 | *Shipping* | INV 5192 | $65.00 | |
| | PO DC 11786 | | $7,826.80 | |

DATE REQUIRED   4/6/15   3/3/15

MAIL

GIVE TO   Give to DC11 Production

OTHER

REQUESTED BY Lisa Roberts

ACCTG APPROVAL

PROD MGR APPROVAL

| ACCOUNTING USE ONLY | | VENDOR # | | POSTING | |
|---|---|---|---|---|---|
| Account # | Set # | Free Field / 1099 | Amount | Description | |
| | | / | | | |
| | | / | $ | | |
| | | / | $ | | |
| | | / | $ | | |

*Rentals Due Back by 10am*

| | |
|---|---|
| Date Out: | 3/2/15 |
| Due Back: | 3/2/15 |
| Returned: | 02/26/2015 |

Ordered By: Lisa Roberts

**OPPENHEIMER CINE RENTAL LLC**

7400 Third Ave. South
Seattle, WA 98108

Phone 206 467-8666
Faxline 206 467-9165

Tax ID 91-2166442

# Rental Invoice

| Invoice Date: | Invoice #: |
|---|---|
| 3/2/15 | 5182 |

**Invoice To:**

**Original Productions**
**308 W. Verdugo Ave.**
**Burbank, CA 91502**

**Ship To:**

**Job Name:** Deadliest Catch

| | | Contract #: | PO # | Ship Via | Terms |
|---|---|---|---|---|---|
| Phone: | 818.295.6966 | 10907 | | Picked Up | Periodic Payments |
| Fax: | 818.295.6923 | | | | |

| Qty | Item | Description | Wks. | Wkly. Rate | Rate Total | Totals |
|---|---|---|---|---|---|---|
| | | *Weeks 5&6* | | | | |
| | | *Rental Dates  02/09-02/23/2015* | | | | |
| 1 | Makohead Stabilizer | *Stabilizer Head Billed @ 3 day week* | 2 | 3000.00 | 6,000.00 | 6,000.00 |
| 2 | Makohead Batteries | *(included)* | | | | |
| 1 | AC Power Supply | *(included)* | | | | |
| 1 | Ronford Tripod/s | *HC Tripod* | | 60.00 | 120.00 | 120.00 |
| 1 | Ronford Spreader | *Floor Spreader* | | 15.00 | 30.00 | 30.00 |
| 1 | Sachtler Video 18 Fluid Head | | | 120.00 | 240.00 | 240.00 |
| | Adjusted Weekly Package Rate | *2750.00 Weekly Rate* | | | -890.00 | -890.00 |

ENTERED

| PROD | UPM |
|---|---|
| DEPT | ACCT |
| VENDOR | TRANS # |
| | INS. ASSET |
| ACCT # | SET # |

| | |
|---|---|
| Subtotal | USD 5,500.00 |
| Sales Tax (0.0%) | USD 0.00 |
| Payments/Credits | USD 0.00 |
| Total | USD 5,500.00 |
| **Balance Due** | **USD 5,500.00** |

*We Appreciate Your Prompt Payment, Thank You.*

**OPPENHEIMER CINE RENTAL LLC**

# Service Invoice

7400 3rd Avenue South
Seattle, WA 98108
Tax ID 91-2166442

| Invoice Date: | Invoice #: |
|---|---|
| 3/13/15 | 5192 |

Original Productions
308 W. Verdugo Ave.
Burbank, CA 91502

Job Name:

| | Contract # | Terms |
|---|---|---|
| | 10907 | Due On Receipt |

| Qty. | Item | Description | Serial # | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | Service | *Service Hours Cleaning Tripod & Spreader Disassembled & Cleaned for saltwater damage* | | 14 | 115.00 | 1,610.00 |
| | Repair | *Sachtler V-18II* | 181758 | | 651.80 | 651.80 |
| | Shipping | *Shipping Costs to & from Transyvania for Sachtler Repair* | | | 65.00 | 65.00 |

ENTERED

| PROD | UPM |
|---|---|
| DEPT | ACCT |
| VENDOR | TRANS # |
| 1099 INS | ASSET |
| ACCT # | SET # |

| | |
|---|---|
| Subtotal | USD 2,326.80 |
| Sales Tax (0.0%) | USD 0.00 |
| Total | USD 2,326.80 |
| Payments/Credits | USD 0.00 |
| Balance Due | USD 2,326.80 |

*We Appreciate Your Prompt Payment. Thank You!*

# LOST & DAMAGED REPORT
## OP Services, LLC

## Deadliest Catch
## Season 11

**Attn:** Original Productions, LLC

Check one: ☐ Lost    ☒ Damaged    Date Lost/Damaged _____ 2/23/15

Lost/Damaged Asset
or Location Address: Mako Head _____

Asset/Location Description: Mako Head _____

Where Asset Lost/Damaged: Dutch Harbor, AK _____

How incident occurred: Saltwater damage due to time spent on Bering Sea ___

_____

_____

_____

_____

Person Reporting L&D:    Alexis Schwerin _____    6-Apr-15
                                                    Print Name                       Date

                                                    Signature

*OP Services, LLC   308 W. Verdugo Ave., Burbank, CA 91502   818-295-6966*



**PURCHASE ORDER**

**DEADLIEST CATCH 11**

308 W. Verdugo Avenue
Burbank, CA 91502
Phone: (818) 295-6966
Fax: (818) 295-3753

**DC 11786**

Vendor: Oppenheimer Cine Rental LLC

Address: 7400 Third Ave South

Seattle WA 98108

Vendor Incorp? _____ Yes _____ No

Contact: _____

Fed. ID/ SS #: 91-3166443

**(Required)**

Phone: _____

Fax: _____

W-9 Attached: __X__ On File: _____

| P.O. DATE | REQUESTED BY | CREDIT CARD | | | DEBIT CARD | P-CARD | PURCH | RNTL | FROM | TO |
|---|---|---|---|---|---|---|---|---|---|---|
| | | AMEX | VISA | MC | | | | | | |
| 8/3/15 | A. Schwerin | | | | | | | ✓ | | |

| DESCRIPTION | QTY | AMOUNT | TOTAL | ACCOUNTING CODE |
|---|---|---|---|---|
| Mako Head  Inv 5157 | 9/4-2/23 | 2750/wk | 5500.00 | 0400-03 |
| | | | | |
| Mako Head Cleaning Inv 5173 | | 2261.80 | 2261.80 | 0400-85 |
| Mako Head Shipping  Inv 5192 | | 65.00 | 65.00 | 0210-08 |
| | | | | |
| | | | | |
| | | | | |
| | | | | WWPWf0406 |
| | | | | |
| | | | | |
| | **TOTAL:** | | 7826.80 | |

This purchase order number must appear on all invoices, shipping documents, etc.

LP / UPM _____ DATE

VP PRODUCTION / SLP _____ DATE

White - VENDOR   Yellow - ACCOUNTING   Pink - CONTROL   Goldenrod - SHOW

**Form W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)
Oppenheimer Camera Products Inc.

Business name/disregarded entity name, if different from above
Oppenheimer Cine Rental

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶  S

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any)

Exemption from FATCA reporting
code (if any)

Address (number, street, and apt. or suite no.)
7400 Third Avenue South

Requester's name and address (optional)

City, state, and ZIP code
Seattle, WA  98108

List account number(s) here (optional)

**Print or type**
**See Specific Instructions on page 2.**

**Part I**  **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

| | | | – | | | – | | | | |

Employer identification number

| 9 | 1 | – | 2 | 1 | 6 | 6 | 4 | 4 | 2 |

**Part II**  **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**
Signature of
U.S. person ▶ *Sandi Edward*

Date ▶ 1|15|14

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-8, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,

- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

- An estate (other than a foreign estate), or

- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 8-2013)

# EXHIBIT B

OP SERVICES, LLC  OPPENHEIMER CINE RENTAL, LLC
DEADLIEST CATCH 8          12/7/2011 625

11/4/11 4805   10/7-11/4/11: MAKOHEAD STABILIZER    $8,904.00

AMT SUBJ TO TAX REPORTING: $0.00    CHECK TOTAL:   $8,904.00

DEADLIEST CATCH 8
OP SERVICES, LLC    HSBC BANK USA, N.A.    90-4086/1222
308 WEST VERDUGO AVE   445 N. BEDFORD DR.
BURBANK CA 91502   BEVERLY HILLS CA 90210

| | DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|
| | 12/7/2011 | 625 | $8,904.00 |

Pay Exactly Eight Thousand Nine Hundred Four and 00/100 Dollars **VOID AFTER 90 DAYS

TO THE
ORDER OF OPPENHEIMER CINE RENTAL, LLC
    7400 THIRD AVE. SOUTH
    SEATTLE WA 98108

⑈000000625⑈ ⑆122240861⑆ 178⑈79282 9⑈

OPPENHEIMER CINE RENTAL, LLC

OP SERVICES, LLC          12/7/2011 625
DEADLIEST CATCH 8
11/4/11 4805   10/7-11/4/11: MAKOHEAD STABILIZER    $8,904.00

AMT SUBJ TO TAX REPORTING: $0.00    CHECK TOTAL:   $8,904.00

OP SERVICES, LLC
DEADLIEST CATCH 8

OPPENHEIMER CINE RENTAL, LLC

2/22/2012 **741**

2/2/12    4900          2/4-3/2/12: MAKOHEAD STABILIZER-(2) MAKOHEAD BATT    $10,176.00

NOT NEGOTIABLE

AMT SUBJ TO TAX REPORTING:    $10,176.00          CHECK TOTAL:          $10,176.00

**DEADLIEST CATCH 8**
**OP SERVICES, LLC**
308 WEST VERDUGO AVE
BURBANK CA   91502

HSBC BANK USA, N.A.
445 N. BEDFORD DR.
BEVERLY HILLS CA   90210

90-4086/1222

| DATE | CHECK NUMBER | AMOUNT |
|------|--------------|--------|
| 2/22/2012 | 741 | $10,176.00 |

**VOID AFTER 90 DAYS

**Pay Exactly**  Ten Thousand One Hundred Seventy-Six and 00/100 Dollars

TO THE
ORDER OF        OPPENHEIMER CINE RENTAL, LLC
               7400 THIRD AVE. SOUTH
               SEATTLE WA 98108

⑆000000074⑈ ⑆122240861⑆ 178⑈79282⑈

NOT NEGOTIABLE

OPPENHEIMER CINE RENTAL, LLC

OP SERVICES, LLC                                      2/22/2012  **741**
DEADLIEST CATCH 8
2/2/12    4900          2/4-3/2/12: MAKOHEAD STABILIZER-(2) MAKOHEAD BATT'    $10,176.00

AMT SUBJ TO TAX REPORTING:    $10,176.00          CHECK TOTAL:          $10,176.00

**OP SERVICES, LLC**
**DEADLIEST CATCH S9**

OPPENHEIMER CINE RENTAL, LLC

12/17/2012 **652**

| 11/9/12 | 0928 | 6 DAYS: MAKOHEAD STABILIZER-FLUID HEAD-TRIP | $5,500.00 |
| 11/19/12 | 0930 | 9 DAYS: MAKOHEAD STABILIZER-FLUID HEAD-TRIPODS | $8,250.00 |
| 11/19/12 | 0931 | L & D: RUBBER FLAT PLUG/MAKOHEAD HANDLE-FLUID HEAD | $1,855.81 |

AMT SUBJ TO TAX REPORTING:    $15,605.81                    CHECK TOTAL:            $15,605.81

**DEADLIEST CATCH S9**
**OP SERVICES, LLC**
308 WEST VERDUGO AVE
BURBANK CA   91502

HSBC BANK USA, N.A.
445 N. BEDFORD DR.
BEVERLY HILLS CA   90210

90-4086/1222

| DATE | CHECK NUMBER | AMOUNT |
| 12/17/2012 | 652 | $15,605.81 |

**VOID AFTER 90 DAYS

Pay **Exactly**  Fifteen Thousand Six Hundred Five and 81/100 Dollars

TO THE
ORDER OF
OPPENHEIMER CINE RENTAL, LLC
7400 THIRD AVE. SOUTH
SEATTLE WA 98108

⑈000000652⑈ ⑆122240861⑆ 178⑈794376⑈

OPPENHEIMER CINE RENTAL, LLC

12/17/2012 **652**

**OP SERVICES, LLC**
**DEADLIEST CATCH S9**

| 11/9/12 | 0928 | 6 DAYS: MAKOHEAD STABILIZER-FLUID HEAD-TRIP | $5,500.00 |
| 11/19/12 | 0930 | 9 DAYS: MAKOHEAD STABILIZER-FLUID HEAD-TRIPODS | $8,250.00 |
| 11/19/12 | 0931 | L & D: RUBBER FLAT PLUG/MAKOHEAD HANDLE-FLUID HEAD | $1,855.81 |

AMT SUBJ TO TAX REPORTING:    $15,605.81                    CHECK TOTAL:            $15,605.81

OP SERVICES, LLC                    OPPENHEIMER CINE RENTAL, LLC
DEADLIEST CATCH S9                                                        3/19/2013    791

1/4/13      0986            1/7-2/4/13: MAKOHEAD STABILIZER-SACHTLER FLUID HEA        $11,000.00

AMT SUBJ TO TAX REPORTING:    $11,000.00                    CHECK TOTAL:              $11,000.00

**DEADLIEST CATCH S9**                  HSBC BANK USA, N.A.                        90-4086/1222
**OP SERVICES, LLC**                    445 N. BEDFORD DR.
308 WEST VERDUGO AVE                    BEVERLY HILLS CA    90210
BURBANK CA    91502

                                        **DATE        CHECK NUMBER      AMOUNT**
                                        3/19/2013     791              $11,000.00

Pay Exactly  Eleven Thousand and 00/100 Dollars                        **VOID AFTER 90 DAYS

TO THE
ORDER OF    OPPENHEIMER CINE RENTAL, LLC
            7400 THIRD AVE. SOUTH
            SEATTLE WA 98108

            ⑈000000791⑈ ⑆122240861⑆ 178⑈79437⑈

AMT SUBJ TO TAX REPORTING:    $11,000.00                    CHECK TOTAL:              $11,000.00

                    OPPENHEIMER CINE RENTAL, LLC
OP SERVICES, LLC                                                          3/19/2013    791
DEADLIEST CATCH S9
1/4/13      0986            1/7-2/4/13: MAKOHEAD STABILIZER-SACHTLER FLUID HEA        $11,000.00

OP SERVICES, LLC
DEADLIEST CATCH S9

OPPENHEIMER CINE RENTAL, LLC

3/26/2013   801

3/5/13   1056      2/5-3/5/13: MAKOHEAD STABILIZER-SACHTLER FLUID HEA      $11,000.00

AMT SUBJ TO TAX REPORTING:   $11,000.00                CHECK TOTAL:              $11,000.00

**DEADLIEST CATCH S9**
**OP SERVICES, LLC**
308 WEST VERDUGO AVE
BURBANK CA   91502

HSBC BANK USA, N.A.
445 N. BEDFORD DR.
BEVERLY HILLS CA   90210

90-4086/1222

| DATE | CHECK NUMBER | AMOUNT |
|------|--------------|--------|
| 3/26/2013 | 801 | $11,000.00 |

**VOID AFTER 90 DAYS

Pay Exactly  Eleven Thousand and 00/100 Dollars

TO THE
ORDER OF      OPPENHEIMER CINE RENTAL, LLC
              7400 THIRD AVE. SOUTH
              SEATTLE WA 98108

⑈000000080⑈ ⑆122240861⑆ 178⑈794376⑈

OPPENHEIMER CINE RENTAL, LLC

OP SERVICES, LLC                                      3/26/2013   801
DEADLIEST CATCH S9
3/5/13   1056      2/5-3/5/13: MAKOHEAD STABILIZER-SACHTLER FLUID HEA      $11,000.00

AMT SUBJ TO TAX REPORTING:   $11,000.00                CHECK TOTAL:              $11,000.00

OP SERVICES, LLC                OPPENHEIMER CAMERA PRODUCTS
DEADLIEST CATCH 10                                              1/6/2014   **595**

| 11/15/13 | 1502 | 10/5-11/15/13 CONTRACT #105666/105674 | $16,500.00 |
| 12/2/13 | 1523 | L&D TRIPOD & SPREADER, SACHTLER 18 FLUID HEAD | $1,533.88 |

AMT SUBJ TO TAX REPORTING:   $0.00                    CHECK TOTAL:        $18,033.88

**DEADLIEST CATCH 10**
**OP SERVICES, LLC**                BANC OF CALIFORNIA                    90-4377/1222
   308 WEST VERDUGO AVE          10100 SANTA MONICA BLVD. #2500
   BURBANK CA   91502            LOS ANGELES CA   90067

| DATE | CHECK NUMBER | AMOUNT |
| --- | --- | --- |
| 1/6/2014 | 595 | $18,033.88 |

**Pay Exactly** Eighteen Thousand Thirty-Three and 88/100 Dollars       **VOID AFTER 90 DAYS**

TO THE
ORDER OF        OPPENHEIMER CAMERA PRODUCTS
                7400 THIRD AVE.
                SEATTLE WA 98108

                                        _____

⑈0000000595⑈ ⑆122243774⑆ 01⑈103124⑈

---

OPPENHEIMER CAMERA PRODUCTS              1/6/2014   595

OP SERVICES, LLC
DEADLIEST CATCH 10
| 11/15/13 | 1502 | 10/5-11/15/13 CONTRACT #105666/105674 | $16,500.00 |
| 12/2/13 | 1523 | L&D TRIPOD & SPREADER, SACHTLER 18 FLUID HEAD | $1,533.88 |

AMT SUBJ TO TAX REPORTING:   $0.00                    CHECK TOTAL:        $18,033.88

OP SERVICES, LLC
DEADLIEST CATCH 10

OPPENHEIMER CAMERA PRODUCTS

1/30/2014   **655**

1/8/14      1563          1/5-1/21/14 MAKOHEAD STABILIZER,VID FL.HEAD,TRIPOD      $5,500.00

AMT SUBJ TO TAX REPORTING:    $0.00                    CHECK TOTAL:              $5,500.00

**DEADLIEST CATCH 10**
**OP SERVICES, LLC**
308 WEST VERDUGO AVE
BURBANK CA    91502

BANC OF CALIFORNIA                          90-4377/1222
10100 SANTA MONICA BLVD. #2500
LOS ANGELES CA    90067

| DATE | CHECK NUMBER | AMOUNT |
|------|--------------|--------|
| 1/30/2014 | 655 | $5,500.00 |

**Pay Exactly  Five Thousand Five Hundred and 00/100 Dollars**        **VOID AFTER 90 DAYS**

TO THE
ORDER OF       OPPENHEIMER CAMERA PRODUCTS
               7400 THIRD AVE.
               SEATTLE WA 98108

⑈0000000655⑈ ⑆122437740⑆ 01⑈103142⑈

OPPENHEIMER CAMERA PRODUCTS

OP SERVICES, LLC                                      1/30/2014   **655**
DEADLIEST CATCH 10
1/8/14      1563          1/5-1/21/14 MAKOHEAD STABILIZER,VID FL.HEAD,TRIPOD      $5,500.00

AMT SUBJ TO TAX REPORTING:    $0.00                    CHECK TOTAL:              $5,500.00

OP SERVICES, LLC
DEADLIEST CATCH 10

OPPENHEIMER CAMERA PRODUCTS

2/14/2014   **673**

1/22/14      1570            1/8-3/1/14 MAKOHEAD & ACCESSORIES                    $5,500.00

AMT SUBJ TO TAX REPORTING:      $0.00                    CHECK TOTAL:            $5,500.00

**DEADLIEST CATCH 10**
**OP SERVICES, LLC**
308 WEST VERDUGO AVE
BURBANK CA    91502

BANC OF CALIFORNIA
10100 SANTA MONICA BLVD. #2500
LOS ANGELES CA   90067

90-4377/1222

| DATE | CHECK NUMBER | AMOUNT |
|------|--------------|--------|
| 2/14/2014 | 673 | $5,500.00 |

**VOID AFTER 90 DAYS

Pay Exactly  Five Thousand Five Hundred and 00/100 Dollars

TO THE
ORDER OF      OPPENHEIMER CAMERA PRODUCTS
              7400 THIRD AVE.
              SEATTLE WA 98108

⑈000000673⑈ ⑆122437746⑆ 01⑈1031424⑈

OPPENHEIMER CAMERA PRODUCTS

2/14/2014   **673**

OP SERVICES, LLC
DEADLIEST CATCH 10
1/22/14      1570            1/8-3/1/14 MAKOHEAD & ACCESSORIES                    $5,500.00

AMT SUBJ TO TAX REPORTING:      $0.00                    CHECK TOTAL:            $5,500.00

OP SERVICES, LLC
DEADLIEST CATCH 10

OPPENHEIMER CAMERA PRODUCTS

3/10/2014    702

2/5/14    1574        2/5-2/18/14 MAKOHEAD STABILIZER, ACCESSORIES        $5,500.00

AMT SUBJ TO TAX REPORTING:    $0.00                    CHECK TOTAL:        $5,500.00

---

**DEADLIEST CATCH 10**
**OP SERVICES, LLC**
308 WEST VERDUGO AVE
BURBANK CA   91502

BANC OF CALIFORNIA
10100 SANTA MONICA BLVD. #2500
LOS ANGELES CA   90067

90-4377/1222

| DATE | CHECK NUMBER | AMOUNT |
|------|--------------|--------|
| 3/10/2014 | 702 | $5,500.00 |

**VOID AFTER 90 DAYS

Pay Exactly  Five Thousand Five Hundred and 00/100 Dollars

TO THE
ORDER OF    OPPENHEIMER CAMERA PRODUCTS
7400 THIRD AVE.
SEATTLE WA 98108

⑈0000000702⑈ ⑆122243774⑆ 01⑈103124⑈

---

OP SERVICES, LLC
DEADLIEST CATCH 10

OPPENHEIMER CAMERA PRODUCTS

3/10/2014    702

2/5/14    1574        2/5-2/18/14 MAKOHEAD STABILIZER, ACCESSORIES        $5,500.00

AMT SUBJ TO TAX REPORTING:    $0.00                    CHECK TOTAL:        $5,500.00

OP SERVICES, LLC.
DEADLIEST CATCH SEASON 11
308 W. VERDUGO AVENUE
BURBANK, CA 91502

| VENDOR | CHECK DATE | CHECK NUMBER |
|---|---|---|
| 000000000059 | 12 12 2014 | |
| OPPENHEIMER CINE RENTAL LLC | | 1167 |

| INVOICE DATE | INVOICE NUMBER | DESCRIPTION | GROSS | DISCOUNT | NET |
|---|---|---|---|---|---|
| 11 19 2014 | 5128 | 10/3/14-11/17/14 MAKOHEAD STBILIZER PKG | 16,500.00 | 0.00 | 16,500.00 |
| | | | | Total: | 16,500.00 |

| Amount Subject To Tax: | 0.00 | | Check No: | 1167 |
|---|---|---|---|---|

DEADLIEST CATCH 11

OP SERVICES, LLC.
DEADLIEST CATCH SEASON 11
308 W. VERDUGO AVENUE
BURBANK, CA 91502

BANC OF CALIFORNIA          122243774          1167

DATE          12 12 2014

DEADLIEST CATCH 11

| VENDOR NO. | CHECK NO. |
|---|---|
| 000000000059 | 1167 |

PAY   *** CHECK COPY VOID -- CHECK COPY VOID -- CHECK COPY VOID ***          $ ***16,500.00

PAY TO

OPPENHEIMER CINE RENTAL LLC
7400 THIRD AVE SOUTH
SEATTLE, WA, USA 98108

NON-NEGOTIABLE
NON-NEGOTIABLE

# DO NOT CASH -- THIS IS NOT A CHECK

OP SERVICES, L.C.
DEADLIEST CATCH SEASON 11
308 W. VERDUGO AVENUE
BURBANK, CA 91502

| VENDOR | CHECK DATE | CHECK NUMBER |
|---|---|---|
| 000000000059 | 02 19 2015 | 1280 |
| OPPENHEIMER CINE RENTAL LLC | | |

| INVOICE DATE | INVOICE NUMBER | DESCRIPTION | GROSS | DISCOUNT | NET |
|---|---|---|---|---|---|
| 02 11 2015 | 5171 | 1/12-2/8/15 MAKOHEAD & ACCESSORIES | 11,000.00 | 0.00 | 11,000.00 |
| | | | | Total: | 11,000.00 |

| | | |
|---|---|---|
| Amount Subject To Tax: | 11,000.00 | Check No: 1280 |

DEADLIEST CATCH 11

OP SERVICES, LLC.
DEADLIEST CATCH SEASON 11
308 W. VERDUGO AVENUE
BURBANK, CA 91502

BANC OF CALIFORNIA     122243774     1280

DATE     02 19 2015

DEADLIEST CATCH 11

| VENDOR NO. | CHECK NO. |
|---|---|
| 000000000059 | 1280 |

PAY   *** CHECK COPY VOID -- CHECK COPY VOID -- CHECK COPY VOID ***     $ ***11,000.00

PAY TO

OPPENHEIMER CINE RENTAL LLC
7400 THIRD AVE SOUTH
SEATTLE, WA, USA 98108

NON-NEGOTIABLE
NON-NEGOTIABLE

# DO NOT CASH -- THIS IS NOT A CHECK

OP SERVICES, LLC.
DEADLIEST CATCH SEASON 11
308 W. VERDUGO AVENUE
BURBANK, CA 91502

| VENDOR | CHECK DATE | CHECK NUMBER |
|---|---|---|
| 000000000059 | 04 08 2015 | |
| OPPENHEIMER CINE RENTAL LLC | | 1352 |

| INVOICE DATE | INVOICE NUMBER | DESCRIPTION | GROSS | DISCOUNT | NET |
|---|---|---|---|---|---|
| 03 02 2015 | 5182 | 2/9-2/23/15 MAKO HEAD RENTAL | 5,500.00 | 0.00 | 5,500.00 |
| 03 13 2015 | 5192 | CLEAN/REPAIR MAKO HEAD | 2,326.80 | 0.00 | 2,326.80 |
| | | | | Total: | 7,826.80 |

| Amount Subject To Tax: | 7,826.80 | | Check No: | 1352 |
|---|---|---|---|---|

DEADLIEST CATCH 11

OP SERVICES, LLC.
DEADLIEST CATCH SEASON 11
308 W. VERDUGO AVENUE
BURBANK, CA 91502

BANC OF CALIFORNIA      122243774      **1352**

DATE      04 08 2015

DEADLIEST CATCH 11

| VENDOR NO. | CHECK NO. |
|---|---|
| 000000000059 | 1352 |

PAY   *** CHECK COPY VOID -- CHECK COPY VOID -- CHECK COPY VOID ***      $ **7,826.80

PAY TO

OPPENHEIMER CINE RENTAL LLC
7400 THIRD AVE SOUTH
SEATTLE, WA, USA 98108

NON-NEGOTIABLE
NON-NEGOTIABLE

# DO NOT CASH -- THIS IS NOT A CHECK

# EXHIBIT C

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)
**Oppenheimer Camera Products Inc.**

Business name/disregarded entity name, if different from above
**Oppenheimer Cine Rental**

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶  **S**

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any)

Exemption from FATCA reporting
code (if any)

Address (number, street, and apt. or suite no.)
**7400 Third Avenue South**

City, state, and ZIP code
**Seattle, WA  98108**

Requester's name and address (optional)

List account number(s) here (optional)

**Part I     Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

| | | | – | | | – | | | | |

Employer identification number

| 9 | 1 | – | 2 | 1 | 6 | 6 | 4 | 4 | 2 |

**Part II     Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

Sign
Here

Signature of
U.S. person ▶ *Sandi Edwards*          Date ▶ 11/5/14

**General Instructions**

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

**Purpose of Form**

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 8-2013)

# EXHIBIT D

"Josh" <josh@oppcam.com>                                    October 5, 2012  11:37 AM
To:  info@makohead.com
Joshua - Oppenheimer Cine - Cells

John,

Just spoke to Marty, he just suggested that we could either purchase a
replacement cell here locally or have you ship us one priority so that
it's here monday so its ready to go out Tuesday? & we'll send this one
to you ups ground? We can go either way which one would you prefer?


--
Josh Powless
Oppenheimer Cine Rental, LLC
206.467.8666

"Marty Oppenheimer" <marty@oppcam.com>                November 20, 2012  4:03 PM
To: "JohnMakoHead" <jd@makohead.com>, "Kea"
<Kea@oppcam.com>
Reply-To: marty@oppcam.com
Mako?

Hi John
How's life at Mako?  What's the deal with the bankruptcy?  How does it impact
Mako doing business?  How does it impact us?
We just had the head come back from Deadliest Catch.  A bit of damage and some
missing.  Mostly no issue, but we are missing
the stop plug for the head.  Hoping they find it, but not sure.  What do we bill and
do you have spares available?
Thanks
Marty Oppenheimer

"JohnMakoHead" <jd@makohead.com>⏚           April 3, 2013  10:41 AM
To: "marty@oppcam.com" <marty@oppcam.com>
RE: Upcoming

_____

4 Attachments, 9.5 MB
_____

Marty,
Looking for Kea's info....

I am shipping charger & (2) 'chassis' connectors with reset mount plates [see pic #(2)]
Wiring is shown on pic #(1), using two terminals for each lead pic #(3).
Also note the reset plate is 'potted' in place as well as screws pic #( )

Thank You for the help.

Thanx,
john
Mako Products, Inc.
10197 SE 144th Place
Summerfield, FL  34491
352 288 0111   fax 352 288 5538
www.makohead.com
info@makohead.com

_____

**From:** Marty Oppenheimer [mailto:marty@oppcam.com]
**Sent:** Wednesday, April 03, 2013 1:06 PM
**To:** JohnMakoHead
**Subject:** Re: Upcoming

John,
Glad to hear you received the check.  What is happening with the Bankruptcy?
I know that Kea sent the billing some time ago, but she'll send it again.
We still have the old "trailer style" connector for charging.  If you went
us a new style charger and two chassis mount connectors for the batteries,
we can change it out here.  ⟵
Marty

On 4/3/2013 5:48 AM, JohnMakoHead wrote:
Marty,
Do your battery power supplies still have the old plug? Or the mini XLR?
If the old, I will have redo charger.

Let me know soon, so I have time to change.

ALSO, still do not have billing information for the last Deadliest Catch??
Thank You for the check received yesterday

# EXHIBIT E

"Marty Oppenheimer" <marty@oppenheimercamera.com>           June 9, 2009  10:15 AM
To: "jd@makohead.com" <jd@makohead.com>
Evergreen

1 Attachment, 160 bytes

Hi John

Just checking back with you.

Evergreen wants us to ship to Anchorage on June 23 so they have it on June 24.

Any problems dealing with service, case and getting it to us for that timeline?

Also, I don't think I've done a weekly yet.  Are we charging a 3-day or a 4-day week?

I ran into David G at Cine Gear on Saturday.  He is always cordial, which is good.  I
asked if the suit was still going on, and he replied, "Yes".  Interesting with your note
on the e-mail.

Talk soon.
Marty Oppenheimer

_AVG certifi...t (160 bytes)

From: Marty Oppenheimer [mailto:marty@oppenheimercamera.com]
Sent: Wednesday, March 09, 2011 2:12 PM
To: JohnMakoHead
Subject: Insurance Value?

Hi John

Please remind me of the insurance value for the full Mako
set up.

Looks like I have a German client shooting in Vancouver BC
next week and we need the value for their insurance cert.

Thanks

Marty Oppenheimer


On 8/10/2011 12:43 PM, Marty Oppenheimer wrote:
-------- Original Message --------
Subject:MakoHead rental?
Date:Wed, 10 Aug 2011 13:28:09 -0400
From:JohnMakohead <>
To:'Marty Oppenheimer' <marty@oppcam.com>, 'Marty Oppenheimer'
<marty@oppenheimercamera.com>

Hi Marty,

How did the rental go in March?

We have not heard from you?

Do you have any prospects coming up in the near future?

We may have a need for another unit to cover an overlapping schedule next week. I'll
let you know.

Also, we need to sort out our unpaid bills:

We owe you for some battery cells

You owe us for part of a rental Feburary2010.

Thanx,

john
Mako Products, Inc.
10197 SE 144th Place
Summerfield, FL 34491
352 288 0111 fax 352 288 5538
www.makohead.com
info@makohead.com

"Marty Oppenheimer" <marty@oppenheimercamera.com>          September 16, 2011  10:39 AM
To: "JohnMakoHead" <jd@makohead.com>
Reply-To: marty@oppcam.com
Deadliest Catch

She just got back to me saying they need it in Dutch Harbor by October 8
Marty

From: Marty Oppenheimer
[mailto:marty@oppenheimercamera.com]
Sent: Tuesday, January 22, 2013 1:11 PM
To: JohnMakoHead
Cc: marty@oppcam.com; Kea; Sandi Edwards
Subject: Re: MakoHead billing for Deadliest Catch Nov2012???
John
I don't know about a November 2012 Deadliest Catch
rental, but Kea will pull up the rentals.
They do currently have our head. It shipped to Dutch
Harbor on January 4 and is due back in late February or early
March. We will forward invoicing to you today.
Thanks
Marty

# EXHIBIT F

**OPPENHEIMER CINE RENTAL, L.L.C.**

| | |
|---|---|
| UBI Number | 602160651 |
| Category | LLC |
| Active/Inactive | Active |
| State Of Incorporation | WA |
| WA Filing Date | 11/08/2001 |
| Expiration Date | 11/30/2015 |
| Inactive Date | |
| Duration | Unspecified |
| **Registered Agent Information** | |
| Agent Name | ROBERT F BAKER |
| Address | 601 UNION STREET STE 4950 |
| City | SEATTLE |
| State | WA |
| ZIP | 98101 |
| **Special Address Information** | |
| Address | |
| City | |
| State | |
| Zip | |

Governing Persons

| Title | Name | Address |
|---|---|---|
| Manager | MARTIN OPPERHEIMER , | 7400 THIRD AVENUE S<br>SEATTLE , WA 98108 |

**OPPENHEIMER CAMERA PRODUCTS, INC.**

| | |
|---|---|
| UBI Number | 601982909 |
| Category | REG |
| Profit/Nonprofit | Profit |
| Active/Inactive | Active |
| State Of Incorporation | WA |
| WA Filing Date | 09/27/1999 |
| Expiration Date | 09/30/2016 |
| Inactive Date | |
| Duration | Perpetual |
| **Registered Agent Information** | |
| Agent Name | ROBERT F BAKER |
| Address | 601 UNION STREET STE 4950 |
| City | SEATTLE |
| State | WA |
| ZIP | 98101 |
| **Special Address Information** | |
| Address | |
| City | |
| State | |
| Zip | |

**Governing Persons**

| Title | Name | Address |
|---|---|---|
| ALL Officers | OPPENHEIMER , MARTY | 7400 THIRD AVENUE SOUTH<br>SEATTLE , WA 98108 |

# EXHIBIT G



**INTERSTATE**
**ALL BATTERY CENTER**

*Outrageously Dependable™*

500 SW Grady Way Suite#G, Renton, WA  98057
Phone (425)-226-6788   FAX (425)-970-6797

I N V O I C E   N U M B E R   816359                                         Page      1

OPPENHEIMER CAMERA                    Account Number          0P90
7400 3RD AVE. SOUTH                   Purchase Order 16-12215
SEATTLE WA                            Job Number              BBBB
                            98134     Invoice Date            08/26/10
                                      Date Due                09/25/10

***** TERMS ARE NET 30 DAYS *****

| Item NO | Item Description | UOM Quantity | Price | TOTAL |
|---------|------------------|--------------|-------|-------|
| ADCM0010 12V 18AH VRLA MOBILITY INSER EA | | 6.00 | 49.78 | 298.68 |

                                        Total Charges           298.68

                Amount Due if Paid by 09/25/10  ========>       298.68

        Shipped to:

 Shipped VIA:                Date Shipped: 08/26/10
 Sales Order:   816359       Customer Code: C3      Salespsn: KN

   NOTE:
     PO# 16-12215
     ATTN: GABE MEDINA
   I certify that the above goods are sales tax exempt and a sales tax
   permit number has been provided.
   I have received the goods listed above and agree to pay the Balance
   Due according to the terms shown.

        SIGNATURE:

**Interstate All Battery Center Franchise Opportunities Available: 1-800-730-7868 or Franchise@ibsa.com**
**Business-to-Business Pricing Also Available**

Warranty Disclaimer on back                **HAVE IT FIND IT BUILD IT**                interstateallbattery.com

# EXHIBIT H

"Oppenheimer Camera Products" <kea@oppcam.com>✎     June 12, 2012  11:13 AM
To: "jd@makohead.com" <jd@makohead.com>
Cc: "sandi@oppcam.com" <sandi@oppcam.com>
Reply-To: Oppenheimer Camera Products <kea@oppcam.com>
COPY Makohead Invoice 0567 from OPPENHEIMER!

1 Attachment, 84 KB

Hi John,

For you records...

Sincerely,

Kea Zeta Cooke

Oppenheimer Camera Products
206 467-8666

**To view your invoice**
Open the attached PDF file. You must have Acrobat® Reader® installed to view the attachment.

| Rentals Due Back by 10am | | **OPPENHEIMER CINE RENTAL LLC** | **Rental Invoice** | |
|---|---|---|---|---|
| Date Out: | 5/29/2012 | 7400 Third Ave. South | Invoice Date: | Invoice #: |
| Due Back: | 4/16/2012 | Seattle, WA 98108 | 6/11/2012 | 0567 |
| Returned: | 5/29/2012 | P: (206) 467-8666 | F: (206) 467-9165 | | |
| | | Kea@oppcam.com | | |

*Rental Charges: 1-Week = 3-Days*

Ordered By:   Hayse Baxley

Invoice To:
National Geographic Television
1145 17th Street NW
Washington, DC 20036

Ship To:
National Geographic
c/o Mike Brittain
231 Ballaine Blvd.
Seward, AK 99664
907.224.3389

Job Name:

| Phone: | 202 828-8080 | | Contract #: | PO # | Job # | Ship Via | | Terms | |
|---|---|---|---|---|---|---|---|---|---|
| E-mail: | jgoldberg@ngs.org | | 105237 | Ref: x05808 | | FedEx 2-Day | | Net 10 | |

| Qty | Item | Description | Days | Rate Each | Rate Total | Totals |
|---|---|---|---|---|---|---|
| 1 | Makohead Stabilizer | | 36 | 1000.00 | 36,000.00 | 36,000.00 |
| 1 | Ronford Tripod/s | | 36 | 20.00 | 720.00 | 720.00 |
| 1 | Mitchell Plate Adapter | | 36 | 5.00 | 180.00 | 180.00 |
| 1 | Discounted Package Rate | 6-Week Discounted Package Price = $15,600 | | | -21,300.00 | -21,300.00 |

# EXHIBIT I

"Marty Oppenheimer" <marty@oppenheimercamera.com>       June 19, 2009  1:21 PM
To: "JohnMakoHead" <jd@makohead.com>
Mako To Seattle

_____
1 Attachment, 160 bytes

John

The client (Evergreen Films) called this morning and they want to pick up the Mako
on Tuesday 6/23, rather than Wednesday 6/24.

What's the status of shipping it to us?

Today would be nice (and safe).  That should get it in over the weekend so we can
pick it up on Monday and prep.

Waddaya think?

Marty Oppenheimer

 AVG certifi...t (160 bytes)

**Mako Products, Inc.**
10197 SE 144th Place
Summerfield, FL 34491

# Rental Invoice

| Date | Invoice # |
|------|-----------|
| 2/2/2010 | 93231 |

| Ship To |
|---------|
| ParadiseFX |
| China |

| Bill To |
|---------|
| Oppenheimer CINE Rental, LLC |
| 7400 Third Avenue South |
| Seattle, WA  98108 |

| P.O. Number | Due Date | Ship | Via | F.O.B. | Project | Terms |
|-------------|----------|------|-----|--------|---------|-------|
| | 12/15/2009 | 12/15/2009 | | | | |

| Qty | Description | | Each | Amount |
|-----|-------------|--|------|--------|
| 3 | Rental of Makohead | | 600.00 | 1,800.00 |
| | MakoHead stabilizer unit #1103 | (1) case 120pounds 30"x 20"x 18" | | |
| | -10' power cord | [For Cameras HTS#9007910000] | | |
| | -30' power cord | | | |
| | -insert stud/pin/castle nut | | | |
| | -tuning box | | | |
| | -stopper | | | |
| | -charge cord | | | |
| | -float plate assembly | | | |
| | -36volt electronic battery charger #30000934R02 | | | |
| | -12volt > 36volt PowerConvertor #001C | | | |
| | -'salt-a-way' rinse | | | |
| | -instruction manual | | | |
| 2 | | | | 0.00 |
| | BatteryPowerSupplies #002L & #008L | (2) cases 40pounds each 12"X 12"X 10" | | |
| | | [For Cameras HTS#9007910000] | | |
| | | (Contains: Non-Hazardous,  Non-Spillable Batteries,  [173.159(d)]) | | |

| | | |
|--|--|--|
| Subtotal | $1,800.00 |
| Sales Tax | $0.00 |
| Total | $1,800.00 |
| Payments/Credits | $0.00 |
| Balance Due | $1,800.00 |

| Phone # | Fax # | E-mail | Web Site | USPPI EIN |
|---------|-------|--------|----------|-----------|
| 352-288-0111 | 352-288-5538 | info@makohead.com | www.makohead.com | |