**EXHIBIT A - SCHEDULE OF PRETRIAL AND TRIAL DATES FOR PATENT CASES** [1]

| Case No.: | 15-CV-08830-JAK-KS |
|---|---|
| Case Name: | Voice International et al. v. Oppenheimer, et al. |

| Hearings: | | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|
| __x_ Jury Trial<br>____ Court Trial<br>*(Tuesday at 9:00 a.m.)*<br><br>Duration Estimate:<br>___4_ Days<br>____ Weeks | | 6/20/17 | 10/17/17 | |
| Final Pretrial Conference ("FPTC") & Status Conference re Disputed Exhibits:<br>*(Monday at 3:00 p.m.: Two weeks before the trial)* | | 6/5/17 | 10/2/17 | |

| Deadlines for Bench Trials Only: | Weeks Before FPTC | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|
| Anticipated Ruling to be Issued by Court | Same date | N/A | N/A | |
| Last Date to File Objections to Direct Testimony Declarations | 2 | N/A | N/A | |
| Last Date to File Direct Testimony Declarations | 3 | N/A | N/A | |

| Deadlines: | Weeks After Listed Event | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|
| Infringement Contentions (S.P.R. 2.1, 2.2) | 2 (After Order Setting Scheduling Conference) | 3/11/16 | 6/11/16 | |
| Early Meeting of the Parties, Initial Disclosures (S.P.R. 2.3) | 4 (After Order Setting Scheduling Conference) | 2/22/16 | 2/22/16 | |
| Joint Rule 26(f) Report (S.P.R. 2.3) | 6 (After Order Setting Scheduling Conference) | 3/7/16 | 3/7/16 | |

11

---

[1] Defendants have filed a motion to dismiss for lack of personal jurisdiction (Dkt. No. 16). As such, Defendants believe that it is premature to set a trial schedule until the Court determines whether Defendants are subject to jurisdiction in this Court. Nevertheless, Defendants have provided a proposed trial schedule above.

| Event | Timing | | | |
|---|---|---|---|---|
| Scheduling Conference (S.P.R. 2.4) | [set by Court] | 3/14/16 | 3/14/16 | |
| Invalidity Contentions (S.P.R. 2.5, 2.6) | 2 (After Scheduling Conference) | 3/30/16 | 7/29/16 | |
| Exchange of Claim Terms (S.P.R. 3.1) | 4 (After Scheduling Conference) | 4/11/16 | 8/11/16 | |
| Exchange Proposed Constructions and Evidence (S.P.R. 3.2) | 6 (After Scheduling Conference) | 4/25/16 | 8/25/16 | |
| Complete Claim Construction Discovery (S.P.R. 3.3) | 10 (After Scheduling Conference) | 6/30/16 | 10/27/16 | |
| Joint Markman Prehearing Statement (S.P.R. 3.4) | 11 (After Scheduling Conference) | 6/27/16 | 10/24/16 | |
| Simultaneous Opening Markman Briefs (S.P.R. 3.5) | 12 (After Scheduling Conference) | 7/5/16 | 11/1/16 | |
| Simultaneously Responding Markman Briefs, Tutorials, and Presentation Materials (S.P.R. 3.5) | 14 (After Scheduling Conference) | 7/19/16 | 11/15/16 | |
| Markman Hearing (S.P.R. 3.6) | 17 (After Scheduling Conference) | 8/8/16 | 12/5/16 | |
| Markman Decision | [set by Court] | | | |
| Patentee Files Final Infringement Contentions, Expert Reports on issues Where Patentee has Burden of Proof, All Parties File Advice of Counsel Disclosures (S.P.R. 4.1, 4.4) | 4 (After Markman Decision) | 4 | 4 | |
| Accused Infringer Files Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Reports Where Accused Infringer has Burden of Proof (S.P.R. 4.2) | 8 (After Markman Decision) | 8 | 8 | |

| | | | | |
|---|---|---|---|---|
| Patentee's Rebuttal Expert Reports on Issues Where Accused Infringer has Burden of Proof (S.P.R. 4.3) | 12 (After Markman Decision) | 12 | 12 | |
| Discovery Cut-Off (S.P.R. 4.3) | 16 (After Markman Decision) | 16 | 16 | |
| Last Date to File Dispositive Motions (S.P.R. 4.5) | 20 (After Markman Decision) | 20 | 20 | |
| Last Date to Hear Motions (not file) | 27 (After Markman Decision) | 27 | 27 | |
| Last Date to Add Parties/Amend Pleadings | | 2/3/17 | 2/3/17 | |
| **Settlement Procedure Selection:** *(ADR-12 Form will be completed by Court after scheduling conference)* | | Plaintiff(s) Request | Defendant(s) Request | Court Order |
| 1. Magistrate Judge<br>2. Attorney Settlement Officer Panel<br>3. Outside ADR/Non-Judicial (Private) | | 1 | 1 | |
| Last day to conduct settlement conference/mediation | | 9/12/16 | 1/10/17 | |
| Notice of Settlement / Joint Report re Settlement **(10 days before PMSC)** | | 9/16/16 | 1/16/17 | |
| Post Mediation Status Conference: *(Monday at 1:30 pm: 14 days after the last day to conduct settlement)* | | 9/26/16 | 1/23/17 | |