Robert J. Lauson, Esq., SBN 175,486
bob@lauson.com
Edwin P. Tarver, Esq., SBN 201,943
edwin@lauson.com
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, California  90245
Tel.   (310) 726-0892
Fax   (310) 726-0893

Attorneys for Plaintiff, Voice International, Inc.

David Grober
davidgrober1@gmail.com
578 West Washington Blvd., Suite 866
Marina Del Rey, CA  90292
Tel. (310) 822-1100

Plaintiff, Pro se

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| **VOICE INTERNATIONAL, INC.,** a California corporation; **DAVID GROBER,** an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**OPPENHEIMER CINE RENTAL, LLC,** a Washington corporation; **OPPENHEIMER CAMERA PRODUCTS, INC.,** a Washington corporation;  **MARTY OPPENHEIMER,** an individual; and DOES 1- 10, inclusive,<br><br>**Defendants** | Case No.: 2:15-cv-08830-JAK-KS<br><br>**Stipulated Motion To Withdraw Motion To Dismiss, Acknowledge Personal Jurisdiction, Set Deadline To Answer Complaint And Request Scheduling Conference** |

///

///

Defendants, Marty Oppenheimer, Oppenheimer Cine Rental, LLC and Oppenheimer Camera Products, Inc. hereby withdraw their motion to dismiss (doc. 16) with prejudice, and agree to submit to the personal jurisdiction of the Court over all Defendants. Defendants agree that they shall respond to the Complaint within 30 days or by June 17, 2016.

Further, the parties request that the Court set a date for the scheduling conference within 60 days. Over the next month the parties plan to engage in settlement discussions.

A [Proposed] Order is being submitted herewith.

Date: May 18, 2016

Respectively submitted,

LAUSON & TARVER LLP

/s/ Robert J Lauson
Robert Lauson, Esq.
*Attorneys for Voice International, Inc*

/s/ David Grober
David Grober
*In Pro Per*

FOX ROTHSCHILD, LLP

By: /James E. Doroshow/
James E. Doroshow, Esq.
*Attorneys for Marty Oppenheimer, Oppenheimer Cine Rental, LLC and Oppenheimer Camera Products, Inc.*

2