1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

11
12

VOICE INTERNATIONAL, INC., a California corporation; DAVID GROBER, an individual,

13

    Plaintiffs,

14

    vs.

15
16

OPPENHEIMER CINE RENTAL, LLC, a Washington corporation;
OPPENHEIMER CAMERA

17

PRODUCTS, INC., a Washington corporation;  MARTY OPPENHEIMER,

18

an individual;
and DOES 1- 10, inclusive,

19
20

    Defendants

Case No.: 2:15-cv-08830-JAK-KS

**ORDER GRANTING JOINT STIPULATION TO WITHDRAW OF MOTION TO DISMISS, FINDING PERSONAL JURISDICTION, SETTING DEADLINE TO RESPOND TO COMPLAINT AND SETTING SCHEDULING CONFERENCE**

21
22
23
24
25
26
27
28

    Pursuant to the Defendants' agreement to submit to the personal jurisdiction of this Court for all of them and withdraw their motion to dismiss (doc. 16) with prejudice, and the parties' agreement that Defendants shall have thirty (30) days, or until June 17, 2016 to respond to the Complaint, the Court finds good cause and ORDERS that:

1.  Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction (Dkt. 16) is MOOT;

2.  Defendants shall respond to the Complaint by June 17, 2016;

3.  The Scheduling Conference is set for June 20, 2016 at 1:30 p.m. The parties' Joint Rule 16(b)/26(f) Report shall be filed no later than June 10, 2016; and

4.  The parties are encouraged to engage in the planned settlement discussions.

IT IS SO ORDERED.

Dated: May 20, 2016

_____
JOHN A. KRONSTADT
U. S. District Judge