## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### CENTRAL District of CALIFORNIA

Case Number: 2:15-CV-08830 JAK (KS)

Plaintiff:
**DAVID GROBER, ET AL.**

vs.

Defendant:
**OPPENHEIMER CINE RENTAL, ET AL.**

For:
Lauson & Tarver LLP
880 APOLLO STREET
SUITE 301
EL SEGUNDO, CA 90245

Received by Apex Process Service on the 25th day of June, 2016 at 11:32 am to be served on **JORDAN KLEIN, JR., 10197 SE 144TH PLACE, SUMMERFIELD, FL 34491**.

I, Michael W. Jones, being duly sworn, depose and say that on the **25th day of June, 2016 at 1:23 pm**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **Summons in a Civil Action, Plaintiff's First Amended Complaint for Patent Infringement, Jury Trial Demanded, Exhibit A to Plaintiff's First Amended Complaint for Patent Infringement** with the date and hour of service endorsed thereon by me, to: **JORDAN KLEIN, SR.** as **FATHER** at the address of: **10197 SE 144TH PLACE, SUMMERFIELD, FL 34491**, who stated they are authorized to accept service for **JORDAN KLEIN, JR.**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 90, Sex: M, Race/Skin Color: WHITE, Height: 5'10", Weight: 170, Hair: GRAY, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Verified Return of service and the facts stated in it are True. Pursuant to F.S. 92.525(2), Notary not required. Date: 6/29/16

Subscribed and Sworn to before me on the 29th day of June, 2016 by the affiant who is personally known to me.

Regina J. Harah
NOTARY PUBLIC

Michael W. Jones
C.P.S. ID# 89-6-3

Apex Process Service
Post Office Box 703
Ocala, FL 34478
(352) 694-1443

Our Job Serial Number: ASV-2016002113