# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## CENTRAL District of CALIFORNIA

Case Number: 2:15-CV-08830 JAK (KS)

Plaintiff:
**DAVID GROBER, ET AL.**

vs.

Defendant:
**OPPENHEIMER CINE RENTAL, ET AL.**

For:
Lauson & Tarver LLP
880 APOLLO STREET
SUITE 301
EL SEGUNDO, CA 90245

Received by Apex Process Service on the 25th day of June, 2016 at 11:32 am to be served on **OCEANIC PRODUCTION EQUIPMENT, LTD., 10197 SE 144TH PLACE, SUMMERFIELD, FL 34491**.

I, Michael W. Jones, being duly sworn, depose and say that on the **25th day of June, 2016 at 1:23 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Plaintiff's First Amended Complaint for Patent Infringement, Jury Trial Demanded, Exhibit A to Plaintiff's First Amended Complaint for Patent Infringement** with the date and hour of service endorsed thereon by me, to: **JORDAN KLEIN, SR.** as **AUTHORIZED TO ACCEPT SERVICE** for **OCEANIC PRODUCTION EQUIPMENT, LTD.**, at the address of: **10197 SE 144TH PLACE, SUMMERFIELD, FL 34491** and informed said person of the contents therein, in compliance with Florida Statute

**Description** of Person Served: Age: 90, Sex: M, Race/Skin Color: WHITE, Height: 5'10", Weight: 170, Hair: GRAY, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Verified Return of service and the facts stated in it are True. Pursuant to F.S. 92.525(2), Notary not required. Date: 6/29/16

Subscribed and Sworn to before me on the 29th day of June, 2016 by the affiant who is personally known to me.

_Regina J Karach_
NOTARY PUBLIC

Michael W. Jones
C.P.S. ID# 89-6-3

**Apex Process Service**
Post Office Box 703
Ocala, FL 34478
(352) 694-1443

Our Job Serial Number: ASV-2016002111