James E. Doroshow (SBN 112920)
   jdoroshow@foxrothschild.com
Ashe Puri (SBN 297814)
   apuri@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone:   310-598-4150
Facsimile:   310-556-9828

Attorneys for Defendants and Counterclaimants,
OPPENHEIMER CINE RENTAL, LLC, OPPENHEIMER CAMERA PRODUCTS, INC., and MARTY OPPENHEIMER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOICE INTERNATIONAL, INC., a California corporation; DAVID GROBER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>OPPENHEIMER CINE RENTAL, LLC, a Washington corporation; OPPENHEIMER CAMERA PRODUCTS, INC., a Washington corporation; MARTY OPPENHEIMER, an individual, JORDAN KLEIN, SR., an individual, JORDAN KLEIN, JR., an individual, JOHN DANN, an individual, MAKO PRODUCTS, an unknown entity, OCEANIC PRODUCTION EQUIPMENT, LTD., a Bahamian company; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: CV-15-08830-JAK-KS<br><br>Hon. Judge John A. Kronstadt<br><br>**DEFENDANTS OPPENHEIMER CINE RENTAL, LLC, OPPENHEIMER CAMERA PRODUCTS, INC. AND MARTY OPPENHEIMER'S COUNTERCLAIMS**<br><br>**[JURY TRIAL REQUESTED]**<br><br>Complaint filed:      11/12/15<br><br>Counterclaim filed:    6/29/16 |

## COUNTERCLAIMS FOR DECLARATORY RELIEF

For its Counterclaims against Counterdefendants Voice International, Inc. and David Grober, Counterclaimants Oppenheimer Cine Rental, LLC, Oppenheimer Camera Products, Inc., and Marty Oppenheimer (collectively, "Counterclaimants") hereby state and allege as follows:

## SUBJECT MATTER JURISDICTION

1. These Counterclaims are for declaratory relief action pursuant to 28 U.S.C. §§ 2201-2202, and seek a declaration under the patent laws of the United States that the claims of United States Patent No. 6,611,662 (the "'662 Patent") are not infringed and/or are invalid. The Counterclaims are so related to claims asserted in the Complaint that they form part of the same case or controversy under Article III of the United States Constitution. Accordingly, this Court has subject matter jurisdiction over the Counterclaims pursuant to 28 U.S.C. §§ 1331, 1338(a), 1367(a).

## THE PARTIES

2. Counterclaimant Oppenheimer Cine Rentals, LLC is a limited liability corporation organized and existing under the laws of the State of Washington.

3. Counterclaimant Oppenheimer Camera Products, Inc. is a corporation organized and existing under the laws of the State of Washington.

4. Counterclaimant Marty Oppenheimer is a resident of the State of Washington.

5. Counterclaimants allege on information and belief that Plaintiff and Counterdefendant Voice International, Inc. is a corporation organized and existing under the laws of the State of California.

6. Counterclaimants allege on information and belief that Plaintiff and Counterdefendant David Grober is a resident of the State of California.

7. Counterdefendants have sued Counterclaimants for infringement of the '662 Patent in this action.

## FIRST CLAIM FOR RELIEF

### (Non-infringement of the '662 Patent)

8. Counterclaimants incorporate and reallege paragraphs 1 through 7 of these Counterclaims as though set forth in full herein.

9. Counterdefendants contend that Counterclaimants have infringed the '662 Patent.

10. Counterclaimants deny that they have infringed any valid and enforceable claim of the '662 Patent.

11. Therefore, an actual controversy exists between Counterclaimants and Counterdefendants as to whether Counterclaimants have infringed any valid and enforceable claim of the '662 Patent. A judicial declaration regarding this controversy is necessary and desirable.

## SECOND CLAIM FOR RELIEF

### (Invalidity of the '662 Patent)

12. Counterclaimants incorporate and reallege paragraphs 1 through 11 of these Counterclaims as though set forth in full herein.

13. Counterdefendants contend that each of the '662 Patent is valid.

14. Counterclaimants deny that each claim of the '662 Patent is valid.

15. Therefore an actual controversy exists between Counterclaimants and Counterdefendants as to whether each claim of the '662 Patent is valid. A judicial declaration regarding this controversy is necessary and desirable.

## PRAYER FOR RELIEF

WHEREFORE, Counterclaimants pray for judgment on its Counterclaims as follows:

1. A declaration determining that Counterclaimants are not infringing, and have not infringed, any valid and/or enforceable claim of the '662 Patent;

2. A declaration that each claim of the '662 Patent is invalid;

3. That Counterdefendants be required to pay Counterclaimants their reasonable attorneys' fees and costs of suit; and

4. For such other and further relief as justice may require.

Dated: June 29, 2016                    FOX ROTHSCHILD LLP

By /s/ Ashe Puri
James E. Doroshow
Ashe Puri
Attorneys for Defendants,
OPPENHEIMER CINE RENTAL, LLC,
OPPENHEIMER CAMERA PRODUCTS,
INC., AND MARTY OPPENHEIMER

## JURY DEMAND

Defendants and Counterclaimants Oppenheimer Cine Rental, LLC, Oppenheimer Camera Products, Inc., and Marty Oppenheimer request a trial by jury on all issues so triable.

Dated: June 29, 2016             FOX ROTHSCHILD LLP

                         By  Ashe Puri
                             James E. Doroshow
                             Ashe Puri
                             Attorneys for Defendants and
                             Counterclaimants,
                             OPPENHEIMER CINE RENTAL, LLC,
                             OPPENHEIMER CAMERA PRODUCTS,
                             INC., AND MARTY OPPENHEIMER