Robert J. Lauson (175,486)
bob@lauson.com
Edwin P. Tarver, (201,943)
edwin@lauson.com
LAUSON & TARVER LLP
880 Apollo St., Suite. 301
El Segundo, CA  90245
Tel.  (310) 726-0892
Fax  (310) 726-0893

Attorneys for Plaintiff  Voice International, Inc.

David Grober
davidgrober1@gmail.com
578 West Washington Blvd., Suite 866
Marina Del Rey, CA  90292
Tel. (310) 822-1100

Plaintiff, Pro se

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| **VOICE INTERNATIONAL, INC.,** a California corporation; **DAVID GROBER,** an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**OPPENHEIMER CINE RENTAL, LLC,** a Washington corporation; **OPPENHEIMER CAMERA PRODUCTS, INC.,** a Washington corporation;  **MARTY OPPENHEIMER,** an individual; **JORDAN KLEIN, SR.,** an individual; **JORDAN KLEIN, JR.,** an individual; **JOHN DANN,** an individual; **MAKO PRODUCTS,** an unknown entity, **OCEANIC PRODUCTION, LTD.,** a Bahamian company; and DOES 1-10, inclusive,<br><br>**Defendants** | Case No.: **2:15-cv-08830-JAK(KS)**<br><br>**Declaration of David Grober In Support of Plaintiff's Response To Motion To Quash**<br><br>Date:  November 7, 2016<br>Time:  8:30 am<br>Place:  Courtroom 750<br>         Los Angeles – Roybal Bldg. |

1

I, David Grober, declare as follows:

1. I am the Plaintiff in the above-entitled civil action and the inventor of the '662 patent-in-suit. I have personal knowledge of the facts alleged herein and if called to testify, I would and could competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of a cover letter sent to Defendants' attorney, Mark Young, notifying him that a sent package contained copies of the summons and Amended Complaint for Defendants Dann, Klein, Sr., Klein, Jr., and OPEL, and a true and correct copy of a certified mail receipt for the package, which Young signed.

3. Attached as Exhibit B is a true and correct copy of an email exchange forwarded to me by counsel for Voice International which wherein counsel for Defendants, Mark Young, states he is not authorized to accept service and provides addresses for Defendants Jordan Klein, Jr, John Dann, OPEL's Bahamian address.

4. Attached as Exhibit C is a true and correct copy of a screenshot from "Google Maps" which shows the location of Klein, Sr. and Klein, Jr's homes in relation to one another.

5. Attached as Exhibit D is a true and correct copy of a screenshot from "Google Maps" which shows that the Dann's mailing address, provided by attorney Mark Young, is a marina and campground site.

6. Attached as Exhibit E are true and correct copies of four checks made payable to OPEL at its Florida address at the Klein Compound. The stamp on the back of the checks shows that they were deposited into the account for Mako Products Inc., which has the same mailing address.

7. Attached as Exhibit F is a true and correct copy of an email exchange with Voice International's counsel's office regarding the process server's conversation with Carla, the owner of the Marina where John Dann was supposedly living. Carla states that John Dann does not live on his boat or anywhere else at the marina or campground.

8. Attached as Exhibit G is a true and correct copy of of Doc. 16, pgs. 5-6, from Case No. 3:12-bk-06572-JAF which is the bankruptcy trustree's mailing matrix from the Mako Products, Inc. bankruptcy.

9. Attached as Exhibit H is a true and correct copy of the Florida registered voters page at FLvoters.com which was updated May of 2016 and lists John Dann's address as the Klein Compound at 10197 SE 144th Street, Summerfield, FL.

10. Attached as Exhibit I is a true and correct copy of the whitepages.com listing for John Dann which lists his address as the Klein Compound at 10197 SE 144th Street, Summerfield, FL.

11. Attached as Exhibit J is a true and correct copy of the Spokeo listing for John Dann which lists his address as the Klein Compound at 10197 SE 144th Street, Summerfield, FL.

12. Attached as Exhibit K is a true and correct copy of John Dann's LinkedIn page which states he lives in Summerfield, FL.

13. Attached as Exhibit L is a true and correct copy of John Dann's Facebook page which states he lives in Summerfield, FL.

14. Attached as Exhibit M are true and correct copies of two checks signed by Jordan Klein, Sr., from the Mako Products, Inc. bank account in January of 2016. One check is written to himself and the other is written to John Dann's company, Bee Dee Neon.  Also attached is a copy of the signature card for the account showing that Jordan Klein, Sr.'s signature is indeed the signature on the checks.

15. Attached as Exhibit N is a true and correct copy of an e-mail confirmation from Federal Express verifying delivery of a copy of the First Amended Complaint to the OPEL Bahamian address.

I declare under penalty of perjury that the foregoing is true and correct, executed this 17th day of October 2016 in El Segundo, California.

By: /s/ David Grober
David Grober