EXHIBIT "A"

*Law Offices*
## LAUSON & TARVER LLP

880 Apollo Street, Suite 301
El Segundo, CA 90245
Tel. (310) 726-0892
Fax (310) 726-0893
www.lauson.com

Procurement and Enforcement
of Intellectual Property

Patent, Trademark
Copyright and Related Causes

via USPS Certified Mail

June 23, 2016

Mr. Mark Young, Esq.
1638 Camden Ave.
Jacksonville, FL 32207

RE:   Voice International, Inc., et al. v. Oppenheimer Cine Rentals, LLC, et al.
      2:15-cv-08330-JAK-KS

Dear Mr. Young:

Please see the enclosed copies of the Summons and First Amended Complaint issued in the above-referenced matter for your clients John Dann, Jordan Klein, Jr., Jordan Klein, Sr. and Oceanic Production Equipment, Ltd. Please forward these legal documents to the appropriate persons.

Very truly yours,

Alisha Ross

Alisha Ross

enclosures



6-23-16

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Mark Young, Esq.
1638 Camden Avenue
Jacksonville, FL 32207

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  *Mark* ☐ Agent
☐ Addressee

B. Received by ( Printed Name )  Mark J. Young

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7008 0150 0002 7882 9554

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

EXHIBIT "B"

**Valerie Nichols**

| | |
|---|---|
| **From:** | Mark J. Young [myoungpa@gmail.com] |
| **Sent:** | Wednesday, July 27, 2016 7:35 AM |
| **To:** | Valerie Nichols |
| **Subject:** | Re: Voice International, Inc., et al. v. Oppenheimer Cine Rentals, LLC, et al., CV15-08830 JAK (KSx) |

It is not an "empty" address.  Mr. Dann lives on a boat dock at a Marina.

```
Regards,
Mark J. Young


Mark Young P.A.
1638 Camden Ave.
Jacksonville, Florida 32207
Tel. 904-996-8099
Fax. 904-980-9234
myoungpa@gmail.com

This e-mail may contain confidential or privileged information. If you are not the
intended recipient, please advise by return e-mail and delete immediately without reading
or forwarding to others.
```
On 7/26/2016 4:30 PM, Valerie Nichols wrote:

> Mr. Young,
>
> It appears that the address you gave us for John Dann is an empty slot at a campground (see
> attached).  Do you have a another address for him that you can provide to us?
>
> Thank you,
>
> Valerie
>
> ---
>
> **From:** Mark J. Young [mailto:myoungpa@gmail.com]
> **Sent:** Wednesday, June 29, 2016 9:37 AM
> **To:** bob@lauson.com
> **Subject:** Voice International, Inc., et al. v. Oppenheimer Cine Rentals, LLC, et al., CV15-08830 JAK (KSx)
>
> Mr. Lauson:
>
> My clients have not waived service or authorized me to accept service on their behalf.  Below are
> addresses that we discussed yesterday.  We also discussed personal jurisdiction and my clients'
> intention to move to dismiss for lack of personal jurisdiction, as in the prior lawsuit.  If you have
> any information or materials that I should consider before filing a motion, please forward them to
> me ASAP.
>
> You named Mako Productions as a defendant, despite the company's cessation of all operations
> and dissolution in a bankruptcy liquidation years ago.  This violates the bankruptcy court's
> discharge injunction.
>
> Jordan Klein Jr.  -- 10225 SE 144th Place, Summerfield, FL 34491

John Dann -- 6621 Riverside Drive, #10, Yankeetown, FL 34498

Oceanic Production Equipment, Ltd.--

Registered Agent:

Rebecca Cafferata
Cafferata & Co
Poinciana House,
West Mall and Poinciana,
P.o. Box F-42614,
Freeport,
Grand Bahama,
Commonwealth of The Bahamas

John Dann, Pres.

*Oceanic*
*This is a law office*

```
--
Regards,
Mark J. Young

Mark Young P.A.
1638 Camden Ave.
Jacksonville, Florida 32207
Tel. 904-996-8099
Fax. 904-980-9234
myoungpa@gmail.com
```

This e-mail may contain confidential or privileged information. If you are
not the intended recipient, please advise by return e-mail and delete
immediately without reading or forwarding to others.

**Valerie Nichols**

| | |
|---|---|
| **From:** | David Grober [davidgrober1@gmail.com] |
| **Sent:** | Tuesday, July 26, 2016 2:58 PM |
| **To:** | Valerie Nichols |
| **Subject:** | Re: Voice International, Inc., et al. v. Oppenheimer Cine Rentals, LLC, et al., CV15-08830 JAK (KSx) |

Hi Valerie.
If we don't get a response of a new address without asking again, I would be fine, when we get the other one served, that we send the Judge the pictures and tell him where they sent us.  Rather expose the games now with things this blatant.
Hope your day is going well.
Cheers,
David.

> On Jul 26, 2016, at 1:30 PM, Valerie Nichols <valerie@lauson.com> wrote:
>
> Mr. Young,
>
> It appears that the address you gave us for John Dann is an empty slot at a campground (see attached).  Do you have a another address for him that you can provide to us?
>
> Thank you,
>
> Valerie

---

**From:** Mark J. Young [mailto:myoungpa@gmail.com]
**Sent:** Wednesday, June 29, 2016 9:37 AM
**To:** bob@lauson.com
**Subject:** Voice International, Inc., et al. v. Oppenheimer Cine Rentals, LLC, et al., CV15-08830 JAK (KSx)

Mr. Lauson:

My clients have not waived service or authorized me to accept service on their behalf.  Below are addresses that we discussed yesterday.  We also discussed personal jurisdiction and my clients' intention to move to dismiss for lack of personal jurisdiction, as in the prior lawsuit.  If you have any information or materials that I should consider before filing a motion, please forward them to me ASAP.

You named Mako Productions as a defendant, despite the company's cessation of all operations and dissolution in a bankruptcy liquidation years ago.  This violates the bankruptcy court's discharge injunction.

Jordan Klein Jr.  -- 10225 SE 144th Place, Summerfield, FL 34491

John Dann -- 6621 Riverside Drive, #10, Yankeetown, FL 34498

Oceanic Production Equipment, Ltd.--

EXHIBIT "C"





EXHIBIT "D"



**Valerie Nichols**

| | |
|---|---|
| **From:** | Mark J. Young [myoungpa@gmail.com] |
| **Sent:** | Wednesday, July 27, 2016 7:35 AM |
| **To:** | Valerie Nichols |
| **Subject:** | Re: Voice International, Inc., et al. v. Oppenheimer Cine Rentals, LLC, et al., CV15-08830 JAK (KSx) |

It is not an "empty" address. Mr. Dann lives on a boat dock at a Marina.

```
Regards,
Mark J. Young

Mark Young P.A.
1638 Camden Ave.
Jacksonville, Florida 32207
Tel. 904-996-8099
Fax. 904-980-9234
myoungpa@gmail.com

This e-mail may contain confidential or privileged information. If you are not the
intended recipient, please advise by return e-mail and delete immediately without reading
or forwarding to others.
```
On 7/26/2016 4:30 PM, Valerie Nichols wrote:

> Mr. Young,
>
> It appears that the address you gave us for John Dann is an empty slot at a campground (see attached). Do you have a another address for him that you can provide to us?
>
> Thank you,
>
> Valerie
>
> **From:** Mark J. Young [mailto:myoungpa@gmail.com]
> **Sent:** Wednesday, June 29, 2016 9:37 AM
> **To:** bob@lauson.com
> **Subject:** Voice International, Inc., et al. v. Oppenheimer Cine Rentals, LLC, et al., CV15-08830 JAK (KSx)
>
> Mr. Lauson:
>
> My clients have not waived service or authorized me to accept service on their behalf. Below are addresses that we discussed yesterday. We also discussed personal jurisdiction and my clients' intention to move to dismiss for lack of personal jurisdiction, as in the prior lawsuit. If you have any information or materials that I should consider before filing a motion, please forward them to me ASAP.
>
> You named Mako Productions as a defendant, despite the company's cessation of all operations and dissolution in a bankruptcy liquidation years ago. This violates the bankruptcy court's discharge injunction.
>
> Jordan Klein Jr. -- 10225 SE 144th Place, Summerfield, FL 34491

EXHIBIT "E"

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20161005000493     SS
10/06/16 09:12:24 5 WEB JOBT61006090617
0077032377+ 20151116     07
2813.65     1000004328224          000000

---

THE BANK OF WASHINGTON
LYNNWOOD, WA 98036

3267

98-828/1251

*Purveyors of Fine Cine Cameras*

7400 THIRD AVENUE SOUTH
SEATTLE, WA 98108
PH. (206) 467-8666

11/6/15

PAY TO THE
ORDER OF     Oceanic Production Equipment          $  **USD 2,520.00

Two Thousand Five Hundred Twenty and 00/100************************************************************  DOLLARS

Oceanic Production Equipment
10197 SE 144th Place
Summerfield, FL 34491

MEMO

Balance moved from OCP -OCR 1/1/14

AUTHORIZED SIGNATURE

⑈003267⑈ ⑆125108366⑆031000426 2⑈

ISN# 3419032727
Date 11/16/2015

Pay To The Order Of
SUNTRUST BANK
For Deposit Only
1000004328224
MAKO PRODUCTS, INC.

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20161005000493     SS
10/06/16 09:12:24 4 WEB JOBT61006090617
0074202307+ 20151021     07
3096.00     1000004328224     000000

THE BANK OF WASHINGTON
LYNNWOOD, WA 98036

3263
98-838/1251

*Purveyors of Fine Cine Cameras*

7400 THIRD AVENUE SOUTH
SEATTLE, WA 98108
PH. (206) 467-8666

10/15/15

PAY TO THE
ORDER OF     Oceanic Production Equipment

$  **USD 3,096.00

Three Thousand Ninety-Six and 00/100************************************************************************  DOLLARS

Oceanic Production Equipment
10197 SE 144th Place
Summerfield, FL 34491

MEMO     Invoice 93404

AUTHORIZED SIGNATURE

⑈003263⑈ ⑆125108366⑆031000426 2⑈

ISN# 3419037255
Date 10/21/2015

151021 3419037255

Pay To The Order Of
SUNTRUST BANK
For Deposit Only
MAKO PRODUCTS, INC.
1000004328224

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20161005000493      SS
10/06/16 09:12:24 3 WEB JOBT61006090617
0074248750+ 20151020      07
505.53        1000004328224        000000

---

| Account: | NO ACCOUNT NUMBER | | $505.53 |
|---|---|---|---|

Please Direct Any Questions To
(800) 956-4442
WELLS FARGO BANK, NA
DEPT#34033, PO BOX 39000
San Francisco, CA 94139
9626000534        0036368126

58-382/412

0036368126

MAKO TECH OF LOUISIANA LLC
10197 SE 144TH PL
SUMMERFIELD, FL 34491-3725

October 14, 2015

· 04575 3822897 004587 004587 00001/00001 t04575

Pay **FIVE HUNDRED FIVE AND 53/100** ............................................      **DOLLARS**

$  *******505.53

TO
THE
ORDER
OF
OCEANIC PRODUCTION EQUIPMENT, LL
10197 SE 144TH PL
SUMMERFIELD, FL 34491-3725

VOID 90 DAYS AFTER ISSUE

AUTHORIZED SIGNATURE

⑆0036368126⑆ ⑈041203824⑈ 9626000534⑈

ISN# 3419036378
Date 10/20/2015

810462148

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20161005000493      SS
10/06/16 08:42:22 1 WEB JOBT61006083602
0074220508+ 20150105        07
15300.00     1000004328224        000000

THE BANK OF WASHINGTON
LYNNWOOD, WA 98036

3164

98-836/1251

*Purveyors of Fine Cine Cameras*

7400 THIRD AVENUE SOUTH
SEATTLE, WA 98108
PH. (206) 467-8686

12/23/14

PAY TO THE
ORDER OF       Oceanic Production Equipment                    $  **USD 15,300.00

Fifteen Thousand Three Hundred and 00/100****************************************************  DOLLARS

Oceanic Production Equipment
10197 SE 144th Place
Summerfield, FL  34491

MEMO

⑈003164⑈ ⑆125108366⑇0310004262⑈

ISN# 3419034989
Date 1/5/2015

Pay To The Order Of
SUNTRUST BANK
For Deposit Only
MAKO PRODUCTS, INC.
1000004328224

EXHIBIT "F"

**Valerie Nichols**

| | |
|---|---|
| **From:** | Valerie Nichols [valerie@lauson.com] |
| **Sent:** | Thursday, July 28, 2016 11:10 AM |
| **To:** | 'David Grober'; 'Robert Lauson' |
| **Cc:** | 'Alisha Ross' |
| **Subject:** | FW: Voice International, Inc., et al. v. Oppenheimer Cine Rentals, LLC, et al., CV15-08830 JAK (KSx) |

Our process server spoke with Carla, the owner of the marina, today.  Carla says John Dann does not live on his boat or anywhere on the marina or campground.  No one is allowed to live on their boats there.   Dann rents slip #10 for the sole purpose of storing his boat.   She has not seen Dann for many weeks.

---

**From:** Valerie Nichols [mailto:valerie@lauson.com]
**Sent:** Wednesday, July 27, 2016 12:43 PM
**To:** 'David Grober'
**Cc:** 'Robert Lauson'; 'Alisha Ross'
**Subject:** FW: Voice International, Inc., et al. v. Oppenheimer Cine Rentals, LLC, et al., CV15-08830 JAK (KSx)

Our process server went back out there and found a sailboat in slip #10 on the marina side.  The people in the office are not sure if his boat is the one in slip #10 or #11. (Only the marina owners can verify that info and they are out of town).  The office people said they believe he lives there only part time as he is hardly ever there and  it has been "quite some time" since anyone has seen him.   The process server left a business card on both boats (#10 and #11) and we'll see what happens.

---

**From:** Mark J. Young [mailto:myoungpa@gmail.com]
**Sent:** Wednesday, July 27, 2016 7:35 AM
**To:** Valerie Nichols
**Subject:** Re: Voice International, Inc., et al. v. Oppenheimer Cine Rentals, LLC, et al., CV15-08830 JAK (KSx)


It is not an "empty" address.  Mr. Dann lives on a boat dock at a Marina.

Regards,
Mark J. Young

Mark Young P.A.
1638 Camden Ave.
Jacksonville, Florida 32207
Tel. 904-996-8099
Fax. 904-980-9234
myoungpa@gmail.com

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.
On 7/26/2016 4:30 PM, Valerie Nichols wrote:

>    Mr. Young,

>    It appears that the address you gave us for John Dann is an empty slot at a campground (see attached).  Do you have a another address for him that you can provide to us?

>    Thank you,

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:15-cv-08830-JAK-KS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Oceanic Production Equipment, LTd
                                                            c/o John Dann, Officer, President, Sole Owner

was received by me on *(date)*  7-26-16 @ 3°° pm

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   This is a Marina, Per Owner Carla:
                                               Subject does not Reside here and Never has. He only
☐ Other *(specify)*                            Parks his boat here and she hasn't seen him
                                               in a month

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  7/26/16 @ 4° pm                    Susan Cochran  96-26
                                                *Server's signature*

                                          Susan Cochran  Process Server
                                                *Printed name and title*

_____
                                                *Server's address*

Additional information regarding attempted service, etc

DATE  7-26-16
TIME  4°° pm
SERVED BY
SUSAN COCHRAN I.D. NO 96-2-6
CERTIFIED PROCESS SERVER
FIFTH JUDICIAL CIRCUIT

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:15-cv-08830-JAK-KS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John Dann

was received by me on *(date)* 7-26-16 @ 3⁰⁰pm

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because This is a Marina, Per Owner Curla ; or
☐ Other *(specify):* Subject doesnot Reside here and Never has, He
only Parks his boat here and she hasn't
Seen him in a Month

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 7/26/16 @ 4⁰⁰pm          _Susan Cochran  96-2-6_
                                    Server's signature

                              _Susan Cochran  Process Server_
                                    Printed name and title

                              _____
                                    Server's address

Additional information regarding attempted service, etc:

DATE 7-26-16
NAME
SERVED BY
SUSAN COCHRAN I.D. NO. 96-2-6
CERTIFIED PROCESS SERVER
6TH JUDICIAL CIRCUIT

EXHIBIT "G"

Label Matrix for local noticing
113A-3
Case 3:12-bk-06572-JAF
Middle District of Florida
Jacksonville
Mon Mar 25 13:56:42 EDT 2013

AirSeaLand Productions
c/o Anthony Lenzo
16-69 Steinway Street
Astoria, NY 11105

Cine Video Tech
7330 NE 4th Court
Miami, FL 33138-5098

Fern Creek Electronics, Inc.
197 Drennen Road, Suite 415
Orlando, FL 32806-8504

Jordan N. Klien, Jr.
10197 SE 144th Place
Summerfield, FL 34491-3725

Oppenheimer CINE Rental, LLC
7400 Third Avenue South
Seattle, WA 98108-4143

SunTrust VISA
P.O. Box 791144
Baltimore, MD 21279-1144

Voice International, Inc.
c/o Laurson & Tarver, LLP
880 Apollo St., Suite 301
El Segundo, CA 90245-4782

Jacob A Brown +
Akerman Senterfitt
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3659

Jacob A. Brown
50 North Laura St., Ste 2500
Jacksonville, FL 32202-3646

Bee Dee Neon & Signs, Inc.
10197 SE 144th Place
Summerfield, FL 34491-3725

David Grober
616 Venice Blvd.
Venice, CA 90291-4801

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Jordan N. Klien, Sr.
10197 SE 144th Place
Summerfield, FL 34491-3725

Rosenfeld Law Corporation
Mitch Rosenfeld, Esq.
1638 Filbert Street
San Francisco, CA 94123-3706

United States Trustee
135 W Central Blvd, Suite 620
Orlando, FL 32801-2440

Washington International
c/o Euler Hermes Collections
R Stiegel
3333 Warrenville Rd Ste 160
Lisle Il 60532-1579

Nina M LaFleur +
PO Box 861128
St. Augustine, FL 32086-1128

Mako Products, Inc.
10197 SE 144th Place
Summerfield, FL 34491-3725

Blue Sky Aerials
3345 Hidden Hills Court
Antioch, CA 94531-6644

Euler Hermes UMA
Attn: R. Stiegel
600 S. 7th Street
Louisville, KY 40203-1968

Janet Varnell
Varnell & Warwick, PA
20 LaGrande Blvd.
Lady Lake, FL 32159-2384

Marion County Tax Collector
P.O. Box 970
Ocala FL 34478-0970

Spectrum Effects Enterpr. In
5300 Melrose Avenue
Suite 101D
Los Angeles, CA 90038-5115

Varnell & Warwick, P.A.
20 LaGrand Blvd.
Lady Lake, FL 32159-2384

Gregory L. Atwater +
P.O. Box 1865
Orange Park, FL 32067-1865

United States Trustee - JAX 13/7 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2217

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk
Jacksonville

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27