EXHIBIT "H"



EXHIBIT "I"



EXHIBIT "J"



EXHIBIT "K"



EXHIBIT "L"



EXHIBIT "M"

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20161005000502      SS
10/06/16 09:12:25 12 WEB JOBT61006090617
0075075292  20160121      07
2500.00      1000004328224      000000

---

**MAKO PRODUCTS INC**
10197 SE 144TH PL
SUMMERFIELD, FL 34491-3725
(352) 288-0111

SUNTRUST BANK
ACH RT 061000104
63-215/631

5835

1/13/2016

PAY TO THE
ORDER OF    Bee Dee Neon & Signs, Inc.                    $ **2,500.00

Two Thousand Five Hundred and 00/100*************************************************************** DOLLARS

Bee Dee Neon & Signs, Inc.
2609 NE 14th Street
Ocala, FL 34470

MEMO                                          AUTHORIZED SIGNATURE

⑈005835⑈ ⑆063102152⑆ 1000004328224⑈

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20161005000502    SS
10/06/16 09:12:25 11 WEB JOBT61006090617
0074149294  20160121      07
2500.00      1000004328224        000000

---

MAKO PRODUCTS INC                                  SUNTRUST BANK                           5837
10197 SE 144TH PL                              ACH RT 081000104
SUMMERFIELD, FL 34491-3725                        63-215/631
(352) 288-0111
                                                                        1/20/2016

PAY TO THE
ORDER OF    Jordan Klein Sr                                          $ **2,500.00

Two Thousand Five Hundred and 00/100*************************************************************************  DOLLARS

            Jordan Klein Sr

MEMO                                          _____
                                                   AUTHORIZED SIGNATURE

⑈005837⑈ ⑈063102152⑈ 1000004328224⑈

MAKO PRODUCTS INC                                                       5837

---

ISN# 3419034556
Date 1/21/2016

# SUNTRUST

**Business Account Signature Card**

**Account Title**

MAKO PRODUCTS INC

| | |
|---|---|
| **Region** | 037 |
| **Account Number** | 1000004328224 |

| | | | |
|---|---|---|---|
| Type of Organization | Corporation | Verification/Tax Identification No. | 200211189 |
| Special Instructions | N/A | No. of Signatures Required | 1 |
| | N/A | | |

Authorized Signature(s)

Signature 1 _____   Name/Title   JORDAN KLEIN SR / Vice President

Signature 2 _____   Name/Title   JORDAN KLEIN JR / President

Signature 3 _____   Name/Title

Signature 4 _____   Name/Title

Signature 5 _____   Name/Title

Signature 6 _____   Name/Title

| | | | | | |
|---|---|---|---|---|---|
| Date Opened | 09/18/2003 | Date Revised | | Reason | |
| Center | 0728060 | Officer Number | 027860 | ID | GLORIA HOLLOWAY |
| Work Phone | (352)268-6060 | By | RUTH A. RANDOLPH | | |
| New | ☐ | Replacement | ☐ | Change | ☐ |

SunTrust Bank ("Bank")

It is agreed that all transactions between the Bank and the entity listed in the above Account Title ("Depositor") shall be governed by the rules and regulations for this account and the above signed as the authorized agent(s) of the Depositor hereby acknowledge(s) receipt of such rules and regulations and the funds availability policy. The Depositor also acknowledges the funds availability policy has been explained.

**Certification - Under penalties of perjury, I, as authorized agent of the Depositor certify that:**
1) **200211189** is the correct taxpayer identification number for the Depositor (or the Depositor is waiting for a number to be issued), and
2) The Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and
3) The depositor is a U.S. person (including a U.S. resident alien).
**Certification Instructions.** You must cross out item **2** above if the depositor has been notified by the IRS that the depositor is currently subject to backup withholding because the depositor has failed to report all interest and dividends on the depositor's tax return.

Signature of
U.S. Person _____   Date   9-22-03

630306 (01/21/2003)

SunTrust Online
Opened Account
Branch: Follow Instructions
In Comments

EXHIBIT "N"

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **To:** | alisha@lauson.com |
| **Subject:** | FedEx Shipment 776642019163 Delivered |
| **Date:** | Friday, July 01, 2016 1:23:00 PM |

## Your package has been delivered

### Tracking # 776642019163

Ship date:
**Wed, 6/29/2016**

Delivery date:
**Fri, 7/1/2016 4:18 pm**

ROBERT LAUSON
LAUSON TARVER LLP
EL SEGUNDO, CA 90245
US



Delivered

REBECCA CAFFERATA
C/O CAFFERATA CO
POINCIANA HOUSE, P.O.
BOX F-42614 WEST MALL
DR. AND POINCIANA
FREEPORT, GRAND
BAHAMA,
BS

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 776642019163 |
| **Status:** | Delivered: 07/01/2016 4:18 PM Signed for By: T.DELANCY |
| **Reference:** | Oppenheimer |
| **Signed for by:** | T.DELANCY |
| **Delivery location:** | FREEPORT, GRAND BAHAMA, |
| **Delivered to:** | Receptionist/Front Desk |
| **Service type:** | FedEx International Economy |
| **Packaging type:** | FedEx Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.80 lb. |
| **Special handling/Services:** | Deliver Weekday |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 3:22 PM CDT on 07/01/2016.

To learn more about FedEx Express, please go to fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or go to fedex.com.

This tracking update has been sent to you by FedEx at your request. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the requestor's message, or the accuracy of this tracking update. For tracking results and terms of use, go to fedex.com.

Thank you for your business.