# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| VOICE INTERNATIONAL, INC., a California corporation; DAVID GROBER, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>OPPENHEIMER CINE RENTAL, LLC, a Washington corporation; OPPENHEIMER CAMERA PRODUCTS, INC., a Washington corporation;  MARTY OPPENHEIMER, an individual; JORDAN KLEIN, SR., an individual; JORDAN KLEIN, JR., an individual; JOHN DANN, an individual; MAKO PRODUCTS, an unknown entity, OCEANIC PRODUCTION, LTD., a Bahamian company; and DOES 1-10, inclusive,<br><br>    Defendants | Case No.: 2:15-cv-08830-JAK-KS<br><br>**ORDER GRANTING IN PART JOINT APPLICATION TO RESCHEDULE CASE SCHEDULE** |

1

Having reviewed the parties' agreement to revise the case schedule (Dkt. 62), the Court finds that good cause exists to grant the proposed continuance, as modified below in order to avoid needless delay:

| | |
|---|---|
| November 7, 2016 | Parties to exchange proposed constructions and evidence |
| January 15, 2017 | Last day to amend or add parties. |
| December 5, 2016 | Claim Construction Discovery Cut-off |
| December 12, 2016 | Joint Markman Prehearing Statement Due |
| December 19, 2016 | Simultaneous Opening Markman Briefs Due |
| January 9, 2017 | Simultaneous Responsive Markman Briefs, Tutorials, and Presentation Materials Due |
| February 13, 2017 at 10:00 am: | Markman Hearing |
| March 6, 2017 | Anticipated Ruling to be Issued on Markman Hearing |
| March 13, 2017 | Patentee's Deadline to File Final Infringement Contentions, Expert Reports on Issues Where Patentee has Burden of Proof, All Parties File Advice of Counsel Disclosures |
| April 10, 2017 | Accused Infringer's Deadline to File Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Reports Where Accused Infringer has Burden of Proof |
| May 8, 2017 | Patentee's Deadline for Rebuttal Expert Reports on Issues Where Accused Infringer has Burden of |

|  |  |
|---|---|
|  | Proof |
| June 5, 2017 | Discovery Cut-Off |
| July 3, 2017 | Last day to file motions (including discovery motions) |
| September 18, 2017 | Last day to hear motions (including discovery motions) |
| October 16, 2017 | Anticipated ruling on all motions |
| November 6, 2017 | Last day to file all pretrial documents |
| November 20, 2017 at 3:00 p.m.: | Final Pretrial Conference, Status Conference Re Exhibits, and Hearing on Motions in Limine |
| December 5, 2017 at 9:00 a.m.: | Jury Trial |

IT IS SO ORDERED.

Dated: October 27, 2016

John A. Kronstadt
U. S. District Judge