James E. Doroshow (SBN 112920)
   jdoroshow@foxrothschild.com
Ashe Puri (SBN 297814)
   apuri@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone:  310-598-4150
Facsimile:   310-556-9828

Attorneys for Defendants,
OPPENHEIMER CINE RENTAL, LLC, OPPENHEIMER CAMERA PRODUCTS, INC. and MARTY OPPENHEIMER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOICE INTERNATIONAL, INC., a California corporation; DAVID GROBER, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>OPPENHEIMER CINE RENTAL, LLC, a Washington corporation; OPPENHEIMER CAMERA PRODUCTS, INC., a Washington corporation; MARTY OPPENHEIMER, an individual, JORDAN KLEIN, SR., an individual, JORDAN KLEIN, JR., an individual, JOHN DANN, an individual, MAKO PRODUCTS, an unknown entity, OCEANIC PRODUCTION EQUIPMENT, LTD., a Bahamian company; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: CV-15-08830-JAK-KS<br><br>Hon. John A. Kronstadt<br><br>**NOTICE OF LODGING OF PROPOSED ORDER RE OPPENHEIMER DEFENDANTS' EX PARTE APPLICATION TO STRIKE PLAINTIFFS VOICE INTERNATIONAL, INC. AND DAVID GROBER'S RECENTLY FILED MARKMAN BRIEF (DKT. NO. 69) OR, ALTERNATIVELY, FOR CLARIFICATION ON THE TIMING OF ALL MARKMAN RELATED DEADLINES**<br><br>Complaint filed:    11/12/15 |

////

////

---

**NOTICE OF LODGING**

ACTIVE\42947077.v1-10/28/16

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL:

    PLEASE TAKE NOTICE that Defendants Oppenheimer Cine Rental, LLC, Oppenheimer Camera Products, Inc. hereby lodge a Proposed Order granting Oppenheimer Defendants' Ex Parte Application to Strike Plaintiffs Voice International, Inc. and David Grober's Recently Filed Markman Brief (Dkt. No. 69) Or, Alternatively, for Clarification on the Timing of All Markman Related Deadlines in the above-entitled matter.  This Notice of Lodging is hereby submitted in compliance with this Court's Order dated October 27, 2016 (Dkt. No. 74).

Dated: October 28, 2016        Respectfully submitted,

                                        JAMES E. DOROSHOW
                                      ASHE PURI
                                      FOX ROTHSCHILD LLP

                             By  */s/ ASHE PURI*

                                      Attorneys for Defendants,
                                      OPPENHEIMER CINE RENTAL, LLC,
                                      OPPENHEIMER CAMERA PRODUCTS,
                                      INC. AND MARTY OPPENHEIMER