EXHIBIT A

Message

**From:** Marty Oppenheimer [marty@oppcam.com]
**Sent:** 9/20/2013 11:46:26 PM
**To:** JohnMakoHead [jd@makohead.com]
**Subject:** Carnet

John,

Is there a Carnet in place for the Mako going into Canada?

Deadliest Catch needs to ship to Alaska from Vancouver on about Oct 4, if not sooner.

They are using Lynden Transport to Dutch Harbor and Lynden is saying it would be MUCH easier if there is already a Carnet in place, or, according to Lynden, it might take 7-10 days to put a new Carnet in place.

Can you please get back to me?

Thanks
Marty Oppenheimer

Message

| | |
|---|---|
| From: | JohnMakoHead [jd@makohead.com] |
| Sent: | 11/2/2010 7:57:57 PM |
| To: | Oppenheimer Marty [marty@oppenheimercamera.com] |
| Subject: | Deadliest Catch |

Hi Marty,
A cameraMan from Deadliest Catch called about the MakoHead.
They would like to try it out.
I offered them 2-3 days if they would cover shipping.
He will also need sticks & a head.

He should be contacting you soon.

I think this is a perfect application for MakoHead.
They have 3 more weeks this season & the next season starts in January.

Let me know what you think & what I can do to help.

Thanx,
John
Mako Products, Inc.
10197 SE 144th Place
Summerfield, FL 34491
352.288.0111.  (f) 352.288.5538
info@makohead.com
www.makohead.com

Message
---

| | |
|---|---|
| From: | Marty Oppenheimer [marty@oppcam.com] |
| Sent: | 1/14/2016 10:09:44 PM |
| To: | John [jd@oceanicproductionequipment.com] |
| Subject: | Fwd: FW: Film Logic Invoice # 57454 |
| Attachments: | 57454.pdf |

John

Deadliest Catch is asking what we (that would be you and me) can do for them to offset some of the $1900 they spent to get the 2-Axis Head from Florida to Canada.

Clearly, under usual circumstances, they are happy to pay shipping. We've been working with them for a long while on that basis.

Between needing to ship from you to Canada, combined with the Christmas time issues, their costs are way higher than anyone would like.

They are asking what we can do to help. What do you think?

Marty


-------- Forwarded Message --------
Subject: FW: Film Logic Invoice # 57454
Date: Thu, 14 Jan 2016 20:54:10 +0000
From: Eric Rey <erey@origprod.com>
To: Marty Oppenheimer <marty@oppcam.com>
CC: Lisa Roberts <lroberts@origprod.com>

Hey Marty
We had to pay a lot of extra fees to move the stabilizer head to Vancouver – what can you do for us? I feel like we're getting the bad end of the stick here... Let me know... I attached the invoice for you to check out

Eric


--
Eric Rey
Original Productions
818-391-0495 c
818-847-2144 o
erey@origprod.com

CONFIDENTIAL

OPP000160

| 014 | MCO | 38823433 | | HOUSE AWB | 57454 |
|---|---|---|---|---|---|

| Shipper's Name and Address | Shipper's Account Number | Not Negotiable Air Waybill | FILM LOGIC CUSTOMS BROKERS INC 15020 S FIGUEROA ST GARDENA, CA 90248 PHONE: 3103521122 |
|---|---|---|---|
| ORIGINAL PRODUCTIONS 10197 SE 144TH PLACE SUMMERFIELD, FL 34491 | | | |

Issued by

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| FUSION CINE 1469 VENABLES ST VANCOUVER, BCV5L2G1, CANADA PHONE: 604-8790003 | |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIERS' LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

| Issuing Carrier's Agent Name and City | Accounting Information |
|---|---|
| FILM LOGIC CUSTOMS BROKERS INC GARDENA, CA 90248 | PRIORITY SERVICE |

| Agent's IATA Code | Account No. |
|---|---|
| 011-85300012 | 907745 |

| Airport of Departure (Address of First Carrier) and Requested Routing | Reference Number | Optional Shipping Information |
|---|---|---|
| MCO-ORLANDO INTL (ORLANDO, FL) | 57454 | |

| to | By First Carrier Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YUL | AIR CANADA | YV | AC | | | USD | X | X | X | NDV | NCV |

| Airport of Destination | Flight/Date | For Carrier Use Flight/Date | Amount of Insurance | INSURANCE: If Carrier offers insurance and such insurance is requested in accordance with conditions on revers hereof, indicate amount to be insured in figures in box marked "Amount of Insurance" |
|---|---|---|---|---|
| YVR-INTERNATIONAL (VANCOUVER, | RV1871/27 | AC111/28 | | |

Handling Information
NOA: FILM LOGIC CUSTOMS BROKERS INC TEL: 604-2443913 ATTN; DARRON JAMES *** MUST FLY AS BOOKED. ** NO GOODS FROM YEMEN OR SOMALIA CONTAINED**

SCI

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations.  Ultimate destination VANCOUVER, BC

Diversion contrary to U.S. law prohibited.

| No. of Pieces RCP | Gross Weight kg lb | Rate Class Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Include Dimensions or Volume) |
|---|---|---|---|---|---|---|
| 1 | 32 KG | | 35.00 | MIN | $250.00 | CAMERA EQUIPMENT. NOEEI 30.36. DIMS: 30X24X18"(1) |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| $250.00 | | | FUEL $15.00 SEC $15.00 |

Valuation Charge

Tax

Total Other Charges Due Agent

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

| Total Other Charges Due Carrier | |
|---|---|
| $30.00 | |

PRIORITY ONE AS AUTHORIZED REPRESENTATIVE

Signature of Shipper or his Agent

| Total Prepaid | Total Collect | FILM LOGIC CUSTOMS BROKERS INC |
|---|---|---|
| $280.00 | | 12/26/2015 GARDENA, CA |

| Currency Conversion Rates | cc charges in Dest. Currency | Executed on (Date)  at  (Place)  Signature of Issuing Carrier or its Agent |
|---|---|---|

| For Carrier Use Only at Destination | Charges at Destination | Total Collect Charges | 57454 |
|---|---|---|---|

SB Air Waybill v 1205.02 printed 12/25/2015 7:27:58PM  PART 1 - ORIGINAL (FOR ISSUING CARRIER)    Page 1 of 1

CONFIDENTIAL

OPP000163

Message
---

| | |
|---|---|
| From: | Marty Oppenheimer [marty@oppcam.com] |
| Sent: | 11/20/2014 12:25:07 AM |
| To: | John [jd@oceanicproductionequipment.com] |
| Subject: | Fwd: Re: And This Just In From Dutch Harbor |

John

So, we're finding that there is real damage to the castle nut, in that one of the 4 tabs is broken off and two are bent. That tells me that the unit was "dropped" onto the deck of the ship. I'm wondering if that relates to the failure issues they had.

The castle nut clearly needs to be replaced (cost please) but I'm wondering if there is any additional troubleshooting we can do, or if the unit should just go back to you?

Deadliest Catch will want a unit again on about January 15, so we will want this one fixed or a different one.

Thoughts?

Thanks
Marty Oppenheimer


-------- Original Message --------
**Subject:** Re: And This Just In From Dutch Harbor
**Date:** Mon, 17 Nov 2014 12:21:30 -0800
**From:** Marty Oppenheimer <marty@oppcam.com>
**To:** John <jd@oceanicproductionequipment.com>


John
On initial inspection, only the issue of the damaged Castle Nut appeared.
Upon powering up, the unit seemed to behave properly, but then shut down on its own and would not start up again.
Still playing.
Marty
On 11/17/2014 9:10 AM, John wrote:
```
Marty,
Has this unit already been shipped to you?
I need to see what is happening to it.

Thanx,
john
Oceanic Production Equipment, Ltd.
```

CONFIDENTIAL

OPP000169

Message

From: Marty Oppenheimer [marty@oppcam.com]
Sent: 10/21/2013 5:55:24 PM
To: JohnMakoHead [jd@makohead.com]
Subject: Fwd: Re: Replacement Mako Head

John,

OK, let's ship the replacement head today,

UPS Standard Overnight to the Lynden address in Anchorage.

The UPS Account (3rd Party) is 6R9 80F. That is Original Productions.

What shall we do with the first head? Back to us? Back to you?

Please confirm shipping and tracking number.

Thank you
Marty

-------- Original Message --------
Subject: Re: Replacement Mako Head
Date: Mon, 21 Oct 2013 09:30:04 -0800
From: LISA ROBERTS <lroberts@origprod.com>
To: Marty Oppenheimer <marty@oppcam.com>
CC: JohnMakoHead <jd@makohead.com>

Shane's not having much luck.

Can you UPS overnight to:

Lynden International
C/O Greg Obeso
6441 S Aripark Place
Anchorage AK 99502

Thank you

*****************************************************************
LISA ROBERTS

**From:** Marty Oppenheimer [mailto:marty@oppenheimercamera.com]
**Sent:** Monday, November 15, 2010 12:31 PM
**To:** Sheila McCormack
**Cc:** JohnMakoHead
**Subject:** Re: Mako Head for Deadliest Catch


Good Morning Sheila,

We're glad to hear that the MakoHead is working well for you. We expected that it could add to the camera quality of the show!

I've talked with John and we can leave the gear in Dutch Harbor with a few provisos:

    1. If we have a rental in November/December (which we're not expecting at this point), we will ask that you have the Mako shipped to us.
    2. We do need the Tripod and Fluid Head back for full servicing. It is not a good idea for them to sit after the salt exposure.
    3. Your crew will need to service the exterior of the Mako, using the Salt-Away and particularly checking all electrical connections for
        any signs of corrosion.
    4. We will charge you $500/week during this period, as opposed to the usual $3,000/week rental for the system. I'm guessing
        that this will be 7 weeks and you'll be back on the clock on January 3, 2011?

If this works for you, please confirm and please let me know when we should expect the Tripod and Fluid Head.

Best regards
Marty Oppenheimer
Oppenheimer Cine Rental

On 11/12/2010 12:39 PM, Sheila McCormack wrote:

Hey John,

CONFIDENTIAL
OPP000180

The MakoHead is working out great for us. We really appreciate your generosity and would love to rent it for Opilio season which starts on January 6th. Would it be possible to keep the head here in Dutch without paying a rental fee until then? We will be shutting down production soon and to ship that unit back and forth costs a small fortune.

Thanks so much,

Sheila

907-359-0901

On Nov 3, 2010, at 5:06 AM, JohnMakohead wrote:

Good Morning Sheila,

We are looking forward to this opportunity to let you see how the MakoHead will do for you.

Shane & I had talked about a few days on site...., just don't let this get out of hand.

Please coordinate with Marty at Oppenheimer CINE Rental (see attached correspondence & contact)

You will need to provide Marty with your insurance certificate.

Let me know that everything is going well or if thee is something I can do.

CONFIDENTIAL
OPP000181

Thanx,

john

Mako Products, Inc.

10197 SE 144th Place

Summerfield, FL 34491

352 288 0111 fax 352 288 5538

www.makohead.com

info@makohead.com

---

From: Sheila McCormack [mailto:smccormack@origprod.com]
Sent: Tuesday, November 02, 2010 3:53 PM
To: info@makohead.com
Subject: Mako Head for Deadliest Catch

Hey John,

My name is Sheila McCormack from Deadliest Catch. Shane Moore just informed me that Mako has been gracious enough to loan us a head for a week or so. Please let me know when you are ready to ship - I have an agent standing by in Seattle. If you have any questions, please feel free to contact me at 907-359-0901.

Thanks so much,

CONFIDENTIAL

Sheila

907-359-0901

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sheila McCormack

Supervising Producer

DEADLIEST CATCH

Discovery Networks/Original Productions

A FremantleMedia Company

2443 N. Naomi Street

Burbank, CA 91504

Cell: (818) 264-6403

Office: (818) 847-2144  Ext 20

Fax: (818) 450-0464

smccormack@origprod.com

AIM: sheilamack888

CONFIDENTIAL

OPP000183

On 2/6/2016 6:24 PM, Lisa Roberts wrote:

I am sending the stabilized head and power supply back to the Vancouver address.

Should go out Monday morn as there is no freighter in Dutch on Sundays.


On Dec 23, 2015, at 12:42 PM, Marty Oppenheimer <marty@oppcam.com> wrote:


Eric & Lisa,

I think we're underway here.

Can you arrange for your shipper to collect the head in Florida and ship to Vancouver?

Collecting from
    John Dann
    10197 SE 144th Place
    Summerfield FL  34491
    352-266-7794

Guessing it will be two cases.
    #1 about 100#, about 24x18x18  Main Head Unit
    #2 about 5#, about 14x8x8    AC Power Supply

Going to
    Byron Drinkle
    Fusion Cine
    1469 Venables St
    Vancouver, BC  Canada  V5L 2G6
    604-879-0003

The gear can be collected any time tomorrow.

I'm not sure how you are shipping, but I think you will want it in Vancouver Monday or at the latest Tuesday. That should work for getting it collected from Vancouver by Lynden and shipped to Anchorage/Dutch Harbor.

Then there will be a shipment coming from my office consisting of Tripod, Fluid Head, Stabilized Head Cables, Accessories and the second AC Power Supply. Those can be collected Monday or Tuesday and routed directly to Dutch Harbor.

I know you sail on January 3, but when do you expect to be finished?  Guessing 6-8 weeks?

CONFIDENTIAL
OPP000222

John

I assume you've seen Sheila's email.

I expected that we'd either see the gear back by now, or that they would have agreed to rental charges.

I'm assuming you don't want to leave it in Dutch Harbor for the next 50-60 days without rental fees.

And I'd like to see the Mako and our gear back for service, given the Bering Sea environment.

So I vote for ship back to Seattle.

Marty

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1153 / Virus Database: 424/3253 - Release Date: 11/12/10

CONFIDENTIAL

OPP000296

Message

**From:** John [jd@oceanicproductionequipment.com]
**Sent:** 10/12/2015 7:16:02 PM
**To:** Marty Oppenheimer [marty@oppcam.com]
**Subject:** Re: Mako In Alaska

I'll need to go back to the office...
Give me 30-40min

Sent from my iPhone
10197 SE 144th Place
Summerfield, FL. 34491
352 266 7794


On Oct 12, 2015, at 3:11 PM, Marty Oppenheimer <marty@oppcam.com> wrote:

Do you have the spec as to what the module is and I can order directly?
Marty

On 10/12/2015 12:07 PM, John wrote:
We do not have one on hand

Sent from my iPhone
10197 SE 144th Place
Summerfield, FL. 34491
352 266 7794


On Oct 12, 2015, at 1:59 PM, Marty Oppenheimer <marty@oppcam.com> wrote:

John
We shipped the Mako to Deadliest Catch last week.
This morning, they are telling me that the AC Power Supply isn't working. I personally prepped the kit last week and it worked with the AC as well as the Batteries and the 12V Adapter.
I've requested that they do some deeper troubleshooting. Do you recall if there is an internal fuse with the AC Power Supply? At this point, they are requesting a replacement AC Module. Do you have one in hand? I'm encouraging a bit more troubleshooting before we ship, but we may need to get a replacement AC unit out today.
Marty Oppenheimer

CONFIDENTIAL OPP000346

**From:** Marty Oppenheimer [mailto:marty@oppcam.com]
**Sent:** Monday, December 29, 2014 12:21 PM
**To:** John; sandi@oppcam.com
**Subject:** Re: Mako / Funds

Good Morning John,

I need to verify with Sandi, but I believe we mailed a check for $15,300 on the 24th. That is your 60% of our last rental, plus about half of the old catch up due. After the next rental, I think we will be nearly 100% caught up. Sorry for all of this. There is no excuse for our not religiously paying what was due from each rental and that is just what we will do in the future.

Can you please ship today so we receive the unit by Monday? The next rental onto Deadliest Catch is for 6-8 weeks.

Please confirm shipping. I'll get back to you as to exactly when the check was mailed as soon as Sandi is in this AM.

Marty

On 12/29/2014 6:07 AM, John wrote:

Good Morning Marty,

I have a head ready to ship...

The boss is VERY concerned about past due balance.

Have you sent a check?

Thanx,

john

Oceanic Production Equipment, Ltd.

352 266 7794

jd@oceanicproductionequipment

CONFIDENTIAL
OPP000376

On 10/21/2013 12:08 PM, JohnMakoHead wrote:

I found another place that should accept until 5: today..

Lisa,

Sorry, it is too late for a request for today, cutoff to request was at 2:pm ET.

john

**From:** LISA ROBERTS [mailto:lroberts@origprod.com]
**Sent:** Monday, October 21, 2013 3:01 PM
**To:** JohnMakoHead
**Subject:** Re: Replacement Mako Head

Okay, how about FedEx?

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LISA ROBERTS

LINE PRODUCER
DEADLIEST CATCH

ORIGINAL PRODUCTIONS

DUTCH CELL: 907-359-2665

OFFICE: 818-847-2144

CONFIDENTIAL                                                                                    OPP000458

Message

| | |
|---|---|
| From: | John [jd@oceanicproductionequipment.com] |
| Sent: | 12/24/2015 12:01:57 PM |
| To: | Eric Rey [erey@origprod.com] |
| CC: | Nery Solares [nery@filmlogicchb.com]; Marty Oppenheimer [marty@oppcam.com]; Operations [operations@filmlogicchb.com]; Alexis Schwerin [aschwerin@origprod.com]; Lisa Roberts [lroberts@origprod.com] |
| Subject: | Re: Shipment from Summerfield, FL to Vancouver, BC / Original Productions |

Please CHANGE pickup address
   Original Productions
   2615 NE 14th Street
   Ocala, FL  34470

Thanx, john

Sent from my iPhone
10197 SE 144th Place
Summerfield, FL. 34491
352 266 7794


On Dec 24, 2015, at 3:20 AM, Eric Rey <erey@origprod.com> wrote:
I agree with Marty we should not delay pickup of this unit. I would like to keep it moving quickly if at all possible.

Erey
818-391-0495

On Dec 23, 2015, at 9:04 PM, Nery Solares <Nery@filmlogicchb.com> wrote:
Marty,

Let us check tomorrow and advise.
**Nery Solares**
**Export Department**
15020 S Figueroa St.  | Gardena | CA | 90248
Tel: 310.352.1122 | Cell: 562-4808342 | E-Fax: 310.878.6839
www.filmlogicchb.com  | Skype ID: filmlogic.nery

On Dec 23, 2015, at 7:27 PM, Marty Oppenheimer <marty@oppcam.com> wrote:
I'm not calling the shots here, but I'd recommend pickup tomorrow, NOT Saturday, even if you can't clear Canada Customs til the 29th.
Best if the shipment is at Fusion Cine no later than Tuesday the 29th, hence the reason we had aimed at Monday the 28th.  Client needs
to be able to collect on Tuesday the 29th, though.
Marty Oppenheimer
On 12/23/2015 7:24 PM, Nery Solares wrote:

CONFIDENTIAL
OPP000496

**From:** Eric Rey <erey@origprod.com>
**Date:** Wednesday, December 23, 2015 at 5:08 PM
**To:** Nery Solares <Nery@filmlogicchb.com>
**Cc:** Operations <operations@filmlogicchb.com>, Alexis Schwerin <aschwerin@origprod.com>, Lisa Roberts <lroberts@origprod.com>, John <jd@oceanicproductionequipment.com>, Marty Oppenheimer <marty@oppcam.com>
**Subject:** Re: Shipment from Summerfield, FL to Vancouver, BC / Original Productions

Hi Nery
Thanks for this. See info below & attached Carnet info. Let me know the details of pickup and whatelse is needed.
Eric

Ready anytime for pickup Thursday 12/24/14

1 Piece = 30x24x18 #70

Pickup:
10197 SE 144th Place
Summerfield, FL. 34491
352 266 7794
John Dann

Dropoff: (Arrive by Monday 12/28 if possible)
Fusion Cine
1469 Venables St
Vancouver BC  Canada  V5L 2G1
604-879-0003
Byron Drinkly


--
Eric Rey
Original Productions
818-391-0495 c
818-847-2144 o
erey@origprod.com

**From:** Nery Solares <Nery@filmlogicchb.com>
**Date:** Wednesday, December 23, 2015 at 4:08 PM
**To:** Eric Rey <erey@origprod.com>
**Cc:** Operations <operations@filmlogicchb.com>
**Subject:** Shipment from Summerfield, FL to Vancouver, BC / Original Productions

Erick,

Please see attached format that list is needed.

Best Regards,

CONFIDENTIAL
OPP000499

fedex.com | Ship | Track | Manage | Learn | Office/Print Services

# This shipment is scheduled to be sent on 10/22/2014.

See "Preparing for Delivery" for helpful tips

Tracking # 771586763900

Ship (P/U) date:
Wednesday, 10/22/14

John Dann
Oceanic Production Equipment, Ltd.
Summerfield, FL 34491
US

Picked up

Estimated delivery date:
Thursday, 10/23/14 10:30 AM

c/o Greg Obeso
Lynden International
6441 S Airpark Place
ANCHORAGE, AK 99502
US

## Shipment Facts

| | |
|---|---|
| Tracking number: | 771586763900 |
| Service type: | FedEx Priority Overnight |
| Packaging type: | Your Packaging |
| Number of pieces: | 1 |
| Weight: | 120.00 lb. |
| Special handling/Services: | Deliver Weekday |

## Try FedEx One Rate today.

Ship a pak via FedEx Express Saver® for as low as $7.50.¹

¹Drop-off price based on 3 day service for local zone. Terms, conditions and weight limits apply. Proper packing required. For U.S. domestic shipments only.

Get started ▶

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.



Make your printer jealous.

Go mobile ▶



Plans change. So can your home delivery options.

Get started ▶

CONFIDENTIAL

OPP000504