# EXHIBIT B



DC10

| LYNDEN INTERNATIONAL | P.O. BOX 34026 SEATTLE, WA 98124-1026 800-926-5703 866-670-7821 | INVOICE NO. 5037200 DUE DATE SHIPPED 10/29/13 | |
|---|---|---|---|
| SHIPPER ORIGINAL PRODUCTIONS HOLD AND NOTIFY DUTCH HARBOR, AK 99692 | CONSIGNEE MAKO HEAD 10197 SE 144TH PL SUMMERFIELD, FL 34491 | PAYMENT DUE 11 19 13 | |
| REF NO | REF NO | FREIGHT CHARGES 176.90 | |
| PCS. 1 DESCRIPTION MAKO HEAD REWGT | WEIGHT 94 84 DIMM. W. DIMSTT 46 18 SCALE | COMM. 3120 RATE | PICK UP DELIVERY |
| OTHER SERVICES Hold at terminal | | TARIFF DEST MCO | ADVANCE ORIGIN |
| *OTHER CHARGES CODES: C. COD FEE F. RESTRICTED ARTICLE FEE G. DECL. VALUE/INSURANCE I. OTHER (SEE BELOW) Carrier Fuel Surcharge, Carrier Security Surcharge, Security Screening Fee, Beyond Charges, Unlisted City | | RCD. AT Trmnl DECLARED VALUE INS. AMOUNT | ADVANCE DESTINATION |
| DIMENSIONS 21.18.21.1 | | ECONOMY SERVICE | *OTHER CHARGES FSC 32.76 CSS 6.72 SSF 2.52 BYN 210.84 UNL 20.00 |
| BILL TO ORIGINAL PRODUCTIONS * 308 W VERDUGO AVE ATTN ACCOUNTING DEPT BURBANK, CA 91502 | | FREIGHT TERMS Other BILL TO ORIGINA.91 | C.O.D. AMOUNT |
| REFER TO THIS NUMBER WHEN REMITTING | INVOICE NUMBER 5037200 | PAY THIS AMOUNT $ | TOTAL 449.74 |

PO#DCC07432  $1105

0210.88  @2100

659