# EXHIBIT C

"JohnMakohead"  📎 November 3, 2010  6:06 AM
<jd@makohead.com>
To: "Sheila McCormack" <smccormack@origprod.com>
Cc: "Marty Oppenheimer"
<marty@oppenheimercamera.com>
RE: Mako Head for Deadliest Catch          2 Attachments, 4 KB

Good Morning Sheila,
We are looking forward to this opportunity to let you see how the
MakoHead will do for you.

Shane & I had talked about a few days on site…., just don't let this get
out of hand.

Please coordinate with Marty at Oppenheimer CINE Rental (see attached
correspondence & contact)
You will need to provide Marty with your insurance certificate.

Let me know that everything is going well or if thee is something I can
do.

Thanx,
john
Mako Products, Inc.
10197 SE 144th Place
Summerfield, FL   34491
352 288 0111   fax 352 288 5538
www.makohead.com
info@makohead.com

**From:** Sheila McCormack [mailto:smccormack@origprod.com]
**Sent:** Tuesday, November 02, 2010 3:53 PM
**To:** info@makohead.com
**Subject:** Mako Head for Deadliest Catch

Hey John,

My name is Sheila McCormack from Deadliest Catch.  Shane
Moore just informed me that Mako has been gracious enough to
loan us a head for a week or so.  Please let me know when you are
ready to ship - I have an agent standing by in Seattle.  If you have
any questions, please feel free to contact me at 907-359-0901.

Thanks so much,
Sheila
907-359-0901


•••••••••••••••••••••••••••••••••••••
Sheila McCormack
Supervising Producer
*DEADLIEST CATCH*
Discovery Networks/Original Productions
A FremantleMedia Company
2443 N. Naomi Street
Burbank, CA 91504
Cell: (818) 264-6403
Office: (818) 847-2144  Ext 20
Fax: (818) 450-0464

smccormack@origprod.com
AIM: sheilamack888