EXHIBIT "F"

