# EXHIBIT G

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

- - -

HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

- - -

| | |
|---|---|
| DAVID GROBER AND VOICE INTERNATIONAL, INC., A CALIFORNIA CORPORATION, <br><br> PLAINTIFFS, <br><br> VS. <br><br> MAKO PRODUCTS, INC., AIR SEA LAND PRODUCTIONS, INC., CINEVIDEOTECH, INC., SPECTRUM EFFECTS, INC., OPPENHEIMERCINE RENTAL, LLC, BLUE SKY AERIALS, INC., JORDAN KLEIN, SR., JORDAN KLEIN, JR., AND DOES 1-10, <br><br> DEFENDANTS. | CASE NO. CV 04-08604 <br><br> JOINT TUTORIAL AND PRE-MARKMAN HEARING |

COPY

REPORTER'S TRANSCRIPT OF PROCEEDINGS

RIVERSIDE, CALIFORNIA

MONDAY, SEPTEMBER 29, 2008

2:42 P.M.

KYUNG LEE-GREEN, CSR NO. 12655
FEDERAL CONTRACT COURT REPORTER
3470 12TH STREET
RIVERSIDE, CALIFORNIA 92501
(951)274-0844

1   THE COURT: THANK YOU. THANK YOU VERY MUCH.
2   WAS THERE ANYTHING FURTHER, COUNSEL?
3   MR. LAUSON: YOUR -- YOUR HONOR, PLAINTIFFS
4   ACTUALLY HAVE ABOUT A HALF A DOZEN QUESTION FOR MR. SMITH.
5   THE COURT: I'M SORRY?
6   MR. LAUSON: WE HAVE --
7   THE COURT: VERY WELL.
8   MR. LAUSON: -- WE HAVE SOME QUESTIONS FOR
9   MR. SMITH.
10  THE COURT: ALL RIGHT. JUST A -- JUST A FEW
11  MINUTES, THOUGH, COUNSEL.
12  MR. LAUSON: OKAY.
13  THE COURT: 'CAUSE I'M SURE WE'LL HAVE MORE MUCH OF
14  THIS AND THE COURT WILL -- WILL LEAVE ASIDE A LOT MORE TIME,
15  OBVIOUSLY, FOR THE MARKMAN HEARING ITSELF.

### CROSS-EXAMINATION

17  BY MR. LAUSON:
18  Q   MR. SMITH, HOW -- HOW LONG HAVE YOU BEEN WORKING FOR
19  THE DEFENDANT, MAKO PRODUCTS?
20  A   I AM A CONTRACTOR -- WELL, I'M NOT CONTRACTOR. I DO
21  WORK FOR THEM ON A PURCHASE ORDER BASIS, SOMETIMES A VERBAL
22  REQUEST IN INFERENCE. BUT CERTAINLY SINCE ABOUT 2003, I
23  BELIEVE.
24  Q   OKAY. AND COULD YOU PLEASE SUMMARIZE, IN JUST A LITTLE
25  MORE DETAIL, WHAT TYPE OF WORK YOU'VE DONE FOR THEM SINCE

50

```
 1  2003.
 2  A     I DESIGNED THE ELECTRONICS --
 3           MR. WARWICK:  YOUR HONOR, THERE'S BEEN A DEPOSITION
 4  TAKEN IN THIS CASE ALREADY OF MR. SMITH.  THESE QUESTIONS
 5  WERE ASKED.  I DON'T -- IF I'M GOING TO BE ABLE TO ASK
 6  QUESTIONS OF MR. GROBER, WE CAN GO FORWARD.  BUT I DIDN'T
 7  UNDERSTAND THAT THAT WAS PART OF THE PROCESS.  IF WE WANT TO
 8  DO THAT --
 9           THE COURT:  WELL, I'LL -- I'LL GIVE A LITTLE BIT OF
10  LEEWAY HERE SINCE YOU SPENT SOME TIME GOING OVER HIS -- HIS
11  BACKGROUND GOING BACK TO THE 1970'S JUST TO PUT SOME -- PUT
12  IT IN PERSPECTIVE.
13           BUT, COUNSEL, REALLY, THIS REALLY DOESN'T GO SO
14  MUCH TO EDUCATING THE COURT AS IT DOES -- IT'S A -- I'LL --
15  I'LL -- I'LL GIVE YOU A MINUTE OR SO WITH THIS, BUT THEN
16  LET'S MOVE ALONG.
17  BY MR. LAUSON:
18  Q     OKAY.  WELL, FOR EXAMPLE, FOR DESIGNING THE ACCUSED
19  INFRINGING MAKO PRODUCT, APPROXIMATELY HOW MUCH WERE YOU
20  PAID BY DEFENDANT, MAKO PRODUCTS?
21  A     I WAS PAID FOR THE HARDWARE AS OPPOSED TO THE HOUR.  I
22  BELIEVE IT WAS A SUM OF ABOUT $18,000.
23  Q     ALL RIGHT.  AND -- AND YOUR ARRANGEMENT WITH -- WITH
24  MAKO, IS THERE ANY PROFIT-SHARING OR ANYTHING LIKE THAT
25  GOING FORWARD?
```

1   A   THERE'S A ROYALTY AGREEMENT, YES.
2   Q   AND WHAT ARE THE DETAILS OF THAT ROYALTY AGREEMENT?
3   A   I GET FIVE PERCENT OF -- THE ROYALTY AGREEMENT ITSELF
4   SAYS THAT I GET FIVE PERCENT OF THE GROSS INCOME OF MAKO
5   HAS -- OR I'M SORRY -- MY CORPORATION GETS FIVE PERCENT.  I
6   PERSONALLY DO NOT GET IT.
7   Q   OKAY.  AND SO YOUR CORPORATION HAS A DIRECT FINANCIAL
8   STAKE IN THE OUTCOME OF THE LITIGATION; IS IT FAIR TO SAY
9   THAT?
10  A   NO.  BECAUSE I DON'T KNOW WHAT THE POSSIBLE RANGE OF
11  OUTCOMES ARE AND HOW IT AFFECTS ME.
12  Q   WELL, IN OTHER WORDS, IF -- IF MAKO LOSES THE CASE AND
13  MAKO GETS ENJOINED AND THEY CAN'T SELL THEIR PRODUCT
14  ANYMORE, YOU STAND TO LOSE SUBSTANTIAL AMOUNTS OF MONEY
15  GOING FORWARD; IS IT -- IS THAT -- IS THAT TRUE?
16  A   IF YOU CALL A MINOR -- THE MINOR ROYALTY THAT I GET AS
17  SUBSTANTIAL, YES, PERHAPS IT'S COULD BE SUBSTANTIAL.
18  COMPARED TO THE -- THE INCOME OF, SAY, LEGAL PEOPLE, IT IS
19  RATHER INSUBSTANTIAL.
20  Q   ALL RIGHT.  THANK YOU.
21          THE COURT:  ALL RIGHT.  VERY GOOD.  WELL, COUNSEL,
22  I APPRECIATE YOUR EFFORTS.  I HAVE GLEANED THE -- A MUCH
23  BETTER UNDERSTANDING AT LEAST OF THE TERMS AND THE -- THE
24  PRODUCT IN QUESTION.  SO I APPRECIATE YOUR EFFORTS HERE.  I
25  LOOK FORWARD TO SEEING YOU ALL NEXT MONTH AT THE -- AT THE

52