| | |
|---|---|
| James E. Doroshow (SBN 112920) | Mark J. Young, Esq. |
| jdoroshow@foxrothschild.com | Mark Young, P.A. |
| Ashe Puri (SBN 297814) | 1638 Camden Avenue |
| apuri@foxrothschild.com | Jacksonville, FL 32207 |
| FOX ROTHSCHILD LLP | Telephone: 904-996-8099 |
| 1800 Century Park East, Suite 300 | Facsimile: 904-980-9234 |
| Los Angeles, CA 90067-1506 | myoungpa@gmail.com |
| Telephone: 310-598-4150 | FL Bar 78158 |
| Facsimile: 310-556-9828 | Attorney for Defendant, |
| Attorneys for Defendants, | Oceanic Production Equipment, Ltd. |
| Oceanic Production Equipment Ltd., | |
| Oppenheimer Cine Rental LLC, | |
| Oppenheimer Camera Products, Inc., | |
| Marty Oppenheimer | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VOICE INTERNATIONAL, INC., a California corporation; and DAVID GROBER, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> OPPENHEIMER CINE RENTAL, LLC, a Washington corporation; OPPENHEIMER CAMERA PRODUCTS, INC., a Washington corporation; MARTY OPPENHEIMER, an individual; JORDAN KLEIN, SR., an individual; JORDAN KLEIN, JR., an individual; JOHN DANN, an individual; Mako Products, an unknown entity, Oceanic Production Equipment, Ltd., a Bahamian company; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: CV-15-08830-JAK-KS <br><br> **DEFENDANTS' NOTICE OF LODGING OF NON-PAPER PHYSICAL EXHIBIT IN SUPPORT OF MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11** <br><br> Hearing Date: 9/18/17 <br> Time: 8:30 am <br> Location: First Street Courthouse, 350 W. First Street, Courtroom 10B, Los Angeles, CA 90012 |

ACTIVE\49911852.v1-7/5/17

1

1 | Pursuant to 11-5.1 of the Local Rules of the United States District Court for the Central District of California, Defendants Oceanic Production Equipment Ltd., Oppenheimer Cine Rental LLC, Oppenheimer Camera Products, Inc., and Marty Oppenheimer ("Defendants") respectfully submit this Notice of Lodging of a Non-Paper Physical Exhibit in support of Defendants' Motion for Sanctions Under Fed. R. Civ. P. 11. Specifically, Defendants submit to the Court the lodging of a DVD copy of the Plaintiffs' annotated and edited version of a video from the deposition of Tom Smith referred to by Plaintiffs as the "MakoHead disassembly video." The DVD is being submitted to the Court in a secure container identified by the case name and number, and the contact information of the submitting party.

ACTIVE\49911852.v1-7/5/17

Pursuant to 11-5.1 of the Local Rules of the United States District Court for the Central District of California, Defendants Oceanic Production Equipment Ltd., Oppenheimer Cine Rental LLC, Oppenheimer Camera Products, Inc., and Marty Oppenheimer ("Defendants") respectfully submit this Notice of Lodging of a Non-Paper Physical Exhibit in support of Defendants' Motion for Sanctions Under Fed. R. Civ. P. 11. Specifically, Defendants submit to the Court the lodging of a DVD copy of the Plaintiffs' annotated and edited version of a video from the deposition of Tom Smith referred to by Plaintiffs as the "MakoHead disassembly video." The DVD is being submitted to the Court in a secure container identified by the case name and number, and the contact information of the submitting party.

ACTIVE\49911852.v1-7/5/17

Dated: July 5, 2017                      Mark Young

                                     By:   */s/ Mark Young*

jdoroshow@foxrothschild.com
Ashe Puri (SBN 297814)
apuri@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone: 310-598-4150
Facsimile: 310-556-9828
Attorneys for Defendant,
Oceanic Production Equipment, Ltd.

Mark J. Young, Esq.
Mark Young, P.A.
1638 Camden Avenue
Jacksonville, FL 32207
Telephone: 904-996-8099
Facsimile: 904-980-9234
myoungpa@gmail.com
FL Bar 78158
Attorney for Defendant,
Oceanic Production Equipment, Ltd.

ACTIVE\49911852.v1-7/5/17