Voice International, et al. v. Oppenheimer, et al. –Case No. 2:15-cv-0...

Case 2:15-cv-08830-JAK-KS   Document 157-1   Filed 08/09/17   Page 1 of 1   Page ID #:2393

**Subject:** Voice International, et al. v. Oppenheimer, et al. –Case No. 2:15-cv-08830-JAK-KS
**From:** "Valerie Nichols" <valerie@lauson.com>
**Date:** 7/25/2017 3:49 PM
**To:** <Roxanne_Horan-Walker@cacd.uscourts.gov>
**CC:** <myoungpa@gmail.com>, "'Puri, Ashe P.'" <apuri@foxrothschild.com>, "'Doroshow, James E.'" <JDoroshow@foxrothschild.com>, "'Bob Lauson'" <bob@lauson.com>, "'David Grober'" <davidgrober1@gmail.com>

Dear Ms. Horan-Walker,

We are writing requesting a teleconference with Magistrate Judge Stevenson regarding a discovery dispute in the above referenced case.   We attempted to resolve this issue by telephone but were unsuccessful.   Plaintiff and Defendants' counsel are available the week of July 24, 2017 for this teleconference.

**Neutral Statement**:  Plaintiffs' request for production of documents from John Dann asked for copies of OPEL's (a Bahamian entity) formation documents and emails.  Dann, who has stated he is the sole owner of OPEL, said he searched and has none.  Plaintiffs subpoenaed Dann's emails from his email provider, Pair.Com who required Dan's approval.  Dann refused.

**John Dann's Statement**:  John Dann searched his records and does not have any documents responsive to Plaintiffs requests, beyond documents already provided to Plaintiffs in response to requests served on Oceanic Production Equipment, Ltd. (OPEL) in this lawsuit.  Plaintiffs' Statement mischaracterizes OPEL's business, which was limited to one client (Oppenheimer), who rented a single unit. That business was short-lived, ceasing in 2016.  Plaintiffs' Statement also mischaraterizes production in the prior lawsuit, wherein Mako Products, Inc. produced thousands of pages of documents, including emails of John Dann.  In the prior lawsuit, Mr. Dann never denied having emails and even made his emails available to Plaintiffs expert for a review that lasted two full days.

**Plaintiffs' Statement:** 1. Dann refuses to provide any documents including corporate documents, saying he doesn't have any, or stating they burned in a fire. Dann has control and easy access to all documents, whereas Plaintiffs will incur great expense and difficulty, if they could even obtain them from a foreign country.
2.  Dann's claim that there is no mention anywhere in his emails or documents of the word MakoHead is not credible in light of the tens if not hundreds of thousands of dollars in MakoHead business claimed done by Dann and OPEL that led to this lawsuit.  It is also unbelievable because Dann, in the previous Mako case said he had no emails, but after seven years of Plaintiffs' dogged attempts, the Court finally ordered production or show cause.  Dann, within days produced 9,383 documents.