# *Mark Young P.A.*

*Patents, Trademarks,*          *1638 Camden Ave.*          Email:  myoungpa@gmail.com
*Copyrights, Trade Secrets,*     *Jacksonville, Florida 32207*
*Transactions & Litigation*       *Phone: 904-996-8099*
                                    *Fax: 904-980-9234*

July 28, 2017

Rebecca Cafferata
Cafferata Corporate Service
Poinciana & West Mall Dr.
P.O. Box F-42614
Freeport, Grand Bahama, Bahamas

         Re:     Oceanic Production Equipment Ltd.

Dear Ms. Cafferata:

       I spoke with Vernice Rolle today. I represent Oceanic Production Equipment Ltd. ("OPEL") in a lawsuit in the US Federal District Court for the Central District of California (Case No.: CV-15-08830-JAK-KS). In response to discovery requests, OPEL has agreed to produce copies of its available corporate documents. Kindly provide copies of all available documents to me. You may email, fax or mail the documents to me. If there is a fee for your service, please send an invoice to me for my consideration and payment before you send the documents.

       Your prompt attention will be appreciated.

                                                                                 Sincerely,

                                                                             Mark Young, P.A.

cc:     John Dann
        Oceanic Production Equipment Ltd.

        Robert Lauson
        Lauson & Tarver LLP

# *Mark Young P.A.*

*Patents, Trademarks,*              *1638 Camden Ave.*           Email:  myoungpa@gmail.com
*Copyrights, Trade Secrets,*    *Jacksonville, Florida 32207*
*Transactions & Litigation*      *Phone: 904-996-8099*
                                *Fax: 904-980-9234*

July 28, 2017

April Turner
MB&H Corporate Services Limited
4 George St.
Mareva House
P.O.Box N-3937
Nassau, New Providence, The Bahamas

        Re:    Oceanic Production Equipment Ltd.

Dear Ms. Turner:

      As we discussed today in our telephone conversation, I represent Oceanic Production Equipment Ltd. ("OPEL") in a lawsuit in the US Federal District Court for the Central District of California (Case No.: CV-15-08830-JAK-KS).  In response to discovery requests, OPEL has agreed to produce copies of its available corporate documents, including, but not limited to, its formation documents.  Kindly provide copies of all available documents to me.  You may email, fax or mail the documents to me.  If there is a fee for your service, please send an invoice to me for my consideration and payment before you send the documents.

      Your prompt attention will be appreciated.

                                          Sincerely,

                                          Mark Young, P.A.

cc:    John Dann
        Oceanic Production Equipment Ltd.

        Robert Lauson
        Lauson & Tarver LLP