# *Mark Young P.A.*

*Patents, Trademarks,*  *1638 Camden Ave.*  Email:  myoungpa@gmail.com
*Copyrights, Trade Secrets,*  *Jacksonville, Florida 32207*
*Transactions & Litigation*  *Phone: 904-996-8099*
*Fax: 904-980-9234*

August 7, 2017

Robert J. Lauson
Lauson & Tarver LLP
880 Apollo St., Suite. 301
El Segundo, CA 90245

    Re: OPEL Corporate Documents and Emails

Dear Mr. Lauson:

  I have requested all OPEL corporate documents, including organizational documents, from MB&H Corporate Services Limited and from Cafferata Corporate Service. I provided, to you, copies of our letters requesting the documents. I spoke to representative at each organization. I expect to receive documents in the coming days. When I receive them, I will scan them, add bates stamps and email copies to you.

  I have also requested emails from PAIR networks. I expect to receive the emails in the coming days. When I receive them, I will remove attorney-client communications. If there are any non-privileged emails that are responsive to your requests, I will apply bates stamps and email them to you.

  By tomorrow, August 8, 2017, please advise whether you still intend to file the motion to compel. If, despite the foregoing, you intend to file the motion we will provide our statements in the joint stipulation by the close of business, Wednesday, August 9, 2017.

            Sincerely,

            Mark Young, P.A.

Cc: David Grober
   578 West Washington Blvd., Suite 866
   Marina Del Rey, CA 90292