Exhibit B

8/25/05
FCE
T Smith

Mako Head 1103

Tilt Sensor Assy #4

Upper Tilt Sensor CCA #4

Remove    L1, L2 = ferrite beads
          at  J6 for RS-422 serial I/O
Install    R = 100 ohm  at  L1 and L2

---

Sunday  8/28/05
Connect power and laptop PC and TS-GUI-33
    to Tilt Sensor Assy #4.

For  Serial I/O  conn

ATTORNEYS EYES ONLY

HIGHLY
CONFIDENTIAL



NOTES:
1. TRIM RADIUS: .456 MIN.
2. INSULATION RESISTANCE: 100 MEGOHMS MIN. BETWEEN ALL LEADS AND COND. SURFACE ADJACENT TO BACKSIDE
3. DIELECTRIC STRENGTH: 1000 VRMS BETWEEN ALL LEADS AND COND. SURFACE ADJACENT TO BACKSIDE
4. OUTPUT SMOOTHNESS: 0.1% MAX.
5. RESISTANCE TEMP. COEFFICIENT: 400 PPM/°C
6. POWER RATING: 1 W @ 70° C DERATED TO 0 W AT 125° C
7. OPERATING TEMPERATURE: −65° C TO +125° C

| | TOTAL RESISTANCE | | | | ELECTRICAL/MECHANICAL TRAVEL | | | | LIN./CONF. TOLERANCE | FUNCTIONS | | | REVISIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NOMINAL | TOL. | MIN. | MAX. | ELECTRICAL | TOL. | MECHANICAL | TOL. | | INDEPENDENT LINEARITY | | | REV | E.C.O. No. | DATE |
| | 5000 | ±10% | 4500 | 5500 | 150° | | CONT. | − | ±0.5% | | | | A | RELEASED | 12/24/03 |

| DESCRIPTION | PART NUMBER | QTY |
|---|---|---|
| ROTOR ASSEMBLY | 6915-0000-060 | 1 |
| INSULATOR | 7040-0002-020 | 1 |

| CUSTOMER: | EDGE INOVATIONS |
|---|---|
| CUSTOMER DRAWING/REV. | NONE |
| CUSTOMER SPEC./REV. | NONE |

PROPRIETARY AND CONFIDENTIAL
THE INFORMATION CONTAINED IN THIS DRAWING IS THE SOLE PROPERTY OF JDK CONTROLS, INC. ANY REPRODUCTION IN PART OR AS A WHOLE WITHOUT THE WRITTEN PERMISSION OF JDK CONTROLS, INC. IS PROHIBITED.

DIMENSIONS ARE IN INCHES
TOLERANCES:
FRACTIONAL ±
ANGULAR: MACH ±2°   BEND ±
TWO PLACE DECIMAL ±.01
THREE PLACE DECIMAL ±.005

| | NAME | DATE |
|---|---|---|
| DRAWN | J. CERRONA | 12/03/03 |
| CHECKED | R. PRIVITT | 12/24/03 |
| ENG APPR. | R. PRIVITT | 12/24/03 |
| MFG APPR. | | |
| Q.A. | | |

MATERIAL: NOTED
FINISH: NOTED

Information in this box is for Engineering Reference Only

DO NOT SCALE DRAWING

JDK CONTROLS, INC.
GRASS VALLEY, CALIFORNIA

ELEMENT ASSEMBLY

| SIZE A | CAGE CODE 5W885 | DWG. NO. 6915-2120-070 |
|---|---|---|

SHEET 1 OF 1

RED
BLACK    WHITE
CCW
INCREASING FUNCTION
VIEWED FROM ELEMENT FACE

RED 7040-5354-2207
BLACK 7040-5354-0007
WHITE 7040-5354-9907
ELEMENT MACHINED 7115-0515-200

45° LEAD EXIT MAX. 2 PLCS
LEAD LENGTH 6" MIN.

R .52 MIN. LEAD EXIT

I.D. .435 ± .002
O.D. 1.252 ± .002
( .075 )

HIGHLY CONFIDENTIAL

ATTORNEYS EYES ONLY

USED WITH

MAR-12-04 FRI 12:54 PM   JDKCONTROL   FAX NO. 530 273 0769   P. 02

FCE 0041

```
                  c:\fce\jordankleinsr\makohead\fce030d\schematic\fce030d.bom

 1: SCHEMATIC, TILT SENSOR LOWER CCA   Revised: Saturday, January 17, 2004
 2: FCE030C-SCH-0            Revision: -
 3:
 4: FERN CREEK ELECTRONICS INC.
 5: ORLANDO, FLORIDA
 6:
 7:
 8:
 9:
10: Bill Of Materials         January 17,2004       13:00:44   Page1
11:
12: Item     Quantity     Reference    Part      PCB Footprint
13: _____
14:
15: 1    1    C1   10 UF/ 50V   CAP/AE_SM_D_12
16: 2    1    C2   0.1 UF/ 50V  SM/C_1206
17: 3    1    C3   47uF/25V    CAP/AE_SM_D_12
18: 4    1    C4   100uF/25V   CAP/AE_SM_D_12
19: 5    2    C13  0.1 UF   SM/C_0805
20:          C5   0.1 UF   SM/C_0805
21: 6    2    C9   1.0 UF/16V   SM/C_1206
22:          C6   1.0 UF/16V   SM/C_1206
23: 7    1    C7   1.0UF/16V    SM/C_0805
24: 8    1    C8   1.0 UF/16V   CAP/AE_SM_D_12
25: 9    3    C10  3.3UF/25V   CAP/AE_SM_D_12
26:          C11  3.3UF/25V   CAP/AE_SM_D_12
27:          C12  3.3UF/25V   CAP/AE_SM_D_12
28: 10   3    C13  0.1UF
29:          C51  0.1UF
30:          C52  0.1UF
31: 11   1    C50  0.1UF    SM/C_1206
32: 12   1    D1   S1B SMAJ
33: 13   1    D2   MA2J113 SM/R_0805
34: 14   5    E1   TERMINAL     TP1
35:          E2   TERMINAL     TP1
36:          E3   TERMINAL     TP1
37:          E4   TERMINAL     TP1
38:          E5   TERMINAL     TP1
39: 15   8    H1   MTHOLE125    MTHOLE125
40:          H2   MTHOLE125    MTHOLE125
41:          H3   MTHOLE125    MTHOLE125
42:          H4   MTHOLE125    MTHOLE125
43:          H5   MTHOLE125    MTHOLE125
44:          H6   MTHOLE125    MTHOLE125
45:          H7   MTHOLE125    MTHOLE125
46:          H8   MTHOLE125    MTHOLE125
47: 16   2    H10  MTHOLE040    MTHOLE040
48:          H9   MTHOLE040    MTHOLE040
49: 17   1    J1   CON10   BLKCON.100/VH/TM1SQ/W.100/10
50: 18   1    R1   RXE020   AX/.600x.100/.034
51: 19   5    R2   1.00K    SM/R_0805
52:          R4   1.00K    SM/R_0805
53:          R7   1.00K    SM/R_0805
54:          R11  1.00K    SM/R_0805
55:          R17  1.00K    SM/R_0805
56: 20   2    R5   10.0K    SM/R_1206
57:          R3   10.0K    SM/R_1206
58: 21   1    R6   2.26K    SM/R_0805
59: 22   2    R21  HZ0805   SM/R_0805
60:          R8   HZ0805   SM/R_0805
61: 23   2    R22  NOT USED    SM/R_0805
62:          R9   NOT USED    SM/R_0805
63: 24   8    R10  10.0K    SM/R_0805
64:          R12  10.0K    SM/R_0805
```

**HIGHLY CONFIDENTIAL**

**ATTORNEYS EYES ONLY**

FCE 0066



July 7, 20?8

Magnetic Shield
for Motor Control
Rate Sensor

Mu Metal

Wrap-Over Shield Piece

2 3/8 × 1.0

5/8

1/8

1.0

Rate Sensor

UP
Right

M.C. cct
Bent steel plate

☆ Digital photos

Double
Tie-Down
20 Ga Bus Wire

1 3/16
1 3/16        2 3/8
1 1/8
1 1/8        2 3/3
3/8           3/8
              5.0"

3/16

1 1/8

5/8"

5.0" × 5/8"

Wrap-Around Shield Piece

Overlap 7/8"
on Lower Side
of Rate Sensor
(near bent-up lip of steel plate)

HIGHLY
CONFIDENTIAL

**ATTORNEYS EYES
ONLY**

EXHIBIT "E"

```
C:\FCE\JordanKleinSr\MakoHead\Software\TiltSens_4X\Til_sens_40\TilSen40.c
/*------------------------------------------------------------------------
--
--                    Fern Creek Electronics Inc       PROJECT: tilt senso
--------------------------------------------------------------------------
--
--  FILENAME:  tilsen40.c            ( Was tilt_sensor.c )
--
--  AUTHOR  :  Tom Smith             ( Was Rich Reper until May 04)
--
--  DESCRIPTION  :                                              Printed
--           Main routine for scheduling operations. --      May 12, 2008
--  Requirements:                                                   T.S.
--
Need to select the accelerometers using the mux and get the duty cycle for each of
four inputs (tiltx and tilty, orientation x(z) and orientation y using CCP2 pin B3
"fuses" command and or the mplab configuration bits can be used to configure the C
use the secondary input pin. The rate sensor is sampled at 15 hz from the same int
that drives the DAC. In the backround the adjusted rate cmd will be accumulated an
averaged. The serial interface runs from the background if needed as well as the r
sensor filtering.

Need to do cal code
Need to mod serial interface for tilt sensor          ATTORNEYS EYES
Need to mod flash management code                          ONLY

--
--------------------------------------------------------------------------
--                    REVISION HISTORY
--------------------------------------------------------------------------
--   DATE       VER #     DESCRIPTION AND AUTHOR OF CHANGE
--------------------------------------------------------------------------
--   06/06/03   1.0    Reper created
--   06/07/03   1.1    Corrected timing for 18.4 and adapted demo code for mak
--   06/11/03   1.2    Figured out pinouts and tlv5625
--   06/19/03   1.3    Added code to support the AD input from pot and led
--   06/21/03   1.4    Added requirements and moving average
--   06/26/03   1.5    Corrected slope and rate problems. Added pulse on c1
--   06/27/03   1.6    Corrected 200 - 10khz wrong variable
----------baseline for the fce010 software ------------------------------
--   06/27/03   1.0    Created project based on mako software
--   06/29/03   1.1    Bug in > 0 and adjusted counts to get 10khz
--                     Bug in table lookup and out of phase check
--   08/05/03   2.0    Improved stability of the 14 khz pulse by moving some
--                     processing out of the 200 hz int and into background
--   09/07/03   2.1    Added serial messaging and muxing of the AD interface
--   09/10/03   2.2    Added messages for rest of ad channels
--   09/17/03   2.3    Completed the nv writes to eeprom
--   10/04/03   2.4    Modified the int_2 routine and the averaging
----------baseline for the tilt_sensor software -------------------------
--   09/30/03   1.0    New project
--   10/09/03   1.1    Change the read adc routine to read rate at 20 hz. Add
--                     the mux and ccp processing. Added the duty cycle calcs.
--   10/16/03   1.2    Add power on delay of 2 secs. Hard code offsets.
--   10/27/03   1.3    Changed code to use PAd then loaded with clock as EC
--   10/29/03   2.3    Added constants for tilt sensor #2 rev n.3 software
--   10/30/03   x.4    Add more filtering, expand angle from 5 to 10 degrees
--   11/08/03   x.5    Switched over to using CCP1 and CCP2. Freed much backr
--                     time for processing serial messages. Got serial working.
--   11/12/03   x.6    Switched serial to interrupt driven. Added filter and a
```

HIGHLY CONFIDENTIAL

1

```
    C:\FCE\JordanKleinSr\MakoHead\Software\TiltSens_4X\Til_sens_40\TilSen40.c
    // be delayed as much as the pulse width without any detrimental effects.

    // sit here and read the pin looking for the signal to go low.
    while (input(PIN_B3)) {
        get_serial_data();
        restart_wdt();  // set in the end of the background while loop also
    }

    fall = get_timer1();
    set_timer1(0);  // start counting for next cycle

    if (skip++ > 0) {
        // synchronize to this waveform. skip the first occurrence and reset clock
        pulse_width = fall - rise;  // CCP_1 is the time the pulse went high
        period = fall;
        percent = (float) pulse_width/ (float) period;

#ifdef leds
        output_high(PIN_C0);
        if (inverted) output_high(PIN_B4);  // flash the inverted led
#endif
        tmp_int = (signed int16)nv_coning;
        if (nv_coning > pan_rate_hyst)
            pan_rate_limit = (unsigned int16)(nv_coning - pan_rate_hyst);
        else
            pan_rate_limit = 1000;

        // disable the ccp while switching channels
        //disable_interrupts(INT_CCP2);  // disable interrupt
        // switch channels
        switch (pwm_mode) {
        case tx :
        // adj_adc_val contains the latest update with gain and bias corrections
        // adj_adc_val goes from -512 to 512 and the cutoff is 0 +/- 100.
            if ((nv_coning != 0) && (adj_adc_val > tmp_int)) {
                pan_limiting = true;
            } else if (adj_adc_val < pan_rate_limit) {
                pan_limiting = false;
                tx_percent = percent;
              x = (percent - nv_txbias)/deg_per_percent;  // tom's calc 218 us

                // request to decrease the update rate by 1/4
            time_to_store++;
                if ((time_to_store % 4) == 0) {
                tmpf = x - accel_bias;
                biased_x = (tmpf + pot1_adj);  // accumulate

                // saturation limiting
                if (biased_x < -fl_again) biased_x = -fl_again;
                else if (biased_x > fl_again) biased_x = fl_again;
                // let a frame pass, then average

            } else if ((time_to_store % 4) == 2) {
                tiltx_sum += biased_x;
                /* will take 16 samples to settle to current value at 100 hz. 6.25 hz
                    avg_tiltx = tiltx_sum/(float)nv_filter;  // calc the avg
                    tiltx_sum -= avg_tiltx;  // remove the avg from the set
                    duty_cycle[pwm_mode] = avg_tiltx;
            }
        }
```

ATTORNEYS EYES ONLY

HIGHLY CONFIDENTIAL

7

```
       C:\FCE\JordanKleinSr\MakoHead\Software\TiltSens_4X\Tilt_Sens_42\tilsen42.c
/*----------------------------------------------------------------------------
--
--                     Fern Creek Electronics Inc      PROJECT: tilt sensor
------------------------------------------------------------------------------
--
--   FILENAME:  tilsen42.c     was  tilsen41.c
--
--   AUTHOR  :  Tom Smith          ( Was Rich Reper until May 04)
--
--   DESCRIPTION  :
--            Main routine for scheduling operations. --
-- Requirements:
--
Need to select the accelerometers using the mux and get the duty cycle for each of
four inputs (tiltx and tilty, orientation x(z) and orientation y using CCP2 pin B3
"fuses" command and or the mplab configuration bits can be used to configure the (
use the secondary input pin. The rate sensor is sampled at 15 hz from the same int
that drives the DAC. In the backround the adjusted rate cmd will be accumulated an
averaged. The serial interface runs from the background if needed as well as the 1
sensor filtering.

Need to do cal code
Need to mod serial interface for tilt sensor          HIGHLY
Need to mod flash management code
                                                   CONFIDENTIAL
--
------------------------------------------------------------------------------

--                    REVISION HISTORY
------------------------------------------------------------------------------
--   DATE        VER #     DESCRIPTION AND AUTHOR OF CHANGE
------------------------------------------------------------------------------
--   12 Jun 04   4.0       tilt_sensor.c copied over to tilsen40.c by T. Smith
--                         Add line to cause proper updating of NV checksum.
--                         No, the line missing in MC file is already here !
--                         T.Smith will revise text format in some places.
--
--   Aug.26,2005  4.1      Add lines for enable/diable USART receiver to
--                           avoid input buffer overrun error and subsequent
--                           hangup.
--                         ROM = 62%,  RAM= 28%
--   Aug 27,2005  4.1      Merge 13 lines from tilt_sensor.h into this file.
--                         Continue cleaning up the text format, to my liking.
--   Aug 28,2005  4.1      Change rate_ref names to iga_pot names for uP input
--                           AN1 at pin 3. IGA = Inner Gimbal Angle wrt O.Gimbal
--                         Software works with schematic FCE036D-CCA with
--                         markups and with added schematic for hand-wired IGA
--                         circuit card, added to underside of '036 board.
--                         12:noon : this sw does run on TS Assy #4 and
--                         it talks to TS_GUI_33 and loads/displays NV values.
--   Aug.30,2005  4.1      Continue with notes,comments, and revisions.
--   Aug.31,2005  4.1      Several features work, but analog outputs not right.
--                         Debugging.
--                         Added (unsigned int16) in front of read_adc(...)
--                         in get_adc_output(). Fixed the problem.
--   Sep.1,2005   4.1      Continue text revisions, minor code revisions.
--
--   Mar. 5,2006  4.2      Change oscillator freq to 32.000 MHz. From 33.8688 MHz.
--                         Done because
--                         installed new osc on tilt sensor assy for M.Hd 1102.
```

1