David Grober
davidgrober1@gmail.com
578 West Washington Blvd., Suite 866
Marina Del Rey, CA 90292
Tel. (310) 822-1100

Plaintiff, Pro se

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| VOICE INTERNATIONAL, INC., a California corporation; DAVID GROBER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>OPPENHEIMER CINE RENTAL, LLC, et al.<br><br>Defendants | Case No.: 2:15-cv-08830<br><br>Exhibit A To Doc. 181 |

    Attached hereto is Exhibit A to Doc. 181 which was inadvertently left off when that document was filed.

DATED: September 27, 2017

                                      By: /s/ David Grober
                                          David Grober, Pro Se

# EXHIBIT A

**Subject:** Re: G'old 1107
**From:** John <jd@oceanicproductionequipment.com>
**Date:** 12/23/2014 6:06 PM
**To:** "tom@fcelectro.com" <tom@fcelectro.com>
**BCC:** John <jd@oceanicproductionequipment.com>

ThankYou ThankYou
MeryMery

john
Oceanic Production Equipment, Ltd.
352 266 7794
jd@oceanicproductionequipment.com

On Dec 23, 2014, at 3:33 PM, Tom Smith <tom@fcelectro.com> wrote:

> Yep, they really did. Deliver the thing late yesterday.
> It was in the over-sized locker of my community mail-box when I returned from bike-riding this morning.
> ( I did not ride yesterday - no companion available and doubtful weather.)
>
> I have now looked at the power-switch assy.
> It switched on once for me, then no more.
>
> The relay has an open coil.
> Similar power relays on others of my projects do get an open-circuit coil sometimes.
> But I cannot remember another case on Mako Head.
> And I find no mention of a relay replacement in the work-notes folder for 1107.
> This now-dead relay appears to have lasted about 11 years.
>
> I have now replaced the relay with another (un-used) one.
> I cannot say "new" precisely because the replacement came from a batch here
>   that has a 2003 order-data for the procurement.
> But from that we might be very sure that the part-number is the same.
>
> I have switched the relay on-off quite normally 2 or 3 times.
> Tomorrow I will try some more.
>
> I will get it back into the mail after the Christmas foolishness disappears.
>
> Merry Christmas and Happy New Year.
>
> Tom

JD0032

Tom Smith
Fern Creek Electronics Inc.
197 Drennen Rd., Suite 415
Orlando, FL 32806
Phone: 407-858-0800 (desk)
Phone: 407-473-0900 (cell)
tom@fcelectro.com

-----Original Message-----
From: John [mailto:jd@oceanicproductionequipment.com]
Sent: Tuesday, December 23, 2014 11:52 AM
To: tom@fcelectro.com
Subject: Re: Good Ole 1107

| December 22, 2014 , 6:19 pm | Delivered, Parcel Locker | ORLANDO, FL 32806 |
|---|---|---|

john
Oceanic Production Equipment, Ltd.
352 266 7794
jd@oceanicproductionequipment.com

On Dec 22, 2014, at 4:49 PM, Tom Smith <tom@fcelectro.com> wrote:

> Thanks John.
>
> The thing has not arrived yet, at 4:48 PM.
> Tracking now says tomorrow, Tuesday.
>
> Tom
>
> Tom Smith
> Fern Creek Electronics Inc.
> 197 Drennen Rd., Suite 415
> Orlando, FL 32806
> Phone: 407-858-0800 (desk)
> Phone: 407-473-0900 (cell)
> tom@fcelectro.com

-----Original Message-----
From: John [mailto:jd@oceanicproductionequipment.com]
Sent: Monday, December 22, 2014 09:03 AM
To: 'Tom Smith'
Subject: Good Ole 1107

Tracking Number: 9405903699300320429298
<image001.png>
in-transit
? Expected Delivery Day: Monday, December 22, 2014

Put back together
Worked fine for three times
Then after ?on? went to dim green

Enroute to you

Thanx,
john
Oceanic Production Equipment, Ltd.

352 266 7794
jd@oceanicproductionequipment

<image001.png>

JD0034