James E. Doroshow – SBN 112920)
  jdoroshow@foxrothschild.com
Ashe Puri – SBN 297814
  apuri@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Tel. 310-598-4150
Fax 310-556-9828

Attorneys for Defendants, OPPENHEIMER CINE RENTAL, LLC; OPPENHEIMER CAMERA PRODUCTS, INC.; and MARTY OPPENHEIMER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOICE INTERNATIONAL, INC., a California corporation; DAVID GROBER, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> OPPENHEIMER CINE RENTAL, LLC, a Washington corporation; OPPENHEIMER CAMERA PRODUCTS, INC., a Washington corporation; MARTY OPPENHEIMER, an individual; JORDAN KLEIN, SR., an individual; JORDAN KLEIN, JR., an individual; JOHN DANN, an individual; Mako Products, an unknown entity, Oceanic Production Equipment, Ltd., a Bahamian company; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: CV-15-08830-JAK-KS <br><br> *Hon. John A. Kronstadt* <br><br> **OPPENHEIMER DEFENDANTS' NOTICE OF LODGING MAKOHEAD VIDEO FOR USE AT THE OCTOBER 10, 2017 HEARING ON THE MOTION FOR SUMMARY JUDGMENT [DKT. 141] BROUGHT BY THE OPPENHEIMER DEFENDANTS** <br><br> Complaint Filed: November 12, 2015 <br><br> Hearing Date: October 10, 2017 <br> Time: 8:30 a.m. <br> Place: Courtroom 10B <br> First Street Courthouse <br> 350 W. First St. <br> Los Angeles, CA 90012 |

**NOTICE OF LODGING MAKOHEAD VIDEO**
ACTIVE\51094928.v1-10/2/17

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants OPPENHEIMER CINE RENTAL, LLC; OPPENHEIMER CAMERA PRODUCTS, INC.; and MARTY OPPENHEIMER ("Defendants") hereby lodges a video that Defendants seek to use at the Summary Judgment Hearing scheduled to take place on October 10, 2017, in Courtroom 10B of the United States District Court for the Central District of California located at 350 W. First St., Los Angeles, California 90012.

Respectfully submitted,

Dated: October 2, 2017    FOX ROTHSCHILD LLP

By  */s/ Ashe Puri*
James E. Doroshow
Ashe Puri

Attorneys for OPPENHEIMER CINE RENTAL, LLC; OPPENHEIMER CAMERA PRODUCTS, INC.; and MARTY OPPENHEIMER

---

**NOTICE OF LODGING MAKOHEAD VIDEO**
ACTIVE\51094928.v1-10/2/17