| | |
|---|---|
| JAMES E. DOROSHOW – SBN 112920<br>    jdoroshow@foxrothschild.com<br>ASHE PURI – SBN 297814<br>    apuri@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>10250 Constellation Blvd., Suite 900<br>Los Angeles, CA  90067-6209<br>Tel.       310-598-4150<br>Fax       310-556-9828<br><br>Attorneys for Defendants OPPENHEIMER CINE RENTAL, LLC; OPPENHEIMER CAMERA PRODUCTS, INC.; and MARTY OPPENHEIMER | MARK J. YOUNG –<br>   Fla. Bar No. 0078158<br>*Pro Hac Vice*<br>   myoungpa@gmail.com<br>MARK YOUNG, P.A.<br>1638 Camden Avenue<br>Jacksonville, FL  32207<br>Tel.: 904-996-8099<br>Fax: 904-980-9234<br><br>Attorney for OCEANIC PRODUCTION EQUIPMENT, LTD. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VOICE INTERNATIONAL, INC., a California corporation; DAVID GROBER, an individual,<br><br>              Plaintiffs,<br><br>     vs.<br><br>OPPENHEIMER CINE RENTAL, LLC, a Washington corporation; OPPENHEIMER CAMERA PRODUCTS, INC., a Washington corporation; MARTY OPPENHEIMER, an individual; JORDAN KLEIN, SR., an individual; JORDAN KLEIN, JR., an individual; JOHN DANN, an individual; Mako Products, an unknown entity, Oceanic Production Equipment, Ltd., a Bahamian company; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. 2:15-cv-08830-JAK-KS<br><br>*The Honorable John A. Kronstadt, Courtroom 750*<br><br>**DECLARATION OF JOHN DANN**<br><br><br><br><br><br><br><br><br>Complaint Filed:    November 12, 2015 |

/////

1. I, John Dann, am a competent adult and a citizen of the United States of America.

2. I have personal knowledge of the matters contained herein, and if required to testify as a witness I could and would testify, under oath, to the matters contained herein.

3. I am thoroughly familiar with the MakoHead stabilizer ("MakoHead"), the accused product in the captioned patent infringement lawsuit.

4. A Bahamian company, Oceanic Production Equipment Ltd. ("OPEL"), which is owned by me, is a defendant in the captioned patent infringement lawsuit.

5. OPEL owns several MakoHeads.

6. I have reviewed and understand the motion for summary judgment [Dkt. 141], including all Exhibits thereto [Dkt. 141-1, 141-2, 141-3, 141-4, 141-5, 141-6, 141-7] filed by defendants Oppenheimer Cine Rental, LLC, Oppenheimer Camera Products, Inc., and Marty Oppenheimer ("Oppenheimer Defendants").

7. The statements relating to the MakoHead that were made by Thomas Smith in the declaration [Dkt. 141-2] attached to the motion for summary judgment [Dkt. 141] are true and correct.

1  8. The drawings and photograph [Dkt. 141-3] attached as exhibits to the
2     declaration of Thomas Smith fairly and accurately represent a MakoHead.
3     Reference numerals used herein are the same as those used in the drawings.
4  9. To demonstrate motion of components of a MakoHead, OPEL created a
5     video of a MakoHead in use on a table with a moving top.
6  10. On September 25, 2017, on behalf of Defendant OPEL, I did the following:
7     a) I attached a MakoHead to the top of a table. The top of the table pitches
8        and rolls to mimic motion of a deck of a boat;
9     b) I activated the MakoHead attached to the table top.
10    c) I recorded, from various angles, video clips of the activated MakoHead
11       attached to the table top.
12    d) I temporarily disabled the outer axis motor of the MakoHead by
13       unplugging the power supply to that motor.
14    e) I recorded a video clip of the activated MakoHead, with the temporarily
15       disabled outer axis motor, attached to the table top.
16    f) I temporarily disabled the inner axis motor of the MakoHead by
17       unplugging the power supply to that motor.
18    g) I recorded a video clip of the activated MakoHead, with the temporarily
19       disabled inner axis motor, attached to the table top.
20

11. The video entitled MakoHead.mp4 ("MakoHead Video") is 616,955KB in file size, 8 minutes and 9 seconds (8:09) in duration, and consists exclusively of the clips mentioned above in paragraphs 10c, 10e, and 10g.

12. The MakoHead Video fairly and accurately represents the MakoHead in use on a table with a table top that pitches and rolls.

13. The MakoHead Video includes the following segments:

    a) A segment from 0:00 (minutes:seconds) to 0:21 shows, at a first angle, the MakoHead on the moving table top. A blue rectangular cover is provided on the table top. One side of the rectangular cover is labeled A, for aft, the opposite side is labeled B for Bow, another side is labeled P for Port, and another side is labeled S for Starboard. The labels are provided to indicate the different views. The housing that is labeled MakoHead and clearly visible in the segment is the inner motor housing 115. Motion of the inner motor housing 115 relative to the table top is clearly apparent in this segment.

    b) A segment from 0:21 to 0:50 shows, at a second angle, the MakoHead on the moving table top. Again, the housing that is labeled MakoHead and clearly visible in the segment is the inner motor housing 115. Motion of the inner motor housing 115 relative to the table top is clearly apparent in this segment.

c) A slow motion segment from 0:51 to 1:48 shows, at the second angle, the MakoHead on the moving table top. Again, the housing that is labeled MakoHead and clearly visible in the segment is the inner motor housing 115. Motion of the inner motor housing 115 relative to the table top is clearly apparent in this segment.

d) A segment from 1:49 to 1:50 shows, at the second angle, the MakoHead on the moving table top, at normal speed. Again, the housing that is labeled MakoHead and clearly visible in the segment is the inner motor housing 115. Motion of the inner motor housing 115 relative to the table top is clearly apparent in this segment.

e) A segment from 1:51 to 2:12 shows, at the third angle, the MakoHead on the moving table top, at normal speed. The housing that is labeled MakoHead and adjacent to the side labeled B, as clearly visible in the segment is the outer motor housing 120. Motion of the outer motor housing 120 relative to the table top is clearly apparent in this segment.

f) A segment from 2:13 to 2:27 shows, at the fourth angle, the MakoHead on the moving table top, at normal speed. The housing that is labeled MakoHead and adjacent to the side labeled B, as clearly visible in the segment is the outer motor housing 120. Motion of the outer motor housing 120 relative to the table top is clearly apparent in this segment.

1    g) A segment from 2:28 to 2:30 shows, at the fifth angle, the MakoHead on
2       the moving table top, at normal speed.  The housing that is labeled
3       MakoHead and adjacent to the side labeled B, as clearly visible in the
4       segment is the outer motor housing 120.  Motion of the outer motor
5       housing 120 relative to the table top is clearly apparent in this segment.
6    h) A segment from 2:31 to 3:35 shows, at the fifth angle, the MakoHead on
7       the moving table top, in slow motion.  The housing that is labeled
8       MakoHead and adjacent to the side labeled B, as clearly visible in the
9       segment is the outer motor housing 120.  Motion of the outer motor
10      housing 120 relative to the table top is clearly apparent in this segment.
11   i) A segment from 3:36 to 3:38 shows, at the fifth angle, the MakoHead on
12      the moving table top, at normal speed.  The housing that is labeled
13      MakoHead and adjacent to the side labeled B, as clearly visible in the
14      segment is the outer motor housing 120.  Motion of the outer motor
15      housing 120 relative to the table top is clearly apparent in this segment.
16   j) A segment from 3:39 to 3:59 shows, at a sixth angle, the MakoHead on
17      the moving table top, at normal speed.  The housing that is labeled
18      MakoHead and adjacent to the side labeled B (at the bottom of the
19      displayed video), is the outer motor housing 120.  The other housing is
20      the inner motor housing 115.  Motion of the inner motor housing 115 and

1        the outer motor housing 120 relative to each other and the table top is

2        clearly apparent in this segment.

3    k) A segment from 4:00 to 4:20 shows, at a seventh angle, the MakoHead

4        on the moving table top, at normal speed.  The housing that is labeled

5        MakoHead and adjacent to the side labeled B (at the bottom of the

6        displayed video), is the outer motor housing 120.  The other housing is

7        the inner motor housing 115.  Motion of the inner motor housing 115 and

8        the outer motor housing 120 relative to each other and the table top is

9        clearly apparent in this segment.

10   l) A segment from 4:21 to 5:17 shows, at the seventh angle, the MakoHead

11       on the moving table top, in slow motion.  The housing that is labeled

12       MakoHead and adjacent to the side labeled B (at the bottom of the

13       displayed video), is the outer motor housing 120.  The other housing is

14       the inner motor housing 115.  Motion of the inner motor housing 115 and

15       the outer motor housing 120 relative to each other and the table top is

16       clearly apparent in this segment.

17   m) A segment from 5:18 to 5:18 briefly shows, at the seventh angle, the

18       MakoHead on the moving table top, at normal speed.  The housing that is

19       labeled MakoHead and adjacent to the side labeled B (at the bottom of

20       the displayed video), is the outer motor housing 120.  The other housing

1   is the inner motor housing 115.  Motion of the inner motor housing 115

2   and the outer motor housing 120 relative to each other and the table top is

3   clearly apparent in this segment.

4   n) A segment from 5:19 to 5:39 shows, at an eighth angle, the MakoHead on

5   the moving table top, at normal speed.  The housing that is labeled

6   MakoHead and adjacent to the side labeled B (at the left side of the

7   displayed video), is the outer motor housing 120.  Motion of the outer

8   motor housing 120 relative to the table top is clearly apparent in this

9   segment.

10  o) A segment from 5:40 to 6:02 shows, at a ninth angle, the MakoHead on

11  the moving table top, at normal speed.  The housing that is labeled

12  MakoHead and adjacent to the side labeled B (at the left side of the

13  displayed video), is the outer motor housing 120. .  The other housing is

14  the inner motor housing 115.  Motion of the inner motor housing 115 and

15  the outer motor housing 120 relative to each other and the table top is

16  clearly apparent in this segment.

17  p) A segment from 6:02 to 7:10 shows, at the ninth angle, the MakoHead on

18  the moving table top, in slow motion.  The housing that is labeled

19  MakoHead and adjacent to the side labeled B (at the left side of the

20  displayed video), is the outer motor housing 120. .  The other housing is

1        the inner motor housing 115.  Motion of the inner motor housing 115 and

2        the outer motor housing 120 relative to each other and the table top is

3        clearly apparent in this segment.

4   q)   A segment from 7:11 to 7:12 shows, at the ninth angle, the MakoHead on

5        the moving table top, at normal speed.  The housing that is labeled

6        MakoHead and adjacent to the side labeled B (at the left side of the

7        displayed video), is the outer motor housing 120. .  The other housing is

8        the inner motor housing 115.  Motion of the inner motor housing 115 and

9        the outer motor housing 120 relative to each other and the table top is

10       clearly apparent in this segment.

11  r)   A segment from 7:13 to 7:38 shows, at a tenth angle, the MakoHead on

12       the moving table top, at normal speed, with power to the outer axis motor

13       disconnected, rendering the outer axis motor inoperable.  The housing

14       that is labeled MakoHead and adjacent to the side labeled S (at the right

15       side of the displayed video), is the inner motor housing 115.  The other

16       housing, which contains the disabled outer axis motor, is the outer motor

17       housing 120.  Motion of the inner gimbal 140 relative to the table top is

18       clearly apparent in this segment.

19  s)   A segment from 7:39 to 8:09 shows, at an eleventh angle, the MakoHead

20       on the moving table top, at normal speed, with power to the inner axis

1  motor disconnected, rendering the inner axis motor inoperable.  The
2  housing that is labeled MakoHead and adjacent to the side labeled B (at
3  the right side of the displayed video), is the outer motor housing 120.
4  The other housing, which contains the disabled inner axis motor, is the
5  inner motor housing 115.  Motion of the outer gimbal 135 relative to the
6  table top is clearly apparent in this segment.

7  14. The segments of the MakoHead Video identified above in paragraphs 13a
8  through 13s fairly and accurately represent the MakoHead in use on a table
9  with a table top that pitches and rolls.

10 15. I declare under penalty of perjury that the foregoing is true and correct.

11 [REMAINDER OF PAGE INTENTIONALLY BLANK]

1

2

Date:   10/02/2017                          John Dann

3

By:   /s/ _____

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20