Robert J. Lauson (175,486)
bob@lauson.com
LAUSON & TARVER LLP
880 Apollo St., Suite. 301
El Segundo, CA  90245
Tel.  (310) 726-0892
Attorneys for Plaintiff,  Voice International, Inc.

David Grober
davidgrober1@gmail.com
578 West Washington Blvd., Suite 866
Marina Del Rey, CA  90292
Tel. (310) 951-1110
Plaintiff, Pro se

James E. Doroshow, Esq. SBN 112,920
jodoroshow@foxrothschild.com
Ashe Puri, Esq. SBN 297,814
apuri@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA  90067-1506
Tel. (310) 598-4150
Attorneys for Defendants, Oppenheimer Cine Rental, LLC,
Oppenheimer Camera Products, Inc., Marty Oppenheimer,
and Oceanic Production Equipment, Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| **VOICE INTERNATIONAL, INC.**, a California corporation; **DAVID GROBER**, an individual,<br><br>**Plaintiffs,**<br><br>vs.<br><br>**OPPENHEIMER CINE RENTAL, LLC, et al.**<br><br>**Defendants** | Case No.: **2:15-cv-08830-JAK-KS**<br><br>**Joint Stipulation To Allow Plaintiffs Additional Time  Until November 10, 2017 To Complete Defendant Oppenheimer Deposition** |

ACTIVE\51693466.v1-11/2/17

1  Plaintiffs David Grober and Voice International and Defendants Marty
2  Oppenheimer, Oppenheimer Cine Rentals, LLC and Oppenheimer Camera
3  Products, Inc. jointly file this stipulation. The parties agree that Plaintiffs may have
4  until November 10, 2017 to complete their deposition of Defendants Marty
5  Oppenheimer and Oppenheimer Cine Rentals, LLC.

6  On October 5, 2017 Plaintiffs served a deposition notice for Defendants for
7  October 30th in Seattle, Washington. Thereafter Grober contacted Oppenheimer
8  directly to inquire if he would fly to California (at Grober's expense) for his
9  deposition. Doc. 197-3. Counsel for Defendants agreed to setting the deposition in
10 California, with Mr. Grober to pay for Mr. Oppenheimer's economy airfare if it
11 could be held on November 10th. *Id*. Plaintiffs agreed and on October 24th re-
12 noticed the depositions.

13 The parties submit good cause exists for the requested relief, and the
14 separately-submitted [proposed] order be entered by the Court.

Respectively Submitted,

DATED: November 7, 2017        LAUSON & TARVER LLP
                               By: /s/Robert Lauson
                               Robert J. Lauson, Esq.
                               Attorney for Plaintiff, Voice International

DATED: November 7, 2017        By: /s/David Grober
                               David Grober
                               In Pro Per

DATED: November 7, 2017        FOX ROTHSCHILD, LLP
                               By: /s/Ashe Puri
                               James E. Doroshow, Esq.
                               Ashesh Puri, Esq.
                               Attorneys for Defendants, Oppenheimer Cine
                               Rental, LLC, Oppenheimer Camera Products,
                               Inc., Marty Oppenheimer, and Oceanic
                               Production Equipment, Ltd.

ACTIVE\51693466.v1-11/2/17