Schedule A

| Deadline | Weeks After Listed Event | Plaintiffs' Request | OPEL's Request | Oppenheimer's Request | Court |
|---|---|---|---|---|---|
| Fact Discovery Cut-off | | 6/15/18 | 04/30/18 | 10/30/17 (Dkt. No. 120) | |
| Plaintiffs' Supplemental Markman Brief As To Proper Construction of "fixed" and "based on" | | | | | 2/5/18 |
| Defendants' Supplemental Markman Response | | | | | 2/12/18 |
| Court's Decision Re Supplemental Markman Construction Claims | | | | | |
| Plaintiffs' Final Infringement Contentions, Expert Reports on issues Where Patentee has Burden of Proof | 4 weeks after Court's Decision on Supplemental Markman | | | | |
| Defendants' Final Invalidity Contentions, Rebuttal Expert Reports and Opening Expert Report Where Accused has Burden of Proof | 8 weeks after Court's Decision on Supplemental Markman | | | | |
| Plaintiffs' Rebuttal Expert Reports on Issues Where Accused Infringer has Burden of Proof | 12 weeks after Court's Decision on Supplemental Markman | | | | |
| Last Date to File Dispositive Motions | 20 weeks after Court's Decision on Supplemental Markman | | | | |
| Last Date to Hear Motions (not file) | 27 weeks after Court's Decision on Supplemental Markman | | | | |
| Last day to conduct settlement conference/mediation | | | 08/15/18 | 8/15/18 | |
| Final Pre-Trial Conference | | 10/9/18 | 10/8/18 @ 3:00pm | 10/8/18 @ 3:00 pm | |
| Trial Duration Estimate: 1 week. | | 10/23/18 | 10/22/18 | 10/22/18 | |