Robert J. Lauson, Esq., SBN 175,486
bob@lauson.com
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, California 90245
Tel. (310) 726-0892
Fax (310) 726-0893

Attorneys for Plaintiff, Voice International, Inc.

David Grober
Davidgrober1@gmail.com
578 West Washington Blvd., Suite 866
Marina Del Rey, CA 90292
(310) 951-1110

Plaintiff Pro Se

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **VOICE INTERNATIONAL, INC.**, a California corporation; **DAVID GROBER**, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>**OPPENHEIMER CINE RENTAL, LLC, et al.**<br><br>    Defendants | Case No.: 2:15-cv-08830-JAK(KS)<br><br>**Plaintiffs' Reply to Defendant Oceanic Production Equipment, Ltd's Counterclaim** |

1. Plaintiff Voice International by and through its undersigned counsel and Plaintiff David Grober hereby respond to Oceanic Production Equipment, Ltd. (OPEL)'s Counterclaims.

**Parties**

2. Answering paragraph two of OPEL's Counterclaims, Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said Paragraph, and on that basis deny the allegations contained therein.

3. Answering paragraph three of OPEL's Counterclaims, Plaintiffs admit the allegations therein.

4. Answering paragraph four of OPEL's Counterclaims, Plaintiffs admit the allegations therein.

**Jurisdiction**

5. Answering paragraph five of OPEL's Counterclaims, Plaintiffs admit the allegations therein.

6. Answering paragraph six of OPEL's Counterclaims, Plaintiffs admit the allegations therein.

7. Answering paragraph seven of OPEL's Counterclaims, Plaintiffs admit the allegations therein.

**Counterclaim I: Declaratory Judgment of Non-Infringement, Invalidity, And Unenforceability of U.S. Patent No. 6,611,662**

8. Answering paragraph eight of OPEL's Counterclaims, Plaintiffs re-allege and incorporate their answers to paragraphs 1 – 7 herein.

9. Answering paragraph nine of OPEL's Counterclaims, Plaintiffs admit the allegations therein.

10. Answering paragraph ten of OPEL's Counterclaims, Plaintiffs admit the allegations therein.

11. Answering paragraph eleven of OPEL's Counterclaims, Plaintiffs

deny the allegations therein.

12. Answering paragraph twelve of OPEL's Counterclaims, Plaintiffs deny the allegations therein.

13. Answering paragraph thirteen of OPEL's Counterclaims, Plaintiffs deny the allegations therein.

14. Answering paragraph fourteen of OPEL's Counterclaims, Plaintiffs deny the allegations therein.

15. Answering paragraph fifteen of OPEL's Counterclaims, Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said Paragraph, and on that basis deny the allegations contained therein.

16. Answering paragraph sixteen of OPEL's Counterclaims, Plaintiffs deny the allegations therein.

17. Answering paragraph seventeen of OPEL's Counterclaims, Plaintiffs deny the allegations therein.

18. Answering paragraph eighteen of OPEL's Counterclaims, Plaintiffs deny the allegations therein.

19. Answering paragraph nineteen of OPEL's Counterclaims, Plaintiffs deny the allegations therein.

20. Answering paragraph twenty of OPEL's Counterclaims, Plaintiffs deny the allegations therein.

21. Answering paragraph twenty-one of OPEL's Counterclaims, Plaintiffs admit the allegations therein.

22. Answering paragraph twenty-two of OPEL's Counterclaims, Plaintiffs deny the allegations therein.

### Request For Relief

23. Answering paragraph twenty-three of OPEL's Counterclaims, Plaintiffs deny the allegations therein.

WHEREFORE, Plaintiffs pray for relief as follows:

A. For a judgment that the patent, and each and every asserted claim thereof, is valid, enforceable and infringed;

B. That OPEL's counterclaim be dismissed with prejudice, and no relief granted to OPEL;

C. That pursuant to 35 U.S.C. § 285, and any other applicable authority, OPEL be ordered to pay all of Plaintiff's reasonable attorneys' fees incurred in defending against OPEL's counterclaims; and,

D. That Plaintiff be awarded such other relief as the Court deems just and equitable.

Date: March 8, 2018          Respectively submitted,

LAUSON & TARVER LLP

/s/ robert lauson
Robert Lauson (175486)
*Attorneys for Voice International, Inc.*

/s/ david grober
David Grober
Plaintiff, in pro per