Robert J. Lauson, Esq., SBN 175,486
bob@lauson.com
LAUSON & ASSOCIATES
880 Apollo Street, Suite 301
El Segundo, California 90245
Tel. (310) 726-0892
Fax (310) 726-0893

Attorneys for Plaintiff, Voice International, Inc.

David Grober
davidgrober1@gmail.com
578 West Washington Blvd., # 866
Marina Del Rey, CA 90292
Tel. (310) 951-1110

Plaintiff, Pro se

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| **VOICE INTERNATIONAL, INC., a California corporation; DAVID GROBER, an individual,**<br><br>Plaintiffs,<br><br>vs.<br><br>**OPPENHEIMER CINE RENTAL, LLC, a Washington corporation; OPPENHEIMER CAMERA PRODUCTS, INC., a Washington corporation; MARTY OPPENHEIMER, an individual; Oceanic Production Equipment, Ltd., a Bahamian company; and JORDAN KLEIN, SR., an individual,**<br><br>Defendants. | Case No.: 2:15-cv-08830-JAK-KS<br><br>**Plaintiffs' Response To Defendants' Alter Ego Briefing** |

1. Pursuant to the Court's civil minutes of May 13th (doc. 311, para. 3) re alter ego being a jury or judge issue, Plaintffs respond to Defedants' briefing attached to the joint report (doc. 307-4) that "because alter ego is an equitable issue, it must be tried by the Court and not a jury."

Plaintiffs agree it is an equitable issue for the judge to decide, per Defendants' case law and other case law in the Ninth Ciruit and California. Plaintffs decline to request any advisory verdict as the same is unnecesary with the Court deciding the issue. Plaintffs believe the Court should make its own decision without input from the jury.

Jordan Klein Sr.'s testimony along with John Dann's on alter ego will overlap with his testimony on other issues, e.g. wilfulness, etc., which will be decided by the jury. Accordingly, Plaintiffs object to any suggestion by Defendants that the alter ego determination should be in a separate phase after the jury trial. This would require Jordan Klein Sr. and John Dann to each testify two different times and thus would be inefficient. Their alter ego-related testimony during the trial is not expected to be lengthy.

Date: May 20, 2019

Respectively Submitted:

LAUSON & ASSOCIATES

/s/ Robert Lauson
Robert Lauson
*Attorneys for Voice International, Inc.*

/s/ David Grober
David Grober, Plaintiff, Pro Se