David Grober
davidgrober1@gmail.com
578 West Washington Blvd., Suite 866
Marina Del Rey, CA  90292
Tel. (310) 951-1110

Plaintiff, Pro se

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| **VOICE INTERNATIONAL, INC., a California corporation; DAVID GROBER, an individual,**<br><br>        **Plaintiffs,**<br><br>        **vs.**<br><br>**OPPENHEIMER CINE RENTAL, LLC, et al.**<br><br>        **Defendants** | **Case No.: 2:15-cv-08830-JAK(KS)**<br><br>**Joint Exhibit List**<br><br>**Trial Date: Oct. 15, 2019**<br>**Time: 8:30 a.m.**<br>**Place: Courtroom 10B, First Street** |

# Joint Trial Exhibit List

| Ex. #[1] | Description | Stip. To Authen. | Stip. To Admiss | Date Identified | Dated Admitted |
|---|---|---|---|---|---|
| | Oppenheimer Deposition | | | | |
| | Dann Deposition | | | | |
| 204 | Smith Deposition. AM&PM | | | | |
| 2 | Copy of Patent 662 | | | | |
| 1-4, 6, 8-10, 14-49 | Opp Depo Exhibits | | | | |
| 51-80 | JD Depo Exhibits 51-80 (JD=John Dann) | | | | |
| 81,387,504, 505 | Grober & MPM Awards, History, | | | | |
| 84, 85, 87, 88, 89, 91, 94, 102, 103, 288, 443 | 10/31/13 TS repair invoice MH 2 & 4 DG 01222 to 1223 TS0001-0002, MH Locnts | | | | |
| 86 | 7-12-07 JD to M.O. (M.O. = Marty Oppenheimer) | | | | |
| 87 | Josh- h (Opp Cam email. | | | | |
| 88 | 9/05/13 JD to TS re UK Ron Howard test. | | | | |
| 89 | 9/25/13 Opp to JD email | | | | |
| 91 | M.O to JD email MO preps MH. | | | | |
| 92 | M Opp to JD email Fl to Canada. | | | | |
| 94 | M O. to LR /JD email (Opel Fla). MH prep. | | | | |
| 99, 100 | McCormack to JD email from Burbank. 1st rental Sheila. When ship? | | | | |
| 100 | M.O to JD.DC wants. | | | | |

---

[1]Exhibit #s 1-87 correspond to deposition exhibits in accordance with L.R. 16-6.1

| | | | | | |
|---|---|---|---|---|---|
| 106 | Grober Bullsh--t. M.O. to JD. EM. D's have atrnys | | | | |
| 108 | Opp 2015 – 1099. | | | | |
| 112 | Grober-Emmy Award | | | | |
| 127,129, 442 | TriFld MPM-PH advertising | | | | |
| 134 | Delta Tau, Ctrl System. | | | | |
| 138 | 3/02/99 DG ltr to JS | | | | |
| 149, 54,359,377, 379, 387,381,518 | Invoice Jordon Areo Marine ship to FCE. SR. Ordering & Dev MH. | | | | |
| 151 | Grober-OSCAR Award – Tech Achievemnt | | | | |
| 152 | 1/29/09 Decl of JD Klein S. Info on him | | | | |
| 155 | 2007 Mako Ad | | | | |
| 156,171, 210 | Alaska Test | | | | |
| 163,388, 421 | 9-02-99 Ltr to DG re Test PH Dev (DG=David Grober) | | | | |
| 164 | 11/03/99 DG to Disney | | | | |
| 165 | Taking PH clients | | | | |
| 173 | 7/18/05 Air Sea Prod Inv | | | | |
| 175 | ASL Inv to AKM Prod, Calif | | | | |
| 177 | MPI Inv to ASL. | | | | |
| 181 | Klein & P's Attrny at Acad Tech evening. | | | | |
| 182 | 9-15-14 Kutcher Decl – indemnification. | | | | |
| 185 | Mako Tr Acct Pymnt Spectrum effects | | | | |
| 188 | 12/21/05 Academy Award Ltr | | | | |
| 189 | Photo-Plaque | | | | |
| 191 | DG history. Dodger Honor-Community Hero. | | | | |
| 192 | 2018 Klein News Article | | | | |
| 193 | PH & MH photos. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 194 | Photo Klein Fla Offices. | | | | |
| 198,201, 212,249, 367,371, 387,400, 424, 450,523 | MakoHead Dev-SW-TS-JD-KL docs & emails | | | | |
| 200,313, 472,524 | Photo Tilt Sensor boards & other tech info. | | | | |
| 201 | FCE photo MH. | | | | |
| 208 | Lauson called. Will they stop infr?  No. M1- | | | | |
| 209 | M.O to JD re lawsuit. | | | | |
| 210 | Memo SW to JK ((Steve Waterford) | | | | |
| 211 | M Opp to JD email | | | | |
| 222 | JD to TS Norway rentals (TS=Tom Smith) | | | | |
| 239 | MPI invoice. Dann is tech. | | | | |
| 242,243 | Call sheet-JD=Tech-Shark | | | | |
| 244 | MPI Inv. ESPN Shark Prod. Tech info. | | | | |
| 246 | UCC note | | | | |
| 247 | Inv order. SW ship to JK | | | | |
| 249 | 150 Sensor order. | | | | |
| 254 | 114 Sensors = 57 units. | | | | |
| 255 | MH to Norway, $99,999 | | | | |
| 261 | Object bring MH to Court | | | | |
| 285 | DG- Oscar tech nite. Klein Jr. statement. | | | | |
| 288 | Location of MH's | | | | |
| 302,304 | TV-Sopranos rentals. Same clients. | | | | |
| 305,351 | PH Inv. MPM Services-DG Pics-Navy | | | | |
| 306 | Panduit - Same thing. | | | | |
| 308,349 | Deposition of Smith in Fl. | | | | |
| 310 | Bankruptcy-MH to OPEL | | | | |

3

| | | | | | |
|---|---|---|---|---|---|
| 312 | 3/04/14 JD to S Edwards. | | | | |
| 313 | ST8224 cks during Bky-94 pp. | | | | |
| 314,387, 525 | Panduit damages Inv&Cks_94+226pp. | | | | |
| 315,316 | Bahama Corp Docs-P's | | | | |
| 327 | Agr SW -DG | | | | |
| 328,329, 333,354, 423 | Emails that led to Mako-2 & discovery of new rentals. | | | | |
| 340 | Photo 2004 PH & docs | | | | |
| 348 | P's motion for proper designations. | | | | |
| 349 | Trying to get discovery. | | | | |
| 359 | Change HD order to 4/mo=2MH's/mo | | | | |
| 362,532 | Videos. PH Demo & client uses. | | | | |
| 363 | Photos of MH from Smith & FCE docs. | | | | |
| 366 | BW-Trade Sec are…SW & Smith Indep Ctrctrs | | | | |
| 367 | SW needs confirm design changes.1st Prtyp &Ligi | | | | |
| 368 | OPEL Invoices. | | | | |
| 371 | Sr sends Varnl SW letter how MP & HG diff. | | | | |
| 373 | Reply Brief, Judgment. | | | | |
| 375,427 | Jr. using MakoHead. | | | | |
| 377 | Tilt sensor info. | | | | |
| 379 | Sirros Sensor info + Ordering 150 units | | | | |
| 381 | Quote for 114 motors. | | | | |
| 383 | CAFC. Appellant's response and reply brief | | | | |
| 387 | Rule 11. CAFC Briefs PH & MH Same. Panduit. | | | | |
| 388 | SD Helo test, Office-building PH's | | | | |
| 400 | SW emails to Kleins, I'll pass you Grober's clients. | | | | |
| 421 | Spectron Inv-30,40,50. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 422 | PH-MPM broch, Mkting | | | | |
| 2 | 424 | Joe Dunton - PH to do Harry Potter. Can we?SW. | | | | |
| 3 | 426 | M Opp to DeadCtch email | | | | |
| 4 | 428 | 11/07/04 TS memo re infringement. FCE discov. | | | | |
| 5 | 435 | Klein Sr & Varn. Decl. | | | | |
| 6 | 436 | Klein Sr & Varn. Decl. | | | | |
| 7 | 438 | CAFC 2010-1519-1527 Opinion. Markman. | | | | |
| 8 | 443 | Lyden Ship recrds. Subpn. | | | | |
| 9 | 445,446, 447 | DG's PH Dev sketches. | | | | |
| 10 | 450 | Deal Memo SW & Jordon Klein. Agr Smith Klein. | | | | |
| 11 | 452 | 2003 Dist Mgt Ser Bus. & SW Tech transfer. | | | | |
| 12 | 455, 456, 458 | Depo cancel: Bennett, BW, JD, DG  decl. | | | | |
| 13 | 462 | PH Dev Pics. | | | | |
| 14 | 466 | MPI admission. | | | | |
| 15 | 467 | D's statement, MH &PH only ones in market. | | | | |
| 16 | 472 | Smith schematics. | | | | |
| 17 | 473 | Oppenheimer emails | | | | |
| 18 | 474 | JD to Denny. New rep. | | | | |
| 19 | 496 | Cost to produce DC. Article. One mill/show | | | | |
| 20 | 500 | Grober receives Society of Cam Operators Award | | | | |
| 21 | 504 | DG History. Tech. | | | | |
| 22 | 505 | DG history. Med fax, WSJ. Fam Circle. A.M.N | | | | |
| 23 | 507 | Photo of PH with camera DG 015574 | | | | |
| 24 | 518 | Silcon sensing-Sirros. | | | | |
| 25 | 523 | SW needs Sr&Jr confirm design changes. | | | | |
| 26 | 524 | 6/10/08 Tom Smith depo DG 13594-13757 | | | | |
| 27 | 525 | MPM -PH Invoices. | | | | |
| 28 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 526 | Fl Defam dropped Transcript. | | | | |
| 534 | PH Prod videos | | | | |
| 541 | JK Sr's Acct Rpt. | | | | |
| 543 | JD CC records | | | | |
| 553 | Doc 139-2 Decl TS support Opp MSJ-infring. | | | | |
| 554 | Doc 139-3 Exhibit 1 | | | | |
| 555 | Doc 139-5 P's Infringement contentions | | | | |
| 556. | Doc 141 Opp MSJ Infringement | | | | |
| 558 | Doc 154 Order re disputed claims terms construed | | | | |
| 561 | Doc 162-8. Pic PH parts | | | | |
| 565 | Doc 171-2 Pltfs' Restated Infringement Contentions | | | | |
| 569 | Doc 55-1 Decl JK Sr | | | | |
| 571 | 7/18/16 Declaration of John Dann Doc 55-3 | | | | |
| 572 | Doc 56-1 Decl JK Sr. | | | | |
| 579 | MH sale to Global. | | | | |
| 586 | Doc 69 Markman Brief | | | | |
| 588 | Doc 69-2 SW to JK Sr emails. | | | | |
| 590 | Doc 69-4 M-1.MarkMn Tutorial exhibs. | | | | |
| 598 | Doc 126-1 Opel Rentals. | | | | |
| 604 | Doc 162-8 Expert Rpt on Claims Ex-G | | | | |
| 605, 628, 634, 635, 637, 638, | Emails-OPEL getting docs. Cafareta. | | | | |
| 606 | Tilt sensor-showing. | | | | |
| 607,621, 626,629, 636 | D's Discovery Resp. | | | | |
| 617 | Rental house letter. | | | | |
| 628 | Emails.  OPEL & others. | | | | |
| 632,633 | Dictionary | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 640 | 10/17/17 Email String | | | | |
| 641 | P's pictures – color. Gray Gimbal video | | | | |
| 642 | D's pictures-color, MH in use. | | | | |
| 643 | Smith's code | | | | |
| 644 | Mako-1 Dkt. 227,228,229,230, 233,254,255,380,381,392, 393,399,401,402,410,413 | | | | |
| 645 | Mako-2 Dkt 55,56,65,68,69,78,85,113, 118,126,129,134,138,139, 141,142,157,159,162, 175,201,205,207,215,220, 221,222, 228,230,249-255, 267, 268-270, 275-278, | | | | |
| 701 | Invalidity Contentions | | | | |
| 702 | Prosecution File | | | | |
| 703 | Infringement Contentions | | | | |
| 704 | Infringement Contentions | | | | |
| 705 | OPEL docs | | | | |
| 706 | provisional | | | | |
| 707 | prosecution file | | | | |
| 708 | prosecution file | | | | |
| 709 | prior art | | | | |
| 710 | Assignment of bid in bankruptcy | | | | |
| 711 | Bankruptcy filing | | | | |
| 712 | Bankruptcy filing | | | | |
| 713 | Docket from bankruptcy | | | | |
| 714 | Docket from prior lawsuit | | | | |
| 715 | prior art | | | | |
| 716 | MakoHead drawings | | | | |
| 717 | Bankruptcy report | | | | |

| 718 | prior art | | | | |
|-----|-----------|---|---|---|---|
| 719 | invalidity contentions | | | | |
| 720 | Test stand video | | | | |
| 721 | code | | | | |
| 722 | code | | | | |
| 723 | code | | | | |
| 724 | code | | | | |
| 725 | code | | | | |
| 726 | code | | | | |
| 727 | code | | | | |
| 728 | code | | | | |
| 729 | code | | | | |
| 730 | prior art | | | | |
| 731 | prior art | | | | |
| 732 | prior art | | | | |
| 733 | prior art | | | | |
| 734 | prior art | | | | |
| 735 | Bankruptcy filing | | | | |
| 736 | O/D register | | | | |
| 737 | invalidity contentions | | | | |
| 738 | prior art | | | | |
| 739 | Smith report | | | | |
| 740 | resolution | | | | |
| 741 | Bankruptcy order | | | | |
| 742 | Bankruptcy order | | | | |
| 743 | Bankruptcy order | | | | |
| 744 | Bankruptcy order | | | | |

| | 745 | Bankruptcy order | | | | |
|---|---|---|---|---|---|---|
| 1 | 746 | Bankruptcy order | | | | |
| 2 | 747 | Bankruptcy order | | | | |
| 3 | 748 | Bankruptcy order | | | | |
| 4 | 749 | restoration of OPEL | | | | |
| 5 | 750 | code | | | | |
| 6 | 751 | code | | | | |
| 7 | 752 | Smith depo | | | | |
| 8 | 753 | Smith depo | | | | |
| 9 | 754 | bill of sale | | | | |
| 10 | 755 | prior art | | | | |
| 11 | 756 | prior art | | | | |
| 12 | 757 | prior art | | | | |
| 13 | 758 | prior art | | | | |
| 14 | 759 | prior art | | | | |
| 15 | 760 | prior art | | | | |
| 16 | 761 | prior art | | | | |
| 17 | 762 | prior art | | | | |
| 18 | 763 | prior art | | | | |
| 19 | 764 | prior art | | | | |
| 20 | 765 | Claim chart | | | | |
| 21 | 766 | Claim chart | | | | |
| 22 | 767 | Claim chart | | | | |
| 23 | 768 | Claim chart | | | | |
| 24 | 769 | Claim chart | | | | |
| 25 | 770 | Claim chart | | | | |
| 26 | 801 | Opp 001 - 0139 | | | | |

| 802 | Opp 040 - 126 | | | | |
|---|---|---|---|---|---|

Respectively Submitted,

DATED:  September 16, 2019        By:   /David Grober_____
                                  David Grober
                                  In Pro Per