## Valerie Nichols

| | |
|---|---|
| **From:** | Alisha Ross <alisha@lauson.com> |
| **Sent:** | Thursday, April 19, 2018 4:02 PM |
| **To:** | myoungpa@gmail.com; dpeck@coastlawgroup.com |
| **Cc:** | 'Robert Lauson'; valerie@lauson.com; davidgrober1@gmail.com |
| **Subject:** | Grober v. Oppenheimer |

Good afternoon,
   Please see the attached Dropbox link with documents regarding the above-referenced matter. Thanks,

https://www.dropbox.com/sh/5x28d1e3wcawvfh/AADEABuXvmw6n4WScU9gsRbJa?dl=0



Alisha M. Ross
Legal Assistant/Reception
Lauson & Tarver LLP
880 Apollo Street, Suite 301
El Segundo, CA 90245
ph. 310-726-0892
fax 310-726-0893
www.lauson.com
Intellectual Property Law
Patents, Trademarks, Copyrights

**Valerie Nichols**

| | |
|---|---|
| **From:** | Alisha Ross <alisha@lauson.com> |
| **Sent:** | Tuesday, April 24, 2018 2:13 PM |
| **To:** | myoungpa@gmail.com; dpeck@coastlawgroup.com |
| **Cc:** | davidgrober1@gmail.com; 'Robert Lauson'; valerie@lauson.com |
| **Subject:** | David Grober, et al. v. Oppenheimer, et al. |

Good afternoon,
   Please follow the attached dropbox link to documents regarding the above-referenced matter. Thanks,

https://www.dropbox.com/sh/ju5o53xb0toktmp/AADti9-OmqGRDCeoOXsBogy_a?dl=0



Alisha M. Ross
Legal Assistant/Reception
Lauson & Tarver LLP
880 Apollo Street, Suite 301
El Segundo, CA 90245
ph. 310-726-0892
fax 310-726-0893
www.lauson.com
Intellectual Property Law
Patents, Trademarks, Copyrights

1

# Valerie Nichols

| | |
|---|---|
| From: | Valerie Nichols <valerie@lauson.com> |
| Sent: | Tuesday, May 08, 2018 12:01 PM |
| To: | 'Mark J. Young'; 'Dave Peck'; 'Bob Lauson' |
| Cc: | 'David Grober' |
| Subject: | Additional discovery documents |
| Attachments: | DG 7962 - DG 8064.pdf |

Hello Mark,

Please see attached documents Bates stamped DG 07962 - DG 08064. These documents produced in response to a subpoena served in April were received by our office yesterday.

Thank you,

Valerie

-----Original Message-----
From: David Grober <davidgrober1@gmail.com>
Sent: Wednesday, May 02, 2018 1:25 PM
To: Mark J. Young <myoungpa@gmail.com>; Dave Peck <dpeck@coastlawgroup.com>; Valerie Nichols <valerie@lauson.com>; Bob Lauson <bob@lauson.com>
Subject: Discovery responses.

Mark Young.

I am confirming that at this point we have produced to you 7,961 documents which includes the Gray Gimbal video.

At this time we are awaiting your responses to our 3rd set of Requests for Production, as well as documents still not received from our earlier requests, including AT&T statements, (you only sent us a limited ones starting from Nov. 2016 thru February 2018. We asked for all phone bills for use in conducting OPEL business, which would go back to OPEL's origination.

RFP # 13.   All monthly telephone statements for the telephone from which you conducted the business of OPEL.

David Grober
davidgrober1@gmail.com=