MARK J. YOUNG
  Fla. Bar No. 0078158
Pro Hac Vice
  myoungpa@gmail.com
MARK YOUNG, P.A.
1638 Camden Avenue
Jacksonville, FL  32207
Tel.:  904-996-8099
Fax:  904-980-9234

Attorney for Oceanic Production
Equipment, Ltd. and Jordan Klein Sr.

David A. Peck
SBN 171854
Coast Law Group LLP
1140 South Coast Highway 101
Encinitas, California 92024
Tel.  760.942.8505 x108
Fax 760.942.8515
Email dpeck@coastlawgroup.com

Attorneys for Oceanic Production
Equipment, Ltd. and Jordan Klein Sr.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOICE INTERNATIONAL, INC., a California corporation; DAVID GROBER, an individual,<br><br>        Plaintiffs,<br><br>    vs.<br><br>OPPENHEIMER CINE RENTAL, LLC, a Washington corporation; OPPENHEIMER CAMERA PRODUCTS, INC., a Washington corporation; MARTY OPPENHEIMER, an individual; JORDAN KLEIN, SR., an individual; JORDAN KLEIN, JR., an individual; JOHN DANN, an individual; Mako Products, an unknown entity, Oceanic Production Equipment, Ltd., a Bahamian company; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:15-cv-08830-JAK-KS<br><br>*The Honorable John A. Kronstadt, Courtroom 10B*<br><br>**DEFENDANT JORDAN KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIMS 1, 3, 4, 14, 32, 35 AND 38 OF US PATENT NO. 6,611,662**<br><br>Complaint Filed:   November 12, 2015 |

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on _____ , at _____ a.m./p.m., or as soon thereafter as counsel may be heard, in Courtroom 10B of the United States District Court for the Central District of California, located 350 West First Street, Los Angeles, California, 90012, Defendant, Jordan Klein Sr., will and hereby does move this Court to enter summary judgment of invalidity because new prior art anticipates each asserted claim of US Patent No. 6,611,662 by disclosing every element of every asserted claim.

This Motion is and will be based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, and the accompanying Statement of Uncontroverted Facts.  This Motion is made following a conference of counsel pursuant to Local Rule 7-3.


Dated:  September 26, 2019          Respectfully submitted,

                                   MARK YOUNG, P.A.


                          By:   s/Mark J. Young
                                MARK J. YOUNG


                                Attorney for Defendants Oceanic
                                Production Equipment, Ltd. and Jordan
                                Klein Sr.


                                COASTAL LAW GROUP LLP


                          By:   s/David A. Peck
                                David A. Peck
                                Attorneys for Defendants Oceanic
                                Production Equipment, Ltd. and Jordan
                                Klein Sr.

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# <u>TABLE OF CONTENTS</u>

I. INTRODUCTION ........................................................................................5

II. APPLICABLE LAW ................................................................................5

III. PROSECUTION HISTORY ....................................................................6

    A. Summary ............................................................................................6

    B. Original Prosecution of US Patent No. 6,611,662 ............................6

    C. First Reexamination of US Patent No. 6,611,662 ............................8

IV. RELEVANT SUBJECT MATTER OF THE '662 PATENT ....................9

V. PRIORITY CLAIM .................................................................................10

V. NEW PRIOR ART ..................................................................................12

    A. Overview ..........................................................................................12

    B. NASA's Instrument Pointing System .............................................14

    C. Tijsma .............................................................................................18

    D. Bos .................................................................................................19

    E. Vaassen ..........................................................................................21

IV. CONCLUSION ......................................................................................23

<u>EXHIBITS</u>

Exhibit 1 Declaration of Mark Young
Exhibit 2 US Patent No. 6,611,662 (the '662 patent)
Exhibit 3 Reexamination Grant
Exhibit 4 Notice of Allowance
Exhibit 5 Grant and Office Action in Prior Reexamination
Exhibit 6 Provisional Application
Exhibit 7 West
Exhibit 8 Wessling
Exhibit 9 Hartmann
Exhibit 10 Tijsma
Exhibit 11 Bos
Exhibit 12 Vaassen
Exhibit 13 West Charts

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 14 Tijsma Charts
Exhibit 15 Bos Charts
Exhibit 16 Vaassen Charts
Exhibit 17 Proposed Order
Exhibit 18 Statement of Uncontroverted Facts

## <u>TABLE OF AUTHORITIES</u>

### <u>Cases</u>

Celeritas Techs., Ltd. v. Rockwell Int'l Corp., 150 F. 3d 1354, 1361 (Fed. Cir. 1998) .........................................................................................................5

In re Bond, 910 F.2d 831, 832 (Fed.Cir. 1990) ........................................5

In re Schreiber, 128 F.3d 1473, 1477 (Fed.Cir. 1997)..............................5

Leggett & Platt, Inc. v. VUTEK, Inc., 537 F.3d 1349, 1352, 1356 (Fed. Cir. 2008)5

Lockwood v. Am. Airll , Inc., 107 F.3d 1565, 1572, 41 USPQ2d 1961, 1966 (Fed. Cir. 1997) ...................................................................................................11

New Railhead Mfg., L.L.C. v. Vermeer Mfg. Co., 298 F.3d 1290, 1294, 63 USPQ2d 1843, 1846 (Fed. Cir. 2002) ....................................................11

RCA Corp. v. Data General Corp., 887 F.2d 1056, 1060 (Fed. Cir. 1989)..............6

Transco Prods., Inc. v. Performance Contracting, Inc., 38 F.3d 551, 32 USPQ2d 1077 (Fed. Cir. 1994)..............................................................................10

Vas-Cath, Inc. v. Mahurkar, 935 F.2d 1555, 1563-64, 19 USPQ2d 1111, 1117 (Fed. Cir. 1991) ...................................................................................11

### <u>Statutes</u>

10 U.S.C. § 2364(b)(5)..............................................................................14

15 U.S.C. § 3704b .....................................................................................13

35 U.S.C. § 102 ............................................... 6, 14, 15, 19, 20, 22, 24

35 U.S.C. § 112(a) ..............................................................................11, 12

35 U.S.C. § 119(e) ....................................................................................11

4

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.  INTRODUCTION

Defendant Jordan Klein Sr. respectfully requests this Court to grant summary judgment of invalidity of Claims 1, 3, 4, 14, 32, 35 and 38 of US Patent No. 6,611,662 [Exhibit 2] because West, Tijsma, Bos and Vaassen are prior art and disclose every element of Claims 1, 3, 4, 14, 31, 32 and 35 of the '662 patent, and West also discloses every element of claim 38 of the '662 patent.  The claimed invention is not new.  The prior art anticipates and renders invalid every asserted claim of the '662 patent.  A trial is unnecessary.

On July 23, 2019, Klein Sr. filed a Request for Ex Parte Reexamination No. 90014342, which challenged the validity of every asserted claim of the '662 patent, i.e., claims 1, 3, 4, 14, 32, 35 and 38.  On September 10, 2019, the US Patent and Trademark Office granted the Request for Reexamination against every asserted claim.  A copy of the communique granting the request is attached as Exhibit 3.  The USPTO communique confirms the analysis provided below in every respect.

## II.  APPLICABLE LAW

Summary judgment of anticipation is appropriate where the record reveals no genuine issue of material fact.  *Leggett & Platt, Inc. v. VUTEK, Inc.*, 537 F.3d 1349, 1352, 1356 (Fed. Cir. 2008).  Under 35 U.S.C. § 102, a patent claim is invalid for anticipation if a single prior art reference discloses expressly or inherently every limitation in the claim.  *Celeritas Techs., Ltd. v. Rockwell Int'l Corp.*, 150 F. 3d 1354, 1361 (Fed. Cir. 1998).  To anticipate a claim, a prior art reference must disclose every limitation of the claimed invention, either explicitly or inherently.  *In re Schreiber*, 128 F.3d 1473, 1477 (Fed.Cir. 1997).  An anticipatory reference need not use the same terminology as the claims, so long as the subject matter claimed is disclosed in the reference.  *In re*

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

*Bond*, 910 F.2d 831, 832 (Fed.Cir. 1990).  Where an anticipatory reference is a product sold or used in public prior to the critical date for the invention, the product itself, as well as other references discussing the features of that product, may be relied on to show anticipation.  *RCA Corp. v. Data General Corp.*, 887 F.2d 1056, 1060 (Fed. Cir. 1989).

## III.  PROSECUTION HISTORY

### A.    Summary

The prior art cited in the pending reexamination includes three publications, two patents and an international PCT publication, each of which anticipates asserted claims of the '662 patent and together anticipate every asserted claim of the '662 patent.  The prior art was carefully selected to clearly and convincingly address deficiencies of the prior art cited during original prosecution and a prior reexamination.  Such deficiencies are described below.

### B.    Original Prosecution of US Patent No. 6,611,662

The '662 patent issued on August 26, 2003, from U.S. Application No. 09/579,723 filed on 26 May 2000.  The original examiner issued a Final Office action on October 30, 2002 rejecting claim 21 (*i.e.*, now patent claim 1) over *Buell* (U.S. Patent No. 4,070,674).  Plaintiff David Grober filed a response on February 28, 2003 amending claim 21 to include the limitations of claim 4 (*i.e.*, *wherein the second sensor package **is fixed to** the payload platform*) and placing the examiner deemed allowable subject matter of claims 12, 24 and 26 into new independent claims 46, 50 and 49 (*i.e.*, now patent claims 32, 38 and 35), respectively. The original examiner issued a Notice of Allowance on April 2, 2003 providing as "reasons for allowance":

> The prior art does not teach a stabilized platform for a camera
> comprising, in combination with the additionally recited features, a
> first sensor package, fixed to the base, for determining, in two

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

transverse directions, motion of a moving object on which the stabilized platform is mounted, *a second sensor package* comprising sensor means for *sensing a position of the payload platform and for providing information based on the position of the platform relative to a predetermined position*, or the *levels sensors for the stabilized platform and measuring and self correcting* for anomalies based on info from a second sensor (i.e. stabilization in response to first sensor causes drift and second set of sensors are used to correct the drift), or *information used from second sensor at a different rate than the first sensors*.

(Exhibit 4 – April 2003 Notice of Allowance at 2; emphasis added).

From the record, the key features missing from the prior art at the time of allowance of claims of the '662 patent were:

Claims 1, 4 and 35 – *the second sensor package is **fixed to/mounted on** the payload platform*;

Claims 3 and 31 – *the second sensor package **including a level sensor***;

Claim 14 – ***self correcting** the position of the payload platform to the predetermined position based on information collected by the second sensor package*;

Claim 32 – *wherein the control system allows a user to set an initial payload platform position and provides **self correction** of the platform to the initial position*;

Claim 35 – *wherein the first sensor package comprises sensors for sensing a **different type of information** from the sensor means in the second sensor package*; and

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

Claim 38 – *wherein the control system **responds to information from the first sensor package more often than the control system responds to information from the second sensor package***.

## C.    First Reexamination of US Patent No. 6,611,662

On May 5, 2005, an *inter partes* reexamination request was filed, as reexamination Control No. 95/000,092, for claims 1-38 of the '662 patent. On June 29, 2005, the USPTO mailed an Order granting the *inter partes* reexamination for claims 1-38 of the '662 patent .  In addition, the examiner provided a Non-Final Office Action rejecting claims 1, 4 and 35 as anticipated by *Welch* (U.S. Patent No. 5,922,039) (Exhibit 5 - Ground #1), claim 32 over *Welch* and *Algrain* (U.S. Patent No. 5,124,938) (Exhibit 5 -Ground # 10), claims 1, 14 and 35 as anticipated by *Duckworth* (U.S. Patent No. 4,143,312) (Exhibit 5 -Ground #11), claim 4 over *Duckworth* and *Welch* (Exhibit 5 -Ground # 12), claim 32 over *Duckworth* and *Algrain* (Exhibit 5 -Ground # 21), and indicating the patentability of claims 3, 21, 31 and 38 (Exhibit 5 - at 21-22).

In a response filed by Plaintiff David Grober on October 31, 2005, Plaintiff provided an amendment to claim 14 with the second sensor now being required to be "***fixed wholly to the payload platform***" and an argument that the claims 1, 4, 32 and 35 were patentable because the stabilized platform of *Duckworth* and *Welch* did not have a second sensor package that is ***fixed to/mounted on*** the payload platform. (Exhibit 6). In the Notice of Intent to Issue a Reexamination Certificate provided by the examiner on September 30, 2010, the examiner confirmed claims 1-37, stating:

> the prior art of record fails to teach or make obvious a stabilized platform having ***a second sensor package that is fixed to the payload platform***

(emphasis added).

8

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

**1**

In addition, the examiner confirmed claim 38, stating:

> the prior art of record fails to teach or make obvious a stabilized platform having a control system wherein ***the control system responds to information from the first sensor package more often than to information from the second sensor package***

(emphasis added).

Thus, from the record, the key features missing from the prior art at the time of confirmation of patentability for the asserted claims of the '662 patent was "*a second sensor package that is fixed to the payload platform*"; and "*the control system respond[ing] to information from the first sensor package more often than to information from the second sensor package.*"

## IV.   RELEVANT SUBJECT MATTER OF THE '662 PATENT

Relevant to asserted claims 1, 3, 4, 14, 32, 35 and 38, the '662 patent discloses a stabilized platform that includes a mounting base 60, a bottom platform 2 pivotally attached to the mounting base 60, a drive mechanism 10 such as a motor that causes pivoting rotation of the bottom platform 2 relative to the mounting base 6, a mounting platform 22, a drive mechanism 30 such as a motor that causes pivoting rotation of the mounting platform 22 relative to the bottom platform 2.  The axis of rotation of the drive mechanism 10 for the bottom platform 2 is orthogonal to the axis of rotation of the drive mechanism 30 for the mounting platform 22.  [Exhibit 2, '662 Patent, Col. 3, lines 15-65].

The '662 patent discloses two separate sensor packages.  Sensor package A [Exhibit 2, '662 Patent, Col. 4, lines 25-38], referred to in the claims as the first sensor package, is either on the vehicle 64, or on a structure fixed to the vehicle, such as mounting base 60 or platform 62.  The sensors in sensor package A sense motion of the base 60 along two orthogonal axes.  Sensor package A provides

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

instantaneous signals to the control system at a high frequency, such as about 100 times per second or greater, preferably about 800 times per second or greater.

Sensor package B [Exhibit 2, '662 Patent, Col. 4, lines 39-61], referred to in the claims as the second sensor package, is mounted on the mounting platform 22, which is variously referred to as a camera platform and a camera support platform, and, in the claims, as the payload platform. Sensor package B includes two orthogonally positioned sensors. Signals from sensor package B are provided to the control system less frequently (e.g., about every 0.1 to 60 seconds), preferably about every 1-2 seconds than signals from sensor package A are provided to the control system. This infrequent use of signals from sensor package B allows the control system to correct for anomalies in the sensor package A.

Every product claim of the '662 Patent recites a "control system" for performing a function. The control system "uses information gathered from the first sensor package A and the second sensor package B for stabilizing and self correcting the camera platform 22." [Exhibit 2, '662 Patent, Col. 4, lines 15-24].

## V.   PRIORITY CLAIM

The '662 Patent claims the benefit of priority of Provisional Application Serial No. 60/136,756 [Exhibit 6] filed May 28, 1999. However, Claims 14, 32 and 38 are not entitled to the benefit of priority of the Provisional Application, because the Provisional Application does not comply with the written description and enablement requirements of 35 U.S.C. § 112(a).

Under 35 U.S.C. § 119(e) and the Manual of Patent Examining Procedure (MPEP) 211.05, to be entitled to the benefit of the filing date of the earlier-filed provisional application, the disclosure of the invention in the provisional application must be sufficient to comply with the requirements of 35 U.S.C. § 112(a), except for the best mode requirement. See *Transco Prods., Inc. v. Performance Contracting, Inc.*, 38 F.3d 551, 32 USPQ2d 1077 (Fed. Cir. 1994).

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

To comply with the written description requirement, the provisional application must convey with reasonable clarity to those skilled in the art that, as of the filing date sought, applicant was in possession of the invention as now claimed.  See, e.g., MPEP 1263.02, *Vas-Cath, Inc. v. Mahurkar*, 935 F.2d 1555, 1563-64, 19 USPQ2d 1111, 1117 (Fed. Cir. 1991).  An applicant shows possession of the claimed invention by describing the claimed invention with all of its limitations using such descriptive means as words, structures, figures, diagrams, and formulas that fully set forth the claimed invention.  *Lockwood v. Am. Airll, Inc.*, 107 F.3d 1565, 1572, 41 USPQ2d 1961, 1966 (Fed. Cir. 1997).  Concomitantly, to comply with the enablement requirement of 35 U.S.C. § 112(a), "the specification of the provisional must contain a written description of the invention and the manner and process of making and using it, in such full, clear, concise, and exact terms, 35 U.S.C. § 112¶1, to enable an ordinarily skilled artisan to practice the invention claimed in the nonprovisional application."  *New Railhead Mfg., L.L.C. v. Vermeer Mfg. Co.*, 298 F.3d 1290, 1294, 63 USPQ2d 1843, 1846 (Fed. Cir. 2002).

As the provisional application does not even come close to satisfying these requirements for claims 14, 32 and 38, those claims are not entitled to the benefit of priority of the Provisional Application.  Specifically, the provisional application does not describe or illustrate any of the recited steps of method claim 14.  Thus, the Provisional Application does not satisfy the written description and enablement requirements of 35 U.S.C. § 112(a) for Claim 14.

Additionally, the provisional application does not support the control system "allow[ing] a user to set an initial payload platform position" (claim 32) or the control system "respond[ing] to information from the first sensor package more often than the control system responds to information from the second sensor package" (claim 38).  Neither of these features are addressed in the Provisional Application.

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

## V.  NEW PRIOR ART

### A.  Overview

On July 23, 2019, Klein Sr. filed a Request for Ex Parte Reexamination, Control No. 90/014,342 ("'342 Proceeding"), which challenged the validity of every asserted claim of the '662 patent.  A total of six prior art references were asserted in the request for reexamination.  The references include three non-patent publications, two patents and one International Publication under the Patent Cooperation Treaty, as follows:

- *West, M.E.*, "*Real time Recursive Filter for Attitude Determination of the Spacelab Instrument Pointing Subsystem*," NASA Technical Memorandum 10353, p.206, National Aeronautics and Space Administration, George C. Marshall Space Flight Center, 1992 ("*West*") [Exhibit 7]

- *Wessling et al.*, "*ASTRO-2 Spacelab Instrument Pointing System Mission Performance*," AIA 1995 Space Programs and Technologies Conference, p.12, National Aeronautics and Space Administration, 26-28 September 1995 ("*Wessling*") [Exhibit 8]

- *Hartmann et al.*, "*The Instrument Pointing System – Precision Attitude Control in Space*," Space Vehicle Flight Mechanics, AGARD Conference Proceedings No. 489, p.17, France, June 1990 ("*Hartmann*") [Exhibit 9]

- U.S. Patent No. 3,986,092 to *Tijsma et al.* ("*Tijsma* ") [Exhibit 10]

- U.S. Patent No. 3,936,716 to *Bos* ("*Bos* ") [Exhibit 11]

- International Publication No. WO 99/04224 to *Vaassen et al.* ("*Vaassen*") [Exhibit 12]

West and Wessling are publications available from the National Technical Information Service (NTIS) of the US Department of Commerce (See, 15 U.S.C. § 3704b), and from the National Aeronautics and Space Administration (NASA), and from NASA depository libraries throughout the US, which include the

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

University of Florida.  [Exhibit 1, Young Decl. ¶7]  Wessling is also available from the American Institute of Aeronautics and Astronautics (AIAA) [www.aiaa.org], which hosted the 1995 Space Programs and Technologies Conference, Huntsville, AL at which Wessling was presented.  [Exhibit 1, Young Decl. ¶7]

Hartmann is available from NTIS, the Defense Technical Information Center (DTIC) and libraries throughout the United States, including the Hunt Library at Embry-Riddle Aeronautical University.  [Exhibit 1, Young Decl. ¶8]  DTIC, a Department of Defense (DoD) Field Activity established in 1945, operates under the leadership of the Secretary of Defense and reports to the Under Secretary of Defense for Research and Engineering USD(R&E).  See, 10 U.S.C. § 2364(b)(5).

West was published in 1992, which predates the filing of the '662 patent by more than one year. As such, West qualifies as prior art under 35 U.S.C. § 102(b). West was not of record in the original prosecution of the '662 patent, nor in any of the previous proceedings.

Wessling was published in 1995, which predates the filing of the '662 patent by more than one year. As such, Wessling qualifies as prior art under 35 U.S.C. § 102(b).  Wessling was not of record in the original prosecution of the '662 patent, nor in any of the previous proceedings.

Hartmann was published in 1990, which predates the filing of the '662 patent by more than one year. As such, Hartmann qualifies as prior art under 35 U.S.C. § 102(b). Hartman was not of record in the original prosecution of the '662 patent, nor in any of the previous proceedings.

Tijsma was published in 1976, which predates the filing of the '662 patent by more than one year. As such, Tijsma qualifies as prior art under 35 U.S.C. § 102(b). Tijsma was not of record in the original prosecution of the '662 patent, nor in any of the previous proceedings.

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

Bos was published in 1976, which predates the filing of the '662 patent by more than one year. As such, Bos qualifies as prior art under 35 U.S.C. § 102(b). Bos was not of record in the original prosecution of the '662 patent, nor in any of the previous proceedings.

Vaassen was published in January 1999, which predates the filing of the provisional application by less than one year, but precedes the filing of the nonprovisional application by more than a year. Because the '662 patent is not entitled to the benefit of priority of the provisional application for claims 14 and 32, Vaassen qualifies as prior art under 35 U.S.C. § 102(b) for claims 14 and 32, and as prior art under 35 U.S.C. § 102(a) and 102(e) for claims 1, 3, 4 and 35. Vaassen was not of record in the original prosecution of the '662 patent, nor in any of the previous proceedings.

## B. NASA's Instrument Pointing System

West [Exhibit 7], Wessling [Exhibit 8] and Hartmann [Exhibit 9] describe NASA's instrument pointing system (IPS) used on Space Shuttle missions. The IPS was developed by Dornier System under contract to the European Space Agency and was delivered to NASA in 1984. [West, Introduction, p. 1, para. 1]. In July and August of 1985, the IPS was flown aboard the shuttle to observe solar phenomena as part of the Spacelab-2 mission. [West, Introduction, p. 1, para. 1; Wessling, Abstract, p. 1, para. 1; Hartmann, Abstract, p. 17-1, para. 1][1]

The IPS, as described by West, Wessling and Hartmann, includes every element of claims 1, 3, 4, 14, 31, 32, 35 and 38. West anticipates claims 1, 3, 4, 14, 31, 32, 35 and 38 of the '662 patent under 35 U.S.C. § 102, because West teaches

---

[1]. Where an anticipatory reference is a product sold or used in public prior to the critical date for the invention, the product itself, as well as other references discussing the features of that product, may be relied on to show anticipation. *RCA Corp. v. Data General Corp.*, 887 F.2d 1056, 1060 (Fed.Cir. 1989).

14

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

every element recited in the claims. Features taught in West are also taught in Wessling and Hartmann.

The IPS is a three axis stabilized platform that was developed to point observation instruments with stability and accuracy. Page 3 of West includes an exploded view of the IPS with reference numerals for identified components.

The primary hardware component is a three-axis gimbal structure assembly (GSA) (i.e., "***a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions***" as in claim 1 of the '662 patent). The GSA contains three identical motors 11, 12, 15 referred to as torque drive units (DU's), one DU for each rotational degrees-of-freedom (DOF). Each DU contains two redundant frameless, brushless, direct current (dc) torque motors. The DUs are commanded by a control system to maintain stability.  [West, Hardware Description, P. 4, ¶ 1]

Mounted on the IPS lower support framework 10 is an accelerometer package (ACP) 8 consisting of three analog force pendulums in an orthogonal configuration ("***a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted***," and "***and the first sensor package is fixed with respect to the base***" as in claim 1 of the '662 patent). The ACP 8 outputs are filtered by a high-pass analog filter to remove alternating current (ac) coupling, and a low-pass filter to reduce aliasing due to sampling. The output of the low-pass filter is sampled and held at a 50-Hz frequency before being acquired by the control unit. [West, Hardware Description, P. 4, ¶ 2]

The pallet 2 and the IPS gimbal support structure, including the base plate 4 ("***a base***," as in claim 1 of the '662 patent), pedestal 6, and lower support

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

1    framework 10 are rigidly attached to the space shuttle payload bay. [West, IPS
2    Simulation Model, P. 34, ¶ 1] The base plate 4 attaches the IPS to the pallet 2
3    within the Space Shuttle payload bay. Attached to the base plate 4 is the pedestal 6
4    and support framework 10 that provides a rigid base for the IPS. [Wessling, p. 3,
5    col. 1, Gimbal Structure Assembly, sentences 3-4].

6         The equipment platform 22 (i.e., "***a payload platform for supporting an
7    article to be stabilized***" as in claim 1 of the '662 patent) is used to mount different
8    hardware components including the gyro unit 18. The instrument payload,
9    mounted on the payload support structure 25, attaches to the equipment platform
10   22 via the payload attachment ring 23 and payload attachment flanges 26.
11   [Wessling, p. 3, col. 1, Gimbal Structure Assembly, sentences 6-7].

12        A three-axis strap-down inertial reference unit, gyro package (GP)[2] 18, is
13   mounted on the underside of the equipment platform 22 (i.e., "***wherein the second
14   sensor package is fixed to the payload platform***," as in claim 1 of the '662 patent).
15   The GP 18 uses four single-DOF pulse-balanced rate integrating gyroscopes in the
16   rate mode. The four gyro wheels are arranged so that three are orthogonal while the
17   fourth is skewed to provide redundancy in each axis if a single wheel were to fail.
18   The GP 18 outputs a 16-bit data word for each axis at 100 Hz. The delta angle
19   output by the GP 18 is read by the digital controller every 10 ms and is the primary
20   inertial reference. [West, Hardware Description, P. 4, ¶ 3]

21        A final inertial measurement unit is the Optical Sensor Package (OSP)[2] 24,
22   which consists of three fixed head star trackers (FHST's). Each FHST uses a
23   photomultiplier tube which calculates a star's inertial coordinates from the

---

25   2    The IPS includes two sensor packages fixed to the equipment (payload)
26        platform, i.e., the GP and the OSP.  Each of these sensor packages is "*a second
27   sensor package comprising sensor means for sensing a position of the payload
28   platform and for providing information based on the position of the payload
     platform relative to a predetermined position*" as in claim 1 of the '662 patent.

16

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

deflection currents required to direct the incoming photons. A boresight FHST is aligned along the IPS platform line of sight while the other two FHST's are skewed an angle of ±α from the boresight tracker. The angle α is dependent upon whether the IPS mission is to be solar (α = 45°) or stellar (α = 12°). Each FHST is capable of outputting y and z focal plane coordinates for one or two stars. The FHST measurements are averaged 18 times over a 1 second interval before being sent to the control unit to be processed by the ADF. The two skew trackers provide the observability for the IPS roll attitude and roll drifts. [West, Hardware Description, P. 4,3; P. 6, 1]. The OSP 24 is mounted onto the payload to provide unimpeded viewing and to reduce misalignments. [Hartmann, p. 17-2, §1.2, Electrical Configuration, ¶ 3, 2nd sentence; Wessling, p. 2, top left drawing and top right photo showing OSP mounted on payload]. The payload is mounted on the payload support structure 25, which attaches to the equipment platform 22 via the payload attachment ring 23 and payload attachment flanges 26. Thus, the OSP 24 is fixed to the payload support structure 25, which is fixed to the equipment platform 22 (i.e., "***wherein the second sensor package is fixed to the payload platform***," as in claim 1 of the '662 patent).

The IPS uses a multirate, multivariable digital control system (i.e., "***a control system connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package***," as in claim 1 of the '662 patent) composed of two timing loops-- a fast loop for and a slow loop . The fast control loop, obtains gyro unit 18, resolver, and accelerometer 8 data at 25-Hz to 100-Hz to correct position. [ West, Introduction, P. 1, ¶ 2; Wessling, P. 3, Col. 2, Data Electronics Assembly; Hartmann, p. 17-3, § 2, Control System, ¶ 3, 4th sent. and § 2.1, Attitude Determination, ¶ 1, 2nd sent.]. The fast loop, utilizes gyro measurements, from the gyro unit 18, in a proportional-integral-derivative (PID) feedback, to achieve

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

coarse pointing. An accelerometer feed forward loop is also used in the fast loop to suppress disturbances. [West, Introduction, P. 1, ¶ 2]. See Figure 2 of Wessling-- IPS Control System Diagram.

The slow control loop obtains data through a subsystem computer from the optical sensor package at a sampling rate (e.g., 1-Hz to 25 Hz) less than that of the fast loop, to correct for drifts within the system. The slow loop includes an attitude determination filter (ADF) which is operational during fine pointing. The ADF processes inertial measurements generated by an optical sensor package (OSP) 24 to compensate for inherent gyro drifts, biases, and the resulting attitude errors accumulated. Three star trackers of the OSP 24 provide the OSP's inertial measurement outputs from the position of an identified star in each tracker's field-of-view (FOV). [West, Introduction, P. 1, ¶ 3; Wessling, P. 3, Col. 2, Data Electronics Assembly, lines 13-15].

As discussed above, and as shown in the claim charts attached as Exhibit 13, West anticipates claims 1, 3, 4, 14, 31, 32, 35 and 38 of the '662 patent under 35 U.S.C. § 102, because West teaches every element recited in the claims.

### C.    *Tijsma*

Tijsma [Exhibit 10] describes a two orthogonal axes (axes 1, 2) stabilizing system that includes an outer gimbal ring 5, an inner gimbal ring 4, a platform 3 [Col. 2, lines 41-45], and, for each axis, a motor 13, gear transmission 16, and tachometer 14 [Col. 3, lines 3-8] ("*a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions*," as in claim 1 of the '662 patent). The axes 1, 2 are perpendicular. [Col. 1, line 7]. The outer ring 5 ("*a base*" as in claim 1 of the '662 patent) is fastened rigidly to the frame or structure of a ship or other vehicle and, thus, is constrained to move with the ship

18

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

or vehicle. The inner ring 4 is configured for tilting about axis 1, relative to the outer ring 5. [Fig. 1, Ref. 1, 4, 5].  The platform is configured for tilting about axis 2, relative to the inner ring 4 [Col. 1, lines 29-31; Col. 2, lines 64-67].  One sensor set 28, 29 is fixed to the outer ring 5 [Col. 3, lines 57-62] ("***a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted***," and "***and the first sensor package is fixed with respect to the base***," as in claim 1 of the '662 patent), and another sensor set 10, 11 fixed to the platform 3 [Col. 2, lines 46-48, lines 59-62] ("***a second sensor package comprising sensor means for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position***," and "***wherein the second sensor package is fixed to the payload platform***," as in claim 1 of the '662 patent). The outer ring sensors 28, 29 are angular velocity indicators [Col. 3, lines 54-61], such as rate gyros or angular accelerometers. [Col. 1, lines 49-50; Col. 2, lines 28-30]. The other set is a platform mounted vertical gyro package 7 [Col. 2, lines 46-48] that includes a pair of synchros 10, 11 (i.e., position sensors). Synchro 11 produces error voltages for axis 1. [Col. 2, line 67- Col. 3, line 8]. Synchro 10 produces error voltages for axis 2. The control system includes, for each axis, a demodulator 26 and filter 27 along with a servo preamplifier 12 and a servo final amplifier 15. [Col. 3, lines 54-63] ("***a control system connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package***," as in claim 1 of the '662 patent).

 As discussed above, and as shown in the claims charts attached as Exhibit 14, Tijsma anticipates claims 1, 3, 4, 14, 31, 32, and 35 of the '662 patent under 35 U.S.C. § 102, because Tijsma teaches every element recited in the claims.

 **D.** ***Bos***

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

Bos [Exhibit 11] describes a stabilization system with a gyro housing 11, which contains a vertical gyro 10, mounted on a platform 1 to be stabilized about two perpendicular axes (defined by shafts 4, 5) by means of at least two concentric cardan frames 2, 3 and a gyro-controlled servo system. [Col. 1, lines 5-11]. The cardan frames include an outer gimbal frame 3 and an inner gimbal frame 2. [Col. 1, lines 63-67]. The outer gimbal frame 3 is fixed to the ship's structure and thus is of fixed position relative to the ship ("*a base*," as in claim 1 of the '662 patent). [Col. 2, lines 1-2]. The inner gimbal frame 2 pivots about shaft 5 relative to the outer frame 3. [Col. 1, line 68 - Col. 2, line 3]. The platform 1 pivots about shaft 4 relative to the inner gimbal frame 2. [Col. 2, lines 36-39]. The two gimbal axes 4 and 5 are mutually perpendicular. [Col. 1, line 9]. Means of motion include two servo motors 6, 7 and associated gear transmission systems 8, 9, respectively (i.e., "*a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions*," as in claim 1 of the '662 patent). [Col. 2, lines 4-9, 34-39]. The control system includes servo amplifiers 14 and 15 [Col. 2, lines 32-36] and control circuits 24 and 25 [Col. 2, lines 52-68]. Platform-mounted sensors include two accelerometers 21, 22 [Col. 2, lines 58-60] and a two-shaft vertical gyro unit 11 that houses a vertical gyro 10, synchro transmitters 12, 13 and torque motors 16, 17 [Col. 2, lines 10-13, 26-30, 45-52] (i.e., "*a second sensor package comprising sensor means for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position*" and "*wherein the second sensor package is fixed to the payload platform*, " as in claim 1 of the '662 patent).  Frame mounted sensors include synchro receivers 43 and 44 [Col. 3, lines 10-12]. Synchro receiver 43 monitors the angle of the inner frame 2, about shaft 5, in relation to the outer frame

20

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

3 and the ship. [Col. 3, lines 12-18]. Synchro receiver 43 monitors the angle of the platform 1, about shaft 4, in relation to the inner frame 2. [Col. 3, lines 12-18]. Shipmounted sensors include an external gyro stabilization system 26, which is a ship's gyro situated in the metacentre of the ship. [Col. 3, lines 3-5]. Two synchro transmitters 41 and 42 are at the output of the ship's gyro stabilization system 26. [Col. 3, lines 5-12]. The ship-mounted external gyro stabilization system 26 senses the position (pitch and roll) of the ship relative to horizontal, and thereby senses the position (relative to the horizontal) of outer-most gimbal frame 3, which is fixed to the ship's structure  (i.e., "*a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted*" and "*the first sensor package is fixed with respect to the base*," as in claim 1 of the '662 patent).  As the outer gimbal frame 3 (base) is fixed to the ship's structure and thus is of fixed position relative to the ship, the ship-mounted external gyro stabilization system 26 fixed with respect to the outer gimbal frame 3.

As discussed above and shown in the claim charts attached as Exhibit 15, Bos anticipates claims 1, 3, 4, 14, 31, 32 and 35 of the '662 patent under 35 U.S.C. § 102, because Bos teaches every element recited in the claims.

### E.    *Vaassen*

Vassen [Exhibit 12] describes a stabilization device 1 with a servo control unit 2. [P. 4, lines 11-13.  The stabilization device 1 includes a yoke-shaped substructure 3 ("*a base*," as in claim 1 of the '662 patent), connected (i.e., fixed) to a ship, and a first movable yoke-shaped element 4 to which is coupled a second movable yoke-shaped element 5. [P. 4, lines 14-18]. The first movable yoke-shaped element 4 and second movable yoke-shaped element 5 are rotatable about mutually non-parallel shafts 6 and 7, respectively. [P. 4, lines 18-19]. A

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

stabilization (payload) platform 8 is connected (fixed) to the second movable yoke-shaped element 5. [P. 4, lines 19-22].

A ship's pitch motions are compensated for by rotation of element 4 about shaft 6. [P. 4, lines 23-24]. The ship's roll motions are compensated for by rotation of element 5 about shaft 7. [P. 4, lines 24-26]. Both shafts 6 and 7 are provided with a servo motor and an angle sensor. [P. 4, lines 26-27]. The servo motors are controlled by servo control unit 2 which is connected to the angular encoders and to a centrally situated system of gyroscopes 12 for encoding the ship's roll, pitch and yaw angles with respect to a north-horizontal coordinate system (i.e., "*a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted*," as in claim 1 of the '662 patent). [P. 4, lines 30-35] (i.e., "*a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions*," as in claim 1 of the '662 patent). As the yoke-shaped substructure 3 is fixed to the ship, and the centrally situated system of gyroscopes 12 is fixed to the ship, the centrally situated system of gyroscopes 12 is fixed in relation to the yoke-shaped substructure 3.

The ship's roll, pitch and yaw angles as sensed by the centrally situated system of gyroscopes 12 are equal to the roll, pitch and yaw angles of the yoke-shaped substructure 3, excepting any deformations of the ship and the stabilization device. [P. 5, lines 4-6]. To compensate for such deformations, the stabilization platform 8 is provided with encoders 16 and 17. [P. 5, lines 6-8]. These encoders respectively measure an absolute pitch and roll angle velocity of the stabilization platform 8 with respect to an inertial coordinate system and are likewise connected to servo control unit 2 (i.e., "*a second sensor package comprising sensor means*

22

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

*for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position*," as in claim 1 of the '662 patent). [P. 5, lines 8-11]. By way of example, angular velocity encoders 16, 17 comprise gyrochips or rate gyro systems. [P. 5, lines 11-15]. The servo control unit 2 (i.e., "a control system connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package," as in claim 1 of the '662 patent) combines signals sent from the platform encoders 16, 17 with signals received from the centrally situated system of gyroscopes 12 and develops drive signals to the pitch and roll motors to cause tilting motions about shafts 6 and 7 that achieve horizontal stabilization the platform 8. [P. 6, line 30 – P. 7, line 5].

As discussed above and shown in the claim charts attached as Exhibit 16, Vaassen anticipates claims 1, 3, 4, 14, 31, 32 and 35 of the '662 patent under 35 U.S.C. § 102, because Vaassen teaches every element recited in the claims.

## IV.   CONCLUSION

There can be no question that West, Tijsma, Bos and Vaassen are prior art and disclose every element of Claims 1, 3, 4, 14, 31, 32 and 35 of the '662 patent, and that West also discloses every element of claim 38 of the '662 patent. The claimed invention is not new. The prior art anticipates and renders invalid every asserted claim of the '662 patent.

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

1

2      Dated:  September 26, 2019        Respectfully submitted,

3                                              MARK YOUNG, P.A.

4

5                                       By:   _s/Mark J. Young_____

6                                              MARK J. YOUNG

7                                              Attorney for Defendants Oceanic
                                               Production Equipment, Ltd. and Jordan
8                                              Klein Sr.

9

10                                             COASTAL LAW GROUP LLP

11

12                                      By:   _s/David A. Peck_____

13                                             David A. Peck

                                               Attorneys for Defendants Oceanic
14                                             Production Equipment, Ltd. and Jordan
                                               Klein Sr.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KLEIN SR.'S [PROPOSED] MOTION FOR SUMMARY JUDGMENT**

MARK J. YOUNG
  Fla. Bar No. 0078158
*Pro Hac Vice*
  myoungpa@gmail.com
MARK YOUNG, P.A.
1638 Camden Avenue
Jacksonville, FL  32207
Tel.:  904-996-8099
Fax:  904-980-9234

Attorney for Oceanic Production
Equipment, Ltd. and Jordan Klein Sr.

David A. Peck
SBN 171854
Coast Law Group LLP
1140 South Coast Highway 101
Encinitas, California 92024
Tel.  760.942.8505 x108
Fax 760.942.8515
Email dpeck@coastlawgroup.com

Attorneys for Oceanic Production
Equipment, Ltd. and Jordan Klein Sr.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOICE INTERNATIONAL, INC., a California corporation; DAVID GROBER, an individual,<br><br>        Plaintiffs,<br><br>  vs.<br><br>OPPENHEIMER CINE RENTAL, LLC, a Washington corporation; OPPENHEIMER CAMERA PRODUCTS, INC., a Washington corporation; MARTY OPPENHEIMER, an individual; JORDAN KLEIN, SR., an individual; JORDAN KLEIN, JR., an individual; JOHN DANN, an individual; Mako Products, an unknown entity, Oceanic Production Equipment, Ltd., a Bahamian company; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:15-cv-08830-JAK-KS<br><br>*The Honorable John A. Kronstadt, Courtroom 10B*<br><br>**DECLARATION OF MARK YOUNG IN SUPPORT OF DEFENDANT JORDAN KLEIN SR.'S EX PARTE APPLICATION TO STAY OR CONTINUE THE TRIAL PENDING REEXAMINATION, OR, IN THE ALTERNATIVE, FOR LEAVE TO MOVE FOR SUMMARY JUDGMENT AND TO CONTINUE THE TRIAL PENDING A RULING ON THE MOTION FOR SUMMARY JUDGMENT** |

/////

1

**EXHIBIT 1 TO PROPOSED MOTION FOR SUMMARY JUDGMENT**

I, Mark Young, declare and state:

1. I am an attorney licensed to practice law in the State of Florida and admitted *pro hac vice* in the captioned matter.

2. I represent Defendants Oceanic Production Equipment Ltd. and Jordan Klein Sr.

3. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

4. I make this declaration in support of Defendant Jordan Klein Sr.'s ex parte application to stay or continue the trial pending reexamination, or, in the alternative, for leave to move for summary judgment and to continue the trial pending a ruling on the motion for summary judgment, and further in support of the proposed Motion For Summary Judgment attached as Exhibit 1 to the application.

5. This declaration is attached as Exhibit 1 to the proposed Motion For Summary Judgment.

6. A true and accurate copy of each of the following references is attached as as an Exhibit to to the the proposed Motion For Summary Judgment:

(a) *West, M.E.*, "*Real time Recursive Filter for Attitude Determination of the Spacelab Instrument Pointing Subsystem*," NASA Technical Memorandum 10353, p.206, National Aeronautics and Space Administration, George C. Marshall Space Flight Center, 1992 ("*West*") [Exhibit 7]

(b) *Wessling et al.*, "*ASTRO-2 Spacelab Instrument Pointing System Mission Performance*," AIA 1995 Space Programs and Technologies Conference, p.12, National Aeronautics and Space Administration, 26-28 September 1995 ("*Wessling*") [Exhibit 8]

2

**EXHIBIT 1 TO PROPOSED MOTION FOR SUMMARY JUDGMENT**

(c) *Hartmann et al.*, "*The Instrument Pointing System – Precision Attitude Control in Space*," Space Vehicle Flight Mechanics, AGARD Conference Proceedings No. 489, p.17, France, June 1990 ("**Hartmann**") [Exhibit 9]

(d) U.S. Patent No. 3,986,092 to *Tijsma et al.* ("**Tijsma** ") [Exhibit 10]

(e) U.S. Patent No. 3,936,716 to *Bos* ("**Bos** ") [Exhibit 11]

(f) International Publication No. WO 99/04224 to *Vaassen et al.* ("**Vaassen**") [Exhibit 12]

**7.** West and Wessling are publications available from the National Technical Information Service (NTIS) of the US Department of Commerce (See, 15 U.S.C. § 3704b), and from the National Aeronautics and Space Administration (NASA), and from NASA depository libraries throughout the US, which include the University of Florida.  [Exhibit 1, Young Decl. ] Wessling is also available from the American Institute of Aeronautics and Astronautics (AIAA) [www.aiaa.org], which hosted the 1995 Space Programs and Technologies Conference, Huntsville, AL at which Wessling was presented.

**8.** Hartmann is available from NTIS, the Defense Technical Information Center (DTIC) and libraries throughout the United States, including the Hunt Library at Embry-Riddle Aeronautical University.  [Exhibit 1, Young Decl. ] DTIC, a Department of Defense (DoD) Field Activity established in 1945, operates under the leadership of the Secretary of Defense and reports to the Under Secretary of Defense for Research and Engineering USD(R&E).

**9.** True and accurate copies of bibliographic information for West, Wessling and Hartmann are attached to this declaration.

I declare under penalty of perjury under the laws of the States of California and Florida and the United States of America that the foregoing is true and correct,

3

**EXHIBIT 1 TO PROPOSED MOTION FOR SUMMARY JUDGMENT**

and that this declaration was executed this 25th day of September 2019 at Jacksonville, Florida.

Dated: September 26, 2019      Respectfully submitted,
                                        MARK YOUNG, P.A.

                        By:   *s/Mark J. Young*
                                   MARK J. YOUNG
                                   Attorney for Defendants Oceanic
                                   Production Equipment Ltd. and Jordan
                                   Klein Sr.

Attachments:  as stated

4

**EXHIBIT 1 TO PROPOSED MOTION FOR SUMMARY JUDGMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# <u>WEST BIBLIOGRAPHIC DATA</u>

---

**EXHIBIT 1 TO PROPOSED MOTION FOR SUMMARY JUDGMENT**

# Real-Time Recursive Filter for the Attitude Determination of the Spacelab Instrument Pointing Subsystem.

ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/N9219920.xhtml

N9219920

| | |
|---|---|
| Publication Date | 1992 |
| Personal Author | West, M. E. |
| Page Count | 206 |
| Abstract | A real-time estimation filter which reduces sensitivity to system variations and reduces the amount of preflight computation is developed for the instrument pointing subsystem (IPS). The IPS is a three-axis stabilized platform developed to point various astronomical observation instruments aboard the shuttle. Currently, the IPS utilizes a linearized Kalman filter (LKF), with premission defined gains, to compensate for system drifts and accumulated attitude errors. Since the a priori gains are generated for an expected system, variations result in a suboptimal estimation process. This report compares the performance of three real-time estimation filters with the current LKF implementation. An extended Kalman filter and a second-order Kalman filter are developed to account for the system nonlinearities, while a linear Kalman filter implementation assumes that the nonlinearities are negligible. The performance of each of the four estimation filters are compared with respect to accuracy, stability, settling time, robustness, and computational requirements. It is shown, that for the current IPS pointing requirements, the linear Kalman filter provides improved robustness over the LKF with less computational requirements than the two real-time nonlinear estimation filters. |

| Keywords | <ul><li>Attitude control</li><li>Spacelab</li><li>Three axis stabilization</li><li>Error analysis</li><li>Linear filters</li><li>Nonlinear filters</li><li>Real time operation</li><li>Kalman filters</li><li>Nonlinear systems</li><li>Robustness (Mathematics)</li><li>Stabilized platforms</li><li>State estimation</li><li>Recursive filters</li></ul> |
|---|---|
| Source Agency | |
| NTIS Subject Category | |
| Corporate Authors | National Aeronautics and Space Administration, Huntsville, AL. George C. Marshall Space Flight Center. |
| Document Type | Technical Report |
| NTIS Issue Number | 199213 |

Real-Time Recursive Filter for the Attitude Determination of the Spacelab Instrument Pointing Subsystem.
N9219920

- Attitude control
- Spacelab
- Three axis stabilization
- Error analysis
- Linear filters
- Nonlinear filters
- Real time operation
- Kalman filters
- Nonlinear systems
- Robustness (Mathematics)
- Stabilized platforms
- State estimation
- Recursive filters



# Primary menu

ntrs.nasa.gov/search.jsp



## Record Details

A real-time recursive filter for the attitude determination of the Spacelab instrument pointing subsystem

| | |
|---|---|
| NTRS Full-Text: | View Document    [PDF Size: 6.6 MB] |

| | |
|---|---|
| Author and Affiliation: | West, M. E.    (NASA Marshall Space Flight Center, Huntsville, AL, United States) |

| | |
|---|---|
| Abstract: | A real-time estimation filter which reduces sensitivity to system variations and reduces the amount of preflight computation is developed for the instrument pointing subsystem (IPS). The IPS is a three-axis stabilized platform developed to point various astronomical observation instruments aboard the shuttle. Currently, the IPS utilizes a linearized Kalman filter (LKF), with premission defined gains, to compensate for system drifts and accumulated attitude errors. Since the a priori gains are generated for an expected system, variations result in a suboptimal estimation process. This report compares the performance of three real-time estimation filters with the current LKF implementation. An extended Kalman filter and a second-order Kalman filter are developed to account for the system nonlinearities, while a linear Kalman filter implementation assumes that the nonlinearities are negligible. The performance of each of the four estimation filters are compared with respect to accuracy, stability, settling time, robustness, and computational requirements. It is shown, that for the current IPS pointing requirements, the linear Kalman filter provides improved robustness over the LKF with less computational requirements than the two real-time nonlinear estimation filters. |

| | |
|---|---|
| Publication Date: | February 01, 1992 |

| | |
|---|---|
| Document ID: | 19920010678<br>(Acquired November 07, 1995) |
| Accession Number: | 92N19920 |
| Subject Category: | INSTRUMENTATION AND PHOTOGRAPHY |
| Report/Patent Number: | NASA-TM-103573, NAS 1.15:103573 |
| Document Type: | Technical Report |
| Publisher Information: | United States |
| Financial Sponsor: | NASA; United States |
| Organization Source: | NASA Marshall Space Flight Center; Huntsville, AL, United States |
| Description: | 205p; In English |
| Distribution Limits: | Unclassified; Publicly available; Unlimited |
| Rights: | No Copyright |
| NASA Terms: | ATTITUDE CONTROL; ERROR ANALYSIS; LINEAR FILTERS; NONLINEAR FILTERS; REAL TIME OPERATION; SPACELAB; THREE AXIS STABILIZATION; KALMAN FILTERS; NONLINEAR SYSTEMS; ROBUSTNESS (MATHEMATICS); STABILIZED PLATFORMS; STATE ESTIMATION |

For more information or questions about this document, please submit a Document Inquiry

› Back to Top

Find Similar Records

NASA STI

West, M. E.

1992

Online NTRS full-text available

Technical Report

Marshall Space Flight Center

NASA Marshall Space Flight Center

INSTRUMENTATION AND PHOTOGRAPHY

Matching Records:

**University of Florida Libraries Catalog**

| | |
|---|---|
| **Author, etc.:** | West, M. E. |
| **Title:** | **A real-time recursive filter for** the **attitude determination of** the **Spacelab instrument pointing subsystem** microform / by M.E. West. |
| | by M.E. West. |
| **Published:** | [Marshall Space Flight Center, Ala.] : National Aeronautics and Space Administration, George C. Marshall Space Flight Center ; [Springfield, Va. : **For** sale by the National Technical Information Service, 1992] |
| **Publisher:** | National Aeronautics and Space Administration, George C. Marshall Space Flight Center ; **For** sale by the National Technical Information Service, |
| **Description:** | 1 v. |
| **Series note:** | NASA TM ; 103573 |
| **Series:** | NASA technical memorandum ; 103573. |
| **Alternate title:** | **Real time recursive filter for** the **attitude** .... |
| **Notes:** | Distributed to depository libraries in microfiche. |
| | Shipping list no.: 92-1649-M. |
| | Microfiche. [Washington, D.C.? : National Aeronautics and Space Administration], 1992. 3 microfiches. |
| **Govdoc no.:** | NAS 1.15:103573 |
| | NAS1.15: 103573 |
| **Subjects, general:** | Aeronautical **instruments** |
| | Kalman **filtering** |
| **Other author(s),etc:** | George C. Marshall Space Flight Center |
| **Format:** | Book |
| | Govt Publication |
| | Microform |

**Location:**      UF Request Retrieval - Microfiche -- NAS 1.15:103573

Report a problem with this record

This Site Uses Google Analytics (Google Privacy Policy)


Powered by FALSC

# **WESSLING BIBLIOGRAPHIC DATA**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 1 TO PROPOSED MOTION FOR SUMMARY JUDGMENT**

# ASTRO-2 Spacelab Instrument Pointing System Mission Performance.

🌐 **ntrl.ntis.gov**/NTRL/dashboard/searchResults/titleDetail/N9618524.xhtml

N9618524

| | |
|---|---|
| Publication Date | 1995 |
| Personal Author | Wessling, F. C.; Singh, S. P. |
| Page Count | 12 |
| Abstract | This paper reports the performance of the Instrument Pointing System (IPS) that flew on the National Aeronautics and Space Administration (NASA) ASTRO-2 Spacelab mission aboard the Space Shuttle Endeavour in March 1995. The IPS provides a stabilizing platform for the ASTRO-2 instrument payload complement that consists of three main experiments (telescopes). The telescopes observe stellar targets in the universe within the ultraviolet portion of the electromagnetic spectrum that must be observed from beyond the earth's atmospheric filtering effects. The three main experiments for observation are the Hopkins Ultraviolet Telescope (HUT), the Ultraviolet Imaging Telescope (UIT), and the Wisconsin Ultraviolet Photo-Polarimetry Experiment (WUPPE). The HUT uses spectroscopy to obtain the structure and chemical makeup of ultraviolet targets. UIT is responsible for wide field photographing to capture the hidden view of the ultraviolet universe. The WUPPE gathers data on the polarization of the ultraviolet electromagnetic energy coming from the astronomical targets. The capability of IPS enables the experiments to 'see' faint celestial objects. A brief explanation of the IPS is given followed by a review of engineering efforts to improve IPS performance over the ASTRO-1 mission. The main focus of improvements was on enhancing the star acquisition capability through improved guide star selection, lab simulations, computer upgrades, data display systems improvements, and software modifications. A star simulator was developed in the lab to enable IPS to be simulated on the ground pre-mission with flight hardware and software in the loop. The paper concludes with results from the ASTRO-2 mission. The number of targets acquired and the IPS pointing accuracy/stability is reported along with recommendations for the future use of the Instrument Pointing System. |

| Keywords | |
|---|---|
| | • Computer programs |
| | • Gyroscopic stability |
| | • Instrument orientation |
| | • Pointing control systems |
| | • Spacecraft instruments |
| | • Spacelab |
| | • Star trackers |
| | • Ultraviolet telescopes |
| | • Astro vehicle |
| | • Directional stability |
| | • Display devices |
| | • Electromagnetic spectra |
| | • Endeavour (Orbiter) |
| | • Galaxies |
| | • Motion stability |
| | • Nasa programs |
| | • Quasars |
| | • Stabilized platforms |
| | • Supernovae |
| | • Ultraviolet spectra |

| Source Agency | |
|---|---|
| NTIS Subject Category | |
| Corporate Authors | McDonnell-Douglas Aerospace, Huntsville, AL.; National Aeronautics and Space Administration, Washington, DC. |
| Supplemental Notes | Presented at the Aiaa 1995 Space Programs and Technologies Conference, Huntsville, al, United States, 26-28 Sep. 1995. |
| Document Type | Technical Report |
| NTIS Issue Number | 199612 |

ASTRO-2 Spacelab Instrument Pointing System Mission Performance.
N9618524

- Computer programs
- Gyroscopic stability
- Instrument orientation
- Pointing control systems
- Spacecraft instruments
- Spacelab
- Star trackers
- Ultraviolet telescopes
- Astro vehicle
- Directional stability
- Display devices
- Electromagnetic spectra
- Endeavour (Orbiter)
- Galaxies
- Motion stability
- Nasa programs
- Quasars
- Stabilized platforms
- Supernovae
- Ultraviolet spectra



# Primary menu

ntrs.nasa.gov/search.jsp



Record Details

ASTRO-2 Spacelab Instrument Pointing System mission performance

| NTRS Full-Text: | _View Document_ [PDF Size: 999 KB] |
| --- | --- |

Author and Affiliation:

| Wessling, Francis C., III | (McDonnell-Douglas Aerospace, Huntsville, AL, United States) |
| --- | --- |
| Singh, S. P. | (McDonnell-Douglas Aerospace, Huntsville, AL, United States) |

**Abstract:**

This paper reports the performance of the Instrument Pointing System (IPS) that flew on the National Aeronautics and Space Administration (NASA) ASTRO-2 Spacelab mission aboard the Space Shuttle Endeavour in March 1995. The IPS provides a stabilizing platform for the ASTRO-2 instrument payload complement that consists of three main experiments (telescopes). The telescopes observe stellar targets in the universe within the ultraviolet portion of the electromagnetic spectrum that must be observed from beyond the earth's atmospheric filtering effects. The three main experiments for observation are the Hopkins Ultraviolet Telescope (HUT), the Ultraviolet Imaging Telescope (UIT), and the Wisconsin Ultraviolet Photo-Polarimetry Experiment (WUPPE). The HUT uses spectroscopy to obtain the structure and chemical makeup of ultraviolet targets. UIT is responsible for wide field photographing to capture the hidden view of the ultraviolet universe. The WUPPE gathers data on the polarization of the ultraviolet electromagnetic energy coming from the astronomical targets. The capability of IPS enables the experiments to 'see' faint celestial objects. A brief explanation of the IPS is given followed by a review of engineering efforts to improve IPS performance over the ASTRO-1 mission. The main focus of improvements was on enhancing the star acquisition capability through improved guide star selection, lab simulations, computer upgrades, data display systems improvements, and software modifications. A star simulator was developed in the lab to enable IPS to be simulated on the ground pre-mission with flight hardware and software in the loop. The paper concludes with results from the ASTRO-2 mission. The number of targets acquired and the IPS pointing accuracy/stability is reported along with recommendations for the future use of the Instrument Pointing System.

| | |
|---|---|
| **Publication Date:** | September 28, 1995 |
| **Document ID:** | 19960012287 (Acquired February 29, 1996) |
| **Accession Number:** | 96N18524 |
| **Subject Category:** | SPACECRAFT INSTRUMENTATION |
| **Report/Patent Number:** | NASA-CR-200148, NAS 1.26:200148, AIAA PAPER 95-3686, NIPS-96-07985 |
| **Document Type:** | Conference Paper |
| **Publisher Information:** | United States |

| Meeting Information: | AIAA 1995 Space Programs and Technologies Conference; September 26, 1995 - September 28, 1995; Huntsville, AL; United States |
| --- | --- |
| Financial Sponsor: | NASA; United States |
| Organization Source: | McDonnell-Douglas Aerospace; Spacelab Design Engineering.; Huntsville, AL, United States |
| Description: | 12p; In English |
| Distribution Limits: | Unclassified; Publicly available; Unlimited |
| Rights: | No Copyright |
| NASA Terms: | COMPUTER PROGRAMS; GYROSCOPIC STABILITY; INSTRUMENT ORIENTATION; POINTING CONTROL SYSTEMS; SPACECRAFT INSTRUMENTS; SPACELAB; STAR TRACKERS; ULTRAVIOLET TELESCOPES; ASTRO VEHICLE; DIRECTIONAL STABILITY; DISPLAY DEVICES; ELECTROMAGNETIC SPECTRA; ENDEAVOUR (ORBITER); GALAXIES; MOTION STABILITY; NASA PROGRAMS; QUASARS; STABILIZED PLATFORMS; SUPERNOVAE; ULTRAVIOLET SPECTRA |
| Imprint And Other Notes: | Presented at the AIAA 1995 Space Programs and Technologies Conference, Huntsville, AL, United States, 26-28 Sep. 1995 |

For more information or questions about this document, please submit a Document Inquiry

› Back to Top

Find Similar Records

NASA STI

Singh, S. P.

Wessling, Francis C., III

1995

Online NTRS full-text available

Conference Paper

Unspecified Center

McDonnell-Douglas Aerospace

NASA

SPACECRAFT INSTRUMENTATION

Matching Records:

| | |
|---|---|
| **Author, etc.:** | Wessling, F. C. |
| **Title:** | **ASTRO-2 spacelab instrument pointing system mission performance** microform / F.C. Wessling, III and S.P. Singh. |
| | F.C. Wessling, III and S.P. Singh. |
| **Published:** | Washington, D.C. : AIAA : [National Aeronautics and Space Administration ; Springfield, Va. : National Technical Information Service, distributor, 1995] |
| **Publisher:** | AIAA : [National Aeronautics and Space Administration ; National Technical Information Service, distributor, |
| **Description:** | 1 v. |
| **Series:** | [NASA contractor report] ; NASA CR-200148 |
| **Notes:** | Shipping list no.: 96-0513-M. |
| | Distributed to depository libraries in microfiche. |
| | Microfiche. [Washington, D.C. : National Aeronautics and Space Administration, 1996] 1 microfiche. |
| **Govdoc no.:** | NAS 1.26:200148 |
| | NAS1.26: 200148 |
| **Subjects, general:** | Computer programs |
| | Gyroscopic stability |
| | **Instrument** orientation |
| | **Pointing** control **systems** |
| | Spacecraft **instruments** |
| | **Spacelab** |
| | Star trackers |
| | Ultraviolet telescopes |
| **Other author(s),etc:** | Singh, S. P. |
| | Singh, S. P. (Sheetala Prasad) 1943- |
| | United States National Aeronautics and Space Administration |
| **Format:** | Book |
| | Govt Publication |
| | Microform |
| **Uplink:** | |
| **Downlink:** | |
| **Also available:** | |
| **Location:** | UF Request Retrieval - Microfiche -- NAS 1.26:200148 |

Report a problem with this record



1

# **HARTMANN BIBLIOGRAPHIC DATA**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1 TO PROPOSED MOTION FOR SUMMARY JUDGMENT**

# Space Vehicle Flight Mechanics (La Mecanique du Vol des Vehicules Spatiaux)

apps.dtic.mil/docs/citations/ADA226987

**Accession Number :** ADA226987

**Title :**  Space Vehicle Flight Mechanics (La Mecanique du Vol des Vehicules Spatiaux)

**Corporate Author :** ADVISORY GROUP FOR AEROSPACE RESEARCH AND DEVELOPMENT NEUILLY-SUR-SEINE (FRANCE)

**Full Text :** https://apps.dtic.mil/dtic/tr/fulltext/u2/a226987.pdf

**Report Date :** Jun 1990

**Pagination or Media Count :** 485

**Abstract :** In the last thirty years we have seen a great increase in both manned and unmanned space flights for scientific studies, for communication and navigation, and for military purposes such as surveillance, reconnaissance and as a possible area of deployment for both offensive and defensive weaponry. The possible uses of flight at near-space conditions (i.e.above about 150,000ft.) are also under consideration and, at these heights, many of the technical problems have a common basis with those space vehicles during the launch, recovery and transatmospheric phases. In all these areas, many problems remain only partly resolved and the relevant technologies are developing rapidly. It was considered that resolution of these problems and finding ways of using new technologies would benefit from the combined thought of the technology communities of the NATO nations. A symposium sponsored by the Flight Mechanics Panel of AGARD was seen as a timely forum for discussions on at least the flight mechanics aspects of this important topic. The symposium included the control and trajectory aspects of launch and recovery, in-orbit dynamics, trans- atmospheric flight and the dynamic aspects of assembly and operation in space and also covered simulation and flight test. Keywords: Flight characteristics, Spacecraft, Spacecraft launching, Spacecraft recovery, Spacecraft simulation, Flight tests.

**Descriptors :**  *SPACE FLIGHT , UNMANNED SPACECRAFT , SIMULATION , FLIGHT TESTING , ORBITS , DEPLOYMENT , RECOVERY , SYMPOSIA , SPACECRAFT , DEFENSE SYSTEMS , DYNAMICS , PANELS , NAVIGATION , AERODYNAMIC CHARACTERISTICS , LAUNCHING , TRAJECTORIES , RECONNAISSANCE , MANNED , SPACE COMMUNICATIONS , WEAPONS , NATO

**Subject Categories :** Astronautics

**Distribution Statement :** APPROVED FOR PUBLIC RELEASE

# Instrument Pointing System: Precision Attitude Control in Space.

ntrl.ntis.gov/NTRL/dashboard/searchResults/titleDetail/N9027756.xhtml

N9027756

| | |
|---|---|
| Publication Date | 1990 |
| Personal Author | Hartmann, R.; Woelker, A. |
| Page Count | 11 |
| Abstract | The Spacelab Instrument Pointing System (IPS) is a three axes gimbal system providing pointing and stabilization in the arcsec range to a variety of space experiments with a mass of up to 7000 kg. The IPS demonstrated its control performance during the maiden flight in July 1985, the Spacelab 2 mission on board the Space Shuttle Challenger. The most challenging problem for attitude control in space is the disturbance compensation in the presence of structural flexibilities. Kalman filtering based on optical sensor and gyro measurements as well as flexible mode attenuation and feedforward control were indispensable to achieve high precision. To further enhance the IPS pointing performance and versatility, a new, more autonomous computer and sensor concept has been conceived providing the capacity for a higher degree of automation as well as improved pointing and closed loop tracking control. The autonomy and control capacity of the enhanced IPS establish the basis to accommodate the IPS as long-term available tracking and pointing platform on the International Space Station Freedom (ISF). |

| Keywords | |
|---|---|
| | • Attitude control |
| | • Pointing control systems |
| | • Space shuttles |
| | • Space stations |
| | • Spacecraft control |
| | • Feedback control |
| | • Stabilization |
| | • Feedforward control |
| | • Flexibility |
| | • Gimbals |
| | • Gyroscopes |
| | • Kalman filters |
| | • Optical measuring instruments |
| | • Spaceborne experiments |
| | • Spacelab |
| | • Tracking (Position) |
| | • Foreign technology |

| Source Agency | |
|---|---|
| NTIS Subject Category | |
| Corporate Authors | Dornier-Werke G.m.b.H., Friedrichshafen (Germany, F.R.).; National Aeronautics and Space Administration, Washington, DC. |
| Supplemental Notes | In AGARD, Space Vehicle Flight Mechanics 11 p. |
| Document Type | Analytic Daughter |
| NTIS Issue Number | 199102 |

EMBRY-RIDDLE Aeronautical University. FLORIDA | WORLDWIDE   HUNT LIBRARY

# Holdings Information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

🌐 voyager.db.erau.edu:7008/vwebv/holdingsInfo

Space vehicle flight mechanics = La mécanique du vol des véhicules spatiaux.

## Bibliographic Record Display

- Title:Space vehicle flight mechanics = La mécanique du vol des véhicules spatiaux.
- Variant Title:Title in French: La mécanique du vol des véhicules spatiaux
- Other Author(s):North Atlantic Treaty Organization. Advisory Group for Aerospace Research and Development. Flight Mechanics Panel.
- Publisher:Neuilly-sur-Seine, France : NATO, Advisory Group for Aerospace Research and Development, 1990.
- Subjects:Space vehicles--Congresses.
  Astrodynamics--Congresses.
  Astronautics--Congresses.
  Congresses.
- Description:1 volume (various pagings) : illustrations ; 30 cm.
- Series:AGARD conference proceedings ; no. 489
- Summary:In the last thirty years a great increase has been seen in both manned and unmanned space flights for scientific studies, for communication and navigation, and for military purposes. The possible uses of flight at near-space conditions are also under consideration and, at these heights, many of the technical problems have a common basis with those of space vehicles during the launch, recovery and transatmospheric phases. In all these areas, many problems remain only partly resolved and the relevant technologies are developing rapidly. The symposium included the control and trajectory aspects of launch and recovery, in-orbit dynamics, trans-atmospheric flight, the dynamic aspects of assembly and operation in space, and simulation and flight test. For individual titles, see N90-27742 through N90-27771.
- Reproduction Note:Photocopy. Springfield, VA. National Technical Information Service, 1993. 28 cm.
  Microfiche. Springfield, Va. : NTIS, 1990. 6 microfiches (492 fr.) : negative ; 11x15 cm.
- Notes:Advisory Group for Aerospace Research and Development, Neuilly-sur-Seine, France.
  "June 1990."--t.p. verso.
  "Copies of papers presented at the Flight Mechanics Panel Symposium held in Luxembourg from 13th to 16th November 1989."
  AGARD-CP-489.
  See also rept. no. AGARD-AR-294, ADA 230 434.
  Includes bibliographical references.

Flight characteristics, spacecraft, spacecraft launching, spacecraft recovery, spacecraft simulation, flight tests.

Library also has microfichefiche copy filed under ADA226987 in the microfiche cabinet.

- Uniform Title:AGARD conference proceedings ;
- Preceding Titles:No preceding titles found.
- Succeeding Titles:No succeeding titles found.

- # Holdings Record Display

  - Location: Main Shelves
  - Call Number: TL795 .S62
  - 1990 Status:On Shelf

US006611662B1

(12) **United States Patent**
Grober

(10) Patent No.: **US 6,611,662 B1**
(45) Date of Patent: **Aug. 26, 2003**

(54) **AUTONOMOUS, SELF LEVELING, SELF CORRECTING STABILIZED PLATFORM**

(76) Inventor: **David E. Grober**, 616 Venice Blvd., Marina del Rey, CA (US) 90291

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/579,723**

(22) Filed: **May 26, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/136,756, filed on May 28, 1999.

(51) Int. Cl.$^7$ .............................................. G03B 17/00
(52) U.S. Cl. ........................................ **396/55**; 396/421
(58) Field of Search ................................ 396/7, 12, 13, 396/419, 428, 55, 52, 421; 74/5.22, 5.34, 5.4

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,638,502 A | | 2/1972 | Leavitt et al. ............... 74/5.34 |
| 3,781,786 A | * | 12/1973 | Larrimore ................... 340/985 |
| 3,811,329 A | * | 5/1974 | White ......................... 74/5.41 |
| 3,840,265 A | * | 10/1974 | Stirling et al. ............... 296/19 |
| 4,070,674 A | * | 1/1978 | Buell et al. ............... 342/117 |
| 4,214,372 A | | 7/1980 | Rusbach ....................... 33/252 |
| 4,625,938 A | | 12/1986 | Brown .................... 248/550 |
| 4,828,376 A | | 5/1989 | Padera ...................... 350/500 |
| 4,989,466 A | | 2/1991 | Goodman ................... 74/5.22 |
| 5,050,087 A | * | 9/1991 | Walrath et al. ................ 701/4 |
| 5,124,938 A | | 6/1992 | Algrain ..................... 364/566 |
| 5,142,497 A | * | 8/1992 | Warrow ...................... 367/12 |
| 5,184,521 A | | 2/1993 | Tyler ........................ 74/5.34 |
| 5,202,695 A | | 4/1993 | Hollandsworth et al. .... 342/359 |
| 5,332,136 A | * | 7/1994 | Rudolph ................... 224/185 |
| 5,419,521 A | | 5/1995 | Matthews ................. 248/278 |
| 5,897,223 A | | 4/1999 | Tritchew et al. ............. 396/13 |
| 6,263,160 B1 | * | 7/2001 | Lewis ......................... 396/13 |

OTHER PUBLICATIONS

Product Brochure for PANAFLEX products.
Product Ad for SPACECAM.
Product Ad for GYRON, Model 935 by WolfeAir, Pasadena, CA May 1996.
Product Brochure and price sheet for TYLER Camera Systems.
Technical Manual for Self–Synchronous Stabilized Alidade, Sperry Marine Systemts Division, Department of the Navy, p. 137, Jan. 29, 1969.
Specification sheet for Nettmann Cam–remote with Gyron Stabilizer Module, Matthew Studio Electronics, Jun. 1997.
Product Brochure for Libra III, 3–Axis Remote Head, Geo Film Group, Van Nuys, CA.

* cited by examiner

*Primary Examiner*—Christopher Mahoney
(74) *Attorney, Agent, or Firm*—Law Offices of David L. Hoffman

(57) **ABSTRACT**

A stabilized platform is stabilized to compensate for motion caused by waves, currents, wind, and other motion during land, air, and sea operations of a camera. Although the stabilized platform is primarily described as useful for supporting a camera, the platform may be used to support other articles or persons. The stabilized platform includes a stabilizing system connecting a payload platform to a base. The stabilizing system including at least two motors for rotating the payload platform with respect to the base about two perpendicular axes of rotation providing the payload platform with stabilization in two dimensions. A control system stabilizes the platform based on information provided by a first sensor package or other location for sensing motion of the vehicle and a second sensor package on the platform. The use of the second sensor package allows the stabilized platform to be self correcting. A camera when mounted on the payload platform may be manually or remotely controlled.

**38 Claims, 11 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 7

FIG. 6

FIG. 9



FIG. 8





FIG. 10

FIG. 12

FIG. 11



FIG. 13



FIG. 14



FIG. 15

US 6,611,662 B1

**1**

# AUTONOMOUS, SELF LEVELING, SELF CORRECTING STABILIZED PLATFORM

This application claims priority based on Provisional Application Ser. No. 60/136,756 filed May 28, 1999 which is incorporated herein by reference in its entirety.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The invention relates to a stabilized platform for supporting cameras, antennas, chairs, tables, and other articles, and more particularly, the invention relates to a self leveling and self correcting stabilized platform.

### 2. Brief Description of the Related Art

When using a camera on a vehicle such as an automobile, boat, airplane, helicopter, and the like, it is often necessary for the camera to be stabilized in some manner. Known stabilizing platforms for cameras are generally large, heavy devices using gyroscopes for stabilization.

U.S. Pat. Nos. 3,638,502; 4,989,466; and 5,184,521 describe stabilizing devices employing gyroscopes. These devices generally employ three orthogonally positioned gyroscopes to adjust for pitch, tilt, and yaw of the vehicle on which the device is mounted. The camera is mounted on or in the stabilizing device and the device maintains the camera level during motion of the vehicle. These gyroscopic stabilization platforms are quite heavy, i.e., greater than 100 pounds, due to the use of gyroscopes. The devices are particularly designed for use on helicopters and are mounted on an exterior of the helicopter. The heavy platforms add substantial weight to the helicopter, increasing fuel consumption, and decreasing the amount of time the helicopter can be airborne for a particular shoot. In addition, these gyroscopic platforms are generally able to carry only small payloads, such as cameras weighing 100 pounds or less.

Another drawback of the known gyroscopic stabilizing platforms is that they restrict operation of the camera to remote operation using remote controls, such as joysticks. Remote operation requires that the camera operator acquire a new set of skills for remote manipulation of the camera and does not allow the hands on camera control that camera operators are accustomed to using.

Non-electronic stabilizing devices, such as the Steadicam, are limited in the total weight that can be compensated for and in their range of motion.

Other stabilizing systems which have been used on ships for stabilizing sighting devices are not only heavy, but rely on the sensors in the ship's internal navigation system to drive slave alidades for stabilization. These stabilizing systems have the drawback of requiring input from the ship's navigation system.

Accordingly, it would be desirable to provide a lightweight stabilizing device which is able to carry a large payload. In addition, it would be desirable to provide a compact stabilizing device which is easily assembled and mounts using standard camera mounting plates.

It would also be desirable to provide a stabilizing platform for a camera which is independent and self-contained and removes motion caused by waves, currents, and other motion while allowing either hands on control or remote control of the camera by the camera operator.

## SUMMARY OF THE INVENTION

The present invention relates to a stabilized platform for supporting payloads such as cameras, sensing devices, antennas, and persons.

**2**

In accordance with one aspect of the present invention, a stabilized platform includes a payload platform for supporting an article to be stabilized, a base, a stabilizing system connecting the payload platform to the base, a first sensor package for determining motion of a vehicle on which the stabilized platform is mounted in two perpendicular directions, a second sensor package including at least one sensor fixed to the payload platform, and a control system for stabilizing the platform based on information provided by the first sensor package and the second sensor package. The stabilizing system includes at least two motors for rotating the payload platform with respect to the base about two perpendicular axes of rotation providing the payload platform with stabilization in two dimensions.

In accordance with another aspect of the present invention, a method of stabilizing and self correcting a camera platform includes the steps of: positioning a stabilized camera platform on a moving vehicle; stabilizing the platform in at least two dimensions based on information collected by a first sensor package sensing motion of the moving vehicle; and self correcting a position of the platform based on information collected by a second sensor package mounted on the platform.

In accordance with a further aspect of the present invention, an anti-seasickness chair includes a stabilized platform configured to be mounted on a vehicle and a chair mounted on the stabilized platform. The stabilized platform includes sensors for sensing motion of the vehicle and a control system for compensating for motion of the vehicle in at least two dimensions.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention will now be described in greater detail with reference to the preferred embodiments illustrated in the accompanying drawings, in which like elements bear like reference numerals, and wherein:

FIG. 1 is a top view of a two axis stabilized platform according to the present invention;

FIG. 2 is a front view of the stabilized platform of FIG. 1;

FIG. 3 is a left side view of a three axis stabilized platform according to the present invention;

FIG. 4 is a side view of a two axis stabilized platform and camera mounted on a harness;

FIG. 5 is a front view of a two axis stabilized platform and camera mounted on a base having handles;

FIG. 6 is a side view of a two axis stabilized platform and camera mounted on an underwater rail on the side of a boat;

FIG. 7 is a top view of the two axis stabilized platform of FIG. 6;

FIG. 8 is an enlarged side view of the stabilized platform of FIG. 6;

FIG. 9 is an enlarged top view of a portion of the stabilized platform of FIG. 8;

FIG. 10 is a perspective view of an alternative embodiment of a two axis stabilized platform;

FIG. 11 is a front view of the stabilized platform of FIG. 10;

FIG. 12 is a left side view of the stabilized platform of FIG. 10;

FIG. 13 is a side view of the two axis stabilized platform of FIG. 1 supporting an anti-seasickness chair;

FIG. 14 is a side view of an alternative embodiment of a stabilized platform and an operating table according to the present invention; and

US 6,611,662 B1

3

FIG. **15** is a top view of the stabilized platform and the operating table of FIG. **14**.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIGS. **1** and **2** illustrate top and side views, respectively, of a two axis stabilized platform according to the present invention. The stabilized platform is stabilized to compensate for motion caused by waves, currents, wind, and other motion during land, air, and sea operations of a camera. Although the stabilized platform is primarily described as useful for supporting a camera, the platform may be used to support other articles or persons. A camera when mounted on the platform may be manually or remotely controlled.

As shown in FIGS. **1** and **2**, the two axis stabilized platform **100** includes a bottom platform **2** connected to a first drive shaft **4** of a first drive mechanism **10**. The drive mechanism **10** is mounted on a fixed side plate **8** connected to a mounting plate **60** of the stabilized platform **100**. The first drive shaft **4** may be a single or split shaft and is supported by a bearing **6**. The drive mechanism **10** preferably includes a motor and depending on the application requirements for torque and resolution, a gear box. An encoder is preferably attached to the motor and provides feedback about the position of the bottom platform **2**. The encoder is preferably a high resolution encoder, such as a 1000 count encoder accurate to about 0.1 degree. A protective housing **16** preferably encloses the drive mechanism **10**, including the motor, the gear box, the encoder, and may also enclose associated wiring. For use in marine operations, the protective housing **16** is preferably a waterproof housing.

A camera mounting platform **22** is supported above the bottom platform **2** on a second drive shaft **24** of a second drive mechanism **25**. The camera mounting platform **22** is configured to receive the standard camera mount base of a motion picture camera. Alternatively, the mounting platform **22** may be configured to receive other types of payloads. The camera platform **22** is preferably mounted off center to prevent backlash.

The second drive mechanism **30** is mounted orthogonally to the first drive mechanism **10** and is fixed to the platform **2**, as can be seen in FIG. **3**. The second drive shaft **24** may be a single or split shaft mounted on a bearing **26** which is supported by the bottom platform **2**. The second drive shaft **24** is orthogonal with respect to the first drive shaft **4** to achieve two-dimensional stabilization of the camera platform **22**. The second drive mechanism **30** is preferably made up of a motor, and depending on the application requirements for torque and resolution, an optional gear box. An encoder of the drive mechanism **30** provides feedback about a position of the camera platform **22**. A protective housing **18** preferably encloses the drive mechanism **30**, and may also enclose the respective wiring. An electronic control box **20** may be connected to the protective housing **18** or to another portion of the stabilized platform for controlling the motors.

The bottom platform **2** is rotatably supported by the shaft **4** and the bearing **6** on a mounting base **60**. The mounting base **60** can be attached directly to the surface of a vehicle **64** or other support using bolts **66**, clamps, or other mounting apparatus. The mounting base **60** also may include a base plate **62** which is configured for connection to a standard camera mount. The base plate **62** may be attached directly to a vehicle **64**, or may be connected to a tripod or other camera mounting device.

Although FIG. **2** illustrates the stabilized platform **100** in an upright configuration with the camera support platform

4

**22** positioned horizontally for supporting a camera on top of the stabilized platform, the stabilized platform may also be used in other orientations. For example, the stabilized platform may be inverted and hung from an overhead mount with the camera suspended below the stabilized platform, mounted horizontally, or at an angled orientation.

The two drive shafts **4**, **24** are positioned orthogonal to one another to provide stabilization of the camera platform **22** in two dimensions. In an upright orientation, as shown in FIG. **2**, the stabilized platform compensates for pitch and roll motions of a vehicle. As will be described below with respect to FIG. **3** a third degree of motion may be provided for compensating for azimuth motion by the addition of a third orthogonally positioned drive shaft to the stabilized platform **100** of FIG. **1**.

A control system for stabilizing the platform is mounted within the control box **20** either on one of the protective housings **16**, **18**, on the mounting base **60**, or at another position on the stabilized platform **100**. The control system uses information gathered from a first sensor package A and a second sensor package B for stabilizing and self correcting the camera platform **22** as will be described below. The control system is preferably a digital system but may also be an analog system.

According to one embodiment of the invention, the sensor package A is placed either on the base **60**, on the platform **62**, or on the vehicle **64** or other support. Sensor package A includes motion sensors such as rate sensors, gyroscopic sensors, fiber optic gyros, or other sensors for sensing motion of the base. The sensors which are selected are preferably not temperature sensitive. For the two axis stabilized platform of FIGS. **1** and **2**, preferably the sensors in sensor package A are two orthogonally positioned rate type sensors sensing motion of the base **60** along two orthogonal axes. The sensor package A provides instantaneous signals to the control system at a high frequency, such as about 100 times per second or greater, preferably about 800 times per second or greater.

The sensor package B is mounted on the camera support platform **22**. The sensor package B includes one or more motion sensors which provide position feedback to the control system. Preferably, the sensors in sensor package B are level sensors. For the two axis stabilized platform of FIGS. **1** and **2**, preferably the sensors in the sensor package B are two orthogonally positioned sensors. Sensor package B allows the automatic correction of anomalies and allows the stabilized platform **100** to be self-leveling. In particular, the sensor package B provides information about the stabilized position of the camera platform **22** to the control system and allows the control system to automatically correct for anomalies in the sensor package A, such as gyro precision, drift, rate sensing error, and other errors in the sensing and control systems. The signals from the sensor package B are provided to the control system periodically, such as about every 0.1 to 60 seconds, preferably about every 1–2 seconds. The sensor package B allows for automatic correction of the camera platform **22** to a horizontal or other predetermined position. An operator may determine and preset the desired stabilized position of the camera platform **22** with respect to the earth's horizon and a magnetic course heading.

The use of two independent sensor packages located on the base **60** and the camera platform **22** according to the present invention provides the distinct advantage of self leveling or self correcting. Without the two sensor packages the camera platform tends **22** to drift away from an initial set position or a level position over time.

US 6,611,662 B1

5

6

According to an alternative embodiment of the invention, the sensor packages A and B are both located on the camera platform 22. In this embodiment, certain modifications to the control system are necessary to prevent backlash in the motor and/or gear from creating a vibration of the platform.

One example of a stabilized platform 100 for use on boats and other vehicles has the capability of compensating for pitch and roll motions of about 70 to about 90 degrees, weighs less than about 40 pounds, and accepts payloads of at least 100 pounds, preferably, at least 150 pounds. The stabilized platform 100 when designed for us with aircraft, preferably has the capability of compensating for pitch, roll, and yaw motion of 360 degrees.

The embodiment of FIG. 3 adds a third axis of rotation to the stabilized platform to maintain the orientation of the camera platform 22 in an azimuth axis. According to this embodiment, a base plate 62 of the embodiment of FIGS. 1 and 2 is mounted on a rotary bearing 74 with or without a riser 72. A third drive mechanism 80 is provided including a motor, an optional gear box, and a encoder. A drive shaft 86 of the drive mechanism 80 rotates the base plate 62. A motor housing 82 is connected to a base plate 84 which may be firmly attached to a vessel, vehicle, tripod, or other support either vertically, horizontally, in an inverted position, or at other angular positions.

In the embodiment of FIG. 3, the control system obtains data from the sensor package A located on the housing 82 of the drive mechanism 45, on the base plate 84, on the vehicle, on the platform 22, or other mounting surface. The control system also receives data from the sensor package B located on the camera platform 22. A coaxial rotary joint, not shown, may be installed between the riser 72 and motor housing 82 to provide a convenient system for transmitting signals and electrical power to and from the control system. According to this embodiment, the sensor package A and sensor package B preferably each include a third sensor to recognize motion in the azimuth axis. In the arrangement of FIG. 3, the range of azimuth control of the camera platform 22 is unlimited.

An alternative embodiment of the two axis stabilized platform 150 is illustrated in FIGS. 10–12. In this internal embodiment, the drive mechanisms are in a stacked arrangement for a more compact system in a width dimension which may be slightly larger in a height direction in the orientation illustrated in FIG. 10. According to this embodiment, a base plate bracket 130 is attached to a first drive mechanism 134 including a motor, a gear box, and encoder. A drive shaft 142 of the motor supports a first platform 140 on which is mounted a second drive mechanism 154 having an orientation which is orthogonal to the first drive mechanism 134. A drive shaft 162 of the second drive mechanism 154 supports the camera mount platform 160. Bearings 138, 144, 158, 164 are provided in the motor housings for supporting the drive shafts 142, 162.

According to this embodiment, the payload, such as a camera, is attached to the payload or camera platform 160. A first sensor package A is attached to the base plate bracket 130 while a second sensor package B is attached to the camera or payload platform 160 for operation in the manner described above. The stabilized platform 150 according to FIGS. 10–12 can be placed vertically as shown, horizontally, or inverted as well as other angled orientations.

The stabilized platform 100, 150 according to the present invention allows hands on or remote operation of the camera on the camera platform 22. For hands-on operation, a universal camera mount is mounted between the platform 22 and the camera. The universal camera mount provides the ability to move the camera in three dimensions while the platform 22 remains stable. This option of hands-on control of the camera is not available in any of the known stabilized camera platforms.

Alternatively, the camera may be remotely controlled by providing a commercially available remote-controlled universal camera mount between the stabilized platform 100 and the camera.

In addition to supporting the stabilized platform on a vehicle, tripod, or other base, the base plate of the stabilized platform 100, 150 may be attached to a suitable body harness 101 to be worn by a camera operator or assistant, as shown in FIG. 4. When mounted on the body harness 101, the stabilized platform 100 provides stabilization of the motion of the person in two or three directions during use of the camera. A camera 42, as illustrated in FIG. 4, may be mounted on the stabilized platform 100. An optional riser 40 may be provided between the stabilized platform and the camera 42 or between the stabilized platform and the harness 101 to adjust a height of the camera 42 for ease of use. The camera 42 may be provided with an external monitor 44 allowing for improved ease of viewing by the operator.

As shown in FIG. 5, as an alternative to the harness 101, various types of handles 106, 108 may be mounted on the mounting plate 62 of the stabilized platform 100. The handles 106, 108 may be rigid, flexible, or formed of an elastic material. The handle material will provide different degrees or horizontal and vertical drift resulting in a different "look" as seen by the camera lens. For example, a motion picture camera if moved toward a subject has the same object size as if a zoom lens were used and the camera remained stationary. However, the effect of the image on the film in relation to depth of field, and image quality would be vastly different. Image quality movement would likewise be creatively different by using different types of support handles 106, 108 or a dolly.

FIG. 6 illustrates a stabilized platform 100 and attached camera 170 in one example of an underwater application. As shown in FIGS. 6–8, the stabilized platform of FIG. 1 is shown encased in a waterproof housing which is generally a form fitting waterproof case 172 which fits around the stabilized platform. A lid 174 of the waterproof case is provided with a plurality of tension latches 176 and an O-ring (not shown) which is compressed between the lid and the case upon closure of the latches to prevent water from entering the case. A rubberized boot 178 is attached to one side of the lid 174. An opposite end of the rubberized boot 178 is sealed to an underside of the payload platform 22 forming a water tight seal between the payload platform and waterproof case 172. A sealed underwater camera 170 is attached to the payload platform 22.

In operation of the embodiment of FIGS. 6–9, the camera 170 and stabilized platform 100 can be mounted on a shelf 182 which is movable on a rail 184 on the exterior of a vehicle such as a boat 186. As shown in FIG. 6, the camera 170 can be lowered down the rail 184 from a pitching, rocking boat, and the stabilized platform 100 will maintain the camera with a stabile horizon as it moves from above to below the surface of the water.

FIG. 13 illustrates an anti-seasickness chair 112 according to the present invention. According to this embodiment, the base plate 62 of the stabilized platform 100 is attached to a vessel or vehicle deck and a chair 112 is fixed to the payload platform 22 by the post 110. The length of the post 110 and

US 6,611,662 B1

7

configuration of the chair 112 are variable depending on the particular application and for user comfort. An armrest or small table 114 can be attached to the chair 112, providing a stable working surface for the occupant. A footrest 116 and headrest 118 can also be added.

The anti-seasickness chair 112 of FIG. 13 can be used to eliminate two components of the motion of a moving vehicle, resulting in the occupant experiencing only one dimensional or up and down motion which is less apt to cause seasickness than motion in three dimensions.

FIGS. 14 and 15 illustrate a self-stabilized hospital or operating bed 200 for use on vehicles. The self-stabilized bed 200 includes a pedestal base plate 201 which is firmly secured to the floor of a boat or other vehicle. A rigid post 202 is attached to the base plate 201 and supports a universal joint 203. The universal joint 203 connects the post 202 to a center or balance point of a bed frame 234 and acts as a pivot point for the bed frame. Attachment points 206, 208, 210, and 212 on the post 202 are sleeve bearings or other rotatable bearings. Attached to each of these sleeve bearings is a combination motor M and linear actuator 214, 216, 218, and 220. An opposing end of each of the linear actuators is attached to a sleeve bearing 222, 224, 226, and 228 which is securely attached to the bed frame 234.

According to this embodiment, the bed frame 234 is pivoted back and forth around a first axis by one of the pairs of linear actuators 214, 216 and is pivoted about a second axis orthogonal to the first axis by a second pair of linear actuators 218, 220. According to an alternative embodiment of the self-stabilized bed 200 of FIGS. 14 and 15, two or three linear actuators may be used for rotation of the bed frame 234 about two axes.

Attached to the bed frame 234 is a platform 230 which is a one or more sided platform for supporting a doctor or a surgeon. The platform 230 may vary in size and shape to accommodate one or more persons as well as medical equipment. Structural cross members 232 are added to the platforms 230 for additional strength as required. The bed frame 234 may also support various attachments such as surgical instrument platforms and equipment stands which are also stabilized due to their attachment to the bed frame structure 234. The bed 200 is controlled by a control box 240 which receives information from the sensor packages A and B and controls the motors M of the linear actuators.

While the invention has been described in detail with reference to the preferred embodiments thereof, it will be apparent to one skilled in the art that various changes and modifications can be made and equivalents employed, without departing from the present invention.

What is claimed is:

1. A stabilized platform comprising:
a payload platform for supporting an article to be stabilized;
a base;
a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions;
a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted;
a second sensor package comprising sensor means for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position; and

8

a control system connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package, wherein the second sensor package is fixed to the payload platform, and the first sensor package is fixed with respect to the base.

2. The stabilized platform of claim 1, wherein the control system compensates for errors in the first sensor package using information obtained from the second sensor package.

3. The stabilized platform of claim 1, wherein the second sensor package includes two level sensors for sensing a position of the payload platform in two perpendicular directions.

4. The stabilized platform of claim 1, wherein the second sensor package is mounted on the payload platform.

5. The stabilized platform of claim 1, further comprising a camera mounted on a payload platform.

6. The stabilized platform of claim 1, further comprising at least one of a chair and a table mounted on the payload platform.

7. The stabilized platform of claim 1, wherein the means for moving the payload platform comprises three motors for rotating the payload platform about three perpendicular axes of rotation.

8. The stabilized platform of claim 7, wherein the first sensor package includes sensors for determining rate of rotation about three perpendicular axes.

9. The stabilized platform of claim 1, wherein a universal camera mount is mounted on the payload platform and a camera is mounted on the camera mount, the camera mount allowing hands on control of the camera by a camera operator and stabilization of the camera with the stabilized platform.

10. The stabilized platform of claim 1, wherein the second sensor means comprises at least two level sensors for sensing differences in level about at least two transverse axes relative to the predetermined position.

11. The stabilized platform of claim 1, wherein the information provided by the first set of sensors results in drift over time of the position of the payload platform from the predetermined position, and the means for moving, in response to information provided by the second set of sensors to the control system, corrects the drift and moves the platform back to the predetermined position.

12. The stabilized platform of claim 1, wherein the control system responds to information from the first sensor package at a rate of at least as fast as about one hundred times per second and the control system responds to information from the second sensor package at a rate of about once per second to about once per minute.

13. The stabilized platform of claim 1, wherein the information provided by the first set of sensors results in drift over time of the position of the payload platform from the predetermined position, and the means for moving, in response to information provided by the second sensor package to the control system, corrects the drift and moves the platform back to the predetermined position.

14. A method of stabilizing and self correcting a camera platform comprising:
positioning a stabilized camera platform on a moving object;
stabilizing the payload platform in at least two dimensions based on information collected by a first sensor package sensing motion of the moving object independent of motion of the payload platform;
sensing by a second sensor package a position of the payload platform relative to a predetermined position; and

US 6,611,662 B1

**9**

self correcting the position of the payload platform to the predetermined position based on information collected by the second sensor package.

**15.** The method of claim **14**, wherein the position of the platform is subject to drift over time from stabilization of the platform in response to the first sensor package, and the step of self correcting based on information provided by the second sensor package corrects for the drift.

**16.** The method of claim **14**, wherein the step of stabilizing based on the information provided by the first sensor package comprises sensing motion of the moving object independent of the motion of the platform, and the step of self correcting based on the information provided by the second sensor package, comprises a step of sensing the position of the platform.

**17.** The method of claim **14**, wherein the step of stabilizing is performed by moving the platform in response to information provided by the first sensor package, and the step of self correcting is performed by moving the platform in response to the information provided by the second sensor package, and the step of stabilizing is performed more often than the step of self correcting.

**18.** The method of claim **17**, wherein the step of stabilizing in response to information provided by the first package is at a rate of at least as fast as about one hundred times per second, and the step of self correcting is in response to information provided by the second sensor package at a rate of about once per second to about once per minute.

**19.** The method of claim **14**, wherein the step of stabilizing results in drift of the position of the platform relative to the predetermined position, and in the step of self correcting, the drift is corrected by sensing the position of the platform.

**20.** The method of claim **14**, wherein there is a step of fixing the second sensor package to the payload platform prior to the step of sensing with the second sensor package.

**21.** The method of claim **20**, wherein the information collected by the second sensor package is collected by a plurality of level sensors.

**22.** The method of claim **21**, wherein in the step of stabilizing, the first sensor package comprises two rate sensors for sensing a rate of motion of the moving object.

**23.** The method of claim **20**, wherein the stabilized platform is self corrected in two dimensions.

**24.** The method of claim **20**, further comprising controlling a camera mounted on the platform by hands on operator control.

**25.** The method of claim **20**, wherein the position of the platform is subject to drift over time from stabilization of the platform in response to the first sensor package, and the step of self correcting based on information provided by the second sensor package corrects for the drift.

**26.** The method of claim **20**, wherein the step of stabilizing based on the information provided by the first sensor package comprises sensing motion of the moving object independent of the motion of the platform, and the step of self correcting based on the information provided by the second sensor package, comprises a step of sensing the position of the platform.

**27.** The method of claim **20**, wherein the step of stabilizing is performed by moving the platform in response to information provided by the first sensor package, and the step of self correcting is performed by moving the platform in response to the information provided by the second sensor package, and the step of stabilizing is performed more often than the step of self correcting.

**28.** The method of claim **20**, wherein the step of stabilizing results in drift of the position of the platform relative to the predetermined position, and in the step of self correcting, the drift is corrected by sensing the position of the platform.

**10**

**29.** A stabilized platform comprising:

a payload platform for supporting an article to be stabilized;

a base;

a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions;

a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted;

a second sensor package comprising sensor means fixed to the payload platform for providing information based on a position of the payload platform relative to a predetermined position; and

a control system connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package, wherein the information provided by the first sensor package is independent of the stabilization of the platform provided by the means for moving, and the position of the platform is subject to drift over time from stabilization thereof based on information provided by the first sensor package, and wherein the control system responds to information provided by the second sensor package to correct for the drift from the predetermined position, and the first sensor means comprises rate of motion sensors and the sensor means comprises level sensors.

**30.** A stabilized platform comprising:

a payload platform for supporting an article to be stabilized;

a base;

a stabilizing system connecting the payload platform to the base, the stabilizing system including at least two motors for rotating the payload platform with respect to the base about two perpendicular axes of rotation providing the payload platform with stabilization in two dimensions;

a first sensor package fixed to said base for determining motion of a vehicle on which the stabilized platform is mounted in two perpendicular directions,

a second sensor package including at least one level sensor fixed to the payload platform; and

a control system for continuously stabilizing the platform based on information provided by the first sensor package and correcting for first sensor package anomalies based on information provided periodically by the second sensor package.

**31.** A method of stabilizing and self correcting a camera platform comprising:

positioning a stabilized camera platform on a moving vehicle;

continuously stabilizing the platform in at least two dimensions based on information collected by a first sensor package fixed relative to the moving vehicle and sensing motion of the moving vehicle; and

periodically self correcting a position of the platform based on information collected by a second sensor package including a level sensor and mounted on the platform.

**32.** A stabilized platform comprising:

a payload platform for supporting an article to be stabilized;

US 6,611,662 B1

11

a base;

a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions;

a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted;

a second sensor package comprising sensor means for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position; and

a control system connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package, wherein the second sensor package is fixed to the payload platform, and wherein the control system allows a user to set an initial payload platform position and provides self correction of the platform to the initial position.

33. A stabilized platform comprising:

a payload platform for supporting an article to be stabilized;

a base;

a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions;

a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted;

a second sensor package comprising sensor means for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position; and

a control system connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package, wherein the second sensor package is fixed to the payload platform, and wherein the control system responds to information from the first sensor package at a rate of at least as fast as about one hundred times per second and the control system responds to information from the second sensor package at a rate of about once per second to about once per minute.

34. A stabilized platform comprising:

a payload platform for supporting an article to be stabilized;

a base;

a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions;

a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted;

a second sensor package comprising sensor means for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position; and

a control system connected to the means for moving for stabilizing the platform in response to information

12

provided by the first sensor package and the second sensor package, wherein the second sensor package is fixed to the payload platform, and wherein the information provided by the first sensor package is independent of the stabilization of the payload platform provided by the means for moving, and the information provided by the second sensor package is dependent upon the stabilization of the payload platform.

35. A stabilized platform comprising:

a payload platform for supporting an article to be stabilized;

a base;

a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions;

a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted;

a second sensor package comprising sensor means for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position; and

a control system connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package, wherein the second sensor package is fixed to the payload platform, and wherein the f sensor package comprises sensors for sensing a different type of information from the sensor means in the second sensor package.

36. The stabilized platform of claim 35, wherein the first sensor package includes sensors for determining rate of rotation about three perpendicular axes.

37. The stabilized platform of claim 35, wherein the second sensor means comprises at least two level sensors for sensing differences in level about at least two transverse axes relative to the predetermined position.

38. A stabilized platform comprising:

a payload platform for supporting an article to be stabilized;

a base;

a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions;

a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted;

a second sensor package comprising sensor means for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position; and

a control system connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package, wherein the control system responds to information from the first sensor package more often than the control system responds to information from the second sensor package.

* * * * *

US006611662C1

(12) **INTER PARTES REEXAMINATION CERTIFICATE** (0200th)

# United States Patent
## Grober

(10) **Number:** US 6,611,662 C1
(45) **Certificate Issued:** Nov. 2, 2010

(54) **AUTONOMOUS, SELF LEVELING, SELF CORRECTING STABILIZED PLATFORM**

(76) Inventor: **David E. Grober**, 616 Venice Blvd., Marina del Rey, CA (US) 90291

**Reexamination Request:**
No. 95/000,092, May 5, 2005

**Reexamination Certificate for:**
| | |
|---|---|
| Patent No.: | **6,611,662** |
| Issued: | **Aug. 26, 2003** |
| Appl. No.: | **09/579,723** |
| Filed: | **May 26, 2000** |

**Related U.S. Application Data**

(60) Provisional application No. 60/136,756, filed on May 28, 1999.

(51) **Int. Cl.**
*G03B 17/00* (2006.01)

(52) **U.S. Cl.** ........................................ **396/55**; 396/421
(58) **Field of Classification Search** ...................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,603,767 | A | 7/1952 | Ferrill |
| 3,811,329 | A | 5/1974 | White |
| 3,840,265 | A | 10/1974 | Stirling |
| 4,070,674 | A | 1/1978 | Buell et al. |
| 4,143,312 | A | 3/1979 | Duckworth et al. |
| 4,893,066 | A | 1/1990 | Stewart et al. |
| 4,930,435 | A | 6/1990 | Newman |
| 5,050,087 | A | 9/1991 | Walrath et al. |
| 5,124,938 | A | 6/1992 | Algrain |
| 5,227,806 | A | 7/1993 | Eguchi |
| 5,332,136 | A | 7/1994 | Rudolph |
| 5,868,031 | A | 2/1999 | Kokush |
| 5,922,039 | A | 7/1999 | Welch et al. |
| 6,263,160 | B1 | 7/2001 | Lewis |

FOREIGN PATENT DOCUMENTS

EP 0135008 3/1985

OTHER PUBLICATIONS

Panaflex, Produce Brochure for Panaflex products.
Tyler, Product Brochure and price sheet for Tyler Camera Systems.

*Primary Examiner*—Minh T Nguyen

(57) **ABSTRACT**

A stabiilzed platform is stabilized to compensate for motion caused by waves, currents, wind, and other motion during land, air and sea operations of a camera. Although the stabilized platform is primarily described as useful for supporting a camera, the platform may be used to support other articles or persons. The stabilized platform includes a stabilizing system connecting a payload platform to a base. The stabilizing system including at least two motors for rotating the payload platform with respect to the base about two perpendicular axes of rotation providing the payload platform with stabilization in two dimensions. A control system stabilizes the platform based on information provided by a first sensor package or other location for sensing motion of the vehicle and a second sensor package on the platform. The use of the second sensor package allows the stabilized platform to be self correcting. A camera when mounted on the payload platform may be manually or remotely controlled.





*canceled* FIG. 7

*canceled* FIG. 6

canceled

FIG. 9



174

178

22

100

canceled

FIG. 8



22

40

178

176

174

176

172



FIG. 10

Cancelled

U.S. Patent

Nov. 2, 2010

Sheet 4 of 4

US 6,611,662 C1



FIG. 11
*cancelled*

FIG. 12
*cancelled*

US 6,611,662 C1

**1**

## INTER PARTES
## REEXAMINATION CERTIFICATE
## ISSUED UNDER 35 U.S.C. 316

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

ONLY THOSE PARAGRAPHS OF THE
SPECIFICATION AFFECTED BY AMENDMENT
ARE PRINTED HEREIN.

Column 2, lines 48-62:

[FIG. **6** is a side view of a two axis stabilized platform and camera mounted on an underwater rail on the side of a boat;

FIG. **7** is a top view of the two axis stabilized platform of FIG. **6**;

FIG. **8** is an enlarged side view of the stabilized platform of FIG. **6**;

FIG. **9** is an enlarged top view of a portion of the stabilized platform of FIG. **8**;

FIG. **10** is a perspective view of an alternative embodiment of a two axis stabilized platform;

FIG. **11** is a front view of the stabilized platform of FIG. **10**;

FIG. **12** is a left side view of the stabilized platform of FIG. **10**;]

Column 5, lines 6-13:

One example of a stabilized platform **100** for use on boats and other vehicles has the capability of compensating for pitch and roll motions of about 70 to about 90 degrees, weighs less than about 40 pounds, and accepts payloads of at least 100 pounds, preferably, at least 150 pounds. The stabilized platform **100** when designed for [us] *use* with aircraft, preferably has the capability of compensating for pitch, roll, and yaw motion of 360 degrees.

Column 5, lines 40-63:

[An alternative embodiment of the two axis stabilized platform **150** is illustrated in FIGS. **10-12**. In this internal embodiment, the drive mechanisms are in a stacked arrangement for a more compact system in a width dimension which may be slightly larger in a height direction in the orientation illustrated in FIG. **10**. According to this embodiment, a base plate bracket **130** is attached to a first drive mechanism **134** including a motor, a gear box, and encoder. A drive shaft **142** of the motor supports a first platform **140** on which is mounted a second drive mechanism **154** having an orientation which is orthogonal to the first drive mechanism **134**. A drive shaft **162** of the second drive mechanism **154** supports the camera mount platform **160**. Bearings **138**, **144**, **158**, **164** are provided in the motor housings for supporting the drive shafts **142**, **162**.

According to this embodiment, the payload, such as a camera, is attached to the payload or camera platform **160**. A first sensor package A is attached to the base plate bracket **130** while a second sensor package B is attached to the camera or payload platform **160** for operation in the manner described above. The stabilized platform **150** according to FIGS. **10-12** can be placed vertically as shown, horizontally, or inverted as well as other angled orientations.]

**2**

Column 5, line 64-Column 6, line 5:

The stabilized platform **100**, **[150]** according to the present invention allows hands on or remote operation of the camera on the camera platform **22**. For hands-on operation, a universal camera mount is mounted between the platform **22** and the camera. The universal camera mount provides the ability to move the camera in three dimensions while the platform **22** remains stable. This option of hands-on control of the camera is not available in any of the known stabilized camera platforms.

Column 6, lines 10-24:

In addition to supporting the stabilized platform on a vehicle, tripod, or other base, the base plate of the stabilized platform **100**, **[150]** may be attached to a suitable body harness **101** to be worn by a camera operator or assistant, as shown in FIG. **4**. When mounted on the body harness **101**, the stabilized platform **100** provides stabilization of the motion of the person in two or three directions during use of the camera. A camera **42**, as illustrated in FIG. **4**, may be mounted on the stabilized platform **100**. An optional riser **40** may be provided between the stabilized platform and the camera **42** or between the stabilized platform and the harness **101** to adjust a height of the camera **42** for ease of use. The camera **42** may be provided with an external monitor **44** allowing for improved ease of viewing by the operator.

Column 6, lines 40-62:

[FIG. **6** illustrates a stabilized platform **100** and attached camera **170** in one example of an underwater application. As shown in FIGS. **6-8**, the stabilized platform of FIG. **1** is shown encased in a waterproof hosing which is generally a form fitting waterproof case **172** which fits around the stabilized platform. A lid **174** of the waterproof case is provided with a plurality of tension latches **176** and an O-ring (not shown) which is compressed between the lid and the case upon closure of the latches to prevent water from entering the case. A rubberized boot **178** is attached to one side of the lid **174**. An opposite end of the rubberized boot **178** is sealed to an underside of the payload platform **22** forming a water tight seal between the payload platform and waterproof case **172**. A sealed underwater camera **170** is attached to the payload platform **22**.

In operation of the embodiment of FIGS. **6-9**, the camera **170** and stabilized platform **100** can be mounted on a shelf **182** which is movable on a rail **184** on the exterior of a vehicle such as a boat **186**. As shown in FIG. **6**, the camera **170** can be lowered down the rail **184** from a pitching, rocking boat, and the stabilized platform **100** will maintain the camera with a stabile horizon as it moves from above to below the surface of the water.]

THE DRAWING FIGURES HAVE BEEN
CHANGED AS FOLLOWS:

FIGS. **6-12** are deleted.

AS A RESULT OF REEXAMINATION , IT HAS BEEN DETERMINTED THAT:

The patentability of claims **1-8**, **10-13**, **15-20**, **22**, **26-34** and **36-38** is confirmed.

Claims **9**, **14**, **21**, **23-25** and **35** are determined to be patentable as amended.

US 6,611,662 C1

**3**

New claims **39-67** are added and determined to be patentable.

**9**. The stabilized platform of claim **1**, wherein a universal camera mount is mounted on the payload platform and a camera is mounted on the camera mount, the camera mount allowing [hands on] *hands-on* control of the camera by a camera operator and stabilization of the camera with the stabilized platform.

**14**. A method of stabilizing and self correcting a camera platform comprising:

positioning a stabilized camera platform on a moving object;

stabilizing the payload platform in at least two dimensions based on information collected by a first sensor package sensing motion of the moving object independent of motion of the payload platform;

sensing by a second sensor package, *which is fixed to the payload platform,* a position of the payload platform relative to a predetermined position; and

self correcting the position of the payload platform to the predetermined position based on information collected by the second sensor package.

**21**. The method of claim [20] *14*, wherein the information collected by the second sensor package is collected by a plurality of level sensors.

**23**. The method of claim [20] *14*, wherein the stabilized platform is self corrected in two dimensions.

**24**. The method of claim [20] *14*, further comprising controlling a camera mounted on the platform by [hands on] *hands-on* operator control.

**25**. The method of claim [20] *14*, wherein the position of the platform is subject to drift over the time from stabilization of the platform in response to the first sensor package, and the step of self correcting based on information provided by the second sensor package corrects for the drift.

**35**. A stabilized platform comprising:

a payload platform for supporting an article to be stabilized;

a base;

a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions;

a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted;

a second sensor package comprising sensor means for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position; and

a control system connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package, wherein the second sensor package is fixed to the payload platform, and wherein the [f] *first* sensor package comprises sensors for sensing a different type of information from the sensor means in the second sensor package.

*39. The stabilized platform of claim 1, further comprising controlling a camera mounted on the platform by hands-on operator control.*

*40. The stabilized platform of claim 1, further comprising controlling a camera mounted on the platform by hands-on*

**4**

*operator control, and wherein the information provided by the first sensor package is independent of the stabilization of the payload platform provided by the means for moving.*

*41. The stabilized platform of claim 1, and further comprising controlling a camera mounted on the platform by hands-on operator control, and wherein the information provided by the first sensor package is independent of the stabilization of the payload platform provided by the means for moving, and including at least one of: a, b, c, or d, wherein:*

a.) *stabilizing is performed by moving the platform in response to information provided by the first sensor package, and self correcting is performed by moving the platform in response to the information provided by the second sensor package, and stabilizing is performed more often than self correcting;*

b.) *a control system for continuously stabilizing the platform based on information provided by the first sensor package and correcting for first sensor package anomalies based on information provided periodically by the second sensor package;*

c.) *continuously stabilizing the platform in at least two dimensions based on information collected by the first sensor package, and periodically self correcting a position of the platform based on information collected by the second sensor package;*

d.) *the control system responds to information from the first sensor package more often than the control system responds to information from the second sensor package.*

*42 . The stabilized platform of claim 1, and further comprising controlling a camera mounted on the platform by hands-on operator control, and wherein the information provided by the first sensor package is independent of the stabilization of the payload platform provided by the means for moving, and wherein the first sensor package includes sensors for determining the rate of rotation about three perpendicular axes, and including at least one of: a, b, c, or d, wherein:*

a.) *stabilizing is performed by moving the platform in response to information provided by the first sensor package, and self correcting is performed by moving the platform in response to the information provided by the second sensor package, and stabilizing is performed more often than self correcting;*

b.) *a control system for continuously stabilizing the platform based on information provided by the first sensor package and correcting for first sensor package anomalies based on information provided periodically by the second sensor package;*

c.) *continuously stabilizing the platform in at least two dimensions based on information collected by the first sensor package, and periodically self correcting a position of the platform based on information collected by the second sensor package;*

d.) *the control system responds to information from the first sensor package more often than the control system responds to information from the second sensor package.*

*43. The stabilized platform of claim 1, and further comprising least one of a chair and a table mounted on the payload platform, and wherein the information provided by the first sensor package is independent of the stabilization of the payload platform provided by the means for moving, and including at least one of: a, b, c, or d; wherein:*

a.) *stabilizing is performed by moving the platform in response to information provided by the first sensor*

US 6,611,662 C1

| 5 | 6 |

package, and self correcting is performed by moving the platform in response to the information provided by the second sensor package, and stabilizing is performed more often than self correcting;

b.) a control system for continuously stabilizing the platform based on information provided by the first sensor package and correcting for first sensor package anomalies based on information provided periodically by the second sensor package;

c.) continuously stabilizing the platform in at least two dimensions based on information collected by the first sensor package, and periodically self correcting a position of the platform based on information collected by the second sensor package;

d.) the control system responds to information from the first sensor package more often than the control system responds to information from the second sensor package.

44. The stabilized platform of claim 1 wherein the information provided by the first sensor package is independent of the stabilization of the payload platform provided by the means for moving.

45. The stabilized platform of claim 1, further comprising controlling a camera mounted on the platform by hands-on operator control, and wherein the information provided by the first sensor package is independent of the stabilization of the payload platform provided by the means for moving, and continuously stabilizing the platform based on information provided by the first sensor package, and correcting the position of the platform based on information provided periodically by the second sensor package.

46. The method of claim 14, further comprising controlling a camera mounted on the platform by hands-on operator control, and the first sensor package providing information that is independent of the stabilization of the payload platform provided by the means for moving.

47. The method of claim 14, and further comprising controlling a camera mounted on the platform by hands-on operator control, and the first sensor package providing information that is independent of the stabilization of the payload platform provided by the means for moving, and there is a step that includes at least one of: a, b, c, or d, wherein:

a.) stabilizing is performed by moving the platform in response to information provided by the first sensor package, and self correcting is performed by moving the platform in response to the information provided by the second sensor package, and stabilizing is performed more often than self correcting;

b.) the control system continuously stabilizing the platform based on information provided by the first sensor package and correcting for first sensor package anomalies based on information provided periodically by the second sensor package;

c.) continuously stabilizing the platform in at least two dimensions based on information collected by the first sensor package, and periodically self correcting a position of the platform based on information collected by the second sensor package;

d.) the control system responding to information from the first sensor package more often than the control system responds to information from the second sensor package.

48. The method of claim 14, wherein the first sensor package is providing information that is independent of the stabilization of the payload platform provided by the means for

moving, wherein the first sensor package includes sensors for determining the rate of rotation about three perpendicular axes, and the means for moving the payload platform comprises three motors rotating the payload platform about three perpendicular axes of rotation, and there is a step that includes at least one of: a, b, c, or d, wherein:

a.) stabilizing is performed by moving the platform in response to information provided by the first sensor package, and self correcting is performed by moving the platform in response to the information provided by the second sensor package, and stabilizing is performed more often than self correcting;

b.) the control system continuously stabilizing the platform based on information provided by the first sensor package and correcting for first sensor package anomalies based on information provided periodically by the second sensor package;

c.) continuously stabilizing the platform in at least two dimensions based on information collected by the first sensor package, and periodically self correcting a position of the platform based on information collected by the second sensor package;

d.) the control system responds to information from the first sensor package more often than the control system responds to information from the second sensor package.

49. The method of claim 14, and further comprising mounting at least one of a chair or table on the payload platform, and the first sensor package providing information that is independent of the stabilization of the payload platform provided by the means for moving.

50. The method of claim 14, and mounting at least one of a chair on the payload platform, and controlling a camera mounted on the platform by hands-on operator control.

51. The method of claim 14 wherein the first sensor package is providing information that is independent of the stabilization of the payload platform provided by the means for moving.

52. The method of claim 14, further comprising controlling a camera mounted on the platform by hands-on operator control, and the first sensor package is providing information that is independent of the stabilization of the payload platform provided by the means for moving, and continuously stabilizing the platform based on information provided by the first sensor package, and correcting the position of the platform based on information provided periodically by the second sensor package.

53. The method of claim 14 including the step of mounting a universal camera mount on the payload platform, mounting a camera on the camera mount, and providing hands on control of the camera by a camera operator, and stabilizing the camera with the stabilized platform.

54. The method of claim 31, further comprising controlling a camera mounted on the platform by hands-on operator control.

55. The method of claim 31, further comprising controlling a camera mounted on the platform by hands-on operator control, and the step of the first sensor package providing information that is independent of the stabilization of the payload platform provided by the means for moving.

56. The method of claim 31, further comprising controlling a camera mounted on the platform by hands-on operator control, and the step of the first sensor package providing information that is independent of the stabilization of the payload platform provided by the means for moving, and the step including at least one of: a, b, c, or d, wherein:

a.) stabilizing is performed by moving the platform in response to information provided by the first sensor

US 6,611,662 C1

**7**

package, and self correcting is performed by moving the platform in response to the information provided by the second sensor package, and stabilizing is performed more often than self correcting;

b.) the control system is continuously stabilizing the platform based on the information provided by the first sensor package and correcting for first sensor package anomalies based on information provided periodically by the second sensor package;

c.) continuously stabilizing the platform in at least two dimensions based on information collected by the first sensor package, and periodically self correcting a position of the platform based on information collected by the second sensor package;

d.) the control system responding to information from the first sensor package more often than the control system responds to information from the second sensor package.

57. The method of claim 31, and further comprising controlling a camera mounted on the platform by hands-on operator control, and the step of the first sensor package providing information that is independent of the stabilization of the payload platform provided by the means for moving, and the first sensor package includes sensors for determining the rate of rotation about three perpendicular axes, and there is the step including at least one of: a, b, c, or d, wherein:

a.) stabilizing is performed by moving the platform in response to information provided by the first sensor package, and self correcting is performed by moving the platform in response to the information provided by the second sensor package, and stabilizing is performed more often than self correcting;

b.) the control system is continuously stabilizing the platform based on information provided by the first sensor package and correcting for first sensor package anomalies based on information provided periodically by the second sensor package;

c.) continuously stabilizing the platform in at least two dimensions based on information collected by the first sensor package, and periodically self correcting a position of the platform based on information collected by the second sensor package;

d.) the control system responding to information from the first sensor package more often than the control system responds to information from the second sensor package.

58. The method of claim 31 further comprising mounting at least one of a chair or table on the payload platform.

59. The method of claim 31 wherein the first sensor package is providing information that is independent of the stabilization of the payload platform provided by the means for moving.

60. The method of claim 31 including the step of mounting a universal camera mount on the payload platform, mounting a camera on the camera mount, and providing hands on control of the camera by a camera operator, and stabilizing the camera with the stabilized platform.

61. The stabilized platform of claim 32, further comprising controlling a camera mounted on the platform by hands-on operator control.

62. The stabilized platform of claim 32, further comprising controlling a camera mounted on the platform by hands-

**8**

on operator control, and wherein the information provided by the first sensor package is independent of the stabilization of the payload platform provided by the means for moving.

63. The stabilized platform of claim 32, and further comprising controlling a camera mounted on the platform by hands-on operator control, wherein the information provided by the first sensor package is independent of the stabilization of the payload platform provided by the means for moving, and including at least one of: a, b, c, or d, wherein:

a.) stabilizing is performed by moving the platform in response to information provided by the first sensor package, and self correcting is performed by moving the platform in response to the information provided by the second sensor package, and stabilizing is performed more often than self correcting;

b.) a control system for continuously stabilizing the platform based on information provided by the first sensor package and correcting for first sensor package anomalies based on information provided periodically by the second sensor package;

c.) continuously stabilizing the platform in at least two dimensions based on information collected by the first sensor package, and periodically self correcting a position of the platform based on information collected by the second sensor package;

d.) the control system responds to information from the first sensor package more often than the control system responds to information from the second sensor package.

64. The stabilized platform of claim 32, and further comprising controlling a camera mounted on the platform by hands-on operator control, and wherein the information provided by the first sensor package is independent of the stabilization of the payload platform provided by the means for moving, and wherein the first sensor package includes sensors for determining the rate of rotation about three perpendicular axes, and including at least one of: a, b, c, or d, wherein:

a.) stabilizing is performed by moving the platform in response to information provided by the first sensor package, and self correcting is performed by moving the platform in response to the information provided by the second sensor package, and stabilizing is performed more often than self correcting;

b.) a control system for continuously stabilizing the platform based on information provided by the first sensor package and correcting for first sensor package anomalies based on information provided periodically by the second sensor package;

c.) continuously stabilizing the platform in at least two dimensions based on information collected by the first sensor package, and periodically self correcting a position of the platform based on information collected by the second sensor package;

d.) the control system responds to information from the first sensor package more often than the control system responds to information from the second sensor package.

65. The stabilized platform of claim 32 further comprising at least one of a chair and a table mounted on the payload platform.

66. The stabilized platform of claim 32 wherein the information provided by the first sensor package is independent

US 6,611,662 C1

**9**

**10**

of the stabilization of the payload platform provided by the means for moving.

67. The stabilized platform of claim 32, further comprising controlling a camera mounted on the platform by hands-on operator control, and wherein the information provided by the first sensor package is independent of the stabilization of the payload platform provided by the means for moving,

and continuously stabilizing the platform based on information provided by the first sensor package, and correcting the position of the platform based on information provided periodically by the second sensor package.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/014,342 | 07/23/2019 | 6611662 | JK1901 | 8164 |

7590          09/10/2019

DAVID E. GROBER
616 VENICE BLVD
VENICE, CA 90291

| EXAMINER |
|---|
| RALIS, STEPHEN J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 09/10/2019 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

MARK YOUNG P.A (GENERAL)
1638 CAMDEN AVE.
JACKSONVILLE, FL 32207

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/014,342* .

PATENT UNDER REEXAMINATION *6611662* .

ART UNIT *3992* .

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| ***Order Granting Request For Ex Parte Reexamination*** | Control No. | | Patent Under Reexamination |
|---|---|---|---|
| | 90/014,342 | | 6611662 |
| | Examiner | Art Unit | AIA (FITF) Status |
| | STEPHEN J RALIS | 3992 | No |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>23 July 2019</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments: a)☑   PTO-892,   b)☑   PTO/SB/08,   c)☐   Other: _____

1. ☑   The request for *ex parte* reexamination is GRANTED.

RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional):  TWO MONTHS  from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

| /Stephen J. Ralis/ Primary Examiner, Art Unit 3992 | | |
|---|---|---|

cc:Requester ( if third party requester )

U.S. Patent and Trademark Office
PTOL-471G(Rev. 01-13)                    **Office Action in *Ex Parte* Reexamination**                    Part of Paper No. 20190822

Application/Control Number: 90/014,342                                    Page 2
Art Unit: 3992

**ORDER GRANTING REEXAMINATION OF U.S. PATENT 6,611,662**

# Contents

I.      Decision on Request for Ex Parte Reexamination ................................................. 2

II.     Original Prosecution History ............................................................................... 2

  A.    Original Prosecution History ............................................................................ 2

  B.    Reexamination Prosecution History ................................................................. 4

III.    Priority Analysis .................................................................................................. 5

IV.     Information Disclosure Statement ...................................................................... 7

V.      References Cited in EP Request ......................................................................... 7

VI.     Substantial New Question (SNQ) of Patentability ............................................ 8

  A.    West ................................................................................................................ 10

  B.    West, Wessling and Hartmann ....................................................................... 12

  C.    Tijsma ............................................................................................................. 14

  D.    Bos ................................................................................................................. 17

  E.    Vaassen ........................................................................................................... 19

VII.    Summary .......................................................................................................... 22

VIII.   Conclusion ....................................................................................................... 23

Application/Control Number: 90/014,342                                        Page 2
Art Unit: 3992

## I.     Decision on Request for Ex Parte Reexamination

The present reexamination is being conducted under the pre-AIA first to invent

provisions.

In the instant request for reexamination filed 23 July 2019 ("EP Request"), reexamination

of U.S. Patent No. 6,611,662 ("'662 patent") with respect to claims 1, 3, 4, 14, 31, 32, 35 and 38

was requested by a Third Party Requester ("EP Requester") under 35 U.S.C. §§ 302-307 and

C.F.R. § 1.510. A substantial new question of patentability ("SNQ") is raised by the EP Request

for reexamination and prior art cited therein for the reasons set forth below. Accordingly, the EP

Request for reexamination is **GRANTED**.


## II.     Original Prosecution History

### A.     Original Prosecution History

The '662 patent issued on 26 August 2003, from U.S. Application No. 09/579,723 ("'723

Application") filed on 26 May 2000. The '723 Application claims priority to provisional

Application 60/136,756 ("'756 Prov Application") filed on 28 May 1999.

During the original prosecution of the '723 Application, the Examiner finds that issued

claim 1 was number 21, claim 31 was claim 36, claim 32 was claim 46, claim 35 was claim 49,

and claim 38 was claim 50, respectively. The Examiner finds that claims 21 and 36 were

provided as new claims in an amendment filed 20 June 2002 ("June 2002 Claim Amendment").

The original examiner issued a Final Office action on 30 October 2002 ("Oct 2002 Final Office

Action") rejecting claim 21 (*i.e.*, now patent claim 1) over **Buell** (U.S. Patent No. 4,070,674).

Applicant filed a response on 28 February 2003 ("Feb 2003 Response") amending claim 21 to

Application/Control Number: 90/014,342                                          Page 3
Art Unit: 3992

include the limitations of claim 4 (*i.e., wherein the second sensor package* **is fixed to** *the payload*

*platform*) and placing the examiner deemed allowable subject matter of claims 12, 24 and 26 into

new independent claims 46, 50 and 49 (*i.e.*, now patent claims 32, 38 and 35), respectively. (See

Feb 2003 Response at 14-15). The original examiner issued a Notice of Allowance ("April 2003

5    Notice of Allowance") on 02 April 2003 providing a "reasons for allowance" stating,

> The prior art does not teach a stabilized platform for a camera comprising, in
> combination with the additionally recited features, a first sensor package, fixed to
> the base, for determining, in two transverse directions, motion of a moving object
> on which the stabilized platform is mounted, *a second sensor package* comprising
10   sensor means for *sensing a position of the payload platform and for providing*
> *information based on the position of the platform relative to a predetermined*
> *position*, or the *levels sensors for the stabilized platform and measuring and self*
> *correcting* for anomalies based on info from a second sensor (i.e. stabilization in
> response to first sensor causes drift and second set of sensors are used to correct
15   the drift), or *information used from second sensor at a different rate than the*
> *first sensors*.

(April 2003 Notice of Allowance at 2; emphasis added).

Thus, it appears from the record that the key features missing from the prior art at the

20   time of allowance of claims of the '662 patent were:

Claims 1, 4, 31 and 35 – *the second sensor package is* **fixed to/mounted on** *the
payload platform*;

Claims 3 and 31 – *the second sensor package* **including a level sensor**;

25   Claim 14 – **self correcting** *the position of the payload platform to the
predetermined position based on information collected by the second sensor package*;

Claim 32 – *wherein the control system allows a user to set an initial payload
30   platform position and provides* **self correction** *of the platform to the initial position*;

Claim 35 – *wherein the first sensor package comprises sensors for sensing a
different type of information from the sensor means in the second sensor package*; and

35   Claim 38 – *wherein the control system* **responds to information from the first
sensor package more often than the control system responds to information from the
second sensor package**.

Application/Control Number: 90/014,342                                        Page 4
Art Unit: 3992

### B.   *Reexamination Prosecution History*

5          On 05 May 2005, a Third Party Requester ("IP Requester") filed an *inter partes*

reexamination request ("IP Request") in reexamination Control No. 95/000,092 ("'092

Proceedings") for claims 1-38 of the '662 patent. On 04 April 2014, the Office mailed an Order

granting the *inter partes* reexamination for claims 1-38 of the '662 patent ("IP Order"). In

addition, to the IP Order, the examiner provided a Non-Final Office Action ("IP Non-Final

10     Office Action") rejecting claims 1, 4 and 35 as anticipated by *Welch* (U.S. Patent No. 5,922,039)

(Ground #1; see IP Non-Final Office Action at 3-4), claim 32 over *Welch* and *Algrain* (U.S.

Patent No. 5,124,938) (Ground # 10; see IP Non-Final Office Action at 14), claims 1, 14 and 35

as anticipated by *Duckworth* (U.S. Patent No. 4,143,312) (Ground #11; see IP Non-Final Office

Action at 11-12), claim 4 over *Duckworth* and *Welch* (Ground # 12; see IP Non-Final Office

15     Action at 13), claim 32 over *Duckworth* and *Algrain* (Ground # 21; see IP Non-Final Office

Action at 13), and indicating the patentability of claims 3, 21, 31 and 38 (see IP Non-Final Office

Action at 21-22).[1]

           In the response filed by Owner on 31 October 2005 ("Oct 2005 PO Response"), Owner

provided an amendment to claim 14 with the second sensor now being required to be "***fixed***

20     ***wholly to the payload platform***" and an argument that the claims 1, 4, 32 and 35 were patentable

because the stabilized platform of *Duckworth* and *Welch* did not have a second sensor package

that is ***fixed to/mounted on*** the payload platform. (See Oct 2005 PO Response at 3-7, 14-18, 26-

27). In the Notice of Intent to Issue a Reexamination Certificate provided by the examiner on 30

September 2010 ("'092 NIRC"), the examiner confirmed claims 1-37, stating:

---

[1] For clarity, the Examiner has only addressed the rejection of the claims that are currently under request for
reexamination in the instant EP Request (*i.e.*, claims 1, 3, 4, 14, 31, 32, 35 and 38).

Application/Control Number: 90/014,342                                        Page 5
Art Unit: 3992

> the prior art of record fails to teach or make obvious a stabilized platform having
> ***a second sensor package that is fixed to the payload platform***

('1092 NIRC at 2; emphasis added). In addition, the examiner confirmed claim 38, stating:

5
> the prior art of record fails to teach or make obvious a stabilized platform having
> a control system wherein ***the control system responds to information from the
> first sensor package more often than to information from the second sensor
> package***

10  (*Id.*; emphasis added).

    Thus, it appears from the record that the key feature missing from the prior art at the time

of confirmation of patentability for claims 1, 4, 14, 31, 32 and 35 of the '662 patent was "*a*

*second sensor package that is fixed to the payload platform*"; and the key feature missing from

the prior art at the time of confirmation of patentability for claim 38 of the '662 patent was "*the*

15  *control system respond[ing] to information from the first sensor package more often than to*

*information from the second sensor package*."


### III.    *Priority Analysis*

    The Examiner finds that EP Requester alleges that the '662 patent lacks entitlement to the

20  priority date of the '756 Prov Application since the '756 Prov Application has insufficient

support for the recited Control System and Methods. (EP Request at § I.C). The Examiner

respectfully agrees in part.

    The Examiner finds that the Control System is disclosed in the '756 Prov Application,

however, the Control System is insufficiently disclosed with respect to select functionality of the

25  Control System recited in the structural apparatus claims. Specifically, while the Examiner finds

the '756 Prov Application has sufficient support for a control system being connected to the

drive mechanism assembly for providing autonomous and self-correcting stabilization of

Application/Control Number: 90/014,342                                    Page 6
Art Unit: 3992

multiple axis platform system, the Examiner finds that the '756 Prov Application has insufficient

support for the control system "allow[ing] a user to set an initial payload platform position"

(claim 32) and the control system "respond[ing] to information from the first sensor package

more often than the control system responds to information from the second sensor package"

5   (claim 38). In addition, the Examiner finds that the '756 Prov Application has insufficient

disclosure to any methods, only to a broad statement to functionality of the invention and how

that functionality is outside the scope of the present description.

   To support the Examiner's position, the Examiner finds the '756 Prov Application states,

   Electronic control box **20** would normally *be attached to protective housing* **18**.

10   ('756 Prov Application at 7). In addition, the '756 Prov Application states,

   *The servo control system, through it's sensors and electronic signal processor
   and motor controller, automatically maintains stabilization of the three axis.
   How these functions are accomplished is beyond the scope of the present
   description*. However, the strategic placement of sensor package A and sensor
15   package B, and their relationship to each other for the purpose of making the
   invention autonomous and self correcting is claimed as part of the invention.

   (*Id*. at 8; emphasis added).

20   Thus, the Examiner concludes that the limitations of claims 1, 3, 4 and 35 are sufficiently

described in the ''756 Prov Application and, thus, are entitled to the priority date of the '756

Prov Application (*i.e.*, 28 May 1999). However, the Examiner further concludes that the

limitations of claims 14, 31, 32 and 38 are insufficiently described in the '756 Prov Application

and, thus, are not entitled to the priority date of the '756 Prov Application and have the earliest

25   priority to the filing date of the '723 Application (*i.e.*, 26 May 2000).

Application/Control Number: 90/014,342                                          Page 7
Art Unit: 3992

### IV.     *Information Disclosure Statement*

The Examiner finds that the Information Disclosure Statements filed 23 July 2019 ("July

2019 IDS's") are incomplete in that the entries are truncated.[2] In order to expedite prosecution

and provide a complete record, the Examiner has included with the instant Order a PTO-892 that

5      includes all information submitted by the EP Requester in the EP Request in a complete form.

### V.     *References Cited in EP Request*

A total of six references, in certain combinations, have been asserted in the EP Request as

providing teachings relevant to the claims of the '662 patent. The proposed references which

10     make up the combinations are as follows:

- *West, M.E.*, "*Real time Recursive Filter for Attitude Determination of the Spacelab
  Instrument Pointing Subsystem*," NASA Technical Memorandum 10353, p.206, National
  Aeronautics and Space Administration, George C. Marshall Space Flight Center, 1992
  ("*West*") - <u>**NEW**</u>

15     - *Wessling et al.*, "*ASTRO-2 Spacelab Instrument Pointing System Mission Performance*,"
  AIA 1995 Space Programs and Technologies Conference, p.12, National Aeronautics and
  Space Administration, 26-28 September 1995 ("*Wessling*")- <u>**NEW**</u>

- *Hartmann et al.*, "*The Instrument Pointing System – Precision Attitude Control in
  Space*," Space Vehicle Flight Mechanics, AGARD Conference Proceedings No. 489,

20     p.17, France, June 1990 ("*Hartmann*")- <u>**NEW**</u>

- U.S. Patent No. 3,986,092 to *Tijsma et al.* ("*Tijsma* ") – <u>**NEW**</u>.

---

[2] Date entries for U.S. Patent and Foreign Patent documents are truncated; and all the information for 'Other
Documents' data entries have been truncated.

Application/Control Number: 90/014,342                                    Page 8
Art Unit: 3992

- U.S. Patent No. 3,936,716 to *Bos* ("*Bos* ") – **NEW**.

- International Publication No. Wo 99/04224 to *Vaassen et al.* ("*Vaassen*") – **NEW**.


## VI.     *Substantial New Question (SNQ) of Patentability*

5          The reasons for confirmability from '092 NIRC; the priority of the '662 patent claims,

and the limitations of claims 1 and 38, as applied to the requested claim, will be utilized to

determine whether the cited references raise an SNQ.[3]

           The numbered and italicized/underlined sections of the claims below are utilized by the

Examiner to determine whether specific teachings of the cited references create a substantial new

10   question of patentability in light of the prosecution history above.

           Claim 1:
                 *A stabilized platform* comprising:

                 *a payload platform* for supporting an article to be stabilized;

15               a base;

                 a stabilizing system connected between the payload platform and the base, the
                       stabilizing system including means for moving the payload platform with respect
20                     to the base about two different axes for providing the payload platform with
                       stabilization in two dimensions;

                 a first sensor package for determining, in two transverse directions, motion of a
                       moving object on which the stabilized platform is mounted;

25               *a second sensor package* comprising sensor means for sensing a position of the
                       payload platform and for providing information based on the position of the
                       payload platform relative to a predetermined position; and

30               a control system connected to the means for moving for stabilizing the platform in
                       response to information provided by the first sensor package and the second

---

[3] The Examiner finds that claim 1 is representative of claims 3, 4, 14, 31, 32 and 35.

Application/Control Number: 90/014,342                                                    Page 9
Art Unit: 3992

sensor package, *wherein the second sensor package is fixed to the payload platform*, and the first sensor package is fixed with respect to the base.

Claim 38:

*A stabilized platform* comprising:

a payload platform for supporting an article to be stabilized;

a base;

a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions;

*a first sensor package* for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted;

*a second sensor package* comprising sensor means for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position; and

*a control system* connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package, *wherein the control system responds to information from the first sensor package more often than the control system responds to information from the second sensor package*.

The Examiner finds that prior art deemed published before the effective filing date of the '662 patent (*i.e.*, priority date of 28 May 1999 for claims 1, 3, 4 and 35; and priority date of 26 May 2000 for claims 14, 31, 32 and 38; see § III *supra*); and which teaches the italicized/underlined sections of the claim above which is **different** than that taught by the prior art cited in the '092 Proceeding would provide a new, non-cumulative technological teaching raising a substantial new question of patentability.

Application/Control Number: 90/014,342                                        Page 10
Art Unit: 3992

**A.     *West***

### (SNQ 1 EP Requester designated – See EP Request at §§ I.E.1 and II.A)

In the present instance, there exists a SNQ based solely on the publication of *West*. A

discussion of the specifics now follows:

5       The Examiner finds that *West* was published in 1992, which predates the filing of the

'662 patent by more than one year. As such, *West* qualifies as prior art under 35 U.S.C. 102(b).

*West* was not of record in the original prosecution of the '662 patent, nor in any of the previous

proceedings (*i.e.*, see § II *supra*).

The EP Request alleges to show that *West*, for claim 1, teaches *[a] stabilized platform*

10  comprising *a payload platform for supporting an article to be stabilized* and *a second sensor*

*package* comprising sensor means for sensing a position of the payload platform and for

providing information based on the position of the payload platform relative to a predetermined

position, *wherein the second sensor package is fixed to the payload platform*. In addition, the EP

Request alleges to show that *West*, for claim 38, teaches *[a] stabilized platform* comprising *a*

15  *first sensor package* for determining, in two transverse directions, motion of a moving object on

which the stabilized platform is mounted and *a second sensor package* comprising sensor means

for sensing a position of the payload platform and for providing information based on the

position of the payload platform relative to a predetermined position, *wherein the control system*

*responds to information from the first sensor package more often than the control system*

20  *responds to information from the second sensor package.*

The EP Request specifically alleges to show that *West* teaches a three-axis stabilized

instrument pointing system (IPS) that was developed to point instruments with stability and

accuracy. (EP Request at § II.A; emphasis on pp.13-15) The Examiner finds that *West* teaches an

Application/Control Number: 90/014,342                                    Page 11
Art Unit: 3992

IPS system comprising an equipment platform for supporting equipment that is attached to lower

support framework on which torque drive motors/units are disposed upon to provide relative

motion to the equipment platform. (*Id*.; emphasis at pp.15-16.) The Examiner finds that *West*

teaches an accelerometer package (ACP) being mounted on the lower support frame of the IPS

5      for sensing motion of the shuttle. (*Id*.; emphasis on p.16.) The Examiner finds that *West* teaches a

gyro package and Optical Sensor Package (OSP) being mounted on the equipment platform to

provide feedback for the positioning of the equipment platform. (*Id*.; emphasis on pp.16-17.) The

Examiner finds that *West* teaches a digital control system that utilizes the input from the

accelerometer, the gyro package and the OSP to control and achieve stabilization. (*Id*.)

10     In addition, the Examiner finds that *West* teaches a digital control system being composed

of two different timing feedback loops (*i.e.*, fast loop and slow loop). (*Id*. emphasis on p.20). The

Examiner finds that the fast loop samples at least the accelerometer at a more frequent rate to

correct position while the slow loop sample the OSP at a less frequent rate in order to

compensate for drift within the system. (*Id*.; emphasis on p.20).

15     The EP Request appears to show that *West* presents a new, non-cumulative technological

teaching that was not previously considered and discussed on the record during the prosecution

of the application that resulted in the patent for which reexamination is requested.

       The Examiner concludes that EP Requester has sufficiently provided findings of fact in

*West* of the italicized/underlined sections of the claim above to support an SNQ. Thus, it is

20     **AGREED** that the consideration of *West* raises a substantial new question of patentability of at

least claims 1 and 38 as pointed out above. There is a substantial likelihood that a reasonable

examiner would consider these teachings important in deciding whether or not these claims are

patentable.

Application/Control Number: 90/014,342                                                    Page 12
Art Unit: 3992

**B.**    ***West, Wessling and Hartmann***[4]

**(SNQ 1 EP Requester designated – See EP Request at §§ I.E.1 and II.A)**

In the present instance, there exists a SNQ based the publication of *West* when taken with

the publications of *Wessling* and *Hartmann*. A discussion of the specifics now follows:

The Examiner finds that *West* was published in 1992, which predates the filing of the

'662 patent by more than one year. As such, *West* qualifies as prior art under 35 U.S.C. 102(b).

*West* was not of record in the original prosecution of the '662 patent, nor in any of the previous

proceedings (*i.e.*, see § II *supra*).

The Examiner finds that *Wessling* was published in 1995, which predates the filing of the

'662 patent by more than one year. As such, *Wessling* qualifies as prior art under 35 U.S.C.

102(b). *Wessling* was not of record in the original prosecution of the '662 patent, nor in any of

the previous proceedings (*i.e.*, see § II *supra*).

The Examiner finds that *Hartmann* was published in 1990, which predates the filing of

the '662 patent by more than one year. As such, *Hartmann* qualifies as prior art under 35 U.S.C.

102(b). *Hartman* was not of record in the original prosecution of the '662 patent, nor in any of

the previous proceedings (*i.e.*, see § II *supra*).

As set forth above, the EP Request alleges to show that *West*, for claim 1, teaches *[a]*

*stabilized platform* comprising *a payload platform for supporting an article to be stabilized* and

*a second sensor package* comprising sensor means for sensing a position of the payload platform

and for providing information based on the position of the payload platform relative to a

predetermined position, *wherein the second sensor package is fixed to the payload platform*. In

---

[4] *Wessling* and *Hartmann* disclose the same IPS as *West* that includes the three-axis stabilized instrument pointing
system (IPS) that was developed to point instruments with stability and accuracy.

Application/Control Number: 90/014,342                                                    Page 13
Art Unit: 3992

addition, the EP Request alleges to show that *West*, for claim 38, teaches *[a] stabilized platform*

*comprising* *a first sensor package* for determining, in two transverse directions, motion of a

moving object on which the stabilized platform is mounted and *a second sensor package*

comprising sensor means for sensing a position of the payload platform and for providing

5    information based on the position of the payload platform relative to a predetermined position,

*wherein the control system responds to information from the first sensor package more often*

*than the control system responds to information from the second sensor package*. (See § VI.A

*supra*)

        Similarly, the Examiner finds that *Wessling* teaches a gyro package and Optical Sensor

10   Package (OSP) being mounted on the equipment platform to provide feedback for the

positioning of the equipment platform. (EP Request at § II.A, emphasis on pp.16-17; see

*Wessling* at §§ "IPS" and "Attitude Measurement Assembly" on pp.1, 3; see Figure 1 upper left

photo). The Examiner finds that *Wessling* teaches a digital control system that utilizes the input

from the accelerometer, the gyro package and the OSP to control and achieve stabilization. (*Id*.;

15   see *Wessling* at §§ "IPS," "Data Electronic Assembly" and "IPS System Software" on pp.1, 3, 5;

see Figures 1, 2). In addition, the Examiner finds that *Wessling* teaches a digital control system

being composed of two different timing feedback loops (*i.e.*, fast loop and slow loop). (*Id*.

emphasis on p.20; see *Wessling* at §§ "Data Electronics Assembly" and "IPS System Software"

sections pp.3, 5; see Figures 1, 2). The Examiner finds that the fast loop samples at least the

20   accelerometer at a more frequent rate to correct position while the slow loop sample the OSP at a

less frequent rate in order to compensate for drift within the system. (*Id*.)

        Moreover, the Examiner finds that *Hartman* teaches a gyro package and Optical Sensor

Package (OSP) being mounted on the equipment platform to provide feedback for the

Application/Control Number: 90/014,342                                                Page 14
Art Unit: 3992

positioning of the equipment platform. EP Request at § II.A, emphasis on pp.16-17; see

*Hartmann* at §§ "Electrical Configuration" and "Attitude Determination" on pp.17-2 – 17-3; see

Figure 2). The Examiner finds that *Hartman* teaches a digital control system that utilizes the

input from the accelerometer, the gyro package and the OSP to control and achieve stabilization.

5   (*Id.*) In addition, the Examiner finds that *Hartmann* teaches a digital control system being

composed of two different timing feedback loops (*i.e.*, fast loop and slow loop). (*Id.* emphasis on

p.20; see *Hartman* at §§ "Control System" and "Attitude Determination" pp.17-3 – 17-4; see

Figures 2-45). The Examiner finds that the fast loop samples at least the accelerometer at a more

frequent rate to correct position while the slow loop sample the OSP at a less frequent rate in

10   order to compensate for drift within the system. (*Id.*)

       The EP Request appears to show that *West* in view of *Wessling and Hartmann* presents a

new, non-cumulative technological teaching that was not previously considered and discussed on

the record during the prosecution of the application that resulted in the patent for which

reexamination is requested.

15       The Examiner concludes that EP Requester has sufficiently provided findings of fact in

*West* in view of *Wessling* and *Hartmann* of the italicized/underlined sections of the claims above

to support an SNQ. Thus, it is **AGREED** that the consideration of *West* in view of *Wessling* and

*Hartmann* raises a substantial new question of patentability of at least claims 1 and 38 as pointed

out above. There is a substantial likelihood that a reasonable examiner would consider these

20   teachings important in deciding whether or not these claims are patentable.


C.     *Tijsma*

       **(SNQ 2 EP Requester designated – See EP Request at §§ I.E.2 and II.B)**

Application/Control Number: 90/014,342                                    Page 15
Art Unit: 3992

In the present instance, there exists a SNQ based solely on the publication of *Tijsma*. A

discussion of the specifics now follows:

The Examiner finds that *Tijsma* was published in 1976, which predates the filing of the

'662 patent by more than one year. As such, *Tijsma* qualifies as prior art under 35 U.S.C. 102(b).

5    *Tijsma* was not of record in the original prosecution of the '662 patent, nor in any of the previous

proceedings (*i.e.*, see § II *supra*).

The EP Request alleges to show that *Tijsma*, for claim 1, teaches *[a] stabilized platform*

comprising *a payload platform for supporting an article to be stabilized* and *a second sensor*

*package* comprising sensor means for sensing a position of the payload platform and for

10   providing information based on the position of the payload platform relative to a predetermined

position, *wherein the second sensor package is fixed to the payload platform*. In addition, the EP

Request alleges to show that *Tijsma*, for claim 38, teaches *[a] stabilized platform* comprising *a*

*first sensor package* for determining, in two transverse directions, motion of a moving object on

which the stabilized platform is mounted and *a second sensor package* comprising sensor means

15   for sensing a position of the payload platform and for providing information based on the

position of the payload platform relative to a predetermined position, *wherein the control system*

*responds to information from the first sensor package more often than the control system*

*responds to information from the second sensor package.*

The EP Request specifically alleges to show that *Tijsma* teaches a stabilization system for

20   a platform suspended in a gimbal frame about two axes perpendicular to each other. (EP Request

at § II.B; emphasis on pp.21-22; see *Tijsma* at c.1, ll.5-7; see Figures 1, 2). The Examiner finds

that *Tijsma* teaches a stabilization system comprising a platform suspended in two component

gimbal frame with the outer gimbal component being mounted parallel to and fixed to the deck

Application/Control Number: 90/014,342                                        Page 16
Art Unit: 3992

of a ship on which torque motors are disposed upon to provide relative motion to the platform.

(*Id*.; emphasis at pp.21-22; see *Tijsma* at c.2, l.41 – c.3, l.8; see Figure 1). The Examiner finds

that *Tijsma* teaches angular velocity indicators being mounted on the gimbal of the stabilization

system which is fixed to the ship. (*Id*.; emphasis at pp.21-23; see *Tijsma* at c.3, ll.547-54-61; see

5    Figure 1). The Examiner finds that *Tijsma* teaches a gyro package including synchros being

mounted on the platform to provide feedback for the positioning of the equipment platform. (*Id*.;

emphasis on p.23; see *Tijsma* at c.2, ll. 46-67, c.8, ll.7-8; see Figure 1). The Examiner finds that

*Tijsma* teaches a servo preamplifier and servo final amplifier that utilizes the input from the

angular velocity indicators and synchros of the gyro package to control and achieve stabilization.

10   (*Id*.; see *Tijsma* at c.2, ll. 46 – c.3, l.62; see Figure 1).

    In addition, the Examiner finds that *Tijsma* teaches the servo preamplifier and servo final

amplifier providing two different feedback loops. (*Tijsma* at c.2, ll. 46 – c.3, l.62; see Figure 1).

However, the Examiner finds insufficient indication that *Tijsma* teaches the servo preamplifier or

servo final amplifier being provided information more often from one feedback loop or less often

15   than the other.

    The EP Request appears to show that *Tijsma* presents a new, non-cumulative

technological teaching that was not previously considered and discussed on the record during the

prosecution of the application that resulted in the patent for which reexamination is requested.

    The Examiner concludes that EP Requester has sufficiently provided findings of fact in

20   *Tijsma* of the italicized/underlined sections of claim 1 above to support an SNQ. Thus, it is

**AGREED** that the consideration of *Tijsma* raises a substantial new question of patentability of at

least claim 1 as pointed out above. There is a substantial likelihood that a reasonable examiner

would consider these teachings important in deciding whether or not these claims are patentable.

Application/Control Number: 90/014,342                                     Page 17
Art Unit: 3992

However, the Examiner concludes that EP Requester has not sufficiently provided

findings of fact in *Tijsma* of the italicized/underlined sections of claim 38 above to support an

SNQ. Thus, it is **NOT AGREED** that the consideration of *Tijsma* raises a substantial new

question of patentability of at least claim 38 as pointed out above. There is not a substantial

5    likelihood that a reasonable examiner would consider these teachings important in deciding

whether or not these claims are patentable.


**D.     *Bos***

**(SNQ 3 EP Requester designated – See EP Request at §§ I.E.3 and II.C)**

10   In the present instance, there exists a SNQ based solely on the publication of *Bos*. A

discussion of the specifics now follows:

The Examiner finds that *Bos* was published in 1976, which predates the filing of the '662

patent by more than one year. As such, *Bos* qualifies as prior art under 35 U.S.C. 102(b). *Bos*

was not of record in the original prosecution of the '662 patent, nor in any of the previous

15   proceedings (*i.e.*, see § II *supra*).

The EP Request alleges to show that *Bos*, for claim 1, teaches *[a] stabilized platform*

comprising *a payload platform for supporting an article to be stabilized* and *a second sensor*

*package* comprising sensor means for sensing a position of the payload platform and for

providing information based on the position of the payload platform relative to a predetermined

20   position, *wherein the second sensor package is fixed to the payload platform*. In addition, the EP

Request alleges to show that *Bos*, for claim 38, teaches *[a] stabilized platform* comprising *a first*

*sensor package* for determining, in two transverse directions, motion of a moving object on

which the stabilized platform is mounted and *a second sensor package* comprising sensor means

Application/Control Number: 90/014,342                                    Page 18
Art Unit: 3992

for sensing a position of the payload platform and for providing information based on the

position of the payload platform relative to a predetermined position, *wherein the control system*

*responds to information from the first sensor package more often than the control system*

*responds to information from the second sensor package.*

5              The EP Request specifically alleges to show that *Bos* teaches a stabilization system for a

platform suspended in a gimbal frame about two axes perpendicular to each other. (EP Request

at § II.C; emphasis on pp.26-28; see *Bos* at Abstract; c.1, ll.6-11; see Figure 1). The Examiner

finds that *Bos* teaches a stabilization system comprising a platform suspended in two component

gimbal frame with the outer gimbal component being mounted parallel to and fixed to the deck

10           of a ship on which torque motors are disposed upon to provide relative motion to the platform.

(*Id*.; emphasis at pp.26-27, 28-29; see *Bos* at c.1, l.63 – c.2, l.9; see Figure 1). The Examiner

finds that *Bos* teaches gyro stabilization system being mounted at the metacenter of the ship and

the outer gimbal being fixed to that location of the ship. (*Id*.; emphasis at pp.27-29; see *Bos* at

c.2, ll.4-9; c.3, ll.3-35; see Figure 1). The Examiner finds that *Bos* teaches a gyro package

15           including synchros and accelerometers being mounted on the platform to provide feedback for

the positioning of the equipment platform. (*Id*.; emphasis on p.27-29; see *Bos* at c.2, ll.10-68; see

Figure 1). The Examiner finds that *Bos* teaches servo amplifies and control circuits that utilize

the input from the accelerometers and synchros of the gyro package to control and achieve

stabilization. (*Id*.; see *Bos* at c.2, l.45 – c.3, l.50; see Figure 1).

20           In addition, the Examiner finds that *Bos* teaches the servo amplifies and control circuits

providing two different feedback loops. (*Id*.) However, the Examiner finds insufficient indication

that *Bos* teaches the servo amplifies and control circuits being provided information more often

from one feedback loop or less often than the other.

Application/Control Number: 90/014,342                                                Page 19
Art Unit: 3992

The EP Request appears to show that *Bos* presents a new, non-cumulative technological

teaching that was not previously considered and discussed on the record during the prosecution

of the application that resulted in the patent for which reexamination is requested.

The Examiner concludes that EP Requester has sufficiently provided findings of fact in

5    *Bos* of the italicized/underlined sections of claim 1 above to support an SNQ. Thus, it is

**AGREED** that the consideration of *Bos* raises a substantial new question of patentability of at

least claim 1 as pointed out above. There is a substantial likelihood that a reasonable examiner

would consider these teachings important in deciding whether or not these claims are patentable.

However, the Examiner concludes that EP Requester has not sufficiently provided

10   findings of fact in *Bos* of the italicized/underlined sections of claim 38 above to support an SNQ.

Thus, it is **NOT AGREED** that the consideration of *Bos* raises a substantial new question of

patentability of at least claim 38 as pointed out above. There is not a substantial likelihood that a

reasonable examiner would consider these teachings important in deciding whether or not these

claims are patentable.

15

E.    *Vaassen*

      **(SNQ 4 EP Requester designated – See EP Request at §§ I.E.4 and II.D)**

      In the present instance, there exists a SNQ based solely on the publication of *Vaassen*. A

discussion of the specifics now follows:

20   The Examiner finds that *Vaassen* was published in January 1999, which predates the

filing of the '662 patent by less than one year. As such, *Vaassen* qualifies as prior art under 35

Application/Control Number: 90/014,342                                           Page 20
Art Unit: 3992

U.S.C. 102(a), 102(b) and 102(e).[5] *Vaassen* was not of record in the original prosecution of the

'662 patent, nor in any of the previous proceedings (*i.e.*, see § II *supra*).

The EP Request alleges to show that *Vaassen*, for claim 1, teaches *[a] stabilized platform*

comprising *a payload platform for supporting an article to be stabilized* and *a second sensor*

*package* comprising sensor means for sensing a position of the payload platform and for

providing information based on the position of the payload platform relative to a predetermined

position, *wherein the second sensor package is fixed to the payload platform*. In addition, the EP

Request alleges to show that *Vaassen*, for claim 38, teaches *[a] stabilized platform* comprising *a*

*first sensor package* for determining, in two transverse directions, motion of a moving object on

which the stabilized platform is mounted and *a second sensor package* comprising sensor means

for sensing a position of the payload platform and for providing information based on the

position of the payload platform relative to a predetermined position, *wherein the control system*

*responds to information from the first sensor package more often than the control system*

*responds to information from the second sensor package.*

The EP Request specifically alleges to show that *Vaassen* teaches a stabilization system

for a platform suspended in a gimbal/yoke frame about two axes perpendicular to each other. (EP

Request at § II.D; emphasis on pp.32-34; see *Vaassen* at Abstract; p.1, 1-1-9; see Figure 1). The

Examiner finds that *Vaassen* teaches a stabilization system comprising a platform suspended in

two component gimbal/yoke frame with the yoke gimbal component being mounted parallel to

and fixed to the deck of a ship on which torque motors are disposed upon to provide relative

motion to the platform. (*Id.*; emphasis at pp.32-34; see *Vaassen* at p.4, ll.9-27.; see Figure 1).

---

[5] The Examiner finds that *Vaassen* qualifies as prior art under 35 U.S.C. 102(b) for claims 14, 31 and 32; and as
prior art under 35 U.S.C. 102(a) and 102(e) for claims 1, 3, 4 and 35. (See § III *supra*).

Application/Control Number: 90/014,342                                                          Page 21
Art Unit: 3992

The Examiner finds that *Vaassen* teaches gyro system being mounted at the metacenter of the

ship and the outer yoke being fixed to that location of the ship. (*Id.*) The Examiner finds that

*Vaassen* teaches a gyro package including gryochip encoders being mounted on the platform to

provide feedback for the positioning of the platform. (*Id.*; emphasis on p.32-34; see *Vaassen* at

5    p.6-15; see Figures 1 and 2). The Examiner finds that *Vaassen* teaches a servo control unit that

utilize the input from the gryochip encoders and gyro system to control and achieve stabilization.

(*Id.*; see *Vaassen* at p.4, ll.11-12; p.5, ll.4-17; see Figure 1).

       In addition, the Examiner finds that *Vaassen* teaches the servo control unit providing two

different feedback loops. (*Id.*) However, while *Vaassen* distinguishes between high frequency

10    (*i.e.*, abrupt motion) and low frequency (*i.e.*, gradual motion) disturbances, the Examiner finds

insufficient indication that *Vaassen* teaches the servo control unit being provided information

more often from one feedback loop or less often than the other.

       The EP Request appears to show that *Vaassen* presents a new, non-cumulative

technological teaching that was not previously considered and discussed on the record during the

15    prosecution of the application that resulted in the patent for which reexamination is requested.

       The Examiner concludes that EP Requester has sufficiently provided findings of fact in

*Vaassen* of the italicized/underlined sections of claim 1 above to support an SNQ. Thus, it is

**AGREED** that the consideration of *Vaassen* raises a substantial new question of patentability of

at least claim 1 as pointed out above. There is a substantial likelihood that a reasonable examiner

20    would consider these teachings important in deciding whether or not these claims are patentable.

       However, the Examiner concludes that EP Requester has not sufficiently provided

findings of fact in *Vaassen* of the italicized/underlined sections of claim 38 above to support an

SNQ. Thus, it is **NOT AGREED** that the consideration of *Vaassen* raises a substantial new

Application/Control Number: 90/014,342                                          Page 22
Art Unit: 3992

question of patentability of at least claim 38 as pointed out above. There is not a substantial

likelihood that a reasonable examiner would consider these teachings important in deciding

whether or not these claims are patentable.

5

### VII.    *Summary*

The claims 1, 3, 4, 14, 31, 32, 35 and 38 were not subject to a final holding of invalidity

by a Federal Court over the same issue.

Claims 1, 3, 4, 14, 31, 32, 35 and 38 of the '662 patent will be reexamined as requested in

the instant Order.

10

Application/Control Number: 90/014,342                                                    Page 23
Art Unit: 3992

## VIII.   *Conclusion*

**Extensions of Time**

       Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings

5    because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a

reexamination proceeding. Additionally, 35 U.S.C. 305 requires that *ex parte* reexamination

proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)). Extensions of time in

ex parte reexamination proceedings are provided for in 37 CFR 1.550(c).

**Waiver of Right to File Patent Owner Statement**

10

       In a reexamination proceeding, Patent Owner may waive the right under 37 C.F.R. 1.530

to file a Patent Owner Statement. The document needs to contain a statement that Patent Owner

waives the right under 37 C.F.R. 1.530 to file a Patent Owner Statement and proof of service in

the manner provided by 37 C.F.R. 1.248, if the request for reexamination was made by a third

party requester, see 37 C.F.R 1.550. The Patent Owner may consider using the following

15   statement in a document waiving the right to file a Patent Owner Statement:

Patent Owner waives the right under 37 C.F.R. 1.530 to file a Patent Owner Statement.

**Amendment in Reexamination Proceedings**

20       Patent owner is notified that any proposed amendment to the specification and/or claims

in this reexamination proceeding must comply with 37 CFR 1.530(d)-(j), must be formally

presented pursuant to 37 CFR § 1.52(a) and (b), and must contain any fees required by 37 CFR §

Application/Control Number: 90/014,342                                              Page 24
Art Unit: 3992

1.20(c). See MPEP § 2250(IV) for examples to assist in the preparation of proper proposed

amendments in reexamination proceedings.


**Service of Papers**

5          After the filing of a request for reexamination by a third party requester, any document

filed by either the patent owner or the third party requester must be served on the other party (or

parties where two or more third party requester proceedings are merged) in the reexamination

proceeding in the manner provided in 37 CFR 1.248. See 37 CFR 1.550.

**Notification of Concurrent Proceedings**

10         The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a) to

apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving

Patent No. 6,611,662 throughout the course of this reexamination proceeding. The third party

requester is also reminded of the ability to similarly apprise the Office of any such activity or

proceeding throughout the course of this reexamination proceeding. See MPEP §§ 2207, 2282

15   and 2286.

           **All** correspondence relating to this ex parte reexamination proceeding should be directed:

By Mail to:        Mail Stop *Ex Parte* Reexam
                   Central Reexamination Unit
                   Commissioner for Patents
20                 United States Patent & Trademark Office
                   P.O. Box 1450
                   Alexandria, VA 22313-1450

By FAX to:         (571) 273-9900
25                 Central Reexamination Unit

By hand:           Customer Service Window
                   Randolph Building
                   401 Dulany Street

Application/Control Number: 90/014,342                                      Page 25
Art Unit: 3992

Alexandria, VA 22314

By EFS-Web:

5      Registered users of EFS-Web may alternatively submit such correspondence via the
electronic filing system EFS-Web, at

https://efs.uspto.gov/efile/myportal/efs-registered

10     EFS-Web offers the benefit of quick submission to the particular area of the Office that
needs to act on the correspondence. Also, EFS-Web submissions are "soft scanned" (i.e.,
electronically uploaded) directly into the official file for the reexamination proceeding, which
offers parties the opportunity to review the content of their submissions after the "soft scanning"
process is complete.

15     For EFS-Web transmissions, 37 CFR 1.8(a)(1)(i) (C) and (ii) states that correspondence

(except for a request for reexamination and a corrected or replacement request for

reexamination) will be considered timely filed if (a) it is transmitted via the Office's electronic

filing system in accordance with 37 CFR 1.6(a)(4), and (b) includes a certificate of transmission

for each piece of correspondence stating the date of transmission, which is prior to the expiration

20     of the set period of time in the Office action.

Application/Control Number: 90/014,342                                    Page 26
Art Unit: 3992

    Any inquiry concerning this communication or earlier communications from the

Reexamination Legal Advisor or Examiner, or as to the status of this proceeding, should be

directed to the Central Reexamination Unit at telephone number (571) 272-7705.

5

/Stephen J. Ralis/
Primary Examiner, Art Unit 3992

10     <u>Conferees</u>:

/LUKE S WASSUM/
Primary Examiner, Art Unit 3992

15     /HETUL B PATEL/
Supervisory Patent Examiner, Art Unit 3992

20

25

30

35

SJR
8/26/2019

Application/Control Number: 09/579,723                                                          Page 2
Art Unit: 2851

## REASONS FOR ALLOWANCE

The following is an examiner's statement of reasons for allowance:

The prior art does not teach a stabilized platform for a camera comprising, in
combination with the additionally recited features, a first sensor package, fixed to the base, for
determining, in two transverse directions, motion of a moving object on which the stabilized
platform is mounted, a second sensor package comprising sensor means for sensing a position of
the payload platform and for providing information based on the position of the platform relative
to a predetermined position, or the levels sensors for the stabilized platform and measuring and
self correcting for anomalies based on info from a second sensor (i.e. stabilization in response to
first sensor causes drift and second set of sensors are used to correct the drift), or information
used from second sensor at a different rate than the first sensors.

Any comments considered necessary by applicant must be submitted no later than the
payment of the issue fee and, to avoid processing delays, should preferably accompany the issue
fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for
Allowance."

Any inquiry concerning this communication or earlier communications from the
examiner should be directed to Christopher E Mahoney whose telephone number is (703) 305-
3475. The examiner can normally be reached on 8:30AM-5PM, Monday-Thursday.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, Russ Adams can be reached on (703) 308-1436. The fax phone numbers for the
organization where this application or proceeding is assigned are (703) 305-3431 for regular
communications and (703) 305-3432 for After Final communications.

Any inquiry of a general nature or relating to the status of this application or proceeding
should be directed to the receptionist whose telephone number is (703) 308-0956.

CHRISTOPHER MAHONEY
PRIMARY EXAMINER

Application/Control Number: 95/000,092                                                        Page 2

Art Unit: 2851

DECISION GRANTING INTER PARTES REEXAMINATION

1.      A substantial new question of patentability affecting claims 1-38 of United States Patent
Number 6,611,622 B2 to Grober is raised by the present request for *inter partes* reexamination.

2.      Extensions of time under 37 CFR 1.136(a) will not be permitted in *inter partes*
reexamination proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant"
and not to the patent owner in a reexamination proceeding. Additionally, 35 U.S.C. 314(c)
requires that *inter partes* reexamination proceedings "will be conducted with special dispatch"
(37 CFR 1.937). Patent owner extensions of time in *inter partes* reexamination proceedings are
provided for in 37 CFR 1.956. Extensions of time are not available for third party requester
comments, because a comment period of 30 days from service of patent owner's response is set
by statute. 35 U.S.C. 314(b)(3).

3.      The patent owner is reminded of the continuing responsibility under 37 CFR 1.985 (a), to
apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving
Patent 6,611,622 B2 throughout the course of this reexamination proceeding. The third party
requestor is also reminded of the ability to similarly apprise the Office of any such activity or
proceeding throughout the course of this reexamination proceeding. See MPEP § 2686 and
2686.04

4.      Welch raises a substantial new question of patentability as to patentability of claims 1-38
because of it's teaching that position sensors 27 and 29 (the second sensor package) are fixed to
platform 18, and that the platform structure is directly mounted to the base structure (without
intervening gimbal(s)) so as to rotate about the roll and pitch axis. This teaching was not present
during the prosecution of the application, which became the Grober patent. Further, there is a
substantial likelihood that a reasonable examiner would consider this teaching important in
deciding whether or not the claims are patentable.

5.      Duckworth raises a substantial new question of patentability as to claims 1-38 of the
Grober patent because of it's teaching of a syncro transmitter 10 to detect movement of the
stabilized platform 3 relative to the frame 5 about the pitch axis 9 and the movement of the frame
5 relative to the supports 6 and 7 about the toll axis 8. This teaching was not present during the
prosecution of the application, which became the Grober patent. Further, there is a substantial
likelihood that a reasonable examiner would consider this teaching important in deciding
whether or not the claims are patentable.

6.      The consideration of Eguchi, alone or in with various other references, raises a
substantial new question of patentability as to claims 14-28 of the Grober patent. Eguchi teaches
a first sensor package comprising an inclination sensor mounted on the AZ frame of the
stabilizing assembly and a second sensor package comprising the angle detectors 62 and 64.
This teaching was not present in the prosecution of the application, which became the Grober
patent. Further, there is a substantial likelihood that a reasonable examiner would consider this
teaching important in deciding whether or not the claims are patentable.

Application/Control Number: 95/000,092                                   Page 3

Art Unit: 2851

7.      The consideration of Stewart raises a substantial new question of patentability as to
claims 12, 17, 18, 33 and 38 of the Grober patent. Stewart teaches operation of a position loop at
1 Khz sample rate and a velocity loop at 5 Khz. The Stewart teaching was not present in the
prosecution of the application, which became the Grober patent. Further, there is a substantial
likelihood that a reasonable examiner would consider the different sampling rates of feed back
loop information teaching of Stewart important in deciding whether or not the claims are
patentable over the disclosures of Welch and Duckworth.

8.      The consideration of Buell raises a substantial new question of patentability as to claims
7, 10, 21, 29-31, and 37 of the Grober patent. Buell teaches a level sensor 18 mounted on the
stabilized platform 12, sensing position about the roll and pitch axes. The Buell teaching in
combination with the teaching of Welch, Duckworth or Eguchi (explained above) was not
present in the prosecution of the application, which became the Grober patent. Further, there is a
substantial likelihood that a reasonable examiner would consider this teaching important in
deciding whether or not the claims are patentable.

9.      The consideration of Lewis raises a substantial new question of patentability as to claims
7 of the Grober patent. Lewis teaches the use of three motors to stabilize a payload platform
about three perpendicular axes. The Lewis teaching in combination with the teaching of Welch,
Duckworth or Eguchi (explained above) was not present in the prosecution of the application,
which became the Grober patent. Further, there is a substantial likelihood that a reasonable
examiner would consider this teaching important in deciding whether or not the claims are
patentable.

10.     The consideration of Rudolph raises a substantial new question of patentability as to
claims 5, 9, 14-28, and 31of the Grober patent. Rudolph teaches a stabilized platform for a
camera. The Rudolph teaching in combination with the teaching of Welch, Duckworth or
Eguchi (explained above) was not present in the prosecution of the application, which became
the Grober patent. Further, there is a substantial likelihood that a reasonable examiner would
consider this teaching important in deciding whether or not the claims are patentable.

11.     The consideration of the Panflex Ad raises a substantial new question of patentability as
to claims 5, 9, 14-28, 31 of the Grober patent. The Panaflex Ad teaches a stabilized platform for
a camera. The Panaflex Ad teaching in combination with the teaching of Welch, Duckworth or
Eguchi (explained above) was not present in the prosecution of the application, which became
the Grober patent. Further, there is a substantial likelihood that a reasonable examiner would
consider this teaching important in deciding whether or not the claims are patentable.

12.     The consideration of Tyler Camera Systems raises a substantial new question of
patentability as to claims 5, 9, 14-28, and 31 of the Grober patent. The Tyler Camera Systems
disclosure teaches a stabilized platform for a camera. TheTyler Camera Systems teaching in
combination with the teaching of Welch, Duckworth or Eguchi (explained above) was not
present in the prosecution of the application, which became the Grober patent. Further, there is a

Application/Control Number: 95/000,092                                    Page 4

Art Unit: 2851

substantial likelihood that a reasonable examiner would consider this teaching important in deciding whether or not the claims are patentable.

13.     The consideration of White raises a substantial new question of patentability as to claim 6 of the Grober patent. White teaches a stabilized platform for a table and a chair. The White teaching in combination with the teaching of Welch, Duckworth or Eguchi (explained above) was not present in the prosecution of the application, which became the Grober patent. Further, there is a substantial likelihood that a reasonable examiner would consider this teaching important in deciding whether or not the claims are patentable.

14.     The consideration of Walrath raises a substantial new question of patentability as to claims 11 and 13 of the Grober patent. Walrath teaches a second sensor package for correcting errors in a first sensor package. The Walrath teaching in combination with the teaching of Welch, Duckworth or Eguchi (explained above) was not present in the prosecution of the application, which became the Grober patent. Further, there is a substantial likelihood that a reasonable examiner would consider this teaching important in deciding whether or not the claims are patentable.

15.     The consideration of Algrain raises a substantial new question of patentability as to claim 32 of the Grober patent. Algrain teaches that a stabilized platform system may be set to an initial position. The Algrain teaching in combination with the teaching of Welch, Duckworth or Eguchi (explained above) was not present in the prosecution of the application, which became the Grober patent. Further, there is a substantial likelihood that a reasonable examiner would consider this teaching important in deciding whether or not the claims are patentable.

16.     All claims of U.S. Patent No. 6,611,662 B1 will be reexamined.

17.     All correspondence relating to this *inter partes* reexamination proceeding should be directed:

By Mail to:    Mail Stop *Inter Partes* Reexam
               Central Reexamination Unit
               Office of Patent Legal Administration
               United States Patent & Trademark Office
               P.O. Box 1450
               Alexandria, VA 22313-1450

By FAX to:     (571) 273-0100
               Central Reexamination Unit

By hand:       Customer Service Window
               Randolph Building
               401 Dulany St.
               Alexandria, VA 22314

Application/Control Number: 95/000,092                                      Page 5
Art Unit: 2851


     Any inquiry concerning this communication or earlier communications from the
examiner, or as to the status of this proceeding, should be directed to the Central Reexamination
Unit at telephone number (571) 272-7705.


William B. Perkey
TC 2800

**Grober 6,611,662. Control No: 95/000,092**

This is a response to the first office action of the inter partes reexamination.
Patent claims 2,3,10-13,17,18,21,27,29-31,33,37 and 38 are confirmed.
Claims 1,4-9, 14-16, 19, 20, 22-26, 28, 32 and 34-36 were rejected.

The examiner's rejections are primarily based upon Requester's incorrect assertion that the feedback loop sensor package disclosed in Welch and Duckworth as potentiometers or encoders, anticipates Grober's 2nd sensor package in claim 1 which "senses a position of the payload platform".

The basis for requestor's assertion is that Welch and Duckworth's feedback loop sensor package is "fixed to" the payload platform. "Fixed to" is the wording used in Grober's claim 1 to describe his 2nd sensor package. Welch and Duckworth's package specify a distinct pair of potentiometers. One sensor of the package measures the framework angle of the payload platform to the gimbal, and the second sensor of the package measures the framework angle of the gimbal to the base. Two identical but distinctly separate sensors each located on a separate axis shaft between the gimbal and their respective frame part. Welch and Duckworth collectively define them as potentiometers, encoders, synchros or resolvers. For clarity of description, they will herein be referred to as Framework Angle Relationship Sensors, "FARS" because they measure the base and payload framework angles relative to the gimbal.

Are potentiometers and encoders "fixed to" the payload platform? Grober submits they are not. If they were, they would not work. Grober submits that his terminology in view of his claim 1 wording "fixed to" is clearly shown in the drawings and specification as well as dictated by the sensor type to be wholly fixed to the payload platform. Welch and Duckworth's potentiometers are not wholly fixed to the payload platform.

1

Application/Control Number: 95/000,092                                    Page 2

Art Unit: 3992

### *Examiner's Statement of Reasons for Patentability/Confirmation*

The following is an examiner's statement of reasons for patentability and/or confirmation

of the claims found patentable in this reexamination proceeding:

Claims 1-38, 76-95, 110-113 and 117-121 are patentable/confirmed.

Claims 1-13 are confirmed because the prior art of record fails to teach or make obvious

a stabilized platform having a second sensor package that is fixed to the payload platform as

recited in claim 1. The inclusion of a second sensor package being  fixed to the payload

platform defines patentability over the prior art of record because it defines a distinguished

structure of a stabilized platform which is not taught or made obvious by the prior art of record,

alone or in combination.

Claims 14-28 are patentable for the same reason noted in claim 1.

Claim 29 is confirmed for the same reason noted in claim 1.

Claim 30 is confirmed for the same reason noted in claim 1.

Claim 31 is confirmed for the same reason noted in claim 1.

Claim 32 is confirmed for the same reason noted in claim 1.

Claim 33 is confirmed for the same reason noted in claim 1.

Claim 34 is confirmed for the same reason noted in claim 1.

Claims 35-37 are confirmed for the same reason noted in claim 1.

Claim 38 is confirmed because the prior art of record fails to teach or make obvious a

stabilized platform having a control system wherein the control system responds to information

from the first sensor package more often than to information from the second sensor package.

The inclusion of this limitation defines patentability over the prior art of record because it defines

Application/Control Number: 95/000,092                                    Page 3
Art Unit: 3992

a distinguished structure of the control system of a stabilized platform which is not taught or
made obvious by the prior art of record, alone or in combination.

Claims 76-85, 87-90, 110-113, 117, 119 and 121 are patentable for the same reasons
noted in claim 1.

Claims 86, 91-95, 118 and 120 are patentable for the same reasons noted in claim 38.


Any comments considered necessary by PATENT OWNER regarding the above
statement must be submitted promptly to avoid processing delays. Such submission by the
patent owner should be labeled: "Comments on Statement of Reasons for Patentability and/or
Confirmation" and will be placed in the reexamination file.

Approved for use through 01/31/98. OMB 0651-0037
PTO/SB/16 (11-95)
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

# PROVISIONAL APPLICATION FOR PATENT COVER SHEET

This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c).

| | |
|---|---|
| Docket Number | 032511-001 |
| Type a plus sign (+) inside this box → | + |

## INVENTOR(s)/APPLICANT(s)

| LAST NAME | FIRST NAME | MIDDLE INITIAL | RESIDENCE (CITY AND EITHER STATE OR FOREIGN COUNTRY) |
|---|---|---|---|
| Grober | David | E. | 616 Venice Boulevard<br>Marina del Ray, CA 90291 |

## TITLE OF THE INVENTION (280 characters max)

AUTONOMOUS-SELF LEVELING, SELF CORRECTING STABILIZED PLATFORM

## CORRESPONDENCE ADDRESS

Cindy A. Lynch
BURNS, DOANE, SWECKER & MATHIS, L.L.P.
P.O. Box 1404
Alexandria,

| STATE | Virginia | ZIP CODE | 22313-1404 | COUNTRY | United States of America |
|---|---|---|---|---|---|

## ENCLOSED APPLICATION PARTS (check all that apply)

| | | | |
|---|---|---|---|
| [X] Specification | *Number of Pages*  7 | [X] | Small Entity Statement |
| [X] Drawing(s) | *Number of Sheets*  12 | [X] | Other (specify) Return Postcard |

## METHOD OF PAYMENT OF FILING FEES FOR THIS PROVISIONAL APPLICATION FOR PATENT (check one)

| | | |
|---|---|---|
| [X] A check or money order is enclosed to cover the Provisional filing fees | PROVISIONAL FILING FEE AMOUNT(S) | $ [X] $75.00 |
| [X] The Commissioner is hereby authorized to charge any deficiency in filing fees or credit any overpayment to Deposit Account Number 02-4800. This paper is submitted in triplicate. | | $ [ ] $150.00 |

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

[X] No.

[ ] Yes, the name of the U.S. Government agency and the Government contract number are:

Respectfully submitted,

SIGNATURE  *Cindy A. Lynch*      Date  May 27, 1999

TYPED or PRINTED NAME  Cindy A. Lynch      Registration No.  38,699
*(if appropriate)*

[ ] Additional inventors are being named on separately numbered sheets attached hereto.

(10/97)

Patent
Attorney's Docket No. 032511-001

Applicant or Patentee: David Grober

Application or Patent No.: unassigned

Filed or Issued: herewith

For: Autonomous - Self Leveling, Self Correcting Stabilizing Platform

## VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY
## STATUS (37 C.F.R. §§ 1.9(f) AND 1.27(b)) - INDEPENDENT INVENTOR

As a below-named inventor, I hereby declare that I qualify as an independent inventor as defined in 37 C.F.R. § 1.9(c) for purposes of paying reduced fees under Sections 41(a) and 41(b) of Title 35, United States Code, to the Patent and Trademark Office with regard to the invention entitled Autonomous - Self Leveling, Self Correcting Stabilizing Platform described in:

[X]   the specification filed herewith
[ ]   Application No. _____ , filed _____
[ ]   Patent No. _____ , issued _____.

I have not assigned, granted, conveyed, or licensed and am under no obligation under contract or law to assign, grant, convey, or license any rights in the invention either to any person who could not be classified as an independent inventor under 37 C.F.R. § 1.9(c) if that person had made the invention, or to any concern that would not qualify as either a small business concern under 37 C.F.R. § 1.9(d) or a nonprofit organization under 37 C.F.R. § 1.9(e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

[X]   no such person, concern, or organization
[ ]   persons, concerns, or organizations listed below*

*NOTE:  Separate verified statements are required from each named person, concern, or organization having rights to the invention averring to their status as small entities. (37 C.F.R. § 1.27.)

FULL NAME   *DAVID E. GROBER*

ADDRESS _____
   [X] individual   [ ] small business concern   [ ] nonprofit organization
FULL NAME _____

ADDRESS _____
   [ ] individual   [ ] small business concern   [ ] nonprofit organization
FULL NAME _____

ADDRESS _____
   [ ] individual   [ ] small business concern   [ ] nonprofit organization

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earlier of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 C.F.R. § 1.28(b).)

Application No. <u>unassigned</u>
Attorney's Docket No. <u>032511-001</u>

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code; and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

Name  David Grober

Signature _____    Date  May 27, 1999

Name _____

Signature _____    Date _____

Name _____

Signature _____    Date _____

(IO/97)

MOTION PICTURE MARINE – DAVID GROBER
(310) 822-1100

AUTONOMOUS – SELF LEVELING, SELF CORRECTING STABILIZED PLATFORM

ABSTRACT

A two or three axis-stabilized platform is disclosed wherein by use of a gimbal for aiming along the X-axis, a second gimbal mounted on the first gimbal for the stabilizing along the Y-axis, and a third gimbal or train mechanism mounted on or to the second gimbal. The three axis representing pitch, roll and yaw. An alternative embodiment of the invention would comprise a cross level axis, an elevation axis, and in the case of an azimuth axis, a third axis, each intersecting each other at a substantially common pivot point.

Stabilization signals are provided by sensor package A, in the form of rate sensors, gyroscopic, fiber optic gyros or other similar sensors placed either on the platform, or on the frame. Sensor package B, comprised of level sensors is attached at the payload platform. Sensor package B then automatically correct anomalies in rate sensor package A, such as gyro precession, drift or rate sensor error, without operator assistance. The operator only needs to determine that the payload platform maintain X, Y and Z axis of the earth's horizon and magnetic course heading, or of separate operator determined values based upon one, two, or all three axis.    Such an arrangement provides a small and compact stabilized platform for the mounting of people and or equipment payloads including cameras, sighting devices and instrumentation.

WHAT IS CLAIMED:

1. An autonomous, automatic self-leveling stabilization platform which is self adjusting and will maintain horizontal level and azimuth, or alternative operator positions in one, two, or three axis without further operator inputs, once the default levels have been set.

2. Apparatus in accordance with Claim 1 wherein the platform is stabilized by the use of two separate sensor packages.  Sensor package A comprises gyroscopes, rate sensors, FOG (what are these) sensors, or other rate type sensors, which detect rotational motion about an axis.  These signals are then processed and cause motors or actuators to correct the platform position by the rates dictated by the rate sensors.  A second sensor package, B, comprised of level sensors, either liquid filled or solid state, to provide a long term reference to the horizon, plus, for three axis operation, a magnetometer, gyro compass, or homing sensor to provide a true and/or homing heading.  These signals are then processed over time and correct for gyroscopic precession, rate sensor imperfections and anomalies which are present in sensor package A.

3. Apparatus in accordance with claim 2 wherein the payload platform is automatically stabilized and stays level and stabile in one, two or three axis; even when the host vehicle or vessel turns more than 360 degrees, or continuously turns in one or all of it's 3 axis.

4. Apparatus in accordance with claim 3 wherein a camera is attached to the payload platform, and the camera is subsequently keep level and stable in one, two or three axis as determined by the operator.

5. Apparatus in accordance with claim 3, enclosed in a watertight enclosure, and upon which is attached an underwater camera and which is subsequently kept level and stable in one, two or three axis as determined by the operator.

6. Apparatus in accordance with claim 4, upon which a camera is mounted on the payload platform and which the apparatus and it's payload in a watertight case.  The payload camera is subsequently kept level and stable in one, two or three axis as determined by the operator.  An optional remote control will allow the operator to pan and tilt or skew the payload.

7. Apparatus in accordance with claim 3, when fitted with occupant or equipment holding devices, allows the occupant to engage in activities which, without the use of the invention, would be more difficult to achieve. This would include fitting the invention with devices such as a chair, or table and attached chair.

8. Apparatus in accordance with claim 7 wherein a chair attached to the invention allows the occupant(s) to be isolated and significantly reduces the rolling, pitching and jolting imparted by the host vehicle. What is claimed is an anti-seasickness chair.

9. Apparatus in accordance with claim 7 wherein a bed is attached to the invention and allows occupant(s) to sleep by significantly reducing the rolling, pitching and jolting imparted by the host vehicle. What is claimed is an anti-seasickness bed.

10. Apparatus in accordance with claim 7 wherein a table is attached to the invention and keeps items on that table calm by significantly reducing the rolling, pitching and jolted imparted by the host vehicle. What is claimed is an automatic leveling and stabilized table.

11. Apparatus in accordance with claim 7 wherein an entire room, portion of a room, or walkway which is attached to the invention, would then be isolated from rolling, pitching and jolting imparted by the host vehicle. What is claimed is a stabilized room.

12. Apparatus which is designed with a "stacking gimbal" arrangement in which each axis includes along that axis, the drive motors and gears, and upon which the next axis is "stacked" and driven perpendicular to the lower axis. This design decreases the size, allows all moving parts to be fully enclosed, environmentally sealed, and allows direct unrestricted access to the payload resting atop the payload plate. This embodiment also allows significantly larger ranges of motion that previous gimbal arrangements. What is claimed is the stacking gimbal arrangement.

BACKROUND OF THE INVENTION:

The primary object of this invention is to provide an autonomous, self leveling, self correcting stabilizing platform with provides high payload to invention weight ratios, with unlimited range of motion, small size, high shock tolerance, ease of use, and minimal environmental restrictions.

This invention also claims that the stabilized platform will stabilize devices, which need to be accurately pointed at moving and non-moving targets. Such devices would include, but are not limited to Cameras and electronic receiving and emitting devices including antennae. This invention also claims that the stabilized platform with it's high payload capacity, will stabilize chairs and beds thus becoming effective anti-seasickness chairs and beds. This invention also claims that the stabilized platform, with it's high payload capacity, can stabilize tables and entire environments which could include the medical operating room inside a ship, where the room needs to be stabilized in relation to the ship's movements in order to effectively carry out delicate or complex medical procedures.

Compactness in size and lightness of weight are of significant importance.

Prior artwork for autonomous, self leveling, self correcting stabilized chairs was not found.

Prior artwork of other stabilized camera devices, such as Leavitt et al 3,638,502, Goodman 4,989,466, and Tyler 5,184,521, all weigh in excess of 100 lbs., and can only handle cameras or payloads under 100 lbs. Prior artwork of electronic stabilized cameras, restricts operation to remote controls or joysticks and prohibits direct hands-on operation of the camera by the camera operator. This invention allows direct hands-on operation of the camera by the operator, or camera operation by remote control or joystick.

This invention does not require hard mounting to a boat, car, airplane or other vehicle. Because of the strategic sensor placement, this invention allows and encourages the use of alternative frames and carrying devices. On embodiment of the frame, allows the operator to wear the invention. Fig: 3 Another embodiment Fig 4, allows the stabilization platform to be hand carried on either hard handles or soft handles or bungee cords. Another embodiment Fig 5, is to totally enclose the invention and it's camera in a waterproof housing, or singularly enclose the invention with one side being the gimbaled base plate, and mount an underwater camera directly to the base plate. The camera is then stabilized, thus removing motion caused by waves, currents, motion of scuba diving operators, or a vessel upon which the invention may be attached. Pan, tilt and azimuth commands would be supplied to the invention via the miscellaneous command inputs.

This invention will also keep the payload level over an unlimited range of motion, exceeding 360 degrees in three axis, even to the point of continual turning in three axis. This is accomplished with 360-degree contact rings instead of hard wires, to transfer the electronics between the platform and the frame. For ranges of motion exceeding the design specs of the level sensors, (sensor package B), the level sensors may be switched off. The invention will then continue to operate satisfactorily until the rate or gyro sensor errors, (sensor package A) compound to the point where either the level sensors (sensor package B) must be re-activated, or the operator, or another device must send adjustment commands to the miscellaneous command inputs.

The invention is robust, allowing payloads to exceed more than 10 times the weight of the invention. Previous inventions including Goodman, Tyler, Steadicam, Libra mount, etc. are limited in payloads often equal to or less than the invention's total weight without payload.

Shock absorbing feet, spindled wire or bungee cords to which the invention can be mounted or suspended, may be used to remove frequencies higher than the spectrums which the sensors and/or motors can compensate for. Such shock absorbing devices attached to the invention are not part of the invention.

## SUMMARY OF THE INVENTION

Previous art for stabilized platforms have used gyroscopes and rate sensors to level in one, two and three axis. Previous art using gyroscopes, such as Leavitt et al, Tyler, & Goodman, are totally enclosed units, and prohibit direct hands-on operation of the camera or sensing device. Other electronic devices such as the Libra mount also prohibit direct hands on operation. Non-electronic devices such as the Steadicam, or the simple attachment of spinning gyros to a camera, are limited in the total weight they can compensate for, as well as in their range of motion.

This invention has significant uses for payloads which include cameras and sensing devices to be used in situations requiring significant weight carrying capacity and autonomous stabilization.

Ships at sea have relied upon the ship's internal navigation system to drive slave alidades, (ship sighting devices) Sperry Alidade. This invention using it's own sensors, becomes an autonomous device yielding the significant advantages of being a master unit, not dependant upon electrical connections to the ship's navigation system which would cause platform failure should electrical connections be severed.

The medical theatre on a ship, normally subject to roll and pitch, is a difficult, if not sometimes impossible arena for medical operations. Even such non-delicate procedures as removing a splinter from a finger, or a foreign object from an eye, can be difficult or dangerous in elevated sea states. . This device, with its robust nature, simply by adjusting the size of the drive motors and framework, can accommodate an operating table and attached walk platform, FIG: 9.

Another embodiment is a chair, FIG. 8, or a chair and table for performing delicate, even microscopic work while the host vehicle is moving, shifting or being jolted.

This invention viewed in FIG. 8 becomes an effective anti-seasickness chair, or as in Fig. 9 an anti-seasickness bed. The human ear responds to motion, which in itself, or in combination with visual sight, induces disorientation and sea sickness. This device, fitted with a bed or a chair will eliminate virtually all sense of motion. The transverse, lateral and vertical motions and their acceleration components are significantly reduced. The remaining components of these motions generally exhibit as minor and insignificant G-forces, rather than the rolling, jerking and jolting which exist outside the physical area of the invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

### TWO AXIS UNIT

FIG: 1. Profile and top views.

The X axis platform 2, is suspended on a single or split shaft 4, mounted through bearing 6. The opposite end shaft is mounted through a support bearing 8,and is directly attached to the drive mechanism which is made up of a motor 10, and depending on the application requirements for torque and resolution, a gear box, 12. Encoder 14 attached to motor 10, provides position feedback of the X axis platform. Protective housing 16, encloses the motor, gearbox, encoder and their respective wiring.

The Y axis, or payload platform 22 is supported upon the X axis platform by a single or split shaft 24, mounted through bearing 26. The opposite end shaft is mounted through a support bearing 28, and is directly attached to the drive mechanism which is made up of a motor 30, and depending on the application requirements for torque and resolution, a gearbox 32. Encoder 34 provides position feedback of the Y axis platform. Protective housing 18, encloses the motor, gearbox, encoder and their respective wiring. Electronic control box 20 would normally be attached to protective housing 18.

The X axis platform is supported on a mounting base 60, which can be directly attached to the vehicle 64 using bolts 66, clamps or other mounting apparatus, or with a specified camera mounting base plate 62. Base plate 62 would then be attached directly to the vehicle 64, or a tripod, not shown, attached to the vehicle.

The unit can be supported in any configuration. Fig 1 shows a horizontal configuration. The invention can be inverted and hung from an overhead mount using the same mounting configurations in Fig 1.

Sensor package B, 38, is mounted underneath Y payload platform 22. Sensor package B contains singular or multiple level sensors, which provide position feedback, for each horizontal axis used.

Sensor package A, 36, is attached to mounting base 60, and contains rate type sensors for the X and Y axis.

### 3 AXIS UNIT

Referring to Fig 2. This embodiment adds a third axis of rotation to maintain the payload plate in azimuth, axis Z, 61. Base plate 62 with or without its riser 72, is mounted on top of circular (need name) bearing 74. The motor 78, or its gearbox 76, are firmly attached to base plate 62 through shaft 86. A coaxial rotary joint, not shown, can be installed at the riser and base plate to provide a convenient method for carrying communication and electrical power, all of which are multi-plexed on a single coaxial cable, across train axis Z, 61. With this arrangement the invention's range of azimuth is unlimited. The motor base plate 84 is firmly attached to the vessel or vehicle deck with mounting bolts 88. The invention can also be inverted

and hung from motor base plate 84. In this embodiment, the level sensor package B, 38, would also be
inverted.  Sensor package A, 36, contains an activated third rate sensor to recognize motion in the Z axis.
Sensor package B, 38, has an third axis sensor to recognize motion in the Z axis.

The servo control system, through it's sensors and electronic signal processor and motor controller,
automatically maintains stabilization of the three axis. How these functions are accomplished is beyond the
scope of the present description. However, the strategic placement of sensor package A and sensor package
B, and their relationship to each other for the purpose of making the invention autonomous and self
correcting, is claimed as part of the invention.

An alternative embodiment is a stacking gimbal arrangement. Figure 6a, 6b, and Figure 7. .  X axis base
plate bracket 130 is firmly attached to the outside of gear motor tube 134.  Gear motor tube 134 contains
the x axis gear motor and encoder package 136.  The gear motor shaft passes through bearing 138 on one
side and is attached to the x axis platform 140. The opposite side of x axis platform 140 is supported with
shaft 142 through bearing 144, which is mounted on the end cap of gear motor tube 134. Rate sensor
package "A" 132, is firmly attached to the x axis base plate bracket 130

Y axis base plate bracket 150 is firmly attached to the outside of gear motor tube 154.  Gear motor tube
154 contains the y axis gear motor and encoder.  The gear motor shaft passes through bearing 158 on one
side and is attached to the y axis platform 160. The opposite side of y axis platform 160 is supported with
shaft 162 through bearing 164, which is mounted on the end cap of gear motor tube 154.
The payload is then attached to the top of the y axis platform 160.   Level sensor package "B" 152 is firmly
attached to y axis platform 160.

This embodiment can also be inverted and hung from x axis base plate bracket 130. In this configuration
the level sensor package "B", 152, would also be inverted.


PERSONAL CAMERA PLATFORM

Referring to Fig 3.  The base plate 62 is attached to a suitable body harness 100.  The body harness is not
within the scope of the invention. Mounted on the payload plate 22 is an optional riser 40, and camera 42,
which can be fitted with an external monitor 44, allowing for ease of use by the operator.  The camera
configuration is not within the scope of the invention.


CAMERA PLATFORM WITH CARRYING HANDLES

Referring to Fig 4:  Various types of handles 106 can be attached to mounting plate 62.  Handles can be
stiff and rigid, or flexible such as rope, or elastic such as bungee cords.  Each material will provide a
different degree of horizontal and vertical drift to the invention and subsequently a different "look" as seen
by the camera lens.  A motion picture camera if moved halfway towards it's subject would have the same
object size if a zoom lens were used and the camera itself remained stationary.  But the effect of the image
on the film in relation to depth of field and image quality, would be vastly different.  Image quality
movement would likewise be creatively different by using different types of support handles or a dolly.


UNDERWATER CAMERA STABILIZATION PLATFORM (Need to re-number)

Referring to Fig 5:  The invention in Fig 1 is shown encased in a waterproof housing UW2. Underwater
housing UW2 is a generally form fitting apparatus. The lid UW6, has three or more tension latches UW 10.
An "O" ring (not shown) is compressed upon closure of the latches and prevents water incursion.  A

rubberized boot, UW 16 is attached on one side to lid UW6, forming a watertight seal. The rubberized
boot is firmly compressed and sealed between payload platform  Fig #1, 22, and the underwater housing
payload platform UW 18, forming a waterproof seal and preventing water incursion. A sealed underwater
camera UW 20, which is not part of the invention, is mounted directly to the underwater housing payload
platform UW 18.

In practical operation, a motion picture camera can be lowered down the rail of apparatus UW 26, from a
pitching, rocking boat, and the invention will maintain the camera with a stabile horizon as it moves from
above the surface to below the surface.


## ANTI SEASICKNESS CHAIR

Referring to Fig: 8. The base plate 62, of the invention is firmly attached to the vessel or vehicle's deck.
Mounted on the payload plate 22, is post 110, on top of which is firmly mounted chair 112. The length of
post 110 is variable depending on the required height of the chair for comfort. An armrest or small table
114 can be attached to the chair, providing a stable working surface for the occupant. A footrest 116 and
headrest 118 can also be added.


## SELF STABILIZED HOSPITAL BED

Referring to Fig **9a** and Fig **9b**. Pedestal base plate H1 is firmly secured to the floor. A rigid post H2, is
securely attached to universal joint H3. The top of universal joint H3 is firmly attached to the center
balance point of bed frame H34, and therefor acts as the pivot point for both the X axis and Y axis.
Attachment points H6, H8, H10 and H12 are sleeve bearings. Attached to each sleeve bearing is a
combination motor and linear actuator, respectively H14, H16, H18, & H20. The opposing end of linear
actuator H14 is attached to sleeve bearing H22, which is securely attached to the bed frame H34. Attached
to bearing H8 is linear actuator H16. The opposing end of linear actuator H16 is attached to bearing H24,
which is securely attached to the bed frame H34.

Attached to bearing H10 is linear actuator H18. The opposing end of linear actuator H18 is attached to
bearing H26, which is securely attached to the bed frame H34.

Attached to bearing H12 is linear actuator H20. The opposing end of linear actuator H20 is attached to
bearing H28, which is securely attached to the bed frame H34.

In this embodiment the bed frame H34 is pivoted back and forth around the X axis by a pair of
motor/linear actuators which operate in opposition to each other. Likewise a pair of motor/linear actuators
operate in opposition to each other and attached to bed frame H34, move bed frame H34 back and forth
around the Y axis.

An alternate embodiment of the invention utilizes only one motor/linear actuator for movement around the
X axis and one motor/linear actuator for movement around the Y axis. This embodiment is adequate in
many applications depending on the weight placed on the bed.

Attachment platform H30 is one or multi sided standing platform which is rigidly attached to bed frame
H34. Platform H30 can vary in size and shape to accommodate one or more persons, as well as equipment
stands. Shown is a two-sided version. Structural cross members such as H32 are added for strength as
required.

The bed frame H34 can support various attachments such as surgical instrument platforms and small
equipment stands, which are thereby stabilized due to their attachment to bed frame H34.

From the foregoing description it will be apparent that there has been provided a novel and improved one, two and three axis stabilization platform. While the preferred and alternative embodiments of the apparatus have been described, it will be appreciated that variations and modifications therein, within the scope of the invention, will become apparent to those skilled in the art. All such modification or variations coming within the scope of the appended claims are intended to be included therein. Accordingly, the foregoing description should be taken as illustrative and not in any limiting sense.



FIG 1

24 (shaft)
22 - payload platform
26 (not shown)
4
4
6
38 (sensor package 8 - mounted underneath)
28 (bearing)
32 (gearbox)
30 (motor)
20
34 (encoder)
18 (housing)

22
6
4
2
36
12
8
10
14
16
60
62
64
66

FIG 2



3 AXIS UNIT



FIG. 3







FIG. 5a

MAX DEPTH 12'

TOP VIEW



FIG. 5c

TOP FLANGE WITH RUBBER SKIRT

FIG. 5b

Figure 6a



FRONT VIEW
"STACKING GIMBAL"

Figure 6b



152

154

160

158

162

164

154

150

STACKING
GIMBAL

SIDE VIEW

Figure   7   "STACKING GIMBAL"





FIG. 8



FIG. 9a

SENSOR PACKAGE "B"

H34

H22

MOTOR

H14

H3

H24

H18

H16

H6

H10

H8

H30

H32

H2

CONTROL BOX

SENSOR PACKAGE "A"

H1

FIG. 9b



TOP VIEW

IN-35
77043
P. 206

# NASA
# Technical
# Memorandum

NASA TM-103573

## A REAL-TIME RECURSIVE FILTER FOR THE ATTITUDE DETERMINATION OF THE SPACELAB INSTRUMENT POINTING SUBSYSTEM

By M.E. West

Structures and Dynamics Laboratory
Science and Engineering Directorate

February 1992

(NASA-TM-103573)   A REAL-TIME RECURSIVE
FILTER FOR THE ATTITUDE DETERMINATION OF THE
SPACELAB INSTRUMENT POINTING SUBSYSTEM
(NASA)   206 p                     CSCL 14B

N92-19920

Unclas
G3/35   0077043



National Aeronautics and
Space Administration

**George C. Marshall Space Flight Center**

# NASA
National Aeronautics and
Space Administration

## Report Documentation Page

| 1. Report No.<br>NASA TM-103573 | 2. Government Accession No. | 3. Recipient's Catalog No. |
|---|---|---|
| 4. Title and Subtitle<br><br>A Real-Time Recursive Filter for the Attitude Determination of the Spacelab Instrument Pointing Subsystem | | 5. Report Date<br>February 1992 |
| | | 6. Performing Organization Code |
| 7. Author(s)<br><br>M.E. West | | 8. Performing Organization Report No. |
| | | 10. Work Unit No. |
| 9. Performing Organization Name and Address<br><br>George C. Marshall Space Flight Center<br>Marshall Space Flight Center, Alabama 35812 | | 11. Contract or Grant No. |
| | | 13. Type of Report and Period Covered<br>Technical Memorandum |
| 12. Sponsoring Agency Name and Address<br><br>National Aeronautics and Space Administration<br>Washington, DC 20546 | | 14. Sponsoring Agency Code |

| 15. Supplementary Notes |
|---|
| Prepared by Structures and Dynamics Laboratory, Science and Engineering Directorate. |

16. Abstract

   A real-time estimation filter which reduces sensitivity to system variations and reduces the amount of preflight computation is developed for the instrument pointing subsystem (IPS). The IPS is a three-axis stabilized platform developed to point various astronomical observation instruments aboard the shuttle. Currently, the IPS utilizes a linearized Kalman filter (LKF), with premission defined gains, to compensate for system drifts and accumulated attitude errors. Since the a priori gains are generated for an expected system, variations result in a suboptimal estimation process.

   This report compares the performance of three real-time estimation filters with the current LKF implementation. An extended Kalman filter and a second-order Kalman filter are developed to account for the system nonlinearities, while a linear Kalman filter implementation assumes that the nonlinearities are negligible. The performance of each of the four estimation filters are compared with respect to accuracy, stability, settling time, robustness, and computational requirements. It is shown, that for the current IPS pointing requirements, the linear Kalman filter provides improved robustness over the LKF with less computational requirements than the two real-time nonlinear estimation filters.

| 17. Key Words (Suggested by Author(s))<br>Nonlinear Estimation<br>Kalman Filter<br>Attitude Determination<br>Gyro Modeling | | 18. Distribution Statement<br><br>Unclassified – Unlimited | |
|---|---|---|---|
| 19. Security Classif. (of this report)<br>Unclassified | 20. Security Classif. (of this page)<br>Unclassified | 21. No. of pages<br>208 | 22. Price<br>NTIS |

NASA FORM 1626 OCT 86        For sale by the National Technical Information Service, Springfield, VA 22161-2171

# TABLE OF CONTENTS

Page

I. INTRODUCTION ................................................................. 1

II. SYSTEM DESCRIPTION .......................................................... 2

    A. Operational Description ................................................... 2
    B. Hardware Description ..................................................... 4
    C. Software Description ..................................................... 6

III. ESTIMATION FILTER THEORY ................................................... 11

    A. Historical Survey ....................................................... 11
    B. Kalman Filter Theory ................................................... 12
    C. Nonlinear Filter Theory ................................................. 17
    D. Linearized Kalman Filter ................................................ 18
    E. Extended Kalman Filter .................................................. 20
    F. Second-Order Kalman Filter ............................................. 21

IV. IPS ATTITUDE DETERMINATION ............................................... 22

V. SIMULATION DESCRIPTION ..................................................... 32

    A. IPS Simulation Model .................................................... 34
    B. Linear Kalman Filter .................................................... 34
    C. Linearized Kalman Filter ................................................ 37
    D. Extended Kalman Filter .................................................. 38
    E. Second-Order Kalman Filter ............................................. 39

VI. SIMULATIONS RESULTS ........................................................ 41

    A. Nominal Pointing ........................................................ 41
    B. Star Loss ............................................................... 46
    C. One-Degree Attitude Error ............................................... 50
    D. System Drift Estimation ................................................. 50
    E. Pointing Performance .................................................... 58
    F. Data System Requirements ................................................ 58

VII. CONCLUSIONS ................................................................ 60

APPENDIX A – IPS Torque Commands ............................................... 61

APPENDIX B – IPS TREETOPS Simulation ........................................... 75

PRECEDING PAGE BLANK NOT FILMED

## TABLE OF CONTENTS (Continued)

Page

APPENDIX C – Linear Kalman Filter Listing and Data................................................... 139

APPENDIX D – Linearized Kalman Filter Listing and Data ........................................... 145

APPENDIX E – Extended Kalman Filter Listing and Data ............................................. 163

APPENDIX F – Second-Order Kalman Filter Listing and Data....................................... 179

REFERENCES................................................................................................. 197

## LIST OF ILLUSTRATIONS

| Figure | Title | Page |
|---|---|---|
| 1. | Exploded view of IPS components | 3 |
| 2. | IPS gimbal structure | 5 |
| 3. | Simplified IPS feedback control block diagram | 7 |
| 4. | IPS fast-loop controller | 9 |
| 5. | Flow diagram for the linear KF | 18 |
| 6. | Projection of star tracker measurements | 29 |
| 7. | Tree structure for a multibody system | 33 |
| 8. | IPS five-body model | 35 |
| 9. | IPS TREETOPS block diagram | 36 |
| 10. | IPS nominal elevation response | 42 |
| 11. | IPS nominal cross-elevation response | 42 |
| 12. | IPS nominal roll response | 43 |
| 13. | IPS nominal cross-elevation response (reduced time scale) | 44 |
| 14. | IPS nominal elevation drift estimation | 44 |
| 15. | IPS nominal cross-elevation drift estimation | 45 |
| 16. | IPS nominal roll drift estimation | 45 |
| 17. | IPS two tracker elevation response | 46 |
| 18. | IPS two tracker cross-elevation response | 47 |
| 19. | IPS two tracker roll response | 47 |
| 20. | Nominal versus two tracker response | 48 |
| 21. | IPS two tracker elevation drift estimation | 48 |
| 22. | IPS two tracker cross-elevation drift estimation | 49 |

## LIST OF ILLUSTRATIONS (Continued)

| Figure | Title | Page |
|---|---|---|
| 23. | IPS two tracker roll drift estimation | 49 |
| 24. | IPS 1° elevation response | 51 |
| 25. | IPS 1° cross-elevation response | 51 |
| 26. | IPS 1° roll response | 52 |
| 27. | IPS 1° cross-elevation response (reduced time scale) | 52 |
| 28. | IPS 1° elevation drift estimation | 53 |
| 29. | IPS 1° cross-elevation drift estimation | 53 |
| 30. | IPS 1° roll drift estimation | 54 |
| 31. | IPS elevation response without drift compensation | 55 |
| 32. | IPS cross-elevation response without drift compensation | 55 |
| 33. | IPS roll response without drift compensation | 56 |
| 34. | IPS elevation response without drift compensation (reduced time scale) | 56 |
| 35. | Comparison of drift compensated and uncompensated simulations for the LKF and EKF | 57 |
| A-1. | IPS nominal roll torque commands | 62 |
| A-2. | IPS nominal elevation torque commands | 63 |
| A-3. | IPS nominal cross-elevation torque commands | 64 |
| A-4. | IPS nominal roll torque commands reduced time scale | 65 |
| A-5. | IPS star loss roll torque commands | 66 |

## LIST OF ILLUSTRATIONS (Continued)

| Figure | Title | Page |
|--------|-------|------|
| A-6. | IPS star loss elevation torque commands | 67 |
| A-7. | IPS star loss cross-elevation torque commands | 68 |
| A-8. | IPS 1° roll torque commands | 69 |
| A-9. | IPS 1° elevation torque commands | 70 |
| A-10. | IPS 1° cross-elevation torque commands | 71 |
| A-11. | IPS roll torque commands without drift compensation | 72 |
| A-12. | IPS pitch torque commands without drift compensation | 73 |
| A-13. | IPS yaw torque commands without drift compensation | 74 |

## LIST OF TABLES

| Table | Title | Page |
|---|---|---|
| 1. | IPS pointing accommodations | 7 |
| 2. | Comparison of torque commands for drift compensated and uncompensated simulations | 57 |
| 3. | IPS simulation quiescent pointing performance | 59 |
| 4. | Estimation filters data system requirements | 60 |

TECHNICAL MEMORANDUM


# A REAL-TIME RECURSIVE FILTER FOR THE ATTITUDE DETERMINATION OF THE
# SPACELAB INSTRUMENT POINTING SUBSYSTEM


## I. INTRODUCTION


The instrument pointing subsystem (IPS) is a three-axis stabilized platform which was developed to point observation experiments with stability and accuracy requirements beyond the capability of NASA's space transportation system. The IPS was developed by Dornier System under contract to the European Space Agency and was delivered to NASA in 1984 [1]. It was designed as a multipurpose pointing instrument with the capability to accommodate scientific instruments of various masses and configurations. In July and August of 1985, the IPS was flown aboard the shuttle to observe solar phenomena as part of the Spacelab-2 mission. The IPS quiescent performance for a typical objective during the Spacelab-2 mission was measured to be 0.05 arcsec accuracy and 0.5 arcsec standard deviation in line-of-sight (LOS) [2]. The IPS will be flown on the Astro-1 mission, and that mission will view various ultraviolet targets.

The IPS uses a multirate, multivariable digital control system. A 25-Hz control loop, which is the coarse pointing or gyro-only control pointing mode, utilizes gyro measurements in a proportional-integral-derivative (PID) feedback to reject the shuttle disturbances such as man motion and thruster firings. An accelerometer feed forward loop is also used in the 25-Hz loop to suppress disturbances.

The second control loop is a 1-Hz attitude determination filter (ADF) which is only operational during fine pointing. The ADF processes inertial measurements generated by an optical sensor package (OSP) to compensate for inherent gyro drifts, biases, and the resulting attitude errors accumulated during gyro-only control. Three star trackers provide the OSP's inertial measurement outputs from the position of an identified star in each tracker's field-of-view (FOV). The choice of IPS attitude representation and inclusion of second-order dynamics in the system models introduces nonlinearities into the closed loop which complicates the ADF task. Due to IPS's data systems memory constraints, the ADF is a suboptimal estimation filter which employs premission derived time-varying gains. The precomputed gains are generated using expected initial conditions, which can result in nonoptimal overshoot and settling time for actual attitude errors. Nominally, the ADF processes attitude measurements for the three star trackers, hence the loss of a star tracker's measurements results in erroneous estimations. The implementation of a real-time ADF allows the filter to adapt to actual conditions and reduces the amount of preflight computation.

The performance of four estimation methods are compared in this report. The first method is the current IPS estimation filter which is a linearized Kalman filter (LKF) [3]. The LKF linearizes the filter states about a prespecified state. The second method is the linear Kalman filter (KF) [4] in which it will be assumed that the nonlinearities are negligible. The third estimation filter is an extended Kalman filter (EKF) in which system states are linearized about the estimated states. The final estimation filter that will be presented is a second-order Kalman filter (SOKF) [5]

which includes second-order terms in the linearization process, unlike the LKF and EKF which
include only first-order terms. The performance of each of these filters will be simulated, and their
relative merits compared with respect to accuracy, stability, settling time, computational
requirements, and robustness.


## II. SYSTEM DESCRIPTION


The IPS is a complex inertial pointing mount. Its support structure has integrated actuator
and sensor hardware along with the necessary electronics, data processors, and software to allow
pointing to, and tracking of, a variety of astronomical targets such as stars, gas clouds, planets,
and comets. It uses a unique three-axis gimbal design which allows scientific instruments to be
attached to the extremities of payloads, as opposed to the typical gimbal design which attaches to
the center-of-gravity of the payload. The IPS gimbal configuration is often referred to as an
"inside-out" configuration and can result in nonorthogonal gimbal geometry for some IPS attitudes.
The IPS gimbal structure design allows for a large range of motions and for a variety of payload
masses and inertias [1]. An exploded view of the IPS components, taken from the "Instrument
Pointing System Spacelab Systems Training Manual," [6] is presented in figure 1.


### A. Operational Description

IPS operations were divided into separate modes in order to meet the variety of desired
pointing and tracking requirements and the software memory constraints. The IPS has four opera-
tional modes which include 18 subfunctions. The operational modes are activation deactivation,
stellar, solar, and Earth, and at least two of these modes are typically employed in each IPS
mission. During launch and landing the IPS payload is physically separated from the gimbal struc-
ture in a stowed configuration so as to reduce loads on the structure. The activation/deactivation
mode attaches the payload to the gimbals, activates the electronics and measurement instruments,
and erects the IPS to within the IPS cone of operation with a 90° elevation maneuver. A 60° cone
about the 90° elevation and the 0° cross-elevation gimbal angle configuration specifies the opera-
tional range of the IPS. The stellar, solar, and Earth operational modes have the IPS pointing to a
guide star, the Sun, or the Earth, respectively. The results of simulations presented subsequently
are for the Astro-1 configuration, which is a stellar mission. Therefore, a brief description of the
IPS operations necessary to obtain a stellar objective follows.

Once the IPS has been maneuvered so that it is within the cone of operation, the stellar
pointing mode is enabled. Because of memory constraints, the stellar mode is divided into seven
independent subfunctions which are better known as memory configurations (MC). Whenever a
desired pointing objective is more than 4° from the current attitude, the slew MC is utilized to
rotate the IPS payload to the proper attitude. A slew maneuver can be accomplished by either a
gimbal angle command or an inertial attitude command. All slew maneuvers are performed with
gyro-only feedback control. Once the pointing objective is within the star trackers' FOV, one of
three basic MC's can be used. Two star identification configurations which have different probabili-
ties of success, and therefore different time requirements, comprise the first basic configuration. An



1    Payload clamp assembly
2    Spacelab pallet
3    Power electronics unit
4    Base plate
5    Struts
6    Pedestal
7    Harness separator
8    Accelerometer package
9    Gimbal latch mechanism
10   Supporting framework
11   Cross elevation drive unit
12   Elevation drive unit
13   Bumper device
14   Yoke
15   Roll drive unit
16   Thermal shield
17   IPS remote acquisition unit
18   Gyro unit
19   Gyro electronics
20   Data control unit
21   Payload-gimbal separation mechanism
22   Equipment platform
23   Payload attachment ring
24   Optical sensor package
25   Payload support structure
26   Payload attachment flanges

Figure 1. Exploded view of IPS components.

optical sensor package calibration operation, which is usually only scheduled on the first acquisition, is the second basic configuration. The last basic MC is comprised of combinations of fine pointing, manual offset pointing, and scanning.

For Astro-1 the fine pointing and manual pointing control configurations will be the primary mode of operation for periods of astronomical observations. The hardware and software necessary to accomplish these complex operations will be described in the next section.

## B. Hardware Description

The primary hardware component which makes a three-axis pointing mount possible is the IPS gimbals structure assembly (GSA) [6]. The GSA contains three identical torque drive units (DU's) [7], whose outer housings and inner shafts form the gimbal mechanism depicted in figure 2; one DU for each rotational degrees-of-freedom (DOF). Each DU contains two redundant frameless, brushless, direct current (dc) torque motors that generate torque on the motor housing with respect to the DU shaft. The elevation drive unit (EDU) shaft is attached to the Spacelab support structure, and the EDU housing is connected to the cross-elevation drive unit (XDU) shaft. A yoke structure connects the XDU and the roll drive unit (RDU) housings. The yoke was designed to produce a gimbal geometry which results in the three axes of rotation intersecting at a point on the elevation shaft. Since the RDU housing is attached to the yoke, the RDU shaft is connected to the equipment platform and is free to rotate the payload about the IPS LOS. A single-speed and multispeed resolver set is provided with each torque motor. The single-speed resolver outputs relative attitude measurements used by the control system to generate attitude commands and coordinate transformations. Commutation of the torque motors is provided by the multispeed resolver. Each DU is capable of providing 30 Newton-meters (Nm) maximum torque, but the torques are limited to a maximum of 27.12 Nm in LOS and 11.16 Nm in the roll axis [2]. The IPS is constrained to a $30°$ half-cone angle for observation, but is capable of performing $\pm 180°$ roll orientations.

Mounted on the IPS lower support framework is an accelerometer package (ACP) [8] consisting of three analog force pendulums in an orthogonal configuration. The ACP outputs are filtered by a high-pass analog filter to remove alternating current (ac) coupling, and a low-pass filter to reduce aliasing due to sampling. The output of the low-pass filter is sampled and held at a 50-Hz frequency before being acquired by the control unit. The controller utilizes the ACP measurements in a feed forward path to assist in suppressing the shuttle vibration environment.

A three-axis strap-down inertial reference unit, manufactured by Feranti, is mounted on the underside of the equipment platform above the RDU. The gyro package (GP) [9] uses four single-DOF pulse-balanced rate integrating gyroscopes in the rate mode. The four wheels are arranged so that three are orthogonal while the fourth is skewed to provide redundancy in each axis if a single wheel were to fail. The GP outputs a 16-bit data word for each axis at 100 Hz. The GP will saturate, but not overflow, when the IPS or the shuttle rates reach $3°/s$. The delta angle output by the GP is read by the digital controller every 10 ms and is the primary inertial reference.

The final inertial measurement unit is the OSP [10] which consists of three fixed head star trackers (FHST's). Each FHST uses a photomultiplier tube which calculates a star's inertial coordinates from the deflection currents required to direct the incoming photons. A boresight FHST is

4



Figure 2. IPS gimbal structure.

aligned along the IPS platform LOS while the other two FHST's are skewed an angle of $\pm\alpha$ from the boresight tracker. The angle $\alpha$ is dependent upon whether the IPS mission is to be solar ($\alpha$ = 45°) or stellar ($\alpha$ = 12°). Each FHST is capable of outputing $y$ and $z$ focal plane coordinates for one or two stars. The FHST measurements are averaged 18 times over a 1-s interval before being sent to the control unit to be processed by the ADF. The two skew trackers provide the observability for the IPS roll attitude and roll drifts.

The last IPS hardware system discussed herein is the data processing system. Three computer systems and their respective interfaces comprise the IPS automatic data processing system. The data control unit (DCU) is a 16-bit fixed point processor which performs the primary 25-Hz control computations. An active thermal control system is also implemented in the DCU. The Spacelab command and data management system (CDMS) provides IPS operational mode definition, IPS command generation, and telemetry operations. A subsystem computer (SSC) of the CDMS performs the 1-Hz ADF processing. An experiment computer (EC) provides data processing for the scientific instruments. The EC can also utilize measurements from scientific instruments to generate attitude commands to the DCU or sensor substitution measurements to the SSC. This completes the hardware description of the IPS.

## C. Software Description

The software tasks required to achieve the complex IPS missions include operation mode sequencing, command generation, control and stabilization, telemetry, experiment data processing, and data storage. The tasks are divided among the three computer systems described in the hardware description section. The operational mode sequence is specified by the user and executed by the CDMS computer. Loading of the required MC and generation of proper controller commands are tasks of the mode sequencing software. One advantage of different MC's is the capability of varying the control gains, depending upon the operational mode, while using a fixed controller structure.

Control and stabilization software is executed for all IPS operational modes. The IPS uses an adaptable multirate, multivariable digital controller. Control parameters can be varied to satisfy the different requirements of the operational modes by changing the MC's. The primary control loop [11], called the fast loop, is executed in the DCU at 25 Hz. It is comprised of a PID feedback loop and an acceleration feed forward path for each gimbal axis. Figure 3 presents a simplified block diagram of the continuous plant model and the discrete IPS PID feedback controller, where the "^" denotes the discrete equivalent of the continuous parameter. The IPS is modeled by a second-order system with negligible damping and stiffness. Therefore, to obtain a system with a desirable time response, a derivative feedback term is utilized to introduce damping into the system. To meet the pointing and stability requirements, the derivative feedback gain was designed to produce a system behavior between a critically damped and an overdamped system. Also to meet the fine pointing requirements, an integral feedback path is implemented. The integral feedback increases the IPS system order by one, which enables the IPS control system to follow an acceleration input with zero steady-state error. The fast loop is executed in all operational modes except during emergency conditions, when an analog controller is used to return the IPS to the separated launch and landing configuration. For an IPS slew maneuver, the only control requirements are stability and an attitude end condition of less than 4°. Typically, for the slew maneuver, the integral feedback gain is small to improve the response of the maneuver.

6



Figure 3. Simplified IPS feedback control block diagram.

During the fine pointing operations the 1-Hz ADF, which provides attitude updates and system drift estimates to the fast loop, is executed. Control system requirements for the fine pointing operations include high pointing stability and accuracy with small rate errors. Therefore, in contrast to the slew maneuver gains in the fast loop, a significant integral term is used in the slow loop along with the proportional and derivative terms to improve steady-state error performance. Table 1 gives the Astro-1 pointing requirements used to design the control parameters. The fast loop and ADF structures will be discussed next.

The 25-Hz software, executed in the DCU, is divided into two 50-Hz minor cycles. Interrupts are not used by the DCU to synchronize read/write operations with the sensors and actuators. Instead, scheduling of the data transfers was accomplished by separating the read/write

Table 1. IPS pointing accommodations.

|  | Requirement | Design Goal |
|---|---|---|
| Accuracy | | |
| Line of sight (2 axes) | 7 arcsec | 7 arcsec |
| Roll | 20 arcmin | 1 arcmin |
| Stability | | |
| Quiescent LOS | None | 0.75 arcsec (rms) |
| Roll | None | 1.8 arcsec (rms) |
| Crew Motion LOS | None | 9.1 arcsec (peak) |
| VCRS thruster firing LOS | None | 3.3 arcsec (peak) |

operations by a specific amount of DCU code. The time required to execute the DCU code determines when the input/output operations occur. The fast-loop control loop, which is presented in figure 4, is dependent upon gyro measurements for IPS stability and control. The DCU reads the gyro package outputs every 10 ms, where three gyro reads occur in the first minor cycle and the remaining read is performed in the second. In each minor cycle, two sequential gyro measurements are averaged and then divided by 20 ms to form a rate measurement. IPS uses pulse-rebalance rate integrating gyros in a rate mode, which means the outputs of the gyros are the delta angles sensed since the last measurement. Therefore, in order to produce a rate measurement, the averaged gyro measurements are divided by the total time elapsed for both measurements. The resultant rate signal in each minor cycle is transformed from an internal gyro coordinate system to the IPS platform coordinate system, the transformation being dependent upon which gyro wheels are operational. Then, in each minor cycle the 50-Hz rate measurements are processed in a normalized second-order prefilter with a 4-Hz bandwidth to suppress high frequency signals not suppressed by the averaging operation. This is done in order to eliminate aliasing effects, which are caused by overlapping of high frequency information about the Nyquist frequency (one half of the sample frequency whenever sampling occurs). Only in the first minor cycle prefilter processing is an output equation computed, thereby producing a 25-Hz prefilter output. The prefilter states are passed between the two minor cycle prefilter processes. Shown in the upper right corner of figure 4 is an expanded view of the prefilter processing. Once the 25-Hz rate measurement has been obtained, the signal is compensated by a system drift estimate, which is the output of the ADF.

Division of the control algorithm into two minor cycles is shown by the dashed line in figure 4, where the blocks inside the dashed line comprise the calculations executed during the second minor cycle. The first minor cycle begins with the reading of the fourth gyro measurement, averaging with an initial third gyro measurement, and continues with the first 50-Hz aliasing filter processing to form the drift compensated rate measurement. The desired rate $\dot{\theta}_{DES}$ generated in the CDMS is compared to the rate signal to produce a rate error $\hat{\dot{\theta}}_{ERR}$. The LOS rate errors are then processed by a normalized seventh-order digital filter. Three second-order filters and one first-order filter in state space representation are cascaded to form the seventh-order filters in the elevation and cross-elevation axes. The filters were designed to achieve stability with an approximate 1-Hz bandwidth. To improve attenuation of high gain structural vibrations, the seventh-order filters include notches at approximately 3 Hz. In order to obtain desired attenuation of structural resonances, the frequency of the vibration modes must be known accurately. If the actual resonant frequency does not correspond to the modeled frequency, or if the frequency varies due to changes in mass or inertia, then degradation in controller response may be observed. For the Astro-1 mission, the analytical rate loop gain and phase margins are approximately 2 decibels (dB) and 20 Hz, respectively, for the worst IPS inertia configuration. Outputs of the LOS rate filter along with the unfiltered roll channel rate error form the derivative input to the PID control law.

Initial integral and proportional signals, which are generally calculated in the second minor cycle of the previous 25-Hz interval, are combined with the derivative signal to form a control command in the platform coordinate frame. The command is transformed into the gimbal coordinate system and is decoupled to produce commands in the individual gimbal axes. When a nonzero cross-elevation gimbal angle is present, the IPS gimbal configuration becomes nonorthogonal, which results in cross coupling between the roll and elevation gimbals. In order to prevent motion in the undesired coupled axis, a command is generated to resist the unwanted motion. The decoupling is accomplished via a matrix $T_{cp}$ which transforms the desired control

8



Figure 4. IPS fast-loop controller.

command from the IPS platform coordinate system ($P$) to the actuator coordinate system ($C$). To produce a torque signal, the command is multiplied by a constant IPS inertia matrix ($J_p$) for the 90/0/0 gimbal configuration. The inertia matrix consists of all the components above the RDU housing and is calculated about the IPS center of rotation. Since the actual IPS inertia matrix is a function of the gimbal configuration, use of a constant inertia matrix effectively increases the IPS feedback gains when a significant cross-elevation attitude is commanded. Therefore, pointing objectives which include significant cross-elevation attitudes exhibit degraded stability performance. The inertia matrix and the similarity transformation matrix are combined in the 3×3 matrix $T_{cp}$ shown in figure 3. Finally, the PID control torque is summed with a signal from the acceleration loop before being applied to the torque motors.

The acceleration feed forward path receives inputs from the ACP, which is located on the IPS support structure. Accelerations are measured at 50 Hz and then transformed to the IPS platform coordinate system. A 50-Hz prefilter with a 2-Hz bandwidth is used to prevent aliasing effects when the acceleration measurements are processed by the controller at 25 Hz. The acceleration prefilters are of the same form as the rate prefilters, where a 50-Hz signal is processed in both minor cycles with a 25-Hz output in only the first minor cycle. The accelerations are then processed by three second-order filters to stabilize the accelerometer path before they are combined with the PID torque commands. The first gyro read and store is performed during the accelerometer filter calculations. The combined torque commands are output to an electronics unit to be applied to the torque motors.

After the torque commands are output, the fast loop position and integral error signals are computed. As a result, an inherent 40 ms delay is present in the controller design. This delay was incorporated into the simulations presented here. To determine the pointing error, the IPS inertial attitude must be obtained from the rate measurements. Euler's kinematic representation, which is presented in section IV, is employed to determine a quaternion rate. The quaternion rate is numerically integrated using a rectangular method to form the IPS inertial quaternion attitude. The rectangular integration method was chosen in order to meet DCU timing and memory constraints. A rectangular numerical integration method approximates a function's definite integral by multiplying a specified time interval by a value of the function at a fixed time during the integration interval and summing the result with the integral of the previous interval. The rectangular integration method will only produce the correct definite integral of a constant function. If the function to be integrated is a ramp or higher order function, then an integration error will exist. During fine pointing, the IPS rates are small, and the use of rectangular integration results in negligible errors. However, during IPS and orbiter maneuvers, integration of the measured time-varying rates produces significant integration errors. The integration error produced during the slew maneuvers will contribute to the attitude error which is present at the beginning of an observation period.

Once the attitude quaternion has been obtained by rectangular integration of the quaternion rates, the attitude quaternion is then renormalized. At this point a quaternion sum is computed for use by the ADF as an average, then the second gyro read and store is performed. The last calculation of the first minor cycle is the generation of the computed platform attitude from the quaternion in the form of a direction cosine matrix (DCM). At the completion of the first minor cycle, the DCU waits for a synch pulse before beginning the second minor cycle.

10

ORIGINAL PAGE IS
OF POOR QUALITY

The second minor cycle begins with the computation of the attitude error signal $\hat{\theta}_{ERR}$ from the computed platform attitude and a desired attitude $\theta_{DES}$ supplied by the CDMS. Next the attitude errors are limited to prevent gyro saturation and then summed to form the integral error signal $\int \hat{\theta}_{ERR}$. The position and integral error signals are processed in the next minor cycle. Averaging of the first and second gyro reads is then performed and input into the second minor cycle rate prefilter. The second 50-Hz acceleration measurement is acquired, and the acceleration prefiltering is performed. This completes the 25-Hz control processing. The second minor cycle continues with execution of telemetry processing and thermal control processing. Also, during fine pointing operations, a 1-Hz branch is executed; this computes the state transition matrix to be used by the CDMS for ADF processing. Section IV will present the method for calculating the state transition matrix from the current and 1-s-old IPS quaternion attitudes. The state transition matrix is used in both the DCU and in the CDMS to propagate the state estimate to the desired time interval. Also, during the 1-Hz computation cycle, the quaternion is updated by the ADF estimate. After completion of the second minor cycle, the DCU again waits for another 20 ms synch pulse before beginning the next 25-Hz control cycle.

Processing of the 1-Hz ADF software by the SSC during fine pointing operations produces the second of the multirate control loops. As specified in the fast-loop controller description, the ADF provides the DCU with IPS attitude updates and system drift estimates once every second. Inputs required by the ADF are the OSP measurements, the state transition matrix components calculated in the DCU, and the pointing objective star direction vectors. The remainder of this report will present the development and simulation of the four estimation filters.

## III. ESTIMATION FILTER THEORY

Estimation is the determination of a physical system's state when the system and its output measurements are corrupted by stochastic noise processes. Optimal estimation produces a minimum expected error estimate based upon several factors: a cost or performance index, uncertainty of system model, statistical characteristics of system and measurement noise, and initial conditions. Smoothing, filtering, and prediction are the three types of estimation problems. To perform smoothing, measurements before and after the time point of interest must be processed to estimate the system's current states. Calculation of the state estimate at the end of a period of noisy measurements is referred to as filtering. Prediction is the processing of measurements to estimate the state of a system at some future time [4].

The theory of estimation can be applied to a wide range of problems, such as target tracking, digital image enhancement, vehicle attitude determination, materials processing, and estimation of nuclear reactor states. The estimation problem discussed in this report will be the determination of a pointing platform's inertial attitude using filtering techniques.

### A. Historical Survey

This section is not intended to give a complete review on estimation theory. There are several papers which are devoted to the development of estimation theory along with extensive

11

bibliographies: Kailath [12], Sorenson [13], and Lefferts [14]. Textbooks by Jazwinski [15], Gelb [4], and Brown [16] treat estimation theory with varying degrees of mathematical rigor.

The first published work on estimation theory is credited to Legendre in 1805 [17], but it has since been recognized that Gauss, at the age of 18, employed recursive estimation techniques in 1795 to aid astronomers in locating the asteroid Ceres. Gauss published his results in his book "Theoria Motus" [18] in 1809. The techniques developed by Gauss are known today as least-squares estimation. Fisher [19] developed the maximum likelihood approach more than a hundred years later. In 1942, Kolmogorov [20] and Wiener [21] independently developed the linear minimum mean-square estimation theory based upon classical transform function techniques. Wiener's least-squares method was applied to the linear continuous-time stationary process. In 1960 Kalman [22] published the paper "A New Approach to Linear Filtering and Prediction Problems" which, because of its discrete-time recursive nature, was readily implemented in the digital computer. The recursive equations which became known as the Kalman filter are developed using state space techniques. Since the development of the Kalman filter in 1960, the use of estimation theory has been applied to various problems.

## B. Kalman Filter Theory

The majority of material presented in this section is based upon the theory presented by Gelb [4], with portions from Brown [16]. Real systems have many sources of noise or errors which contribute to the uncertainty of their states. Estimation is the blending of noisy measurements with the imperfectly modeled state to obtain a better prediction of the state. Therefore, it can be seen that an estimator requires a model of the system. In the linear case, the discrete-time model is given by

$$x_k = \Phi_{k,k-1} x_{k-1} + w_{k-1} \ ,$$
(1)

where $x_k$ is the system's $n \times 1$ state vector and $w_k$ is the system error, or noise, vector. Also, $\Phi_{k,k-1}$ represents the discretized state transition matrix or the solution of the unforced dynamical system, and $t_k$ defines the discrete time point at which the state vector is available. Since the estimation algorithm is implemented on a digital computer, a discrete-time system representation is utilized. In order to base an estimate upon measurements, a relationship between the measurements and the states must be established. For the case of the linear, discrete time measurement, the state to measurement relationship is

$$z_k = H_k x_k + v_k \ ,$$
(2)

where $z_k$ is a discrete $m \times 1$ measurement vector, $H_k$ is the $m \times n$ observation matrix, and $v_k$ is the measurement error vector.

12

The choice of an estimation scheme depends on the type of system which must be evaluated and the amount of information that the designer has about the system. For a system which has a stationary uncertainty in the knowledge of the system, a simple observer could be implemented to estimate the desired states. A process is stationary if its probability distribution and associated statistics do not vary with time. For the situation where a system's uncertainty is stationary, the feedback gain of the observed state is time invariant. The minimization of the function

$$J_k = (z_k - H_k \hat{x}_k)^T (z_k - H_k \hat{x}_k) \ , \tag{3}$$

where $\hat{x}_k$ is the $n \times 1$ estimate of the state at time $t_k$, is referred to as least-squares estimation. Generally, estimation by least-squares requires no statistical knowedge of the system's states $x_k$ or the measurements $z_k$, consequently both processes receive equal weighting. On the other hand, the maximum likelihood method assumes some knowledge of the properties of the measurement vector represented by the random process $v_k$. Minimization of the cost function

$$J_k = (z_k - H_k \hat{x}_k)^T R^{-1} (z_k - H_k \hat{x}_k) \ , \tag{4}$$

where $R$ is a positive semidefinite matrix based upon the statistical properties of $v_k$, yields a system estimate $\hat{x}_k$ which is indirectly related to the uncertainty of $z_k$. A Bayesian estimation approach weights a cost function using the conditional probability $p_k(x_k|z_k)$ of the system and measurement vectors. For a minimum variance Bayesian estimate, the cost function is represented by the second moment of the estimation error

$$J_k = \int_{-\infty}^{+\infty} (\hat{x}_k - x_k)^T (\hat{x}_k - x_k) p_k(x_k|z_k) dx_k \ . \tag{5}$$

Equation (5) is also referred to as the expectation of the square of the estimation error

$$J_k = E[(\hat{x}_k - x_k)^T (\hat{x}_k - x_k)] \ . \tag{6}$$

Development of the discrete Kalman filter in 1960 resulted in a recursive minimum variance Bayesian estimator, which uses a blending of noisy measurements with previous state estimates to produce the best state estimate based on all current information. For the LKF, the discrete-time system represented by equation (1) is contaminated by the noise process $w_k$ which has a zero mean, Gaussian distribution. Since $w_k$ is a stochastic process, its statistical properties can be written as

$$E[w_k] = 0 \quad \text{and} \quad E[w_k w_i^T] = \begin{cases} Q_k & i = k \\ 0 & i \neq k \end{cases} \ , \tag{7}$$

13

where $i$ and $k$ denote the times at which the state vector is available. The observation model for the KF given by equation (2) is corrupted by a sequence of Gaussian distributed random variables $v_k$. Also, the measurement noise vector is uncorrelated with, and independent of, the system noise. Statistical properties of $v_k$ are presented in equation (8)

$$E[v_k] = 0 \quad \text{and} \quad E[v_k v_i^T] = \begin{cases} R_k & i = k \\ 0 & i \neq k \end{cases} , \tag{8}$$

where $i$ and $k$ denote the times at which the measurements occur. Gaussian distributions are assumed for both noise processes based on the central limit theorem. The central limit theorem can essentially be expressed as follows: the sum or combination of small independent stochastic processes exhibit an approximate Gaussian distribution regardless of the individual process distributions [16]. Given an initial estimate of the state denoted as $\hat{x}_0^-$, the linear state estimate update can be written as

$$\hat{x}_k = \hat{x}_k^- + K_k(z_k - H_k \hat{x}_k^-) . \tag{9}$$

A parameter with a superscript plus sign ($^+$) denotes that the parameter is updated or estimated during the current measurement interval, whereas the superscript minus sign ($^-$) represents a variable which was calcuulated during the previous measurement interval and propagated to the current measurement or filter cycle. The performance criterion for choosing $K_k$ is the minimization of the error covariance matrix. Substitution of equations (2) and (9) into equation (6) yields the error covariance matrix $P_k$ as follows [16]

$$P_k^+ = E\{[(x_k - \hat{x}_k^-) - K_k(H_k x_k + v_k - H_k \hat{x}_k^-)][(x_k - \hat{x}_k^-)$$
$$- K_k(H_k x_k + v_k - H_k \hat{x}_k^-)]^T\} . \tag{10}$$

Equation (10) can be rearranged into the following form

$$P_k^+ = E\{[(I - K_k H_k)(x_k - \hat{x}_k^-) - K_k v_k][(I - K_k H_k)(x_k - \hat{x}_k^-) - K_k v_k]^T\} . \tag{11}$$

Next, expanding equation (11) produces

$$P_k^+ = E\{(I - K_k H_k)(x_k - \hat{x}_k^-)(x_k - \hat{x}_k^-)^T(I - K_k H_k)^T - (I - K_K H_k)(x_k - \hat{x}_k^-)v_k^T K_k^T$$
$$- K_k v_k(x_k - \hat{x}_k^-)^T(I - K_k H_k)^T + K_k v_k v_k^T K_k^T\} . \tag{12}$$

14

Noting that the predicted error covariance matrix can be written as

$$P_k^- = E\{(x_k - \hat{x}_k^-)(x_k - \hat{x}_k^-)^T\} \quad . \tag{13}$$

Also, recall that the measurement noise vector is uncorrelated with the system error and that the expectation of the sensor noise is given by equation (8), then by performing the expectation of equation (12), the system error covariance can be expressed as

$$P_k^+ = (I - K_k H_k) P_k^- (I - K_k H_k)^T + K_k R_k K_k^T \quad . \tag{14}$$

Equation (14) is the general expression for updating the error covariance matrix which is valid for any gain $K_k$ for which equation (9) holds. The FHST tracking rate limitation constrains the actual flight ADF gains to a suboptimal estimation which requires the use of equation (14) in the gain generation program. For the purpose of this report the star tracker rate limitations will be neglected, which will allow the use of optimal filter gains.

There are several methods which may be used to determine an optimal choice of $K_k$, Sorenson [23] and Brown [16] use a completion of the square method to minimize the trace of the error covariance matrix. The more frequently used method of minimizing the diagonal of $P_k$ using matrix differentiation is presented here [4]

$$\frac{\partial \text{trace}(P_k)}{\partial K_k} = 0 \quad . \tag{15}$$

First, the terms of $P_k$ can be expanded and regrouped to form

$$P_k^+ = P_k^- - K_k H_k P_k^- - P_k^- H_k K_k^T + K_k (H_k P_k^- H_k) K_k^T + K_k R_k K_k^T \quad . \tag{16}$$

Utilizing the relationship that the trace$[AB]$ = trace$[BA]$ and that $P_k$ is a symmetric matrix, then the trace$[K_k H_k P_k]$ = trace$[P_k H_k K_k]$ and, therefore, the trace$P_k$ can be written as

$$\text{trace}P_k^+ = \text{trace}P_k^- - 2\text{trace}[K_k H_k P_k^-] + \text{trace}[K_k(H_k P_k^- H_k^T + R_k)K_k^T] \quad . \tag{17}$$

Taking the partial of equation (17) with respect to $K_k$ and using the following relationships

$$\frac{\partial \text{trace}[AB]}{\partial A} = B^T \qquad \frac{\partial \text{trace}[ABA^T]}{\partial A} = 2AB \quad , \tag{18}$$

15

then the expression for an optimal choice of $K_k$ can be stated as follows

$$-2P_k^- H_k^T + 2K_k(H_k P_k^- H_k^T + R_k) = 0 \ .$$ (19)

Equation (19) can be solved for $K_k$ to obtain the generally recognized form of the Kalman gain matrix

$$K_k = P_k^- H_k^T [H_k P_k^- H_k^T + R_k]^{-1} \ .$$ (20)

Substitution of equation (20) into equation (16) with minimal simplification results in

$$P_k^+ = P_k^- - P_k^- H_k^T (H_k P_k^- H_k^T + R_k)^{-1} H_k P_k^- \ .$$ (21)

Realizing that the second term can be replaced with $K_k H_k P_k^-$, then equation (21) can be rewritten in the frequently used Kalman covariance update equation

$$P_k^+ = [I - K_k H_k] P_k^- \ .$$ (22)

Equations (9), (20), and (22) make up the Kalman filter update equations which are processed whenever a new measurement is available. The state estimate and the error covariance of the previous measurement are required by the update equations. In a dynamic system, the state estimate and the error covariance at the previous measurement are not good measures of the system state. Therefore, the previous estimate and covariances must be propagated to the current time. Typically, the state estimate can be propagated via the state transition matrix generated from the system model

$$\hat{x}_k^- = \Phi_{k,k-1} \hat{x}_{k-1}^+ \ ,$$ (23)

where $\Phi_{k,k-1}$ is the state transition matrix (STM), and the system noise process is neglected to produce an unbiased predicted state. An unbiased predicted state is generated due to the assumed zero mean Gaussian distribution of the system's noise vector $w_k$, since the best estimate of the noise process at time $t_k$ is its expected value $E[w_k] = 0$ [24]. Propagation of the error covariance can be accomplished by first expressing the system error as the difference between system state and the state estimate at time $t_k$

$$e_k = x_k - \hat{x}_k^- \ .$$ (24)

16

Substituting equation (23) and equation (1) into equation (24) yields the system error in terms of the system's state and state estimate of the previous filter interval

$$e_k = \Phi_{k,k-1}x_{k-1} + w_{k-1} - \Phi_{k,k-1}\hat{x}_{k-1}^+ \ . \tag{25}$$

The predicted error covariance matrix $P_k^-$ can be found by taking the second moment of equation (25) as follows

$$
\begin{aligned}
P_k^- &= E[e_k e_k^T] \\
&= E\{[\Phi_{k,k-1}(x_{k-1} - \hat{x}_{k-1}^+) + w_{k-1}] \ [\Phi_{k,k-1}(x_{k-1} - \hat{x}_{k-1}^+) + w_{k-1}]^T\} \ .
\end{aligned}
\tag{26}
$$

Expanding the terms of equation (26) gives

$$
\begin{aligned}
P_k^- &= E[\Phi_{k,k-1}(x_{k-1} - \hat{x}_{k-1}^+)(x_{k-1} - \hat{x}_{k-1}^+)^T \Phi_{k,k-1}{}^T + \Phi_{k,k-1}(x_{k-1} - \hat{x}_{k-1}^+)w_{k-1}{}^T \\
&\quad + w_{k-1}(x_{k-1} - \hat{x}_{k-1}^+)^T \Phi_{k,k-1}{}^T] + w_{k-1}w_{k-1}{}^T \ .
\end{aligned}
\tag{27}
$$

Recall that the system noise and the system error are uncorrelated and that the expectation of the quadratic term is the updated error covariance of the previous filter cycle, then, by performing the expectation of equation (27), the predicted error covariance can be rewritten as

$$P_k^- = \Phi_{k,k-1}P_{k-1}{}^+ \Phi_{k,k-1}{}^T + Q_{k-1} \ , \tag{28}$$

where $Q_{k-1}$ is given by equation (7). Figure 5 shows the complete recursive Kalman filter process in a flow diagram for a linear system.

## C. Nonlinear Filter Theory

As was stated in the introduction, the use of quaternions for attitude representation and the multibody rotational dynamics result in nonlinear system and observation models. The nonlinear continuous system can be described by the differential equation

$$\dot{x}(t) = f(x(t),t) + w(t) \ , \tag{29}$$

and the nonlinear discrete measurement equation can be represented by

17



Figure 5. Flow diagram for the linear KF.

$$z_k = h_k(x_k) + v_k . \tag{30}$$

For all three nonlinear estimation filters presented in this report, the task of obtaining approximate solutions to the nonlinear representations is accomplished using truncated Taylor series approximations. The extensions of the linear KF theory for each of the nonlinear approximations are presented in the following sections.

### D. Linearized Kalman Filter

Dornier deveoped the LKF based upon the state deviation method presented by Jazwinski [15]. The state deviation or perturbation is given by

$$\partial x(t) = x(t) - \bar{x}(t) , \tag{31}$$

where $\bar{x}(t)$ is a known reference trajectory about which equation (29) is linearized. Substitution of equation (31) into equation (29) yields

$$\partial \dot{x}(t) = f(x(t),t) - f(\bar{x}(t),t) + w(t) . \tag{32}$$

18

A Taylor series approximation of equation (32), truncated after the second term, gives

$$f(x(t),t) - f(\bar{x}(t),t) = F(\bar{x}(t_0),t)\partial x(t) \ , \tag{33}$$

where $F(\bar{x}(t_0),t)$ is a Jacobian matrix evaluated along the reference trajectory: i.e..

$$F(\bar{x}(t_0),t) = \frac{\partial f_i(\bar{x}(t),t)}{\partial x_j}\Big|_{x=\bar{x}} \ . \tag{34}$$

Next the relationship between the state deviation vector $\partial x_k$ and the measurement vector $z_k$ is developed by forming a nominal measurement vector $z_k$. The nominal measurement vector is obtained by linearizing equation (30) about the reference trajectory $\bar{x}(t)$ using a Taylor series approximation. Truncation of the linearized nominal measurement equation after the second term yields

$$\bar{z}_k = h_k(\bar{x}_k) + H_k(\bar{x}_k)\partial x_k + v_k \ , \tag{35}$$

where $H_k(\bar{x}_k)$ is a Jacobian of the nonlinear observation matrix evaluated along the reference trajectory given by

$$H_k(\bar{x}_k) = \frac{\partial h_k(x)}{\partial x}\Big|_{x=\bar{x}_k} \ . \tag{36}$$

Once a linearized representation of the system and observation models have been obtained, they can be substituted into the appropriate equations in the linear KF derivation to produce the LKF update equations

$$\partial \hat{x}_k^+ = \partial \hat{x}_k^- + K_k[z_k - h(\bar{x}_k) - H_k(\bar{x}_k)\partial \hat{x}_k^-] \ , \tag{37}$$

$$P_k^+ = [I - K_k H_k(\bar{x}_k)]P_k^- \ , \tag{38}$$

$$K_k = P_k^- H_k^T(\bar{x}_k)[H_k(\bar{x}_k)P_k^- H_k^T(\bar{x}_k) + R_k]^{-1} \ , \tag{39}$$

and the propagation equations

$$\partial \hat{x}_k^- = \Phi_{k,k-1}\partial \hat{x}_k^+ \ , \tag{40}$$

19

$$P_k^- = \Phi_{k,k-1} P_k^+ \Phi_{k,k-1} + Q_{k-1} \quad . \tag{41}$$

Once the state deviation estimate has been obtained, the state estimate can be updated by

$$\hat{x}_k^+ = \hat{x}_k^- + \partial \hat{x}_k^+ \quad . \tag{42}$$

The use of a known reference trajectory about which the estimation filter models are linearized allows the computation of the gains a priori. Therefore, only equations (37), (40), and (42) are necessary to implement the LKF in the IPS flight software. Of course the state transition matrix must be computed to satisfy equation (39).

## E. Extended Kalman Filter

To obtain the EKF, the nonlinear system equation (29) and the nonlinear observation equation (30) are linearized about the predicted state estimate $\hat{x}^-$. According to Gelb [4], the truncated Taylor series approximations using the predicted estimate are found to be

$$f(x(t),t) = f(\hat{x}(t),t) + F(\hat{x}(t),t)(x_k - \hat{x}(t)) \quad , \tag{43}$$

and

$$h_k(x_k) = h_k(\hat{x}_k^-) + H_k(\hat{x}_k^-)(x_k - \hat{x}_k^-) \quad , \tag{44}$$

where

$$F(\hat{x}(t),t) = \frac{\partial f_i(x(t),t)}{\partial x_j}\Big|_{x=x^-} \quad \text{and} \quad H_k(\hat{x}_k^-) = \frac{\partial h_k(x)}{\partial x}\Big|_{x=\hat{x}_k^-} \quad . \tag{45}$$

For the EKF the full state vector is employed as opposed to the state deviation vector used in the LKF. As with the LKF, substitution of equations (43) and (44) into the system and observation models in the derivation of the linear KF produces the EKF update equations as follows

$$\hat{x}_k^+ = \hat{x}_k^- + K_k[z_k - h(\hat{x}_k^-)] \quad , \tag{46}$$

$$K_k = P_k^- H_k^T(\hat{x}_k^-)[H_k(\hat{x}_k^-)P_k^- H_k^T(\hat{x}_k^-) + R_k]^{-1} \quad , \tag{47}$$

20

$$P_k^+ = [I - K_k H_k(\hat{x}_k^-)]P_k^- .$$

(48)

Also the EKF propagation equations are determined to be

$$\hat{x}_k^- = \Phi_{k,k-1}\hat{x}_{k-1}^+ ,$$

(49)

$$P_k^- = \Phi_{k,k-1}P_k^+\Phi_{k,k-1} + Q_{k-1} .$$

(50)

Since the EKF is linearized about the predicted state estimate, equations (46) through (50) must be computed during one EKF estimation interval.

## F. Second-Order Kalman Filter

The material presented in this section is mainly derived from the paper by Vathsal, "Spacecraft Attitude Determination Using a Second-Order Nonlinear Filter" [5], although some notation is consistent with Gelb [4]. As with the EKF, the SOKF is obtained by linearizing the nonlinear system and observation models about the predicted state estimate $\hat{x}^-$ using a Taylor series expansion. However, for the SOKF, second-order terms are considered significant and are included in the approximation

$$f(x(t),t) = f(\hat{x}(t),t) - F(\hat{x}(t),t)\tilde{x}(t) + \frac{1}{2}\partial^2(f,\tilde{x}(t)\tilde{x}^T(t)) ,$$

(51)

and

$$h_k(x_k) = h_k(\hat{x}_{\hat{k}}) - H_k(\hat{x}_k^-)\tilde{x}_k^- + \frac{1}{2}\partial^2(h_k,\tilde{x}_k^-\tilde{x}_k^{-T}) .$$

(52)

The third terms in equations (51) and (52) can be written as vectors of the traces of Hermitian matrices, of the respective models, and the system covariance $P_k^-$. Equation (53) gives the $i$th Hermitian matrix which corresponds to the second partial of the $i$th element of the observation vector $z_k$ with respect to the filter states $x_k$

$$\tilde{H}_i = \frac{\partial^2 h_k(\hat{x}_k^-)_i}{\partial x_n \partial x_m} .$$

(53)

21

Substitution of the linearized equations into the linear KF development yields the SOKF update equations

$$\hat{x}_k{}^+ = \hat{x}_k{}^- + K_k[z_k - h_k(\hat{x}_k{}^-) - A_k] \quad, \tag{54}$$

$$K_k = P_k{}^- H_k{}^T(\hat{x}_k{}^-)[H_k(\hat{x}_k{}^-)P_k{}^- H_k{}^T(\hat{x}_k{}^-) + R_k + B_k]^{-1} \quad, \tag{55}$$

and

$$P_k{}^+ = [I - K_k H_k(\hat{x}_k{}^-)]P_k{}^- \quad, \tag{56}$$

where the $i$th element of the vector $A_k$ is

$$[A_k]_i = \frac{1}{2} \text{trace}\{\tilde{H}_i(\hat{x}_k{}^-)P_k{}^-\} \quad, \tag{57}$$

and $B_k$ is the matrix whose $ij$th element is given by

$$[B_k]_{ij} = \frac{1}{2} \text{trace}[\tilde{H}_i(\hat{x}_k{}^-)P_k{}^- \tilde{H}_j(\hat{x}_k{}^-)P_k{}^-] \quad. \tag{58}$$

The propagation equations of the SOKF are the same as for the EKF assuming the STM was generated including the second-order system terms.

## IV. IPS ATTITUDE DETERMINATION

The desire to view different astronomical bodies and the occultation of objectives due to the shuttle's orbit required the capability to perform IPS and/or orbiter inertial attitude maneuvers. In order to minimize the time between astronomical observations, the maneuvers are performed at rates which exceed the IPS optical sensors' tracking capability. Therefore, the inertial attitude is maintained by the gyros and the attitude calculations performed in the DCU. Both the unknown gyro drift and DCU numerical errors result in an accumulated attitude error unobserved by the IPS control system. To improve the IPS pointing performance, an estimation filter was implemented using the optical sensor to determine the system drifts and the attitude errors accumulated during gyro-only control. Use of the optical sensor requires that the estimation filter be executed during fine pointing operations, when the IPS platform inertial rates are expected to be within the sensors tracking capability.

22

The first three terms of the estimation filter are the inertial attitude of the IPS. The attitude of a vehicle can be described using various methods such as DCM [25], Euler angles [26], or by quaternions [27]. A quaternion is a vector of dimension $4 \times 1$ which can define a coordinate transformation between two frames by one rotation about the axis which is unique to both coordinate systems. Quaternions were selected as the method to determine IPS's attitude because they require fewer variables than DCM's or Euler angles and are not subject to the trigonometric singularities commonly known as gimbal lock. Normalization of the quaternion vector allows reduction of the system's states through the relationship

$$q_4 = \sqrt{1 - q_1{}^2 - q_2{}^2 - q_3{}^3} \ . \tag{59}$$

Since the system drifts $D_i$ contribute significantly to the accumulated attitude errors, inclusion of three states to estimate the drifts in each IPS axis will improve the system performance. The system model shown in equation (60) has been widely used to determine a vehicle's attitude

$$x^T = [ \ q_1 \quad q_2 \quad q_3 \quad D_1 \quad D_2 \quad D_3 \ ] \ . \tag{60}$$

When Dornier System developed the ADF, which is presently implemented in the IPS, thermal deflections of the star trackers were considered to significantly impact the attitude measurements. As a result, a 10-state estimation filter was designed in which the last four elements of the filter states were misalignments between star trackers. Further analysis of the star trackers' thermal deflection characteristics have since found the misalignments due to thermal gradients to be negligible. Therefore, the six-element state representation shown in equation (60) will be utilized throughout this report. Once the IPS states to be estimated are defined, then the system model shown in equation (29) must be developed to determine the propagation of the states and error covariance matrix of the estimation filter. Most systems require the development of an analytical model to specify the state trajectory. But, vehicle attitude estimation utilizes an applied modeling technique which substitutes rate measurements in place of the dynamic model, eliminating the need to obtain a solution of the dynamic equations [28]. Generally, a gyro package integrates the dynamic equations mechanically, which leaves only the definition and integration of the dynamically coupled kinematic equations to define the motion of the IPS. A well-known kinematic attitude representation attributed to Euler can be written in the differential form using quaternions as

$$\dot{q}(t) = \frac{1}{2}\Omega(t)q(t) \ , \tag{61}$$

where $\Omega(t)$ is the matrix of vehicle body rates $\omega_i$

23

$$\Omega(t) = \begin{bmatrix} 0 & \omega_z & -\omega_y & \omega_x \\ -\omega_z & 0 & \omega_x & \omega_y \\ \omega_y & -\omega_x & 0 & \omega_z \\ -\omega_x & -\omega_y & -\omega_z & 0 \end{bmatrix} \qquad (62)$$

which are outputs of a gyro package. If you assume $\Omega(t)$ is constant over the sample period, then the unforced solution $q(t)$ to the continuous state attitude equation (61) can be written as

$$q(t) = e^{1/2\Omega(t-t_0)} q(t_0) . \qquad (63)$$

To find the discrete time solution to equation (61), let $\tau$ be the sample interval between measurements and substitute into equation (63) to obtain

$$q(t_k+1) = e^{1/2\Omega_k\tau} q(t_k) , \qquad (64)$$

which can be rewritten as

$$q_k = \Phi_{k,k-1} q_{k-1} , \qquad (65)$$

where $\Phi_{k,k-1}$ is the discrete time STM, which can be considered a quaternion matrix. If the quaternion at time $t_{k-1}$ represents a rotation of the IPS platform coordinate system with respect to the fixed inertial frame and the quaternion $q_k$ represents a different platform to inertial transformation at time $t_k$, then the state transition matrix is a transformation between the two platform coordinate systems. A quaternion which is the culmination of successive rotations can be represented by the multiplication of quaternions which define the individual rotations

$$q_T = q_1 q_2 . \qquad (66)$$

The quaternion multiplication expressed by equation (66) was shown by Euler [29] to be

$$q_{T1} = q_{11}q_{21} - q_{12}q_{22} - q_{13}q_{23} - q_{14}q_{24}$$

$$q_{T2} = q_{11}q_{22} + q_{12}q_{21} + q_{13}q_{24} - q_{14}q_{23}$$

$$q_{T3} = q_{11}q_{23} - q_{12}q_{24} + q_{13}q_{21} + q_{14}q_{22} \qquad (67)$$

$$q_{T4} = q_{11}q_{24} + q_{12}q_{23} - q_{13}q_{22} + q_{14}q_{21} ,$$

24

where the first subscript shown in equation (67) defines the quaternion rotation and the second subscript is the quaternion component. It can be shown that an equivalent expression for equation (66) can be obtained from the multiplication of the "quaternion matrix" [29], which is composed of the elements of the quaternion $q_1$, with the quaternion vector $q_2$.

$$
\begin{pmatrix} q_{T1} \\ q_{T2} \\ q_{T3} \\ q_{T4} \end{pmatrix} = \begin{pmatrix} q_{11} & -q_{12} & -q_{13} & -q_{14} \\ q_{12} & q_{11} & -q_{14} & q_{13} \\ q_{13} & q_{14} & q_{11} & -q_{12} \\ q_{14} & -q_{13} & q_{12} & q_{11} \end{pmatrix} \begin{pmatrix} q_{21} \\ q_{22} \\ q_{23} \\ q_{24} \end{pmatrix}
\tag{68}
$$

From Ickes [29], the quaternion $q_T$ can also be found from

$$
\begin{pmatrix} q_{T1} \\ q_{T2} \\ q_{T3} \\ q_{T4} \end{pmatrix} = \begin{pmatrix} q_{21} & -q_{22} & -q_{23} & -q_{24} \\ q_{22} & q_{21} & q_{24} & -q_{23} \\ q_{23} & -q_{24} & q_{21} & q_{22} \\ q_{24} & q_{23} & -q_{22} & q_{21} \end{pmatrix} \begin{pmatrix} q_{11} \\ q_{12} \\ q_{13} \\ q_{14} \end{pmatrix}
\tag{69}
$$

The matrix given in equation (69) is referred to as the quaternion transmuted matrix. Assuming that the gyro package measurements are output at a fixed sample rate and that the vehicle's rates are constant over the sample period, then a closed-form solution is known for the Euler's differential kinematic equation. However, Dornier System implemented a numerical approximation to the solution of the state transition matrix [30]. First the updated attitude quaternion $q_{k-1}$ is stored at the beginning of a 1-Hz ADF cycle. The 25-Hz control loop removes the updated attitude error during the 1-s ADF interval. When the 1-Hz interval is completed, the current quaternion $q_k$ calculated in the fast loop is the gyro model of the predicted ADF estimate. Since the IPS attitude state transition between two estimation filter cycles is essentially a rotation between two attitudes, the state transition matrix can be expressed as quaternion matrix. Therefore, equation (65) can be rewritten in the following form

$$
q_k = \begin{bmatrix} \Phi_0 & \Phi_3 & -\Phi_2 & \Phi_1 \\ -\Phi_3 & \Phi_0 & \Phi_1 & \Phi_2 \\ \Phi_2 & -\Phi_1 & \Phi_0 & \Phi_3 \\ -\Phi_1 & -\Phi_2 & -\Phi_3 & \Phi_0 \end{bmatrix} q_{k-1} \ .
\tag{70}
$$

The equivalent relationship using the transmuted quaternion matrix is

25

$$q_k = \begin{bmatrix} q_1 & q_4 & -q_3 & q_2 \\ q_2 & q_3 & q_4 & -q_1 \\ q_3 & -q_2 & q_1 & q_4 \\ q_4 & -q_1 & -q_2 & -q_3 \end{bmatrix} \begin{bmatrix} \Phi_0 \\ \Phi_1 \\ \Phi_2 \\ \Phi_3 \end{bmatrix} , \tag{71}$$

where the elements of the matrix are elements of the quaternion $q_{k-1}$ saved from the end of the previous filter cycle. That is

$$q_k = q_{k-1} \Phi_{k,k-1} . \tag{72}$$

It can be shown that any quaternion matrix is an orthogonal matrix, therefore its transpose is equal to its inverse, and as a result equation (72) can be shown as

$$\Phi_{k,k-1} = q_{k-1}{}^T q_k . \tag{73}$$

Equation (73) is the calculation of the quaternion components which represent a Euler axis rotation between the IPS platform attitude at two different time intervals. Once the components of $\Phi_{k,k-1}$ are determined, they can be substituted into equation (70) to define the state transition matrix. According to Dornier, the method presented for determining the elements of $\Phi_{k,k-1}$ was simulation verified and has been implemented in the current IPS software. The STM computation method given above was also used in the estimation algorithms presented in this report in an effort to maintain consistent simulations. The STM development given has only been for the attitude states. System drifts are assumed to be constant, which allows the propagation of the drifts with the identity transformation. This completes the definition of the system model and the state transition matrix.

Next, the development of the IPS observation equations will be presented. First, the implementation of the linear, discrete Kalman equations are assumed to be valid due to the small rotations and rates experienced during IPS fine pointing operations. A linear relationship between the filter states and the measurement vector was developed as a part of this study and was based on the following observations. Recall that the first three components of the state vector are the complex components of the quaternion which is an eigenaxis rotation from the actual IPS platform attitude to the desired inertial attitude. For a small rotation ($\theta$ less than 10°), the complex quaternion components can be simplified to [31]

$$[q_1 \ q_2 \ q_3]^T = \begin{bmatrix} \dfrac{\theta_x}{2} & \dfrac{\theta_y}{2} & \dfrac{\theta_z}{2} \end{bmatrix}^T , \tag{74}$$

26

where $\theta_i$ are the components of the rotation about the gimbal axes. A small pitch attitude error results in a rotation about the IPS $y$ axis which corresponds to a $z$ tracker measurement and a $q_3$ state estimate. A small yaw attitude error produces a rotation about the $y$ axis, a $z$ tracker measurement, and a $q_2$ state estimate. From equation (74) it can be seen that for a small angle the star tracker measurements will be twice the corresponding quaternion element. Both pitch and yaw attitude errors are seen equally by all three trackers. A small roll attitude error will be seen as a $z$ measurement of equal magnitude, but opposite in sign, by each skew star tracker. The roll quaternion $q_1$ is related to the skew tracker measurements by twice the sine of the trackers's skew angle ($2\text{sine}12° \approx 0.4$). Finally, since the drifts are included in the accumulated attitude errors, the observation matrix drift terms are zero. The complete observation matrix for the linear KF implementation is presented in equation (75).

$$H(t) = \begin{pmatrix} 0 & 0 & -2 & 0 & 0 & 0 \\ 0 & 2 & 0 & 0 & 0 & 0 \\ 0 & 0 & -2 & 0 & 0 & 0 \\ 0.4 & 2 & 0 & 0 & 0 & 0 \\ 0 & 0 & -2 & 0 & 0 & 0 \\ -0.4 & 2 & 0 & 0 & 0 & 0 \end{pmatrix} . \tag{75}$$

A listing of the discrete Kalman filter is presented in appendix C.

Next the observation model of the three nonlinear filters is developed. The observation model widely used for inertial star trackers in the determination of a vehicle's attitude transforms a star's reference direction vector in inertial space $S_r$ to a predicted measurement direction vector in the sensor coordinate frame $S_s$ as given in equation (76) [28]

$$S_s = TA(q)S_r . \tag{76}$$

An ephemeris, a catalog of star positions on certain dates, is used to define the components of the reference star direction vector for the desired mission pointing objectives. The matrix $A(q)$ is the inertial attitude transformation from the desired inertial attitude to the actual IPS body attitude, where the well-known nonlinear quaternion representation of $A(q)$ is given by

$$A(q) = \begin{bmatrix} q_1^2 - q_2^2 - q_3^2 + q_4^2 & 2(q_1q_2 + q_3q_4) & 2(q_1q_3 - q_2q_4) \\ 2(q_1q_2 - q_3q_4) & -q_1^2 + q_2^2 - q_3^2 + q_4^2 & 2(q_1q_4 + q_2q_3) \\ 2(q_1q_3 + q_2q_4) & 2(q_2q_3 - q_1q_4) & -q_1^2 - q_2^2 + q_3^2 + q_4^2 \end{bmatrix} \tag{77}$$

27

The matrix $T$ in equation (76) is a fixed transformation from the IPS body coordinate frame to the sensor coordinate system given by

$$T = \begin{pmatrix} \cos\alpha & \sin\alpha & 0 \\ -\sin\alpha & \cos\alpha & 0 \\ 0 & 0 & 1 \end{pmatrix} \tag{78}$$

For the boresight FHST, the matrix $T$ is the identity matrix, while the skew tracker transformations are $\pm\alpha$ rotations about the boresight $z$ axis. The rotation $\alpha$ is dependent upon the IPS mission configuration; $\alpha$ is 45° for solar missions and 12° for stellar missions. A 12° rotation of the skew trackers is implemented for the simulation presented in this report.

Once the predicted star direction vector $S_s$ has been defined by equation (76), then the relationship between the direction vector and the star tracker outputs must be determined. The FHST measures two geometrical coordinates $y_f$ and $z_f$ in the sensor focal plane. The measurements are proportional to the angles defined by the IPS LOS and the star direction vector as shown in figure 6. Before being output by the FHST, the geometrical coordinates are divided by the optical focal length, which forms the direction tangents of the angles $\alpha_y$ and $\alpha_z$.

From figure 6 it can be observed that the star direction vector in the sensor coordinate frame can also be represented by the direction tangents of the angles $\alpha_y$ and $\alpha_z$ [32]

$$\tan\alpha_y = \frac{S_{S3}}{S_{S1}} \quad \text{and} \quad \tan\alpha_z = \frac{S_{S2}}{S_{S1}} \tag{79}$$

From equations (30) and (79), the nonlinear observation model for the IPS for a single star tracker can be written as

$$z_k^T = h_k^T + v_k^T = [S_{S3}/S_{S1} \quad S_{S2}/S_{S1}]^T + v_k^T . \tag{80}$$

To implement the three nonlinear filters, equation (80) must first be linearized, which requires the computation of partial derivatives of the observation model with respect to the reference state vector. The SOKF also requires the calculation of the second partials of the observation model. Since the measurement vector $z_k$ consists of two measurements from three FHST, where the transformation $T$ for the separate star trackers are independent of the estimation filter state vector, the partials of the observation equation can be derived for a general star tracker as follows. Let $H_1$ be the $\alpha_y$ component of the measurement vector and $H_2$ be the $\alpha_z$ component; then using equation (80) and the differentiation chain rule, the partials for the general measurement equation can be expressed as

28



Figure 6.  Projection of star tracker measurements.

$$\frac{\partial H_i}{\partial x_m} = \frac{1}{S_1^2} \left\{ S_1 \frac{\partial S_{i+1}}{\partial x_m} - S_{i+1} \frac{\partial S_1}{\partial x_m} \right\} \qquad \begin{array}{l} i = 1,2 \\ m = 1,\ldots,6 \end{array} \tag{81}$$

and the second partials can be written as

$$\frac{\partial^2 H_i}{\partial x_j \partial x_m} = \frac{1}{S_1^3} \left\{ S_1^2 \frac{\partial^2 S_{i+1}}{\partial x_j \partial x_m} - S_1 S_{i+1} \frac{\partial^2 S_1}{\partial x_j \partial x_m} + 2 S_{i+1} \left( \frac{\partial S_1}{\partial x_j} \right) \left( \frac{\partial S_1}{\partial x_m} \right) \right.$$
$$\left. - S_1 \left[ \left( \frac{\partial S_1}{\partial x_j} \right) \left( \frac{\partial S_{i+1}}{\partial x_m} \right) + \left( \frac{\partial S_{i+1}}{\partial x_j} \right) \left( \frac{\partial S_1}{\partial x_m} \right) \right] \right\}$$

$$i = 1,2 \quad j = 1,\ldots,6 \quad m = 1,\ldots,6 \quad . \tag{82}$$

where $i$ is the LOS component of the measurement vector, and $j$ and $m$ are the components of the estimation filter state vector. Noting that the observation model is independent of the system drifts, and therefore the partials of $h_m$ with respect to the drifts are zero, allows the computation of the partial derivatives of the observation model only with respect to the quaternions.

For the LKF, the implementation of equation (81) by Dornier is found in reference 3. Since the EKF also requires only the first partials of the observation matrix, Dornier's implementation of equation (81) was utilized in the coding of the EKF simulation. However, since the SOKF requires both the first and second partials of the nonlinear observation model, equations (81) and (82) were implemented as follows. Equation (76) can be rewritten as

$$S = [B]r , \tag{83}$$

where $B$ is a $3 \times 9$ matrix whose elements are combinations of elements from $T$ and $S_r$. The components of $r$ are elements of the matrix $A(q)$, i.e., $r_1 = A_{11}$, $r_2 = A_{12}, \ldots, r_8 = A_{32}$, $r_9 = A_{33}$. Hence, $S$ can be expressed as the product of a matrix $B$, whose elements $b_{i,j}$ are independent of quaternions, and a vector whose elements are functions of quaternions. Therefore

$$\frac{\partial S_i}{\partial q_m} = \sum_{n=1}^{9} b_{i,n} \frac{\partial r_n}{\partial q_m} \qquad \begin{array}{l} i = 1,2,3 \\ m = 1,2,3 \end{array} \tag{84}$$

and

$$\frac{\partial^2 S_i}{\partial q_j \partial q_m} = \sum_{n=1}^{9} b_{i,n} \frac{\partial^2 r_n}{\partial q_j \partial q_m} \qquad \begin{array}{l} i = 1,2,3 \\ j = 1,2,3 \\ m = 1,2,3 \end{array} \tag{85}$$

30

Performing the partial derivative of $r$ with respect to the quaternions results in the $9 \times 3$ matrix $W$ given by

$$W^T = \begin{pmatrix} 0 & w_1 & w_2 & w_3 & w_4 & w_5 & w_6 & -w_5 & w_4 \\ w_7 & w_8 & -w_9 & w_{10} & 0 & w_6 & w_9 & w_2 & w_7 \\ w_{11} & w_{12} & w_{10} & -w_{12} & w_{11} & w_1 & w_8 & w_3 & 0 \end{pmatrix} \tag{86}$$

where the 27 elements of $W_{i,j}$ are defined by 12 unique partials $w_n$, not including constants. These are given by:

$$
\begin{aligned}
w_1 &= (2/q_4)(q_2 q_4 - q_1 q_3) & w_7 &= -4q_2 \\
w_2 &= (2/q_4)(q_1 q_2 + q_3 q_4) & w_8 &= (2/q_4)(q_1 q_4 - q_2 q_3) \\
w_3 &= (2/q_4)(q_1 q_3 + q_2 q_4) & w_9 &= (2/q_4)(q_4{}^2 - q_2{}^2) \\
w_4 &= -4q_1 & w_{10} &= (2/q_4)(q_1 q_4 + q_2 q_3) \\
w_5 &= (2/q_4)(q_4{}^2 - q_1{}^2) & w_{11} &= -4q_3 \\
w_6 &= (2/q_4)(q_3 q_4 - q_1 q_2) & w_{12} &= (2/q_4)(q_4{}^2 - q_3{}^2)
\end{aligned}
\tag{87}
$$

For example the element in row 3 column 2, $W_{3,2} = -w_9$, is the first partial of $r_3$ with respect to $q_2$, and $W_{8,1} = -w_5$ is the first partial of $r_8$ with respect to $q_1$.

The matrix $\Delta$ is obtained from taking the second partial of the vector $r$ with respect to the quaternions.

$$\Delta = \begin{pmatrix}
0 & 0 & 0 & 0 & -4 & 0 & 0 & 0 & -4 \\
-\delta_1 & \delta_2 & -\delta_3 & \delta_2 & -\delta_4 & -\delta_5 & -\delta_3 & -\delta_5 & -\delta_6 \\
\delta_7 & \delta_8 & \delta_9 & \delta_8 & \delta_{10} & \delta_4 & \delta_9 & \delta_4 & \delta_5 \\
\delta_1 & \delta_9 & \delta_3 & \delta_9 & \delta_4 & \delta_5 & \delta_3 & \delta_5 & \delta_6 \\
-4 & 0 & 0 & 0 & 0 & 0 & 0 & 0 & -4 \\
-\delta_{11} & -\delta_7 & -\delta_1 & -\delta_7 & -\delta_8 & \delta_2 & -\delta_1 & \delta_2 & -\delta_3 \\
-\delta_7 & -\delta_8 & \delta_2 & -\delta_8 & -\delta_{10} & -\delta_4 & \delta_2 & -\delta_4 & -\delta_5 \\
\delta_{11} & \delta_7 & \delta_1 & \delta_7 & \delta_8 & \delta_9 & \delta_1 & \delta_9 & \delta_3 \\
-4 & 0 & 0 & 0 & -4 & 0 & 0 & 0 & 0
\end{pmatrix} \tag{88}$$

where the $9 \times 9$ matrix $\Delta$ has 11 unique second partials $\delta_n$, not including constants, defined by

$$\delta_1 = 2\frac{q_3}{q_4}\left(1+\frac{q_1^2}{q_4^2}\right)$$

$$\delta_2 = 2\left(1-\frac{q_1q_2q_3}{q_4^3}\right)$$

$$\delta_3 = 2\frac{q_1}{q_4}\left(1+\frac{q_3^2}{q_4^2}\right)$$

$$\delta_4 = 2\frac{q_3}{q_4}\left(1+\frac{q_2^2}{q_4^2}\right)$$

$$\delta_5 = 2\frac{q_2}{q_4}\left(1+\frac{q_3^2}{q_4^2}\right)$$

$$\delta_6 = 2\frac{q_3}{q_4}\left(3+\frac{q_3^2}{q_4^2}\right)$$

$$\delta_7 = 2\frac{q_2}{q_4}\left(1+\frac{q_1^2}{q_4^2}\right)$$

$$\delta_8 = 2\frac{q_1}{q_4}\left(1+\frac{q_2^2}{q_4^2}\right)$$

$$\delta_9 = 2\left(1+\frac{q_1q_2q_3}{q_4^3}\right)$$

$$\delta_{10} = 2\frac{q_2}{q_4}\left(3+\frac{q_2^2}{q_4^2}\right)$$

$$\delta_{11} = 2\frac{q_1}{q_4}\left(3+\frac{q_1^2}{q_4^2}\right)$$

$$(89)$$

Columns 1 through 9 of $\Delta$ represent the second partials with respect to $\partial q_1^2$, $\partial q_2 \partial q_1, \ldots, \partial q_2 \partial q_3$, and $\partial q_3^2$, respectively. For example the element in row 7 and column 6 of the matrix $\Delta$ is given by

$$\Delta_{7,6} = -\delta_4 = \frac{\partial^2 r_7}{\partial q_3 \partial q_2} \tag{90}$$

The first partials of $r$ given in $W$ and the second partials of $r$ given in $\Delta$ are independent of the star tracker. Substitution of $W$ and $\Delta$ into equations (84) and (85) yields the partials of the non-linear equation (76), which are dependent upon the star tracker transformation matrix $T$ and the desired star reference direction vector $S_r$ contained in the matrix $B$. Therefore, solving equations (84) and (85) for each of the three FHST's and substituting the resulting partials into equations (81) and (82) forms the Jacobian and Hermitian matrices of the IPS observation model. Appendices D through F present the listings for the implementation of the three nonlinear estimation filters LKF, EKF, and SOKF, respectively.

## V. SIMULATION DESCRIPTION

Earlier IPS fine pointing simulations were constrained to small deviations about the desired pointing objective. The simulations utilized a fixed IPS structural configuration which did not include nonlinear effects due to varying inertias. Additionally, the nonlinear accelerations were neglected in the kinematic representation. Verification of the IPS control system performance and stability were accomplished by simulating 11 separate IPS gimbal configurations. In order to verify the nonlinear effects on the estimation filters and to improve the verification process, a new IPS simulation was developed as part of the effort of this research. To account for the nonlinear rotational accelerations and varying inertias, a multibody simulation program called TREETOPS was used to model the system equations of motion [33,34]. TREETOPS was developed by Dynacs, supported in part by NASA, to model complex structures such as robot arms, large space structures, and even biosystems in a tree structure as shown in figure 7.

32





$\underline{g}_i^j$ = TRANSLATION AXES FOR $j^{TH}$ HINGE
(FIXED IN BODY L(j) COORDINATES)

$\underline{\ell}_i^j$ = ROTATION AXES FOR $j^{TH}$ HINGE

$\underline{Y}_{L(j)j}$ = TRANSLATION OF $j^{TH}$ HINGE

$\underline{B}_i$ = BASIS VECTORS OF BODY L (j)

$\underline{b}_i$ = BASIS VECTORS OF BODY j

Figure 7.  Tree structure for a multibody system.

TREETOPS is written in FORTRAN and will run on several computer systems. The simulations presented herein were performed on a VAX 780 series computer. An interactive setup program called TREESET is provided with TREETOPS which assists the user in:

1. The definition of the structure, attach points, and boundary conditions of individual bodies

2. The definition of sensor and actuator types as well as their locations

3. The definition of two program resident controllers.

TREETOPS can also input NASTRAN (a finite element modeling program) data to define the system's individual body's masses, inertias, and flexibilities. Along with the discrete and continuous program defined controllers, a user supplied controller written in FORTRAN can be easily incorporated into the TREETOPS simulation.

## A. IPS Simulation Model

A five-body TREETOPS model was developed to simulate the various IPS operations, shown in figure 8. The first body defined for the IPS simulation is an on-orbit model of the shuttle *Columbia* with the payload bay doors open and the shuttle payload, not including the IPS. Making up the second body is the Spacelab pallet and the IPS gimbal support structure. Body two is rigidly attached to body one. The elevation torque motor housing and cross-elevation torque motor shaft form body three. Body four includes the cross-elevation and roll torque motor housings and the yoke. Body five consists of the roll torque motor shaft, IPS instrumentation, and observational equipment. Each gimbal is constrained to one rotational DOF. The mass properties of each body were obtained from test-verified NASTRAN simulations. Models of the sensors and actuators provided with TREETOPS were compatible with IPS hardware. A user-defined controller was developed to model the 25-Hz digital control loop, the necessary command generators, and the ADF. Figure 9 gives the complete TREETOPS block diagram for the IPS simulation. The 25-Hz control loop and the command generators are in the FORTRAN subroutine USDC which is presented in appendix B. The remaining discussion in this section will present the equations implemented for each estimation filter and the FORTRAN subroutines which contain the equations.

## B. Linear Kalman Filter

For the KF, all the equations are contained in the subroutine LADF which is found in appendix C. Only the KF equations implemented in the simulations are presented here, the derivation of the equations can be found in section III-B and section IV.

1. Subroutine LADF

A. State transition matrix equation (73)

$$\Phi_{k,k-1} = q_{k-1}{}^T q_k \tag{91}$$



Figure 8. IPS five-body model.

35



Figure 9. IPS TREETOPS block diagram.

B. Observation matrix equation (75)

$$H(t) = \begin{pmatrix} 0 & 0 & -2 & 0 & 0 & 0 \\ 0 & 2 & 0 & 0 & 0 & 0 \\ 0 & 0 & -2 & 0 & 0 & 0 \\ 0.4 & 2 & 0 & 0 & 0 & 0 \\ 0 & 0 & -2 & 0 & 0 & 0 \\ -0.4 & 2 & 0 & 0 & 0 & 0 \end{pmatrix} \qquad (92)$$

C. State propagation equation (23)

$$\hat{x}_k^- = \Phi_{k,k-1}\hat{x}_{k-1}^+ \qquad (93)$$

D. Covariance propagation equation (28)

$$P_k^- = \Phi_{k,k-1}P_{k-1}^+\Phi_{k,k-1}^T + Q_{k-1} \qquad (94)$$

E. State update equation (9)

$$\hat{x}_k = \hat{x}_k^- + K_k(z_k - H_k\hat{x}_k^-) \qquad (95)$$

F. Covariance update equation (22)

$$P_k^+ = [I - K_kH_k]P_k^- . \qquad (96)$$

## C. Linearized Kalman Filter

The LKF coding is divided into three subroutines: LADF, SUBOPT, and GAINMA as provided by Dornier. Derivation of the LKF equations is provided in section III-D and section IV. Implementation of the LKF equations by subroutine is found in appendix D.

1. LADF

A. State transition matrix equation (73)

$$\Phi_{k,k-1} = q_{k-1}{}^T q_k \tag{97}$$

B. State propagation equation (39)

$$\partial \hat{x}_k{}^- = \Phi_{k,k-1} \partial \hat{x}_{k-1}{}^+ \tag{98}$$

C. Observation matrix equation (81)

$$\frac{\partial H_i}{\partial x_m} = \frac{1}{S_1{}^2} \left\{ S_1 \frac{\partial S_{i+1}}{\partial x_m} - S_{i+1} \frac{\partial S_1}{\partial x_m} \right\} \qquad \begin{array}{l} i = 1,2 \\ m = 1,\dots,6 \end{array} \tag{99}$$

2. SUBOPT

State update equation (38)

$$\partial \hat{x}_k{}^+ = \partial \hat{x}_k{}^- + K_k[z_k - h(\bar{x}_k) - H_k(\bar{x}_k) \partial \hat{x}_k{}^-] \tag{100}$$

3. GAINMA

Processing of time-varying precomputed gains.

## D. Extended Kalman Filter

For the EKF, the equations are implemented in three subroutines: LADF, STATE, and GAINMA, and can be found in appendix E. Section III-E and section IV present the derivation of the EKF equations. The state propagation is obtained by the numerical solution of Euler's kinematic equation performed in the fast loop.

1. LADF

A. State transition matrix equationn (73)

$$\Phi_{k,k-1} = q_{k-1}{}^T q_k \tag{101}$$

B. Observation matrix equation (81)

38

$$\frac{\partial H_i}{\partial x_m} = \frac{1}{S_1^2} \left\{ S_1 \frac{\partial S_{i+1}}{\partial x_m} - S_{i+1} \frac{\partial S_1}{\partial x_m} \right\} \qquad \begin{array}{l} i = 1,2 \\ m = 1,\ldots,6 \end{array} \tag{102}$$

2. GAINMA

    A.  Covariance propagation equation (49)

$$P_k^- = \Phi_{k,k-1} P_k^+ \Phi_{k,k-1} + Q_{k-1} \tag{103}$$

    B.  Gain calculation equation (46)

$$K_k = P_k^- H_k^T(\hat{x}_k^-)[H_k(\hat{x}_k^-)P_k^- H_k^T(\hat{x}_k^-) + R_k]^{-1} \tag{104}$$

3. STATE

    State update equation (45)

$$\hat{x}_k^+ = \hat{x}_k^- + K_k[z_k - h(\hat{x}_k^-)] \ . \tag{105}$$

### E.  Second-Order Kalman Filter

    The SOKF equations are implemented in four subroutines: LADF, OBST, GAINS, and STATE, and can be found in appendix F. Derivations of the equations are presented in section III-F and section IV. As with the EKF, the state propagation is obtained by numerical solution of Euler's kinematic equation which was presented in section IV.

1. LADF

    State transition matrix equation (73)

$$\Phi_{k,k-1} = q_{k-1}^T q_k \tag{106}$$

39

2. OBST

Observation matrix equations (81) and (82)

$$\frac{\partial H_i}{\partial x_m} = \frac{1}{S_1^2} \left\{ S_1 \frac{\partial S_{i+1}}{\partial x_m} - S_{i+1} \frac{\partial S_1}{\partial x_m} \right\} \qquad \begin{array}{l} i = 1,2 \\ m = 1,\ldots,6 \end{array} \tag{107}$$

$$\frac{\partial^2 H_i}{\partial x_j \partial x_m} = \frac{1}{S_1^3} \left\{ S_1^2 \frac{\partial^2 S_{i+1}}{\partial x_j \partial x_m} - S_1 S_{i+1} \frac{\partial^2 S_1}{\partial x_j \partial x_m} + 2 S_{i+1} \left( \frac{\partial S_1}{\partial x_j} \right) \left( \frac{\partial S_1}{\partial x_m} \right) \right.$$
$$\left. - S_1 \left[ \left( \frac{\partial S_1}{\partial x_j} \right) \left( \frac{\partial S_{i+1}}{\partial x_m} \right) + \left( \frac{\partial S_{i+1}}{\partial x_j} \right) \left( \frac{\partial S_1}{\partial x_m} \right) \right] \right\} \tag{108}$$

$$i = 1,2 \quad j = 1,\ldots,6 \quad m = 1,\ldots,6$$

3. GAINS

A. Covariance propagation equation (49)

$$P_k^- = \Phi_{k,k-1} P_k^+ \Phi_{k,k-1} + Q_{k-1} \tag{109}$$

B. Gain calculation equation (55)

$$K_k = P_k^- H_k^T(\hat{x}_k^-)[H_k(\hat{x}_k^-) P_k^- H_k^T(\hat{x}_k^-) + R_k + B_k]^{-1} \tag{110}$$

C. Covariance update equation (56)

$$P_k^+ = [I - K_k H_k(\hat{x}_k^-)] P_k^- \tag{111}$$

4. STATE

State update equation (54)

$$\hat{x}_k^+ = \hat{x}_k^- + K_k[z_k - h_k(\hat{x}_k^-) - A_k] \ . \tag{112}$$

Input data required by each of the estimation filters is provided in appendices C through F along with the source code for each filter. The data presented is for the simulation of a nominal

40

IPS fine pointing objective. Also provided in the appendices are samples of a job control language (JCL), for the Vax 780, which defines the input and output assignments and performs a batch execution of the desired simulation.

## VI. SIMULATIONS RESULTS

The simulation results for the four estimation filters will be presented here and discussed with regard to performance and sensitivity to parameter variations. Performance of the filters will be observed first for the nominal pointing objective, which consists of pointing the IPS in the vertical or 90/0/0 gimbal configuration and requires measurements from all three FHST's to be utilized. Operation of IPS with measurements available from all three FHST's is referred to as the nominal pointing case because the LKF gains were generated expecting a star in each of the FHST's. The parameter variations considered for sensitivity purposes include:

1. Star tracker loss

2. Large attitude errors (1°)

3. No system drift estimation.

For each of the simulations presented, except for the large attitude error cases, an initial attitude error of 0.3°, or approximately 1,000 arcsec, will be introduced into all three IPS DOF. For the large attitude error simulations, a 1° offset is input into each gimbal axis. Also, for each case, a drift of approximately 3 arcsec/s is included in each IPS platform axes. To compare the performance of the estimation filters, plots of the three axes attitude responses, of the system drift rate estimations, and of the commanded torque requirements will be presented. Comparison of the four estimation algorithms steady-state attitude responses for all three IPS gimbal axes is presented for the nominal and star loss simulations. A mean steady-state pointing attitude and the standard deviation of the pointing attitude about the mean will be tabulated from the simulations. Also the mean steady-state torque requirements will be given for the simulations with no system drift estimation. Finally, memory and timing requirements for each filter will be discussed.

### A. Nominal Pointing

To compare the performance of the four estimation filters, 100-s TREETOPS simulations were executed with attitude errors and system drifts in all three IPS DOF in order to simulate expected flight conditions. Figures 10, 11, and 12 show the IPS attitude time responses for the individual IPS platform axes: elevation (EL), cross-elevation (XEL), and roll, respectively. The legend for the attitude plots is as follows:

◯– – – –◯ solid line—linear KF

×– – – –× short dashed line—LKF

41



Figure 10.  IPS nominal elevation response.



Figure 11.  IPS nominal cross-elevation response.



Figure 12. IPS nominal roll response.

Δ– — —Δ long, short dashed line—EKF

□— —□ long dashed line—SOKF.

For the IPS LOS, represented by figures 10 and 11, the performance of all four estimation filters are indistinguishable. A reduced time scale plot for the XEL attitude response is shown in figure 13 to observe the behavior of each filter separately. Evaluation of the IPS roll attitude response in figure 12 shows that the LKF has a faster rise time, larger overshoot, and a longer settling time than the real time filters. Hence, the LKF has a less desirable transient response than the other three estimation algorithms.

System drift estimation by the separate filters are compared for the individual IPS platform axes in figures 14, 15, and 16. The drift rate estimates are plotted in arcsecond per second, using the same legend as that used for the attitude plots. For the nominal pointing case, the three real-time estimation filters show little difference in the IPS system drift determination, while the LKF shows initial undesired transients before converging to the correct estimate of the system drifts.

Further indication of the four ADF time response performances can be obtained from the torque commands generated by the control system found in appendix A. Figures A-1, A-2, and A-3 present the torque outputs, in Newton-meters, for the three IPS torque motors. Each figure contains individual plots of the torque commands generated by the separate estimation filters. Again, the LOS torque commands for the four filters appear very similar, while the LKF roll



Figure 13: IPS nominal cross-elevation response (reduced time scale).



Figure 14. IPS nominal elevation drift estimation.

44



Figure 15. IPS nominal cross-elevation drift estimation.



Figure 16. IPS nominal roll drift estimation.

45

torque exhibits an undesired oscillation. Figure A-4 shows the roll torque commands on a smaller time scale. Since the states of the estimation filters are inputs to the fast loop controller, the torque plots provide an indication of the effect of the ADF estimates upon the 25-Hz control loop.

## B. Star Loss

The simulations presented in this section are for IPS pointing objectives when measurements from the right skew star tracker are not available. The lack of FHST measurements can arise for several reasons, such as star tracker component failure, no unique bright stars in the tracker FOV, or unexpected star brightness variability. Figures 17, 18, and 19 show the attitude responses for the four estimation filters. For all three DOF, the three real-time filters exhibit similar responses, while the LKF shows varying degrees of degraded stability depending upon the gimbal axis observed. Also, a comparison of the nominal fine pointing operation versus the two tracker fine pointing operation is presented in figure 20 for a cross-elevation attitude error. All four estimation filters are included in the figure for both simulations. It can be readily observed that the LKF is sensitive to a loss of a star tracker's measurements, while the three real-time filters show no noticeable sensitivity.

Review of the torque command plots for the two tracker simulations in figures A-5, A-6, and A-7 show increased oscillations in all three axes of the LKF simulations. The real-time filters show no appreciable variation of the torque commands. Figures 21, 22, and 23 present the estimation of the system drifts by the four estimation filters for the three IPS platform axes. The LKF



Figure 17. IPS two tracker elevation response.



Figure 18.  IPS two tracker cross-elevation response.



Figure 19.  IPS two tracker roll response.



Figure 20. Nominal versus two tracker response.



Figure 21. IPS two tracker elevation drift estimation.



Figure 22. IPS two tracker cross-elevation drift estimation.



Figure 23. IPS two tracker roll drift estimation.

drift estimates have large initial transients before converging to the modeled system drift rate. Estimation of the system drifts by the real-time filters are observed to be more well behaved. Overall it can be seen that the fixed gain schedule of the LKF produces a system which does not compensate for a deviation from the assumed system definition, such as a loss of star tracker measurements.

## C. One-Degree Attitude Error

In this section the sensitivity of the estimation filters to a larger than expected initial attitude error and the loss of a star tracker's measurements is presented. Comparison of the three IPS axes attitude errors for the four estimation filters is presented in figures 24, 25, and 26. Again the three real-time filters produce desirable and similar time responses, while the reduced stability of the LKF is more pronounced. In figure 24 the apparent improved performance of the LKF filter is due to an erroneous initial drift estimate, which will be discussed further in section VI-D. Figure 27 shows a reduced time scale of the cross-elevation attitude response. As in previous sections, plots of the simulated IPS torque commands for the 1° simulations can be found in appendix A. The LKF produces large torque commands over a longer duration than the three real-time filter implementations, thereby requiring more power capability.

Figures 28, 29, and 30 are plots of the drift estimates by the four filters. Estimation of the LOS system drifts by the three real-time filters converges to the actual drift values in a smooth trajectory, while the LKF initially produces large erroneous drift estimates before settling to the proper values. Determination of the roll drift by the EKF and SOKF converge smoothly, while the KF roll drift estimation shows a small erroneous transient before approaching the simulated drift value. Estimation of the roll system drift by the LKF is shown to have an undesirably large transient, with a long settling time.

The three real-time estimation filters show no noticeable sensitivity to a large unexpected initial attitude error. The small sensitivity observed in the KF can be attributed to the loss of a star tracker's measurements as was shown in section VI-B. However, the sensitivity of the LKF to a loss of star tracker measurement was shown to be dependent upon the magnitude of the initial attitude error.

## D. System Drift Estimation

The objective of this section is twofold; first, to show the need to estimate the system drifts, and second, to show the effect of erroneous drift estimates. A close examination of the previous sections shows a correlation between the erroneous initial estimation of the system drifts and the variation of the attitude time response from the nominal trajectory. To determine the effect of the system drift on the attitude determination problem, the drift estimates were not utilized to correct the biased gyro measurements. As with the previous simulations, the 3 arcsec/s system drift is introduced into the system. Also, the left skew tracker measurements are not processed in the simulations presented in this section.

50



Figure 24.  IPS 1° elevation response.



Figure 25.  IPS 1° cross-elevation response.

51



Figure 26. IPS 1° roll response.



Figure 27. IPS 1° cross-elevation response (reduced time scale).



Figure 28.  IPS 1° elevation drift estimation.



Figure 29.  IPS 1° cross-elevation drift estimation.



Figure 30.  IPS 1° roll drift estimation.

Figures 31, 32, and 33 show the IPS attitude response for each of the IPS gimbal axes. For the LOS response, the three real-time filters produce the nominal response, while the LKF response has a slightly smaller overshoot. Also, a slight bias can be observed in the LKF's steady-state attitude. In figure 33, which shows the roll attitude response, the LKF exhibits a much longer transient phase than the three real-time filters. The KF shows a slightly larger overshoot than the two nonlinear real-time estimation filters, while a steady-state bias can be seen in all four estimation filters' attitude responses. A reduced-time scale plot of the elevation axis attitude response is presented in figure 34. In the reduced-time scale plot, a bias can also be observed in the steady-state LOS response for all four estimation filters; however, the LKF shows a larger bias than the three real-time filters.

Figure 35 compares the cross-elevation attitude response produced by drift-compensated simulations (section VI-B) versus the uncompensated drift simulations for the LKF and EKF implementations. The two EKF attitude responses are indistinguishable from each other, while the LKF response for the uncompensated drift simulation no longer shows the faster rise time than nominal and the large overshoot of the LKF drift compensated simulation. In fact, the uncompensated LKF simulation shows a slightly slower than nominal response with a smaller overshoot. It is concluded that the sensitivity observed in the initial transient of the LKF attitude response largely results from the drift estimation, and that the smooth trajectory of the real-time filter's drift estimation results in a more robust attitude response. Therefore, since the improved time response of the LKF shown in figure 24 can be attributed to an erroneous drift estimation, the behavior is undesirable.

54



Figure 31. IPS elevation response without drift compensation.



Figure 32. IPS cross-elevation response without drift compensation.



Figure 33. IPS roll response without drift compensation.



Figure 34. IPS elevation response without drift compensation (reduced time scale).



Figure 35. Comparison of drift compensated and uncompensated simulations for the LKF and EKF.

In order for the attitude errors to achieve a steady-state bias in the presence of an uncompensated drifting gyro, the estimation filters must generate a constant torque command. In appendix A, figures A-11, A-12, and A-13 give the torque commands for the three IPS gimbal axes. Each figure contains a separate plot of the four estimation filters. A non-zero bias can be found in the steady-state torque commands resulting from the attitude updates generated by each of the filters. Table 2 compares the mean steady-state value of the torque commands from the simulations of section VI-B and the uncompensated drift simulations performed for this section.

The mean values shown in table 2 are computed from the last 50 s of the respective simulations. As expected, a small increase in the mean torque commands is obtained for all estimation filters when the system drifts are not compensated in the fast loop controller.

Table 2. Comparison of torque commands for drift compensated and uncompensated simulations.

| Mean Compensated/Uncompensated Torque (Nm) | | | |
|---|---|---|---|
| Filter | Roll | Elevation | Cross-Elevation |
| KF | 0.008/0.01 | 0.015/0.09 | 0.003/0.08 |
| LKF | 0.014/0.02 | 0.006/0.09 | 0.004/0.08 |
| EKF | 0.005/0.01 | 0.016/0.09 | 0.002/0.08 |
| SOKF | 0.005/0.01 | 0.016/0.09 | 0.003/0.08 |

### E. Pointing Performance

Table 3 presents the IPS steady-state fine pointing performance of the four estimation filters for both the nominal and star loss simulations. The pointing accuracy is the mean attitude in each axis given in arcseconds (sec), while the stability is the root mean square (rms) of the attitude, also given in arcseconds. The pointing accuracy and pointing stability were computed from the last 50 s of the 100-s simulations.

For the nominal simulation, the LOS (pitch and yaw axes) accuracy and stability of all four estimation filters are within the accuracy and stability requirements specified in section II and are comparable. In the roll axis, the LKF shows a better accuracy, but slightly larger variation than the three real-time filters.

The loss of a star tracker's measurements results in larger biases and variances by all four estimation filters, although, the pointing accuracy and stability for the real-time filters is considerably better than for the LKF. In fact, the LKF produces results which exceed the desired pointing performance presented in section II.

### F. Data Systems Requirements

As in any evaluation of the performance of different software implementations, the performance improvements must be weighed against the implementation requirements on the data system. Table 4 presents the memory and execution requirements for the individual estimation algorithms. The memory requirements are for the compiled FORTRAN source code of each estimation filter. To obtain the execution time in milliseconds (ms) required by each estimation filter, the time before the ADF routines are called by the fast loop is differenced with the time at which execution is returned to the fast loop. An average of the execution time is performed over the 100-s simulation duration.

From table 4 it is seen that the simplicity of the linear KF greatly reduces the data system memory requirement, while the memory requirements of the nonlinear filters increase with the complexity of the estimation filter implementation; where the LKF is the simplest nonlinear implementation due to the utilization of preflight computed gains and the SOKF is the most complex due to inclusion of second-order linearization terms. As for timing requirements, the use of preflight computed gains by the LKF eliminates the need to invert a $6 \times 6$ matrix performed in the gain calculation. Therefore, the LKF has the smallest execution time requirement. As would be expected, for the real-time estimation filters the more complex the estimation filter implementation the greater the execution time. This concludes the presentation of the simulation results, the following section will present the conclusions drawn from these results.

Table 3.  IPS simulation quiescent pointing performance.

| Filter | Nominal Pitch | Nominal Yaw | Nominal Roll | Star Loss Pitch | Star Loss Yaw | Star Loss Roll |
|---|---|---|---|---|---|---|
| **KF** | | | | | | |
| Accuracy | .140 sec | .009 sec | 2.350 sec | .177 sec | .980 sec | 9.770 sec |
| Stability (rms) | .518 sec | .488 sec | 1.850 sec | .574 sec | .340 sec | 3.532 sec |
| **LKF** | | | | | | |
| Accuracy | .138 sec | .038 sec | 0.201 sec | .216 sec | 7.826 sec | 68.129 sec |
| Stability (rms) | .550 sec | .490 sec | 2.290 sec | .614 sec | 7.421 sec | 64.617 sec |
| **EKF** | | | | | | |
| Accuracy | .140 sec | .021 sec | 1.715 sec | .180 sec | .584 sec | 5.804 sec |
| Stability (rms) | .520 sec | .486 sec | 1.714 sec | .576 sec | .332 sec | 2.634 sec |
| **SOKF** | | | | | | |
| Accuracy | .140 sec | .003 sec | 1.652 sec | .185 sec | .577 sec | 5.791 sec |
| Stability (rms) | .517 sec | .492 sec | 1.709 sec | .574 sec | .336 sec | 2.667 sec |

Table 4.  Estimation filters data system requirements.

| Filter | Memory | Timing |
|--------|--------|--------|
| KF | 5,275 bytes | 38 ms |
| LKF | 15,231 bytes | 18 ms |
| EKF | 16,867 bytes | 42 ms |
| SOKF | 21,760 bytes | 132 ms |

## VII.  CONCLUSIONS

The intent of this report was to develop three real-time estimation filters for the attitude determination of the IPS and compare the performance of the real-time filters with the performance of the current LKF implementation. It has been shown that the implementation of three different real-time filters is feasible and their performances provide similar results to the LKF for nominal pointing objectives. Comparison of the four estimation filters' robustness was performed by varying simulation initial conditions. Results of the parameter variations showed that the real-time filters were essentially insensitive to changes in simulation parameters, while the LKF exhibited undesirable transient responses, which indicates a sensitivity to parameter changes. Besides improved robustness, the inflight calculation of the estimation filter gains by the real-time filters reduces preflight computations, verification, and documentation thereby reducing the mission costs. The impact of the increased computational burden of the real-time filters is not available, further study will be required to determine if a one-time processor upgrade cost is necessary to meet the real-time filters timing requirements. Also, since the transient responses of the real-time filters are insensitive to anomalous pointing operations, i.e., the settling times are not increased, longer intervals of scientific data gathering is possible. Longer periods in which to obtain scientific data also effectively reduce mission costs. Therefore, it can be concluded that the implementation of a real-time estimation filter is feasible and will reduce recurring mission costs. Over a multiple mission life time of the IPS, the development cost of implementating a real-time filter may be offset by the actual reduction in mission costs. Moreover, which real-time filter is to be implemented must also be considered. Although the linear KF showed a slight sensitivity to parameter variation, the assumption of a linear estimation process for the small angle fine pointing operations was justified. Also the cost of implementing the KF is less than for the nonlinear algorithms, primarily since the KF has fewer calculations, which results in less stringent data system requirements. If the IPS pointing requirements were altered to justify the additional performance improvements observed by accounting for the nonlinear effects, then the EKF implementation should be selected. The simulations showed that the inclusion of the second-order terms in the linearization process by the SOKF did not produce significant improvements in the IPS performance. In conclusion, based upon the current pointing requirements and estimation filter implementation costs compared with performance improvements, the suggested real-time implementation is a linear KF.

60

**APPENDIX A**

**IPS Torque Commands**



Figure A-1.  IPS nominal roll torque commands.



Figure A-2.  IPS nominal elevation torque commands.



Figure A-3. IPS nominal cross-elevation torque commands.



Figure A-4.  IPS nominal roll torque commands reduced time scale.



Figure A-5.  IPS star loss roll torque commands.



Figure A-6.  IPS star loss elevation torque commands.



Figure A-7.  IPS star loss cross-elevation torque commands.



Figure A-8. IPS 1° roll torque commands.



Figure A-9.  IPS 1° elevation torque commands.



Figure A-10. IPS 1° cross-elevation torque commands.



Figure A-11. IPS roll torque commands without drift compensation.



Figure A-12.  IPS pitch torque commands without drift compensation.



Figure A-13.  IPS yaw torque commands without drift compensation.

**APPENDIX B**

**IPS TREETOPS Simulation**

IPS User Controller Subroutine

## USDC.FOR

```
        SUBROUTINE USDC(TIME,U,R)
        COMMON /ITIME/ NDT
        COMMON /SFLAG/ H_FLAG,H_FFDD,FIRST
        COMMON /ANGLE/ ANG(3),DESANG(3)
        COMMON/ADF/DD(3),QD(4),QM(4),QO(4),CM(4),QQ(4),VSTN(6)
        COMMON /ORB/ OMBY(3)
        REAL U(18),BETA(6),R(3),GRATE(4,3),ACCEL(3),RATE(3)
        REAL TDPO(3,3),KACP(3,3),WD(3),KTCP(3,3),GN(3),VGN(3)
        DIMENSION TMODE(10),IMODE(10),DESMOD(10,3)
        LOGICAL SAMP,FIRST,H_FLAG,H_FFDD,FOUR
        DATA FOUR/.TRUE./
        DATA  IGYRO/2/
        IF(NDT.EQ.0) READ(17,*) VGN,VSTN
        IGYRO=IGYRO+1
        IF(IGYRO.GT.4)IGYRO=1
        IF(NDT.EQ.0)NDT=1
        IF(NDT.EQ.4)ISTEP=1
        DO 10 I=1,3
        CALL RNOISE(GN(I),VGN(I))
        GRATE(IGYRO,I)=U(I)+GN(I)
        RATE(I)=GRATE(IGYRO,I)
        IF(MOD(NDT,2).EQ.0)ACCEL(I)=U(3+I)
        ANG(I)=U(6+I)
        OMBY(I)=U(15+I)
 10     CONTINUE
        FIRST=.FALSE.
        IF(TIME.LT..00001)FIRST=.TRUE.
        IF(FIRST)THEN
          CALL RMODE(NM,TMODE,IMODE,DESMOD)
          MODE=0
          DO 3 I=1,3
          DESANG(I)=0.0
          ANG(I)=0.0
          RATE(I)=0.0
          QQ(I)=0.0
 3        CONTINUE
          QQ(4)=1.0
          CALL AEDCM(TDPO)
          CALL DESRAT(WD)
          H_FLAG=.FALSE.
          H_FFDD=.FALSE.
          CALL RSLEW(RATE,ANG,WD,TDPO,DESANG,H_FLAG,H_FFDD,QQ)
        END IF
```

```
C
C
C   EXECUTE MODE-SWITCHING LOGIC
C
C
      IF(TIME.GE.TMODE(MODE+1))THEN
        MODE=MODE+1
        IF(IMODE(MODE).EQ.2.OR.IMODE(MODE).EQ.3)THEN
         DO 789 I=1,3
         DESANG(I)=DESMOD(MODE,I)/57.296
 789     CONTINUE
         IF(IMODE(MODE).EQ.2)H_FLAG=.TRUE.
         IF(IMODE(MODE).EQ.3)H_FFDD=.TRUE.
        ELSE
         IF(IMODE(MODE).EQ.4)THEN
           FOUR=.TRUE.
         ELSE
           FOUR=.FALSE.
         ENDIF
         H_FLAG=.FALSE.
         H_FFDD=.FALSE.
         IF(MOD(NDT,20).EQ.0)CALL AEDCM(TDPO)
         IF(MOD(NDT,20).EQ.0)CALL DESRAT(WD)
        END IF
      END IF
      IF(MOD(NDT,4).EQ.0)BETA(1)=U(10)
      IF(MOD(NDT,4).EQ.0)BETA(2)=U(11)
      IF(MOD(NDT,4).EQ.0)BETA(3)=U(12)
      IF(MOD(NDT,4).EQ.0)BETA(4)=U(13)
      IF(MOD(NDT,4).EQ.0)BETA(5)=U(14)
      IF(MOD(NDT,4).EQ.0)BETA(6)=U(15)
      IF(MOD(NDT,100).EQ.0)CALL ACP(ANG,KACP)
      IF(MOD(NDT,100).EQ.0)CALL TCP(ANG,KTCP)
      IF((H_FLAG.OR.H_FFDD).AND.(MOD(NDT,20).EQ.0))CALL
     $RSLEW(RATE,ANG,WD,TDPO,DESANG,H_FLAG,H_FFDD,QQ,FOUR)
      IF((IGYRO.EQ.2).OR.(IGYRO.EQ.4))
     $CALL DCU(GRATE,ACCEL,R,TDPO,WD,KTCP,KACP,ISTEP,TIME,BETA,
     $IGYRO,FOUR)
      IF(MOD(NDT,4).EQ.0)ISTEP=ISTEP+1
      NDT=NDT+1
      RETURN
      END
      FUNCTION SAMP(T,DT)
      LOGICAL SAMP
      A=T/DT
      B=ANINT(A)
      IF(ABS(A-B).LT.1.0E-5)SAMP=.TRUE.
      IF(ABS(A-B).GE.1.0E-5)SAMP=.FALSE.
      RETURN
      END
      SUBROUTINE DCM(A,B,G,H)
      DIMENSION H(3,3)
      REAL*8 SA,CA,SB,CB,SG,CG
```

```
       SA=DSIN(DBLE(A))
       CA=DCOS(DBLE(A))
       SB=DSIN(DBLE(B))
       CB=DCOS(DBLE(B))
       SG=DSIN(DBLE(G))
       CG=DCOS(DBLE(G))
       H(1,1)=SNGL(CB*CG)
       H(1,2)=SNGL(SG)
       H(1,3)=SNGL(-SB*CG)
       H(2,1)=SNGL(-CA*CB*SG+SA*SB)
       H(2,2)=SNGL(CG*CA)
       H(2,3)=SNGL(CA*SB*SG+SA*CB)
       H(3,1)=SNGL(SA*CB*SG+CA*SB)
       H(3,2)=SNGL(-SA*CG)
       H(3,3)=SNGL(-SA*SB*SG+CA*CB)
       RETURN
       END
       SUBROUTINE MULMAT(A,B,C,L,M,N)
       DIMENSION A(L,M),B(M,N),C(L,N)
       DO 1 I=1,L
       DO 1 J=1,N
       SAVE = 0.0
       DO 2 K=1,M
  2    SAVE = SAVE + A(I,K)*B(K,J)
  1    C(I,J) = SAVE
       RETURN
       END
       SUBROUTINE TRMAT(A,B,M,N)
       DIMENSION A(M,N),B(N,M)
       DO 1 I=1,N
       DO 1 J=1,M
  1    B(I,J) = A(J,I)
       RETURN
       END
       SUBROUTINE ADDMAT(A,B,C,M,N)
       DIMENSION A(M,N),B(M,N),C(M,N)
       DO 1 I=1,M
       DO 1 J=1,N
  1    C(I,J) = A(I,J) + B(I,J)
       RETURN
       END
       SUBROUTINE DCU(GRATE,ACCEL,CU,TDPO,WD,KTCP,KACP,I,TIME,BETA
      $,IGYRO,FOUR)
C...THIS PROGRAM IS THE DRIVER UNIT FOR THE FORTRAN DCU CONTROLLER
C...SERVING TO PROMPT INPUTS OF SENSOR READINGS, CONTROL FLOW OF DATA, A
C...COMPUTE CONTROL TORQUE COMMANDS
       REAL MAG(6),GRATE(4,3),ACCEL(3),PID(3),YFF(3),CU(3)
       REAL KTCP(3,3),KACP(3,3),BETA(6)
       REAL TDPO(3,3),QOM(4,4),WD(3),YS(6),SIGN(3),STN(6)
       LOGICAL SAMP,H_FLAG,H_FFDD,NOADF,FOUR
       COMMON /ITIME/ NDT
       COMMON /SFLAG/ H_FLAG,H_FFDD,FIRST
       COMMON /ANGLE/ ANG(3),DESANG(3)
```

```
      COMMON /ADF/ DD(3),QD(4),QM(4),QO1(4),CM1(4),Q(4),VSTN(6)
      COMMON /SUM/ QS(4),DRIFT(3),PE(3)
      COMMON /CFHST/ YRO(6,3),YMS(6,2),DUMMY(43)
      COMMON /OBS/ TH(6),PH(3,6),AT(6,6),P(6,6),HP(6,6)


      DATA QO1,Q/3*0.0,1.,3*0.0,1./


      DATA TMAX/27.0/
      IF(.NOT.H_FLAG)THEN
        CALL AEDCM(TDPO)
        CALL DESRAT(WD)
      ENDIF
      CALL FGYRO(GRATE,I,PID,WD,TDPO,IGYRO)
      WRITE(6,*)TIME
      CALL FACCEL(ACCEL,I,YFF,KACP,IGYRO)
C...COMPUTE CONTROL OUTPUT TORQUES, CU
      IF(IGYRO.EQ.4)THEN
      CALL MMUL(KTCP,PID,CU,3,3,1)
      C     CALL MADD(CU,YFF,CU,3,1)
      C     CALL SMUL(CU,-1.0,CU,3,1)
      ENDIF
C
C   TORQUE LIMITATION ADDED BY JMR
C
      DO 1111 IJ=1,3
      IF(CU(IJ).LT.0.0)SIGN(IJ)=-1.0
      IF(CU(IJ).GE.0.0)SIGN(IJ)=1.0
      IF(ABS(CU(IJ)).GT.TMAX)CU(IJ)=TMAX*SIGN(IJ)
 1111 CONTINUE
C
C
      DO 887 I=1,6
  887 CALL RNOISE(STN(I),VSTN(I))
      YS(1)=BETA(1)+STN(1)
      YS(2)=BETA(2)+STN(2)
      YS(3)=BETA(3)+STN(3)
      YS(4)=BETA(4)+STN(4)
      YS(5)=BETA(5)+STN(5)
      YS(6)=BETA(6)+STN(6)
      YMS(1,1)=YS(1)
      YMS(1,2)=YS(2)
      YMS(2,1)=YS(3)
      YMS(2,2)=YS(4)
      YMS(3,1)=YS(5)
      YMS(3,2)=YS(6)
      IF((H_FLAG.OR.H_FFDD).OR.FOUR)THEN
        NOADF=.TRUE.
      ELSE
        NOADF=.FALSE.
      ENDIF
      IF(MOD(NDT,100).NE.0.OR.NOADF)GO TO 747
      WRITE(6,3332)
 3332 FORMAT(1X,' ADF IS ON')
```

79

```
           DO 15 K=1,4
      15   QOM(1,K)=Q01(K)
           QOM(2,1)=Q01(4)
           QOM(2,2)=Q01(3)
           QOM(2,3)=-Q01(2)
           QOM(2,4)=-Q01(1)
           QOM(3,1)=-Q01(3)
           QOM(3,3)=Q01(1)
           QOM(3,4)=-Q01(2)
           QOM(4,1)=Q01(2)
           QOM(4,2)=-Q01(1)
           QOM(4,3)=Q01(4)
           QOM(4,4)=-Q01(3)
C
C-------------------------------------------------------------
C
C USE OF CM1 CHANGED TO CM BY ADAMS & WEST TO AVOID DELAYS
C
           CALL MULMAT(QOM,Q,CM1,4,4,1)
C
           DO 745 I=1,4
           QM(I)=QS(I)/25.
     745   QS(I)=0.0
           T1=SECNDS(0.0)
           CALL LADF
           DELTA=SECNDS(T1)
           TADF=TADF+DELTA
           DO 774 I=1,3
     774   Q(I)=Q(I)+QD(I)
           Q(4)=SQRT(1.-Q(1)**2-Q(2)**2-Q(3)**2)
           IF(NDT.GT.100)WRITE(18) TIME,Q,YMS,DD,(P(I,I),I=1,6),QD,TADF,DELTA
           DO 777 I=1,4
     777   Q01(I)=Q(I)
           DO 888 KK=1,6
           DO 888 JJ=1,2
     888   YMS(KK,JJ)=0.0
     747   CONTINUE

           RETURN
           END
           SUBROUTINE AEDCM(DCM)
           REAL DCM(3,3)
           DO 20 I=1,3
           DO 10 J=1,3
           DCM(I,J)=0.0
      10   CONTINUE
           DCM(I,I)=1.0
      20   CONTINUE
           RETURN
           END
C
C
           SUBROUTINE DESRAT(WD)
```

```
      REAL WD(3)
      DO 10 I=1,3
      WD(I)=0.0
   10 CONTINUE
      RETURN
      END


      SUBROUTINE TCP(ANG,KTCP)
C... THIS PROGRAM COMPUTES THE TORQUE DECOUPLING MATRIX, KTCP, WHERE
C... ANG(3) IS THE VECTOR OF ROLL, ELEVATION, AND CROSS ELEVATION ANGLES
      REAL ANG(3),KTCP(3,3),TMAT(3,3),TPPPT(3,3)
      REAL TPPCT(3,3),TETA(3,3)
      DATA ALP/0.0/


C... READ TETA MATRIX FROM DATA FILE
      O        OPEN(31,FILE='TETA.DAT',STATUS='OLD')
      R        READ (31,*) ((TETA(I,J),J=1,3),I=1,3)
      C        CLOSE(31)


C... COMPUTE TRANSPOSE OF C TO PPRIME TRANSFORMATION MATRIX
      C        CR=COS(ANG(1))
      S        SR=SIN(ANG(1))
       CE=COS(ANG(2))
               SE=SIN(ANG(2))
      C        CX=COS(ANG(3))
      S        SX=SIN(ANG(3))

      T        TPPCT(1,1)=1.0
      T        TPPCT(1,2)=0.0
      T        TPPCT(1,3)=0.0
      T        TPPCT(2,1)=SX
      T        TPPCT(2,2)=CR*CX
      T        TPPCT(2,3)=-SR*CX
      T        TPPCT(3,1)=0.0
      T        TPPCT(3,2)=SR
      T        TPPCT(3,3)=CR
      C        CALL MMUL(TPPCT,TETA,TMAT,3,3,3)

C**  COMPUTE TRANSPOSE OF PPRIME TO P TRANSFORMATION
C
C
      TPPPT(1,1)=1.0
      TPPPT(1,2)=0.0
      TPPPT(1,3)=0.0
      TPPPT(2,1)=0.0
      TPPPT(2,2)=COS(ALP)
      TPPPT(2,3)=SIN(ALP)
      TPPPT(3,1)=0.0
      TPPPT(3,2)=-SIN(ALP)
      TPPPT(3,3)=COS(ALP)
C
C
      CALL MMUL(TMAT,TPPPT,KTCP,3,3,3)
```

81

```
      RETURN
      END
      SUBROUTINE ACP(ANG,KACP)
C... THIS PROGRAM COMPUTES THE ACP GAIN MATRIX, KACP, WHICH IS A FUNCTIO
C... OF THE ROLL, ELEVATION, AND CROSS ELEVATION ANGLES AND THE CG POSIT
C... OF THE IPS ROLL DRIVE UNIT AND PAYLOAD (STORED IN "IPS.DAT")

      REAL MASS,ANG(3)
      REAL POS(3),KACP(3,3),DSMP(3),AUX(3,3)
      REAL V1(3),V2(3),TT1(3,3),TT2(3,3),VEC(3),VTIL(3,3)

      OPEN (31,FILE='IPS.DAT',STATUS='OLD')
      READ(31,*) MASS,(POS(I),I=1,3)
      CLOSE(31)

      DSMP(1)=-MASS*POS(1)
      DSMP(2)=MASS*POS(2)
      DSMP(3)=-MASS*POS(3)

      ROLL=ANG(1)
      EL=ANG(2)
      XEL=ANG(3)

      DO 100 I=1,3
      IF (I.EQ.1) THEN
         V1(1)=0.0
         V1(2)=0.0
         V1(3)=0.0
         V2(1)=ROLL
         V2(2)=EL
         V2(3)=XEL
      ENDIF
      IF (I.EQ.2) THEN
         V1(1)=ROLL
         V1(2)=0.0
         V1(3)=XEL
         V2(1)=0.0
         V2(2)=EL
         V2(3)=0.0
      ENDIF
      IF (I.EQ.3) THEN
         V1(1)=ROLL
         V1(2)=0.0
         V1(3)=0.0
         V2(1)=0.0
         V2(2)=EL
         V2(3)=XEL
      ENDIF
      CALL TPPST(V1,TT1)
      CALL TPPST(V2,TT2)
      CALL MMUL(DSMP,TT1,VEC,1,3,3)
      CALL TILDE(VEC,VTIL)
      CALL SMUL(VTIL,-1.0,VTIL,3,3)
```

82

```
      CALL MMUL(VTIL,TT2,TT1,3,3,3)
      DO 50 J=1,3
50       AUX(I,J)=TT1(I,J)
100   CONTINUE
      CALL SMUL(TT2,0.0,TT2,3,3)
      TT2(1,2)=1.0
      TT2(2,3)=-1.0
      TT2(3,1)=-1.0
      CALL MMUL(AUX,TT2,KACP,3,3,3)

      RETURN
      END

      SUBROUTINE TILDE(A,B)
      REAL A(3),B(3,3)
C...FORMS THE SKEW SYMMETRIC MATRIX B OF VECTOR A
      B(1,1)=0.0
      B(1,2)=A(3)
      B(1,3)=-A(2)
      B(2,1)=-A(3)
      B(2,2)=0.0
      B(2,3)=A(1)
      B(3,1)=A(2)
      B(3,2)=-A(1)
      B(3,3)=0.0
      RETURN
      END

      SUBROUTINE TPPST(A,TT)
      REAL A(3),TT(3,3)
C...COMPUTES THE TRANSFORMATION MATRIX FROM ST TO PPRIME SYSTEM
      CR=COS(A(1))
      SR=SIN(A(1))
      CE=COS(A(2))
      SE=SIN(A(2))
      CX=COS(A(3))
      SX=SIN(A(3))

      TT(1,1)=CX*CE
      TT(1,2)=SX
      TT(1,3)=-CX*SE
      TT(2,1)=-CR*SX*CE+SR*SE
      TT(2,2)=CR*CX
      TT(2,3)=CR*SX*SE+SR*CE
      TT(3,1)=SR*SX*CE+CR*SE
      TT(3,2)=-SR*CX
      TT(3,3)=-SR*SX*SE+CR*CE

      RETURN
      END
      SUBROUTINE MMUL(A,B,C,L,M,N)
C...COMPUTES THE MATRIX PRODUCT C = A B
      REAL A(L,M),B(M,N),C(L,N)
```

```
      DO 100 I=1,L
      DO 100 J=1,N
         C(I,J)=0.0
         DO 100 K=1,M
         C(I,J)=C(I,J)+A(I,K)*B(K,J)
100   CONTINUE
      RETURN
      END
      SUBROUTINE MADD(A,B,C,M,N)
C...COMPUTES THE MATRIX SUM C = A + B
      REAL A(M,N),B(M,N),C(M,N)
      DO 100 I=1,M
      DO 100 J=1,N
         C(I,J)=A(I,J)+B(I,J)
100   CONTINUE
      RETURN
      END


      SUBROUTINE SMUL(A,SCALAR,C,M,N)
C...COMPUTES THE MATRIX PRODUCT C = A B
      REAL A(M,N),C(M,N)
      DO 100 I=1,M
      DO 100 J=1,N
         C(I,J)=SCALAR*A(I,J)
100   CONTINUE
      RETURN
      END


      SUBROUTINE FFDATA
      REAL APFA(3,2,2),BPFA(3,2),CPFA(3,2),DPFA(3)
      REAL AFF1(3,2,2),BFF1(3,2),CFF1(3,2),DFF1(3)
      REAL AFF2(3,2,2),BFF2(3,2),CFF2(3,2),DFF2(3)
      REAL AFF3(3,2,2),BFF3(3,2),CFF3(3,2),DFF3(3)
      COMMON /FFCOEF/ APFA,BPFA,CPFA,DPFA,AFF1,BFF1,CFF1,DFF1,
     $                AFF2,BFF2,CFF2,DFF2,AFF3,BFF3,CFF3,DFF3
      DATA XNORM/32767./

      OPEN(31,FILE='FFCOEF.DAT',STATUS='OLD')
C
C
C  READ FEEDFORWARD LOOP COEFFICIENTS IN STATE-SPACE
C  FORM FROM MDP BOOK
C
C
      DO 10 I=1,3
      READ(31,*)APFA(I,1,1),APFA(I,1,2),APFA(I,2,1),APFA(I,2,2)
      READ(31,*)BPFA(I,1),BPFA(I,2),CPFA(I,1),CPFA(I,2),DPFA(I)
 10   CONTINUE
      DO 20 I=1,3
      READ(31,*)AFF1(I,1,1),AFF1(I,1,2),AFF1(I,2,1),AFF1(I,2,2)
      READ(31,*)BFF1(I,1),BFF1(I,2),CFF1(I,1),CFF1(I,2),DFF1(I)
 20   CONTINUE
      DO 30 I=1,3
```

84

```
      READ(31,*)AFF2(I,1,1),AFF2(I,1,2),AFF2(I,2,1),AFF2(I,2,2)
      READ(31,*)BFF2(I,1),BFF2(I,2),CFF2(I,1),CFF2(I,2),DFF2(I)
   30 CONTINUE
      DO 40 I=1,3
      READ(31,*)AFF3(I,1,1),AFF3(I,1,2),AFF3(I,2,1),AFF3(I,2,2)
      READ(31,*)BFF3(I,1),BFF3(I,2),CFF3(I,1),CFF3(I,2),DFF3(I)
   40 CONTINUE
      CLOSE(31)
      DO 400 I=1,3
      DPFA(I)=DPFA(I)/XNORM
      DFF1(I)=DFF1(I)/XNORM
      DFF2(I)=DFF2(I)/XNORM
      DFF3(I)=DFF3(I)/XNORM
      DO 400 J=1,2
      BPFA(I,J)=BPFA(I,J)/XNORM
      BFF1(I,J)=BFF1(I,J)/XNORM
      BFF2(I,J)=BFF2(I,J)/XNORM
      BFF3(I,J)=BFF3(I,J)/XNORM
      CPFA(I,J)=CPFA(I,J)/XNORM
      CFF1(I,J)=CFF1(I,J)/XNORM
      CFF2(I,J)=CFF2(I,J)/XNORM
      CFF3(I,J)=CFF3(I,J)/XNORM
      DO 400 K=1,2
      APFA(I,J,K)=APFA(I,J,K)/XNORM
      AFF1(I,J,K)=AFF1(I,J,K)/XNORM
      AFF2(I,J,K)=AFF2(I,J,K)/XNORM
      AFF3(I,J,K)=AFF3(I,J,K)/XNORM
  400 CONTINUE
      RETURN
      END


      SUBROUTINE FBDATA

      REAL APF(3,2,2),BPF(3,2),CPF(3,2),DPF(3)
      REAL AFB1(2,2,2),BFB1(2,2),CFB1(2,2),DFB1(2)
      REAL AFB2(2,2,2),BFB2(2,2),CFB2(2,2),DFB2(2)
      REAL AFB3(2,2,2),BFB3(2,2),CFB3(2,2),DFB3(2)
      REAL AR(2),BR(2),CR(2),DR(2),SPSC(3),VC(3)
      REAL HKD(3),HKP(3),HKI(3),LKD(3),LKP(3),LKI(3)

      COMMON /FBCOEF/ APF,BPF,CPF,DPF,AFB1,BFB1,CFB1,DFB1,
     $                AFB2,BFB2,CFB2,DFB2,AFB3,BFB3,CFB3,DFB3,
     $                AR,BR,CR,DR,HKD,HKP,HKI,LKD,LKP,LKI,SPSC,VC

      DATA XNORM/32767./
      OPEN(31,FILE='FBCOEF.DAT',STATUS='OLD')
C
C
C   READ FILTER COEFFICIENTS IN STATE-SPACE FORM
C   FROM MDP BOOK
CC
C
```

```
C    READ COEFFICIENTS FOR RATE PREFILTER
C
C
      DO 10 I=1,3
      READ(31,*)APF(I,1,1),APF(I,1,2),APF(I,2,1),APF(I,2,2)
      READ(31,*)BPF(I,1),BPF(I,2),CPF(I,1),CPF(I,2),DPF(I)
   10 CONTINUE
C
C
C    READ COEFFICIENTS FOR 2ND ORDER RATE FILTERS
C    Y AND Z AXES ONLY
C
      DO 20 I=1,2
      READ(31,*)AFB1(I,1,1),AFB1(I,1,2),AFB1(I,2,1),AFB1(I,2,2)
      READ(31,*)BFB1(I,1),BFB1(I,2),CFB1(I,1),CFB1(I,2),DFB1(I)
   20 CONTINUE
      DO 30 I=1,2
      READ(31,*)AFB2(I,1,1),AFB2(I,1,2),AFB2(I,2,1),AFB2(I,2,2)
      READ(31,*)BFB2(I,1),BFB2(I,2),CFB2(I,1),CFB2(I,2),DFB2(I)
   30 CONTINUE
      DO 40 I=1,2
      READ(31,*)AFB3(I,1,1),AFB3(I,1,2),AFB3(I,2,1),AFB3(I,2,2)
      READ(31,*)BFB3(I,1),BFB3(I,2),CFB3(I,1),CFB3(I,2),DFB3(I)
   40 CONTINUE
C
C    READ COEFFICIENTS FOR 1ST ORDER RATE FILTER
C    Y AND Z AXES ONLY
C
C
      DO 50 I=1,2
      READ(31,*)AR(I),BR(I),CR(I),DR(I)
   50 CONTINUE
C
C
C    READ PID LOW GAINS (SLEWING)
C
      DO 300 I=1,3
      READ(31,*)LKD(I),LKP(I),LKI(I)
  300 CONTINUE
C
C    READ PID HIGH GAINS (FINE POINTING)
C
      DO 301 I=1,3
      READ(31,*)HKD(I),HKP(I),HKI(I)
  301 CONTINUE
C
C
      READ(31,*)VC(1),VC(2),VC(3)
      READ(31,*)SPSC(1),SPSC(2),SPSC(3)
      CLOSE(31)
      DO 400 I=1,2
      DPF(I)=DPF(I)/XNORM
      DFB1(I)=DFB1(I)/XNORM
```

86

```
      DFB2(I)=DFB2(I)/XNORM
      DFB3(I)=DFB3(I)/XNORM
      AR(I)=AR(I)/XNORM
      BR(I)=BR(I)/XNORM
      CR(I)=CR(I)/XNORM
      DR(I)=DR(I)/XNORM
      DO 400 J=1,2
      CPF(I,J)=CPF(I,J)/XNORM
      CFB1(I,J)=CFB1(I,J)/XNORM
      CFB2(I,J)=CFB2(I,J)/XNORM
      CFB3(I,J)=CFB3(I,J)/XNORM
      BPF(I,J)=BPF(I,J)/XNORM
      BFB1(I,J)=BFB1(I,J)/XNORM
      BFB2(I,J)=BFB2(I,J)/XNORM
      BFB3(I,J)=BFB3(I,J)/XNORM
      DO 400 K=1,2
      APF(I,J,K)=APF(I,J,K)/XNORM
      AFB1(I,J,K)=AFB1(I,J,K)/XNORM
      AFB2(I,J,K)=AFB2(I,J,K)/XNORM
      AFB3(I,J,K)=AFB3(I,J,K)/XNORM
  400 CONTINUE
      DPF(3)=DPF(3)/XNORM
      DO 401 J=1,2
      BPF(3,J)=BPF(3,J)/XNORM
      CPF(3,J)=CPF(3,J)/XNORM
      DO 401 K=1,2
      APF(3,J,K)=APF(3,J,K)/XNORM
  401 CONTINUE
      RETURN
      END
      SUBROUTINE FACCEL(ACCEL,ISTEP,YFF,KN,IGYRO)
C... THIS PROGRAM EXECUTES THE FEEDFORWARD (ACCELEROMETER) LOOP;
C... COMPUTING ACP GAIN MATRIX AND FILTER OUTPUTS
C...
      REAL ACCEL(3),OUT(3,4,3),IN(3,4,3),YFF(3),PACP(3)
      REAL KN(3,3),YPFA(3),YF1(3),YF2(3),YF3(3)
      LOGICAL AFIRST
      REAL APFA(3,2,2),BPFA(3,2),CPFA(3,2),DPFA(3)
      REAL AFF1(3,2,2),BFF1(3,2),CFF1(3,2),DFF1(3)
      REAL AFF2(3,2,2),BFF2(3,2),CFF2(3,2),DFF2(3)
      REAL AFF3(3,2,2),BFF3(3,2),CFF3(3,2),DFF3(3)
      DIMENSION XPF1(3),XPF2(3),XPF1N(3),XPF2N(3)
      DIMENSION XF1(3),XF2(3),X1F1N(3),X1F2N(3)
      DIMENSION X2F1(3),X2F2(3),X2F1N(3),X2F2N(3)
      DIMENSION X3F1(3),X3F2(3),X3F1N(3),X3F2N(3)
      COMMON /ACCIO/ IN,OUT
      COMMON /FFCOEF/ APFA,BPFA,CPFA,DPFA,AFF1,BFF1,CFF1,DFF1,
     $               AFF2,BFF2,CFF2,DFF2,AFF3,BFF3,CFF3,DFF3
      DATA XPF1,XPF2,XF1,XF2,X2F1,X2F2,X3F1,X3F2/24*0.0/
      DATA AFIRST/.TRUE./
      IF (.NOT.AFIRST) GO TO 30
C... CALL SUBROUTINE TO INPUT COEFFICIENTS OF TRANSFER FUNCTIONS
      CALL FFDATA
```

87

```
C... CALL SUBROUTINE TO OBTAIN ACP GAIN MATRIX
C... (THIS IS SENT BY SSC TO DCU AT 1 HZ UPDATES, SHOULD BE
C... RECOMPUTED AT THIS INTERVAL)
   30 CALL MMUL(KN,ACCEL,PACP,3,3,1)
C
C
C    ACCELEROMETER PREFILTER
C
      DO 100 I=1,3
      XPF1N(I)=APFA(I,1,1)*XPF1(I)+APFA(I,1,2)*XPF2(I)+
     $BPFA(I,1)*PACP(I)
      XPF2N(I)=APFA(I,2,1)*XPF1(I)+APFA(I,2,2)*XPF2(I)+
     $BPFA(I,2)*PACP(I)
      YPFA(I)=CPFA(I,1)*XPF1(I)+CPFA(I,2)*XPF2(I)+DPFA(I)*PACP(I)
      XPF1(I)=XPF1N(I)
      XPF2(I)=XPF2N(I)
  100 CONTINUE
C
C
C    SECOND ORDER ACCELEROMETER FEEDFORWARD FILTERS
C
      DO 210 I=1,3
      X1F1N(I)=AFF1(I,1,1)*XF1(I)+AFF1(I,1,2)*XF2(I)
     $+BFF1(I,1)*YPFA(I)
      X1F2N(I)=AFF1(I,2,1)*XF1(I)+AFF1(I,2,2)*XF2(I)
     $+BFF1(I,2)*YPFA(I)
      YF1(I)=CFF1(I,1)*XF1(I)+CFF1(I,2)*XF2(I)+DFF1(I)*YPFA(I)
      XF1(I)=X1F1N(I)
      XF2(I)=X1F2N(I)
  210 CONTINUE
C
C
      DO 220 I=1,3
      X2F1N(I)=AFF2(I,1,1)*X2F1(I)+AFF2(I,1,2)*X2F2(I)
     $+BFF1(I,1)*YF1(I)
      X2F2N(I)=AFF2(I,2,1)*X2F1(I)+AFF2(I,2,2)*X2F2(I)
     $+BFF2(I,2)*YF1(I)
      YF2(I)=CFF2(I,1)*X2F1(I)+CFF2(I,2)*X2F2(I)+DFF2(I)*YF1(I)
      X2F1(I)=X2F1N(I)
      X2F2(I)=X2F2N(I)
  220 CONTINUE
C
C
      DO 230 I=1,3
      X3F1N(I)=AFF3(I,1,1)*X3F1(I)+AFF3(I,1,2)*X3F2(I)
     $+BFF3(I,1)*YF2(I)
      X3F2N(I)=AFF3(I,2,1)*X3F1(I)+AFF3(I,2,2)*X3F2(I)
     $+BFF3(I,2)*YF2(I)
      YF3(I)=CFF3(I,1)*X3F1(I)+CFF3(I,2)*X3F2(I)+DFF3(I)*YF2(I)
      X3F1(I)=X3F1N(I)
      X3F2(I)=X3F2N(I)
  230 CONTINUE
C
```

```
          IF(IGYRO.EQ.4)THEN
            DO 800 I=1,3
            YFF(I)=YF3(I)
  800     CONTINUE
          ENDIF
C
          AFIRST=.FALSE.
          RETURN
          END
          SUBROUTINE FGYRO(GRATE,ISTEP,PID,WD,TDPO,IGYRO)
C... THIS PROGRAM EXECUTES THE FEEDBACK (GYRO) LOOP
          REAL GRATE(4,3),XOUT(3),OUT(3,8,3),IN(3,8,3),PID(3)
          REAL APF(3,2,2),BPF(3,2),CPF(3,2),DPF(3)
          REAL AFB1(2,2,2),BFB1(2,2),CFB1(2,2),DFB1(2),XR(2),XRN(2)
          REAL AFB2(2,2,2),BFB2(2,2),CFB2(2,2),DFB2(2),E(3),S(3)
          REAL AFB3(2,2,2),BFB3(2,2),CFB3(2,2),DFB3(2)
          REAL AR(2),BR(2),CR(2),DR(2),SPSC(3),VC(3)
          REAL XVEC(1,3),WD(3),TDPO(3,3),VEC(1,3)
          REAL HKD(3),HKP(3),HKI(3),LKD(3),LKP(3),LKI(3)
          LOGICAL H_FLAG,H_FFDD,ZERIN1,ZERIN2,ZERIN3,FIRST,GFIRST
            DIMENSION QUN(4),DELQ(4),GPFO(3)
            COMMON /ITIME/ NDT
            COMMON /SFLAG/ H_FLAG,H_FFDD,FIRST
            COMMON /ANGLE/ ANG(3),DESANG(3)
            COMMON /ADF/ DD(3),QD(4),QM(4),Q0(4),CM(4),Q(4),VSTN(6)
            COMMON /SUM/ QS(4),DRIFT(3),PE(3)

          COMMON /GYROIO/ IN,OUT
          COMMON /FBCOEF/ APF,BPF,CPF,DPF,AFB1,BFB1,CFB1,DFB1,
     $                    AFB2,BFB2,CFB2,DFB2,AFB3,BFB3,CFB3,DFB3,
     $                    AR,BR,CR,DR,HKD,HKP,HKI,LKD,LKP,LKI,SPSC,VC
          DIMENSION XG1(3),XG2(3),XB11(2),XB12(2),XB21(2),XB22(2),
     $              XB31(2),XB32(2),PW(3),PDW(3),YF(3),YG(3),PDC(3)
          DIMENSION XG1N(3),XG2N(3),XB11N(2),XB12N(2),XB21N(2),
     $              XB22N(2),XB31N(2),XB32N(2),YB1(2),YB2(2),YB3(2)
          DATA GFIRST/.TRUE./
          DATA XG1,XG2,XB11,XB12,XB21,XB22,XB31,XB32/18*0.0/
C...INITIALIZE FIRST TIME THROUGH
          ZERIN1=.FALSE.
          ZERIN2=.FALSE.
          ZERIN3=.FALSE.
          ELGMAX=.00425
          EHGMAX=.00116
          IF(H_FLAG.OR.H_FFDD)EMAX=ELGMAX
          IF(.NOT.(H_FLAG.OR.H_FFDD))EMAX=EHGMAX
          IF(IGYRO.EQ.2)THEN
            DO 900 I=1,3
            PDC(I)=(GRATE(1,I)+GRATE(2,I))/2.0
  900     CONTINUE
          ENDIF
          IF(IGYRO.EQ.4)THEN
            DO 901 I=1,3
            PDC(I)=(GRATE(3,I)+GRATE(4,I))/2.0
```

C-2

```
 . 901   CONTINUE
         ENDIF
         IF (.NOT.GFIRST) GO TO 30
           CALL FILIO


C... CALL SUBROUTINE TO INPUT STATE-SPACE COEFFICIENTS
         CALL FBDATA
C
C
C   GYRO PREFILTER ALL THREE AXES
C
C
    30 DO 100 I=1,3
         XG1N(I)=APF(I,1,1)*XG1(I)+APF(I,1,2)*XG2(I)+BPF(I,1)*PDC(I)
         XG2N(I)=APF(I,2,1)*XG1(I)+APF(I,2,2)*XG2(I)+BPF(I,2)*PDC(I)
         YG(I)=CPF(I,1)*XG1(I)+CPF(I,2)*XG2(I)+DPF(I)*PDC(I)
         XG1(I)=XG1N(I)
         XG2(I)=XG2N(I)
   100 CONTINUE
C
C
C   SUBTRACT DRIFT ESTIMATES (CALCULATED IN ADF)
C   FROM RATE SIGNALS
C
         DO 200 I=1,3
         PW(I)=YG(I)-DD(I)+DRIFT(I)
   200 CONTINUE
C
C
C  SUBTRACT DESIRED RATES FROM PREFILTERED SIGNALS
C
         DO 110 I=1,3
         PDW(I)=PW(I)-WD(I)
   110 CONTINUE
C
C
C   REPRESENT RATE FILTERS IN STATE-SPACE FORM
C   EL AND XL AXES ONLY
C
C
         DO 120 I=1,2
         XB11N(I)=AFB1(I,1,1)*XB11(I)+AFB1(I,1,2)*XB12(I)+
        $BFB1(I,1)*PDW(I+1)
         XB12N(I)=AFB1(I,2,1)*XB11(I)+AFB1(I,2,2)*XB12(I)+
        $BFB1(I,2)*PDW(I+1)
         YB1(I)=CFB1(I,1)*XB11(I)+CFB1(I,2)*XB12(I)+DFB1(I)*PDW(I+1)
         XB11(I)=XB11N(I)
         XB12(I)=XB12N(I)
   120 CONTINUE
C
C
         DO 130 I=1,2
```

90

```
      XB21N(I)=AFB2(I,1,1)*XB21(I)+AFB2(I,1,2)*XB22(I)+
     $BFB2(I,1)*YB1(I)
      XB22N(I)=AFB2(I,2,1)*XB21(I)+AFB2(I,2,2)*XB22(I)+
     $BFB2(I,2)*YB1(I)
      YB2(I)=CFB2(I,1)*XB21(I)+CFB2(I,2)*XB22(I)+DFB2(I)*YB1(I)
      XB21(I)=XB21N(I)
      XB22(I)=XB22N(I)
  130 CONTINUE
C
C
      DO 140 I=1,2
      XB31N(I)=AFB3(I,1,1)*XB31(I)+AFB3(I,1,2)*XB32(I)+
     $BFB3(I,1)*YB2(I)
      XB32N(I)=AFB3(I,2,1)*XB31(I)+AFB3(I,1,2)*XB32(I)+
     $BFB3(I,2)*YB2(I)
      YB3(I)=CFB3(I,1)*XB31(I)+CFB3(I,2)*XB32(I)+DFB3(I)*YB2(I)
      XB31(I)=XB31N(I)
      XB32(I)=XB32N(I)
  140 CONTINUE
C
C
C   FIRST ORDER RATE FILTER
C   EL AND XL AXES ONLY
C
      DO 150 I=1,2
      XRN(I)=AR(I)*XR(I)+BR(I)*YB3(I)
      YF(I+1)=CR(I)*XR(I)+DR(I)*YB3(I)
      XR(I)=XRN(I)
  150 CONTINUE
      YF(1)=PDW(1)
C
C
C   DETERMINE QUATERNIONS BY INTEGRATING PREFILTERED
C   RATE SIGNALS AND EVALUATE ATTITUDE AND
C   INTEGRAL LOOPS
C
      IF(IGYRO.EQ.4)GO TO 999
C
C
      GPFO(1)=PW(1)
      GPFO(2)=PW(2)
      GPFO(3)=PW(3)
C
C     CALCULATE DELTA Q BASED ON GYRO RATES
      DELQ(1)= GPFO(3)*Q(2)-GPFO(2)*Q(3)+GPFO(1)*Q(4)
      DELQ(2)=-GPFO(3)*Q(1)+GPFO(1)*Q(3)+GPFO(2)*Q(4)
      DELQ(3)= GPFO(2)*Q(1)-GPFO(1)*Q(2)+GPFO(3)*Q(4)
      DELQ(4)=-GPFO(1)*Q(1)-GPFO(2)*Q(2)-GPFO(3)*Q(3)
C        INTEGRATE QUATERNION
      Q(1)=Q(1)+.02*DELQ(1)
      Q(2)=Q(2)+.02*DELQ(2)
      Q(3)=Q(3)+.02*DELQ(3)
      Q(4)=Q(4)+.02*DELQ(4)
```

91

```
C     SAVE UNNORMALIZED QUATERNION FOR PLOTTING
      QUN(1)=Q(1)
      QUN(2)=Q(2)
      QUN(3)=Q(3)
      QUN(4)=Q(4)
C     CALCULATE NORMALIZATION ERROR AND RESCALE QUATERNION
      EQ=1-Q(1)*Q(1)-Q(2)*Q(2)-Q(3)*Q(3)-Q(4)*Q(4)
      SF=1+.5*EQ
      Q(1)=SF*Q(1)
      Q(2)=SF*Q(2)
      Q(3)=SF*Q(3)
      Q(4)=SF*Q(4)
      DO 249 I=1,4
 249  QS(I)=QS(I)+Q(I)
C     CALCULATE ATTITUDE DCM (TA)
      TA11=2*(Q(4)*Q(4)+Q(1)*Q(1))-1
      TA12=2*(Q(1)*Q(2)+Q(3)*Q(4))
      TA13=2*(Q(1)*Q(3)-Q(2)*Q(4))
      TA21=2*(Q(1)*Q(2)-Q(3)*Q(4))
      TA22=2*(Q(4)*Q(4)+Q(2)*Q(2))-1
      TA23=2*(Q(2)*Q(3)+Q(1)*Q(4))
C     CALCULATE ATT ERROR   E=TA*TDPO(-1)
      EKX= TA21*TDPO(3,1)+TA22*TDPO(3,2)+TA23*TDPO(3,3)
      EKY=-TA11*TDPO(3,1)-TA12*TDPO(3,2)-TA13*TDPO(3,3)
      EKZ= TA11*TDPO(2,1)+TA12*TDPO(2,2)+TA13*TDPO(2,3)
C
C
C   ATTITUDE ERROR LIMITATION FOR SLEW
C   ADDED BY JMR
C
C
      IF(EKX.LT.0.0)THEN
         SIGNX=-1.0
      ELSE
         SIGNX=1.0
      ENDIF
      IF(EKY.LT.0.0)THEN
         SIGNY=-1.0
      ELSE
         SIGNY=1.0
      ENDIF
      IF(EKZ.LT.0.0)THEN
         SIGNZ=-1.0
      ELSE
         SIGNZ=1.0
      ENDIF
      IF(ABS(EKX).GT.EMAX)THEN
         EKX=EMAX*SIGNX
         ZERIN1=.TRUE.
      ENDIF
      IF(ABS(EKY).GT.EMAX)THEN
         EKY=EMAX*SIGNY
         ZERIN2=.TRUE.
```

92

```
          ENDIF
          IF(ABS(EKZ).GT.EMAX)THEN
             EKZ=EMAX*SIGNZ
             ZERIN3=.TRUE.
          ENDIF
C
C
          E(1)=EKX
          E(2)=EKY
          E(3)=EKZ
C
C   EVALUATE INTEGRAL OF ATTITUDE ERROR
C
C
          DO 190 I=1,3
          S(I)=S(I)+E(I)*.04
    190 CONTINUE
C
C
C   ZERO INTEGRAL LOOP IF E > EMAX
C
          IF(ZERIN1)S(1)=0.0
          IF(ZERIN2)S(2)=0.0
          IF(ZERIN3)S(3)=0.0
C
C
C
C   COMPUTE PID FOR HIGH GAIN MODE
C   OR FOR LOW GAIN MODE
C
    999 IF(H_FLAG.OR.H_FFDD)THEN
          WRITE(6,7777)
   7777 FORMAT(1X,' LOW GAINS')
          PID(1)=SPSC(1)*VC(1)*(LKD(1)*YF(1)+LKP(1)*E(1)+LKI(1)*S(1))
          DO 803 I=2,3
          PID(I)=SPSC(I)*VC(I)*(LKD(I)*YF(I)+LKP(I)*E(I)+LKI(I)*S(I))
    803 CONTINUE
          ELSE
          WRITE(6,7778)
   7778 FORMAT(1X,' HIGH GAINS')
          PID(1)=VC(1)*(HKD(1)*YF(1)+HKP(1)*E(1)+HKI(1)*S(1))
          DO 804 I=2,3
          PID(I)=VC(I)*(HKD(I)*YF(I)+HKP(I)*E(I)+HKI(I)*S(I))
    804 CONTINUE
          ENDIF
          GFIRST=.FALSE.
          RETURN
          END
          SUBROUTINE RMODE(NM,TMODE,IMODE,DESMOD)
          DIMENSION TMODE(10),IMODE(10),DESMOD(10,3)
          READ(17,*)NM
          DO 10 I=1,NM
          READ(17,*)TMODE(I),IMODE(I),(DESMOD(I,J),J=1,3)
```

93

```
      10 CONTINUE
         RETURN
         END
         SUBROUTINE RSLEW(H_OMGG,H_RCUR,H_OMGD,H_TDPO,H_RESD,
        $INSLEW,GAC,QQ,FOUR)
C
         LOGICAL INSLEW,GAC,FOUR
         REAL H_RCUR(3),H_OMGG(3),H_RESD(3)
         DIMENSION H_TPP1(3,3),H_TSTS(3,3),H_OMGD(3),H_TDPO(3,3)
C
C
C * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
C
         LOGICAL H_FLAG(32)
C
C
C * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
C
         LOGICAL H_FFDD(28)
         INTEGER*2       H_DWN1,H_DWN5,H_CFHS,H_ODLB,H_FFDI,H_ALI1
         REAL*4          H_FFDF
C
         DIMENSION QQ(4),TEMP(3,3)
         COMMON /CBUF/   H_DWN1(59),H_DWN5(49),H_FFDI(39),
        *               H_CFHS(21),H_ODLB(27),H_ALI1,H_FFDF(21)
C
C * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
C
         INTEGER*2       H_LGYR,H_ALI2
C
C
C * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
C
C
         COMMON /CMM/    H_MMTT,H_Q(4)
C
C * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
C
         LOGICAL*1       H_GYHR,H_STRK,H_ERRT
         INTEGER*2       H_KFF, H_UNFL,H_ULIM,H_TQRN,H_TCP, H_VC, H_ALOM,
        *               H_ALS, H_OMRN,H_FIL1,
        *               H_KFFN,H_UNFN,H_ULMN,H_TRNN,H_TCPN,H_VCN,H_ALON,
        *               H_ALSN,H_ORNN,H_FL1N,H_ALI4,
        *               H_MXRT,H_CNTS,H_DCR,H_ALI3,H_SPIN,H_EPON,H_EPOF,
        *               H_SWBO,H_MPMX,H_TUTO
         INTEGER*4       H_EMAX,H_QSHT,H_EMXN,H_QSHN
         REAL*4          H_TPE1,H_TSTA,H_TSTS,H_TPP1,H_TS13,H_TS12,H_MPA,
        *               H_DDIN,H_MPC1,H_MPC2,H_MPC3,H_COMX,H_ADMX,H_TQMX,
        *               H_JROL,H_JLAT,H_DSLW,H_DCO,H_DSEP,H_SCNA,H_SCNG,
        *               H_MPCD,H_EHMX,H_PHSO,H_SITO,H_GYCH,H_CO1,H_CO3,
        *               H_CO4,H_CO5,H_CO7,H_CO8,H_CI1,H_CI5,H_CI6,H_DST,
        *               H_TETA,H_RULL,H_RUUL,H_STLL,H_STUL,H_SPSC,H_SRMX,
        *               H_ROMX,H_ESMX
```

94

```
C
C
C * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
C
      REAL H_OMGN(3)
C
C
C * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
C
      REAL*4          H_TAPO,H_TOO1,H_TSHO,H_TSO1,H_TE1R,H_TA1R,H_TNPO,
     *                H_TSBY,H_TAPS,H_TTPO,H_TOS1
C
      COMMON /CDCM/   H_TAPO(3,3),H_TOO1(3,3),H_TSHO(3,3),H_TSO1(3,3),
     *                H_TE1R(3,3),H_TA1R(3,3),H_TNPO(3,3),H_TSBY(3,3),
     *                H_TAPS(3,3),H_TTPO(3,3),H_TOS1(3,3)
C
C * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
C
      COMMON /ORB/ OMBY(3)
      COMMON /COSV/   T_BY_I(3,3),TBYI(3,3),TA(3,3),T_PP_I(3,3)
C
C * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
C
C     *-------------------------------------------------------*
C     *               INTERNAL VARIABLES                      *
C     *-------------------------------------------------------*
C
      DIMENSION OMEGAL(3),OMGP(3),RESDES(3),DUM(3),Q(4),HILFSA(3),
     *          TDFP1S(3,3),TDFPP(3,3),TSTART(3,3),TP1G(3,3),
     *          TLAT(3,3),TROL(3,3),ODP(3,3),CALC1(3,3),CALC2(3,3),
     *          TTTPO(3,3),TAPO(3,3),TAP1ST(3,3),TPP1(3,3),TDPO(3,3),
     *          TSTSH(3,3),ROTP(3),QORB(4),TORB(3,3)
C
      INTEGER   Z,I,R,JPSI,VZ1,VZ2
C
      REAL*8    Q,QORB
      REAL      OMEGAL,OMGP,RESDES,DUM,TDFP1S,TDFPP,HILFSA,TSTART,
     *          TP1G,TLAT,TROL,ODP,CALC1,THLDM,THL2DM,THRDA,SLEWMX,
     *          THLDA,THRA,THLA,TH,TH2DM,THDM,THA,THDA,PSI,THR,REDU,
     *          THL,THRDM,THR2DM,LY,LZ,SEL,CEL,SXL,CXL,SRO,CRO,RANGE,
     *          TTTPO,TAPO,TAP1ST,TPP1,TDPO,TSTSH,TORB,ROTP,CALC2,
     *          DELTA,ENDCON,ROLCUR,ROLCOR,DELTAT,PI,LENGTH,DIAGON
C
C----------------------
C  ADDED BY ADAMS
C
      REAL LX,THRG,THRP
      DATA THRG,THRP/0.0,0.0/
C
C--------------------------
C
      LOGICAL   LOG0,LOG1,ROLAVO
C
```

95

```
      DATA        THLDM,THRDA,THLDA,THRA,THLA,TH,TH2DM,THDM,THA,THL2DM,
      *           THDA,PSI,THR,THL,THRDM,LY,LZ,SEL,CEL,SXL,THR2DM,
      *           CXL,SRO,CRO,DELTA,ENDCON,ROLCUR,ROLCOR,DELTAT/29*0.0/,
      *           Z,I,R,JPSI/4*0/,SLEWMX,REDU/2*0.0/,
      *           ROLAVO/.TRUE./,RANGE/0.0174533/,
      *           PI/3.1415927/
C
      DATA        OMEGAL,OMGP,RESDES,DUM,Q,HILFSA,ROTP/22*0.0/,
      *           TDFP1S,TDFPP,TSTART,ODP,CALC1,CALC2/54*0.0/,
      *           TP1G/1.,3*0.,.7071068,-.7071068,0.,2*.7071068/,
      *           TLAT/1.0,0.0,0.0,0.0,1.0,0.0,0.0,0.0,1.0/,
      *           TROL/1.0,0.0,0.0,0.0,1.0,0.0,0.0,0.0,1.0/,
      *           TORB/1.0,0.0,0.0,0.0,1.0,0.0,0.0,0.0,1.0/,
      *           QORB/0.0,0.0,0.0,1.0/
C
      DATA H_TPP1/1.0,0.0,0.0,0.0,1.0,0.0,0.0,0.0,1.0/
      DATA H_TSTS/1.0,0.0,0.0,0.0,-1.0,0.0,0.0,0.0,-1.0/
      DATA H_TAPO/1.0,0.0,0.0,0.0,1.0,0.0,0.0,0.0,1.0/
      DATA H_TTPO/1.0,0.0,0.0,0.0,1.0,0.0,0.0,0.0,1.0/
      DATA H_TAPS/0.0,0.0,-1.0,0.0,-1.0,0.0,-1.0,0.0,0.0/
C
C
      DATA H_CNTS,H_LGYR,H_TQMX,H_ADMX,H_JROL,H_JLAT,H_DSLW/
     $25,5,10.0,.0157,2524.5,8145.0,.00349/
      DATA H_FFDD(28)/.FALSE./
C
C    SET NON-VARYING SLEW PARAMETERS
C
      H_FLAG(2)=INSLEW
      H_FFDD(7)=GAC
C
C
C
C    COMPUTE H_TAPO
      IF(.NOT.(H_FLAG(2).OR.H_FFDD(7)))GO TO 443
C
      TEMP(1,1)=2.0*(QQ(1)**2.0+QQ(4)**2.0-.5)
      TEMP(1,2)=2.0*(QQ(1)*QQ(2)+QQ(3)*QQ(4))
      TEMP(1,3)=2.0*(QQ(1)*QQ(3)-QQ(2)*QQ(4))
      TEMP(2,1)=2.0*(QQ(1)*QQ(2)-QQ(3)*QQ(4))
      TEMP(2,2)=2.0*(QQ(2)**2.0+QQ(4)**2.0-.5)
      TEMP(2,3)=2.0*(QQ(2)*QQ(3)+QQ(1)*QQ(4))
      TEMP(3,1)=2.0*(QQ(1)*QQ(3)+QQ(2)*QQ(4))
      TEMP(3,2)=2.0*(QQ(2)*QQ(3)-QQ(1)*QQ(4))
      TEMP(3,3)=2.0*(QQ(3)**2.0+QQ(4)**2.0-.5)
      CALL TRANSP(TEMP,H_TAPO)
C
C
      CALL DCM(H_RESD(1),H_RESD(2),H_RESD(3),TEMP)
      CALL TRANSP(TEMP,H_TTPO)
      CALL DCM(H_RCUR(1),H_RCUR(2),H_RCUR(3),TEMP)
      CALL TRANSP(TEMP,H_TAPS)
C
```

96

```
C
C
C      *-------------------------------------------------*
C      *              TRANSPOSE  MATRIX                  *
C      *    T-TT-PO,T-A-P-O,T-A-P1-ST,T-P-P1,T-ST-SH     *
C      *-------------------------------------------------*
 443   DO 444 N=1,3
          DO 555 K=1,3
             TTTPO(N,K)  = H_TTPO(K,N)
             TAPO(N,K)   = H_TAPO(K,N)
             TAP1ST(N,K) = H_TAPS(K,N)
             TPP1(N,K)   = H_TPP1(K,N)
             TSTSH(N,K)  = H_TSTS(K,N)
 555      CONTINUE
 444   CONTINUE
C
C      ===================================================
C
C      *-----------------------------------------------------------*
C      *              GIMBAL-ANGLE-COMMAND-MODE  ?                  *
C      *-----------------------------------------------------------*
C
       IF ( .NOT.H_FFDD(7) )  GOTO 10
C
C          *-----------------------------------------------------------*
C          *      AUTOMATIC RESTART OF TRAJECTORY WHEN COMMANDED        *
C          *      GIMBAL-ANGLES ARE CHANGED                            *
C          *-----------------------------------------------------------*
C
         LOGO=(H_RESD(1).NE.RESDES(1)).OR.(H_RESD(2).NE.RESDES(2)).OR.
     *        (H_RESD(3).NE.RESDES(3))
         IF ( .NOT.LOGO ) GOTO 20
            ROLAVO = .TRUE.
            I=H_CNTS
            DO 15 N=1,3
               RESDES(N)=H_RESD(N)
 15         CONTINUE
 20      CONTINUE
C
C          *-----------------------------------------------------------*
C          *      GENERATE DESIRED PLATFORM ATTITUDE DCM  ( TDFPP )     *
C          *      VERSUS CURRENT PLATFORM ATTITUDE BY MEANS OF ACTUAL   *
C          *      AND DESIRED GIMBAL ATTITUDE                          *
C          *-----------------------------------------------------------*
C
         SEL = SIN ( H_RESD(2) )
         CEL = COS ( H_RESD(2) )
         SXL = SIN ( H_RESD(3) )
         CXL = COS ( H_RESD(3) )
         SRO = SIN ( H_RESD(1) )
         CRO = COS ( H_RESD(1) )
         TDFP1S(1,1) = CXL*CEL
         TDFP1S(1,2) = SXL
```

```
              TDFP1S(1,3) = -CXL*SEL
              TDFP1S(2,1) = -CRO*SXL*CEL+SRO*SEL
              TDFP1S(2,2) = CRO*CXL
              TDFP1S(2,3) = CRO*SXL*SEL+SRO*CEL
              TDFP1S(3,1) = SRO*SXL*CEL+CRO*SEL
              TDFP1S(3,2) = -SRO*CXL
              TDFP1S(3,3) = -SRO*SXL*SEL+CRO*CEL
              CALL MAMA  (TPP1,TDFP1S,TDFPP,3)
              CALL MAMAT (TDFPP,TAP1ST,CALC1,3)
              CALL MAMAT (CALC1,TPP1,TDFPP,3)
C
C          *---------------------------*
C          *   DESIRED ROLL ANGLE      *
C          *---------------------------*
C
              GOTO 30
      10 CONTINUE
              IF ( H_FLAG(2) ) GOTO 40
C
C          *-----------------------------------*
C          *    NO EXECUTION OF SLEWING S/W    *
C          *-----------------------------------*
C
              ROLAVO = .TRUE.
              I=H_CNTS
              RETURN
      40     CONTINUE
C
C          *-----------------------------------------------------*
C          *   GENERATE DESIRED PLATFORM ATTITUDE  ( DCM TDFPP )  *
C          *   VERSUS CURRENT PLATFORM ATTITUDE BY MEANS OF ACTUAL *
C          *   AND DESIRED INERTIAL ATTITUDE                      *
C          *-----------------------------------------------------*
C
              CALL MAMAT (TTTPO,TAPO,TDFPP,3)
C-----------------------
C  ADDED BY ADAMS
C
C  DESIRED GIMBAL-ANGLES IN FORM OF DCM
C
         CALL MATMA(TPP1,TDFPP,CALC1,3)
         CALL MAMA(CALC1,TPP1,CALC2,3)
         CALL MAMA(CALC2,TAP1ST,TDFP1S,3)
C
C  CALCULATE DESIRED GIMBAL-ROLL FROM DCM
C
         ROLDES = ATAN2(-TDFP1S(3,2),TDFP1S(2,2))
C
C-------------------------------
      30 CONTINUE
C
C      *---------------------------------------*
C      *   DESIRED ROLL-ANGLE ( IN SLEW )      *
```

```
C     *---------------------------------------*
C     *   CONTROL OF SLEWING END CONDITION     *
C     *---------------------------------------*
C
      IF (.NOT.( H_FFDD(28) .AND. H_FLAG(2) ) ) GOTO 905
          LENGTH = SQRT( H_OMGN(1) * H_OMGN(1) + H_OMGN(2) * H_OMGN(2) +
     *                   H_OMGN(3) * H_OMGN(3) )
          DELTA = LENGTH * H_CNTS * 0.2
          GOTO 910
  905 CONTINUE
          DELTA = 0.0
  910 CONTINUE
      ENDCON = H_DSLW + DELTA
C
      DUM(1) = ABS ( TDFPP(1,2) )
      DUM(2) = ABS ( TDFPP(1,3) )
      DUM(3) = ABS ( TDFPP(2,3) )
C
      DIAGON = TDFPP(1,1) + TDFPP(2,2) + TDFPP(3,3) - 1.0
      IF ( DIAGON .GE. 0.0 ) VZ1 = 1
      IF ( DIAGON .LT. 0.0 ) VZ1 = -1
      LOGO = VZ1 .LT. 0.0
      LOG1 = ENDCON .LE. ( AMAX1( DUM(1),DUM(2),DUM(3) ) )
      IF ( .NOT.( LOGO .OR. LOG1 ) ) GOTO 50
C
   51     IF ( .NOT.(I .EQ. H_CNTS) ) GOTO 60
C         --- RESET INTEGRATIONS COUNTER ---
          I=1
C         --- BRANCH TO TRAJECTORY INITIALISATION ---
          R=1
          GOTO 70
   60     CONTINUE
C         --- BRANCH TO TRAJECTORY INTIGRATION ---
          R=2
   70     CONTINUE
          GOTO 80
   50 CONTINUE
C         --- INDICATES END OF SLEWING ---
          H_FLAG(6)=.TRUE.
          IF ( H_FFDD(7) ) GOTO 51
          I=H_CNTS
C         --- SETS DESIRED PLATFORM ATTITUDE TO ZERO ---
          DO 75 N=1,3
              H_OMGD(N)=0.0
   75     CONTINUE
      INSLEW=.FALSE.
      FOUR=.TRUE.
          RETURN
   80 CONTINUE
      GOTO (111,222),R
C
C     *---------------------------------------------*
C     *   CASE: R=1                                 *
```

99

```
C     *   INITIALISATION FOR TRAJECTORY INTEGRATION    *
C     *-----------------------------------------------*
C
C        ***********************************************************
C        *  TRANSFORM THE ORBITER-ROTATION INTO PLATFORM-COORDINATES  *
C        *      --- ONLY IN GIMBAL-COMMAND-MOD ---                 *
C        ***********************************************************
C
C-------------------------------------
C
C  STATEMENT 111 MOVED TO HERE BY ADAMS TO AGREE
C  WITH NEW PATCH
C
C-------------------------------------------------
C
 111  CONTINUE
C
        IF ( .NOT.H_FFDD(7) ) GOTO 915
            HILFSA(1) = -OMBY(1)
            HILFSA(2) =  OMBY(2)
            HILFSA(3) = -OMBY(3)
            CALL MAMA ( TPP1,TAP1ST,CALC1,3 )
            CALL MAMA ( CALC1,TSTSH,CALC2,3 )
            CALL MAVE ( CALC2,HILFSA,ROTP,3 )
            GOTO 920
  915   CONTINUE
            ROTP(1) = 0.0
            ROTP(2) = 0.0
            ROTP(3) = 0.0
  920   CONTINUE
C
C        ********************************************************
C
C    --- INITIALISE DCM FOR RECURSIVE ATTITUDE AND RATE PROCESSING ---
C-111 CONTINUE
        DO 120 N=1,3
            DO 140 K=1,3
                TSTART(N,K) = TAPO(N,K)
  140       CONTINUE
  120   CONTINUE
C
C        *-----------------------------------------------*
C        *    LATERAL -MOTION:                           *
C        *        EULER LATERAL ANGLE          : THL     *
C        *        EULER LATERAL ACCELARATION   : THL2DM  *
C        *-----------------------------------------------*
C
        IF ( .NOT.( ABS(TDFPP(1,1)) .GT. 1.0 ) )  GOTO 85
            IF ( TDFPP(1,1) .GE. 0.0 ) TDFPP(1,1)=1
            IF ( TDFPP(1,1) .LT. 0.0 ) TDFPP(1,1)=-1
   85   CONTINUE
C-----  THL = ARCOS ( TDFPP(1,1) )
        THL =  ACOS ( TDFPP(1,1) )
```

100

```
            IF ( .NOT.( THL .GT. H_DSLW ) )  GOTO 90
C               --- NON SINGULAR CASE ---
            LY = -TDFPP(1,3)/SIN(THL)
            LZ =  TDFPP(1,2)/SIN(THL)
            GOTO 100
   90       CONTINUE
C               --- SINGULAR CASE ---
            LY=0
            LZ=0
  100       CONTINUE
            THL2DM = H_TQMX/H_JLAT
C
C           *--------------------------------------------------*
C           *    ROLL-MOTION :                                 *
C           *        EULER ROLL ANGLE            : THR         *
C           *        EULER ROLL ACCELARATION     : THR2DM      *
C           *--------------------------------------------------*
C
            Q(1) = 0
            Q(2) = LY * SIN(THL/2)
            Q(3) = LZ * SIN(THL/2)
            Q(4) = COS(THL/2)
            CALL QTODCM (Q,TLAT)
            CALL MAMAT (TDFPP,TLAT,TROL,3)
C----       THR = ATAN2 ( TROL(2,3) , TROL(2,2) )
C----------------------------
C  ADDED BY ADAMS
C
        THRP = ATAN2 ( TROL(2,3) , TROL(2,2) )
C
        IF(.NOT.ABS(THRP).GT.H_DSLW) GO TO 150
        LX = 1
        GO TO 151
  150  LX = 0
  151  CONTINUE
C
C----------------------------
            THR2DM = H_TQMX/H_JROL
C
C           *--------------------------------------------------*
C           *    RATE INITIALISATION OF TRAJECTORY BY MEANS    *
C           *    ACTUAL GYRO RATES                             *
C           *--------------------------------------------------*
C
            DO 200 N=1,3
               OMEGAL(N)=H_OMGG(N)
  200       CONTINUE
            IF ( .NOT.( H_LGYR .EQ. 2 ) )  GOTO 210
C               --- GYRO X IS OFF ---
               OMEGAL(1)=(-1)*H_OMGG(2)+(-1)*H_OMGG(3)+SQRT(3.0)*H_OMGG(4)
  210       CONTINUE
            IF ( .NOT.( H_LGYR .EQ. 3 ) )  GOTO 220
C               --- GYRO Y IS OFF ---
```

```
                OMEGAL(2)=(-1)*H_OMGG(1)+(-1)*H_OMGG(3)+SQRT(3.0)*H_OMGG(4)
      220       CONTINUE
                IF ( .NOT.( H_LGYR .EQ. 4 ) )  GOTO 230
C                  --- GYRO Z IS OFF ---
                OMEGAL(3)=(-1)*H_OMGG(1)+(-1)*H_OMGG(2)+SQRT(3.0)*H_OMGG(4)
      230       CONTINUE
C
                ROLCUR = H_RCUR(1)
C
                CALL MAMA (TPP1,TP1G,CALC1,3)
                CALL MAVE (CALC1,OMEGAL,OMGP,3)
C
                OMGP(1)=OMGP(1)-ROTP(1)
                OMGP(2)=OMGP(2)-ROTP(2)
                OMGP(3)=OMGP(3)-ROTP(3)
C
                THRDA = OMGP(1)
                THLDA = LY * OMGP(2) + LZ * OMGP(3)
C
C       *------------------------------------------------------*
C       *   RESET ROLL-AND LATERAL EULER ANGLES TO ZERO     *
C       *   FOR INTEGRATIONS RESTART                        *
C       *------------------------------------------------------*
C
                THRA=0
                THLA=0
C
C       ****************************************
C       *  AVOIDANCE OF MECHANICAL ROLL-STOP AT  *
C       *      GIMBAL-ROLL 180 DEG.              *
C       ****************************************
C
C
C----------------------------
C  ADDED BY ADAMS
C
        THRG = ROLDES - ROLCUR
        IF(.NOT.ABS(THRG).GT.PI) GO TO 231
        THRG = THRG - 2.0 * PI * SIN(THRG)
  231  CONTINUE
C
C-------------------------------
                IF ( .NOT.ROLAVO ) GOTO 830
                ROLAVO = .FALSE.
C
C----            IF ( .NOT.( ABS(ROLCUR + THR) .GT. PI ) ) GOTO 840
                IF ( .NOT.( ABS(ROLCUR +THRG) .GT. PI ) ) GOTO 840
C
C----               IF ( THR .GE. 0.0 ) VZ1 = 1
C----               IF ( THR .LT. 0.0 ) VZ1 = -1
                    IF ( THRG.GE. 0.0 ) VZ1 = 1
                    IF ( THRG.LT. 0.0 ) VZ1 = -1
C
```

102

```
                  ROLCOR = -2 * PI * VZ1
                  GOTO 850
  840          CONTINUE
                  ROLCOR = 0.0
  850          CONTINUE
  830       CONTINUE
            IF ( .NOT.( ROLCOR .NE. 0.0 ) ) GOTO 860
C
C----       IF ( THR .GE. 0.0 ) VZ1 =1
C----       IF ( THR .LT. 0.0 ) VZ1 = -1
            IF ( THRG.GE. 0.0 ) VZ1 =1
            IF ( THRG.LT. 0.0 ) VZ1 = -1
C
            IF ( ROLCOR .GE. 0.0 ) VZ2 = 1
            IF ( ROLCOR .LT. 0.0 ) VZ2 = -1
         IF ( VZ1 .EQ. VZ2 ) ROLCOR =0.0
  860    CONTINUE
C
C----    THR = THR + ROLCOR
C
C--------------------------
C  ADDED BY ADAMS
C
      IF((ABS(THRG).LT.(PI/2.0)).AND.(ROLCOR.EQ.0.0)) GO TO 861
      THR = THRG + ROLCOR
      GO TO 862
 861  THR = THRP
 862  CONTINUE
C
C------------------------------
C
C     ********************************************************
C     *  ADAPTION OF MAX SLEWRATE WHEN THE Q-GYRO IS RUNNING  *
C     ********************************************************
C
      LENGTH = SQRT( ROTP(1)**2 + ROTP(2)**2 + ROTP(3)**2 )
      SLEWMX = H_ADMX - LENGTH
      IF ( H_LGYR .EQ. 5 ) GOTO 301
      IF (.NOT.(ABS(THR).GT.RANGE .AND. ABS(THL).GT.RANGE)) GOTO 301
         REDU = 0.5
         GOTO 302
  301    CONTINUE
         REDU = 1.0
  302    CONTINUE
      THRDM = REDU * SLEWMX
      THLDM = REDU * SLEWMX
C
C     ************************************
C     *  LIMITATION OF INITIAL EULER-RATES  *
C     ************************************
C
         IF (.NOT.( ABS(THRDA) .GT. THRDM ) ) GOTO 810
            IF ( THRDA .GE. 0.0 ) VZ1 = 1
```

103

```
                   IF ( THRDA .LT. 0.0 ) VZ1 = -1
                   THRDA = THRDM * VZ1
     810     CONTINUE
           IF (.NOT.( ABS(THLDA) .GT. THLDM ) ) GOTO 820
                   IF ( THLDA .GE. 0.0 ) VZ1 = 1
                   IF ( THLDA .LT.0.0 ) VZ1 = -1
                   THLDA = THLDM * VZ1
     820     CONTINUE
C
           GOTO 250
  222 CONTINUE
C
C        *----------------------------------*
C        *   CASE :  R=2                     *
C        *   INCREMENT INTEGRATION COUNTER   *
C        *----------------------------------*
C
           I=I+1
  250 CONTINUE
C
C      *-----------------------------------*
C      *   INTEGRATION OF EULER ANGLES     *
C      *   Z=1 :  LATERAL AXIS             *
C      *   Z=2 :  ROLL AXIS                *
C      *-----------------------------------*
C
       DO 300 Z=1,2
           IF ( .NOT.(Z .EQ. 1) ) GOTO 310
               THDA  = THLDA
               THA   = THLA
               TH    = THL
               TH2DM = THL2DM
               THDM  = THLDM
               GOTO 320
     310     CONTINUE
               THDA  = THRDA
               THA   = THRA
               TH    = THR
               TH2DM = THR2DM
               THDM  = THRDM
     320     CONTINUE
C
C        *------------------------------------------------*
C        *    CONTROL CONDITION FOR TORQUE DIRECTION       *
C        *    SWITCHING CURVE DUE TO PONTRJAGIN PRINCIPLE  *
C        *------------------------------------------------*
C
           PSI= (-0.5/TH2DM) * THDA * ABS(THDA) + (TH-THA)
C
C        *----------------------------*
C        *   EULER RATE INTEGRATION    *
C        *----------------------------*
C
```

104

```
          IF ( PSI .GE. 0.0 )  JPSI=1
          IF ( PSI .LT. 0.0 )  JPSI=-1
          THDA = THDA + 0.2 * TH2DM * JPSI
C
C         *--------------------------*
C         *  EULER RATE LIMITATION   *
C         *--------------------------*
C
C----     IF ( ABS(THDA) .GT. THDM ) THDA=THDM*JPSI
          IF ( ABS(THDA) .GE. THDM ) THDA=THDM*JPSI
C
C         *--------------------------*
C         *  EULER ANGLE INTEGRATION *
C         *--------------------------*
C
          THA = THA + 0.2 * THDA
          IF ( .NOT.( Z .EQ. 1 ) )  GOTO 330
C
C             *------------------------------------------------*
C             *   LATERAL MOTION IN FORM OF DIRECTION COSINE   *
C             *------------------------------------------------*
C
              THLDA = THDA
              THLA  = THA
              Q(1) = 0.0
              Q(2) = LY*SIN(THA/2)
              Q(3) = LZ*SIN(THA/2)
              Q(4) = COS(THA/2)
              CALL QTODCM (Q,TLAT)
              GOTO 340
    330   CONTINUE
C
C             *------------------------------------------------*
C             *   ROLL MOTION IN FORM OF DIRECTION COSINE      *
C             *------------------------------------------------*
C
              THRDA = THDA
              THRA  = THA
              TROL(1,1) = 1.0
              TROL(1,2) = 0.0
              TROL(1,3) = 0.0
              TROL(2,1) = 0.0
              TROL(2,2) = COS(THA)
C
C----         TROL(2,3) = SIN(THA)
              TROL(2,3) = LX * SIN(THA)
C
              TROL(3,1) = 0.0
              TROL(3,2) = -TROL(2,3)
              TROL(3,3) = COS(THA)
    340   CONTINUE
    300 CONTINUE
C
```

105

```
C     *-------------------------------------*
C     *   DESIRED PLATFORM ATTITUDE DCM SENT TO  *
C     *   DCU FASTLOOP CONTROLLER                *
C     *-------------------------------------*
C
      DELTAT = 0.1 * I
      QORB(1) = ROTP(1) * DELTAT
      QORB(2) = ROTP(2) * DELTAT
      QORB(3) = ROTP(3) * DELTAT
      QORB(4) = DSQRT( 1.0 - QORB(1) * QORB(1) - QORB(2) * QORB(2) -
     *               QORB(3) * QORB(3) )
      CALL QTODCM ( QORB,TORB )
C
      CALL MAMA (TORB,TROL,CALC1,3)
      CALL MAMA (CALC1,TLAT,ODP,3)
      CALL MAMA (ODP,TSTART,TDPO,3)
C
C     *-----------------------------*
C     *   TRANSPOSE MATRIX  T-D-P-O  *
C     *-----------------------------*
C
      DO 666 N=1,3
         DO 777 K=1,3
            H_TDPO(K,N) = TDPO(N,K)
  777    CONTINUE
  666 CONTINUE
C
C
C  PRINT LOOP ADDED BY JMR 8/28/89
C
C
      DO 6789 III=1,3
 6789 CONTINUE
C
C     =================================
C
C     *-------------------------------------*
C     *   DESIRED PLATFORM RATE SENT TO      *
C     *   DCU FASTLOOP CONTROLLER            *
C     *-------------------------------------*
C
C
C---- HILFSA(1) = THRDA + ROTP(1)
      HILFSA(1) = LX * THRDA + ROTP(1)
C
      HILFSA(2) = LY*THLDA + ROTP(2)
      HILFSA(3) = LZ*THLDA + ROTP(3)
      CALL MAVE (ODP,HILFSA,H_OMGD,3)
      RETURN
      END
      SUBROUTINE  MAMA (A,B,C ,N)
C
C     ****************************************************************
```

106

```
C      MATRIX * MATRIX A*B=C
C      ************************************************************
C
       DIMENSION A(N,N),B(N,N),C(N,N)
       DO  1  I= 1,N
       DO  1  J= 1,N
       C(I,J)= 0.
       DO  1  K= 1,N
       C(I,J)= C(I,J) + A(I,K)*B(K,J)
     1 CONTINUE
C
       RETURN
       END
       SUBROUTINE MATMA (A,B,C ,N)
C
C      ************************************************************
C      MATRIX TRANSPONIERT * MATRIX  AT*B=C
C      ************************************************************
C
       DIMENSION A(N,N),B(N,N),C(N,N)
       DO  1  I= 1,N
       DO  1  J= 1,N
       C(I,J)= 0.
       DO  1  K= 1,N
       C(I,J)= C(I,J) + A(K,I)*B(K,J)
     1 CONTINUE
C
       RETURN
       END
       SUBROUTINE  MAMAT (A,B,C ,N)
C
C      ************************************************************
C      MATRIX * MATRIX TRANSPONIERT  A*BT=C
C      ************************************************************
C
       DIMENSION A(N,N),B(N,N),C(N,N)
       DO  1  I= 1,N
       DO  1  J= 1,N
       C(I,J)= 0.
       DO  1  K= 1,N
       C(I,J)= C(I,J) + A(I,K)*B(J,K)
     1 CONTINUE
C
       RETURN
       END
       SUBROUTINE  MAVE (A,B,C,N)
C      ************************************************************
C      MATRIX * VEKTOR A*B=C
C      ************************************************************
       DIMENSION A(N,N),B(N),C(N)
       DO  1  I= 1,N
       C(I)= 0.
       DO  1  J= 1,N
```

107

```
      C(I)= C(I) + A(I,J)*B(J)
   1  CONTINUE
C
      RETURN
      END
      SUBROUTINE QTODCM(Q,TA)
      REAL*4 TA(3,3)
      REAL*8 Q(4),A(4,4)
      DO 23 K=1,4
  23  A(K,K)=Q(K)*Q(K)
      DO 24 K=1,3
      KK=K+1
      DO 24 L=KK,4
  24  A(K,L)=Q(K)*Q(L)
      TA(1,1)=SNGL( A(1,1)-A(2,2)-A(3,3)+A(4,4))
      TA(2,2)=SNGL(-A(1,1)+A(2,2)-A(3,3)+A(4,4))
      TA(3,3)=SNGL(-A(1,1)-A(2,2)+A(3,3)+A(4,4))
      TA(1,2)=SNGL(2.D0*(A(1,2)+A(3,4)))
      TA(1,3)=SNGL(2.D0*(A(1,3)-A(2,4)))
      TA(2,1)=SNGL(2.D0*(A(1,2)-A(3,4)))
      TA(2,3)=SNGL(2.D0*(A(2,3)+A(1,4)))
      TA(3,1)=SNGL(2.D0*(A(1,3)+A(2,4)))
      TA(3,2)=SNGL(2.D0*(A(2,3)-A(1,4)))
      RETURN
      END
      SUBROUTINE DCM(A,B,G,H)
      DIMENSION H(3,3)
      REAL*8 SA,CA,SB,CB,SG,CG
      SA=DSIN(DBLE(A))
      CA=DCOS(DBLE(A))
      SB=DSIN(DBLE(B))
      CB=DCOS(DBLE(B))
      SG=DSIN(DBLE(G))
      CG=DCOS(DBLE(G))
      H(1,1)=SNGL(CB*CG)
      H(1,2)=SNGL(SG)
      H(1,3)=SNGL(-SB*CG)
      H(2,1)=SNGL(-CA*CB*SG+SA*SB)
      H(2,2)=SNGL(CG*CA)
      H(2,3)=SNGL(CA*SB*SG+SA*CB)
      H(3,1)=SNGL(SA*CB*SG+CA*SB)
      H(3,2)=SNGL(-SA*CG)
      H(3,3)=SNGL(-SA*SB*SG+CA*CB)
      RETURN
      END
      SUBROUTINE TRANSP(A,B)
      DIMENSION A(3,3),B(3,3)
      DO 10 I=1,3
      DO 10 J=1,3
      B(I,J)=A(J,I)
  10  CONTINUE
      RETURN
      END
```

108

IPS TREESET Output

## IPSREV7.INT

TREETOPS REV 7   03/22/89

SIM CONTROL

```
 1 SI   0 Title                                               IPS
 2 SI   0 Simulation stop time                                100
 3 SI   0 Plot data interval                                  .25
 4 SI   0 Integration type (R,S or U)                         R
 5 SI   0 Step size (sec)                                     .01
 6 SI   0 Sandia integration absolute and relative error
 7 SI   0 Linearization option  (L,Z or N)                    N
 8 SI   0 Restart option       (Y/N)                          N
 9 SI   0 Contact force computation option     (Y/N)          N
10 SI   0 Constraint force computation option  (Y/N)          N
11 SI   0 Small angle speedup option (All,Bypass,First,Nth)   F
12 SI   0 Mass matrix speedup option (All,Bypass,First,Nth)   10
13 SI   0 Non-Linear  speedup option (All,Bypass,First,Nth)   A
14 SI   0 Constraint  speedup option (All,Bypass,First,Nth)   A
15 SI   0 Constraint stabilization option  (Y/N)              N
16 SI   0 Stabilization epsilon
```

BODY

```
17 BO   1 Body ID number                                      1
18 BO   1 Type (Rigid,Flexible,NASTRAN)                       R
19 BO   1 Number of modes
20 BO   1 Modal calculation option (0, 1 or 2)
21 BO   1 Model Reduction Method (NO,MS,MC,CC,QM,CV)
22 BO   1 NASTRAN data file FORTRAN unit number (40-60)
23 BO   1 Number of augmented nodes (0 if none)
24 BO   1 Damping matrix option (NS,CD,HL,SD)
25 BO   1 Constant damping ratio
26 BO   1 Low frequency, High frequency ratios
27 BO   1 Mode ID number, damping ratio
28 BO   1 Conversion factors: Length,Mass,Force
29 BO   1 Inertia reference node (0=Bdy Ref Frm; 1=mass cen)  1
30 BO   1 Moments of inertia (kg-m2) Ixx,Iyy,Izz       13619E+7,.1041E+8,
                                                            .10854E+8
31 BO   1 Products of inertia (kg-m2) Ixy,Ixz,Iyz     5168,-414415,2543
32 BO   1 Mass (kg)                                    103025.2
33 BO   1 Number of Nodes                              9
34 BO   1 Node ID, Node coord. (meters) x,y,z          1,0,0,0
35 BO   1 Node ID, Node coord. (meters) x,y,z          2,3.772,-.0773,.117
36 BO   1 Node ID, Node coord. (meters) x,y,z          3,14.371,.01,-1.923
37 BO   1 Node ID, Node coord. (meters) x,y,z          4,19.34,1.52,.61
```

109

```
38 BO    1 Node ID, Node coord. (meters) x,y,z          5,19.34,-1.52,.61
39 BO    1 Node ID, Node coord. (meters) x,y,z          6,-12.17,3.81,-2.16
40 BO    1 Node ID, Node coord. (meters) x,y,z          7,-12.17,-3.81,-2.16
41 BO    1 Node ID, Node coord. (meters) x,y,z          8,-12.17,3.0,-2.07
42 BO    1 Node ID, Node coord. (meters) x,y,z          9,-12.17,-3.0,-2.07
43 BO    1 Node ID, Node structual joint ID

44 BO    2 Body ID number                               2
45 BO    2 Type (Rigid,Flexible,NASTRAN)                R
46 BO    2 Number of modes
47 BO    2 Modal calculation option (0, 1 or 2)
48 BO    2 Model Reduction Method (NO,MS,MC,CC,QM,CV)
49 BO    2 NASTRAN data file FORTRAN unit number (40-60)
50 BO    2 Number of augmented nodes (0 if none)
51 BO    2 Damping matrix option (NS,CD,HL,SD)
52 BO    2 Constant damping ratio
53 BO    2 Low frequency, High frequency ratios
54 BO    2 Mode ID number, damping ratio
55 BO    2 Conversion factors: Length,Mass,Force
56 BO    2 Inertia reference node (0=Bdy Ref Frm; 1=mass cen) 1
57 BO    2 Moments of inertia (kg-m2) Ixx,Iyy,Izz       7544,20290,24311
58 BO    2 Products of inertia (kg-m2) Ixy,Ixz,Iyz      665.7,-661.6,-196.6
59 BO    2 Mass (kg)                                    4408.7
60 BO    2 Number of Nodes                              3
61 BO    2 Node ID, Node coord. (meters) x,y,z          1,0,0,0
62 BO    2 Node ID, Node coord. (meters) x,y,z          2,1.113,.0958,-1.072
63 BO    2 Node ID, Node coord. (meters) x,y,z          3,.846,.576,-.267
64 BO    2 Node ID, Node structual joint ID

65 BO    3 Body ID number                               3
66 BO    3 Type (Rigid,Flexible,NASTRAN)                R
67 BO    3 Number of modes
68 BO    3 Modal calculation option (0, 1 or 2)
69 BO    3 Model Reduction Method (NO,MS,MC,CC,QM,CV)
70 BO    3 NASTRAN data file FORTRAN unit number (40-60)
71 BO    3 Number of augmented nodes (0 if none)
72 BO    3 Damping matrix option (NS,CD,HL,SD)
73 BO    3 Constant damping ratio
74 BO    3 Low frequency, High frequency ratios
75 BO    3 Mode ID number, damping ratio
76 BO    3 Conversion factors: Length,Mass,Force
77 BO    3 Inertia reference node (0=Bdy Ref Frm; 1=mass cen) 1
78 BO    3 Moments of inertia (kg-m2) Ixx,Iyy,Izz       5.4216,5.4216,1.3554
79 BO    3 Products of inertia (kg-m2) Ixy,Ixz,Iyz      0,-8.1324,0
80 BO    3 Mass (kg)                                    84.4
81 BO    3 Number of Nodes                              3
82 BO    3 Node ID, Node coord. (meters) x,y,z          1,0,0,0
83 BO    3 Node ID, Node coord. (meters) x,y,z          2,-.00279,.00686,.33604
84 BO    3 Node ID, Node coord. (meters) x,y,z          3,-.00279,.00686,-.14656
85 BO    3 Node ID, Node structual joint ID

86 BO    4 Body ID number                               4
87 BO    4 Type (Rigid,Flexible,NASTRAN)                R
```

110

```
 88 BO   4 Number of modes
 89 BO   4 Modal calculation option (0, 1 or 2)
 90 BO   4 Model Reduction Method (NO,MS,MC,CC,QM,CV)
 91 BO   4 NASTRAN data file FORTRAN unit number (40-60)
 92 BO   4 Number of augmented nodes (0 if none)
 93 BO   4 Damping matrix option (NS,CD,HL,SD)
 94 BO   4 Constant damping ratio
 95 BO   4 Low frequency, High frequency ratios
 96 BO   4 Mode ID number, damping ratio
 97 BO   4 Conversion factors: Length,Mass,Force
 98 BO   4 Inertia reference node (0=Bdy Ref Frm; 1=mass cen) 1
 99 BO   4 Moments of inertia (kg-m2) Ixx,Iyy,Izz      8.1324,16.265,9.4878
100 BO   4 Products of inertia (kg-m2) Ixy,Ixz,Iyz      -1.3554,-28.463,0
101 BO   4 Mass (kg)                                   105.2
102 BO   4 Number of Nodes                             3
103 BO   4 Node ID, Node coord. (meters) x,y,z         1,0,0,0
104 BO   4 Node ID, Node coord. (meters) x,y,z         2,.309,-.0102,-.292
105 BO   4 Node ID, Node coord. (meters) x,y,z         3,-.311,-.00102,.191
106 BO   4 Node ID, Node structual joint ID


107 BO   5 Body ID number                             5
108 BO   5 Type (Rigid,Flexible,NASTRAN)              R
109 BO   5 Number of modes
110 BO   5 Modal calculation option (0, 1 or 2)
111 BO   5 Model Reduction Method (NO,MS,MC,CC,QM,CV)
112 BO   5 NASTRAN data file FORTRAN unit number (40-60)
113 BO   5 Number of augmented nodes (0 if none)
114 BO   5 Damping matrix option (NS,CD,HL,SD)
115 BO   5 Constant damping ratio
116 BO   5 Low frequency, High frequency ratios
117 BO   5 Mode ID number, damping ratio
118 BO   5 Conversion factors: Length,Mass,Force
119 BO   5 Inertia reference node (0=Bdy Ref Frm; 1=mass cen) 1
120 BO   5 Moments of inertia (kg-m2) Ixx,Iyy,Izz      2496,4404,4127
121 BO   5 Products of inertia (kg-m2) Ixy,Ixz,Iyz     44.7,-116.6,146.4
122 BO   5 Mass (kg)                                   3284.1
123 BO   5 Number of Nodes                             2
124 BO   5 Node ID, Node coord. (meters) x,y,z         1,0,0,0
125 BO   5 Node ID, Node coord. (meters) x,y,z         2,-1.436,.0254,.014
126 BO   5 Node ID, Node structual joint ID


           HINGE


127 HI   1 Hinge ID number                            1
128 HI   1 Inboard Body ID, Outboard Body ID          0    1
129 HI   1 "p" Node ID, "q" Node ID                   0,1
130 HI   1 Number of rotation DOFs, Rotation option (F or G)  3,G
131 HI   1 L1 unit vector in inboard body coord. x,y,z  1,0,0
132 HI   1 L1 unit vector in outboard body coord. x,y,z  1,0,0
133 HI   1 L2 unit vector in inboard body coord. x,y,z
134 HI   1 L2 unit vector in outboard body coord. x,y,z
135 HI   1 L3 unit vector in inboard body coord. x,y,z  0,0,1
```

```
136 HI   1 L3 unit vector in outboard body coord. x,y,z        0,0,1
137 HI   1 Initial rotation angles (deg)                       0,0,0
138 HI   1 Initial rotation rates (deg/sec)                    0,0,0
139 HI   1 Rotation stiffness (newton-meters/rad)              0,0,0
140 HI   1 Rotation damping (newton-meters/rad/sec)            0,0,0
141 HI   1 Null torque angles (deg)                            0,0,0
142 HI   1 Number of translation DOFs                          3
143 HI   1 First translation unit vector    g1                 1,0,0
144 HI   1 Second translation unit vector   g2                 0,1,0
145 HI   1 Third translation unit vector    g3                 0,0,1
146 HI   1 Initial translation (meters)                        0,0,0
147 HI   1 Initial translation velocity (meters/sec)           0,0,0
148 HI   1 Translation stiffness (newtons/meters)              0,0,0
149 HI   1 Translation damping (newtons/meter/sec)             0,0,0
150 HI   1 Null force translations                             0,0,0

151 HI   2 Hinge ID number                                     2
152 HI   2 Inboard Body ID, Outboard Body ID                   1    2
153 HI   2 "p" Node ID, "q" Node ID                            2,1
154 HI   2  No of rotation DOFs, Hinge 1 rotation option(F/G)  0
155 HI   2 L1 unit vector in inboard body coord. x,y,z         1,0,0
156 HI   2 L1 unit vector in outboard body coord. x,y,z        1,0,0
157 HI   2 L2 unit vector in inboard body coord. x,y,z
158 HI   2 L2 unit vector in outboard body coord. x,y,z
159 HI   2 L3 unit vector in inboard body coord. x,y,z         0,0,1
160 HI   2 L3 unit vector in outboard body coord. x,y,z        0,0,1
161 HI   2 Initial rotation angles (deg)                       0,0,0
162 HI   2 Initial rotation rates (deg/sec)
163 HI   2 Rotation stiffness (newton-meters/rad)
164 HI   2 Rotation damping (newton-meters/rad/sec)
165 HI   2 Null torque angles (deg)
166 HI   2 Number of translation DOFs                          0
167 HI   2 First translation unit vector    g1                 1,0,0
168 HI   2 Second translation unit vector   g2                 0,1,0
169 HI   2 Third translation unit vector    g3                 0,0,1
170 HI   2 Initial translation (meters)                        0,0,0
171 HI   2 Initial translation velocity (meters/sec)
172 HI   2 Translation stiffness (newtons/meters)
173 HI   2 Translation damping (newtons/meter/sec)
174 HI   2 Null force translations

175 HI   3 Hinge ID number                                     3
176 HI   3 Inboard Body ID, Outboard Body ID                   2    3
177 HI   3 "p" Node ID, "q" Node ID                            2    3
178 HI   3  Number of rotation DOFs                            1
179 HI   3 L1 unit vector in inboard body coord. x,y,z         0,-1,0
180 HI   3 L1 unit vector in outboard body coord. x,y,z        0,1,0
181 HI   3 L2 unit vector in inboard body coord. x,y,z
182 HI   3 L2 unit vector in outboard body coord. x,y,z
183 HI   3 L3 unit vector in inboard body coord. x,y,z         1,0,0
184 HI   3 L3 unit vector in outboard body coord. x,y,z        -1,0,0
185 HI   3 Initial rotation angles (deg)                       120.3,0,0
186 HI   3 Initial rotation rates (deg/sec)                    0.
```

112

```
187 HI  3 Rotation stiffness (newton-meters/rad)         0
188 HI  3 Rotation damping (newton-meters/rad/sec)       0
189 HI  3 Null torque angles (deg)                       0
190 HI  3 Number of translation DOFs                     0
191 HI  3 First translation unit vector    g1            1,0,0
192 HI  3 Second translation unit vector   g2            0,1,0
193 HI  3 Third translation unit vector    g3            0,0,1
194 HI  3 Initial translation (meters)                   0,0,0
195 HI  3 Initial translation velocity (meters/sec)
196 HI  3 Translation stiffness (newtons/meters)
197 HI  3 Translation damping (newtons/meter/sec)
198 HI  3 Null force translations

199 HI  4 Hinge ID number                                4
200 HI  4 Inboard Body ID, Outboard Body ID              3   4
201 HI  4 "p" Node ID, "q" Node ID                       2   3
202 HI  4  Number of rotation DOFs                       1
203 HI  4 L1 unit vector in inboard body coord. x,y,z    0,0,1
204 HI  4 L1 unit vector in outboard body coord. x,y,z   0,0,1
205 HI  4 L2 unit vector in inboard body coord. x,y,z
206 HI  4 L2 unit vector in outboard body coord. x,y,z
207 HI  4 L3 unit vector in inboard body coord. x,y,z    0,1,0
208 HI  4 L3 unit vector in outboard body coord. x,y,z   0,1,0
209 HI  4 Initial rotation angles (deg)                  19.7,0,0
210 HI  4 Initial rotation rates (deg/sec)               0
211 HI  4 Rotation stiffness (newton-meters/rad)         0
212 HI  4 Rotation damping (newton-meters/rad/sec)       0
213 HI  4 Null torque angles (deg)                       0
214 HI  4 Number of translation DOFs                     0
215 HI  4 First translation unit vector    g1            1,0,0
216 HI  4 Second translation unit vector   g2            0,1,0
217 HI  4 Third translation unit vector    g3            0,0,1
218 HI  4 Initial translation (meters)                   0,0,0
219 HI  4 Initial translation velocity (meters/sec)
220 HI  4 Translation stiffness (newtons/meters)
221 HI  4 Translation damping (newtons/meter/sec)
222 HI  4 Null force translations

223 HI  5 Hinge ID number                                5
224 HI  5 Inboard Body ID, Outboard Body ID              4   5
225 HI  5 "p" Node ID, "q" Node ID                       2   2
226 HI  5  Number of rotation DOFs                       1
227 HI  5 L1 unit vector in inboard body coord. x,y,z    1,0,0
228 HI  5 L1 unit vector in outboard body coord. x,y,z   1,0,0
229 HI  5 L2 unit vector in inboard body coord. x,y,z
230 HI  5 L2 unit vector in outboard body coord. x,y,z
231 HI  5 L3 unit vector in inboard body coord. x,y,z    0,0,1
232 HI  5 L3 unit vector in outboard body coord. x,y,z   0,0,1
233 HI  5 Initial rotation angles (deg)                  -.3,0,0
234 HI  5 Initial rotation rates (deg/sec)               0
235 HI  5 Rotation stiffness (newton-meters/rad)         0
236 HI  5 Rotation damping (newton-meters/rad/sec)       0
237 HI  5 Null torque angles (deg)                       0
```

```
238 HI   5 Number of translation DOFs                              0
239 HI   5 First translation unit vector     g1                    1,0,0
240 HI   5 Second translation unit vector    g2                    0,1,0
241 HI   5 Third translation unit vector     g3                    0,0,1
242 HI   5 Initial translation (meters)                            0,0,0
243 HI   5 Initial translation velocity (meters/sec)
244 HI   5 Translation stiffness (newtons/meters)
245 HI   5 Translation damping (newtons/meter/sec)
246 HI   5 Null force translations

           SENSOR


247 SE   1 Sensor ID number                                        1
248 SE   1 Type (G,R,AN,V,P,AC,T,I,SU,ST,IM,P3,V3,CR,CT)           G
249 SE   1 Mounting point body ID, Mounting point node ID          5,1
250 SE   1 Second mounting point body ID, Second node ID
251 SE   1 Input axis unit vector (IA) x,y,z                       1,0,0
252 SE   1 Mounting point Hinge index, Axis index
253 SE   1 First focal plane unit vector  (Fp1) x,y,z
254 SE   1 Second focal plane unit vector (Fp2) x,y,z
255 SE   1 Sun/Star unit vector (Us) x,y,z
256 SE   1 Euler Angle Sequence (1-6)
257 SE   1 CMG ID number and Gimbal number

258 SE   2 Sensor ID number                                        2
259 SE   2 Type (G,R,AN,V,P,AC,T,I,SU,ST,IM,P3,V3,CR,CT)           G
260 SE   2 Mounting point body ID, Mounting point node ID          5,1
261 SE   2 Second mounting point body ID, Second node ID
262 SE   2 Input axis unit vector (IA) x,y,z                       0,1,0
263 SE   2 Mounting point Hinge index, Axis index
264 SE   2 First focal plane unit vector  (Fp1) x,y,z
265 SE   2 Second focal plane unit vector (Fp2) x,y,z
266 SE   2 Sun/Star unit vector (Us) x,y,z
267 SE   2 Euler Angle Sequence (1-6)
268 SE   2 CMG ID number and Gimbal number

269 SE   3 Sensor ID number                                        3
270 SE   3 Type (G,R,AN,V,P,AC,T,I,SU,ST,IM,P3,V3,CR,CT)           G
271 SE   3 Mounting point body ID, Mounting point node ID          5,1
272 SE   3 Second mounting point body ID, Second node ID
273 SE   3 Input axis unit vector (IA) x,y,z                       0,0,1
274 SE   3 Mounting point Hinge index, Axis index
275 SE   3 First focal plane unit vector  (Fp1) x,y,z
276 SE   3 Second focal plane unit vector (Fp2) x,y,z
277 SE   3 Sun/Star unit vector (Us) x,y,z
278 SE   3 Euler Angle Sequence (1-6)
279 SE   3 CMG ID number and Gimbal number

280 SE   4 Sensor ID number                                        4
281 SE   4 Type (G,R,AN,V,P,AC,T,I,SU,ST,IM,P3,V3,CR,CT)           AC
282 SE   4 Mounting point body ID, Mounting point node ID          2,3
283 SE   4 Second mounting point body ID, Second node ID
```

```
284 SE   4 Input axis unit vector (IA) x,y,z                    0,0,-1
285 SE   4 Mounting point Hinge index, Axis index
286 SE   4 First focal plane unit vector  (Fp1) x,y,z
287 SE   4 Second focal plane unit vector (Fp2) x,y,z
288 SE   4 Sun/Star unit vector (Us) x,y,z
289 SE   4 Euler Angle Sequence (1-6)
290 SE   4 CMG ID number and Gimbal number

291 SE   5 Sensor ID number                                     5
292 SE   5 Type (G,R,AN,V,P,AC,T,I,SU,ST,IM,P3,V3,CR,CT)        AC
293 SE   5 Mounting point body ID, Mounting point node ID       2,3
294 SE   5 Second mounting point body ID, Second node ID
295 SE   5 Input axis unit vector (IA) x,y,z                    -1,0,0
296 SE   5 Mounting point Hinge index, Axis index
297 SE   5 First focal plane unit vector  (Fp1) x,y,z
298 SE   5 Second focal plane unit vector (Fp2) x,y,z
299 SE   5 Sun/Star unit vector (Us) x,y,z
300 SE   5 Euler Angle Sequence (1-6)
301 SE   5 CMG ID number and Gimbal number

302 SE   6 Sensor ID number                                     6
303 SE   6 Type (G,R,AN,V,P,AC,T,I,SU,ST,IM,P3,V3,CR,CT)        AC
304 SE   6 Mounting point body ID, Mounting point node ID       2,3
305 SE   6 Second mounting point body ID, Second node ID
306 SE   6 Input axis unit vector (IA) x,y,z                    0,1,0
307 SE   6 Mounting point Hinge index, Axis index
308 SE   6 First focal plane unit vector  (Fp1) x,y,z
309 SE   6 Second focal plane unit vector (Fp2) x,y,z
310 SE   6 Sun/Star unit vector (Us) x,y,z
311 SE   6 Euler Angle Sequence (1-6)
312 SE   6 CMG ID number and Gimbal number

313 SE   7 Sensor ID number                                     7
314 SE   7 Type (G,R,AN,V,P,AC,T,I,SU,ST,IM,P3,V3,CR,CT)        G
315 SE   7 Mounting point body ID, Mounting point node ID       3,1
316 SE   7 Second mounting point body ID, Second node ID
317 SE   7 Input axis unit vector (IA) x,y,z                    0,1,0
318 SE   7 Mounting point Hinge index, Axis index
319 SE   7 First focal plane unit vector  (Fp1) x,y,z
320 SE   7 Second focal plane unit vector (Fp2) x,y,z
321 SE   7 Sun/Star unit vector (Us) x,y,z
322 SE   7 Euler Angle Sequence (1-6)
323 SE   7 CMG ID number and Gimbal number

324 SE   8 Sensor ID number                                     8
325 SE   8 Type (G,R,AN,V,P,AC,T,I,SU,ST,IM,P3,V3,CR,CT)        G
326 SE   8 Mounting point body ID, Mounting point node ID       4,1
327 SE   8 Second mounting point body ID, Second node ID
328 SE   8 Input axis unit vector (IA) x,y,z                    0,0,1
329 SE   8 Mounting point Hinge index, Axis index
330 SE   8 First focal plane unit vector  (Fp1) x,y,z
331 SE   8 Second focal plane unit vector (Fp2) x,y,z
332 SE   8 Sun/Star unit vector (Us) x,y,z
```

```
333 SE   8 Euler Angle Sequence (1-6)
334 SE   8 CMG ID number and Gimbal number

335 SE   9 Sensor ID number                                      9
336 SE   9 Type (G,R,AN,V,P,AC,T,I,SU,ST,IM,P3,V3,CR,CT)         R
337 SE   9 Mounting point body ID, Mounting point node ID
338 SE   9 Second mounting point body ID, Second node ID
339 SE   9 Input axis unit vector (IA) x,y,z
340 SE   9 Mounting point Hinge index, Axis index               5,1
341 SE   9 First focal plane unit vector  (Fp1) x,y,z
342 SE   9 Second focal plane unit vector (Fp2) x,y,z
343 SE   9 Sun/Star unit vector (Us) x,y,z
344 SE   9 Euler Angle Sequence (1-6)
345 SE   9 CMG ID number and Gimbal number

346 SE  10 Sensor ID number                                      10
347 SE  10 Type (G,R,AN,V,P,AC,T,I,SU,ST,IM,P3,V3,CR,CT)         R
348 SE  10 Mounting point body ID, Mounting point node ID
349 SE  10 Second mounting point body ID, Second node ID
350 SE  10 Input axis unit vector (IA) x,y,z
351 SE  10 Mounting point Hinge index, Axis index               3,1
352 SE  10 First focal plane unit vector  (Fp1) x,y,z
353 SE  10 Second focal plane unit vector (Fp2) x,y,z
354 SE  10 Sun/Star unit vector (Us) x,y,z
355 SE  10 Euler Angle Sequence (1-6)
356 SE  10 CMG ID number and Gimbal number

357 SE  11 Sensor ID number                                      11
358 SE  11 Type (G,R,AN,V,P,AC,T,I,SU,ST,IM,P3,V3,CR,CT)         R
359 SE  11 Mounting point body ID, Mounting point node ID
360 SE  11 Second mounting point body ID, Second node ID
361 SE  11 Input axis unit vector (IA) x,y,z
362 SE  11 Mounting point Hinge index, Axis index               4,1
363 SE  11 First focal plane unit vector  (Fp1) x,y,z
364 SE  11 Second focal plane unit vector (Fp2) x,y,z
365 SE  11 Sun/Star unit vector (Us) x,y,z
366 SE  11 Euler Angle Sequence (1-6)
367 SE  11 CMG ID number and Gimbal number

368 SE  12 Sensor ID number                                      12
369 SE  12 Type (G,R,AN,V,P,AC,T,I,SU,ST,IM,P3,V3,CR,CT)         ST
370 SE  12 Mounting point body ID, Mounting point node ID        5,2
371 SE  12 Second mounting point body ID, Second node ID
372 SE  12 Input axis unit vector (IA) x,y,z
373 SE  12 Mounting point Hinge index, Axis index
374 SE  12 First focal plane unit vector  (Fp1) x,y,z            0,1,0
375 SE  12 Second focal plane unit vector (Fp2) x,y,z            0,0,1
376 SE  12 Sun/Star unit vector (Us) x,y,z          .46984631,-.342020143,
                                                       -.813797681
377 SE  12 Euler Angle Sequence (1-6)
378 SE  12 CMG ID number and Gimbal number

379 SE  13 Sensor ID number                                      13
```

116

```
380 SE  13 Type (G,R,AN,V,P,AC,T,I,SU,ST,IM,P3,V3,CR,CT)      ST
381 SE  13 Mounting point body ID, Mounting point node ID     5,2
382 SE  13 Second mounting point body ID, Second node ID
383 SE  13 Input axis unit vector (IA) x,y,z
384 SE  13 Mounting point Hinge index, Axis index
385 SE  13 First focal plane unit vector  (Fp1) x,y,z    .20791169,.9781476,0.
386 SE  13 Second focal plane unit vector (Fp2) x,y,z        0,0,1
387 SE  13 Sun/Star unit vector (Us) x,y,z          .495134034,-.139173101,
                                                        -.857597304

388 SE  13 Euler Angle Sequence (1-6)
389 SE  13 CMG ID number and Gimbal number

390 SE  14 Sensor ID number                                   14
391 SE  14 Type (G,R,AN,V,P,AC,T,I,SU,ST,IM,P3,V3,CR,CT)      ST
392 SE  14 Mounting point body ID, Mounting point node ID     5,2
393 SE  14 Second mounting point body ID, Second node ID
394 SE  14 Input axis unit vector (IA) x,y,z
395 SE  14 Mounting point Hinge index, Axis index
396 SE  14 First focal plane unit vector  (Fp1) x,y,z   -.20791169,.9781476,0
397 SE  14 Second focal plane unit vector (Fp2) x,y,z        0,0,1
398 SE  14 Sun/Star unit vector (Us) x,y,z          .424024048,-.529919264,
                                                        -.734431194

399 SE  14 Euler Angle Sequence (1-6)
400 SE  14 CMG ID number and Gimbal number

401 SE  15 Sensor ID number                                   15
402 SE  15 Type (G,R,AN,V,P,AC,T,I,SU,ST,IM,P3,V3,CR,CT)      T
403 SE  15 Mounting point body ID, Mounting point node ID
404 SE  15 Second mounting point body ID, Second node ID
405 SE  15 Input axis unit vector (IA) x,y,z
406 SE  15 Mounting point Hinge index, Axis index            1,1
407 SE  15 First focal plane unit vector  (Fp1) x,y,z
408 SE  15 Second focal plane unit vector (Fp2) x,y,z
409 SE  15 Sun/Star unit vector (Us) x,y,z
410 SE  15 Euler Angle Sequence (1-6)
411 SE  15 CMG ID number and Gimbal number

412 SE  16 Sensor ID number                                   16
413 SE  16 Type (G,R,AN,V,P,AC,T,I,SU,ST,IM,P3,V3,CR,CT)      T
414 SE  16 Mounting point body ID, Mounting point node ID
415 SE  16 Second mounting point body ID, Second node ID
416 SE  16 Input axis unit vector (IA) x,y,z
417 SE  16 Mounting point Hinge index, Axis index            1,2
418 SE  16 First focal plane unit vector  (Fp1) x,y,z
419 SE  16 Second focal plane unit vector (Fp2) x,y,z
420 SE  16 Sun/Star unit vector (Us) x,y,z
421 SE  16 Euler Angle Sequence (1-6)
422 SE  16 CMG ID number and Gimbal number

423 SE  17 Sensor ID number                                   17
424 SE  17 Type (G,R,AN,V,P,AC,T,I,SU,ST,IM,P3,V3,CR,CT)      T
425 SE  17 Mounting point body ID, Mounting point node ID
426 SE  17 Second mounting point body ID, Second node ID
```

```
427 SE  17 Input axis unit vector (IA) x,y,z
428 SE  17 Mounting point Hinge index, Axis index            1,3
429 SE  17 First focal plane unit vector  (Fp1) x,y,z
430 SE  17 Second focal plane unit vector (Fp2) x,y,z
431 SE  17 Sun/Star unit vector (Us) x,y,z
432 SE  17 Euler Angle Sequence (1-6)
433 SE  17 CMG ID number and Gimbal number

434 SE  18 Sensor ID number                                  18
435 SE  18 Type (G,R,AN,V,P,AC,T,I,SU,ST,IM,P3,V3,CR,CT)     ST
436 SE  18 Mounting point body ID, Mounting point node ID    5,1
437 SE  18 Second mounting point body ID, Second node ID
438 SE  18 Input axis unit vector (IA) x,y,z
439 SE  18 Mounting point Hinge index, Axis index
440 SE  18 First focal plane unit vector  (Fp1) x,y,z        1,0,0
441 SE  18 Second focal plane unit vector (Fp2) x,y,z        0,1,0
442 SE  18 Sun/Star unit vector (Us) x,y,z                   .866025403,0,.5
443 SE  18 Euler Angle Sequence (1-6)
444 SE  18 CMG ID number and Gimbal number

         ACTR


445 AC   1 Actuator ID number                                1
446 AC   1 Type (J,H,MO,T,B,MA,SG,DG,W,L,M1-M7)              J
447 AC   1 Actuator location; Node or Hinge (N or H)         1,1
448 AC   1 Mounting point body ID number, node ID number     1,1
449 AC   1 Second mounting point body ID, second node ID
450 AC   1 Output axis unit vector x,y,z                     1,0,0
451 AC   1 Mounting point Hinge index, Axis index
452 AC   1 Rotor spin axis unit vector x,y,z
453 AC   1 Initial rotor momentum, H
454 AC   1 Outer gimbal - angle(deg),inertia,friction(D,S,N)
455 AC   1 Outer gimbal axis unit vector x,y,z
456 AC   1 Outer gim friction (Tfi,Tgfo,GAM) or (Tfi,M,D,Kf)
457 AC   1 Inner gimbal - angle(deg),inertia,friction(D,S,N)
458 AC   1 Inner gimbal axis unit vector x,y,z
459 AC   1 Inner gim friction (Tfi,Tgfo,GAM) or (Tfi,M,D,Kf)
460 AC   1 Initial length and rate, y(to) and ydot(to)
461 AC   1 Constants; K1 or wo, n or zeta, Kg, Jm
462 AC   1 Non-linearities; TLim, Tco, Dz

463 AC   2 Actuator ID number                                2
464 AC   2 Type (J,H,MO,T,B,MA,SG,DG,W,L,M1-M7)              J
465 AC   2 Actuator location; Node or Hinge (N or H)         1,1
466 AC   2 Mounting point body ID number, node ID number     1,1
467 AC   2 Second mounting point body ID, second node ID
468 AC   2 Output axis unit vector x,y,z                     0,1,0
469 AC   2 Mounting point Hinge index, Axis index
470 AC   2 Rotor spin axis unit vector x,y,z
471 AC   2 Initial rotor momentum, H
472 AC   2 Outer gimbal - angle(deg),inertia,friction(D,S,N)
473 AC   2 Outer gimbal axis unit vector x,y,z
```

```
474 AC   2 Outer gim friction (Tfi,Tgfo,GAM) or (Tfi,M,D,Kf)
475 AC   2 Inner gimbal - angle(deg),inertia,friction(D,S,N)
476 AC   2 Inner gimbal axis unit vector x,y,z
477 AC   2 Inner gim friction (Tfi,Tgfo,GAM) or (Tfi,M,D,Kf)
478 AC   2 Initial length and rate, y(to) and ydot(to)
479 AC   2 Constants; K1 or wo, n or zeta, Kg, Jm
480 AC   2 Non-linearities; TLim, Tco, Dz

481 AC   3 Actuator ID number                                   3
482 AC   3 Type (J,H,MO,T,B,MA,SG,DG,W,L,M1-M7)                 J
483 AC   3 Actuator location; Node or Hinge (N or H)           1,1
484 AC   3 Mounting point body ID number, node ID number       1,1
485 AC   3 Second mounting point body ID, second node ID
486 AC   3 Output axis unit vector x,y,z                       0,0,1
487 AC   3 Mounting point Hinge index, Axis index
488 AC   3 Rotor spin axis unit vector x,y,z
489 AC   3 Initial rotor momentum, H
490 AC   3 Outer gimbal - angle(deg),inertia,friction(D,S,N)
491 AC   3 Outer gimbal axis unit vector x,y,z
492 AC   3 Outer gim friction (Tfi,Tgfo,GAM) or (Tfi,M,D,Kf)
493 AC   3 Inner gimbal - angle(deg),inertia,friction(D,S,N)
494 AC   3 Inner gimbal axis unit vector x,y,z
495 AC   3 Inner gim friction (Tfi,Tgfo,GAM) or (Tfi,M,D,Kf)
496 AC   3 Initial length and rate, y(to) and ydot(to)
497 AC   3 Constants; K1 or wo, n or zeta, Kg, Jm
498 AC   3 Non-linearities; TLim, Tco, Dz

499 AC   4 Actuator ID number                                   4
500 AC   4 Type (J,H,MO,T,B,MA,SG,DG,W,L,M1-M7)                 MO
501 AC   4 Actuator location; Node or Hinge (N or H)           1,1
502 AC   4 Mounting point body ID number, node ID number       1,1
503 AC   4 Second mounting point body ID, second node ID
504 AC   4 Output axis unit vector x,y,z                       1,0,0
505 AC   4 Mounting point Hinge index, Axis index
506 AC   4 Rotor spin axis unit vector x,y,z
507 AC   4 Initial rotor momentum, H
508 AC   4 Outer gimbal - angle(deg),inertia,friction(D,S,N)
509 AC   4 Outer gimbal axis unit vector x,y,z
510 AC   4 Outer gim friction (Tfi,Tgfo,GAM) or (Tfi,M,D,Kf)
511 AC   4 Inner gimbal - angle(deg),inertia,friction(D,S,N)
512 AC   4 Inner gimbal axis unit vector x,y,z
513 AC   4 Inner gim friction (Tfi,Tgfo,GAM) or (Tfi,M,D,Kf)
514 AC   4 Initial length and rate, y(to) and ydot(to)
515 AC   4 Constants; K1 or wo, n or zeta, Kg, Jm
516 AC   4 Non-linearities; TLim, Tco, Dz

517 AC   5 Actuator ID number                                   5
518 AC   5 Type (J,H,MO,T,B,MA,SG,DG,W,L,M1-M7)                 MO
519 AC   5 Actuator location; Node or Hinge (N or H)           1,1
520 AC   5 Mounting point body ID number, node ID number       1,1
521 AC   5 Second mounting point body ID, second node ID
522 AC   5 Output axis unit vector x,y,z                       0,1,0
523 AC   5 Mounting point Hinge index, Axis index
```

119

```
524 AC   5 Rotor spin axis unit vector x,y,z
525 AC   5 Initial rotor momentum, H
526 AC   5 Outer gimbal - angle(deg),inertia,friction(D,S,N)
527 AC   5 Outer gimbal axis unit vector x,y,z
528 AC   5 Outer gim friction (Tfi,Tgfo,GAM) or (Tfi,M,D,Kf)
529 AC   5 Inner gimbal - angle(deg),inertia,friction(D,S,N)
530 AC   5 Inner gimbal axis unit vector x,y,z
531 AC   5 Inner gim friction (Tfi,Tgfo,GAM) or (Tfi,M,D,Kf)
532 AC   5 Initial length and rate, y(to) and ydot(to)
533 AC   5 Constants; K1 or wo, n or zeta, Kg, Jm
534 AC   5 Non-linearities; TLim, Tco, Dz

535 AC   6 Actuator ID number                                   6
536 AC   6 Type (J,H,MO,T,B,MA,SG,DG,W,L,M1-M7)                  MO
537 AC   6 Actuator location; Node or Hinge (N or H)             1,1
538 AC   6 Mounting point body ID number, node ID number         1,1
539 AC   6 Second mounting point body ID, second node ID
540 AC   6 Output axis unit vector x,y,z                         0,0,1
541 AC   6 Mounting point Hinge index, Axis index
542 AC   6 Rotor spin axis unit vector x,y,z
543 AC   6 Initial rotor momentum, H
544 AC   6 Outer gimbal - angle(deg),inertia,friction(D,S,N)
545 AC   6 Outer gimbal axis unit vector x,y,z
546 AC   6 Outer gim friction (Tfi,Tgfo,GAM) or (Tfi,M,D,Kf)
547 AC   6 Inner gimbal - angle(deg),inertia,friction(D,S,N)
548 AC   6 Inner gimbal axis unit vector x,y,z
549 AC   6 Inner gim friction (Tfi,Tgfo,GAM) or (Tfi,M,D,Kf)
550 AC   6 Initial length and rate, y(to) and ydot(to)
551 AC   6 Constants; K1 or wo, n or zeta, Kg, Jm
552 AC   6 Non-linearities; TLim, Tco, Dz

553 AC   7 Actuator ID number                                   7
554 AC   7 Type (J,H,MO,T,B,MA,SG,DG,W,L,M1-M7)                  T
555 AC   7 Actuator location; Node or Hinge (N or H)
556 AC   7 Mounting point body ID number, node ID number
557 AC   7 Second mounting point body ID, second node ID
558 AC   7 Output axis unit vector x,y,z
559 AC   7 Mounting point Hinge index, Axis index                5,1
560 AC   7 Rotor spin axis unit vector x,y,z
561 AC   7 Initial rotor momentum, H
562 AC   7 Outer gimbal - angle(deg),inertia,friction(D,S,N)
563 AC   7 Outer gimbal axis unit vector x,y,z
564 AC   7 Outer gim friction (Tfi,Tgfo,GAM) or (Tfi,M,D,Kf)
565 AC   7 Inner gimbal - angle(deg),inertia,friction(D,S,N)
566 AC   7 Inner gimbal axis unit vector x,y,z
567 AC   7 Inner gim friction (Tfi,Tgfo,GAM) or (Tfi,M,D,Kf)
568 AC   7 Initial length and rate, y(to) and ydot(to)
569 AC   7 Constants; K1 or wo, n or zeta, Kg, Jm
570 AC   7 Non-linearities; TLim, Tco, Dz

571 AC   8 Actuator ID number                                   8
572 AC   8 Type (J,H,MO,T,B,MA,SG,DG,W,L,M1-M7)                  T
573 AC   8 Actuator location; Node or Hinge (N or H)
```

120

```
574 AC   8 Mounting point body ID number, node ID number
575 AC   8 Second mounting point body ID, second node ID
576 AC   8 Output axis unit vector x,y,z
577 AC   8 Mounting point Hinge index, Axis index              3,1
578 AC   8 Rotor spin axis unit vector x,y,z
579 AC   8 Initial rotor momentum, H
580 AC   8 Outer gimbal - angle(deg),inertia,friction(D,S,N)
581 AC   8 Outer gimbal axis unit vector x,y,z
582 AC   8 Outer gim friction (Tfi,Tgfo,GAM) or (Tfi,M,D,Kf)
583 AC   8 Inner gimbal - angle(deg),inertia,friction(D,S,N)
584 AC   8 Inner gimbal axis unit vector x,y,z
585 AC   8 Inner gim friction (Tfi,Tgfo,GAM) or (Tfi,M,D,Kf)
586 AC   8 Initial length and rate, y(to) and ydot(to)
587 AC   8 Constants; K1 or wo, n or zeta, Kg, Jm
588 AC   8 Non-linearities; TLim, Tco, Dz

589 AC   9 Actuator ID number                                  9
590 AC   9 Type (J,H,MO,T,B,MA,SG,DG,W,L,M1-M7)                T
591 AC   9 Actuator location; Node or Hinge (N or H)
592 AC   9 Mounting point body ID number, node ID number
593 AC   9 Second mounting point body ID, second node ID
594 AC   9 Output axis unit vector x,y,z
595 AC   9 Mounting point Hinge index, Axis index              4,1
596 AC   9 Rotor spin axis unit vector x,y,z
597 AC   9 Initial rotor momentum, H
598 AC   9 Outer gimbal - angle(deg),inertia,friction(D,S,N)
599 AC   9 Outer gimbal axis unit vector x,y,z
600 AC   9 Outer gim friction (Tfi,Tgfo,GAM) or (Tfi,M,D,Kf)
601 AC   9 Inner gimbal - angle(deg),inertia,friction(D,S,N)
602 AC   9 Inner gimbal axis unit vector x,y,z
603 AC   9 Inner gim friction (Tfi,Tgfo,GAM) or (Tfi,M,D,Kf)
604 AC   9 Initial length and rate, y(to) and ydot(to)
605 AC   9 Constants; K1 or wo, n or zeta, Kg, Jm
606 AC   9 Non-linearities; TLim, Tco, Dz

607 AC  10 Actuator ID number                                  10
608 AC  10 Type(J,H,MO,T,B,MA,SG,DG,W,L,M1-M7)                 J
609 AC  10 Actuator location; Node or Hinge (N or H)
610 AC  10 Mounting point body ID number, node ID number       1,3
611 AC  10 Second mounting point body ID, second node ID
612 AC  10 Output axis unit vector x,y,z                       0,1,0
613 AC  10 Mounting point Hinge index, Axis index
614 AC  10 Rotor spin axis unit vector x,y,z
615 AC  10 Initial rotor momentum, H
616 AC  10 Outer gimbal- angle(deg),inertia,friction(D,S,B,N)
617 AC  10 Outer gimbal axis unit vector x,y,z
618 AC  10 Out gim fric (Tfi,Tgfo,GAM)/(Tfi,M,D,Kf)/(m,M,B,k)
619 AC  10 Inner gimbal- angle(deg),inertia,friction(D,S,B,N)
620 AC  10 Inner gimbal axis unit vector x,y,z
621 AC  10 In gim fric (Tfi,Tgfo,GAM)/(Tfi,M,D,Kf)/(m,M,B,k)
622 AC  10 Initial length and rate, y(to) and ydot(to)
623 AC  10 Constants; K1 or wo, n or zeta, Kg, Jm
624 AC  10 Non-linearities; TLim, Tco, Dz
```

```
625 AC  11 Actuator ID number                                  11
626 AC  11 Type(J,H,MO,T,B,MA,SG,DG,W,L,M1-M7)                 J
627 AC  11 Actuator location; Node or Hinge (N or H)
628 AC  11 Mounting point body ID number, node ID number       1,4
629 AC  11 Second mounting point body ID, second node ID
630 AC  11 Output axis unit vector x,y,z                       .033,-.696,-.717
631 AC  11 Mounting point Hinge index, Axis index
632 AC  11 Rotor spin axis unit vector x,y,z
633 AC  11 Initial rotor momentum, H
634 AC  11 Outer gimbal- angle(deg),inertia,friction(D,S,B,N)
635 AC  11 Outer gimbal axis unit vector x,y,z
636 AC  11 Out gim fric (Tfi,Tgfo,GAM)/(Tfi,M,D,Kf)/(m,M,B,k)
637 AC  11 Inner gimbal- angle(deg),inertia,friction(D,S,B,N)
638 AC  11 Inner gimbal axis unit vector x,y,z
639 AC  11 In gim fric (Tfi,Tgfo,GAM)/(Tfi,M,D,Kf)/(m,M,B,k)
640 AC  11 Initial length and rate, y(to) and ydot(to)
641 AC  11 Constants; K1 or wo, n or zeta, Kg, Jm
642 AC  11 Non-linearities; TLim, Tco, Dz

643 AC  12 Actuator ID number                                  12
644 AC  12 Type(J,H,MO,T,B,MA,SG,DG,W,L,M1-M7)                 J
645 AC  12 Actuator location; Node or Hinge (N or H)
646 AC  12 Mounting point body ID number, node ID number       1,5
647 AC  12 Second mounting point body ID, second node ID
648 AC  12 Output axis unit vector x,y,z                       -.033,.696,-.717
649 AC  12 Mounting point Hinge index, Axis index
650 AC  12 Rotor spin axis unit vector x,y,z
651 AC  12 Initial rotor momentum, H
652 AC  12 Outer gimbal- angle(deg),inertia,friction(D,S,B,N)
653 AC  12 Outer gimbal axis unit vector x,y,z
654 AC  12 Out gim fric (Tfi,Tgfo,GAM)/(Tfi,M,D,Kf)/(m,M,B,k)
655 AC  12 Inner gimbal- angle(deg),inertia,friction(D,S,B,N)
656 AC  12 Inner gimbal axis unit vector x,y,z
657 AC  12 In gim fric (Tfi,Tgfo,GAM)/(Tfi,M,D,Kf)/(m,M,B,k)
658 AC  12 Initial length and rate, y(to) and ydot(to)
659 AC  12 Constants; K1 or wo, n or zeta, Kg, Jm
660 AC  12 Non-linearities; TLim, Tco, Dz

661 AC  13 Actuator ID number                                  13
662 AC  13 Type(J,H,MO,T,B,MA,SG,DG,W,L,M1-M7)                 J
663 AC  13 Actuator location; Node or Hinge (N or H)
664 AC  13 Mounting point body ID number, node ID number       1,6
665 AC  13 Second mounting point body ID, second node ID
666 AC  13 Output axis unit vector x,y,z                       0,-1.0,-.025
667 AC  13 Mounting point Hinge index, Axis index
668 AC  13 Rotor spin axis unit vector x,y,z
669 AC  13 Initial rotor momentum, H
670 AC  13 Outer gimbal- angle(deg),inertia,friction(D,S,B,N)
671 AC  13 Outer gimbal axis unit vector x,y,z
672 AC  13 Out gim fric (Tfi,Tgfo,GAM)/(Tfi,M,D,Kf)/(m,M,B,k)
673 AC  13 Inner gimbal- angle(deg),inertia,friction(D,S,B,N)
674 AC  13 Inner gimbal axis unit vector x,y,z
```

122

```
675 AC  13 In gim fric (Tfi,Tgfo,GAM)/(Tfi,M,D,Kf)/(m,M,B,k)
676 AC  13 Initial length and rate, y(to) and ydot(to)
677 AC  13 Constants; K1 or wo, n or zeta, Kg, Jm
678 AC  13 Non-linearities; TLim, Tco, Dz


679 AC  14 Actuator ID number                                    14
680 AC  14 Type(J,H,MO,T,B,MA,SG,DG,W,L,M1-M7)                    J
681 AC  14 Actuator location; Node or Hinge (N or H)
682 AC  14 Mounting point body ID number, node ID number         1,7
683 AC  14 Second mounting point body ID, second node ID
684 AC  14 Output axis unit vector x,y,z                          0,1.0,-.025
685 AC  14 Mounting point Hinge index, Axis index
686 AC  14 Rotor spin axis unit vector x,y,z
687 AC  14 Initial rotor momentum, H
688 AC  14 Outer gimbal- angle(deg),inertia,friction(D,S,B,N)
689 AC  14 Outer gimbal axis unit vector x,y,z
690 AC  14 Out gim fric (Tfi,Tgfo,GAM)/(Tfi,M,D,Kf)/(m,M,B,k)
691 AC  14 Inner gimbal- angle(deg),inertia,friction(D,S,B,N)
692 AC  14 Inner gimbal axis unit vector x,y,z
693 AC  14 In gim fric (Tfi,Tgfo,GAM)/(Tfi,M,D,Kf)/(m,M,B,k)
694 AC  14 Initial length and rate, y(to) and ydot(to)
695 AC  14 Constants; K1 or wo, n or zeta, Kg, Jm
696 AC  14 Non-linearities; TLim, Tco, Dz


697 AC  15 Actuator ID number                                    15
698 AC  15 Type(J,H,MO,T,B,MA,SG,DG,W,L,M1-M7)                    J
699 AC  15 Actuator location; Node or Hinge (N or H)
700 AC  15 Mounting point body ID number, node ID number         1,8
701 AC  15 Second mounting point body ID, second node ID
702 AC  15 Output axis unit vector x,y,z                          .027,-.287,-.958
703 AC  15 Mounting point Hinge index, Axis index
704 AC  15 Rotor spin axis unit vector x,y,z
705 AC  15 Initial rotor momentum, H
706 AC  15 Outer gimbal- angle(deg),inertia,friction(D,S,B,N)
707 AC  15 Outer gimbal axis unit vector x,y,z
708 AC  15 Out gim fric (Tfi,Tgfo,GAM)/(Tfi,M,D,Kf)/(m,M,B,k)
709 AC  15 Inner gimbal- angle(deg),inertia,friction(D,S,B,N)
710 AC  15 Inner gimbal axis unit vector x,y,z
711 AC  15 In gim fric (Tfi,Tgfo,GAM)/(Tfi,M,D,Kf)/(m,M,B,k)
712 AC  15 Initial length and rate, y(to) and ydot(to)
713 AC  15 Constants; K1 or wo, n or zeta, Kg, Jm
714 AC  15 Non-linearities; TLim, Tco, Dz


715 AC  16 Actuator ID number                                    16
716 AC  16 Type(J,H,MO,T,B,MA,SG,DG,W,L,M1-M7)                    J
717 AC  16 Actuator location; Node or Hinge (N or H)
718 AC  16 Mounting point body ID number, node ID number         1,9
719 AC  16 Second mounting point body ID, second node ID
720 AC  16 Output axis unit vector x,y,z                          .027,.287,-.958
721 AC  16 Mounting point Hinge index, Axis index
722 AC  16 Rotor spin axis unit vector x,y,z
723 AC  16 Initial rotor momentum, H
724 AC  16 Outer gimbal- angle(deg),inertia,friction(D,S,B,N)
```

```
725 AC  16 Outer gimbal axis unit vector x,y,z
726 AC  16 Out gim fric (Tfi,Tgfo,GAM)/(Tfi,M,D,Kf)/(m,M,B,k)
727 AC  16 Inner gimbal- angle(deg),inertia,friction(D,S,B,N)
728 AC  16 Inner gimbal axis unit vector x,y,z
729 AC  16 In gim fric (Tfi,Tgfo,GAM)/(Tfi,M,D,Kf)/(m,M,B,k)
730 AC  16 Initial length and rate, y(to) and ydot(to)
731 AC  16 Constants; K1 or wo, n or zeta, Kg, Jm
732 AC  16 Non-linearities; TLim, Tco, Dz


            CONTROLLER


733 CO   1 Controller ID number                            1
734 CO   1 Controller type (CB,CM,DB,DM,UC,UD)             CB
735 CO   1 Sample time (sec)
736 CO   1 Number of inputs, Number of outputs             4,9
737 CO   1 Number of states
738 CO   1 Output No., Input type (I,S,T), Input ID, Gain  1,I,1,0
739 CO   1 Output No., Input type (I,S,T), Input ID, Gain  2,I,1,10
740 CO   1 Output No., Input type (I,S,T), Input ID, Gain  3,I,1,0
741 CO   1 Output No., Input type (I,S,T), Input ID, Gain  4,I,1,0
742 CO   1 Output No., Input type (I,S,T), Input ID, Gain  5,I,1,0
743 CO   1 Output No., Input type (I,S,T), Input ID, Gain  6,I,1,0
744 CO   1 Output No., Input type (I,S,T), Input ID, Gain  7,T,33,.20627E+6
745 CO   1 Output No., Input type (I,S,T), Input ID, Gain  8,T,34,.20627E+6
746 CO   1 Output No., Input type (I,S,T), Input ID, Gain  9,T,35,.20627E+6


747 CO   2 Controller ID number                            2
748 CO   2 Controller type (CB,CM,DB,DM,UC,UD)             UD
749 CO   2 Sample time (sec)                               .01
750 CO   2 Number of inputs, Number of outputs             21,9
751 CO   2 Number of states
752 CO   2 Output No., Input type (I,S,T), Input ID, Gain


            TRANSFER FUN


753 TR  33 Transfer function ID number                     33
754 TR  33 Controller ID number                            1
755 TR  33 Input type (I,S or T), Input ID number          I,2
756 TR  33 Order of numerator                              0
757 TR  33 Numerator coefficients (4 per line max)         1
758 TR  33 Order of denominator                            1
759 TR  33 Denominator coefficients (4 per line max)       0,1
760 TR  33 Transfer function gain                          1.0

761 TR  34 Transfer function ID number                     34
762 TR  34 Controller ID number                            1
763 TR  34 Input type (I,S or T), Input ID number          I,3
764 TR  34 Order of numerator                              0
765 TR  34 Numerator coefficients (4 per line max)         1
766 TR  34 Order of denominator                            1
767 TR  34 Denominator coefficients (4 per line max)       0,1
```

124

```
768 TR  34 Transfer function gain                           1.0

769 TR  35 Transfer function ID number                      35
770 TR  35 Controller ID number                             1
771 TR  35 Input type (I,S or T), Input ID number           I,4
772 TR  35 Order of numerator                               0
773 TR  35 Numerator coefficients (4 per line max)          1
774 TR  35 Order of denominator                             1
775 TR  35 Denominator coefficients (4 per line max)        0,1
776 TR  35 Transfer function gain                           1.0

           FUNCTION GEN


777 FU   1 Function generator ID number                     1
778 FU   1 Type (ST,RA,PU,SA,SI,US,NO,DO)                   PU
779 FU   1 Amplitude                                        1.0
780 FU   1 Slope
781 FU   1 Start time (sec)                                 1.0
782 FU   1 Stop time (sec)                                  1.08
783 FU   1 Frequency (rad/sec)
784 FU   1 Phase shift (deg)
785 FU   1 Array location
786 FU   1 Mean
787 FU   1 Variance
788 FU   1 Pulse width (sec)
789 FU   1 Second pulse start time (sec)

790 FU   2 Function generator ID number                     2
791 FU   2 Type (ST,RA,PU,SA,SI,US,NO,DO)                   DO
792 FU   2 Amplitude                                        80.0
793 FU   2 Slope
794 FU   2 Start time (sec)                                 90
795 FU   2 Stop time (sec)
796 FU   2 Frequency (rad/sec)
797 FU   2 Phase shift (deg)
798 FU   2 Array location
799 FU   2 Mean,Seed
800 FU   2 Variance
801 FU   2 Pulse width (sec)                                .5
802 FU   2 Second pulse start time (sec)                    92.1

803 FU   3 Function generator ID number                     3
804 FU   3 Type (ST,RA,PU,SA,SI,US,NO,DO)                   PU
805 FU   3 Amplitude                                        2.5
806 FU   3 Slope
807 FU   3 Start time (sec)                                 30.0
808 FU   3 Stop time (sec)                                  130.0
809 FU   3 Frequency (rad/sec)
810 FU   3 Phase shift (deg)
811 FU   3 Array location
812 FU   3 Mean,Seed
813 FU   3 Variance
```

125

```
814 FU   3 Pulse width (sec)
815 FU   3 Second pulse start time (sec)

         INTERCONNECT


816 IN   1 Interconnect ID number                                1
817 IN   1 Source type(S,C or F),Source ID,Source row #          F,1 1
818 IN   1 Destination type(A or C),Dest ID,Dest row #           C,1,1
819 IN   1 Gain                                                  0.0

820 IN   2 Interconnect ID number                                2
821 IN   2 Source type(S,C or F),Source ID,Source row #          C,1,1
822 IN   2 Destination type(A or C),Dest ID,Dest row #           A,1 1
823 IN   2 Gain                                                  1

824 IN   3 Interconnect ID number                                3
825 IN   3 Source type(S,C or F),Source ID,Source row #          C,1,2
826 IN   3 Destination type(A or C),Dest ID,Dest row #           A,2 1
827 IN   3 Gain                                                  1

828 IN   4 Interconnect ID number                                4
829 IN   4 Source type(S,C or F),Source ID,Source row #          C,1,3
830 IN   4 Destination type(A or C),Dest ID,Dest row #           A,3 1
831 IN   4 Gain                                                  1

832 IN   5 Interconnect ID number                                5
833 IN   5 Source type(S,C or F),Source ID,Source row #          C,1,4
834 IN   5 Destination type(A or C),Dest ID,Dest row #           A,4 1
835 IN   5 Gain                                                  1

836 IN   6 Interconnect ID number                                6
837 IN   6 Source type(S,C or F),Source ID,Source row #          C,1,5
838 IN   6 Destination type(A or C),Dest ID,Dest row #           A,5 1
839 IN   6 Gain                                                  1

840 IN   7 Interconnect ID number                                7
841 IN   7 Source type(S,C or F),Source ID,Source row #          C,1,6
842 IN   7 Destination type(A or C),Dest ID,Dest row #           A,6 1
843 IN   7 Gain                                                  1

844 IN   8 Interconnect ID number                                8
845 IN   8 Source type(S,C or F),Source ID,Source row #          S,1 1
846 IN   8 Destination type(A or C),Dest ID,Dest row #           C,1,2
847 IN   8 Gain                                                  1

848 IN   9 Interconnect ID number                                9
849 IN   9 Source type(S,C or F),Source ID,Source row #          S,2 1
850 IN   9 Destination type(A or C),Dest ID,Dest row #           C,1,3
851 IN   9 Gain                                                  1

852 IN  10 Interconnect ID number                                10
853 IN  10 Source type(S,C or F),Source ID,Source row #          S,3 1
```

126

```
854 IN  10 Destination type(A or C),Dest ID,Dest row #      C,1,4
855 IN  10 Gain                                             1

856 IN  14 Interconnect ID number                           14
857 IN  14 Source type(S,C or F),Source ID,Source row #     S,1 1
858 IN  14 Destination type(A or C),Dest ID,Dest row #      C,2,1
859 IN  14 Gain                                             1.0

860 IN  15 Interconnect ID number                           15
861 IN  15 Source type(S,C or F),Source ID,Source row #     S,2 1
862 IN  15 Destination type(A or C),Dest ID,Dest row #      C,2,2
863 IN  15 Gain                                             1.0

864 IN  16 Interconnect ID number                           16
865 IN  16 Source type(S,C or F),Source ID,Source row #     S,3 1
866 IN  16 Destination type(A or C),Dest ID,Dest row #      C,2,3
867 IN  16 Gain                                             1.0

868 IN  17 Interconnect ID number                           17
869 IN  17 Source type(S,C or F),Source ID,Source row #     S,4 1
870 IN  17 Destination type(A or C),Dest ID,Dest row #      C,2,4
871 IN  17 Gain                                             1.0

872 IN  18 Interconnect ID number                           18
873 IN  18 Source type(S,C or F),Source ID,Source row #     S,5 1
874 IN  18 Destination type(A or C),Dest ID,Dest row #      C,2,5
875 IN  18 Gain                                             1.0

876 IN  19 Interconnect ID number                           19
877 IN  19 Source type(S,C or F),Source ID,Source row #     S,6 1
878 IN  19 Destination type(A or C),Dest ID,Dest row #      C,2,6
879 IN  19 Gain                                             1.0

880 IN  20 Interconnect ID number                           20
881 IN  20 Source type(S,C or F),Source ID,Source row #     C,2,1
882 IN  20 Destination type(A or C),Dest ID,Dest row #      A,7,1
883 IN  20 Gain                                             1

884 IN  21 Interconnect ID number                           21
885 IN  21 Source type(S,C or F),Source ID,Source row #     C,2,2
886 IN  21 Destination type(A or C),Dest ID,Dest row #      A,8,1
887 IN  21 Gain                                             1

888 IN  22 Interconnect ID number                           22
889 IN  22 Source type(S,C or F),Source ID,Source row #     C,2,3
890 IN  22 Destination type(A or C),Dest ID,Dest row #      A,9,1
891 IN  22 Gain                                             1

892 IN  23 Interconnect ID number                           23
893 IN  23 Source type(S,C, or F),Source ID,Source row #    S,9,1
894 IN  23 Destination type(A or C),Dest ID,Dest row #      C,2,7
895 IN  23 Gain                                             1.0
```

```
896 IN  24 Interconnect ID number                              24
897 IN  24 Source type(S,C, or F),Source ID,Source row #       S,10,1
898 IN  24 Destination type(A or C),Dest ID,Dest row #         C,2,8
899 IN  24 Gain                                                1.0

900 IN  25 Interconnect ID number                              25
901 IN  25 Source type(S,C, or F),Source ID,Source row #       S,11,1
902 IN  25 Destination type(A or C),Dest ID,Dest row #         C,2,9
903 IN  25 Gain                                                1.0

904 IN  26 Interconnect ID number                              26
905 IN  26 Source type(S,C, or F),Source ID,Source row #       S,12,1
906 IN  26 Destination type(A or C),Dest ID,Dest row #         C,2,10
907 IN  26 Gain                                                1.0

908 IN  27 Interconnect ID number                              27
909 IN  27 Source type(S,C, or F),Source ID,Source row #       S,12,2
910 IN  27 Destination type(A or C),Dest ID,Dest row #         C,2,11
911 IN  27 Gain                                                1.0

912 IN  28 Interconnect ID number                              28
913 IN  28 Source type(S,C, or F),Source ID,Source row #       S,13,1
914 IN  28 Destination type(A or C),Dest ID,Dest row #         C,2,12
915 IN  28 Gain                                                1.0

916 IN  29 Interconnect ID number                              29
917 IN  29 Source type(S,C, or F),Source ID,Source row #       S,13,2
918 IN  29 Destination type(A or C),Dest ID,Dest row #         C,2,13
919 IN  29 Gain                                                1.0

920 IN  30 Interconnect ID number                              30
921 IN  30 Source type(S,C, or F),Source ID,Source row #       S,14,1
922 IN  30 Destination type(A or C),Dest ID,Dest row #         C,2,14
923 IN  30 Gain                                                0.

924 IN  31 Interconnect ID number                              31
925 IN  31 Source type(S,C, or F),Source ID,Source row #       S,14,2
926 IN  31 Destination type(A or C),Dest ID,Dest row #         C,2,15
927 IN  31 Gain                                                0.0

928 IN  32 Interconnect ID number                              32
929 IN  32 Source type(S,C, or F),Source ID,Source row #       F,2,1
930 IN  32 Destination type(A or C),Dest ID,Dest row #         A,10,1
931 IN  32 Gain                                                0.0

932 IN  33 Interconnect ID number                              33
933 IN  33 Source type(S,C, or F),Source ID,Source row #       S,15,1
934 IN  33 Destination type(A or C),Dest ID,Dest row #         C,2,16
935 IN  33 Gain                                                1.0

936 IN  34 Interconnect ID number                              34
937 IN  34 Source type(S,C, or F),Source ID,Source row #       S,16,1
938 IN  34 Destination type(A or C),Dest ID,Dest row #         C,2,17
```

128

```
939 IN  34 Gain                                                    1.0

940 IN  35 Interconnect ID number                                  35
941 IN  35 Source type(S,C, or F),Source ID,Source row #           S,17,1
942 IN  35 Destination type(A or C),Dest ID,Dest row #             C,2,18
943 IN  35 Gain                                                    1.0

944 IN  36 Interconnect ID number                                  36
945 IN  36 Source type(S,C, or F),Source ID,Source row #           C,2,4
946 IN  36 Destination type(A or C),Dest ID,Dest row #             A,11,1
947 IN  36 Gain                                                    1.0

948 IN  37 Interconnect ID number                                  37
949 IN  37 Source type(S,C, or F),Source ID,Source row #           C,2,5
950 IN  37 Destination type(A or C),Dest ID,Dest row #             A,12,1
951 IN  37 Gain                                                    1.0

952 IN  38 Interconnect ID number                                  38
953 IN  38 Source type(S,C, or F),Source ID,Source row #           C,2,6
954 IN  38 Destination type(A or C),Dest ID,Dest row #             A,13,1
955 IN  38 Gain                                                    1.0

956 IN  39 Interconnect ID number                                  39
957 IN  39 Source type(S,C, or F),Source ID,Source row #           C,2,7
958 IN  39 Destination type(A or C),Dest ID,Dest row #             A,14,1
959 IN  39 Gain                                                    1.0

960 IN  40 Interconnect ID number                                  40
961 IN  40 Source type(S,C, or F),Source ID,Source row #           C,2,8
962 IN  40 Destination type(A or C),Dest ID,Dest row #             A,15,1
963 IN  40 Gain                                                    1.0

964 IN  41 Interconnect ID number                                  41
965 IN  41 Source type(S,C, or F),Source ID,Source row #           C,2,9
966 IN  41 Destination type(A or C),Dest ID,Dest row #             A,16,1
967 IN  41 Gain                                                    1.0

968 IN  42 Interconnect ID number                                  42
969 IN  42 Source type(S,C, or F),Source ID,Source row #           F,3,1
970 IN  42 Destination type(A or C),Dest ID,Dest row #             C,2,19
971 IN  42 Gain                                                    0.0

972 IN  43 Interconnect ID number                                  43
973 IN  43 Source type(S,C, or F),Source ID,Source row #           F,3,1
974 IN  43 Destination type(A or C),Dest ID,Dest row #             C,2,20
975 IN  43 Gain                                                    0.0

976 IN  44 Interconnect ID number                                  44
977 IN  44 Source type(S,C, or F),Source ID,Source row #           F,3,1
978 IN  44 Destination type(A or C),Dest ID,Dest row #             C,2,21
979 IN  44 Gain                                                    0.0
```

Fast Loop Controller Parameters

## FBCOEF.DAT

```
17958.,13318.,-5905.,25208.
2808.,17286.,22439.,2515.,8.

17958.,13318.,-5905.,25208.
2808.,17286.,22439.,2515.,8.

17958.,13318.,-5905.,25208.
2808.,17286.,22439.,2515.,8.

6977.,26797.,-8976.,11144.
5878.,29268.,21256.,-28637.,30300.

6977.,26797.,-8976.,11144.
5878.,29268.,21256.,-28637.,30300.

4447.,32440.,-7917.,7196.
5505.,32760.,15561.,-10102.,22781.

6767.,30801.,-8306.,4875.
7783.,32132.,17735.,-24945.,30548.

6767.,27258.,-9386.,4875.
6887.,32132.,15692.,5649.,15013.

6767.,27258.,-9386.,4875.
6887.,32132.,15692.,5649.,15013.

-7561.,31706.,16029.,20179.

-7561.,31697.,16034.,20180.

2.0      0.02     0.0023

1.795    0.02     0.0023

1.795    0.02     0.0023

1.666    1.0      0.2304

1.0      1.0      0.3021

1.0      1.0      0.3021

3.45     4.5      4.5

0.33     0.4      0.4
```

130

```
FFCOEF.DAT
27129.,5655.,-4259.,26945.
810.,9456.,31627.,480.,15.

27129.,5655.,-4259.,26945.
810.,9456.,31627.,480.,15.

27129.,5655.,-4259.,26945.
810.,9456.,31627.,480.,15.

15845.,14483.,-14315.,10722.
5832.,27171.,22952.,-8323.,17518.

16697.,13979.,-11696.,16869.
4270.,22488.,25536.,-12990.,19124.

15845.,14483.,-14315.,10722.
5832.,27171.,22827.,-9985.,18705.

15267.,15635.,-14975.,7386.
6967.,28582.,22679.,4377.,9356.

16697.,12570.,-13007.,16869.
4338.,25411.,24624.,-438.,10307.

15845.,13053.,-15883.,10722.
5934.,30677.,23477.,3421.,8770.

12211.,23117.,-14845.,-5580.
11685.,25867.,21123.,14539.,8642.

15845.,13285.,-15606.,10722.
6040.,30677.,23626.,8641.,4442.

12211.,23081.,-14867.,-5580.
11667.,25867.,21156.,14539.,8644.
```

Command File to Link IPS Object Modules

XUSDC.COM
```
$LINK USDC,ADFUTIL,[-]QUATRN,[-]ADFS,[-]GAINS,[-]OBST,[-]NOISE,
SYS$USER3:[RAKOCZY]OUTPUT1,SYS$USER3:[RAKOCZY]TREETOPS
```

IPS TREETOPS Plot File Discription

IPSREV7.XRF

```
          TREETOPS Rev 4   4/17/88


                                IPS

    NBODY=   5   NSEN=  18  NACT=  16

    IOFF:    1    4   22   47   69   85    0    0    0    0


    KOFF:    0    9    0    0    0


    NOFF:    0    4    0    0    0


    LENGTH=   237



  NBODY=    5  NSEN=  18  NACT=   16  NFUN=    3  NCONT=    2  NUTOT=   25
  NRTOT=   18


    OUTPUT FILE REFENCE TABLE:

      1      TIME
      2      RSG           1
      3      RSG           2
      4      RSG           3
      5      RC            1
      6      RC            2
      7      RC            3
      8      RC            4
      9      RC            5
     10      RC            6
```

132

| | | |
|---|---|---|
| 11 | RC | 7 |
| 12 | RC | 8 |
| 13 | RC | 9 |
| 14 | RC | 10 |
| 15 | RC | 11 |
| 16 | RC | 12 |
| 17 | RC | 13 |
| 18 | RC | 14 |
| 19 | RC | 15 |
| 20 | RC | 16 |
| 21 | RC | 17 |
| 22 | RC | 18 |
| 23 | UC | 1 |
| 24 | UC | 2 |
| 25 | UC | 3 |
| 26 | UC | 4 |
| 27 | UC | 5 |
| 28 | UC | 6 |
| 29 | UC | 7 |
| 30 | UC | 8 |
| 31 | UC | 9 |
| 32 | UC | 10 |
| 33 | UC | 11 |
| 34 | UC | 12 |
| 35 | UC | 13 |
| 36 | UC | 14 |
| 37 | UC | 15 |
| 38 | UC | 16 |
| 39 | UC | 17 |
| 40 | UC | 18 |
| 41 | UC | 19 |
| 42 | UC | 20 |
| 43 | UC | 21 |
| 44 | UC | 22 |
| 45 | UC | 23 |
| 46 | UC | 24 |
| 47 | UC | 25 |
| 48 | RP | 1 |
| 49 | RP | 2 |
| 50 | RP | 3 |
| 51 | RP | 4 |
| 52 | RP | 5 |
| 53 | RP | 6 |
| 54 | RP | 7 |
| 55 | RP | 8 |
| 56 | RP | 9 |
| 57 | RP | 10 |
| 58 | RP | 11 |
| 59 | RP | 12 |
| 60 | RP | 13 |
| 61 | RP | 14 |
| 62 | RP | 15 |
| 63 | RP | 16 |

| 64  | RP    |       | 17 |      |   |      |   |
|-----|-------|-------|----|------|---|------|---|
| 65  | RP    |       | 18 |      |   |      |   |
| 66  | RP    |       | 19 |      |   |      |   |
| 67  | RP    |       | 20 |      |   |      |   |
| 68  | RP    |       | 21 |      |   |      |   |
| 69  | RP    |       | 22 |      |   |      |   |
| 70  | UP    |       | 1  |      |   |      |   |
| 71  | UP    |       | 2  |      |   |      |   |
| 72  | UP    |       | 3  |      |   |      |   |
| 73  | UP    |       | 4  |      |   |      |   |
| 74  | UP    |       | 5  |      |   |      |   |
| 75  | UP    |       | 6  |      |   |      |   |
| 76  | UP    |       | 7  |      |   |      |   |
| 77  | UP    |       | 8  |      |   |      |   |
| 78  | UP    |       | 9  |      |   |      |   |
| 79  | UP    |       | 10 |      |   |      |   |
| 80  | UP    |       | 11 |      |   |      |   |
| 81  | UP    |       | 12 |      |   |      |   |
| 82  | UP    |       | 13 |      |   |      |   |
| 83  | UP    |       | 14 |      |   |      |   |
| 84  | UP    |       | 15 |      |   |      |   |
| 85  | UP    |       | 16 |      |   |      |   |
| 86  | THETA | HINGE | 1  | AXIS | 1 |      |   |
| 87  | THETA | HINGE | 1  | AXIS | 2 |      |   |
| 88  | THETA | HINGE | 1  | AXIS | 3 |      |   |
| 89  | THDOT | HINGE | 1  | AXIS | 1 |      |   |
| 90  | THDOT | HINGE | 1  | AXIS | 2 |      |   |
| 91  | THDOT | HINGE | 1  | AXIS | 3 |      |   |
| 92  | DDJJBJ | BODY | 1 | NODE | 1 | AXIS | 1 |
| 93  | DDJJBJ | BODY | 1 | NODE | 1 | AXIS | 2 |
| 94  | DDJJBJ | BODY | 1 | NODE | 1 | AXIS | 3 |
| 95  | DDJJBJ | BODY | 1 | NODE | 2 | AXIS | 1 |
| 96  | DDJJBJ | BODY | 1 | NODE | 2 | AXIS | 2 |
| 97  | DDJJBJ | BODY | 1 | NODE | 2 | AXIS | 3 |
| 98  | DDJJBJ | BODY | 1 | NODE | 3 | AXIS | 1 |
| 99  | DDJJBJ | BODY | 1 | NODE | 3 | AXIS | 2 |
| 100 | DDJJBJ | BODY | 1 | NODE | 3 | AXIS | 3 |
| 101 | DDJJBJ | BODY | 1 | NODE | 4 | AXIS | 1 |
| 102 | DDJJBJ | BODY | 1 | NODE | 4 | AXIS | 2 |
| 103 | DDJJBJ | BODY | 1 | NODE | 4 | AXIS | 3 |
| 104 | DDJJBJ | BODY | 1 | NODE | 5 | AXIS | 1 |
| 105 | DDJJBJ | BODY | 1 | NODE | 5 | AXIS | 2 |
| 106 | DDJJBJ | BODY | 1 | NODE | 5 | AXIS | 3 |
| 107 | DDJJBJ | BODY | 1 | NODE | 6 | AXIS | 1 |
| 108 | DDJJBJ | BODY | 1 | NODE | 6 | AXIS | 2 |
| 109 | DDJJBJ | BODY | 1 | NODE | 6 | AXIS | 3 |
| 110 | DDJJBJ | BODY | 1 | NODE | 7 | AXIS | 1 |
| 111 | DDJJBJ | BODY | 1 | NODE | 7 | AXIS | 2 |
| 112 | DDJJBJ | BODY | 1 | NODE | 7 | AXIS | 3 |
| 113 | DDJJBJ | BODY | 1 | NODE | 8 | AXIS | 1 |
| 114 | DDJJBJ | BODY | 1 | NODE | 8 | AXIS | 2 |
| 115 | DDJJBJ | BODY | 1 | NODE | 8 | AXIS | 3 |
| 116 | DDJJBJ | BODY | 1 | NODE | 9 | AXIS | 1 |

134

| 117 | DDJJBJ | BODY  | 1 | NODE | 9 | AXIS | 2 |
| 118 | DDJJBJ | BODY  | 1 | NODE | 9 | AXIS | 3 |
| 119 | WJI    | BODY  | 1 | AXIS | 1 |      |   |
| 120 | WJI    | BODY  | 1 | AXIS | 2 |      |   |
| 121 | WJI    | BODY  | 1 | AXIS | 3 |      |   |
| 122 | YJI    | HINGE | 1 | AXIS | 1 |      |   |
| 123 | YJI    | HINGE | 1 | AXIS | 2 |      |   |
| 124 | YJI    | HINGE | 1 | AXIS | 3 |      |   |
| 125 | YDOTJI | HINGE | 1 | AXIS | 1 |      |   |
| 126 | YDOTJI | HINGE | 1 | AXIS | 2 |      |   |
| 127 | YDOTJI | HINGE | 1 | AXIS | 3 |      |   |
| 128 | QBODY  | BODY  | 1 | PARA | 1 |      |   |
| 129 | QBODY  | BODY  | 1 | PARA | 2 |      |   |
| 130 | QBODY  | BODY  | 1 | PARA | 3 |      |   |
| 131 | QBODY  | BODY  | 1 | PARA | 4 |      |   |
| 132 | RHJ    | BODY  | 1 | AXIS | 1 |      |   |
| 133 | RHJ    | BODY  | 1 | AXIS | 2 |      |   |
| 134 | RHJ    | BODY  | 1 | AXIS | 3 |      |   |
| 135 | DDJJBJ | BODY  | 2 | NODE | 1 | AXIS | 1 |
| 136 | DDJJBJ | BODY  | 2 | NODE | 1 | AXIS | 2 |
| 137 | DDJJBJ | BODY  | 2 | NODE | 1 | AXIS | 3 |
| 138 | DDJJBJ | BODY  | 2 | NODE | 2 | AXIS | 1 |
| 139 | DDJJBJ | BODY  | 2 | NODE | 2 | AXIS | 2 |
| 140 | DDJJBJ | BODY  | 2 | NODE | 2 | AXIS | 3 |
| 141 | DDJJBJ | BODY  | 2 | NODE | 3 | AXIS | 1 |
| 142 | DDJJBJ | BODY  | 2 | NODE | 3 | AXIS | 2 |
| 143 | DDJJBJ | BODY  | 2 | NODE | 3 | AXIS | 3 |
| 144 | WJI    | BODY  | 2 | AXIS | 1 |      |   |
| 145 | WJI    | BODY  | 2 | AXIS | 2 |      |   |
| 146 | WJI    | BODY  | 2 | AXIS | 3 |      |   |
| 147 | YJI    | HINGE | 2 | AXIS | 1 |      |   |
| 148 | YJI    | HINGE | 2 | AXIS | 2 |      |   |
| 149 | YJI    | HINGE | 2 | AXIS | 3 |      |   |
| 150 | YDOTJI | HINGE | 2 | AXIS | 1 |      |   |
| 151 | YDOTJI | HINGE | 2 | AXIS | 2 |      |   |
| 152 | YDOTJI | HINGE | 2 | AXIS | 3 |      |   |
| 153 | QBODY  | BODY  | 2 | PARA | 1 |      |   |
| 154 | QBODY  | BODY  | 2 | PARA | 2 |      |   |
| 155 | QBODY  | BODY  | 2 | PARA | 3 |      |   |
| 156 | QBODY  | BODY  | 2 | PARA | 4 |      |   |
| 157 | RHJ    | BODY  | 2 | AXIS | 1 |      |   |
| 158 | RHJ    | BODY  | 2 | AXIS | 2 |      |   |
| 159 | RHJ    | BODY  | 2 | AXIS | 3 |      |   |
| 160 | THETA  | HINGE | 3 | AXIS | 1 |      |   |
| 161 | THDOT  | HINGE | 3 | AXIS | 1 |      |   |
| 162 | DDJJBJ | BODY  | 3 | NODE | 1 | AXIS | 1 |
| 163 | DDJJBJ | BODY  | 3 | NODE | 1 | AXIS | 2 |
| 164 | DDJJBJ | BODY  | 3 | NODE | 1 | AXIS | 3 |
| 165 | DDJJBJ | BODY  | 3 | NODE | 2 | AXIS | 1 |
| 166 | DDJJBJ | BODY  | 3 | NODE | 2 | AXIS | 2 |
| 167 | DDJJBJ | BODY  | 3 | NODE | 2 | AXIS | 3 |
| 168 | DDJJBJ | BODY  | 3 | NODE | 3 | AXIS | 1 |
| 169 | DDJJBJ | BODY  | 3 | NODE | 3 | AXIS | 2 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 170 | DDJJBJ | BODY | 3 | NODE | 3 | AXIS | 3 |
| 171 | WJI | BODY | 3 | AXIS | 1 | | |
| 172 | WJI | BODY | 3 | AXIS | 2 | | |
| 173 | WJI | BODY | 3 | AXIS | 3 | | |
| 174 | YJI | HINGE | 3 | AXIS | 1 | | |
| 175 | YJI | HINGE | 3 | AXIS | 2 | | |
| 176 | YJI | HINGE | 3 | AXIS | 3 | | |
| 177 | YDOTJI | HINGE | 3 | AXIS | 1 | | |
| 178 | YDOTJI | HINGE | 3 | AXIS | 2 | | |
| 179 | YDOTJI | HINGE | 3 | AXIS | 3 | | |
| 180 | QBODY | BODY | 3 | PARA | 1 | | |
| 181 | QBODY | BODY | 3 | PARA | 2 | | |
| 182 | QBODY | BODY | 3 | PARA | 3 | | |
| 183 | QBODY | BODY | 3 | PARA | 4 | | |
| 184 | RHJ | BODY | 3 | AXIS | 1 | | |
| 185 | RHJ | BODY | 3 | AXIS | 2 | | |
| 186 | RHJ | BODY | 3 | AXIS | 3 | | |
| 187 | THETA | HINGE | 4 | AXIS | 1 | | |
| 188 | THDOT | HINGE | 4 | AXIS | 1 | | |
| 189 | DDJJBJ | BODY | 4 | NODE | 1 | AXIS | 1 |
| 190 | DDJJBJ | BODY | 4 | NODE | 1 | AXIS | 2 |
| 191 | DDJJBJ | BODY | 4 | NODE | 1 | AXIS | 3 |
| 192 | DDJJBJ | BODY | 4 | NODE | 2 | AXIS | 1 |
| 193 | DDJJBJ | BODY | 4 | NODE | 2 | AXIS | 2 |
| 194 | DDJJBJ | BODY | 4 | NODE | 2 | AXIS | 3 |
| 195 | DDJJBJ | BODY | 4 | NODE | 3 | AXIS | 1 |
| 196 | DDJJBJ | BODY | 4 | NODE | 3 | AXIS | 2 |
| 197 | DDJJBJ | BODY | 4 | NODE | 3 | AXIS | 3 |
| 198 | WJI | BODY | 4 | AXIS | 1 | | |
| 199 | WJI | BODY | 4 | AXIS | 2 | | |
| 200 | WJI | BODY | 4 | AXIS | 3 | | |
| 201 | YJI | HINGE | 4 | AXIS | 1 | | |
| 202 | YJI | HINGE | 4 | AXIS | 2 | | |
| 203 | YJI | HINGE | 4 | AXIS | 3 | | |
| 204 | YDOTJI | HINGE | 4 | AXIS | 1 | | |
| 205 | YDOTJI | HINGE | 4 | AXIS | 2 | | |
| 206 | YDOTJI | HINGE | 4 | AXIS | 3 | | |
| 207 | QBODY | BODY | 4 | PARA | 1 | | |
| 208 | QBODY | BODY | 4 | PARA | 2 | | |
| 209 | QBODY | BODY | 4 | PARA | 3 | | |
| 210 | QBODY | BODY | 4 | PARA | 4 | | |
| 211 | RHJ | BODY | 4 | AXIS | 1 | | |
| 212 | RHJ | BODY | 4 | AXIS | 2 | | |
| 213 | RHJ | BODY | 4 | AXIS | 3 | | |
| 214 | THETA | HINGE | 5 | AXIS | 1 | | |
| 215 | THDOT | HINGE | 5 | AXIS | 1 | | |
| 216 | DDJJBJ | BODY | 5 | NODE | 1 | AXIS | 1 |
| 217 | DDJJBJ | BODY | 5 | NODE | 1 | AXIS | 2 |
| 218 | DDJJBJ | BODY | 5 | NODE | 1 | AXIS | 3 |
| 219 | DDJJBJ | BODY | 5 | NODE | 2 | AXIS | 1 |
| 220 | DDJJBJ | BODY | 5 | NODE | 2 | AXIS | 2 |
| 221 | DDJJBJ | BODY | 5 | NODE | 2 | AXIS | 3 |
| 222 | WJI | BODY | 5 | AXIS | 1 | | |

```
223    WJI     BODY    5    AXIS   2
224    WJI     BODY    5    AXIS   3
225    YJI     HINGE   5    AXIS   1
226    YJI     HINGE   5    AXIS   2
227    YJI     HINGE   5    AXIS   3
228    YDOTJI  HINGE   5    AXIS   1
229    YDOTJI  HINGE   5    AXIS   2
230    YDOTJI  HINGE   5    AXIS   3
231    QBODY   BODY    5    PARA   1
232    QBODY   BODY    5    PARA   2
233    QBODY   BODY    5    PARA   3
234    QBODY   BODY    5    PARA   4
235    RHJ     BODY    5    AXIS   1
236    RHJ     BODY    5    AXIS   2
237    RHJ     BODY    5    AXIS   3
 CONTACT FORCES WILL NOT BE COMPUTED
 CONSTRAINT FORCES WILL NOT BE COMPUTED
```

137

# APPENDIX C

## Linear Kalman Filter Listing and Data

IPS KF Batch Command File

TREEBATCH.COM

```
$ JOB
$ SET DEF [ROBINSON.TREETOPS]
$    ASSIGN/NOLOG IPSREV7.INT FOR001
$    ASSIGN/NOLOG IPSREV7.OUT FOR009
$    ASSIGN/NOLOG IPSREV7.RES FOR003
$    ASSIGN/NOLOG IPSREV7.MAT FOR004
$    ASSIGN/NOLOG IPSREV7.LOG FOR006
$    ASSIGN/NOLOG IPSREV7.MDK FOR019
$    ASSIGN/NOLOG IPSREV7.FLX FOR011
$    ASSIGN/NOLOG IPSREV7.FLN FOR013
$    ASSIGN/NOLOG IPSREV7.AUX FOR039
$    ASSIGN/NOLOG IPSREV7.XRF FOR012
$    ASSIGN/NOLOG TCATEMP.DAT  FOR025
$    ASS ASTP FOR015
$    ASS MSUBCO FOR016
$    ASS IPSL   FOR017
$    ASS PLP  FOR018
$    ASS DEFAULT.DFF FOR085
$    RUN [ROBINSON.TREETOPS.FILES]LCON.EXE
$    DEASSIGN FOR001
$    DEASSIGN FOR009
$    DEASSIGN FOR003
$    DEASSIGN FOR004
$    DEASSIGN FOR006
$    DEASSIGN FOR019
$    DEASSIGN FOR011
$    DEASSIGN FOR013
$    DEASSIGN FOR039
$    DEASSIGN FOR012
$    DEASSIGN FOR025
$    DEASSIGN FOR085
$    RENAME TCATEMP.DAT IPSREV7.MAT
$    DIR/DATE/SIZE IPSREV7.OUT
$ COPY IPSREV7.OUT IPSREV7.PLT
```

IPS KF Subroutine

## ADFR.FOR

```
      SUBROUTINE LADF
      DIMENSION PO(6),RNI(6),QNI(6),X(6),Z(6),HXM(6)
     1,ZHX(6),GZHX(6),DUM1(100),HPHTRO(6,6),IYO(6)
      DIMENSION P(6,6),QN(6,6),RN(6,6),H(6,6),HT(6,6),PHT(6,6),HPHT(6,6)
     *,HPHTR(6,6),HPHTRI(6,6),G(6,6),PHI(4,3),GH(6,6),IGH(6,6),PP(6,6)
     *,PHIT(6,6),PPPT(6,6),ID(6,6),PH(6,6)
      DIMENSION QOM(4,4),QU(3),PHIM(4,4),XI(3),PH4(3)
      COMMON/ADF/ D(3),QD(4),QMA(4),QO1(4),CM1(4),Q(4),VSTN(6)
      COMMON/CFHST/ YRO(6,3),YMS(6),DUMMY(43)
      COMMON/SUM/ QS(4),DRIFT(3),PE(3)
      COMMON/TEMP/ HX(6)
      REAL ID,IGH
C
      IF(INIT.GT.0)GO TO 5
      READ(17,*)  DRIFT,PO,RNI,QNI,IYO
C     WRITE(2,*) PE,PO,RNI,QNI,NADF
      DO 10 I=1,6
      ID(I,I)=1.0
      QN(I,I)=QNI(I)
      P(I,I)=PO(I)
 10   CONTINUE
      DO 20 I=1,6
      RN(I,I)=RNI(I)
 20   CONTINUE
C     WRITE(10) T,Q,X,YMS
C
C     OBSERVATION MATRIX
C
      H(1,2)=0.
      H(1,3)=-2.
      H(2,2)=2
      H(2,3)=0.
C
      H(3,1)=0.0
      H(3,2)=0.
      H(3,3)=-2.
      H(4,1)=0.4
      H(4,2)=2.
      H(4,3)=0.
      H(5,1)=0.0
      H(5,2)=0.
      H(5,3)=-2.
      H(6,1)=-0.4
      H(6,2)=2.
      H(6,3)=0.
      INIT=1
      GO TO  999
 5    CONTINUE
C
      CALL SSTM(CM1(2),CM1(3),CM1(4),CM1(1),PHIM)
```

```
        DO 11 I=1,3
   11   CO(I)=QO1(I)/QO1(4)
   11   CONTINUE
        DO 12 I=1,3
        DO 12 J=1,4
        PHI(J,I)=PHIM(J,I)-PHIM(J,4)*XI(I)
   12   CONTINUE
C        DO 13 J=1,3
C        PH4(J)=PHIM(4,J)-PHIM(4,4)*XI(J)
C   13   CONTINUE
        CP=-.5
        DO 300 I=1,3
        PH(I,I+3)=Q(4)*CP
        DO 300 J=1,3
  300   PH(I,J)=PHI(I,J)
        PH(3,5)=Q(1)*CP
        PH(1,6)=Q(2)*CP
        PH(2,4)=Q(3)*CP
        PH(1,5)=-PH(2,4)
        PH(2,6)=-PH(3,5)
        PH(3,4)=-PH(1,6)
        PH(4,4)=1.0
        PH(5,5)=1.0
C       DO 14 I=1,4
C       QO1(I)=Q(I)
C  14   CONTINUE
C  -----------------------------------------
        DO 25 J=1,6
        IF(IYO(J).EQ.1) GO TO 24
        Z(J)=0.0
        RN(J,J)=9999.
        GO TO 25
   24   Z(J)=YMS(J)
   25   CONTINUE
   30   CONTINUE
C       STATE ESTIMATE EXTRAPOLATION
C       X+ = X-
        CALL MULMAT(PH,X,X,6,6,1)
        DO 222 I=1,3
  222   X(I)=Q(I)
C       END STATE EXTRAPOLATION
C
C       ERROR COVARIANCE EXTRAPOLATION
C
C       P+ = P-
        CALL MULMAT(PH,P,PP,6,6,6)
        CALL TRMAT(PH,PHIT,6,6)
        CALL MULMAT(PP,PHIT,PPPT,6,6,6)
        CALL ADDMAT(PPPT,QN,P,6,6)
C
C       END COVARIANCE EXTRAPOLATION
C
C       GAIN MATRIX GENERATION
```

142

```
C
         CALL TRMAT(H,HT,6,6)
         CALL MULMAT(P,HT,PHT,6,6,6)
         CALL MULMAT(H,PHT,HPHT,6,6,6)
         CALL ADDMAT(HPHT,RN,HPHTR,6,6)
         DO 31 J=1,6
         DO 31 K=1,6
         HPHTRO(J,K)=HPHTR(J,K)
   31    CONTINUE
         CALL MATINV(HPHTRO,HPHTRI,6,6,IER)
         CALL MULMAT(PHT,HPHTRI,G,6,6,6)
C
C      END GAIN GENERATION
C
C      STATE ESTIMATE UPDATE
C
         CALL MULMAT(H,X,HX,6,6,1)
         DO 40 J=1,6
   40    HXM(J)=-HX(J)
         CALL ADDMAT(Z,HXM,ZHX,6,1)
         CALL MULMAT(G,ZHX,GZHX,6,6,1)
         CALL ADDMAT(X,GZHX,X,6,1)
C
C      END STATE ESTIMATE UPDATE
C
C      ERROR COVARIANCE UPDATE
C
         CALL MULMAT(G,H,GH,6,6,6)
         DO 32 L=1,6
         DO 32 K=1,6
         GH(L,K)=-GH(L,K)
   32    CONTINUE
         CALL ADDMAT(ID,GH,IGH,6,6)
         CALL MULMAT(IGH,P,P,6,6,6)
C
C      END COVARIANCE UPDATE
C
         DO  50 J=1,3
         QD(J)=GZHX(J)
         D(J)=X(J+3)
   50    CONTINUE
         QD(4)=SQRT(1.-QD(1)**2-QD(2)**2-QD(3)**2)
C       WRITE(10) T,QD,YMS,X(4),X(5),X(6)
C       OUTPUT T,DET,H,Q,P,G
  999    CONTINUE
C         DO 777 I=1,4
C 777    Q01(I)=Q(I)
         RETURN
         END
```

143

IPS KF Input Data

```
IPSL.DAT
.5E-5 .5E-5 .5E-5
.5E-5 .5E-5 .5E-5 .5E-5 .5E-5 .5E-5
2
0. 1 0. 0. 0.
100. 2 0. 0. 0.
1.45E-5 1.45E-5 1.45E-5
.007 .005 .005 1.E-7 1.E-7 1.E-7 4.85E-6 4.85E-6 4.85E-6 4.85E-6 4.85E-6 4.85E-6
1.212E-6 1.212E-6 1.212E-6 1.E-9 1.E-9 1.E-9
1 1 1 1 0 0
```

**APPENDIX D**

**Linearized Kalman Filter Listing and Data**

IPS LKF Batch Command File

TREEBF.COM
```
$ JOB
$ SET DEF [ROBINSON.TREETOPS]
$    ASSIGN/NOLOG IPSREV7.INT FOR001
$    ASSIGN/NOLOG IPSREV7.OUT FOR009
$    ASSIGN/NOLOG IPSREV7.RES FOR003
$    ASSIGN/NOLOG IPSREV7.MAT FOR004
$    ASSIGN/NOLOG IPSREV7.LOG FOR006
$    ASSIGN/NOLOG IPSREV7.MDK FOR019
$    ASSIGN/NOLOG IPSREV7.FLX FOR011
$    ASSIGN/NOLOG IPSREV7.FLN FOR013
$    ASSIGN/NOLOG IPSREV7.AUX FOR039
$    ASSIGN/NOLOG IPSREV7.XRF FOR012
$    ASSIGN/NOLOG TCATEMP.DAT  FOR025
$    ASS ASTP FOR015
$    ASS OPTNL FOR016
$    ASS IPSE   FOR017
$    ASS PLOTP  FOR018
$    ASSIGN/NOLOG DEFAULT.DFF.1 FOR085
$    RUN [ROBINSON.TREETOPS.FILES]FCON.EXE
$    DEASSIGN FOR001
$    DEASSIGN FOR009
$    DEASSIGN FOR003
$    DEASSIGN FOR004
$    DEASSIGN FOR006
$    DEASSIGN FOR019
$    DEASSIGN FOR011
$    DEASSIGN FOR013
$    DEASSIGN FOR039
$    DEASSIGN FOR012
$    DEASSIGN FOR025
$    DEASSIGN FOR085
$    RENAME TCATEMP.DAT IPSREV7.MAT
$    DIR/DATE/SIZE IPSREV7.OUT
$ COPY IPSREV7.OUT IPSREV7.PLT
```

146

IPS LKF Subroutine

ADFP.FOR

```
      SUBROUTINE LADF
C
      REAL KA
      LOGICAL LTHDIS,LSTMES
      DIMENSION TDS2S1(3,3),TDS3S1(3,3),XI(3),PH(3,6),QMS(4),PH4(3)
      DIMENSION A(4,4),QMS2(4),H4(9,3),AZ(4,4),CMS(4),XD1(3),PH1(4,3)
      DIMENSION A3(3,3),XD6(6),XD3(3),XDH(10)
CCC   DIMENSION A3(3,3),XD6(6),XD7(3),XD3(3),XDH(10),XDHO(10)
CCC  1,XDH6(6),XDH1(3)
C
C------------------------------------------------------
C
C NEW ARRAYS ADDED FOR USE BY DELAYS ADDED BY ADAMS & WEST
C
CCC   DIMENSION QD11(4),QD12(4),D11(3),D12(3)
CCC   DATA QD11,D11/ 4*0.0,  3*0.0 /
CCC   DIMENSION QD(4),D(3)
CCC   DATA QD,XD1,XD3,XDHO,XDH/30*0.0/
C
C------------------------------------------------------
C
      COMMON /ADF/ D(3),QD(4),QM(4),Q0(4),CM(4),Q(4)
CCCC  COMMON /FILTER/ DI(3),QDI(4),QM(4),Q0(4),CM(4),Q(4)
      COMMON /KALMAN/ ND(6),NF(6,2),NTR,AM(4,4),QOA(4),QMA(4),NZ,
     *TM(3,3),IZ,TS2S1(3,3),TS3S1(3,3),YD(2),H6(9,3),XD(10),
     * CS(3,10,2),C(3,10,2),KA(3,10,2),PHI(3,3),FAC,FAC1,FAC2,PMAX,
     * LTHDIS
      COMMON /TEST/ ITEST(10)
      COMMON/COSUB/YMSA(6,2),TOS2S1(3,3),TOS3S1(3,3)
      COMMON/COGAIN/TGAIN1(2),TGAIN2(2),TGAIN3(2),C1(3,10,2),C2(3,10,2),
     1              JSST
C
      COMMON /COG2/ IG
      DATA TDS2S1,TDS3S1 /18*0./,LSTMES/.FALSE./
      NAMELIST/TEST8/NTR,XD,AM,D,PHI,CM,QD,Q0,QM,QOA,QMA
C
C     REINITIALIZATION OF THE STATE DEVIATION VECTOR AT THE BEGINNING OF
C     EACH FILTER INTERVAL (INPUT FOR SUBOPT FOR THE FIRST STAR),
C     BECAUSE THE FILTER EQUATIONS ARE PROGRAMMED FOR THE STATE VECTOR
C     UPDATES, NOT FOR THE STATE VECTOR ITSELF
C
C
C---------------------------------------------------------------
C
C     INITIALIZATION ADDED BY ADAMS & WEST
C
      DO 10 I=1,4
      QOA(I) = Q0(I)
      QMA(I) = Q(I)
 10   CONTINUE
```

147

```
      CALL SSTM(CM(2),CM(3),CM(4),CM(1),AM)
C     CALL MAVE(AM,QD,QDI,4)
C     DO 15 I=1,3
C15   DI(I)=D(I)
C----------------------------------------------------------------
C
C       DO 50 I=1,10
C    50 XD(I)=0.
C
C
C     MODIFICATION OF THE SUBSTATE TRANSITION MATRIX (REF.SECT.4.6.1)
C
   70 CQ=1./QOA(4)
      DO 100 I=1,3
      XI(I)=QOA(I)*CQ
      DO 100 J=1,4
  100 PH1(J,I)=AM(J,I)-AM(J,4)*XI(I)
C     PRINT 150
C 150 FORMAT(' PH1')
C     PRINT 155,((PH1(J,I),J=1,4),I=1,3)
C 155 FORMAT(4G20.6)
      DO 200 I=1,3
  200 PH4(I)=PH1(4,I)
C     PRINT 220
C 220 FORMAT(' PH4')
C     PRINT 155,(PH4(I),I=1,3)
C
C     COMPUTATION OF THE STATE TRANSITION MATRIX (REF. SECT.4.6.1 C)
C
      CP=-.5
      DO 300 I=1,3
      PH(I,I+3)=QMA(4)*CP
      DO 300 J=1,3
  300 PH(I,J)=PH1(I,J)
      PH(3,5)=QMA(1)*CP
      PH(1,6)=QMA(2)*CP
      PH(2,4)=QMA(3)*CP
      PH(1,5)=-PH(2,4)
      PH(2,6)=-PH(3,5)
      PH(3,4)=-PH(1,6)
C     PRINT 350
C 350 FORMAT(' PH')
C     NORMALIZATION OF MEAN QUATERNION VECTORS (REF. SECT.4.6.1 D)
C
      DO 1450 I=1,6
 1450 XD6(I)=XD(I)
      DO 50 I=1,10
   50 XD(I)=0.
      CALL GMPRD(PH,XD6,XD1,3,6,1)
      DO 51 I=1,3
   51 XDH(I)=XD1(I)
      CP=0.
      DO 400 I=1,4
```

148

```
    400 CP=CP+QMA(I)*QMA(I)
        CP=1./SQRT(CP)
        DO 500 I=1,4
    500 QMS(I)=QMA(I)*CP
C
C       COMPUTATION OF THE DIRECTION COSINE MATRIX FROM THE IPS INERTIAL
C       REFERENCE SYSTEM TO THE IPS PLATFORM SYSYTEM RESULTING FROM THE
C       MEAN QUATERNION VECTOR OF THE PREVIOUS FILTER INTERVAL
C       (REF. SECT. 4.6.1 E)
C
        DO 600 I=1,4
        DO 600 J=1,4
    600 A(I,J)=QMS(I)*QMS(J)
        DO 700 I=1,3
    700 TM(I,I)=2.*(A(4,4)+A(I,I))-1.
        TM(1,2)=2.*(A(1,2)+A(3,4))
        TM(1,3)=2.*(A(3,1)-A(2,4))
        TM(2,1)=2.*(A(2,1)-A(3,4))
        TM(2,3)=2.*(A(2,3)+A(1,4))
        TM(3,1)=2.*(A(1,3)+A(2,4))
        TM(3,2)=2.*(A(2,3)-A(1,4))
C
C       COMPUTATION OF THE FHST INDEPENDENT PART OF THE
C       OBSERVATION MATRIX (REF. SECT. 4.6.2)
C
        CP=2./QMS(4)
        DO 800 I=1,3
        DO 800 J=1,3
    800 A(I,J)=A(I,J)*CP
        DO 900 I=1,4
    900 QMS2(I)=QMS(I)*2.
        H4(1,1)=0.
        H4(1,2)=-QMS(2)*4.
        H4(1,3)=-QMS(3)*4.
        H4(2,1)=QMS2(2)-A(1,3)
        H4(2,2)=QMS2(1)-A(2,3)
        H4(2,3)=QMS2(4)-A(3,3)
        H4(3,1)=QMS2(3)+A(1,2)
        H4(3,2)=-QMS2(4)+A(2,2)
        H4(3,3)=QMS2(1)+A(2,3)
        H4(4,1)=QMS2(2)+A(1,3)
        H4(4,2)=QMS2(1)+A(2,3)
        H4(4,3)=-QMS2(4)+A(3,3)
        H4(5,1)=-4.*QMS(1)
        H4(5,2)=0.
        H4(5,3)=-4.*QMS(3)
        H4(6,1)=QMS2(4)-A(1,1)
        H4(6,2)=QMS2(3)-A(1,2)
        H4(6,3)=QMS2(2)-A(1,3)
        H4(7,1)=QMS2(3)-A(1,2)
        H4(7,2)=QMS2(4)-A(2,2)
        H4(7,3)=QMS2(1)-A(2,3)
        H4(8,1)=-QMS2(4)+A(1,1)
```

149

```
        H4(8,2)=QMS2(3)+A(1,2)
        H4(8,3)=QMS2(2)+A(1,3)
        H4(9,1)=-4.*QMS(1)
        H4(9,2)=-4.*QMS(2)
        H4(9,3)=0.
        DO 1000 I=1,4
 1000 AZ(1,I)=QOA(I)
        AZ(2,1)=QOA(4)
        AZ(2,2)=QOA(3)
        AZ(2,3)=-QOA(2)
        AZ(2,4)=-QOA(1)
        AZ(3,1)=-QOA(3)
        AZ(3,2)=QOA(4)
        AZ(3,3)=QOA(1)
        AZ(3,4)=-QOA(2)
        AZ(4,1)=QOA(2)
        AZ(4,2)=-QOA(1)
        AZ(4,3)=QOA(4)
        AZ(4,4)=-QOA(3)
        CALL GMPRD(AZ,QMS,CMS,4,4,1)
        CALL SSTM(CMS(2),CMS(3),CMS(4),CMS(1),A)
        DO 1100 I=1,3
        DO 1100 J=1,3
 1100 A3(I,J)=A(I,J)-A(I,4)*XI(J)
        CALL GMPRD(H4,A3,H6,9,3,3)
C
C     DEFINITION OF THE CORRECTION FACTOR FOR THE ESTIMATION
C     OF THE FHST THERMAL DISTORTIONS
C
        IF(LTHDIS)GOTO 1170
        FAC1=0.
        FAC2=0.
 1170 IF((ND(2)+ND(5)).EQ.0)FAC1=0.
        IF((ND(3)+ND(6)).EQ.0)FAC2=0.
C
C     REFRESHING OF THE SKEWED/BORESIGHTED FHST DCM'S (REF. SECT. 4.6.3)
C
        DO 1200 I=1,3
        TDS2S1(I,I)=1.
 1200 TDS3S1(I,I)=1.
        TDS2S1(1,2)=PHI(2,3)
        TDS2S1(3,1)=PHI(2,2)
        TDS2S1(1,3)=-PHI(2,2)
        TDS2S1(2,1)=-PHI(2,3)
        TDS3S1(1,2)=PHI(3,3)
        TDS3S1(3,1)=PHI(3,2)
        TDS3S1(1,3)=-PHI(3,2)
        TDS3S1(2,1)=-PHI(3,3)
        CALL GMPRD(TDS2S1,TOS2S1,TS2S1,3,3,3)
        CALL GMPRD(TDS3S1,TOS3S1,TS3S1,3,3,3)
C
C     SUBOPTIMAL FILTER, LOOP FOR THE SIX STARS (REF. SECT. 4.6.4)
C
```

150

```
      NTR=NTR+1
      NZ=0
C
 1300 CONTINUE
C
      NZ=NZ+1
      IZ=NZ
      IF(NZ.GT.3) IZ=NZ-3
      DO 1400 I=1,2
 1400 NF(NZ,I)=ND(NZ)
      IF(ND(NZ).NE.1) GO TO 1405
      CALL SUBOPT(XDH,XDHO,LSTMES)
 1405 CONTINUE
C     PRINT 1410
C1410 FORMAT(' XD')
C     PRINT 1420,(XD(I),I=1,10)
C1420 FORMAT(10G12.4)
C
      IF(NZ.NE.6) GOTO 1300
C
C---- UPDATE IS NOT DONE IN THE FIRST FILTER STEP , BECAUSE STAR POSI-
C     TION MEASUREMENT DATA ARE NOT YET AVAILABLE ---------------------
C
      IF (.NOT.LSTMES) GOTO 2000
C
C     PREDICTION AND PREPARATION OF FILTER UPDATE DATA (REF. SECT.4.6.5)
C
C      DO 1450 I=1,6
C      XDH6(I)=XDH(I)
C 1450 XD6(I)=XD(I)
C      CALL GMPRD(PH,XD6,XD1,3,6,1)
C      CALL GMPRD(PH,XDH6,XDH1,3,6,1)
      DO 1500 I=1,3
C      XDH(I)=XDH1(I)
C       XD(I)=XD1(I)
C       XD3(I)=XD6(I)
 1500 QD(I)=XD(I)
C      DO 49 I=1,10
C      XDHO(I)=XDH(I)
C 49   XDH(I)=XD(I)
C      PRINT 1520
C1520 FORMAT(' XD3')
C      PRINT 155,(XD3(I),I=1,3)
C      CALL GMPRD(PH4,XD3,QD(4),1,3,1)
C      PRINT 1530
C1530 FORMAT(' QD=')
C      PRINT 155,(QD(I),I=1,4)
      DO 1600 I=1,3
 1600 D(I)=D(I)+XD(I+3)
C
      DO 1700 I=2,3
      PHI(2,I)=PHI(2,I)+XD(I+5)
 1700 PHI(3,I)=PHI(3,I)+XD(I+7)
```

151

```
      DO 1701 I=2,3
      IF((ABS(PHI(2,I))).GT.PMAX) PHI(2,I)=PMAX*ABS(PHI(2,I))/PHI(2,I)
1701  IF((ABS(PHI(3,I))).GT.PMAX) PHI(3,I)=PMAX*ABS(PHI(3,I))/PHI(3,I)
C
      IF(ITEST(8).EQ.0.AND.(D(1).LT..1.AND.D(2).LT..1.AND.D(3).LT..1.
     * AND.QD(1).LT..1.AND.QD(2).LT..1.AND.QD(3).LT..1)) GOTO 2000
      WRITE(6,TEST8)
2000 CONTINUE
C
      LSTMES = .TRUE.
C
      IG=IG+1
      IF(ITEST(10).EQ.1) ITEST(9)=1
      RETURN
      END
      SUBROUTINE SUBOPT(XDH,XDHO,LSTMES)
C
      LOGICAL LTHDIS,LSTMES
      REAL KA
      DIMENSION YRA(3),YRP(3),T(3,3),YRS(3),YRN(2),H(14),H3(2,9)
CCC   DIMENSION HM(2,10),YDD(2),H23(2,3)
      DIMENSION HM(2,10),YDD(2),H23(2,3),XDH(10),XDHO(10)
C
      COMMON/TRANS/TA_P_I(3,3),TD_P_I(3,3),DUMMY1(27)
      COMMON/KALMAN/ND(6),NF(6,2),NTR,AM(4,4),QOA(4),QMA(4),NZ,TM(3,3),
     *IZ,TS2S1(3,3),TS3S1(3,3),YD(2),H6(9,3),XD(10),CS(3,10,2),C(3,10,2)
     *,KA(3,10,2),PHI(3,3),FAC,FAC1,FAC2,PMAX,LTHDIS
      COMMON/CFHST/YRO(6,3),YMS(6,2),DUMMY(43)
      COMMON/TEST/ITEST(10)
      COMMON/COSUB/YMSA(6,2),TOS2S1(3,3),TOS3S1(3,3)
      COMMON/CSUBOP/TSETTL,EFLCH1,EFLCH2
      COMMON/COG2/IG
      COMMON/COGAIN/TGAIN1(2),TGAIN2(2),TGAIN3(2),DUMMY2(120),
     *JSST,HOEQU1,HOEQU2,HOEQU3,HOEDR1,HOEDR2,HOEDR3,
     *AHYPV(3,10,2),AHYPN(3,10,2),BHYPV(3,10,2),BHYPN(3,10,2),
     *CHYPV(3,10,2),CHYPN(3,10,2),TMAXMA(3,10,2)
C
      NAMELIST/TEST7/NTR,NZ,YRN,YD,YDD,XD
C***********************************************************************
C    FHST DATA PROCESSING (REF. SECT. 4.6.4.4)
C***********************************************************************
C    YRO        THE COLUMNS OF YRO ARE THE STAR DIRECTION VECTORS
C               IN THE IPS INERTIAL REFERENCE SYSTEM
C               YRO IS COMPUTED IN 'FHST'
C    TM         DCM FROM THE I- TO THE P-SYSTEM BASED ON THE GYRO DATA
C               TM IS COMPUTED IN 'KAFILT'
C    TS2S1,TS3S1  TRANSFORMATION MATRICES FROM THE BORESIGHTED SENSOR
C               SYSTEM (S1) TO THE SKEWED SENSOR SYSTEM (S2,S3)
C               AS USED IN THE ADF, BASED ON THE ESTIMATED OF THE
C               MISALIGNMENTS
      C1=.7071068
C
      DO 50 I=1,3
```

152

```
    50 YRA(I)=YRO(NZ,I)
C
C---- YRP = STAR DIRECTION IN THE P-SYSTEM BASED ON THE GYRO DATA
C          YRP = TM * YRA
C
       CALL GMPRD(TM,YRA,YRP,3,3,1)
C
       GOTO (300,400,500),IZ
C
C---- TRANSFORMATION MATRIX FROM P TO S1 SYSTEM
C
   300 DO 350 I=1,3
       DO 350 J=1,3
   350 T(I,J)=0.
       DO 370 I=1,3
   370 T(I,I)=1.
C
       GOTO 600
C
C---- TRANSFORMATION MATRIX FROM S1 TO S2 SYSTEM
C
   400 DO 450 I=1,3
       DO 450 J=1,3
   450 T(I,J)=TS2S1(I,J)
C
       GOTO 600
C
C---- TRANSFORMATION MATRIX FROM S1 TO S3 SYSTEM
C
   500 DO 550 I=1,3
       DO 550 J=1,3
   550 T(I,J)=TS3S1(I,J)
C
   600 CONTINUE
C
       CALL GMPRD(T,YRP,YRS,3,3,1)
C
       CX=1./YRS(1)
       CX2=CX*CX
C
C---- YRN = NOMINAL MEASUREMENT VECTOR; THE NOMINAL P-SYSTEM IS
C                            DETERMINED FROM THE GYRO MEASUREMENTS--------
C
       DO 700 I=1,2
   700 YRN(I)=YRS(I+1)*CX
C
C************ MEASUREMENT DEVIATION VECTOR ****************************
C
CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
C
C  NEXT 2 CARDS FOR YMSA MOVED UP TO HERE BY MARK WEST
C
       YMSA(NZ,1)=YMS(NZ,1)
```

```
        YMSA(NZ,2)=YMS(NZ,2)
C
CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
C
        DO 800 I=1,2
   800 YD(I) = YMSA(NZ,I) - YRN(I)
   806 CONTINUE
C
C-----YMSA(NZ,1)=C1*(YMS(NZ,1)+YMS(NZ,2))
C-----YMSA(NZ,2)=C1*(-YMS(NZ,1)+YMS(NZ,2))
C
C---- FIRST STEP : FILTER IS NOT PROCESSED , DATA ARE NOT YET AVAILABLE
C
        IF (.NOT.LSTMES) GO TO 2000
C
C**** LIMIT CHECK FOR OSP FAILURE DETECTION (REF. SECT. 4.6.4.2 E) *****
C
        GO TO 950
        EF=EFLCH1
        IF(NTR.GE.TSETTL)EF=EFLCH2
        DO 900 I=1,2
   900 IF(ABS(YD(I)).GT.EF) NF(NZ,I)=0
C
        IF((NF(NZ,1)*NF(NZ,2)).NE.0) GOTO 950
        PRINT 930,NTR,EFLCH1,EFLCH2,TSETTL
   930 FORMAT(1H0,'LIMIT CHECK: SENSOR FAILURE AT NTR =',I4,/,1H ,
       1'EFLCH1=',G12.4,5X,'EFLCH2=',G12.4,5X,'TSETTL=',G12.4)
        WRITE(6,TEST7)
        STOP
C
C**** COMPUTATION OF THE OBSERVATION MATRIX (REF. SECT.4.6.4.4) ********
C
   950 H(1)=-YRN(1)*CX
        H(2)=-YRN(2)*CX
        H(3)=H(1)-CX*PHI(IZ,3)
        H(4)=CX+H(1)*PHI(IZ,3)
        H(5)=-H(1)*PHI(IZ,2)
        H(6)=H(2)+CX*PHI(IZ,2)
        H(7)=H(2)*PHI(IZ,3)
        H(8)=CX-H(2)*PHI(IZ,2)
        DO 1000 I=1,3
        H(I+8)=H(3)*T(1,I)+H(4)*T(2,I)+H(5)*T(3,I)
  1000 H(I+11)=H(6)*T(1,I)+H(7)*T(2,I)+H(8)*T(3,I)
C
        DO 1100 I=1,3
        H3(1,I)=H(9)*YRA(I)
        H3(1,I+3)=H(10)*YRA(I)
        H3(1,I+6)=H(11)*YRA(I)
        H3(2,I)=H(12)*YRA(I)
        H3(2,I+3)=H(13)*YRA(I)
  1100 H3(2,I+6)=H(14)*YRA(I)
        CALL GMPRD(H3,H6,H23,2,9,3)
C
```

154

```
        DO 1120 I=1,2
        DO 1120 J=1,3
 1120 HM(I,J)=H23(I,J)
C
        DO 1150 I=1,2
        DO 1150 J=4,10
 1150 HM(I,J)=0.
C
C---- COMPUTE ESTIMATET MEASUREMENT DEVIATION : YDD = HM * XDH
C
        GOTO (1200,1300,1400),IZ
C
 1200 DO 1250 I=1,2
        YDD(I)=0.
        DO 1250 J=1,3
 1250 YDD(I)=YDD(I)+HM(I,J)*XDH(J)
C
        GOTO 1500
 1300 HM(1,7)=YRS(2)*YRS(3)*CX2
        HM(1,8)=-YRS(2)*YRS(2)*CX2-1.
        HM(2,7)=YRS(3)*YRS(3)*CX2+1.
        HM(2,8)=-HM(1,7)
        DO 1350 I=1,2
        YDD(I)=0.
C
        DO 1350 J=7,8
 1350 YDD(I)=YDD(I)+HM(I,J)*XDH(J)
C
        DO 1370 I=1,2
        DO 1370 J=1,3
 1370 YDD(I)=YDD(I)+HM(I,J)*XDH(J)
C
        GOTO 1500
 1400 HM(1,9)=YRS(2)*YRS(3)*CX2
        HM(1,10)=-YRS(2)*YRS(2)*CX2-1.
        HM(2,9)=YRS(3)*YRS(3)*CX2+1.
        HM(2,10)=-HM(1,9)
C
        DO 1450 I=1,2
        YDD(I)=0.
        DO 1450 J=9,10
 1450 YDD(I)=YDD(I)+HM(I,J)*XDH(J)
C
        DO 1470 I=1,2
        DO 1470 J=1,3
 1470 YDD(I)=YDD(I)+HM(I,J)*XDH(J)
C
 1500 CONTINUE
        IF((NZ.GT.3).AND.ND(IZ).NE.0) GOTO 1600
C
C**** COMPUTATION OF THE SUBOPTIMAL GAIN MATRIX (REF. SECT. 4.6.4.5) ***
C
        CALL GAINMA
```

155

```
 1600 CONTINUE
C
C**** STATE DEVIATION VECTOR UPDATE (REF. SECT. 4.6.4.6) **************
C
      DO 1700 I=1,10
      DO 1700 J=1,2
 1700 XD(I)=XD(I)+KA(IZ,I,J)*(YD(J)-YDD(J))
C
      IF(ITEST(7).NE.0)WRITE(6,TEST7)
C
 2000 CONTINUE
C
      RETURN
      END
C
      SUBROUTINE GAINMA
C
      REAL KA
C
      COMMON/COGAIN/TGAIN1(2),TGAIN2(2),TGAIN3(2),C1(3,10,2),C2(3,10,2),
     1              JSST,HOEQU1,HOEQU2,HOEQU3,HOEDR1,HOEDR2,
     2              HOEDR3,AHYPV(3,10,2),AHYPN(3,10,2),BHYPV(3,10,2),
     3              BHYPN(3,10,2),CHYPV(3,10,2),CHYPN(3,10,2),
     4              TMAXMA(3,10,2)
      COMMON/KALMAN/DUMMY1(18),NTR,DUMMY2(34),IZ,DUMMY3(177),KA(3,10,2),
     1              DUMMY4(9),FAC,FAC1,FAC2,PMAX,DUMMY5
      COMMON/COG1/G(500,10,6),JSUBOP
      COMMON/COG2/IG
C
C********** STATIONARY GAINS
C
      IG1=IG
      IF(IG.GT.KEND)IG1=KEND
C********** DECISION FOR THE SORT OF GAINS  ***************************
C
C---- JSUBOP=0 : OPTIMAL GAINS
      IF(JSUBOP.EQ.0) GO TO 1000
C
C---- JSUBOP=1 : STAIRCASE GAINS (IN CASE OF RATE LIMITATION)
      IF(JSUBOP.EQ.1) GO TO 2000
C
C---- JSUBOP=2 : PARABOLIC GAINS (CASE WITHOUT RATE LIMITATION)
      IF(JSUBOP.EQ.2) GO TO 3000
C
C---- JSUBOP=3 : HYPERBOLIC GAINS (IN CASE OF RATE LIMITATION)
      IF(JSUBOP.EQ.3) GO TO 4000
C
C******** CALCULATION OF OPTIMAL GAINS  ********************
C
 1000 CONTINUE
C
      DO 1200 I=1,10
      DO 1200 J=1,2
```

156

```
C
      J1=2*(IZ-1)+J
      KA(IZ,I,J)=G(IG,I,J1)
C
 1200 CONTINUE
C
      GO TO 6000
C
C************* CALCULATION OF STAIRCASE GAINS    ********************
C
C---- COMPUTATION OF THE GAINS FROM THE PARAMETERMATRIX C1 -------------
C
 2000 T=IG
      DO 2020 K=1,2
      KA(IZ,J,K)=C1(IZ,J,K)
C
 2020 CONTINUE
C
C---- GAIN REDUCTION FOR THE QUATERNIONS -----------------------------
C
      DO 2500 J=1,3
C
      IF(T.LT.TGAIN1(1)) GO TO 2100
      IF(T.LT.TGAIN2(1)) GO TO 2200
      IF(T.LT.TGAIN3(1)) GO TO 2300
      GO TO 2500
C
C---- 0 < T < TGAIN1(1) -----------------------
 2100 DO 2110 K=1,2
 2110 KA(IZ,J,K)=HOEQU1*KA(IZ,J,K)
      GO TO 2500
C
C---- TGAIN1(1) < T < TGAIN2(1) ---------------
 2200 DO 2210 K=1,2
C---- SPRUNG
 2210 KA(IZ,J,K)=HOEQU2*KA(IZ,J,K)
      GO TO 2500
C
C---- TGAIN2(1) < T < TGAIN3(1) ---------------
 2300 DO 2310 K=1,2
 2310 KA(IZ,J,K)=HOEQU3*KA(IZ,J,K)
C
 2500 CONTINUE
C
C---- GAIN REDUCTION FOR DRIFTS ------------------------------------
C
      DO 2800 J=4,6
C
      IF(T.LT.TGAIN1(1))  GO TO 2550
      IF(T.LT.TGAIN2(1))  GO TO 2600
      IF(T.LT.TGAIN3(1))  GO TO 2700
      GO TO 2800
C
```

```
C---- 0 < T < TGAIN1(1)
 2550 DO 2560 K=1,2
 2560 KA(IZ,J,K)=HOEDR1*KA(IZ,J,K)
      GO TO 2800
C
C---- TGAIN1(1) < T < TGAIN2(1)
 2600 DO 2610 K=1,2
C---- SPRUNG
 2610 KA(IZ,J,K)=HOEDR2*KA(IZ,J,K)
      GO TO 2800
C
C---- TGAIN2(1) < T < TGAIN3(1)
 2700 DO 2710 K=1,2
 2710 KA(IZ,J,K)=HOEDR3*KA(IZ,J,K)
C
 2800 CONTINUE
      GO TO 6000
C
C**********************************************************************
C
C     CALCULATION OF THE PARABOLIC GAINS (NORMAL CASE)
C
C**********************************************************************
C
 3000 DO 3900 J=1,10
C
      T=IG
C
C---- QUATERNIONS (J=1,2,3) -------------------------------------------
      IF(J.GT.3)GOTO 3100
      IF(T.LT.TGAIN1(1))   T=TGAIN1(1)
      IF(T.GT.TGAIN2(1))   T=TGAIN3(1)
      GO TO 3500
C
C---- DRIFTS (J=4,5,6) ------------------------------------------------
 3100 IF(J.GT.6.) GO TO 3200
      IF(T.LT.(TGAIN1(2)))   T=TGAIN1(2)
      IF(T.GT.(TGAIN2(2)))   T=TGAIN3(2)
      GO TO 3500
C
C---- MISALIGNEMENTS (J=7,8,9,10) -------------------------------------
 3200 IF(T.LT.TGAIN1(2))T=TGAIN1(2)
      IF(T.GT.TGAIN2(2))T=TGAIN3(2)
C
 3500 CONTINUE
C
C---- COMPUTATION OF THE GAINS FROM THE PARAMETERMATRICES C1,C2 --------
C
      DO 3900 K=1,2
      KA(IZ,J,K)=C1(IZ,J,K)*T**C2(IZ,J,K)
C
 3900 CONTINUE
C
```

158

```
      GO TO 6000
C
C****************************************************************
C
C     COMPUTATION OF THE HYPERBOLIC GAINS  (IN CASE OF RATE LIMITATION)
C
C****************************************************************
C
 4000 T=IG
C
      DO 4900 J=1,10
      DO 4900 K=1,2
      JG1=TMAXMA(IZ,J,K)
      IF(IG.GT.JG1) GO TO 4500
C
C---- COMPUTATION OF THE GAINS FOR T <= TMAX
C
      KA(IZ,J,K)=AHYPV(IZ,J,K)/(T+BHYPV(IZ,J,K))+CHYPV(IZ,J,K)
      GO TO 4900
C
C---- COMPUTATION OF THE GAINS FOR T > TMAX
C
 4500 KA(IZ,J,K)=AHYPN(IZ,J,K)/(T+BHYPN(IZ,J,K))+CHYPN(IZ,J,K)
C
 4900 CONTINUE
 6000 CONTINUE
C
C---- REDEFINITION OF MISALIGNEMENT GAINS ----------------------------
C
      DO 6090 J=7,8
      DO 6090 K=1,2
 6090 KA(IZ,J,K)=FAC1*KA(IZ,J,K)
C
      DO 6095 J=9,10
      DO 6095 K=1,2
 6095 KA(IZ,J,K)=FAC2*KA(IZ,J,K)
C
C****************************************************************
C     REDEFINITION OF KA FOR SOLAR POINTING
C****************************************************************
C
      IF(IZ.EQ.1.OR.JSST.EQ.2) GO TO 6100
      KA(IZ,2,1)=0.
      KA(IZ,2,2)=0.
      KA(IZ,3,1)=0.
      KA(IZ,3,2)=0.
      KA(IZ,5,1)=0.
      KA(IZ,5,2)=0.
      KA(IZ,6,1)=0.
      KA(IZ,6,2)=0.
 6100 CONTINUE
C
      RETURN
```

159

```
C
      END
C
C
C
C
C
```

IPS LKF Input Data

IPSE.DAT
```
.5E-5 .5E-5 .5E-5
.5E-5 .5E-5 .5E-5 .5E-5 .5E-5 .5E-5
2
0. 1 0. 0. 0.
100. 2 0. 0. 0.
1.45E-5 1.45E-5 1.45E-5
.007 .005 .005 1.E-7 1.E-7 1.E-7 4.85E-6 4.85E-6 4.85E-6 4.85E-6 4.85E-6 4.85E-6
1.212E-6 1.212E-6 1.212E-6 1.E-9 1.E-9 1.E-9
```

ASTP.DAT
```
&NFILT
LATTUP=T, P_I=-1500., 900., 900., NTR=-2, JSUBOP=3
MODE(1)=1,      BJAS(1,1)=0.0,      SIGMAN(1,1)=.75,     YS(1,1)=0.,
                BJAS(1,2)=0.0,      SIGMAN(1,2)=.75,     YS(1,2)=0.,
MODE(2)=1,      BJAS(2,1)=0.0,      SIGMAN(2,1)=1.0,     YS(2,1)=0.,
                BJAS(2,2)=0.0,      SIGMAN(2,2)=0.0,     YS(2,2)=0.,
MODE(3)=0,      BJAS(3,1)=0.0,      SIGMAN(3,1)=1.0,     YS(3,1)=0.,
                BJAS(3,2)=0.0,      SIGMAN(3,2)=1.0,     YS(3,2)=0.,
MODE(4)=0,      BJAS(4,1)=0.0,      SIGMAN(4,1)=.75,     YS(4,1)=0.,
                BJAS(4,2)=0.0,      SIGMAN(4,2)=.75,     YS(4,2)=0.,
MODE(5)=0,      BJAS(5,1)=0.0,      SIGMAN(5,1)=1.,      YS(5,1)=0.,
                BJAS(5,2)=0.0,      SIGMAN(5,2)=1.,      YS(5,2)=0.,
MODE(6)=0,      BJAS(6,1)=0.0,      SIGMAN(6,1)=1.,      YS(6,1)=0.,
                BJAS(6,2)=0.0,      SIGMAN(6,2)=1.,      YS(6,2)=0.,
ITEST=0,0,0,0,0,0,0,0,0,0, LTHDIS=T, ALPHO=12.0, BETA=-45,
FAC=1.,  JREAD=16,  JSST=2,
DEPHIX=0.0, 0.0,   DEPHIY=0.0,0.0,   DEPHIZ=0.0,0.0,
DRTHX= 2*0.,   DRTHY= 2*0.,   DRTHZ= 0., 0.,
TSETTL=60.0,  EFLCH1=2000.0,  EFLCH2=90.0,
LFHST=1, ALP11=7.36, ALP12=127.158, ALP2=0.21875, FDTTR=2.38, WEFF=25.,
FOVR=72.5,
FOVDY=0.0, FOVDZ=0.0, DSUN=1920.0, DNEGST=200.0, DSCAN=36.75, RNTNS=0.3,
&END
```

**APPENDIX E**

**Extended Kalman Filter Listing and Data**

PRECEDING PAGE BLANK NOT FILMED

## IPS EKF Batch Command File

TREEBE.COM

```
$ JOB
$ SET DEF [ROBINSON.TREETOPS]
$    ASSIGN/NOLOG IPSREV7.INT FOR001
$    ASSIGN/NOLOG IPSREV7.OUT FOR009
$    ASSIGN/NOLOG IPSREV7.RES FOR003
$    ASSIGN/NOLOG IPSREV7.MAT FOR004
$    ASSIGN/NOLOG IPSREV7.LOG FOR006
$    ASSIGN/NOLOG IPSREV7.MDK FOR019
$    ASSIGN/NOLOG IPSREV7.FLX FOR011
$    ASSIGN/NOLOG IPSREV7.FLN FOR013
$    ASSIGN/NOLOG IPSREV7.AUX FOR039
$    ASSIGN/NOLOG IPSREV7.XRF FOR012
$    ASSIGN/NOLOG TCATEMP.DAT  FOR025
$    ASS ASTP FOR015
$    ASS MSUBCO FOR016
$    ASS IPSE   FOR017
$    ASS PLOTE  FOR018
$    ASS/NOLOG DEFAULT.DFF FOR085
$    RUN [ROBINSON.TREETOPS.FILES]ECON.EXE
$    DEASSIGN FOR001
$    DEASSIGN FOR009
$    DEASSIGN FOR003
$    DEASSIGN FOR004
$    DEASSIGN FOR006
$    DEASSIGN FOR019
$    DEASSIGN FOR011
$    DEASSIGN FOR013
$    DEASSIGN FOR039
$    DEASSIGN FOR012
$    DEASSIGN FOR025
$    DEASSIGN FOR085
$    RENAME TCATEMP.DAT IPSREV7.MAT
$    DIR/DATE/SIZE IPSREV7.OUT
$ COPY IPSREV7.OUT IPSREV7.PLT
```

IPS EKF Subroutine

## ADFE.FOR

```
      SUBROUTINE LADF
C
      REAL KA
      LOGICAL LTHDIS,LSTMES
      DIMENSION TDS2S1(3,3),TDS3S1(3,3),XI(3),QMS(4),PH4(3)
      DIMENSION A(4,4),QMS2(4),H4(9,3),AZ(4,4),CMS(4),XD1(3),PH1(4,3)
      DIMENSION A3(3,3),XD6(6),XD3(3),XDH(10)
CCC   DIMENSION A3(3,3),XD6(6),XD7(3),XD3(3),XDH(10),XDHO(10)
CCC  1,XDH6(6),XDH1(3)
C
C------------------------------------------------------
C
C NEW ARRAYS ADDED FOR USE BY DELAYS ADDED BY ADAMS & WEST
C
CCC   DIMENSION QD11(4),QD12(4),D11(3),D12(3)
CCC   DATA QD11,D11/ 4*0.0,  3*0.0 /
CCC   DIMENSION QD(4),D(3)
CCC   DATA QD,XD1,XD3,XDHO,XDH/30*0.0/
C
C------------------------------------------------------
C
       COMMON /OBS/ HT(6,10),PH(3,6)
       COMMON /ADF/ D(3),QD(4),QM(4),QO(4),CM(4),Q(4)
CCCC  COMMON /FILTER/ DI(3),QDI(4),QM(4),QO(4),CM(4),Q(4)
      COMMON /KALMAN/ ND(6),NF(6,2),NTR,AM(4,4),QOA(4),QMA(4),NZ,
     *TM(3,3),IZ,TS2S1(3,3),TS3S1(3,3),YD(2),H6(9,3),XD(10),
     * CS(3,10,2),C(3,10,2),KA(3,10,2),PHI(3,3),FAC,FAC1,FAC2,PMAX,
     * LTHDIS
      COMMON /TEST/ ITEST(10)
      COMMON/COSUB/YMSA(6,2),TOS2S1(3,3),TOS3S1(3,3)
C
      DATA TDS2S1,TDS3S1 /18*0./,LSTMES/.FALSE./
      NAMELIST/TEST8/NTR,XD,AM,D,PHI,CM,QD,QO,QM,QOA,QMA
C
C     REINITIALIZATION OF THE STATE DEVIATION VECTOR AT THE BEGINNING OF
C     EACH FILTER INTERVAL (INPUT FOR SUBOPT FOR THE FIRST STAR),
C     BECAUSE THE FILTER EQUATIONS ARE PROGRAMMED FOR THE STATE VECTOR
C     UPDATES, NOT FOR THE STATE VECTOR ITSELF
C
C
C------------------------------------------------------------
C
C    INITIALIZATION ADDED BY ADAMS & WEST
C
      DO 10 I=1,4
      QOA(I) = QO(I)
      QMA(I) = Q(I)
 10   CONTINUE
      CALL SSTM(CM(2),CM(3),CM(4),CM(1),AM)
C     CALL MAVE(AM,QD,QDI,4)
```

```
C     DO 15 I=1,3
C15   DI(I)=D(I)
C----------------------------------------------------------------
C
      DO 50 I=1,10
   50 XD(I)=0.
C
C
C     MODIFICATION OF THE SUBSTATE TRANSITION MATRIX (REF.SECT.4.6.1)
C
   70 CQ=1./QOA(4)
      DO 100 I=1,3
      XI(I)=QOA(I)*CQ
      DO 100 J=1,4
  100 PH1(J,I)=AM(J,I)-AM(J,4)*XI(I)
C     PRINT 150
C 150 FORMAT(' PH1')
C     PRINT 155,((PH1(J,I),J=1,4),I=1,3)
C 155 FORMAT(4G20.6)
      DO 200 I=1,3
  200 PH4(I)=PH1(4,I)
C     PRINT 220
C 220 FORMAT(' PH4')
C     PRINT 155,(PH4(I),I=1,3)
C
C     COMPUTATION OF THE STATE TRANSITION MATRIX (REF. SECT.4.6.1 C)
C
      CP=-.5
      DO 300 I=1,3
      PH(I,I+3)=QMA(4)*CP
      DO 300 J=1,3
  300 PH(I,J)=PH1(I,J)
      PH(3,5)=QMA(1)*CP
      PH(1,6)=QMA(2)*CP
      PH(2,4)=QMA(3)*CP
      PH(1,5)=-PH(2,4)
      PH(2,6)=-PH(3,5)
      PH(3,4)=-PH(1,6)
C     PRINT 350
C 350 FORMAT(' PH')
C     NORMALIZATION OF MEAN QUATERNION VECTORS (REF. SECT.4.6.1 D)
C
      CP=0.
      DO 400 I=1,4
  400 CP=CP+QMA(I)*QMA(I)
      CP=1./SQRT(CP)
      DO 500 I=1,4
  500 QMS(I)=QMA(I)*CP
C
C     COMPUTATION OF THE DIRECTION COSINE MATRIX FROM THE IPS INERTIAL
C     REFERENCE SYSTEM TO THE IPS PLATFORM SYSYTEM RESULTING FROM THE
C     MEAN QUATERNION VECTOR OF THE PREVIOUS FILTER INTERVAL
C     (REF. SECT. 4.6.1 E)
```

166

```
C
      DO 600 I=1,4
      DO 600 J=1,4
  600 A(I,J)=QMS(I)*QMS(J)
      DO 700 I=1,3
  700 TM(I,I)=2.*(A(4,4)+A(I,I))-1.
      TM(1,2)=2.*(A(1,2)+A(3,4))
      TM(1,3)=2.*(A(3,1)-A(2,4))
      TM(2,1)=2.*(A(2,1)-A(3,4))
      TM(2,3)=2.*(A(2,3)+A(1,4))
      TM(3,1)=2.*(A(1,3)+A(2,4))
      TM(3,2)=2.*(A(2,3)-A(1,4))
C
C     COMPUTATION OF THE FHST INDEPENDENT PART OF THE
C     OBSERVATION MATRIX (REF. SECT. 4.6.2)
C
      CP=2./QMS(4)
      DO 800 I=1,3
      DO 800 J=1,3
  800 A(I,J)=A(I,J)*CP
      DO 900 I=1,4
  900 QMS2(I)=QMS(I)*2.
      H4(1,1)=0.
      H4(1,2)=-QMS(2)*4.
      H4(1,3)=-QMS(3)*4.
      H4(2,1)=QMS2(2)-A(1,3)
      H4(2,2)=QMS2(1)-A(2,3)
      H4(2,3)=QMS2(4)-A(3,3)
      H4(3,1)=QMS2(3)+A(1,2)
      H4(3,2)=-QMS2(4)+A(2,2)
      H4(3,3)=QMS2(1)+A(2,3)
      H4(4,1)=QMS2(2)+A(1,3)
      H4(4,2)=QMS2(1)+A(2,3)
      H4(4,3)=-QMS2(4)+A(3,3)
      H4(5,1)=-4.*QMS(1)
      H4(5,2)=0.
      H4(5,3)=-4.*QMS(3)
      H4(6,1)=QMS2(4)-A(1,1)
      H4(6,2)=QMS2(3)-A(1,2)
      H4(6,3)=QMS2(2)-A(1,3)
      H4(7,1)=QMS2(3)-A(1,2)
      H4(7,2)=QMS2(4)-A(2,2)
      H4(7,3)=QMS2(1)-A(2,3)
      H4(8,1)=-QMS2(4)+A(1,1)
      H4(8,2)=QMS2(3)+A(1,2)
      H4(8,3)=QMS2(2)+A(1,3)
      H4(9,1)=-4.*QMS(1)
      H4(9,2)=-4.*QMS(2)
      H4(9,3)=0.
      DO 1000 I=1,4
 1000 AZ(1,I)=QOA(I)
      AZ(2,1)=QOA(4)
      AZ(2,2)=QOA(3)
```

167

```
       AZ(2,3)=-QOA(2)
       AZ(2,4)=-QOA(1)
       AZ(3,1)=-QOA(3)
       AZ(3,2)=QOA(4)
       AZ(3,3)=QOA(1)
       AZ(3,4)=-QOA(2)
       AZ(4,1)=QOA(2)
       AZ(4,2)=-QOA(1)
       AZ(4,3)=QOA(4)
       AZ(4,4)=-QOA(3)
       CALL GMPRD(AZ,QMS,CMS,4,4,1)
       CALL SSTM(CMS(2),CMS(3),CMS(4),CMS(1),A)
       DO 1100 I=1,3
       DO 1100 J=1,3
 1100 A3(I,J)=A(I,J)-A(I,4)*XI(J)
       CALL GMPRD(H4,A3,H6,9,3,3)
C
C      DEFINITION OF THE CORRECTION FACTOR FOR THE ESTIMATION
C      OF THE FHST THERMAL DISTORTIONS
C
       IF(LTHDIS)GOTO 1170
       FAC1=0.
       FAC2=0.
 1170 IF((ND(2)+ND(5)).EQ.0)FAC1=0.
       IF((ND(3)+ND(6)).EQ.0)FAC2=0.
C
C      REFRESHING OF THE SKEWED/BORESIGHTED FHST DCM'S (REF. SECT. 4.6.3)
C
       DO 1200 I=1,3
       TDS2S1(I,I)=1.
 1200 TDS3S1(I,I)=1.
       TDS2S1(1,2)=PHI(2,3)
       TDS2S1(3,1)=PHI(2,2)
       TDS2S1(1,3)=-PHI(2,2)
       TDS2S1(2,1)=-PHI(2,3)
       TDS3S1(1,2)=PHI(3,3)
       TDS3S1(3,1)=PHI(3,2)
       TDS3S1(1,3)=-PHI(3,2)
       TDS3S1(2,1)=-PHI(3,3)
       CALL GMPRD(TDS2S1,T0S2S1,TS2S1,3,3,3)
       CALL GMPRD(TDS3S1,T0S3S1,TS3S1,3,3,3)
C
C      SUBOPTIMAL FILTER, LOOP FOR THE SIX STARS (REF. SECT. 4.6.4)
C
       NTR=NTR+1
       NZ=0
C
       CALL OBST
 1300 CONTINUE
C
       NZ=NZ+1
       IZ=NZ
       IF(NZ.GT.3) IZ=NZ-3
```

```
            DO 1400 I=1,2
  1400 NF(NZ,I)=ND(NZ)
            IF(ND(NZ).NE.1) GO TO 1405
            CALL SUBOPT(XDH,XDHO,LSTMES)
  1405 CONTINUE
C     PRINT 1410
C1410 FORMAT(' XD')
C     PRINT 1420,(XD(I),I=1,10)
C1420 FORMAT(10G12.4)
C
            IF(NZ.NE.6) GOTO 1300
C
C---- UPDATE IS NOT DONE IN THE FIRST FILTER STEP , BECAUSE STAR POSI-
C     TION MEASUREMENT DATA ARE NOT YET AVAILABLE ---------------------
C
            IF (.NOT.LSTMES) GOTO 2000
C
C     PREDICTION AND PREPARATION OF FILTER UPDATE DATA (REF. SECT.4.6.5)
C
            DO 1450 I=1,6
C     XDH6(I)=XDH(I)
  1450 XD6(I)=XD(I)
            CALL GMPRD(PH,XD6,XD1,3,6,1)
C     CALL GMPRD(PH,XDH6,XDH1,3,6,1)
            DO 1500 I=1,3
C     XDH(I)=XDH1(I)
            XD(I)=XD1(I)
            XD3(I)=XD6(I)
  1500 QD(I)=XD1(I)
            DO 49 I=1,10
C     XDHO(I)=XDH(I)
  49   XDH(I)=XD(I)
C     PRINT 1520
C1520 FORMAT(' XD3')
C     PRINT 155,(XD3(I),I=1,3)
            CALL GMPRD(PH4,XD3,QD(4),1,3,1)
C     PRINT 1530
C1530 FORMAT(' QD=')
C     PRINT 155,(QD(I),I=1,4)
            DO 1600 I=1,3
  1600 D(I)=D(I)+XD(I+3)
C
            DO 1700 I=2,3
            PHI(2,I)=PHI(2,I)+XD(I+5)
  1700 PHI(3,I)=PHI(3,I)+XD(I+7)
            DO 1701 I=2,3
            IF((ABS(PHI(2,I))).GT.PMAX) PHI(2,I)=PMAX*ABS(PHI(2,I))/PHI(2,I)
  1701 IF((ABS(PHI(3,I))).GT.PMAX) PHI(3,I)=PMAX*ABS(PHI(3,I))/PHI(3,I)
C
            IF(ITEST(8).EQ.0.AND.(D(1).LT..1.AND.D(2).LT..1.AND.D(3).LT..1.
     *  AND.QD(1).LT..1.AND.QD(2).LT..1.AND.QD(3).LT..1)) GOTO 2000
            WRITE(6,TEST8)
  2000 CONTINUE
```

169

```
C
      LSTMES = .TRUE.
C
      IF(ITEST(10).EQ.1) ITEST(9)=1
      RETURN
      END
      SUBROUTINE SUBOPT(XDH,XDHO,LSTMES)
C
      LOGICAL LTHDIS,LSTMES
      REAL KA
      DIMENSION HM(2,10),YDD(2),H23(2,3),XDH(10),XDHO(10)
C
      COMMON /OBS/ HT(6,10),PH(3,6)
      COMMON/TRANS/TA_P_I(3,3),TD_P_I(3,3),DUMMY1(27)
      COMMON/KALMAN/ND(6),NF(6,2),NTR,AM(4,4),QOA(4),QMA(4),NZ,TM(3,3),
     *IZ,TS2S1(3,3),TS3S1(3,3),YD(2),H6(9,3),XD(10),CS(3,10,2),C(3,10,2)
     *,KA(3,10,2),PHI(3,3),FAC,FAC1,FAC2,PMAX,LTHDIS
      COMMON/CFHST/YRO(6,3),YMS(6,2),DUMMY(43)
      COMMON/TEST/ITEST(10)
      COMMON/COSUB/YMSA(6,2),TOS2S1(3,3),TOS3S1(3,3)
      COMMON/CSUBOP/TSETTL,EFLCH1,EFLCH2
      COMMON/COG2/YDA(2,6),IG
C
      NAMELIST/TEST7/NTR,NZ,YRN,YD,YDD,XD
C*********************************************************************
C     FHST DATA PROCESSING (REF. SECT. 4.6.4.4)
C*********************************************************************
C     YRO        THE COLUMNS OF YRO ARE THE STAR DIRECTION VECTORS
C                IN THE IPS INERTIAL REFERENCE SYSTEM
C                YRO IS COMPUTED IN 'FHST'
C     TM         DCM FROM THE I- TO THE P-SYSTEM BASED ON THE GYRO DATA
C                TM IS COMPUTED IN 'KAFILT'
C     TS2S1,TS3S1 TRANSFORMATION MATRICES FROM THE BORESIGHTED SENSOR
C                 SYSTEM (S1) TO THE SKEWED SENSOR SYSTEM (S2,S3)
C                 AS USED IN THE ADF, BASED ON THE ESTIMATED OF THE
C                 MISALIGNMENTS
      IF (.NOT.LSTMES) GO TO 2000
C
C     DO 1120 J=1,3
C     HM(1,J)=HT(IZ*2-1,J)
C1120 HM(2,J)=HT(IZ*2,J)
CC
C     DO 1150 I=1,2
C     DO 1150 J=4,10
C1150 HM(I,J)=0.
CC
C----CCOMPUTE ESTIMATET MEASUREMENT DEVIATION : YDD = HM * XDH
CC
C     GOTO (1200,1300,1400),IZ
CC
C1200 DO 1250 I=1,2
C     YDD(I)=0.
C     DO 1250 J=1,3
```

170

```
C1250 YDD(I)=YDD(I)+HM(I,J)*XDH(J)
CC
C     GOTO 1500
C1300 HM(1,7)=HT(3,7)
C     HM(1,8)=HT(3,8)
C     HM(2,7)=HT(4,7)
C     HM(2,8)=HT(4,8)
C     DO 1350 I=1,2
C     YDD(I)=0.
CC
C     DO 1350 J=7,8
C1350 YDD(I)=YDD(I)+HM(I,J)*XDH(J)
CC
C     DO 1370 I=1,2
C     DO 1370 J=1,3
C1370 YDD(I)=YDD(I)+HM(I,J)*XDH(J)
CC
C     GOTO 1500
C1400 HM(1,9)=HT(5,9)
C     HM(1,10)=HT(5,10)
C     HM(2,9)=HT(6,9)
C     HM(2,10)=HT(6,10)
CC
C     DO 1450 I=1,2
C     YDD(I)=0.
C     DO 1450 J=9,10
C1450 YDD(I)=YDD(I)+HM(I,J)*XDH(J)
CC
C     DO 1470 I=1,2
C     DO 1470 J=1,3
C1470 YDD(I)=YDD(I)+HM(I,J)*XDH(J)
CC
C1500 CONTINUE
      IF((NZ.GT.3).AND.ND(IZ).NE.0) GOTO 1600
C
C**** COMPUTATION OF THE SUBOPTIMAL GAIN MATRIX (REF. SECT. 4.6.4.5) ***
C
      CALL GAINMA
 1600 CONTINUE
C
C**** STATE DEVIATION VECTOR UPDATE (REF. SECT. 4.6.4.6) **************
C
      DO 1700 I=1,10
      DO 1700 J=1,2
 1700 XD(I)=XD(I)+KA(IZ,I,J)*YDA(J,IZ)
C1700 XD(I)=XD(I)+KA(IZ,I,J)*(YD(J)-YDD(J))
C
      IF(ITEST(7).NE.0)WRITE(6,TEST7)
C
 2000 CONTINUE
C
      RETURN
      END
```

171

```
C



GAINMA.FOR
        SUBROUTINE GAINMA
        REAL KA
        COMMON /OBS/ TH(6,10),PH(3,6)
        COMMON /CFHST/ YRO(6,3),YMS(6,2),DUMMY(43)
        COMMON/KALMAN/IYO(6),NF(6,2),NTR,AM(4,4),QOA(4),QMA(4),NZ,TM(3,3),
       *IZ,TS2S1(3,3),TS3S1(3,3),YD(2),H6(9,3),XD(10),CS(3,10,2),C(3,10,2)
       *,KA(3,10,2),DUM(3,3),FAC,FAC1,FAC2,PMAX,LTHDIS
        DIMENSION PO(6),RNI(6),QNI(6)
       1,DUM1(100),HPHTRO(6,6),IYO(6)
        DIMENSION P(6,6),QN(6,6),RN(6,6),H(6,6),HT(6,6),PHT(6,6),HPHT(6,6)
       *,HPHTR(6,6),HPHTRI(6,6),G(6,6),PHI(6,6),GH(6,6),IGH(6,6),PP(6,6)
       *,PHIT(6,6),PPPT(6,6),ID(6,6)
        REAL ID,IGH
C
        IF(INIT.GT.0)GO TO 5
        READ(17,*) PO,RNI,QNI
C       WRITE(2,*) PO,RNI,QNI
        DO 15 I=1,3
        DO 15 J=1,10
        DO 15 K=1,2
  15    KA(I,J,K)=0.0
        DO 16 I=1,6
        DO 16 J=1,6
        PHI(I,J)=0.0
  16    PHI(I,I)=1.0
        DO 10 I=1,6
        ID(I,I)=1.0
        QN(I,I)=QNI(I)
        P(I,I)=PO(I)
  10    CONTINUE
        DO 20 I=1,6
        RN(I,I)=RNI(I)
  20    CONTINUE
C       WRITE(10) T,Q,X,YMS
        INIT=1
   5    CONTINUE
        IF(NZ.GT.1.AND.IYO(1).EQ.1) GO TO 999
        IF(NZ.GT.2.AND.IYO(1).EQ.0) GO TO 999
        DO 17 I=1,6
        DO 17 J=1,6
  17    H(I,J)=TH(I,J)
        DO 30 I=1,3
        DO 30 J=1,6
        PHI(I,J)=PH(I,J)
  30    CONTINUE
```

172

```
      DO 24 J=0,2
      IF(IYO(J+1).EQ.1) GOTO 24
      DO 26 I=1,2
 26   RN(I+J*2,I+J*2)=99999.
 24   CONTINUE
C
C
C     ERROR COVARIANCE EXTRAPOLATION
C
C     P+ = P-
      CALL MULMAT(PHI,P,PP,6,6,6)
      CALL TRMAT(PHI,PHIT,6,6)
      CALL MULMAT(PP,PHIT,PPPT,6,6,6)
      CALL ADDMAT(PPPT,QN,P,6,6)
C
C     END COVARIANCE EXTRAPOLATION
C
C     GAIN MATRIX GENERATION
C
      CALL TRMAT(H,HT,6,6)
      CALL MULMAT(P,HT,PHT,6,6,6)
      CALL MULMAT(H,PHT,HPHT,6,6,6)
      CALL ADDMAT(HPHT,RN,HPHTR,6,6)
      DO 31 J=1,6
      DO 31 K=1,6
      HPHTRO(J,K)=HPHTR(J,K)
 31   CONTINUE
      IZERO=0
      CALL MATINV(HPHTRO,HPHTRI,6,6,IER)
      CALL MULMAT(PHT,HPHTRI,G,6,6,6)
C
C      END GAIN GENERATION
C
C
C     ERROR COVARIANCE UPDATE
C
      CALL MULMAT(G,H,GH,6,6,6)
      DO 32 L=1,6
      DO 32 K=1,6
      GH(L,K)=-GH(L,K)
 32   CONTINUE
      CALL ADDMAT(ID,GH,IGH,6,6)
      CALL MULMAT(IGH,P,P,6,6,6)
C
C     END COVARIANCE UPDATE
C
      DO 998 JZ=0,2
      DO 998 I=1,6
      DO 998 J=1,2
998   KA(JZ+1,I,J)=G(I,J+JZ*2)
999   CONTINUE
      RETURN
      END
```

OBSTE.FOR

```
      SUBROUTINE OBST
      REAL KA
      DIMENSION YRA(3),YRP(3),T(3,3),YRS(3),YRN(2),H(14),H3(2,9)
       DIMENSION H23(2,3)
C
       COMMON/OBS/ HT(6,10),PH(3,6)
       COMMON/TRANS/TA_P_I(3,3),TD_P_I(3,3),DUMMY1(27)
       COMMON/KALMAN/ND(6),NF(6,2),NTR,AM(4,4),QOA(4),QMA(4),NZ,TM(3,3),
      *IZ,TS2S1(3,3),TS3S1(3,3),YD(2),H6(9,3),XD(10),CS(3,10,2),C(3,10,2)
      *,KA(3,10,2),PHI(3,3),FAC,FAC1,FAC2,PMAX,LTHDIS
       COMMON/CFHST/YRO(6,3),YMS(6,2),DUMMY(43)
       COMMON/COFHST/ YSJ(6,3)
       COMMON/COSUB/YMSA(6,2),TOS2S1(3,3),TOS3S1(3,3)
       COMMON/COG2/YDA(2,6),IG
C
      NAMELIST/TEST7/NTR,NZ,YRN,YD,YDD,XD
C**********************************************************************
C      FHST DATA PROCESSING (REF. SECT. 4.6.4.4)
C**********************************************************************
C      YRO       THE COLUMNS OF YRO ARE THE STAR DIRECTION VECTORS
C                IN THE IPS INERTIAL REFERENCE SYSTEM
C                YRO IS COMPUTED IN 'FHST'
C      TM        DCM FROM THE I- TO THE P-SYSTEM BASED ON THE GYRO DATA
C                TM IS COMPUTED IN 'KAFILT'
C      TS2S1,TS3S1  TRANSFORMATION MATRICES FROM THE BORESIGHTED SENSOR
C                   SYSTEM (S1) TO THE SKEWED SENSOR SYSTEM (S2,S3)
C                   AS USED IN THE ADF, BASED ON THE ESTIMATED OF THE
C                   MISALIGNMENTS
      DO 999 IZ=1,3
C  .
      DO 50 I=1,3
   50 YRA(I)=YRO(IZ,I)
C
C---- YRP = STAR DIRECTION IN THE P-SYSTEM BASED ON THE GYRO DATA
C          YRP = TM * YRA
C
      CALL GMPRD(TM,YRA,YRP,3,3,1)
C
      GOTO (300,400,500),IZ
C
C---- TRANSFORMATION MATRIX FROM P TO S1 SYSTEM
C
  300 DO 350 I=1,3
      DO 350 J=1,3
  350 T(I,J)=0.
      DO 370 I=1,3
  370 T(I,I)=1.
C
      GOTO 600
C
C---- TRANSFORMATION MATRIX FROM S1 TO S2 SYSTEM
C
```

174

```
  400 DO 450 I=1,3
      DO 450 J=1,3
  450 T(I,J)=TS2S1(I,J)
C
      GOTO 600
C
C---- TRANSFORMATION MATRIX FROM S1 TO S3 SYSTEM
C
  500 DO 550 I=1,3
      DO 550 J=1,3
  550 T(I,J)=TS3S1(I,J)
C
  600 CONTINUE
C
      CALL GMPRD(T,YRP,YRS,3,3,1)
C
      CX=1./YRS(1)
      CX2=CX*CX
C
C---- YRN = NOMINAL MEASUREMENT VECTOR; THE NOMINAL P-SYSTEM IS
C                          DETERMINED FROM THE GYRO MEASUREMENTS--------
C
      DO 700 I=1,2
  700 YRN(I)=YRS(I+1)*CX
C
C************ MEASUREMENT DEVIATION VECTOR ****************************
C
CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
C
C  NEXT 2 CARDS FOR YMSA MOVED UP TO HERE BY MARK WEST
C
      YMSA(IZ,1)=YMS(IZ,1)
      YMSA(IZ,2)=YMS(IZ,2)
C
CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
C
      DO 800 I=1,2
      YD(I) = YMSA(IZ,I) - YRN(I)
  800 YDA(I,IZ)=YD(I)
C 800 YD(I) = YMSA(IZ,I)
  806 CONTINUE
C
C**** COMPUTATION OF THE OBSERVATION MATRIX (REF. SECT.4.6.4.4) *******
C
      H(1)=-YRN(1)*CX
      H(2)=-YRN(2)*CX
      H(3)=H(1)-CX*PHI(IZ,3)
      H(4)=CX+H(1)*PHI(IZ,3)
      H(5)=-H(1)*PHI(IZ,2)
      H(6)=H(2)+CX*PHI(IZ,2)
      H(7)=H(2)*PHI(IZ,3)
      H(8)=CX-H(2)*PHI(IZ,2)
      DO 1000 I=1,3
```

```
       H(I+8)=H(3)*T(1,I)+H(4)*T(2,I)+H(5)*T(3,I)
 1000 H(I+11)=H(6)*T(1,I)+H(7)*T(2,I)+H(8)*T(3,I)
C
       DO 1100 I=1,3
       H3(1,I)=H(9)*YRA(I)
       H3(1,I+3)=H(10)*YRA(I)
       H3(1,I+6)=H(11)*YRA(I)
       H3(2,I)=H(12)*YRA(I)
       H3(2,I+3)=H(13)*YRA(I)
 1100 H3(2,I+6)=H(14)*YRA(I)
       CALL GMPRD(H3,H6,H23,2,9,3)
       DO 777 J=1,3
       HT(IZ*2-1,J)=H23(1,J)
  777 HT(IZ*2,J)=H23(2,J)
       GOTO (1200,1300,1400) IZ
 1300 HT(3,7)=YRS(2)*YRS(3)*CX2
       HT(3,8)=-YRS(2)*YRS(2)*CX2-1.
       HT(4,7)=YRS(3)*YRS(3)*CX2+1.
       HT(4,8)=-HT(3,7)
       GOTO 1200
 1400 HT(5,9)=YRS(2)*YRS(3)*CX2
       HT(5,10)=-YRS(2)*YRS(2)*CX2-1.
       HT(6,9)=YRS(3)*YRS(3)*CX2+1.
       HT(6,10)=-HT(5,9)
 1200 CONTINUE
  999 CONTINUE
       RETURN
       END
```

176

IPS EKF Input Data

IPSE.DAT
```
.5E-5 .5E-5 .5E-5
.5E-5 .5E-5 .5E-5 .5E-5 .5E-5 .5E-5
2
0. 1 0. 0. 0.
100. 2 0. 0. 0.
1.45E-5 1.45E-5 1.45E-5
.007 .005 .005 1.E-7 1.E-7 1.E-7 4.85E-6 4.85E-6 4.85E-6 4.85E-6 4.85E-6 4.85E-6
1.212E-6 1.212E-6 1.212E-6 1.E-9 1.E-9 1.E-9
```

ASTP.DAT
```
&NFILT
LATTUP=T, P_I=-1500., 900., 900., NTR=-2, JSUBOP=3
MODE(1)=1,      BJAS(1,1)=0.0,      SIGMAN(1,1)=.75,      YS(1,1)=0.,
                BJAS(1,2)=0.0,      SIGMAN(1,2)=.75,      YS(1,2)=0.,
MODE(2)=1,      BJAS(2,1)=0.0,      SIGMAN(2,1)=1.0,      YS(2,1)=0.,
                BJAS(2,2)=0.0,      SIGMAN(2,2)=0.0,      YS(2,2)=0.,
MODE(3)=0,      BJAS(3,1)=0.0,      SIGMAN(3,1)=1.0,      YS(3,1)=0.,
                BJAS(3,2)=0.0,      SIGMAN(3,2)=1.0,      YS(3,2)=0.,
MODE(4)=0,      BJAS(4,1)=0.0,      SIGMAN(4,1)=.75,      YS(4,1)=0.,
                BJAS(4,2)=0.0,      SIGMAN(4,2)=.75,      YS(4,2)=0.,
MODE(5)=0,      BJAS(5,1)=0.0,      SIGMAN(5,1)=1.,       YS(5,1)=0.,
                BJAS(5,2)=0.0,      SIGMAN(5,2)=1.,       YS(5,2)=0.,
MODE(6)=0,      BJAS(6,1)=0.0,      SIGMAN(6,1)=1.,       YS(6,1)=0.,
                BJAS(6,2)=0.0,      SIGMAN(6,2)=1.,       YS(6,2)=0.,
ITEST=0,0,0,0,0,0,0,0,0,0, LTHDIS=T, ALPHO=12.0, BETA=-45,
FAC=1., JREAD=16, JSST=2,
DEPHIX=0.0, 0.0,   DEPHIY=0.0,0.0,   DEPHIZ=0.0,0.0,
DRTHX= 2*0.,   DRTHY= 2*0.,   DRTHZ= 0., 0.,
TSETTL=60.0, EFLCH1=2000.0, EFLCH2=90.0,
LFHST=1, ALP11=7.36, ALP12=127.158, ALP2=0.21875, FDTTR=2.38, WEFF=25.,
FOVR=72.5,
FOVDY=0.0, FOVDZ=0.0, DSUN=1920.0, DNEGST=200.0, DSCAN=36.75, RNTNS=0.3,
&END
```

# APPENDIX F

## Second-Order Kalman Filter Listing and Data

IPS SOKF Batch Command File

```
TREEBS.COM
$ JOB
$ SET DEF [ROBINSON.TREETOPS]
$    ASSIGN/NOLOG IPSREV7.INT FOR001
$    ASSIGN/NOLOG IPSREV7.OUT FOR009
$    ASSIGN/NOLOG IPSREV7.RES FOR003
$    ASSIGN/NOLOG IPSREV7.MAT FOR004
$    ASSIGN/NOLOG IPSREV7.LOG FOR006
$    ASSIGN/NOLOG IPSREV7.MDK FOR019
$    ASSIGN/NOLOG IPSREV7.FLX FOR011
$    ASSIGN/NOLOG IPSREV7.FLN FOR013
$    ASSIGN/NOLOG IPSREV7.AUX FOR039
$    ASSIGN/NOLOG IPSREV7.XRF FOR012
$    ASSIGN/NOLOG TCATEMP.DAT  FOR025
$    ASS ASTP FOR015
$    ASS MSUBCO FOR016
$    ASS IPSE   FOR017
$    ASS PLOTS  FOR018
$    ASS/NOLOG DEFAULT.DFF FOR085
$    RUN [ROBINSON.TREETOPS.THE]USDC
$    DEASSIGN FOR001
$    DEASSIGN FOR009
$    DEASSIGN FOR003
$    DEASSIGN FOR004
$    DEASSIGN FOR006
$    DEASSIGN FOR019
$    DEASSIGN FOR011
$    DEASSIGN FOR013
$    DEASSIGN FOR039
$    DEASSIGN FOR012
$    DEASSIGN FOR025
$    DEASSIGN FOR085
$    RENAME TCATEMP.DAT IPSREV7.MAT
$    DIR/DATE/SIZE IPSREV7.OUT
$ COPY IPSREV7.OUT IPSREV7.PLT
```

IPS SOKF Subroutine

## ADFS.FOR

```
      SUBROUTINE LADF
C
      REAL KA
      LOGICAL LTHDIS,LSTMES
      DIMENSION TDS2S1(3,3),TDS3S1(3,3),XI(3),QMA(4),PH4(3)
      DIMENSION A(4,4),QMS2(4),H4(9,3),AZ(4,4),CMS(4),XD1(3),PH1(4,3)
      DIMENSION A3(3,3),XD6(6),XD3(3),XDH(10)
CCC   DIMENSION A3(3,3),XD6(6),XD7(3),XD3(3),XDH(10),XDHO(10)
CCC  1,XDH6(6),XDH1(3)
C
C------------------------------------------------------
C
C NEW ARRAYS ADDED FOR USE BY DELAYS ADDED BY ADAMS & WEST
C
CCC   DIMENSION QD11(4),QD12(4),D11(3),D12(3)
CCC   DATA QD11,D11/ 4*0.0,   3*0.0 /
CCC   DIMENSION QD(4),D(3)
CCC   DATA QD,XD1,XD3,XDHO,XDH/30*0.0/
C
C------------------------------------------------------
C
      COMMON /OBS/ HT(6),PH(3,6),AT(6,6),P(6,6),HP(6,6)
      COMMON /ADF/ D(3),QD(4),QM(4),QO(4),CM(4),Q(4),VSTN(6)
CCCC  COMMON /FILTER/ DI(3),QDI(4),QM(4),QO(4),CM(4),Q(4)
      COMMON /KALMAN/ ND(6),NF(6,2),NTR,AM(4,4),QOA(4),QMS(4),NZ,
     *TM(3,3),IZ,TS2S1(3,3),TS3S1(3,3),YD(2),H6(9,3),XD(10),
     * CS(3,10,2),C(3,10,2),KA(3,10,2),PHI(3,3),FAC,FAC1,FAC2,PMAX,
     * LTHDIS
      COMMON /TEST/ ITEST(10)
      COMMON/COSUB/YMSA(6,2),TOS2S1(3,3),TOS3S1(3,3)
C
      DATA TDS2S1,TDS3S1 /18*0./,LSTMES/.FALSE./
      NAMELIST/TEST8/NTR,XD,AM,D,PHI,CM,QD,QO,QM,QOA,QMA
C
C     REINITIALIZATION OF THE STATE DEVIATION VECTOR AT THE BEGINNING OF
C.    EACH FILTER INTERVAL (INPUT FOR SUBOPT FOR THE FIRST STAR),
C     BECAUSE THE FILTER EQUATIONS ARE PROGRAMMED FOR THE STATE VECTOR
C     UPDATES, NOT FOR THE STATE VECTOR ITSELF
C
C
C----------------------------------------------------------------
C
C     INITIALIZATION ADDED BY ADAMS & WEST
C
      DO 10 I=1,4
      QOA(I) = QO(I)
      QMA(I) = Q(I)
 10   CONTINUE
      CALL SSTM(CM(2),CM(3),CM(4),CM(1),AM)
C     CALL MAVE(AM,QD,QDI,4)
```

181

```
C      DO 15 I=1,3
C15    DI(I)=D(I)
C-----------------------------------------------------------------
C
       DO 50 I=1,10
   50  XD(I)=0.
C
C
C      MODIFICATION OF THE SUBSTATE TRANSITION MATRIX (REF.SECT.4.6.1)
C
   70  CQ=1./QOA(4)
       DO 100 I=1,3
       XI(I)=QOA(I)*CQ
       DO 100 J=1,4
  100  PH1(J,I)=AM(J,I)-AM(J,4)*XI(I)
C      PRINT 150
C 150  FORMAT(' PH1')
C      PRINT 155,((PH1(J,I),J=1,4),I=1,3)
C 155  FORMAT(4G20.6)
       DO 200 I=1,3
  200  PH4(I)=PH1(4,I)
C      PRINT 220
C 220  FORMAT(' PH4')
C      PRINT 155,(PH4(I),I=1,3)
C
C      COMPUTATION OF THE STATE TRANSITION MATRIX (REF. SECT.4.6.1 C)
C
       CP=-.5
       DO 300 I=1,3
       PH(I,I+3)=QMA(4)*CP
       DO 300 J=1,3
  300  PH(I,J)=PH1(I,J)
       PH(3,5)=QMA(1)*CP
       PH(1,6)=QMA(2)*CP
       PH(2,4)=QMA(3)*CP
       PH(1,5)=-PH(2,4)
       PH(2,6)=-PH(3,5)
       PH(3,4)=-PH(1,6)
C      PRINT 350
C 350  FORMAT(' PH')
C      NORMALIZATION OF MEAN QUATERNION VECTORS (REF. SECT.4.6.1 D)
C
       CP=0.
       DO 400 I=1,4
  400  CP=CP+QMA(I)*QMA(I)
       CP=1./SQRT(CP)
       DO 500 I=1,4
  500  QMS(I)=QMA(I)*CP
C
C      COMPUTATION OF THE DIRECTION COSINE MATRIX FROM THE IPS INERTIAL
C      REFERENCE SYSTEM TO THE IPS PLATFORM SYSYTEM RESULTING FROM THE
C      MEAN QUATERNION VECTOR OF THE PREVIOUS FILTER INTERVAL
C      (REF. SECT. 4.6.1 E)
```

182

```
C
      DO 600 I=1,4
      DO 600 J=1,4
  600 A(I,J)=QMS(I)*QMS(J)
      DO 700 I=1,3
  700 TM(I,I)=2.*(A(4,4)+A(I,I))-1.
      TM(1,2)=2.*(A(1,2)+A(3,4))
      TM(1,3)=2.*(A(3,1)-A(2,4))
      TM(2,1)=2.*(A(2,1)-A(3,4))
      TM(2,3)=2.*(A(2,3)+A(1,4))
      TM(3,1)=2.*(A(1,3)+A(2,4))
      TM(3,2)=2.*(A(2,3)-A(1,4))
C
C
C     DEFINITION OF THE CORRECTION FACTOR FOR THE ESTIMATION
C     OF THE FHST THERMAL DISTORTIONS
C
      IF(LTHDIS)GOTO 1170
      FAC1=0.
      FAC2=0.
 1170 IF((ND(2)+ND(5)).EQ.0)FAC1=0.
      IF((ND(3)+ND(6)).EQ.0)FAC2=0.
C
C     REFRESHING OF THE SKEWED/BORESIGHTED FHST DCM'S (REF. SECT. 4.6.3)
C
      DO 1200 I=1,3
      TDS2S1(I,I)=1.
 1200 TDS3S1(I,I)=1.
      TDS2S1(1,2)=PHI(2,3)
      TDS2S1(3,1)=PHI(2,2)
      TDS2S1(1,3)=-PHI(2,2)
      TDS2S1(2,1)=-PHI(2,3)
      TDS3S1(1,2)=PHI(3,3)
      TDS3S1(3,1)=PHI(3,2)
      TDS3S1(1,3)=-PHI(3,2)
      TDS3S1(2,1)=-PHI(3,3)
      CALL GMPRD(TDS2S1,TOS2S1,TS2S1,3,3,3)
      CALL GMPRD(TDS3S1,TOS3S1,TS3S1,3,3,3)
C
C     SUBOPTIMAL FILTER, LOOP FOR THE SIX STARS (REF. SECT. 4.6.4)
C
      NTR=NTR+1
      NZ=0
C
C     CALL OBST
 1300 CONTINUE
C
      NZ=NZ+1
      IZ=NZ
      IF(NZ.GT.3) IZ=NZ-3
      DO 1400 I=1,2
 1400 NF(NZ,I)=ND(NZ)
      IF(ND(NZ).NE.1) GO TO 1405
```

```
          CALL SUBOPT(XDH,XDHO,LSTMES)
  1405 CONTINUE
C      PRINT 1410
C1410 FORMAT(' XD')
C      PRINT 1420,(XD(I),I=1,10)
C1420 FORMAT(10G12.4)
C
       IF(NZ.NE.6) GOTO 1300
C
C---- UPDATE IS NOT DONE IN THE FIRST FILTER STEP , BECAUSE STAR POSI-
C     TION MEASUREMENT DATA ARE NOT YET AVAILABLE ---------------------
.C
       IF (.NOT.LSTMES) GOTO 2000
C
C      PREDICTION AND PREPARATION OF FILTER UPDATE DATA (REF. SECT.4.6.5)
C
C       DO 1450 I=1,6
C      XDH6(I)=XDH(I)
C 1450 XD6(I)=XD(I)
C      CALL GMPRD(PH,XD6,XD1,3,6,1)
C      CALL GMPRD(PH,XDH6,XDH1,3,6,1)
       DO 1500 I=1,3
C      XDH(I)=XDH1(I)
C       XD(I)=XD1(I)
C       XD3(I)=XD6(I)
  1500 QD(I)=XD(I)
C       DO 49 I=1,10
C      XDHO(I)=XDH(I)
C 49    XDH(I)=XD(I)
C      PRINT 1520
C1520 FORMAT(' XD3')
C      PRINT 155,(XD3(I),I=1,3)
C      CALL GMPRD(PH4,XD3,QD(4),1,3,1)
C      PRINT 1530
C1530 FORMAT(' QD=')
C      PRINT 155,(QD(I),I=1,4)
       DO 1600 I=1,3
  1600 D(I)=D(I)+XD(I+3)
C
       DO 1700 I=2,3
       PHI(2,I)=PHI(2,I)+XD(I+5)
  1700 PHI(3,I)=PHI(3,I)+XD(I+7)
       DO 1701 I=2,3
       IF((ABS(PHI(2,I))).GT.PMAX) PHI(2,I)=PMAX*ABS(PHI(2,I))/PHI(2,I)
  1701  IF((ABS(PHI(3,I))).GT.PMAX) PHI(3,I)=PMAX*ABS(PHI(3,I))/PHI(3,I)
C
       IF(ITEST(8).EQ.0.AND.(D(1).LT..1.AND.D(2).LT..1.AND.D(3).LT..1.
      * AND.QD(1).LT..1.AND.QD(2).LT..1.AND.QD(3).LT..1)) GOTO 2000
       WRITE(6,TEST8)
  2000 CONTINUE
C
       LSTMES = .TRUE.
C
```

184

```
        IF(ITEST(10).EQ.1) ITEST(9)=1
        RETURN
        END
        SUBROUTINE SUBOPT(XDH,XDHO,LSTMES)
C
        LOGICAL LTHDIS,LSTMES
        REAL KA
        DIMENSION YDD(2),XDH(10),XDHO(10)
C
        COMMON /OBS/ HT(6),PH(3,6),AT(6,6),P(6,6),HP(6,6)
        COMMON/TRANS/TA_P_I(3,3),TD_P_I(3,3),DUMMY1(27)
        COMMON/KALMAN/ND(6),NF(6,2),NTR,AM(4,4),QOA(4),QMA(4),NZ,TM(3,3),
       *IZ,TS2S1(3,3),TS3S1(3,3),YD(2),H6(9,3),XD(10),CS(3,10,2),C(3,10,2)
       *,KA(3,10,2),PHI(3,3),FAC,FAC1,FAC2,PMAX,LTHDIS
        COMMON/CFHST/YRO(6,3),YMS(6,2),DUMMY(43)
        COMMON/TEST/ITEST(10)
        COMMON/COSUB/YMSA(6,2),TOS2S1(3,3),TOS3S1(3,3)
        COMMON/CSUBOP/TSETTL,EFLCH1,EFLCH2
        COMMON/COG2/YDA(2,6),IG
C
        NAMELIST/TEST7/NTR,NZ,YRN,YD,YDD,XD
C*********************************************************************
C     FHST DATA PROCESSING (REF. SECT. 4.6.4.4)
C*********************************************************************
C     YRO        THE COLUMNS OF YRO ARE THE STAR DIRECTION VECTORS
C                IN THE IPS INERTIAL REFERENCE SYSTEM
C                YRO IS COMPUTED IN 'FHST'
C     TM         DCM FROM THE I- TO THE P-SYSTEM BASED ON THE GYRO DATA
C                TM IS COMPUTED IN 'KAFILT'
C     TS2S1,TS3S1  TRANSFORMATION MATRICES FROM THE BORESIGHTED SENSOR
C                SYSTEM (S1) TO THE SKEWED SENSOR SYSTEM (S2,S3)
C                AS USED IN THE ADF, BASED ON THE ESTIMATED OF THE
C                MISALIGNMENTS
        IF (.NOT.LSTMES) GO TO 2000
C
        IF((NZ.GT.3).AND.ND(IZ).NE.0) GOTO 1600
C
C**** COMPUTATION OF THE SUBOPTIMAL GAIN MATRIX (REF. SECT. 4.6.4.5) ***
C
        CALL GAINMA
 1600 CONTINUE
C
C
C---- COMPUTE ESTIMATET MEASUREMENT DEVIATION : YDD = HM * XDH
C
        GOTO (1200,1300,1400),IZ
C
 1200 YDD(1)=HT(1)
        YDD(2)=HT(2)
C
        GOTO 1500
 1300 YDD(1)=HT(3)
        YDD(2)=HT(4)
```

```
C
      GOTO 1500
 1400 YDD(1)=HT(5)
      YDD(2)=HT(6)
C
 1500 CONTINUE
C     IF((NZ.GT.3).AND.ND(IZ).NE.0) GOTO 1600
C
C**** COMPUTATION OF THE SUBOPTIMAL GAIN MATRIX (REF. SECT. 4.6.4.5) ***
C
C     CALL GAINMA
C1600 CONTINUE
C
C**** STATE DEVIATION VECTOR UPDATE (REF. SECT. 4.6.4.6) **************
C
      DO 1700 I=1,10
      DO 1700 J=1,2
 1700 XD(I)=XD(I)+KA(IZ,I,J)*(YDA(J,IZ)-YDD(J))
C
      IF(ITEST(7).NE.0)WRITE(6,TEST7)
C
 2000 CONTINUE
C
      RETURN
      END




GAINS.FOR
      SUBROUTINE GAINMA
      REAL KA
      COMMON/ADF/ DD(3),QD(4),QM(4),QO1(4),CM1(4),Q(4),VSTN(6)
      COMMON/OBS/ TH(6),PH(3,6),AT(6,6),P(6,6),HP(6,6)
      COMMON /CFHST/ YRO(6,3),YMS(6,2),DUMMY(43)
      COMMON/KALMAN/IYO(6),NF(6,2),NTR,AM(4,4),QOA(4),QMA(4),NZ,TM(3,3),
     *IZ,TS2S1(3,3),TS3S1(3,3),YD(2),H6(9,3),XD(10),CS(3,10,2),C(3,10,2)
     *,KA(3,10,2),DUM(3,3),FAC,FAC1,FAC2,PMAX,LTHDIS
      DIMENSION PO(6),RNI(6),QNI(6)
     1,DUM1(100),HPHTRO(6,6),IYO(6)
      DIMENSION QN(6,6),RN(6,6),H(6,6),HT(6,6),PHT(6,6),HPHT(6,6)
     *,HPHTR(6,6),HPHTRI(6,6),G(6,6),PHI(6,6),GH(6,6),IGH(6,6),PP(6,6)
     *,PHIT(6,6),PPPT(6,6),ID(6,6)
      DIMENSION HPHTRAT(6,6),DUM2(100),DDM(6,6)
      REAL ID,IGH
C
      IF(INIT.GT.0)GO TO 5
      READ(17,*) PO,RNI,QNI
C     WRITE(2,*) PO,RNI,QNI
      DO 15 I=1,3
      DO 15 J=1,10
```

```
      DO 15 K=1,2
15    KA(I,J,K)=0.0
      DO 16 I=1,6
      DO 16 J=1,6
      PHI(I,J)=0.0
16    PHI(I,I)=1.0
      DO 10 I=1,6
      ID(I,I)=1.0
      QN(I,I)=QNI(I)
      P(I,I)=PO(I)
10    CONTINUE
      DO 20 I=1,6
      RN(I,I)=RNI(I)
20     CONTINUE
      INIT=1
C     WRITE(18) INIT,Q,YMS,DD,(P(I,I),I=1,6),QD
      INIT=1
5     CONTINUE
      IF(NZ.GT.1.AND.IYO(1).EQ.1) GO TO 999
      IF(NZ.GT.2.AND.IYO(1).EQ.0) GO TO 999
      DO 30 I=1,3
      DO 30 J=1,6
30    PHI(I,J)=PH(I,J)
C     ERROR COVARIANCE EXTRAPOLATION
C
C     P+ = P-
      CALL MULMAT(PHI,P,PP,6,6,6)
      CALL TRMAT(PHI,PHIT,6,6)
      CALL MULMAT(PP,PHIT,PPPT,6,6,6)
      CALL ADDMAT(PPPT,QN,P,6,6)
C
C     END COVARIANCE EXTRAPOLATION
      CALL OBST
      DO 17 I=1,6
      DO 17 J=1,6
17    H(I,J)=HP(I,J)
C     DO 30 I=1,3
C     DO 30 J=1,6
C     PHI(I,J)=PH(I,J)
C 30  CONTINUE
      DO 24 J=0,2
      IF(IYO(J+1).EQ.1) GOTO 24
      DO 26 I=1,2
26    RN(I+J*2,I+J*2)=99999.
24     CONTINUE
C
C
C     ERROR COVARIANCE EXTRAPOLATION
C
C     P+ = P-
C     CALL MULMAT(PHI,P,PP,6,6,6)
C     CALL TRMAT(PHI,PHIT,6,6)
C     CALL MULMAT(PP,PHIT,PPPT,6,6,6)
```

```
C       CALL ADDMAT(PPPT,QN,P,6,6)
C
C       END COVARIANCE EXTRAPOLATION
C
C       GAIN MATRIX GENERATION
C
        CALL TRMAT(H,HT,6,6)
        CALL MULMAT(P,HT,PHT,6,6,6)
        CALL MULMAT(H,PHT,HPHT,6,6,6)
        CALL ADDMAT(HPHT,RN,HPHTR,6,6)
        CALL ADDMAT(HPHTR,AT,HPHTRAT,6,6)
        DO 31 J=1,6
        DO 31 K=1,6
        HPHTRO(J,K)=HPHTRAT(J,K)
 31     CONTINUE
        IZERO = 0
        CALL MATINV(HPHTRO,HPHTRI,6,6,IER)
        CALL GMPRD(HPHTRO,HPHTRI,DDM,6,6,6)
        IF(IER.NE.0) PRINT IER

        CALL MULMAT(PHT,HPHTRI,G,6,6,6)
C
C        END GAIN GENERATION
C
C
C       ERROR COVARIANCE UPDATE
C
        CALL MULMAT(G,H,GH,6,6,6)
        DO 32 L=1,6
        DO 32 K=1,6
        GH(L,K)=-GH(L,K)
 32     CONTINUE
        CALL ADDMAT(ID,GH,IGH,6,6)
        CALL MULMAT(IGH,P,P,6,6,6)
C
C       END COVARIANCE UPDATE
C
        DO 998 JZ=0,2
        DO 998 I=1,6
        DO 998 J=1,2
 998    KA(JZ+1,I,J)=G(I,J+JZ*2)
 999    CONTINUE
        RETURN
        END
```

OBSTS.FOR
```
        SUBROUTINE OBST
        REAL KA
```

```
      DIMENSION YRA(3),YRP(3),T(3,3),YRS(3),YRN(2)
      DIMENSION H2P(6,6),HPP(6,6),H2PO(6,6),H2PP(6,6),HPOP(6,6)
      DIMENSION HPHP(6,6),HPHP1(6,6),HPHP2(6,6)
      DIMENSION A(9),B(3,9),SH(3),BH(2),DH1(3),DH2(3),
     1DH3(3),DDH1(9),DDH2(9),DDH3(9),PH1(3),PH2(3),DPH1(9),DPH2(9),
     2PA(9,3),DPA(9,9),DUM(9),FUM(3)
        COMMON /OBS/ HT(6),PH(3,6),AT(6,6),PM(6,6),HP(6,6)
        COMMON/TRANS/TA_P_I(3,3),TD_P_I(3,3),DUMMY1(27)
        COMMON/KALMAN/ND(6),NF(6,2),NTR,AM(4,4),QOA(4),QMA(4),NZ,TM(3,3),
     *IZ,TS2S1(3,3),TS3S1(3,3),YD(2),H6(9,3),XD(10),CS(3,10,2),C(3,10,2)
     *,KA(3,10,2),PHI(3,3),FAC,FAC1,FAC2,PMAX,LTHDIS
        COMMON/CFHST/YRO(6,3),YMS(6,2),DUMMY(43)
        COMMON/COFHST/ YSJ(6,3)
        COMMON/COSUB/YMSA(6,2),TOS2S1(3,3),TOS3S1(3,3)
        COMMON/COG2/YDA(2,6),IG
C
      NAMELIST/TEST7/NTR,NZ,YRN,YD,YDD,XD
C**********************************************************************
C     FHST DATA PROCESSING (REF. SECT. 4.6.4.4)
C**********************************************************************
C     YRO         THE COLUMNS OF YRO ARE THE STAR DIRECTION VECTORS
C                 IN THE IPS INERTIAL REFERENCE SYSTEM
C                 YRO IS COMPUTED IN 'FHST'
C     TM          DCM FROM THE I- TO THE P-SYSTEM BASED ON THE GYRO DATA
C                 TM IS COMPUTED IN 'KAFILT'
C     TS2S1,TS3S1  TRANSFORMATION MATRICES FROM THE BORESIGHTED SENSOR
C                 SYSTEM (S1) TO THE SKEWED SENSOR SYSTEM (S2,S3)
C                 AS USED IN THE ADF, BASED ON THE ESTIMATED OF THE
C                 MISALIGNMENTS
C
      Q4S=QMA(4)*QMA(4)
      Q1S=QMA(1)*QMA(1)
      Q2S=QMA(2)*QMA(2)
      Q3S=QMA(3)*QMA(3)
      A(1)=1.-2.*(Q2S+Q3S)
      A(2)=2.*(QMA(1)*QMA(2)+QMA(3)*QMA(4))
      A(3)=2.*(QMA(1)*QMA(3)-QMA(2)*QMA(4))
      A(4)=2.*(QMA(1)*QMA(2)-QMA(3)*QMA(4))
      A(5)=1.-2.*(Q1S+Q3S)
      A(6)=2.*(QMA(2)*QMA(3)+QMA(1)*QMA(4))
      A(7)=2.*(QMA(1)*QMA(3)+QMA(2)*QMA(4))
      A(8)=2.*(QMA(2)*QMA(3)-QMA(1)*QMA(4))
      A(9)=1.-2.*(Q1S+Q2S)
      PA(1,1)=0.
      PA(1,2)=-4.*QMA(2)
      PA(1,3)=-4.*QMA(3)
      PA(2,1)=2.*(QMA(2)-QMA(1)*QMA(3)/QMA(4))
      PA(2,2)=2.*(QMA(1)-QMA(2)*QMA(3)/QMA(4))
      PA(2,3)=2.*(QMA(4)-Q3S/QMA(4))
      PA(3,1)=2.*(QMA(3)+QMA(1)*QMA(2)/QMA(4))
      PA(3,2)=-2.*(QMA(4)-Q2S/QMA(4))
      PA(3,3)=2.*(QMA(1)+QMA(2)*QMA(3)/QMA(4))
      PA(4,1)=2.*(QMA(2)+QMA(1)*QMA(3)/QMA(4))
```

C-3

189

```
PA(4,2)=2.*(QMA(1)+QMA(2)*QMA(3)/QMA(4))
PA(4,3)=-2.*(QMA(4)-Q3S/QMA(4))
PA(5,1)=-4.*QMA(1)
PA(5,2)=0.
PA(5,3)=-4.*QMA(3)
PA(6,1)=2.*(QMA(4)-Q1S/QMA(4))
PA(6,2)=2.*(QMA(3)-QMA(1)*QMA(2)/QMA(4))
PA(6,3)=2.*(QMA(2)-QMA(1)*QMA(3)/QMA(4))
PA(7,1)=2.*(QMA(3)-QMA(1)*QMA(2)/QMA(4))
PA(7,2)=2.*(QMA(4)-Q2S/QMA(4))
PA(7,3)=2.*(QMA(1)-QMA(2)*QMA(3)/QMA(4))
PA(8,1)=-2.*(QMA(4)-Q1S/QMA(4))
PA(8,2)=2.*(QMA(3)+QMA(1)*QMA(2)/QMA(4))
PA(8,3)=2.*(QMA(2)+QMA(1)*QMA(3)/QMA(4))
PA(9,1)=-4.*QMA(1)
PA(9,2)=-4.*QMA(2)
PA(9,3)=0.
R1=QMA(1)/QMA(4)
R2=QMA(2)/QMA(4)
R3=QMA(3)/QMA(4)
R4=QMA(1)*QMA(2)*QMA(3)/(Q4S*QMA(4))
DPA(1,1)=0.
DPA(1,2)=0.
DPA(1,3)=0.
DPA(1,4)=0.
DPA(1,5)=-4.
DPA(1,6)=0.
DPA(1,7)=0.
DPA(1,8)=0.
DPA(1,9)=-4.
DPA(2,1)=-2.*R3*(1.+Q1S/Q4S)
DPA(2,2)=2.*(1.-R4)
DPA(2,3)=-2.*R1*(1.+Q3S/Q4S)
DPA(2,4)=DPA(2,2)
DPA(2,5)=-2.*R3*(1.+Q2S/Q4S)
DPA(2,6)=-2.*R2*(1.+Q3S/Q4S)
DPA(2,7)=DPA(2,3)
DPA(2,8)=DPA(2,6)
DPA(2,9)=-2.*R3*(3.+Q3S/Q4S)
DPA(3,1)=2.*R2*(1.+Q1S/Q4S)
DPA(3,2)=2.*R1*(1.+Q2S/Q4S)
DPA(3,3)=2.*(1.+R4)
DPA(3,4)=DPA(3,2)
DPA(3,5)=2.*R2*(3.+Q2S/Q4S)
DPA(3,6)=2.*R3*(1.+Q2S/Q4S)
DPA(3,7)=DPA(3,3)
DPA(3,8)=DPA(3,6)
DPA(3,9)=2.*R2*(1.+Q3S/Q4S)
DPA(4,1)=2.*R3*(1.+Q1S/Q4S)
DPA(4,2)=2.*(1.+R4)
DPA(4,3)=2.*R1*(1.+Q3S/Q4S)
DPA(4,4)=DPA(4,2)
DPA(4,5)=2.*R3*(1.+Q2S/Q4S)
```

```
DPA(4,6)=2.*R2*(1.+Q3S/Q4S)
DPA(4,7)=DPA(4,3)
DPA(4,8)=DPA(4,6)
DPA(4,9)=2.*R3*(3.+Q3S/Q4S)
DPA(5,1)=-4.
DPA(5,2)=0.
DPA(5,3)=0.
DPA(5,4)=0.
DPA(5,5)=0.
DPA(5,6)=0.
DPA(5,7)=0.
DPA(5,8)=0.
DPA(5,9)=-4.
DPA(6,1)=-2.*R1*(3.+Q1S/Q4S)
DPA(6,2)=-2.*R2*(1.+Q1S/Q4S)
DPA(6,3)=-2.*R3*(1.+Q1S/Q4S)
DPA(6,4)=DPA(6,2)
DPA(6,5)=-2.*R1*(1.+Q2S/Q4S)
DPA(6,6)=2.*(1.-R4)
DPA(6,7)=DPA(6,3)
DPA(6,8)=DPA(6,6)
DPA(6,9)=-2.*R1*(1.+Q3S/Q4S)
DPA(7,1)=-2.*R2*(1.+Q1S/Q4S)
DPA(7,2)=-2.*R1*(1.+Q2S/Q4S)
DPA(7,3)=2.*(1.-R4)
DPA(7,4)=DPA(7,2)
DPA(7,5)=-2.*R2*(3.+Q2S/Q4S)
DPA(7,6)=-2.*R3*(1.+Q2S/Q4S)
DPA(7,7)=DPA(7,3)
DPA(7,8)=DPA(7,6)
DPA(7,9)=-2.*R2*(1.+Q3S/Q4S)
DPA(8,1)=2.*R1*(3.+Q1S/Q4S)
DPA(8,2)=2.*R2*(1.+Q1S/Q4S)
DPA(8,3)=2.*R3*(1.+Q1S/Q4S)
DPA(8,4)=DPA(8,2)
DPA(8,5)=2.*R1*(1.+Q2S/Q4S)
DPA(8,6)=2.*(1.+R4)
DPA(8,7)=DPA(8,3)
DPA(8,8)=DPA(8,6)
DPA(8,9)=2.*R1*(1.+Q3S/Q4S)
DPA(9,1)=-4.
DPA(9,2)=0.
DPA(9,3)=0.
DPA(9,4)=0.
DPA(9,5)=-4.
DPA(9,6)=0.
DPA(9,7)=0.
DPA(9,8)=0.
DPA(9,9)=0.
DO 49 I=1,6
DO 49 J=1,6
AT(I,J)=0.0
49    H2P(I,J)=0.0
```

191

```
      DO 999 IZT=1,3
      IF(ND(IZT).NE.1) GO TO 999
C
      DO 50 I=1,3
   50 YRA(I)=YRO(IZT,I)
C
C---- YRP = STAR DIRECTION IN THE P-SYSTEM BASED ON THE GYRO DATA
C          YRP = TM * YRA
C
      CALL GMPRD(TM,YRA,YRP,3,3,1)
C
      GOTO (300,400,500),IZT
C
C---- TRANSFORMATION MATRIX FROM P TO S1 SYSTEM
C
  300 DO 350 I=1,3
      DO 350 J=1,3
  350 T(I,J)=0.
      DO 370 I=1,3
  370 T(I,I)=1.
C
      IZT1=1
      GOTO 600
C
C---- TRANSFORMATION MATRIX FROM S1 TO S2 SYSTEM
C
  400 DO 450 I=1,3
      DO 450 J=1,3
  450 T(I,J)=TS2S1(I,J)
C
      IZT1=3
      GOTO 600
C
C---- TRANSFORMATION MATRIX FROM S1 TO S3 SYSTEM
C
  500 DO 550 I=1,3
      DO 550 J=1,3
  550 T(I,J)=TS3S1(I,J)
C
      IZT1=5
  600 CONTINUE
C
      CALL GMPRD(T,YRP,YRS,3,3,1)
C
      CX=1./YRS(1)
C     CX2=CX*CX
C
C---- YRN = NOMINAL MEASUREMENT VECTOR; THE NOMINAL P-SYSTEM IS
C                        DETERMINED FROM THE GYRO MEASUREMENTS--------
C
      DO 700 I=1,2
  700 YRN(I)=YRS(I+1)*CX
C
```

192

```
C************ MEASUREMENT DEVIATION VECTOR ***************************
C
CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
C
C  NEXT 2 CARDS FOR YMSA MOVED UP TO HERE BY MARK WEST
C
      YMSA(IZT,1)=YMS(IZT,1)
      YMSA(IZT,2)=YMS(IZT,2)
C
CCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCCC
C
C     DO 800 I=1,2
C 800 YD(I) = YMSA(IZT,I) - YRN(I)
C 800 YD(I) = YMSA(IZT,I)
  806 CONTINUE
C
C**** COMPUTATION OF THE OBSERVATION MATRIX (REF. SECT.4.6.4.4) ********
C
      DO 10 I=1,3
      DO 10 J=1,3
      K=J+3
      L=J+6
      B(I,J)=T(I,1)*YRA(J)
      B(I,K)=T(I,2)*YRA(J)
   10 B(I,L)=T(I,3)*YRA(J)
      CALL MATVEC(3,9,B,A,SH)
      DO 30 I=1,3
      DO 20 J=1,9
   20 DUM(J)=PA(J,I)
      CALL MATVEC(3,9,B,DUM,FUM)
      DH1(I)=FUM(1)
      DH2(I)=FUM(2)
   30 DH3(I)=FUM(3)
      DO 45 I=1,9
      DO 40 J=1,9
   40 DUM(J)=DPA(J,I)
      CALL MATVEC(3,9,B,DUM,FUM)
      DDH1(I)=FUM(1)
      DDH2(I)=FUM(2)
   45 DDH3(I)=FUM(3)
      BH(1)=SH(2)/SH(1)
      BH(2)=SH(3)/SH(1)
      DO 800 I=1,2
  800 YDA(I,IZT) = YMSA(IZT,I) - BH(I)
C 800 YDA(I,IZT) = YMSA(IZT,I)
      H12=SH(1)*SH(2)
      H13=SH(1)*SH(3)
      H1S=SH(1)*SH(1)
      H1C=H1S*SH(1)
      DO 60 I=1,3
      PH1(I)=(SH(1)*DH2(I)-SH(2)*DH1(I))/H1S
   60 PH2(I)=(SH(1)*DH3(I)-SH(3)*DH1(I))/H1S
      HP(IZT1,1)=PH1(1)
```

```
      HP(IZT1,2)=PH1(2)
      HP(IZT1,3)=PH1(3)
      HP(IZT1+1,1)=PH2(1)
      HP(IZT1+1,2)=PH2(2)
      HP(IZT1+1,3)=PH2(3)
      DO 70 I=1,3
      J=I+3
      K=I+6
      DPH1(I)=(H1S*DDH2(I)-H12*DDH1(I)+2.*SH(2)*DH1(I)*DH1(I)-
     1SH(1)*(DH2(1)*DH1(I)+DH1(1)*DH2(I)))/H1C
      DPH2(I)=(H1S*DDH3(I)-H13*DDH1(I)+2.*SH(3)*DH1(I)*DH1(I)-
     1SH(1)*(DH3(1)*DH1(I)+DH1(1)*DH3(I)))/H1C
      DPH1(J)=(H1S*DDH2(J)-H12*DDH1(J)+2.*SH(2)*DH1(2)*DH1(I)-
     1SH(1)*(DH2(2)*DH1(I)+DH1(2)*DH2(I)))/H1C
      DPH2(J)=(H1S*DDH3(J)-H13*DDH1(J)+2.*SH(3)*DH1(2)*DH1(I)-
     1SH(1)*(DH3(2)*DH1(I)+DH1(2)*DH3(I)))/H1C
      DPH1(K)=(H1S*DDH2(K)-H12*DDH1(K)+2.*SH(2)*DH1(3)*DH1(I)-
     1SH(1)*(DH2(3)*DH1(I)+DH1(3)*DH2(I)))/H1C
      DPH2(K)=(H1S*DDH3(K)-H13*DDH1(K)+2.*SH(3)*DH1(3)*DH1(I)-
     1SH(1)*(DH3(3)*DH1(I)+DH1(3)*DH3(I)))/H1C
   70 CONTINUE
      H2P(1,1)=DPH1(1)
      H2P(1,2)=DPH1(2)
      H2P(1,3)=DPH1(3)
      H2P(2,1)=DPH1(4)
      H2P(2,2)=DPH1(5)
      H2P(2,3)=DPH1(6)
      H2P(3,1)=DPH1(7)
      H2P(3,2)=DPH1(8)
      H2P(3,3)=DPH1(9)
      CALL GMPRD(H2P,PM,HPP,6,6,6)
      H2PT=0.0
      DO 25 I=1,6
   25 H2PT=H2PT+HPP(I,I)*0.5
      HT(IZT1)=H2PT
      DO 26 I=1,6
      DO 26 J=1,6
   26 H2PO(I,J)=H2P(I,J)
C
C     BEGIN CALCULATION FOR Z MEASUREMENT
C
      H2P(1,1)=DPH2(1)
      H2P(1,2)=DPH2(2)
      H2P(1,3)=DPH2(3)
      H2P(2,1)=DPH2(4)
      H2P(2,2)=DPH2(5)
      H2P(2,3)=DPH2(6)
      H2P(3,1)=DPH2(7)
      H2P(3,2)=DPH2(8)
      H2P(3,3)=DPH2(9)
      CALL GMPRD(H2P,PM,HPP,6,6,6)
      H2PT=0.0
      DO 35 I=1,6
```

```
  35   H2PT=H2PT+HPP(I,I)*0.5
       HT(IZT1+1)=H2PT
C
C    CALCULATION OF A TILDE MATRIX FOR GAIN CALCULATIONS
C
       CALL GMPRD(H2PO,PM,HPOP,6,6,6)
       CALL GMPRD(H2P,PM,H2PP,6,6,6)
       CALL GMPRD(HPOP,HPOP,HPHP,6,6,6)
       CALL GMPRD(HPOP,H2PP,HPHP1,6,6,6)
       CALL GMPRD(H2PP,H2PP,HPHP2,6,6,6)
       HPT1=0.0
       HPT2=0.0
       HPT3=0.0
       DO 55 I=1,6
       HPT1=HPT1+HPHP(I,I)*0.5
       HPT2=HPT2+HPHP1(I,I)*0.5
  55   HPT3=HPT3+HPHP2(I,I)*0.5
       AT(IZT1,IZT1)=HPT1
       AT(IZT1,IZT1+1)=HPT2
       AT(IZT1+1,IZT1)=HPT2
       AT(IZT1+1,IZT1+1)=HPT3
 999   CONTINUE
 777   RETURN
       END
```

195

IPS SOKF Input Data

## IPSE.DAT

```
.5E-5 .5E-5 .5E-5
.5E-5 .5E-5 .5E-5 .5E-5 .5E-5 .5E-5
2
0. 1 0. 0. 0.
100. 2 0. 0. 0.
1.45E-5 1.45E-5 1.45E-5
.007 .005 .005 1.E-7 1.E-7 1.E-7 4.85E-6 4.85E-6 4.85E-6 4.85E-6 4.85E-6
1.212E-6 1.212E-6 1.212E-6 1.E-9 1.E-9 1.E-9
```

## ASTP.DAT

```
&NFILT
LATTUP=T, P_I=-1500., 900., 900., NTR=-2, JSUBOP=3
MODE(1)=1,     BJAS(1,1)=0.0,     SIGMAN(1,1)=.75,     YS(1,1)=0.,
               BJAS(1,2)=0.0,     SIGMAN(1,2)=.75,     YS(1,2)=0.,
MODE(2)=1,     BJAS(2,1)=0.0,     SIGMAN(2,1)=1.0,     YS(2,1)=0.,
               BJAS(2,2)=0.0,     SIGMAN(2,2)=0.0,     YS(2,2)=0.,
MODE(3)=0,     BJAS(3,1)=0.0,     SIGMAN(3,1)=1.0,     YS(3,1)=0.,
               BJAS(3,2)=0.0,     SIGMAN(3,2)=1.0,     YS(3,2)=0.,
MODE(4)=0,     BJAS(4,1)=0.0,     SIGMAN(4,1)=.75,     YS(4,1)=0.,
               BJAS(4,2)=0.0,     SIGMAN(4,2)=.75,     YS(4,2)=0.,
MODE(5)=0,     BJAS(5,1)=0.0,     SIGMAN(5,1)=1.,     YS(5,1)=0.,
               BJAS(5,2)=0.0,     SIGMAN(5,2)=1.,     YS(5,2)=0.,
MODE(6)=0,     BJAS(6,1)=0.0,     SIGMAN(6,1)=1.,     YS(6,1)=0.,
               BJAS(6,2)=0.0,     SIGMAN(6,2)=1.,     YS(6,2)=0.,
ITEST=0,0,0,0,0,0,0,0,0,0, LTHDIS=T, ALPHO=12.0, BETA=-45,
FAC=1.,  JREAD=16,  JSST=2,
DEPHIX=0.0, 0.0,   DEPHIY=0.0,0.0,   DEPHIZ=0.0,0.0,
DRTHX=  2*0.,   DRTHY= 2*0.,   DRTHZ= 0., 0.,
TSETTL=60.0, EFLCH1=2000.0, EFLCH2=90.0,
LFHST=1, ALP11=7.36, ALP12=127.158, ALP2=0.21875, FDTTR=2.38, WEFF=25.,
FOVR=72.5,
FOVDY=0.0, FOVDZ=0.0, DSUN=1920.0, DNEGST=200.0, DSCAN=36.75, RNTNS=0.3,
&END
```

## REFERENCES

1. Kosters, Bernd: "The First Mission of the Instrument Pointing System." AAS Guidance and Control Conference, AAS 86-053, 1986.

2. Vallely, D.P.: "IPS Control and Performance for Spacelab-2 on Mission 51F." NASA Internal Memorandum No. ED12-85-112, George C. Marshall Space Flight Center, Huntsville, Alabama, October 31, 1985.

3. Leibold, G.: "IPS Attitude Measurement Software." VII IFAC Symposium on Automatic Control in Space, Oxford, 1979, pp. 149–154.

4. Gelb, A. (ed): "Applied Optimal Estimation." MIT Press, Cambridge, Massachusetts, 1974.

5. Vathsal, S.: "Spacecraft Attitude Determination Using a Second-Order Nonlinear Filter." Journal of Guidance, Control, and Dynamics, vol. 10, No. 6, November–December 1987, pp. 559–566.

6. _____: "Instrument Pointing System Spacelab Systems Training Manual." Missions Operations Directorate, Training Division, Systems Training Branch, Lyndon B. Johnson Space Center, Houston, Texas, 1986.

7. _____: "Brushless Torque Motor Specification." NASA Technical Document IPS-DS-SP-041, Marshall Space Flight Center, 1985.

8. _____: "Data Electronics Assembly." NASA Technical Document IPS-DS-SP-0100, Marshall Space Flight Center, 1985.

9. _____: "Gyro Package Specification." NASA Technical Document IPS-DS-SP-0032, Marshall Space Flight Center, 1985.

10. _____: "Fixed Head Star/Sun Tracker Specification." NASA Technical Document, IPS-DS-SP-0031, Marshall Space Flight Center, 1985.

11. _____: "IPS Control Software Requirements." NASA Technical Document IPS-DS-TN-0464, Marshall Space Flight Center, 1985.

12. Kailath, T.: " A View of Three Decades of Linear Filtering Theory." IEEE Transactions on Information Theory, vol. IT-20, No. 2, March 1974, pp. 146–181.

13. Sorenson, H.W.: "Least-Squares Estimation From Gauss to Kalman." IEEE Spectrum, vol. 7, July 1970, pp. 63–68.

14. Lefferts, E.J., Markley, F.L., and Shuster, M.D.: "Kalman Filtering for Spacecraft Attitude Estimation." Journal of Guidance, Control, and Dynamics, vol. 5, September–October 1982, pp. 417–429.

15. Jazwinski, A.: "Stochastic Processes and Filtering Theory." Academic Press, New York, 1970.

16. Brown, R.G.: "Introduction to Random Signal Analysis and Kalman Filtering." John Wiley and Sons, New York, 1983.

17. Legendre, A.M.: "Methode des moindres quarres, pour trouver le milieu le plus probable entre les resultats de differentes observations." Mem. Inst. France, 1805, pp. 149–154.

18. Gauss, K.F.: "Theoria Motus Corporum Coelestium in Sectionibus Conicis Solem Ambientum." Hamburg, 1809 (Translated: Dover, New York, 1963).

19. Fisher, R.A.: "On an Absolute Criterion for Fitting Frequency Curves." Messenger of Math, vol. 41, 1912, p. 155.

20. Kolmogorov, A.N.: "Interpolation and Extrapolation von Stationaren Zufalligen Folgen." Bull. Acad. Sci., USSR, Ser. Math 5, 1941, pp. 3–14.

21. Wiener, N.: "The Extrapolation, Interpolation, and Smoothing of Stationary Time Series." John Wiley and Sons, New York, 1949.

22. Kalman, R.: "A New Approach to Linear Filtering and Prediction Problems." Paper 59-IRD-11 presented at ASME Instruments and Regulators Conference, March 29–April 2, 1959.

23. Sorenson, H.W.: "Kalman Filtering Techniques." Advances in Control Systems, vol. 3, edited by C.T. Leondes, Academic Press, New York, 1966.

24. Bryson, A.E., Jr., and Ho, Y.: "Applied Optimal Control." Hemisphere Publishing Corp., New York, 1975.

25. Bar-Itzhack, I.Y., and Reiner, J.: "Recursive Attitude Determination From Vector Observations: Direction Cosine Matrix Identification." Journal of Guidance, Control, and Dynamics, vol. 7, No. 1, 1984, pp. 51–56.

26. Bar-Itzhack, I.Y., and Idan, M.: "Recursive Determination From Vector Observations: Euler Angle Estimation." Journal of Guidance, Control, and Dynamics, vol. 10, No. 2, 1987, pp. 152–157.

27. Bar-Itzhack, I.Y., and Oshman, Y.: "Attitude Determination From Vector Observations: Quaternion Estimation." IEEE Transactions on Aerospace and Electronic Systems, vol. AES-21, No. 1, 1985, pp. 128–135.

28. Wertz, J.R. (ed).: "Spacecraft Attitude Determination and Control." D. Reidel Publishing Company, Dordrecht, Holland, vol. 73, 1978.

29. Ickes, B.P.: "A New Method for Performing Digital Control System Attitude Computations Using Quaternions." AIAA Journal, vol. 8, January 1970, pp. 13–17.

30.    _____: "A Linearized Kalman Filter Method for the IPS Attitude Determination, and Covariance Analysis With Suboptimal Gains Precalculation of the Filter Gains." NASA Technical Document IPS-DS-TN-0354, Marshall Space Flight Center, 1985.

31.    McElroy, T.: "Euler Symmetric Parameters Revisited." NASA Technical Document H2V-415-HEAO-S-73-463, Marshall Space Flight Center, 1973.

32.    _____: "Coordinate Systems for IPS as Used in Flight and Check-Out." NASA Technical Document IPS-DS-TN-0012, Marshall Space Flight Center, 1984.

33.    Singh, R.P., Vander Voort, R.J., and Likins, P.W.: "Dynamics of Flexible Bodies in Tree Topology—A Computer Oriented Approach." Proceedings of the AIAA Dynamics Specialist Conference, Palm Springs, California, May 1984; pp. 327–337

34.    _____: "Users Manual for TREETOPS, A Control System Simulation for Structures With a Tree Topology." NASA Contract NAS-36287, Marshall Space Flight Center, April 1990.

**APPROVAL**

**A REAL-TIME RECURSIVE FILTER FOR THE ATTITUDE DETERMINATION OF THE SPACELAB INSTRUMENT POINTING SUBSYSTEM**

By M.E. West

The information in this report has been reviewed for technical content. Review of any information concerning Department of Defense or nuclear energy activities or programs has been made by the MSFC Security Classification Officer. This report, in its entirety, has been determined to be unclassified.

JAMES C. BLAIR
Director, Structures and Dynamics Laboratory

☆ U.S. GOVERNMENT PRINTING OFFICE 1992–631-060/60071



PS B - NASA

IN-19-CR
7985
P. 12

NASA-CR-200148

# AIAA 95-3686
# ASTRO-2 Spacelab Instrument Pointing System Mission Performance

F. C. Wessling, III and Dr. S. P. Singh
McDonnell Douglas
Huntsville, AL

(NASA-CR-200148)   ASTRO-2 SPACELAB
INSTRUMENT POINTING SYSTEM MISSION
PERFORMANCE   (McDonnell-Douglas
Aerospace)   12 p

N96-18524

Unclas

G3/19   0099869

# AIAA 1995 Space Programs and Technologies Conference
# September 26-28, 1995/Huntsville, AL

For permission to copy or republish, contact the American Institute of Aeronautics and Astronautics
370 L'Enfant Promenade, S.W., Washington, D.C.  20024

# ASTRO-2 SPACELAB INSTRUMENT POINTING SYSTEM MISSION PERFORMANCE

Francis C. Wessling, III

Spacelab Design Engineering
McDonnell Douglas Aerospace,
Huntsville, Alabama 35806

Dr. S. P. Singh

Spacelab Engineering Analysis
McDonnell Douglas Aerospace,
Huntsville, Alabama 35806

## Abstract

This paper reports the performance of the Instrument Pointing System (IPS) that flew on the National Aeronautics and Space Administration (NASA) ASTRO-2 Spacelab mission aboard the Space Shuttle Endeavour in March 1995. The IPS provides a stabilizing platform for the ASTRO-2 instrument payload complement that consists of three main experiments (telescopes). The telescopes observe stellar targets in the universe within the ultraviolet portion of the electromagnetic spectrum that must be observed from beyond the earth's atmospheric filtering effects. The three main experiments for observation are the Hopkins Ultraviolet Telescope (HUT), the Ultraviolet Imaging Telescope (UIT), and the Wisconsin Ultraviolet Photo-Polarimetry Experiment (WUPPE). The HUT uses spectroscopy to obtain the structure and chemical makeup of ultraviolet targets. UIT is responsible for wide field photographing to capture the hidden view of the ultraviolet universe. The WUPPE gathers data on the polarization of the ultraviolet electromagnetic energy coming from the astronomical targets. The capability of IPS enables the experiments to "see" faint celestial objects. A brief explanation of the IPS is given followed by a review of engineering efforts to improve IPS performance over the ASTRO-1 mission. The main focus of improvements was on enhancing the star acquisition capability through improved guide star selection, lab simulations, computer upgrades, data display systems improvements, and software modifications. A star simulator was developed in the lab to enable IPS to be simulated on the ground pre-mission with flight hardware and software in the loop. The paper concludes with results from the ASTRO-2 mission. The number of targets acquired and the IPS pointing accuracy/stability is reported along with recommendations for the future use of the Instrument Pointing System.

## IPS

IPS is basically a 3-axis gyro-stabilized and controlled platform on which scientific instruments are mounted for pointing to inertial targets. For ASTRO-2, the scientific instruments were ultraviolet telescopes (HUT, WUPPE, and UIT). To meet science data gathering requirements during the mission, IPS inertial attitude (orientation) needed to be known and stabilized precisely (within arc-seconds) because gyro drifts cause the IPS attitude to get corrupted. An Optical Sensor Package (OSP), consisting of three star trackers, was provided to track stationary stars and compensate for gyro drifts.

The three trackers were mounted as follows: One tracker was designated as boresight (tracker 1), and defined IPS line of sight. Two skew trackers were designated right (tracker 2), and left (tracker 3) respectively, with lines of sight pointing nominally 12 degrees (for stellar missions) on either side of the boresight. A payload provided Astros Star Tracker (AST) served as back-up for the OSP boresight tracker in sensor substitution mode. The AST was the primary star tracker for Image Motion Compensation System (IMCS) which was a part of the payload.

IPS platform is dynamically isolated from the orbiter by three torquer controlled gimbals. The torquers are commanded by a control system that maintains IPS inertial attitude while the orbiter moves during disturbances such as crew motions, and orbiter thruster firings. In addition to the gyros, an Accelerometer Package (ACP) provides feed forward signal to the control loop. The ACP compensates for IPS rotations caused by linear motions (linear accelerations) of the orbiter. IPS maneuvers are accomplished by a control system residing in the Data Control Unit (DCU). Control system sensors are: Gyros, ACP, star trackers, and resolvers. The Control system actuators are torquers. Figure 1 shows the IPS.



ASTRO-2 Payload, by Mike Lowery

Photos supplied by NASA

Generic IPS supplied by DORNIER



IPS on ASTRO-1, STS -35

IPS on ASTRO-2, STS -67

Figure 1. Instrument Pointing System

2

American Institute of Aeronautics and Astronautics

The discussion of the IPS may be based on seven areas. These areas are the Gimbal Structure Assembly, Payload Retention Latch Assembly, Power Electronics Assembly, Data Electronics Assembly, Attitude Measurement Assembly, Thermal Control Assembly, and System Software. Each area is responsible for specific functions that allow the IPS to operate successfully.

Gimbal Structure Assembly

The Gimbal Structure Assembly (GSA) consists of a Static Structure, Moving Structure, Stow and Unstow Mechanisms, along with Special Devices. The Static Structure consists of a base plate, pedestal, and supporting framework. The base plate attaches the IPS to the Spacelab pallet within the Space Shuttle payload bay. Attached to the base plate is the pedestal and support structure that provides the required rigid base for IPS. The Moving Structure consists of the Drive Units, Yoke, Equipment Platform, Payload Attachment Ring, Payload Attachment Flanges, and Payload Support Structure. The Yoke houses the elevation, cross elevation, and roll drive units that allow IPS to point at targets. The Equipment Platform is used to mount different hardware components such as the gyros. The instrument payload, on the Payload Support Structure, attaches to the IPS through the use of the Payload Attachment Ring and Payload Attachment Flanges. The Stow and Unstow Mechanisms consist of the Gimbal Latch Mechanism and Gimbal Separation Mechanism. These mechanisms consist of motors, actuators, and shafts that are used to latch and unlatch the IPS. The Special Devices consist of bumpers, guide horns, plunger end-stops, Roll Drive Unit end-stop and Viewing Envelope Modifiers to keep the IPS in the proper operational cone so it will not impact other equipment.[1] Special devices also cover the Jettison Hardware that is used to eject the IPS from the Orbiter payload bay in case the IPS will not stow properly.

Payload Retention Latch Assembly

The Payload Retention Latch Assembly is responsible for securing the payload during the ascent and descent portions of the flight. This is accomplished through the Payload Attachment Ring being separated from the Equipment Platform and the payload being placed into the payload retention latches integrated onto a Spacelab pallet. The payload must be secured during the ascent and descent to avoid damage to the static structure of the IPS.

Power Electronics Assembly

The Power Electronics Assembly consists of the Power Electronics Unit (PEU) and the Contingency Control Panel (CCP). The PEU is responsible for distributing the power required by the IPS. The PEU drives the heater mats within the Thermal Control Assembly. The PEU also contains circuits for the torquers, stow and unstow hardware, and jettison hardware. The software obtains information about the PEU and other different systems through the use Remote Acquisition Unit (RAU). The Contingency Control Panel is used if loss of software control occurs. The CCP can be used to stow the IPS or erect and jettison the IPS if it can not be properly stowed.

Data Electronics Assembly

The Data Electronics Assembly is composed of the Data Control Unit (DCU) the Data Control Unit Converter (DCUC) and the Accelerometer package. The DCU is a microcomputer that controls the data to the IPS subsystem computers. It accepts data from the Gyro Package, Subsystem Computer, and the Accelerometer Package to update the position of IPS. See Figure 2. IPS Control System Diagram. The control system is composed of two timing loops. The fast loop obtains gyro, resolver, and accelerometer data at 100 Hz to quickly correct for position drift while the slow loop obtains data through the subsystem computer from the Optical Sensor Package at 25 Hz to correct for gyro drifts within the system.[1] The DCUC provides the required regulated power to the DCU. The Accelerometer Package is mounted just above the pedestal and contains accelerometers in the orthogonal x, y, and z axis that provide fast loop data to the DCU.

Attitude Measurement Assembly

The Attitude Measurement Assembly consists of the Optical Sensor Package and the Gyro Package. The OSP contains three Fixed Head Star Trackers (FHST) that are used to acquire stars and report the IPS position to the subsystem computer through the IPS RAU. There is a

3

IPS CONTROL SYSTEM DIAGRAM



Figure 2. IPS Control System Diagram

boresight FHST that is positioned along the line of sight of the experiments along with a right and left FHST that are positioned at a 12° separation to the left and right of the boresight FHST. The subsystem computer uses the OSP information to update the gyro drift factor. The Gyro Package contains gyroscopes that are positioned in the orthogonal x, y, z, and skew "q" axes and electronics required for communication to the DCU. The fourth gyroscope (q) acts as a backup in case of an x, y, or z gyroscope failure.

## Thermal Control Assembly

The Thermal Control Assembly consists of passive and active thermal devices. The thermal protection is required due to the extreme temperature variations of space. The Passive Thermal Control System consists of multilayer insulation blankets, second surface mirrors, emissive coatings, and thermal standoffs. The active Thermal Control System consists of heater mats and the Spacelab Freon Loop. Temperature measurements are made through the use of thermistors that have conditioning circuits within the PEU or DCU. When a system needs to be heated the heater mats are switched on to raise the temperature of the hardware. The Spacelab Freon Loop is used to cool equipment.

## IPS System Software

The IPS System Software consists of Status and Monitoring Software, IPS Applications Software, and Attitude Control Software. The Status and Monitoring Software monitors inputs from the hardware and alerts the astronauts if a parameter is out of nominal limits. The Applications Software is responsible for thermal control, memory access, DCU and SSC communication, and gimbal hold that keeps IPS in position using the gimbal angles received from the resolvers. The Attitude Control Software is the software that is responsible for the pointing, tracking and slewing of the IPS.[1] The Attitude Control Software is divided into the fast loop software and slow loop software as discussed earlier. IPS motion is controlled by the software using drive units in the elevation, cross elevation, and roll axis. The software obtains data from the gyros and accelerometers to issue torque commands to the drive units to keep the IPS pointing on target. The optical sensor package is used to obtain position information of stars for the

software to update the drift factors within the gyros. A mode of operation called sensor substitution is also available. Sensor substitution uses the experiment star tracker called the Astros Star Tracker (AST) to replace the data coming from the boresight FHST.

## IPS Target Acquisition and Fine Pointing Modes

Target acquisition and fine pointing by IPS is accomplished using one of three modes: Operational Identification (IDOP -- automatic mode), Manual Target Acquisition followed by Lock On (any) Target (MTA/LOT), and Sensor Substitution. During IDOP, IPS software determines if one of pre-selected guide stars has been acquired. This mode of acquisition, when successful, is fast and accurate. During MTA/LOT, the crew manually acquires a target using HUT video, maneuvers IPS using Manual Pointing Controller (MPC), to place the target at the center of instrument field of view, and commands IPS to lock on any acceptable target in the field of view.

The successful operation of the IPS requires the functionality of the Gimbal Structure Assembly, Payload Retention Latch Assembly, Power Electronics Assembly, Data Electronics Assembly, Attitude Measurement Assembly, Thermal Control Assembly, and System Software. Each portion of the IPS has its own unique responsibilities that allow for the IPS to maintain a stable platform for the experiments.

## IPS Improvements

Following ASTRO-1, McDonnell Douglas made several improvements to IPS. They upgraded the Spacelab subsystem computer to an IBM AP101, developed a Star Simulator in the Software Development Facility (SDF) that enabled pre-mission IPS simulations with the flight star trackers in the loop, added the capability of Manual Target Acquisition (MTA) followed by Lock On (any) Target (LOT), improved Sensor Substitution mode, improved Objective Loads generation performance to provide superior guide star targets, enhanced the Attitude Determination Filter (ADF) gain sets, optically calibrated the star trackers using ASTRO-1 data, and supported star tracker alignment measurements and payload instrument alignments prior to the mission. In addition, a generic Spacelab change was made

with the replacement of the Data Display System
(DDS) with the Payload General and Support
Computers (PGSC) -- laptop computers.

<u>SDF Simulations</u>

The Software Development Facility (SDF)
provides a test bed for IPS simulations. A
mathematical model of IPS is used with flight type
hardware in the loop to verify the flight hardware
and software functions prior to the mission. The
star simulator enabled the flight Optical Sensor
package consisting of three star trackers, and the
experiment optical sensor, Astros Star Tracker
(AST), to be in the loop for IPS simulations.

<u>Star Simulator</u>

The star simulator proved to be a valuable tool
that contributed to the success of the ASTRO-2
mission and is discussed further.

The Star Simulator was designed to provide a
laboratory testbed for the check-out of a newly
developed communication and commanding mode
of the Optical Sensor Package (OSP) for use on
the ASTRO-2 Spacelab mission. The ASTRO-1
experience revealed the need for a manual
commanding technique for the searching and
tracking of stars. The star fields were to be
realistic, generated from a star catalog, or
manually created to perform specific functions in
the testing and checkout of the new flight
software.

The Star Simulator provides three independent
star fields measuring approximately 2.5 x 2.5
degrees. The star fields are displayed on three
extremely high resolution monitors. The spectral
output of the monitors was designed to coincide
with the spectral response of the Fixed Head Star
Trackers in the OSP. The relative visual
magnitude (Mv) range required by the Fixed Head
Star Trackers is 2 to 8 Mv, which is accomplished
by a mutual calibration and adjusting software
brightness settings. The Star Simulator is driven
in a closed loop mode by a dynamic simulation of
the Instrument Pointing System and the star field
generation system based on a 486DX 66 MHz
personal computer.

The Star Simulator Setup consists of three
monitors for star generation, a monitor controller

to interface the monitors to a 486DX 66 MHz
personal computer (PC), collimating optics to
make the pixels (stars) appear at infinity, an
optical bench for vibration isolation, and a 100K
clean room to keep the area clean and dark.
Figure 3 shows the layout of the Star Simulator
Test Setup.

Each monitor provides an extremely high
resolution of 4096 x 4096 pixels. A *single* pixel
produces a simulated star with a radial size less
than 100 arc seconds. To maintain a near steady
light source the pixel update rate is 1000 Hz where
50 stars (pixels) maximum are output on each
monitor at a given time. These high speeds are
obtained by using a vector monitor where the
electron gun jumps from point to point as opposed
to a raster scan monitor. Each addressable point
has a wavelength output of approximately 550 nm
by using a P44 phosphor. This wavelength was
chosen to match the center of the spectral
response of the FHST. The pixel output intensity
is controllable and mutually calibrated with the
FHST to obtain a relative output over the range of
2 to 8 visual magnitudes. The position control
allows a pixel movement of less than 5 arc
seconds between adjacent points and the overall
position tolerance is less than 50 arc seconds.
Each monitor combined with a collimating lens
provides a 2.55 x 2.55 degree field of view input to
a FHST.

The monitor controller directly interfaces to the
monitors. For each monitor the monitor controller
receives horizontal position, vertical position,
brightness, and monitor blank/unblank commands
from the 486DX 66 MHz PC. The monitor
controller converts and transports these signals to
each monitor through coaxial cables. Changes in
the horizontal and vertical position data move a
pixel. Changes in the brightness data change the
apparent visual magnitude of the star. The
blank/unblank command enables and disables
output on the monitor screen.

The 486DX 66 MHz personal computer contains
the Star Simulator software. The software allows
for calibration and simulation control. The optical
system can be aligned using the calibration
software. Optical field of view alignment consists
of first manual and then fine adjusting of the line
of-sight, followed by fine adjustment of the
rotation, and size parameters. Calibration also
consists of changing the intensity of pixels to

6



STAR SIMULATOR IN SDF
CLOSED LOOP CONFIGURATION

Figure 3.  Star Simulator Test Setup

7

American Institute of Aeronautics and Astronautics

match the output expected from the FHST over the intensity range of 2 to 8 visual magnitudes. After the system is calibrated a simulation can begin. The simulation software uses a subset of the star catalog (star database) generated off line. This subset of stars defines the available stars during the simulation and is called the Sky Map. The stars displayed on the monitor are a subset of the available stars in the Sky Map and is called the Viewport. During simulation the position data changes causing the output (Viewport) on the monitor to change. The software either receives position information by an external source through an RS-232 link or the simulation operates in an open loop fashion and produces a fixed position. The pixel movements make the FHST respond as if it were being moved and the stars (pixels) were stationary as on orbit. The output of the monitors are sensed by the FHSTs through the collimating optics.

The collimating optics make the pixels on the monitor appear as if they were at infinity. This is required to simulate the stars at a far off distance as on orbit. The collimation is achieved by placing a monitor in the focal plane of a lens. Each FHST requires its own collimating lens. The lens used in the system is a 150 mm diameter achromatic lens with a 3000 mm focal length. The system was defocused using a dim pixel (8th magnitude). The distance between the FHST and the monitor was adjusted until the dim pixel was stable to approximately 1 arc second. The final distance between the monitor and FHST was measured at approximately 3060 mm.

To obtain a near 1 arc second stability, vibration isolation had to be provided. The optical vibration/isolation bench isolates the system from external disturbances to allow the simulated stars to remain stable. The bench uses an 8 leg system where each leg has a piston that is driven with compressed air to support the table. The compressed air in the legs causes the optical bench to 'float'. The optical bench is contained in a clean/dark room.

The monitors, monitor controller, 486DX 66 MHz PC, Star Simulator software, and collimating optics are the core of the Star Simulator. These items form the stand alone portion of the entire system. The core components of the Star Simulator could be transported to another facility and integrated with user supplied trackers, optical bench, and clean/dark room. This would provide a hardware in the loop test bed for other trackers. A user supplied computer could transmit the attitude information data stream to the Star Simulator and receive the data output from the user supplied trackers to create a closed loop test bed.

The two primary design concerns were the correct simulation of the star movement and its associated brightness. The Star Field Stimulator had to produce simulated stars that were within the position tolerance and brightness range of the FHST. In brief, the simulated stars had to have a movement capability down below 5 arc seconds and position accuracy on the order of 50 arc seconds. The simulated stars had to have a visual magnitude range spanning three visual magnitudes (Mv) in the range from 2 to 8 Mv. The Star Simulator exceeded the requirements for movement, position, and brightness control. The Star Simulator produced simulated stars that allowed the FHST to behave as if it were in orbit observing actual stars. The Star Simulator has proven to be a valuable tool in determining the response of the Fixed Head Star Trackers to both normal and extreme operational scenarios. Tests allowed for the fine tuning of the application software. This tool proved its usefulness over that of a mathematical model of any fidelity because of the invaluable hardware-in-the-loop testing capability. This was particularly evident during the ASTRO-2 mission when it showed a software patch for moon operations would not have worked if it were uplinked to the crew.

The use of the IPS Star Simulator during the mission allowed the engineers in the lab on earth to verify procedures before being uplinked to the crew of Endeavor. Specifically, during the earth moon observations, the brightness of the moon would damage the boresight Fixed Head Star Tracker. As a result, alternatives were eliminated by testing in the lab using the spare flight OSP integrated with the IPS Star Simulator in the SDF. Tests showed that turning down the high voltage, instead of closing the shutter by tracker reset, resulted in a reduction in the count rate from only 4500 to 2900 counts. Thus, the tracker would still be damaged by the moon. As a result of testing in the lab, the decision was made to turn off the boresight tracker during the remaining moon observations.

## Mission Performance Results

### Targets

The ASTRO-2 scientists made over 300 observations of 236 targets in the ultra-violet, range of the electromagnetic spectrum. This included distant quasars, stars, super novas, and galaxies. The planets Jupiter, Mars, and Venus were observed. In addition, Jupiter's moon Io, and our own Earth's moon were viewed.

### Lunar Observations

IPS was designed to point to inertially fixed targets, but during ASTRO-2, the capabilities of IPS were stretched. It was used to track a moving target.

During the ASTRO-2 mission, four lunar observations were made. Observing the moon is different from observing stellar targets because the moon's inertial attitude changes continuously due to its relative nearness (parallax) to earth, while stellar targets are inertially fixed. Also, the moon is too big for an IPS tracker to acquire and hold optically. Furthermore, the moon is too bright for the IPS trackers, and its light could damage the image dissector tube (IDT) of the tracker.

These considerations resulted in the following:

1. IPS attitude would need to change to stay pointed at the center of the moon. IPS has been designed to fine-point to inertially fixed targets. If IPS attitude was held fixed, the moon would appear to streak across the instrument fields of view. To keep the observing telescopes pointed to the center of the moon, IPS would need to track the center of the moon.

2. The moon could not be used as a guide star because it projects too big of an image on the tracker's IDT. To point to the center of the moon with the desired pointing accuracy, a two-skew-tracker IDOP would have to be performed.

3. The boresight tracker's shutter would need to have been closed prior to the slew to the moon attitude, to protect the boresight tracker from possible damage to its image dissector tube.

The method chosen for moving IPS may be thought of as a two-step process. The first step was to command IPS to point to an inertially fixed attitude. The commanded inertially fixed attitude was along the vector joining the center of the moon to the center of the earth at the start of moon tracking. The second step was to add a time varying experiment bias command to move IPS to point to and stay pointed at the center of the apparently moving moon. The initial value of the time-varying bias pointed the IPS line-of-sight to the center of the moon and the subsequent values maintained the track.

This method was chosen because IPS software does not have a provision to continuously change the commanded attitude parameter. The commanded attitude and changing experiment bias together brought about the desired change.

The high voltage for the IPS boresight tracker must be turned off to avoid damage to the tracker due to moonlight. For the first observation, this was accomplished by issuing a reset of the tracker that puts the tracker in an unloaded state. For subsequent observations, the procedure was changed to power off the boresight tracker.

Moon attitude was achieved as follows: A two-skew-tracker IDOP was performed at the moon attitude. When the filter settled, optical hold was turned off (IPS was put under gyro control), target-track bias was enabled, and the moon was tracked.

### IPS Pointing Performance - Accuracy and Stability

IPS pointing performance was evaluated for a few typical observations. A visual output of the IPS line of sight is shown in Figure 4.



Figure 4. Boresight YZ Spot Diagram

9

Each spot on Figure 4 represents a data sample taken from the y and z coordinate position data reported from the boresight Fixed Head Star Tracker. The horizontal and vertical scale is 1 arc second per division. Pointing accuracy measured as the mean pointing error from commanded attitude was 0.85 arc seconds.

The stability of the IPS is evaluated using the Optical Sensor Package (OSP) coordinate measurements during periods of optical hold. Table 1 gives the standard deviations of OSP line-of-sight (LOS) measurements over several 200 second quiescent periods. The quiescent periods were selected to occur between orbiter thruster firings. A sub-arc second quiescent LOS pointing performance was typically maintained, and often

exceeded the 0.75 arc second quiescent pointing goal.

Sensor substitution was only employed on a few occasions, but the LOS pointing performance appears to show a slight improvement as expected due to the lower noise characteristics of the AST compared to the FHST. Table 2 gives the standard deviations for the sensor substitution utilizing the Astros Star Tracker (AST) measurements in the Attitude Determination Filter (ADF). A definitive statement of the improved performance would have required more sensor substitution operations.

| GMT (Relative Seconds) | Boresight tracker y-axis | Boresight tracker z-axis | Right tracker y-axis | Right tracker z-axis | Left tracker y-axis | Left tracker z-axis |
|---|---|---|---|---|---|---|
| ASTRO-2 IPS QUIESCENT POINTING PERFORMANCE Standard Deviation (arc seconds) (Between thruster firings) | | | | | | |
| 0.66:14:10 (350-500) | 0.71 | 0.67 | 0.71 | 0.68 | 0.80 | 0.83 |
| 066:14:40 (1400-1500) | | | 0.64 | 0.66 | 0.65 | 0.65 |
| 066:19:10 (100-300) | 0.83 | 0.77 | 0.72 | 0.69 | 0.76 | 0.71 |
| 068:04:40 (1200-1400) | | | 0.61 | 0.63 | 0.73 | 0.67 |
| 069:06:40 (100-200) | 0.85 | 0.68 | 0.83 | 0.72 | 0.88 | 0.70 |

Table 1: ASTRO-2 IPS Quiescent Pointing Performance

| GMT (relative seconds) | Y | Z |
|---|---|---|
| ASTRO-2 SENSOR SUB PERFORMANCE Standard Deviation (arc seconds) (Between thruster firings) | | |
| 070:18 (330-430) | 0.65 | 0.50 |
| 075:20 (8,150-8,250) | 0.89 | 0.91 |
| 073:11 (14,750-14,850) | 0.42 | 0.43 |
| 072:11 (4,350-4,550) | 0.42 | 0.48 |

Table 2: IPS Sensor Substitution Quiescent Pointing Performance

## Summary

The Instrument Pointing System (IPS) performed superbly for the 14 plus days of IPS operations during the ASTRO-2 mission. IPS performed better than expected. The IPS control system functioned perfectly, and ADF performance was superior. The pre-flight predictions of alignment MDPs agreed closely with calibrations performed during the mission. The count rate predictions of guide stars for the IPS star trackers consistently matched the measurements observed during the mission. MTA/LOT was totally successful. IPS stability under optical hold was superior compared to ASTRO-1, as shown by a marked contrast with the one observation in which the crew performed manual hold. The pointing stability and accuracy were both less than 1 arc seconds.

NASA Headquarters, MSFC, Johnson Space Center, Principal Investigator (PI) teams, the press, general public, and MDA management expressed delight with the better than expected success of the mission. The PIs in particular were ecstatic. There was overwhelming response to internet coverage of the mission. There were over 2.6 million accesses of the home pages from about 200,000 individuals from 59 countries.

IPS is a versatile platform for fine-pointing at heavenly objects, and should be considered for future use.

## ACKNOWLEDGMENTS

Our thanks to the National Aeronautics and Space Administration (NASA) Headquarters and the NASA Marshall Space Flight Center (MSFC) for their efforts that led to the successful ASTRO-2 flight. The authors acknowledge the contributions of TRW for software development, SODERN for the technical support, and Orwin Associates, Inc. for the development of the monitors and monitor controller. Thanks also go to McDonnell Douglas for giving the authors the freedom to get the job done.

## References

1. JSC, "Instrument Pointing System Spacelab Systems Training Manual", National Aeronautics and Space Administration Lyndon B. Johnson Space Center, S IPS 2102.

2. Wessling, III Francis C. and Vander Does, Mark, A., The Star Field Simulator For The Spacelab Instrument Pointing System Fixed Head Star Trackers, SPIE-The International Society for Optical Engineering, Proceeding Volume 2221, Acquisition, Tracking, And Pointing, April 1994.

3. MDA, "Design Specification for the Instrument Pointing System (IPS) Star Simulator", McDonnell Douglas Aerospace, Drawing 9007627.

4. MDA, "IPS Star Simulator", McDonnell Douglas Aerospace, Drawing 9007626.

5. Orwin Associates, Inc., "Operations and Maintenance Manual for the Orwin Associates, Inc. Model 1534 High Speed Graphics Display" Orwin Associates, Inc.

6. MDA, "IPS Additional Tasks Final Report, Part I", McDonnell Douglas Aerospace, SLMDH-0306.

N90 27741

**AGARD-CP-489**



**ADVISORY GROUP FOR AEROSPACE RESEARCH & DEVELOPMENT**

7 RUE ANCELLE 92200 NEUILLY SUR SEINE FRANCE

**AGARD CONFERENCE PROCEEDINGS No.489**

# Space Vehicle Flight Mechanics

## (La Mécanique du Vol des Véhicules Spatiaux)

**NORTH ATLANTIC TREATY ORGANIZATION**



REPRODUCED BY
U.S. DEPARTMENT OF COMMERCE
NATIONAL TECHNICAL INFORMATION SERVICE
SPRINGFIELD, VA. 22161

**DISTRIBUTION AND AVAILABILITY
ON BACK COVER**

AGARD-CP-489

NORTH ATLANTIC TREATY ORGANIZATION

ADVISORY GROUP FOR AEROSPACE RESEARCH AND DEVELOPMENT

(ORGANISATION DU TRAITE DE L'ATLANTIQUE NORD)

AGARD Conference Proceedings No.489

# Space Vehicle Flight Mechanics

(La Mécanique du Vol des Véhicules Spatiaux)

Copies of papers presented at the Flight Mechanics Panel Symposium
held in Luxembourg from 13th to 16th November 1989.

# The Mission of AGARD

According to its Charter, the mission of AGARD is to bring together the leading personalities of the NATO nations in the fields of science and technology relating to aerospace for the following purposes:

— Recommending effective ways for the member nations to use their research and development capabilities for the common benefit of the NATO community;

— Providing scientific and technical advice and assistance to the Military Committee in the field of aerospace research and development (with particular regard to its military application);

— Continuously stimulating advances in the aerospace sciences relevant to strengthening the common defence posture;

— Improving the co-operation among member nations in aerospace research and development;

— Exchange of scientific and technical information;

— Providing assistance to member nations for the purpose of increasing their scientific and technical potential;

— Rendering scientific and technical assistance, as requested, to other NATO bodies and to member nations in connection with research and development problems in the aerospace field.

The highest authority within AGARD is the National Delegates Board consisting of officially appointed senior representatives from each member nation. The mission of AGARD is carried out through the Panels which are composed of experts appointed by the National Delegates, the Consultant and Exchange Programme and the Aerospace Applications Studies Programme. The results of AGARD work are reported to the member nations and the NATO Authorities through the AGARD series of publications of which this is one.

Participation in AGARD activities is by invitation only and is normally limited to citizens of the NATO nations.

The content of this publication has been reproduced directly from material supplied by AGARD or the authors.

Published June 1990

Copyright © AGARD 1990
All Rights Reserved

ISBN 92-835-0567-0



*Printed by Specialised Printing Services Limited*
*40 Chigwell Lane, Loughton, Essex IG10 3TZ*

# Preface

In the last thirty years we have seen a great increase in both manned and unmanned space flights for scientific studies, for communication and navigation, and for military purposes such as surveillance, reconnaissance and as a possible area of deployment for both offensive and defensive weaponry.

The possible uses of flight at near-space conditions (i.e. above about 150,000 ft.) are also under consideration and, at these heights, many of the technical problems have a common basis with those of space vehicles during the launch, recovery and transatmospheric phases.

In all these areas, many problems remain only partly resolved and the relevant technologies are developing rapidly. It was considered that resolution of these problems and finding ways of using new technologies would benefit from the combined thought of the technology communities of the NATO nations. A symposium sponsored by the Flight Mechanics Panel of AGARD was seen as a timely forum for discussions on at least the flight mechanics aspects of this important topic.

The symposium included the control and trajectory aspects of launch and recovery, in-orbit dynamics, trans-atmospheric flight and the dynamic aspects of assembly and operation in space and also covered simulation and flight test.

# Avant-Propos

Au cours des trente dernières années nous avons assisté à un nombre croissant de vols spatiaux, habités et non habités, effectués soit dans le cadre d'études scientifiques, soit aux fins des télécommunications et de la navigation, soit pour des raisons militaires telles que la surveillance et la reconnaissance ainsi que le déploiement éventuel d'armes offensives et défensives.

Les applications possibles du vol dans des conditions quasi-spatiales (c'est à dire au-dessus de 150,000 pieds) sont également à l'étude, et il s'avère que bon nombre des problèmes techniques recontrés à ces altitudes sont comparables à ceux des véhicules spatiaux lors des phases de lancement, récupération et de passage transatmosphérique.

Dans tous ces domaines, il existe des problèmes qui ne sont résolus que partiellement, tandis que les technologies en question sont en pleine expansion. De l'avis du Panel, une réflexion commune sur ce sujet, entreprise par la communauté technologique des pays membres de l'OTAN porterait ses fruits pour ce qui concerne la recherche d'applications des nouvelles technologies et la résolution de ces problèmes. Le Panel AGARD de la Mécanique du Vol a donc décidé d'organiser un Symposium, afin de permettre tout au moins la discussion des aspects mécanique du vol sur ce sujet important.

Le Programme du Symposium comprit les aspects de contrôle et de trajectoire des phases de lancement et de récupération, la dynamique en orbite, le vol transatmosphérique, les aspects dynamiques d'assemblage et d'exploitation dans l'espace, ainsi que la simulation et les essais de vol.

# Flight Mechanics Panel Officers

**Chairman:** Mr R.C.A'Harrah
O.C.N.R.
Code OOJDL
800 N Quincy Street BCT/1
Arlington
Virginia 22217-5000
United States

**Deputy Chairman:** ICA J.-M.Duc
Commission des Communautés Européennes
DG 12-H
Rue de la Loi, 200
B-1049 Brussels
Belgium

## TECHNICAL PROGRAMME COMMITTEE

Mr J.Levine
Director
Flight Projects Division
OAST
NASA Headquarters
Mail Code RX
Washington, DC 20546
United States

Mr J-P.Marec
Directeur pour les
Applications Aéronautiques
ONERA
29, Avenue de la Division Leclerc
92320 Chatillon-sous-Bagneux
France

## HOST NATION COORDINATOR

Mr F.Kirch
Ministère de la Force Publique
Plateau de St. Esprit
L-1475 Luxembourg

## PANEL EXECUTIVE

Mr M.K.Foster
Flight Mechanics Panel
AGARD/NATO
7 rue Ancelle
92200 Neuilly-sur-Seine
France

## ACKNOWLEDGEMENT

The Flight Mechanics Panel wishes to express its thanks to the National Authorities of Luxembourg for the invitation to hold this meeting in Luxembourg, and for the facilities and personnel which made the meeting possible.

Le Panel du Mécanique du Vol tient à remercier les Autorités Nationales du Luxembourg pour leur invitation à tenir cette réunion au Luxembourg ainsi que des installations et du personnel mis à sa disposition.

# **Contents**

|  | Page |
|---|---|
| **Preface/Avant-Propos** | iii |
| **Panel Officers** | iv |
|  | **Reference** |
| **Keynote Address** <br> by J.A.van der Bliek | **K1** |
| **Keynote Address** <br> by K.Doetsch | **K2** |
| **Flight Control Issues of the Next Generation Space Transportation Launch Vehicles** <br> by R.W.Powell, J.C.Naftel and C.I.Cruz | **3** |
| **Ascent and Descent Trajectory Optimization of Ariane V/Hermes** <br> by C.Jänsch, K.Schnepper and K.H.Well | **4** |
| **Advanced Launch Vehicle Configuration and Performance Trades** <br> by P.R.Gord, K.J.Langan and M.E.Stringer | **5** |
| **Possible Trajectory Profiles to Achieve the Geostationary Orbit without Any Drift Phase** <br> by G.Vulpetti | **6** |
| **Reentry Trajectory Optimization and Control** <br> by P.Strohmaier, A.Kiefer, D.Burkhardt and K.Horn | **7** |
| **Trajectores de Sauvegarde au Lancement d'Hermes.** <br> **Consequences sur la Trajectoire d'Ariane 5.** <br> par Ph.Delattre et A.Wagner | **8** |
| **Space Shuttle Descent Flight Verification by Simulation:** <br> **A Challenge in Implementing Flight Control System Robustness** <br> by V.H.Nguyen, J.T.Nishimi, T.H.Payne and E.W.Woosley | **9** |
| **Une Introduction aux Trajectoires Spatiales** <br> par J.-P.Marec | **10** |
| **Calcul d'Orbites** <br> par P.Exertier, P.Sengenes et G.Tavernier | **11** |
| **Optimisation de la Mise a Poste d'un Couple de Satellites sur des Orbites** <br> **Geosynchrones, Excentriques et Inclinees** <br> par J.Bouchard et C.Aumasson | **12** |
| **Noncoplanar Orbit Transfer Optimization for an Aeroassisted Sortie Vehicle** <br> by H.A.Karasopoulos and R.B.Norris | **13** |
| **Hermes Rendez-Vous with the Space Station** <br> by M.Caldichoury, C.Champetier and E.Desplats | **14** |
| **Spacecraft Attitude Dynamics: Evolution and Current Challenges** <br> by V.J.Modi | **15** |
| **A Model of the Perturbed Spinning Motion of the San Marco 5th Spacecraft** <br> by C.Arduini, G.La Neve, D.Mortari and A.de Micco | **16** |

| | Page |
|---|---|

**The Instrument Pointing System — Precision Attitude Control in Space** — 17
by R.Hartmann and A.Woelker

**Flexible Structure Control and Rigid Body Dynamics** — 18
by V.B.Venkayya

**Dynamics and Dynamics Experiments in TSS-1** — 19
by S.Bergamaschi

**National Aero-Space Plane — Flight Mechanics** — 20
by D.E.McIver and F.R.Morrell

**Optimal Trajetories for Sänger-Type Vehicles** — 21
by G.Sachs, R.Bayer and J.Drexler

**Ascent and Descent Optimizations of an Air-Breathing Launch Vehicle** — 22
by S.G.Furniss and I.M.Walters

**Paper 23 withdrawn.**

**Global Optimization of Air Breathing Launch Vehicle Trajectories** — 24
by F.Martel

**The Challenge of Assembling a Space Station in Orbit** — 25
by V.D.Brand

**In-Space Construction and Dynamics of Large Space Structures** — 26
by M.M.Mikulas, Jr.

**A New Method for a Tethered System Aided Space Station Assembly** — 27
by S.Ciardo and S.Bergamaschi

**Deployment of Large Flexible Space Structures** — 28
by M.Géradin, A.Cardona and D.Granville

**The Dynamics of Orbital Maneuvering: Design and Evaluation of a Visual Display Aid for Human Controllers** — 29
by S.R.Ellis and A.J.Grunwald

**Effects of Low Bond Number Liquid Motions on Spacecraft Attitude** — 30
by J.P.B.Vreeburg and R.F. van den Dam

**Flexible Space-Based Robot Modelling and Real-Time Simulation** — 31
by J.J.M.Prins, P.Dieleman and P.Th.L.M.van Woerkom

**Flight Mechanics Applications for Tethers in Space: Cooperative Italian-US Programs** — 32
by F.Bevilacqua, P.Merlina and J.L.Anderson

**Testing DOD Space Systems: The Challenge** — 33
by W.A.Wisdom and L.C.Keel

# THE INSTRUMENT POINTING SYSTEM - PRECISION ATTITUDE CONTROL IN SPACE

Ralf Hartmann, Albrecht Woelker
Dornier GmbH, Transport & Orbital Systems Division,
7990 Friedrichshafen, West Germany

## ABSTRACT

The Spacelab Instrument Pointing System (IPS) is a three axes gimbal system providing pointing and stabilization in the arcsec range to a variety of space experiments with a mass of up to 7000 kg. The IPS demonstrated its control performance during the maiden flight in July 1985, the Spacelab 2 mission on board the Space Shuttle Challenger.

The most challenging problem for attitude control in space is the disturbance compensation in the presence of structural flexibilities. Kalman filtering based on optical sensor and gyro measurements as well as flexible mode attenuation and feedforward control were indispensable to achieve high precision.

To further enhance the IPS pointing performance and versatility, a new, more autonomous computer and sensor concept has been conceived providing the capacity for a higher degree of automation as well as for improved pointing and closed loop tracking control.

The autonomy and control capacity of the enhanced IPS establish the basis to accommodate the IPS as long-term available tracking and pointing platform on the International Space Station Freedom (ISF).

## 1. IPS DESCRIPTION

Figure 1 depicts the Instrument Pointing System (IPS) as flown on the Spacelab 2 mission on-board Challenger. The scientific experiments mounted on the IPS were pointed towards the sun with an excellent precision and stability. Besides solar pointing, the IPS allows for various other applications such as stellar pointing and Earth observation.

To enhance the Shuttle capabilities with regard to experiment pointing, Dornier developed the IPS under contract of the European Space Agency (ESA). As a subsystem of Spacelab, two IPS flight units were delivered to NASA.



Fig. 1:   IPS in Spacelab 2 Configuration

## 1.1   Mechanical Configuration

Figure 2 presents the IPS in an exploded view. The gimbal system is mounted via a support structure and four hardpoints at the aft end of a single suspended Spacelab pallet. A box type structure (Replaceable Column) supports the tubular framework and enables height adjustment of the gimbal center of rotation according to the payload dimensions.

The IPS gimbal system comprises three identical Drive Units (brushless DC torquers),
each providing 30 Nm maximum torque. The Elevation Drive Unit (EDU) serves for IPS erec-
tion, the Cross-Elevation Drive Unit (XDU) enables side-looking out of the Shuttle cargo
bay, finally the Roll Drive Unit (RDU) provides the payload rotation about the
line-of-sight. The gimbal system yields a viewing range of 60° half cone angle, whereas
the roll freedom is ±180°. For safety reasons, a spring loaded bumper device mounted at
the rear end of the RDU hits a ring placed around the EDU in case a certain cone angle
is exceeded.

The front end of the RDU is connected to the Equipment Platform (EPF) carrying electron-
ic units and a mechanism which enables the separation and thus decoupling of the payload
from the IPS during launch and landing.

The absence of gravity enables to mount the payload with its center of gravity far out-
side the gimbal center of rotation. Thus, a variety of payload masses and dimensions can
easily be accommodated. The increased disturbance sensitivity was mainly reduced by
feedforward control.



```
 1  Payload Clamp Assembly
 2  Power Electronics Unit
 3  Spacelab Standard Pallet
 4  Gimbal Support Structure
 5  Repaceable Column
 6  Supporting Framework,
    Harness Separator and Accelerometer Package
 7  Gimbal Latch Actuator
 8  Cross Elevation Drive Unit
 9  Elevation Drive Unit
10  Bumper Device
11  Yoke
12  Roll Drive Unit
13  Thermal Tent Structure with MLI-Blankets
    and Second Surface Mirrors
14  Equipment Platform
15  Gyro Package
16  Data Control Unit
17  Remote Acquisition Unit
18  Gimbal Latch Mechanism Hooks
19  Payload/Gimbal Separation Actuator
20  Payload Attachment Ring
21  Payload Emergency Separation Mechanism
22  Optical Sensor Package
23  Cruciform Equipped with SL-2 Mission Payload
```

Fig. 2:   IPS in Exploded View

## 1.2   Electrical Configuration

The actual IPS design assumes support by the Spacelab Command & Data Management System
(CDMS) and Electrical Power Distribution System (EPDS). The IPS Power Electronics Unit
(PEU), which is mounted on the Spacelab Pallet transforms the power from the EPDS to the
necessary voltages and currents for the IPS electronics and electro-mechanical devices.

The IPS is operated by the astronauts via the CDMS and its keyboard and display located
either in the Spacelab module or in the Orbiter aft flight deck. Whereas the CDMS is
dedicated to operational procedures, the IPS Data Control Unit (DCU), mounted on the EPF
executes the control algorithms for pointing and stabilization in fixed point arithme-
tics.

The absolute celestial reference for control is provided by the Optical Sensor Package
(OSP) containing one boresighted and two skewed (image dissector tube type) fixed head
star trackers (FHST). To minimize misalignments, the OSP is mounted on the payload. The
boresighted tracker can also be configured for solar missions by using a sun beam split-
ter providing a negative star-like image. Three axes rate measurement is accomplished by
three orthogonal and one (redundant) skewed gyro mounted on the EPF. Finally, a three
axes accelerometer package on the lower framework enables feedforward disturbance com-
pensation.

The payload is serviced with up to 1250 W (22 VDC) power and various control and data
lines, including six high speed lines. The harnesses are coaxially routed across through
entire gimbal system and are thus twisted with a certain resistance and friction during
gimbal motions.

## 2. CONTROL SYSTEM

The envisaged pointing stability, the structural flexibility of the IPS with its payload in view of sharp disturbances of its mounting base and internal imperfections (noise,friction) imposed challenging requirements on the control system design.

The control system comprises a feedback loop with attenuation filters and PID control as well as feedforward compensation of external disturbances. Based on optical sensor and gyro measurements the attitude is determined via a special version of the Kalman filter.

The block diagram of the IPS control system is shown in Figure 3. The algorithms are executed by two computers: the fast control loop algorithms are implemented in the DCU, whereas the slow control loop tasks are allocated to the CDMS. The fast control loop feedback is established by the three axes IPS rate measurement of the gyro package. The rate is sampled with 100 Hz and transformed into the payload axes. The (prefiltered) rate is submitted to a quaternion integration to obtain the attitude and subsequently the attitude error. The quaternion representation of the attitude has been chosen to ease the computation load. The control law consists of a sequence of attenuation filters and a PID controller. The controller output must be transformed from the platform axes into the gimbal axes to exert the control torque via power amplifier and drive units.

The payload center of gravity is far outside the gimbal center of rotation to accommodate various types of payloads. However, this implies sensitivity to external disturbances, caused e.g. by Orbiter thruster firing or crew motion. Therefore, an accelerometer package (ACP) is essential to measure any linear acceleration at the IPS mounting base and thus to enable feedforward torque compensation.



Fig. 3: IPS Control System Block Diagram

## 2.1   Attitude Determination

The absolute measurement reference is provided in three axes by means of the three Fixed Head Star Trackers (FHST) of the Optical Sensor Package (OSP). The optical sensor signals are sampled with 1 Hz for correction of the quaternions according to the actual attitude error with respect to the celestial target. To this end a dedicated Attitude Determination Filter (ADF in Figure 4) is applied. Referring to Figure 3 the loop comprising the quaternion integration block and the 'Gyro Drift and Attitude Estimation' block forms a modified version of the Kalman filter. This Kalman filter (or ADF) estimates the current quaternions, the gyro drift and the relative misalignment between the star trackers. The quaternion integration yields the current attitude with a sampling rate of 25 Hz. Considering the 1 Hz cycle, this signal represents the attitude estimate based on gyro information. Via the observation matrix this attitude is transformed into the optical sensor axes. This enables a comparison between the optical sensor measurements and the gyro based estimate. The resulting error signal is fed through the Kalman filter

gain matrix to obtain the corrections of the quaternions, the gyro drift and the tracker misalignments.

The signal correction and thus the main part of the Kalman filter is executed in the 1 Hz cycle. However, the quaternion integration running with 25 Hz frequency is part of the filter. This implies that the state transition matrix of the filter depends on the gyro rate signal during a 1 Hz cycle.

For the generation of the Kalman filter gain matrix the state transition and observation matrices are linearized to enable a precalculation of the Kalman filter gain matrix based on the following informations:

o  a time-invariant state and observation model. The model applies 10 states; 3 quaternions (one is redundant), 3 gyro drifts, and 4 misalignments (2 lateral misalignments of the two skewed w.r.t. the boresighted FHST),
o  the system noise due to gyro noise and numerical errors of the quaternions,
o  the measurement noise of the optical sensors.

These informations allow the generation of the time variant filter gains, which optimally combine redundant measurements according to the error sources to yield optimum attitude estimation. To ease computation load, these gains are approximated by hyperbola functions, which can be represented by a few coefficients only.

The attitude determination is the basis for achieving high pointing accuracy and stability in three axes by minimizing the effects due to gyro and optical sensor noise, gyro drift and sensor misalignments. After filter settling, lasting typically 100 sec from initial target acquisition, long term stabilization is provided to the experiments.

As an option, experiment sensors can substitute the OSP as absolute measurement reference. Also attitude offset commands from the experiments are accepted by the DCU.


2.2    Attitude Control

Figure 4 presents the IPS fast control loop which is for the most part implemented in the Data Control Unit (DCU). The three axes gyro loop applies a sequence of filters with different sampling frequencies. This is necessary because the DCU computer is not able to execute all filter algorithms within fastest (100 Hz) cycle. On the other hand the averaging of gyro data (100 Hz) and the prefilters (50 Hz) require high sampling rates, in order to avoid aliasing of high frequency structural modes and gyro noise. The rate filters running with 25 Hz are designed to attenuate structural modes with minimum phase shift. Each filter consists of a transfer function with a second order nominator and denominator. Figure 4 also illustrates the ADF and PID control.

The second branch of the DCU consists in the three axes ACP loop. Although the ACP measurement is designed to form a feedforward, in fact it must be regarded as a feedback loop for stability analyses due to the coupling with the dynamics of the IPS. Hence in total six feedback loops establish the multivariable system. Consequently the ACP loop requires as well a sequence of filters, designed according to similar criteria as the rate filters.



Fig. 4:   Control Loop Block Diagram

## 2.3   IPS Performance Prediction and Flight Results

Table 2 summarizes the IPS performance in terms of the most relevant payload criteria, the quiescent stability and the disturbance response. All results are given for the worst of the two lateral axes.

The quiescent cases assume an undisturbed inertially fixed Orbiter, such, that any pointing error of the IPS is caused by its own internally generated effects as there are sensor noise, bearing friction, quantization misalignments etc. The lateral stability is kept below 0.7 arcsec in such quiescent periods, which are most valuable for experiments to obtain high quality images of their targets although these conditions are occasionally interrupted by external disturbances.

The disturbance response represents the variation of the attitude resulting from Orbiter thruster firing and crew wall push off. Except for free drift cases, the Orbiter performs limit cycling within +/-0.1 deg. by repeated 80 msec thruster firings. In this case the worst attitude variation was 5 arcsec. During the SL-2 flight also 1040 msec thruster firing occurred resulting in a disturbance response of up to 18 arcsec. Figure 5 demonstrates that upon such 1040 msec thruster firing, the IPS settles fairly quickly to provide high pointing stability to the experiments.

The man-motion disturbance results from two opposite wall push-offs by an astronaut in the Orbiter flight deck. Figure 6 presents the worst case in which the attitude variation was 17 arcsec.

Table 1 demonstrates a quite good coincidence between simulation and flight performance for the quiescent and thruster firing case whereas the man-motion impact is higher than predicted because the crew impulse unexpectedly caused a higher Orbiter acceleration and thus worse IPS response.

The IPS is designed to accommodate various types of payloads. For large payloads of up to 7000 kg and thus high inertias, the performance degradation is very low due to the effectiveness of the feedforward control and due to a merely slight reduction of the control system bandwidth from 0.7 Hz to 0.5 Hz. Therefore, it can be concluded that the disadvantage of the large center of gravity offset is minimized.

| LOS Performance Characteristics | Unit | Simulation | | SL-2 | Flight SL-2 |
|---|---|---|---|---|---|
| | | 2 tons | 7 tons | | |
| Quiescent Case | | | | | |
| - pointing accuracy | arcsec | 0.4 | 0.7 | 0.8 | - * |
| - rms stability | arcsec | 0.7 | 0.8 | 0.7 | 0.7 |
| - rms stability rate | deg/hr | 2.9 | 1.3 | 2.0 | - * |
| Disturbance Cases | | | | | |
| - man-motion | arcsec | 5.1 | 8.9 | 8.5 | 17.0 |
| - 80 msec thruster firing | arcsec | 6.7 | 7.1 | 5.6 | 5.0 |
| - 1040 msec thruster firing | arcsec | - | - | - | 18.0 |
| Payload mass | kg | 2 000 | 7 000 | 1 402 | 1 402 |
| Inertia about COR | kgm² | 15 740 | 132 200 | 5 980 | 5 980 |

* could not be evaluated from flight data

Table 1:   IPS Performance

## 3. IPS PERFORMANCE ENHANCEMENT

### 3.1   IPS Autonomy Concept

After the successful maiden flight further enhancement of the IPS has been investigated. The mechanical design is mature and does not limit the IPS capabilities. Considering the growth in computer and sensor technologies, significant improvements can be achieved by just replacing or adding electronic boxes but keeping the basic IPS design.

A major objective of the IPS improvement is to establish a highly autonomous system being independent of Spacelab and requiring only a minimum amount of external services. The Spacelab CDMS is replaced by a more powerful Operation and Control Computer (OCC) to provide enhanced IPS performance, operations and handling.

The driving demand of using the OCC autonomy concept is to provide the capacity to execute more complex control algorithms at higher sampling rates. This improves the pointing performance and to provides the capability for closed loop tracking of moving objects. Furthermore, autonomy implies the automatic execution of operational procedures by the OCC software which is important for fast and reliable object acquisition in tracking and pointing missions.

17-6

The automation and autonomy features of the improved  IPS with the OCC form a basis   to
accommodate the IPS as a self-contained system on the International Space Station  Free-
dom (ISF).



Fig. 5:   Attitude Error Response to 1040 msec Thruster Firing (from ref. 1)



Fig. 6:   Attitude Error Response to Crew Wall Push-off (from ref. 1)

## 3.2   Pointing Performance Improvement

For stellar and solar observation it is most important to provide a high stability  with
the IPS. The IPS  demonstrated about 0.7 arcsec quiescent  stability, however, there  is
still a demand for further improving the pointing performance. Table 2 shows the results
of a sensitivity analysis for the quiescent performance.

| Error Source | Relative Contribution to Quiescent Performance (%) |
|---|---|
| (1)  DCU quantization | 73 |
| (2)  Gyro noise | 52 |
| (3)  Optical sensor noise | 39 |
| (4)  Torque hysteresis | 16 |
| (5)  Structural flexibility | 10 |
| (6)  Torque roughness | 8 |
| RSS Sum | 100 |

Table 2:    Sensitivity analysis of internal generated disturbances

Consequently those error sources which are inherent to the basic IPS design, namely  no.
4, 5, 6 have only a minor effect. The important error sources no. 1, 2, 3 can be reduced
by exchanging or adding individual boxes.

The DCU quantization which is caused by  its fixed point arithmetics can effectively  be
eliminated by use of the  new OCC. Even without changing  the control law the  quiescent
stability can be reduced  to about 0.25 arcsec. A  quiescent stability below  0.1 arcsec
can be achieved by the following measures in addition to using the OCC:
o  Use of a new gyro with a  noise of about 0.4"/hr and 25 Hz bandwidth.  Alternatively,
   this can be achieved by an improvement  of the IPS gyro electronic reducing the  gyro
   noise by a factor of 5.
o  Use of an optical sensor with a noise  of 0.2 arcsec at 1 Hz sampling which could  be
   either IPS dedicated or user supplied. Alternatively, the optics of the IPS FHST  can
   be improved to yield a factor of 4 of noise reduction.

In addition or as an alternative to the optical sensor and gyro improvement, the capaci-
ty of the OCC can  be utilized to implement more  efficient control algorithms. Using  a
filter sampling frequency of 100 Hz, aliasing effects arising from structural modes  and
gyro noise can be avoided. More flexibility in the design of the attenuation filters and
control algorithms is gained by  the higher storage and  speed capabilities of the  OCC.
Furthermore, an  enhanced Kalman  Filter for  attitude and  rate determination  applying
on-line gain computation and avoiding delays of sensor measurements yields faster  set-
tling and higher stability.
With these measures, simulations have shown  that IPS internally generated error  source
can be minimized to yield 0.1 arcsec for an inertially stabilized orbiter. If the orbit-
er is free drifting in a Earth  pointing, the stability degradation is about  0.1 arcsec
due to increased bearing and harness friction.

The disturbance response upon man-motion and thruster firing can also be reduced by
o  relocation of the Accelerometer Package to a  point, which is more sensitive to  dis-
   turbances than to structural flexibilities,
o  using 100 Hz sampling and filtering, optimization internal ACP filter presently  nec-
   essary to avoid aliasing effects with low sampling rate,
o  improved filters in the feedforward loop running at 100 Hz
o  use of a rigid body disturbance observer.

## 3.3   Closed Loop Tracking

The IPS has  been designed for  high precision pointing  towards inertial celestial  ob-
jects. With the autonomy concept the IPS provides the capability for closed loop  track-
ing of any objects moving at rates of up to 3 '/sec.

For tracking of object moving relative to the Shuttle the following scenario is assumed:
o  The IPS applies two (user supplied) sensors:
   - a coarse acquisition sensor with a field of view of about 5' x 5'
   - a fine tracking sensor with a field of view of about 0.5' x 0.5'.
o  The initial position of the object is known with an uncertainty less than the  exten-
   sion of the  acquisition sensor field  of view. This is the case  for tracking of  a
   fixed landmark or other cooperative spacecrafts.

Tracking is performed with the following automated sequence:

(1)  Tracking Preparation comprising
     - IPS supports calibration of the optical sensors and experiments
     - Gyro drift calibration and attitude initialization
     - Last uplink of object and mission parameters.

(2)  Initial Positioning:
     The IPS is moved close to the end  of the operational cone to a position which  is
     located on a predefined trajectory derived  from the knowledge on the initial  ob-
     ject position. The Orbiter as well has to acquire the required position.

(3)  Gyro Tracking:
     Automatic tracking is started before the object is visible in the acquisition sen-
     sor field of view (e.g. because the objective is behind the horizon). Hence,  Gyro
     Tracking means closed loop control along  a predefined trajectory (based on a  im-
     perfect a priori information), where the attitude error is the difference  between
     the predefined trajectory and the actual attitude derived from gyro rate  integra-
     tion. Due to the relative object motion a high initial rate error effects a  sharp
     acceleration of the IPS to the rate  of the object (see initial torque profile  in
     Figure 7). At about 30 secs, when object appears in the acquisition camera  field,
     the rate error is small  whereas the attitude error is  about 1.4 deg. due to  the
     imperfect a priori information on the object location.

(4)  Object Acquisition:
     Once the acquisition sensor has acquired the object in its field of view, it  gen-
     erates an attitude error which causes a transient (second torque profile on Figure
     7) into the field of view of the tracking sensor.

(5)  Fine Tracking:
     Once the object is acquired by the tracking sensor and settling is performed,  the
     IPS provides a fine tracking stability of 0.6 arcsec (3 µrad) to a 2000 kg payload
     at a rate of  up to 2.1°/sec , assuming an optical sensor  noise of 2 arcsec  (10
     µrad)and 30 Hz sampling. A maximum bias  error of 23 arcsec (115 µrad) after  set-
     tling has been achieved with PID control. A second integrator or a trajectory pre-
     dictor/estimator is found not suitable to further improve the accuracy. Due to the
     double integration of the plant, bias error results from the variation of the  ac-
     celeration which can hardly be determined through a further integrator or  observ-
     er.



Fig. 7:  IPS Tracking Stimulation

## 4. SPACE STATION ACCOMMODATION

There is only a limited  number of satellites for astronomy  and solar sciences, on  the
other  hand  the  International  Space  Station  Freedom  (ISF)  constitutes  a  large,
long-termed infrastructure for a variety of experiments. However the ISF is Earth point-
ed, has a limited maneuverability and is only coarsely stabilized and thus does not sup-
port tracking and pointing experiments. Consequently the IPS could expand the ISF versa-
tility and and range of utilization , because

o  the IPS supports a variety of payloads in terms of mass and accuracy,
o  the IPS is the only flight proven pointer presently available,
o  the IPS is designed for 50 Shuttle  missions and 10 years lifetime and thus  includes
   considerable design margins and a high robustness,
o  the IPS autonomy concept forms the basis for the accommodation of the IPS on the ISF
o  the basic IPS design can be retained, mainly add-on improvements like the OCC are re-
   quired,
o  the openly exposed IPS Equipment Platform can be supplemented by an automatic Payload
   Berthing Adaptor which facilitates the experiment exchange with the Remote  Manipula-
   tor Arm.

Figure 8 shows the IPS accomodated on the long ISF truss structure.

Compared to the Shuttle, the 155m long, lightweight ISF  design imposes the IPS to  cope
with low frequency vibrations in the vicinity of the control system bandwidth. The  con-
trol system structure is  basically retained for first  analyses, however the  following
adaptations are mandatory:

o  The processing capacity of the OCC is the basis to implement adapted attenuation fil-
   ters running with 100 Hz cycle time.
o  The control system bandwidth has to be reduced  from 0.64 Hz to 0.32 Hz to avoid  in-
   teraction of the IPS  with low frequency  ISF vibrations and  thus to ensure  dynamic
   stability of the coupled dynamics system. The reduced feedback disturbance  compensa-
   tion is recovered by improving the feedforward loop as follows:
o  Reduction of accelerometer internal filter time constant,
o  Optimization of accelerometer location closer to the IPS center of rotation.
o  Use of further accelerometers to observe  the low frequency ISF vibration and  direct
   feedforward compensation (not yet simulated).

Figure 9 depicts the IPS response upon crew wall push-off. The maximum attitude error is
25 arcsec. The wall pushoff effects an almost undamped vibration of the long Space  Sta-
tion truss, representing a continuing disturbance to the IPS which results in an  oscil-
lation error with an amplitude of 18 arcsec. For the present analysis it is assumed that
the ISF does not stabilize its own disturbances.
Figure 10 demonstrates the effectiveness  of  the feedforward compensation   with
accelerometers: even though not yet optimized, the feedforward reduces the maximum error
from 41 arcsec down to 10 arcsec in cross-elevation and even the ISF vibration  response
is decreased from 25 arcsec to 18 arcsec.
The attitude error upon ISF thruster firing is shown in Figure 11. The maximum error  is
39 arcsec with feedforward control. Although the IPS is unfavorably located just above a
thruster pod, that is at an antinode, the ISF vibration disturbance can be  compensated
by feedforward. After 20 sec the amplitude of the attitude error has been decreased to 6
arcsec.
Thus it is considered reasonable to further exploit the feedforward compensation. Since
the IPS is disturbed by one  (or two) dominant flexible ISF modes only, it seems to  be
well feasible to conceive a disturbance  observer of limited order based on  distributed
accelerometers.



Fig. 8:  IPS in Space Station Freedom Configuration



Fig. 9:   IPS Man Motion Response on the ISF



Fig.10:   IPS Man Motion Response on the ISF (without feedforward)



Fig. 11:   IPS Thruster Firing Response on the ISF

## 5. CONCLUSION AND FUTURE OUTLOOK

The IPS performance during the Spacelab 2 mission rendered essential benefit for experiments. Attitude control with flexible mode attenuation and Kalman filtering based on optical sensor and gyro measurements enable precision pointing for the IPS as well as for satellites. The IPS specifically has to cope with step-like disturbances of its mounting base. Therefore further studies are ongoing to prove that the IPS can provide a pointing performance on the ISF being close to the Spacelab 2 results in order to enhance the IPS as long-term available platform for a variety of tracking and pointing experiments on the ISF.

## 6. REFERENCES

[1]   Spacelab Verification Flight Test (VFT) Program Report, MDC W5362A, Mc Donnell Douglas Astronautics Company, Sept. 1987.

# REPORT DOCUMENTATION PAGE

| 1. Recipient's Reference | 2. Originator's Reference | 3. Further Reference | 4. Security Classification of Document |
|---|---|---|---|
| | AGARD-CP-489 | ISBN 92-835-0567-0 | UNCLASSIFIED |

| 5. Originator | Advisory Group for Aerospace Research and Development<br>North Atlantic Treaty Organization<br>7 rue Ancelle, 92200 Neuilly sur Seine, France |
|---|---|

| 6. Title | SPACE VEHICLE FLIGHT MECHANICS |
|---|---|

| 7. Presented at | the Flight Mechanics Panel Symposium held in Luxembourg from 13th to 16th November 1989. |
|---|---|

| 8. Author(s)/Editor(s) | 9. Date |
|---|---|
| Various | June 1990 |

| 10. Author's/Editor's Address | 11. Pages |
|---|---|
| Various | 498 |

| 12. Distribution Statement | This document is distributed in accordance with AGARD policies and regulations, which are outlined on the Outside Back Covers of all AGARD publications. |
|---|---|

**13. Keywords/Descriptors**

| | |
|---|---|
| Flight characteristics | Spacecraft recovery |
| Spacecraft | Spacecraft simulation |
| Spacecraft launching | Flight tests |

**14. Abstract**

In the last thirty years we have seen a great increase in both manned and unmanned space flights for scientific studies, for communication and navigation, and for military purposes such as surveillance, reconnaissance and as a possible area of deployment for both offensive and defensive weaponry.

The possible uses of flight at near-space conditions (i.e. above about 150,000ft.) are also under consideration and, at these heights, many of the technical problems have a common basis with those of space vehicles during the launch, recovery and transatmospheric phases.

In all these areas, many problems remain only partly resolved and the relevant technologies are developing rapidly. It was considered that resolution of these problems and finding ways of using new technologies would benefit from the combined thought of the technology communities of the NATO nations. A symposium sponsored by the Flight Mechanics Panel of AGARD was seen as a timely forum for discussions on at least the flight mechanics aspects of this important topic.

The symposium included the control and trajectory aspects of launch and recovery, in-orbit dynamics, trans-atmospheric flight and the dynamic aspects of assembly and operation in space and also covered simulation and flight test.

AGARD-CP-489

Flight characteristics
Spacecraft
Spacecraft launching
Spacecraft recovery
Spacecraft simulation
Flight tests

AGARD Conference Proceedings No.489
Advisory Group for Aerospace Research and Development, NATO
SPACE VEHICLE FLIGHT MECHANICS
Published June 1990
498 pages

In the last thirty years we have seen a great increase in both manned and unmanned space flights for scientific studies, for communication and navigation, and for military purposes such as surveillance, reconnaissance and as a possible area of deployment for both offensive and defensive weaponry.

The possible uses of flight at near-space conditions (i.e. above about 150,000ft.) are also under consideration and,

P.T.O.

AGARD-CP-489

Flight characteristics
Spacecraft
Spacecraft launching
Spacecraft recovery
Spacecraft simulation
Flight tests

AGARD Conference Proceedings No.489
Advisory Group for Aerospace Research and Development, NATO
SPACE VEHICLE FLIGHT MECHANICS
Published June 1990
498 pages

In the last thirty years we have seen a great increase in both manned and unmanned space flights for scientific studies, for communication and navigation, and for military purposes such as surveillance, reconnaissance and as a possible area of deployment for both offensive and defensive weaponry.

The possible uses of flight at near-space conditions (i.e. above about 150,000ft.) are also under consideration and,

P.T.O.

AGARD-CP-489

Flight characteristics
Spacecraft
Spacecraft launching
Spacecraft recovery
Spacecraft simulation
Flight tests

AGARD Conference Proceedings No.489
Advisory Group for Aerospace Research and Development, NATO
SPACE VEHICLE FLIGHT MECHANICS
Published June 1990
498 pages

In the last thirty years we have seen a great increase in both manned and unmanned space flights for scientific studies, for communication and navigation, and for military purposes such as surveillance, reconnaissance and as a possible area of deployment for both offensive and defensive weaponry.

The possible uses of flight at near-space conditions (i.e. above about 150,000ft.) are also under consideration and,

P.T.O.

AGARD-CP-489

Flight characteristics
Spacecraft
Spacecraft launching
Spacecraft recovery
Spacecraft simulation
Flight tests

AGARD Conference Proceedings No.489
Advisory Group for Aerospace Research and Development, NATO
SPACE VEHICLE FLIGHT MECHANICS
Published June 1990
498 pages

In the last thirty years we have seen a great increase in both manned and unmanned space flights for scientific studies, for communication and navigation, and for military purposes such as surveillance, reconnaissance and as a possible area of deployment for both offensive and defensive weaponry.

The possible uses of flight at near-space conditions (i.e. above about 150,000ft.) are also under consideration and,

P.T.O.

at these heights, many of the technical problems have a common basis with those of space vehicles during the launch, recovery and transatmospheric phases.

In all these areas, many problems remain only partly resolved and the relevant technologies are developing rapidly. It was considered that resolution of these problems and finding ways of using new technologies would benefit from the combined thought of the technology communities of the NATO nations. A symposium sponsored by the Flight Mechanics Panel of AGARD was seen as a timely forum for discussions on at least the flight mechanics aspects of this important topic.

The symposium included the control and trajectory aspects of launch and recovery, in-orbit dynamics, trans-atmospheric flight and the dynamic aspects of assembly and operation in space and also covered simulation and flight test.

ISBN 92-835-0567-0

---

at these heights, many of the technical problems have a common basis with those of space vehicles during the launch, recovery and transatmospheric phases.

In all these areas, many problems remain only partly resolved and the relevant technologies are developing rapidly. It was considered that resolution of these problems and finding ways of using new technologies would benefit from the combined thought of the technology communities of the NATO nations. A symposium sponsored by the Flight Mechanics Panel of AGARD was seen as a timely forum for discussions on at least the flight mechanics aspects of this important topic.

The symposium included the control and trajectory aspects of launch and recovery, in-orbit dynamics, trans-atmospheric flight and the dynamic aspects of assembly and operation in space and also covered simulation and flight test.

ISBN 92-835-0567-0

---

at these heights, many of the technical problems have a common basis with those of space vehicles during the launch, recovery and transatmospheric phases.

In all these areas, many problems remain only partly resolved and the relevant technologies are developing rapidly. It was considered that resolution of these problems and finding ways of using new technologies would benefit from the combined thought of the technology communities of the NATO nations. A symposium sponsored by the Flight Mechanics Panel of AGARD was seen as a timely forum for discussions on at least the flight mechanics aspects of this important topic.

The symposium included the control and trajectory aspects of launch and recovery, in-orbit dynamics, trans-atmospheric flight and the dynamic aspects of assembly and operation in space and also covered simulation and flight test.

ISBN 92-835-0567-0

---

at these heights, many of the technical problems have a common basis with those of space vehicles during the launch, recovery and transatmospheric phases.

In all these areas, many problems remain only partly resolved and the relevant technologies are developing rapidly. It was considered that resolution of these problems and finding ways of using new technologies would benefit from the combined thought of the technology communities of the NATO nations. A symposium sponsored by the Flight Mechanics Panel of AGARD was seen as a timely forum for discussions on at least the flight mechanics aspects of this important topic.

The symposium included the control and trajectory aspects of launch and recovery, in-orbit dynamics, trans-atmospheric flight and the dynamic aspects of assembly and operation in space and also covered simulation and flight test.

ISBN 92-835-0567-0

# AGARD

NATO ⊕ OTAN

7 rue Ancelle · 92200 NEUILLY-SUR-SEINE

FRANCE

Telephone (1)47.38.57.00 · Telex 610 176

**DISTRIBUTION OF UNCLASSIFIED
AGARD PUBLICATIONS**

AGARD does NOT hold stocks of AGARD publications at the above address for general distribution. Initial distribution of AGARD publications is made to AGARD Member Nations through the following National Distribution Centres.Further copies are sometimes available from these Centres, but if not may be purchased in Microfiche or Photocopy form from the Sales Agencies listed below.

## NATIONAL DISTRIBUTION CENTRES

**BELGIUM**
Coordonnateur AGARD — VSL
Etat-Major de la Force Aérienne
Quartier Reine Elisabeth
Rue d'Evere, 1140 Bruxelles

**CANADA**
Director Scientific Information Services
Dept of National Defence
Ottawa, Ontario K1A 0K2

**DENMARK**
Danish Defence Research Board
Ved Idraetsparken 4
2100 Copenhagen Ø

**FRANCE**
O.N.E.R.A. (Direction)
29 Avenue de la Division Leclerc
92320 Châtillon

**GERMANY**
Fachinformationszentrum
Karlsruhe
D-7514 Eggenstein-Leopoldshafen 2

**GREECE**
Hellenic Air Force
Air War College
Scientific and Technical Library
Dekelia Air Force Base
Dekelia, Athens TGA 1010

**ICELAND**
Director of Aviation
c/o Flugrad
Reyjavik

**ITALY**
Aeronautica Militare
Ufficio del Delegato Nazionale all'AGARD
3 Piazzale Adenauer
00144 Roma/EUR

**LUXEMBOURG**
See Belgium

**NETHERLANDS**
Netherlands Delegation to AGARD
National Aerospace Laboratory, NLR
Kluyverweg 1
2629 HS Delft

**NORWAY**
Norwegian Defence Research Establishment
Attn: Biblioteket
P.O. Box 25
N-2007 Kjeller

**PORTUGAL**
Portuguese National Coordinator to AGARD
Gabinete de Estudos e Programas
CLAFA
Base de Alfragide
Alfragide
2700 Amadora

**SPAIN**
INTA (AGARD Publications)
Pintor Rosales 34
28008 Madrid

**TURKEY**
Milli Savunma Bakanlığı (MSB)
ARGE Daire Başkanlığı (ARGE)
Ankara

**UNITED KINGDOM**
Defence Research Information Centre
Kentigern House
65 Brown Street
Glasgow G2 8EX

**UNITED STATES**
National Aeronautics and Space Administration (NASA)
Langley Research Center
M/S 180
Hampton, Virginia 23665

**THE UNITED STATES NATIONAL DISTRIBUTION CENTRE (NASA) DOES NOT HOLD
STOCKS OF AGARD PUBLICATIONS, AND APPLICATIONS FOR COPIES SHOULD BE MADE
DIRECT TO THE NATIONAL TECHNICAL INFORMATION SERVICE (NTIS) AT THE ADDRESS BELOW.**

## SALES AGENCIES

National Technical
Information Service (NTIS)
5285 Port Royal Road
Springfield
Virginia 22161, USA

ESA/Information Retrieval Service
European Space Agency
10, rue Mario Nikis
75015 Paris, France

The British Library
Document Supply Centre
Boston Spa, Wetherby
West Yorkshire LS23 7BQ
England

Requests for microfiche or photocopies of AGARD documents should include the AGARD serial number, title, author or editor, and publication date. Requests to NTIS should include the NASA accession report number. Full bibliographical references and abstracts of AGARD publications are given in the following journals:

Scientific and Technical Aerospace Reports (STAR)
published by NASA Scientific and Technical
Information Branch
NASA Headquarters (NIT-40)
Washington D.C. 20546, USA

Government Reports Announcements (GRA)
published by the National Technical
Information Services, Springfield
Virginia 22161, USA



*Printed by Specialised Printing Services Limited
40 Chigwell Lane, Loughton, Essex IG10 3TZ*

ISBN 92-835-0567-0

# United States Patent [19]

**Tijsma et al.**

[11]  **3,986,092**

[45]  **Oct. 12, 1976**

[54]  **STABILIZATION SYSTEM FOR A PLATFORM SUSPENDED IN A GIMBAL FRAME**

[75]  Inventors: **Sjoerd Tijsma; Gerrit Johan Hendrik Spenkelink,** both of Hengelo, Netherlands

[73]  Assignee: **Hollandse Signaalapparaten B.V.,** Hengelo, Netherlands

[22]  Filed: **Mar. 9, 1973**

[21]  Appl. No.: **339,863**

[30]  **Foreign Application Priority Data**

Mar. 15, 1972  Netherlands ...................... 7203387

[52]  **U.S. Cl.** ................................................. **318/649**
[51]  **Int. Cl.²** ........................................ **B64C 17/06**
[58]  **Field of Search** ........... 318/649, 648, 618, 621; 74/5.4

[56]  **References Cited**

UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 2,945,643 | 7/1960 | Slater | 318/649 X |
| 2,977,804 | 4/1961 | French | 318/649 X |
| 3,099,005 | 7/1963 | Goldberg | 318/648 X |
| 3,184,662 | 5/1965 | Wallace | 318/621 |
| 3,230,351 | 1/1966 | Platt et al. | 318/648 X |
| 3,246,220 | 4/1966 | Shinners | 318/618 |
| 3,456,511 | 7/1969 | Clark et al. | 74/5.4 |
| 3,471,108 | 10/1969 | Corso | 318/649 X |
| 3,665,283 | 5/1972 | LeGall | 318/649 |
| 3,830,447 | 7/1974 | Phillips | 318/648 X |

*Primary Examiner*—James R. Scott
*Attorney, Agent, or Firm*—Frank R. Trifari; George B. Berka

[57]  **ABSTRACT**

A stabilization system for a platform suspended in a gimbal frame comprises a motor tachometer combination mounted on the frame for tilting the platform about an axis, a gyro suspended on the platform and driving a synchro to provide a servo loop for controlling the motor, a preamplifier and an amplifier with a negative feedback via the motor-tacho combination to align the platform, and an angular velocity indicator mounted on the frame to produce outside the servo loop a correction signal for the tacho feedback signal.

**2 Claims, 6 Drawing Figures**





DEMODUL.   FILTER

26   27

CORRECTION VOLTAGE

DEMODUL.   INTEGR. NETWORK   PARTIAL COMPENS. VOLTAGE

COMPENS. AMPL.   PULSE LENGTH MODUL.   SWITCHING BRIDGE

17   18   19   20   21   25   22   23

12   FILTER

SERVO PREAMPLIFIER   ADDING AMPL.   ADD. AMPL. INTEGR. NETWORK   24

15

ERROR VOLTAGE   SERVO FINAL AMPLIFIER

GEAR TRANSMISSION   16

Fig. 1

ANGULAR VELOCITY INDICATOR   28

TACHO VOLTAGE

13   MOTOR
14   TACHO GENERATOR
4

INNER GIMBAL RING

29

ANGULAR VELOCITY INDICATOR

3 PLATFORM
ε
GYRO   11
7
9   10   SYNCHROS
8   6   GYRO HOUSING
TORQUE MOTORS

1   5   2

## Fig. 2

SHIP'S ROLL   $\varphi_s$
$\varphi_d$   SPURIOUS SIGNALS

33
$H_4(S)$   CORRECTION VOLTAGE

MOTOR SHAFT POSITION
30   $\varphi_m$   $\varphi_d$

$\varphi_t$   $\varepsilon$   $H_3(S)$   $H_1(S)$   $\varphi_{pl}$
GYRO POSITION   32

$H_2(S)$
31



Fig. 3A

Fig. 3B

Fig. 3C

Fig. 4



U.S. Patent    Oct. 12, 1976    Sheet 2 of 2    3,986,092

3,986,092

1

## STABILISATION SYSTEM FOR A PLATFORM SUSPENDED IN A GIMBAL FRAME

The present invention relates to a system for the stabilisation of a platform suspended in a gimbal frame about two axes perpendicular to each other, employing a gyro-driven servo system which comprises, for the purpose of the stabilisation about each of said axes, a servo preamplifier and, connected thereto, a servo final amplifier with negative feedback via a motor-tacho combination, whereby the motor controlled by the servo final amplifier is capable of tilting the platform about the relevant axis with respect to the frame.

A stabilisation system for a platform suspended in a gimbal frame is described in the Dutch patent application No. 7,017,134, while an embodiment of the servo system, as described in the opening paragraph, may be found in the Dutch patent application No. 7,106,851.

Such a stabilisation system is used, for example, on ships where a radar antenna system is to be mounted on a stabilised platform. The platform is then suspended by two concentric gimbal rings of which the outer ring is fixed to the ship. A special embodiment is described in the U.S. Pat. No. 3,358,285, where the outer gimbal ring is rigidly supported parallel to the deck by the inner wall of a substantially spherical radome being fixed to the ship.

The servo motors, with which the platform in the gimbal rings can be tilted about two axes perpendicular to each other, are mounted on the gimbal frame. Assuming that the platform is in a completely stabilised state, i.e. it has followed up a vertical gyro, and that, subsequently, ship movements are present, the relevant motor shafts will rotate with respect to the ship, owing to the fact that the motors are mounted on the gimbal frame. The tacho generators coupled to the motors will therefore supply a negative feedback voltage to the servo final amplifier with the result that the motors controlled by this amplifier will bring the previously stabilised platform a little out of its stabilised state. This problem could be solved by omitting the tacho negative feedback, but this would have an adverse effect on the properties of the servo system.

A second known solution could be obtained by omitting the tacho negative feedback, but substituting for this a feedback of the platform movement. To this effect, an angular velocity indicator mounted to the platform should then be employed, such as for example a rate gyro or an integrating angular accelerometer. The use of either a feedback of the motor motion or a correspondingly dimensioned feedback of the platform movement in the stabilisation system does not affect the dynamic properties with respect to, for example, the stabilising effect and the resistance to spurious torques. A solution to the indicated problem by feedback of the platform movement would, however, be attributable to the fact that the negative feedback voltage is practically zero, since the absolute movement of the platform, remaining in principle horizontal, is measured. This feedback voltage is not considered to be disturbing and, hence, need not be compensated for by a control voltage usually derived from a positioning error, i.e. an error that corresponds with a deviation of the platform position with respect to the position of the vertical gyro. Hence, the positioning error will remain practically zero and the platform will retain its horizontal position. In practice, however, this solution does not

2

appear to be satisfactory due to the gear transmission system between the motor and the angular velocity indicator (platform). The play and resilience introduced by said transmission system have, in combination with the masses present, a destabilising effect on the tacho loop which is now formed by the motor, the transmission system, the angular velocity indicator and the servo final amplifier with negative feedback via these elements. The resonance frequency of the mass-resilient system formed by the platform and the gear transmission system limits the tacho loop bandwidth to such an extent that the desired system bandwidth cannot be realised.

The solution of the above problem, as offered by the present invention, is attributable to the fact that two measuring instruments are mounted on the gimbal frame, each instrument providing a signal which is a measure for the angular velocity of the frame about the relevant axis and which results in a voltage that, being fed to the respective servo final amplifier, reduces the above-mentioned servo errors inherent to the system.

The solution according to the invention is therefore due to the injection of a compensation signal for the tacho negative feedback voltage into the servo system, which compensation signal is generated outside the servo loop and is therefore excluded from all (in particular mechanical) imperfections in the servo loop.

The measuring instruments used are angular velocity indicators, such as rate gyros, although laterally sensitive angular accelerometers can also be applied, but the latter are not advisable owing to the substantially higher cost attached thereto.

The invention will now be described with reference to the figures, of which:

FIG. 1 illustrates diagrammatically the stabilisation system according to the invention;

FIG. 2 shows a very simplified block diagram, illustrating the operation of the stabilisation system, and

FIGS. 3A–3C and 4 illustrate some diagrams for further explanation.

In FIG. 1 the platform to be stabilised about the axes 1 and 2 is indicated by the numeral 3. This platform is suspended in a gimbal frame of which the inner gimbal ring is designated by the numeral 4 and the outer ring by 5. The outer gimbal ring, mounted parallel to the deck, is fixed to the ship. In the embodiment in question, the platform 3 carries a gyroscope housing 6, containing a vertical gyro 7 in cardanic suspension. This gyro is kept in such a position that its spin axis is directed normal to the earth surface. This occurs in the conventional way by means of two translation accelerometers (not shown in the figure) and, connected thereto, amplifier circuits and the torque motors 8 and 9 coupled to the gyro. The way in which the gyro is brought and held in a vertical position is further described in the Dutch patent application 7,017,134; for a good understanding of the present invention it is not deemed necessary to discuss this in more detail.

If the platform 3 is not in a perfectly horizontal position, i.e. the platform is not completely aligned with the gyro 7, then an error voltage is provided by one or both of the synchros 10 and 11 coupled to the gyro. In the following description, only platform and ship movements about the axis 1 will be considered. An analogous description applies to the axis 2, about which the platform can be tilted and with respect to which ship movements occur. Suppose that the synchro 11 provides an error voltage $\epsilon$. This error voltage is fed to a

3,986,092

3

servo amplifier comprising a servo preamplifier 12 and, connected thereto, a servo final amplifier 15 with negative feedback via a motor-tacho combination 13, 14. The motor 13 controlled by the servo final amplifier tilts the platform, with the aid of the gear transmission system 16, about the axis 1 in such a way that the error voltage $\epsilon$ is reduced to zero, or that the platform is fully aligned with the gyro 7.

The servo amplifier may be of various designs. In the embodiment in question, the servo preamplifier 12 comprises successively a demodulator 17, a filter 18, so dimensioned as to adequately suppress the nutation frequency component originating from the gyro and present in the control signal, and an integrating network 19, whose function will be described hereinafter. The servo final amplifier 15 is in conformity with the Dutch patent application 7,106,851 and consists of an adding amplifier 20, which is fed with the output voltage of the servo preamplifier 12 and that of the tacho generator 14, an amplifier with compensating network 21 and an amplifier formed by a pulse length modulator 22 and a switching power bridge 23 with negative feedback, the motor 13 being incorporated in the bridge. The negative feedback last mentioned is realised through a control amplifier with integrating network 24 and the adding amplifier 25, and is used for obtaining an improved linear voltage gain characteristic. To ensure proper functioning of the servo final amplifier, the amplifier 21 is, due to the introduction of an integrating network in the negative feedback loop mentioned, also to be provided with an integrating network having a time constant preferably equal to that of the integrating network included in the negative feedback circuit. Since the specific design of the servo final amplifier is irrelevant to the present invention, the mere indication of the type used, as mentioned above, is considered to be sufficient. It should be noted, once more, that various other types of servo final amplifiers could be used.

The motor tacho combination 13, 14 is mounted on the outer gimbal ring 5. Assuming that the platform is aligned with the gyro, i.e. the error voltage $\Leftarrow 0$ and that, subsequently, the ship is rolling about the axis 1, the motor housing will be subjected to a rotation corresponding with the ship's roll, and the motor shaft to a rotation with respect to the motor housing. The result of this shaft rotation is that the tacho generator 14 delivers a voltage which, being fed to the servo final amplifier 15, effectuates that the motor 13 tilts the platform such that an error voltage $\epsilon$ is obtained; this voltage provides, via the servo preamplifier, a partial compensation of the above-mentioned voltage delivered by the tacho generator.

According to the present invention, the servo final amplifier is fed with a correction voltage which is derived, via a demodulator 26 and a filter 27, from an angular velocity indicator 28, mounted on the gimbal ring 5. Similarly, the stabilisation system comprises a second angular velocity indicator 29, in order to compensate for the errors arising in the servo system which is provided for the alignment of the platform about the axis 2. With reference to FIG. 2, a description will now be given of the effect of the inclusion of the angular velocity indicator and the way in which the filter 27 must be dimensioned in order to obtain an optimal compensation for the above-mentioned servo errors, taking into account the characteristics of the servo preamplifier and the tacho loop.

4

In FIG. 2, the servo final amplifier 15, the motor 13 and the gear transmission system 16 are represented collectively by the unit 30; the transfer function of this unit is indicated by $H_1(s)$. The unit 31 shown in FIG. 2 represents the tacho generator, directly referring to the shaft rotation with respect to the gimbal ring 5; the transfer function of this unit is indicated by $H_2(s)$. The transfer function of the tacho loop is therefore represented by:

$$\frac{H_1(s)}{1 + H_1(s) \cdot H_2(s)},$$

which will be written as

$$\frac{H_1(s)}{H_2(s)}.$$

The transfer function of the servo preamplifier 32, shown in FIG. 2 is $H_3(s)$. Finally, in FIG. 2 the angular velocity indicator with filter and demodulator is designated by 33. The transfer function of this unit is indicated by $H_4(s)$.

The transfer functions $H_1(s)$, $H_2(s)$ and $H_3(s)$ are expressed by:

$$H_1(s) = k_1 \frac{1}{s(1 + sT_m)(1 + sT_v)} \Bigg\}$$
$$H_2(s) = k_2 \cdot s$$
$$H_3(s) = k_3 \frac{1 + sT_i}{sT_i}$$

where $k_1$, $k_2$ and $k_3$ represent the d.c. gain of the units 30, 31 and 32 respectively, $T_m$ the mechanical time constant of the motor plus the load coupled thereto, $T_v$ the electrical time constant of the servo final amplifier and $T_i$ the time constant of the integrating network 19 of the servo preamplifier. The quantities $k_1$, $k_2$, $T_m$ and $T_v$ are so selected that

$$k_1 k_2 = \frac{T_m}{T_v} >> 1.$$

Under this condition:

$$H_t(s) \simeq \frac{1}{1 + sT_v + s^2 T_v^2}.$$

In FIG. 2 the reference input characterised by the position of the gyro is indicated by $\Phi_t$, which is used for the alignment of the platform (of which the angular rotation is designated by $\Phi_{p1}$). For the error voltage $\epsilon$ delivered by the synchro 11 the following formula applies: $\epsilon = \Phi_t - \Phi_{p1}$; $\Phi_t$ and $\Phi_{p1}$ are related to a coordinate system predetermined with respect to the earth. Furthermore, the inputs $\Phi_d$ and $\Phi_s$ are indicated in FIG. 2. $\Phi_d$ represents the ship's roll, as experienced at the location of the platform; however, $\Phi_d$ also comprises the relative displacement (deformation) of the platform support with respect to the ship's axes. Although $\Phi_d$, in addition to the low-frequency ship movements, also contains high-frequency components (ship's vibrations) and other imperfections in the angular velocity measurement, e.g. as a result of gimbal errors and sensitivity to velocity components in other directions, these components are indicated separately

3,986,092

5

by the spurious signal inputs $\Phi_s$, so that principally the low-frequency ship movements remain for $\Phi_d$. Thus, $\Phi_d + \Phi_s$ is the input for unit 33, while, on the other hand, $\Phi_d$ acts directly upon the platform movement in accordance with the formula: $\Phi_{p1} = \Phi_d + \Phi_m$, where, $\Phi_m$ represents the position of the motor shaft with respect to the gimbal ring 5. For the system thus realised the following formula applies:

$$\Phi_t - \Phi_d\left(1 - \frac{H_4(s)}{H_2(s)} \cdot H_t(s)\right) + \Phi_s \cdot \frac{H_4(s)}{H_3(s)} \cdot H_t(s) = \epsilon\left(1 + \frac{H_3(s)}{H_2(s)} \cdot H_t(s)\right)$$

The reference input $\Phi_t$ determined by the gyro 7 may be taken as zero. In the first instance, the influence of the low-frequency ship movements on the servo system will now be described, first assuming that $\Phi_s = 0$. The above relationship may be reduced to:

$$\frac{\epsilon}{\Phi_d} = -\frac{1 - \frac{H_4(s)}{H_3(s)} \cdot H_t(s)}{1 + \frac{H_3(s)}{H_2(s)} \cdot H_t(s)}.$$

From this it is seen that, by taking

$$H_4(s) = \frac{H_2(s)}{H_t(s)},$$

the error voltage $\epsilon = 0$; that is, the platform remains aligned with the gyro, and the output voltage of the tacho generator, due to the ship's movement, is fully compensated by the correction voltage obtained with the aid of the angular velocity indicator.

Since the frequency components of $\Phi_d$ will be within the bandwidth $(1/T_v)$ of the tacho servo and $H_t(s)$ is, within this bandwidth, it is sufficient to put $H_4(s)$ equal to $H_2(s)$. However, this condition cannot be attained, because $H_4(s)$ need not be constant. Thus, gradient variations in the angular velocity measurement may occur, for example, due to gimbal errors. $H_4(s)$ is now chosen as follows:

$$H_4(s) = k_2 s \cdot \frac{\alpha}{1 + sT_c};$$

where $\alpha k_2$ is the gradient of the angular velocity measurement. For optimal compensation $\alpha$ must equal 1. The filter 26 is therefore constructed as a low-pass filter; the time constant $T_c$ is, for example, so selected that the spurious signal input $\Phi_s$ is sufficiently attenuated; however, this will be discussed later. Within the bandwidth of the tacho loop the term

$$1 - \frac{H_4(s)}{H_2(s)} \cdot H_t(s),$$

which introduces an additional attenuation with respect to $\Phi_d$, now becomes:

$$(1 - \alpha) \cdot \frac{1 + s\frac{T_c}{1 - \alpha}}{1 + sT_c}.$$

Therefore, for frequencies below

$$\frac{1}{T_c} \ (<< \ \frac{1}{T_v})$$

6

the error reduction takes effect. It should also be noted that the more $\alpha$ deviates from 1, the smaller $T_c$ should be chosen, in order to obtain an acceptable low-frequency error reduction. The maximum improvement attainable is, however, limited to a factor of $1/1 - \alpha$.

Without compensation by means of unit 33,

$$\frac{\epsilon}{\Phi_d} = -\frac{1}{1 + \frac{H_3(s)}{H_2(s)} \cdot H_t(s)}$$

after substitution of $H_2(s)$, $H_3(s)$ and $H_t(s)$ and assuming that

$$\frac{1}{T_l} \ << \ \frac{1}{T_c} \text{ and } K_a T_v T_l << 1,$$

where

$$K_a = \frac{k_3}{k_2 T_l},$$

the above expression may be approximated as follows:

$$\frac{\epsilon}{\Phi_d} = -\frac{\frac{s^2}{K_a}}{1 + sT_l + \frac{s^2}{K_a}}.$$

The Bode diagram of this expression is illustrated in FIG. 3A for $K_a = 100 \ sec^{-2}$, $T_l = 0.113$ sec, $T_v = 5.3 \times 10^{-3}$ sec. FIG. 3B shows the Bode diagram of the term introducing the additional attenuation:

$$1 - \frac{H_4(s)}{H_2(s)} \cdot H_t(s),$$

assuming that $\alpha = 0.9$ and $T_c = 0.04$ sec. Finally, FIG. 3C illustrates the Bode diagram of the combination of the two lastmentioned terms.

On considering the influence of the spurious signal input $\Phi_s$ on the servo system, and assuming that $\Phi_d = 0$, then:

$$\frac{\epsilon}{\Phi_s} = \frac{\frac{H_4(s)}{H_3(s)} \cdot H_t(s)}{1 + \frac{H_3(s)}{H_2(s)} \cdot H_t(s)}$$

After substitution of $H_2(s)$, $H_3(s)$, $H_4(s)$ and $H_t(s)$ and assuming the same values for $T_l$, $T_v$ and $K_a$, this expression becomes:

$$\frac{\epsilon}{\Phi_s} = \frac{\alpha}{1 + sT_c} \cdot \frac{\frac{s^2}{K_a}}{1 + sT_l + \frac{s^2}{K_a}} \cdot \frac{1}{1 + sT_v + s^2 T_v^2}.$$

3,986,092

**7**

The Bode diagram of this expression is illustrated in FIG. **4**, where $\alpha = 1$, and the values for $K_a$, $T_i$, $T_v$ and $T_c$ are as above.

As seen from the figure, below the system bandwidth ($\sqrt{K_a}$) the interference suppression is determined by the transfer function of the main loop. Above the bandwidth the interference suppression is in the first instant dependent on $T_c$. For this reason, it would be favourable to take a rather large value for $T_c$. Besides, it should be considered that $\Phi_s$ itself is rather small, which is significant especially for the frequency range in the vicinity of the bandwidth limits.

It has already been pointed out that the selection of $T_c$ is also determined by the value which is assumed by $\alpha$; the more $\alpha$ deviates from **1** the smaller $T_c$ should be chosen, in order to obtain the most favourable low-frequency error reduction. On the other hand, if a larger value is taken for $T_c$, this may be important for a good high-frequency interference suppression; however, an excessively high value of $T_c$ affects the desired error reduction adversely. In addition, it should be taken into account that, in selecting a value for $T_c$, the system bandwidth should be limited, in view of the resonance frequencies arising, between approximately **2** $\sqrt{K_a}$ and $1/T_v$, introduced by the massresilient system composed of the platform and the transmission system. The selection of $T_c$ will therefore necessitate a compromise

**8**

between all of these factors. However, the abovementioned value of $T_c = 0.04$ sec already renders a considerable error reduction.

What we claim is:

1. A system for the stabilization of a platform suspended in a gimbal frame to rotate about at least one axis, comprising a gyro hung on gimbals supported on said platform, means coupled between the gyro and the platform to derive an error signal, a combination of a motor with a tacho generator mounted on said gimbal frame and mechanically coupled to said platform to tilt it about said one axis, a servo loop including a servo-preamplifier driven by said error signal to produce a partial compensation signal, and a servo final amplifier having a plurality of inputs and an output for actuating said motor; one of said inputs being supplied by said partial compensation signal and another input by a negative feedback signal produced by said tacho generator, and an angular velocity transducer mounted on the gimbal frame outside the servo loop to generate a correction signal applied to a third input of said servo final amplifier.

2. System as claimed in claim **1** wherein a low-pass filter is provided between the angular velocity indicator and the servo final amplifier.

\* \* \* \* \*

# United States Patent [19]

## Bos

[11] **3,936,716**

[45] **Feb. 3, 1976**

[54] **STABILISATION SYSTEM**

[75] Inventor: **Johannes Bos,** Hengelo, Netherlands

[73] Assignee: **U.S. Philips Corporation,** New York, N.Y.

[22] Filed: **Nov. 28, 1973**

[21] Appl. No.: **419,684**

### Related U.S. Application Data

[63] Continuation of Ser. No. 200,921, Nov. 22, 1971, abandoned.

[52] **U.S. Cl.** ................................. 318/591; 318/649
[51] **Int. Cl.²** ........................................... G05B 7/00
[58] **Field of Search** ..................... 318/591, 648, 649

[56] **References Cited**

### UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 2,382,993 | 8/1945 | Haskins, Jr. | 318/591 X |
| 2,463,687 | 3/1949 | Gittens | 318/649 |
| 2,531,826 | 11/1950 | Reichel | 318/649 X |
| 2,634,391 | 4/1953 | Rusler | 318/591 |
| 2,649,564 | 8/1953 | Meredith | 318/591 |
| 2,944,426 | 7/1960 | Amara | 318/649 X |
| 3,182,244 | 5/1965 | Fitzroy, Jr. et al. | 318/591 |
| 3,237,313 | 3/1966 | Gevas | 318/649 X |
| 3,330,945 | 7/1967 | Gevas | 318/649 X |
| 3,471,108 | 10/1969 | Corso | 318/649 X |
| 3,510,092 | 5/1970 | Hendrick et al. | 318/591 X |

*Primary Examiner*—B. Dobeck
*Attorney, Agent, or Firm*—Frank R. Trifari; Ronald L. Drumheller

[57] **ABSTRACT**

In a stabilisation system a platform is stabilised about two perpendicular axes by means of a gyro-controlled servo system. The vertical gyro being used in the stabilisation system is cardanic suspended in a gyro housing mounted on said platform. In a first step the spin axis of the vertical gyro is brought, to some extent, from a random orientation to a position vertical with respect to the earth surface by means of two synchro transmitters coupled to the gyro, first control circuits connected to each of these synchro transmitters, and two torque motors, and in a second step the vertical gyro is held in said vertical position by means of two accelerometers mounted on the platform to be stabilised, second control circuits connected to each of these accelerometers, and the abovementioned torque motors.

**10 Claims, 2 Drawing Figures**



**U.S. Patent**   February 3, 1976   Sheet 1 of 2   **3,936,716**



Fig. 1

**U.S. Patent**    February 3, 1976    Sheet 2 of 2    3,936,716



Fig. 2

3,936,716

1

## STABILISATION SYSTEM

This is a continuation of application Ser. No. 200,921, filed Nov. 22, 1971, now abandoned.

The invention relates to a stabilisation system, e.g. for a naval radar installation, whereby a gyro housing, which contains a vertical gyro in a cardanic suspension, is mounted on a platform to be stabilised and whereby said platform is stabilised about two perpendicular axes by means of at least two concentric cardan frames and a gyro-controlled servo system.

A similar system is described in the U.S. Pat. No. 3,358,285. However, before the stabilisation process there described can take place, the spin axis of the vertical gyro must, to some extent, be brought from a random position to a position vertical with respect to the earth surface. Also, in addition to the difficulties caused by this run-up process, the situation may arise that the platform is already stabilised externally through a ship's gyro situated near the centre of the ship, but that the stabilisation process is to be continued at a certain moment by use of the above-mentioned vertical gyro, while the spin axis of this gyro will generally be in a random position.

Hence, the object of the invention is to provide a stabilisation system of the type described in the opening paragraph, in which the process wherein the spin axis of the vertical gyro is brought to a position vertical with respect to the earth surface and the following platform stabilisation whereby the spin axis of the gyro must be held in said vertical position, is realised in a very simple way in one and the same system operating in two steps, the first step operating in two modes, in which steps and modes the same elements are used as much as possible.

According to the invention, in a first step, the spin axis of the vertical gyro, is brought, to some extent, from a random orientation to a position vertical with respect to the earth surface by means of two synchro transmitters coupled to the gyro, first control circuits connected to each of these synchro transmitters, and two torque motors connected to a corresponding first control circuit, each of said first control circuit is composed successively of a demodulator, a compensation network and a matching amplifier, and in a second step, the spin axis of the the vertical gyro is held in said vertical position, in a known manner, by means of two accelerometers mounted on the platform to be stabilised, second control circuits connected to each of these accelerometers and the above-mentioned torque motors, whereby each of said second control circuit is composed successively of a filter, the compensation network and a matching amplifier.

The invention will now be further explained with the aid of the figures, of which:

FIG. 1 gives a schematic representation of the stabilisation system, while

FIG. 2 illustrates in more detail that part of the stabilisation system which effects the stabilisation about one of the axes pertaining to the system.

Like parts in both figures are denoted by like reference numerals.

The numeral 1 in FIG. 1 represents a platform to be stabilised. For this purpose this platform is in a cardanic suspension by means of two concentric gimbal frames 2 and 3 and two corresponding co-planar orthogonal shafts 4 and 5, respectively. If the platform to be stabilised is on board a ship, then the inner gimbal

2

frame 2 is bearing-mounted in the gimbal frame 3, which is fixed to the ship, through the shaft 5, as customary, parallel to the ship's fore-and-aft line.

The inner gimbal frame 2 carries two servo motors 6 and 7. Through intervention of the transmission systems 8 and 9 respectively, these servo motors, by correct activation, can tilt the platform 1 to be stabilised in such a way that this platform is held in a certain fixed position with respect to an earth-fixed reference.

A gyroscope 10 serves as such a reference, said gyroscope is in a cardanic suspension in a gyroscope housing 11 mounted on the platform to be stabilised. A construction in which the gyroscope housings are connected direct with the platform to be stabilised has the advantage that the ship's deformations due to the roll and pitch movements do not influence the stabilisation. If the inaccuracies resulting from these deformations are of little significance or are corrected in another way, the gyroscope of the platform to be stabilised may be simply set up at a remote position, for instance more closely to the meta-centre of the ship. In the first case this is known as local stabilisation, in the latter case as external stabilisation. The gyroscope 10, also called vertical gyro, contains a spin axis, which, in case the gyroscope has taken the desired orientation, is exactly vertical with respect to the earth surface. The vertical gyro 10 provides two misalignment voltages through the synchro transmitters (pickoffs) 12 and 13 connected to this gyro as soon as the gyroscope housing and, hence, the platform are taken from the zero position determined by the vertical spin axis of the vertical gyro. These misalignment voltages are then fed, via the servo amplifiers 15 and 14, respectively to the servo motors 7 and 6 which, consequently, tilt the platform to be stabilised in such a way that these misalignment voltages are reduced to the zero value. In this way the platform is stabilised about the shafts 4, 5 by the servo systems (13, 14, 6, 8), (12, 15, 7, 9), controlled by the vertical gyro 10.

Although hereby the spin axis of the vertical gyro 10 is kept in a vertical position by means of the gyro control devices used, the spin axis of the gyro must previously have been brought, to some extent, from a random position to said vertical position.

According to the invention, in a first step, the spin axis of the vertical gyro 10 is brought, to some extent, from a random orientation to a position vertical with respect to the earth surface by means of the above mentioned synchro transmitters 12 and 13, first control circuits connected to each of these synchros, and two torque motors 16 and 17 connected to a corresponding first control circuit, whereby each of the first control circuits is composed successively of a demodulator, a compensation network, and a matching amplifier, which are indicated in FIG. 2 by 18, 19 and 20 respectively, and in a second step, the spin axis of the vertical gyro 10 is held in said vertical position, in a known manner, by means of two accelerometers 21 and 22 respectively, which are mounted on the platform to be stabilised, second control circuits connected with each of these accelerometers and the above-mentioned torque motors 16 and 17, whereby each of the second control circuits is composed successively of the filter indicated in FIG. 2 by 23, the compensation network 19 and the matching amplifier 20. The gyro drive circuits, of which each is formed by a combination of a first and a second control circuit, are indicated by 24 and 25 respectively.

3,936,716

3

There are two modes in which the first step of the stabilisation process can occur, viz.:

1. during external stabilisation; in that case the platform stabilisation takes place by means of a ship's gyro e.g. situated in the metacentre of the ship. The position of the platform 1 to be externally stabilised is compared with the reference position indicated by the external gyro stabilisation system 26 by means of two synchro transmitters 41 and 42, which are at the output of the external gyro stabilisation system 26, and synchro receivers 43 and 44 connected to each of the transmission systems 8 and 9 respectively. If the position of the platform 1 does not correspond to this reference position, then the synchro receivers 43 and 44 provide control voltages which are fed respectively to the servo motors 6 and 7 via the conductors 45 and 46 and the servo amplifiers 14 and 15. Hereby, the switches indicated in FIG. 1 by 27 and 28 are in the position which is not indicated. In order to easily switch from this external stabilisation to local stabilisation, i.e. stabilisation using a gyro suspended in a housing mounted on the platform to be stabilised, the spin axis of the vertical gyro must be brought to the vertical position, i.e. aligned with the externally stabilised platform within a defined limit of accuracy. To this effect the vertical gyro is controlled in this first mode by the externally stabilised platform by means of the synchro transmitters 12 and 13 coupled to the gyro itself, the gyro drive circuits 24 and 25 connected to each of these synchro's, and the torque motors 16 and 17. It should also be noted that external stabilisation can also be obtained by coupling the platform to be stabilised (locally) to another stabilised platform, so that the movements of the latter platform are followed slavely;

2. in the second mode of the first step the movements of the platform relative to the ship are arrested. Similar to the first mode of the first step, the spin axis of the gyro 10 must be brought, to some extent, from a random orientation to a position vertical with respect to the earth surface by means of the synchro transmitters 12 and 13, the gyro drive circuits 24 and 25 and the torque motors 16 and 17. Since in this situation the platform is not stabilised, the vertical gyro is brought to the vertical position with a greater inaccuracy than in the first mode. However, this does not raise any objections because in the second step the spin axis of the vertical gyro is kept in an exactly vertical position by means of accelerometers.

So, it can be seen that in the two modes the spin axis of the vertical gyro is brought, to some extent, to the vertical position and in the two modes the gyro is controlled by the platform; in the first mode by the externally stabilised platform and in the second mode by the platform, the movements of which relative to the ship are arrested.

The stabilisation system is switched from the first into the second step when, in the first mode, the spin axis of the gyro has been either aligned with the externally stabilised platform or has been placed into a practically vertical position in the second mode. Switching from the first mode of the first step to the second step occurs when a precision indicator shows that the spin axis of the gyro has been aligned with the externally stabilised platform. Switching from the second mode of the first step to the second step occurs upon the expiration of a predetermined time.

4

In the following the part of the stabilisation system that effects the stabilisation about the shaft 4 will now be further described with reference to FIG. 2.

During the external stabilisation (the first mode of the first step) the switch 28 in FIG. 2 is in the position which is not indicated. In this position the position of the platform is compared with the reference indicated by the external gyro stabilisation system 26 by means of the synchro transmission system 42, 44. If the two positions do not correspond to one another, then the synchro receiver 44 emits a control signal, which is fed to the motor 7 via the conductor 46 and the servo amplifier 15. If no external stabilisation takes place, the switch 28 is in the indicated position and the servo system formed by the amplifier 15 and the motor 7 is controlled by the synchro transmitter 12; during the second mode of the first step, however, the platform remains blocked.

The switch 29 is in the indicated position in the two modes of the first step. The vertical gyro 10 is then followed up through the synchro 12, the demodulator 18, the compensation network 19, the matching amplifier 20 and the torque motor 16. If the stabilisation system occurs in the second step, the vertical gyro is followed up through the accelerometer 21, the filter 23, the compensation network 19, the matching amplifier 20 and the torque motor 16.

Now, if it is assumed that the platform is controlled by the vertical gyro, but the spin axis of the gyro is not in an exactly vertical position, so that the platform shows an almost similar deviation from a horizontal plane, e.g. a deviation corresponding with an angular rotation $\theta_i$ of the platform about the shaft indicated in FIG. 1 by 4, the accelerometer 21 produces a voltage

$$e = K_1(g \; \theta_i + a)$$

where $g$ represents the gravitational acceleration, $a$ an interfering acceleration due to a movement of the ship and $K_1$ a constant. The signal provided by the accelerometer is thus built up from two components, viz.: a component which is a measure for the skew of the platform and a signal varying in amplitude (â) and frequency ($\omega_s$) due to the movement of the ship. The latter signal may be given by

$$K_1 \; a = K_1 \; \hat{a} \sin \omega_s t,$$

where $\omega_s$ is the frequency of the pitching movement of the ship. The signal provided by the accelerometer is fed to the filter 23. The purpose of this filter is to provide ample damping for the ship's frequencies ($\omega_s$), whose magnitudes are in the order of 0.5 to 1.25 rad/-sec. For this purpose a low-pass filter has been chosen. The dimensions of this filter are such that if F represents the transfer function of the filter, F is approximately equal to 1 for frequency values $\omega \ll 0.12$ rad/-sec and a damping of 30 dB/oct. occurs for frequency values $\omega'' > 0.12$ rad/sec. In view of this filter characteristic, the signal provided by the filter may now be expressed by:

$$K_1 \; g \; \theta_i.$$

This signal is fed to the compensation network 19. This network is composed of an amplifier 30, an integrator 31 and a summing element 32. A switch is provided between the integrator and the summing element; however, this switch is closed when the stabilisation process

3,936,716

is taking place in the second step. If the transfer function of the compensation network is now given by

$$a_1 + \frac{a_2}{s}$$

then the signal provided by this network and fed to the matching amplifier 20 is represented by

$$K_1 g \theta_i \left( a_1 + \frac{a_2}{s} \right).$$

Due to the fact that a 400 Hz pancake motor is used for the torque motor **16**, the matching amplifier 20 functions as modulator. If $K_2$ represents the d.c. amplification of this modulator and $K_3$ the transfer function of the pancake motor, the torque exerted on the gyro is expressed by

$$K_1 g \theta_i \left( a_1 + \frac{a_2}{s} \right) K_2 K_3$$

or

$$C_1 \left( 1 + \frac{C_2}{s\tau} \right) \theta_i$$

where $C_1$ and $C_2$ are constants and $\tau$ the RC time of the integrator 31 pertaining to the compensation network. Since the transfer function of the gyro may be expressed by $C_3/s$, the angle through which the gyro is turned is given by

$$\theta_o = \left( 1 + \frac{C_2}{s\tau} \right) \frac{1}{s\tau_1} \theta_i$$

where $\tau_1 = 1/C_1C_3$ represents the time constant of the erection loop formed by the accelerometer, the gyro drive circuit and the pancake motor.

If it is now assumed that no spurious torques are exerted on the gyro and the spin axis of the gyro had turned about the shaft **34** through the same angle $\theta_i$ as the platform about the shaft **4**, then the term $C_1\theta_i$ in the expression

$$C_1 \left( 1 + \frac{C_2}{s\tau} \right) \theta_i$$

represents the torque that must be exerted on the gyro in order to bring this gyro in the desired vertical position (compare: Savet - Gyroscopes: Theory and Design, Section 3–4).

If now an unbalance occurs in the gyro, for instance about the shaft indicated in FIG. **1** by **34**, then the resulting torsional unbalance produces a motion of precession about the shaft indicated in FIG. 1 by **35**. In order to eliminate this ever-increasing angular displacement, an increasing torque should be exerted on the shaft **34**. To this effect an integration, which is proportional to the unbalance occurring in the gyro, is carried out on the control torque or on a value proportional to this, such as, in the case considered, on the filtered signal from the accelerometer. Hence, the term

$$\frac{C_1C_2}{s\tau}\theta_i$$

in the last-mentioned expression represents the unbalance compensation.

As regards the integration constants $\tau$ and $\tau_1$ it may be noted that $\tau/C_2 >> \tau_1$, in order that the control determining the vertical position is not too strongly influenced by the unbalance compensation (compare: Savet - Gyroscopes: Theory and Design, Section 6–5). The integrator 31 is designed so that it has a diminished time constant $\tau$ if the input voltage of the integrator exceeds a certain value. This implies that, as long as the gyro position has not yet approached the vertical position within a certain limit of accuracy, it is of little importance that the unbalance compensation influences the control determining the desired vertical position, while, on the other hand, the delayed effect on the gyro control is reduced.

In addition to the above-mentioned unbalance compensation, an own course and speed compensation and a compensation for the earth's rotation can be provided in the gyro control.

The accelerometer **21** is sensitive to an increase in the speed of the ship. For the compensation of the resulting error in the signal from the accelerometer, a correction signal calculated by a computer, called $\check{V}e$ compensation (Ve = own speed of the ship), together with the signal from the accelerometer **21** is fed to the filter **23** via the cable receiver/amplifier **36** (compare: Savet — Gyroscopes: Theory and Design, Section 6–12)

The accelerometer **22** is sensitive to a centrifugal acceleration which results from a change in the own course of the ship. For the compensation of the resulting error in the signal from the accelerometer, a correction signal calculated by the computer, called $\check{K}e.Ve$ compensation (ke = own course of the ship), together with the signal from the accelerometer **22** is fed to the respective filter via a cable receiver/amplifier (compare: Savet - Gyroscopes: Theory and Design, Section 6–13). If the ship's heading is suddenly changed, an inaccuracy in the $\check{K}e.Ve$ compensation may occur and this may result in serious stabilisation errors. These errors may be reduced by switching the stabilisation system in a —free drift" mode. This switching is implemented by the computer which, to this effect, provides the integrator 31 and the summing element 32 with a signal via the cable receiver/amplifier 37. The integrator and the summing element are both provided with a hold circuit. The output voltage of the integrator and the summing element is kept constant in the free drift mode through these hold circuits, and the gyro control is not influenced anymore by undesired accelerations. In the free drift mode the $\check{K}e.Ve$ compensation can be left out.

Finally, the compensation for the earth's rotation is also computer-determined and, together with the signal from the compensation network 19, is fed to the modulator 20, via the cable receiver/amplifier 38 (compare: Savet - Gyroscopes: Theory and Design, Section 6–4).

As previously mentioned, the gyro is followed up via the synchro 12, the demodulator 18, the compensation network 19, the modulator 20 and the pancake motor 16 in the first and in the second mode of the first step. In case external stabilisation is taking place (i.e. in the

3,936,716

7

first mode of the first step), a precision indicator 39 and the lamp 40, the indicator being connected to the output of the amplifier 30 pertaining to the compensation network, indicate that the spin axis of the gyro is brought to the vertical position, i.e. aligned with the platform within a defined limit of accuracy and can be switched manually from the first mode of the first step to the second step. It should also be noted that the switch 33 between the integrator 31 and the summing element 32 is in the open (indicated) position during the second mode of the first step. During this mode the movements of the platform is blocked relative to the ship, and the spin axis of the gyro is only brought in an orientation approaching the vertical position, through which an unbalance compensation which would exercise a retarding influence on the gyro control in the second mode of the first step, can be left out. Upon the expiration of a time to be predetermined a switch is made automatically from the second mode of the first step to the second step, at the same time the switch 33 is being closed.

I claim:

1. A stabilisation system for a naval radar installation whereby a gyro housing, which contains a vertical gyro in a cardanic suspension, is mounted on a platform to be stabilised, which is cardanically suspended by means of two concentric gimbal frames and stabilised about two corresponding co-planar orthogonal shafts, the stabilisation about each of said shafts occurring by a servo system controlled by said gyro, wherein, in a first step, the spin axis of the vertical gyro is brought, to some extent, from a random orientation to a position vertical with respect to the earth surface by means of two synchro transmitters coupled to the gyro, first control circuits connected to each of these synchro transmitters, and two torque motors connected to a corresponding first control circuit, whereby each of said first control circuits is composed successively of a demodulator, a compensation network and a matching amplifier, and in a second step the vertical gyro is held in said vertical position in a known manner, by means of two accelerometers mounted on the platform to be stabilised, second control circuits connected to each of these accelerometers, and the above-mentioned torque motors, whereby each of said second control circuits is composed successively of a filter, the compensation network and the matching amplifier.

2. A stabilisation system as claimed in claim 1, wherein, if in the first step the platform is externally stabilised by means of a ship's gyro, which may be situated in the ship's metacentre, and the orientation of the spin axis of the vertical gyro is brought to the position vertical with respect to the earth surface, which is the position corresponding with the position of the externally stabilised platform within a defined limit of accuracy, the second step of the stabilisation process is started, whereby said external platform stabilisation is switched to the local platform stabilisation which is controlled by the vertical gyro.

3. A stabilisation system as claimed in claim 1, wherein, upon the expiration of a predetermined time, being the duration of the first step, during which time the spin axis of the vertical gyro can run in to the orientation, vertical with respect to the earth surface, the platform, whose movements relative to the ship were arrested during that time, is released, thus starting the second step of the stabilisation process.

8

4. A stabilisation system as claimed in claim 1, wherein, during the second step, said filter is fed, on the one hand, with a signal which is derived from one of the accelerometers and is a measure for the skew of the spin axis of the vertical gyro relative to the desired vertical orientation and, on the other hand, with a computer-determined ship's course and speed correction, said filter being designed as a low-pass filter such that frequency components due to the movements of the ship and present in the signal from the respective accelerometer are suppressed.

5. A stabilisation system as claimed in claim 4, wherein the compensation network is formed by an amplifier and an integrator, which are both connected to the demodulator in the first step and to said filter in the second step, and by a summing element through which the output signals of the amplifier and the integrator are fed to the matching amplifier functioning as modulator, whereby the compensation network is also provided with the two hold circuits which form a part of the integrator and the summing element respectively and keep the output voltage of both constant during the computer-determined time intervals during which the ship's heading is suddenly changed.

6. A stabilisation system as claimed in claim 5, wherein the signal fed to the matching amplifier, is formed by the output signal of the compensation network and a computerdetermined compensation for the earth's rotation.

7. A stabilisation system as claimed in claim 3, wherein a switch is provided between the integrator and the summing element, said switch blocking the integrator output during the time to be predetermined, while the stabilisation system is in the second mode of the first step.

8. A system for horizontally stabilising a platform which is cardanically mounted on a ship and free to rotate about two orthogonal axes, comprising:
  first and second accelerometers mounted on said platform for sensing inertial accelerations of said platform along said two orthogonal axes;
  a vertical gyro for holding a vertical reference, said vertical gyro being cardanically mounted on said platform and free to rotate about two axes that are parallel with said orthogonal axes;
  first and second synchros mounted along said two axes that are parallel with said orthogonal axes for sensing position differences between said platform and said gyro about said two axes;
  first and second torque motors mounted along said two axes that are parallel with said orthogonal axes for controlling the relative position of said gyro with respect to said platform about said two axes;
  first and second drive circuits normally responsive to the accelerations sensed by said accelerometers for driving said first and second torque motors in directions which tend to reduce the accelerations sensed by said accelerometers but during run-up of said gyro responsive instead to the position differences sensed by said first and second synchros for driving said first and second torque motors in directions which tend to reduce the position differences sensed by said first and second synchros;
  third and fourth torque motors mounted along said orthogonal axes for controlling the relative position of said platform with respect to said ship about said orthogonal axes; and

3,936,716

9

third and fourth drive circuits responsive to the position differences sensed by said first and second synchros, when said first and second drive circuits are responsive to the accelerations sensed by said accelerometers, for driving said third and fourth torque motors in the directions which tend to reduce the position differences sensed by said first and second synchros,

whereby said vertical gyro is normally maintained in a vertical position by said accelerometers mounted on said platform and said platform is slaved to said vertical gyro, but during run-up said vertical gyro is erected using the same components by instead slaving said vertical gyro to said platform.

9. A system as defined in claim 8, wherein said platform is fixed in position relative to said ship during run-up of said vertical gyro.

10

10. A system as defined in claim 8, and further comprising:

a source of external stabilisation signals indicative of the position differences that a stabilised platform would have with respect to said ship about said orthogonal axes; and

third and fourth synchros mounted along said orthogonal axes for sensing the amounts by which the actual position differences between said platform and said ship about said orthogonal axes deviate from the position differences indicated by stabilisation signals from said source, said third and fourth drive circuits being responsive to said amounts during run-up of said gyro for driving said third and fourth torque motors in directions which tend to reduce said amounts,

thereby externally stabilising said platform during run-up of said gyro.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   :   3,936,716
DATED        :   February 3, 1976
INVENTOR(S) :   JOHANNES BOS

It is certified that error appears in the above—identified patent and that said Letters Patent are hereby corrected as shown below:

After Section [21], it should read
--[30]    Foreign Application Priority Data
         Dutch     November 24, 1970.........7017134--

Column 1, line 43, after "circuit," insert --whereby--
Column 4, line 60, "values ω" > 0.12 rad/sec." should be
                   --values ω >> 0.12 rad/sec.--
Column 6, line 47, "-free drift"" should be --"free drift"--

Claim 6, line 4, "computerdetermined" should be --computer-
                 determined--

Signed and Sealed this
Fourteenth Day of December 1976

[SEAL]

Attest:

RUTH C. MASON
Attesting Officer

C. MARSHALL DANN
Commissioner of Patents and Trademarks

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.  :   3,936,716
DATED       :   February 3, 1976
INVENTOR(S) :   JOHANNES BOS

It is certified that error appears in the above–identified patent and that said Letters Patent are hereby corrected as shown below:

After Section [21], it should read

--[30]    Foreign Application Priority Data

Dutch     November 24, 1970.........7017134--


Column 1, line 43, after "circuit," insert --whereby--
Column 4, line 60, "values ω" > 0.12 rad/sec." should be

--values ω >> 0.12 rad/sec.--

Column 6, line 47, "-free drift"" should be --"free drift"--


Claim 6, line 4, "computerdetermined" should be --computer-

determined--

Signed and Sealed this

Fourteenth Day of December 1976

[SEAL]

Attest:


RUTH C. MASON                    C. MARSHALL DANN
Attesting Officer          Commissioner of Patents and Trademarks

## PCT

WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau

INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification [6] : | | (11) International Publication Number: | **WO 99/04224** |
|---|---|---|---|
| **G01C 21/18, H01Q 1/18** | **A1** | (43) International Publication Date: | 28 January 1999 (28.01.99) |

| | |
|---|---|
| (21) International Application Number: PCT/EP98/04955 | (81) Designated States: AU, BR, CA, CN, CZ, HU, ID, IL, JP, KR, MX, NO, NZ, PL, RU, SG, TR, UA, US, European patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE). |
| (22) International Filing Date: 8 July 1998 (08.07.98) | |
| (30) Priority Data: 1006599   16 July 1997 (16.07.97)   NL | **Published**<br>*With international search report.*<br>*Before the expiration of the time limit for amending the claims and to be republished in the event of the receipt of amendments.* |
| (71) Applicant *(for all designated States except US)*: HOLLANDSE SIGNAALAPPARATEN B.V. [NL/NL]; Zuidelijke Havenweg 40, P.O. Box 42, NL–7550 GD Hengelo (NL). | |
| (72) Inventors; and | |
| (75) Inventors/Applicants *(for US only)*: VAASSEN, Wilhelmus, Marie, Hermanus [NL/NL]; Th. Versteegstraat 83, NL–7558 HX Hengelo (NL). STAVENUITER, Antonius, Constantinus, Johannes [NL/NL]; Boekelosestraat 381, NL–7548 AT Boekelo (NL). | |

**(54) Title:** SYSTEM FOR THE STABILIZATION OF AN OBJECT MOUNTED ON A MOVING PLATFORM

**(57) Abstract**

The invention concerns an enhanced system for the stabilization of an object with reference to a moving platform. The invention is in particular suitable for the stabilization of a shipborne optical search sensor. The system comprises a stabilization platform and a regulator. According to the invention, the regulator calculates control signals for the stabilization platform on the basis of a combination of absolute ship's angular position signals and signals produced by rate gyro systems mounted on the stabilization platform. Thus, disturbances caused by flexure of the ship's structure and the stabilization platform are effectively compensated for. Said signals are preferably combined by frequency–dependent weighting.



### FOR THE PURPOSES OF INFORMATION ONLY

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AL | Albania | ES | Spain | LS | Lesotho | SI | Slovenia |
| AM | Armenia | FI | Finland | LT | Lithuania | SK | Slovakia |
| AT | Austria | FR | France | LU | Luxembourg | SN | Senegal |
| AU | Australia | GA | Gabon | LV | Latvia | SZ | Swaziland |
| AZ | Azerbaijan | GB | United Kingdom | MC | Monaco | TD | Chad |
| BA | Bosnia and Herzegovina | GE | Georgia | MD | Republic of Moldova | TG | Togo |
| BB | Barbados | GH | Ghana | MG | Madagascar | TJ | Tajikistan |
| BE | Belgium | GN | Guinea | MK | The former Yugoslav | TM | Turkmenistan |
| BF | Burkina Faso | GR | Greece | | Republic of Macedonia | TR | Turkey |
| BG | Bulgaria | HU | Hungary | ML | Mali | TT | Trinidad and Tobago |
| BJ | Benin | IE | Ireland | MN | Mongolia | UA | Ukraine |
| BR | Brazil | IL | Israel | MR | Mauritania | UG | Uganda |
| BY | Belarus | IS | Iceland | MW | Malawi | US | United States of America |
| CA | Canada | IT | Italy | MX | Mexico | UZ | Uzbekistan |
| CF | Central African Republic | JP | Japan | NE | Niger | VN | Viet Nam |
| CG | Congo | KE | Kenya | NL | Netherlands | YU | Yugoslavia |
| CH | Switzerland | KG | Kyrgyzstan | NO | Norway | ZW | Zimbabwe |
| CI | Côte d'Ivoire | KP | Democratic People's | NZ | New Zealand | | |
| CM | Cameroon | | Republic of Korea | PL | Poland | | |
| CN | China | KR | Republic of Korea | PT | Portugal | | |
| CU | Cuba | KZ | Kazakstan | RO | Romania | | |
| CZ | Czech Republic | LC | Saint Lucia | RU | Russian Federation | | |
| DE | Germany | LI | Liechtenstein | SD | Sudan | | |
| DK | Denmark | LK | Sri Lanka | SE | Sweden | | |
| EE | Estonia | LR | Liberia | SG | Singapore | | |

WO 99/04224                                              PCT/EP98/04955

## System for the stabilization of an object mounted on a moving platform

The invention relates to a system for the stabilization of
5 an object with reference to a moving platform, comprising:
- a stabilization device provided with servo motors and a servo control unit;
- a platform connected to a side of the stabilization device to be stabilized;

10

The invention is in particular suitable for the stabilization of sensors on a naval ship. A system of this type is known inter alia from patent specification US-A 5,573,218, which is hereby incorporated by reference. The
15 stabilization device described in the present patent specification comprises a stack of wedge-shaped elements, whereby each element is rotatable with reference to the underlying element. The orientation of the object is thus realized by the relative rotation of sub-elements which are
20 mutually rotatable about non-parallel shafts. The servo control unit ensures that the object, through rotation of the individual elements, assumes and maintains a desired, usually horizontal, position. In the embodiment described in this patent specification, the position of the object
25 with reference to a substructure is calculated on the basis of the geometry of the stabilization device and the relative angular position of each element with reference to its underlying element. These relative angular positions are determined with the aid of encoders. A drawback of the
30 stabilization device is that vibrations may cause stabilization errors owing to a certain measure of elasticity inherent in the stabilization system. This may have adverse consequences, particularly if the stabilization device is to be used for stabilizing an
35 optical scanner, which requires a high degree of stabilization accuracy.

2

A possible solution to this problem may be obtained from
patent specification US-A 3,358,285. The stabilization
platform described therein is provided with gyroscopes in
order to determine its position with respect to an inertial
5   coordinate system. However, this solution has the drawback
that angle-indicating gyroscopes are relatively costly,
certainly if a high degree of accuracy is required.
Besides, no benefit can then be derived from the fact that
naval ships are usually equipped with a central gyro
10  system, used for determining the ship's angular positions
with respect to an inertial coordinate system.

The system according to the invention has for its object to
provide a solution to these problems and is characterized
15  in that:
    - the system further comprises an angular velocity
      measuring device with respect to an inertial coordinate
      system, which device is connected to the stabilization
      platform;
20  - the servo control unit is provided with means to connect
      the servo control unit to an external angular position
      measuring unit of the moving platform;
    - the servo control unit is designed to control the servo
      motors on the basis of angular position signals from the
25    angular position measuring unit and angular velocity
      signals from the angular velocity measuring device.

A naval ship usually comprises a system of centrally
situated gyroscopic angular position encoders used for
30  measuring the ship's angles with respect to a north-
horizontal coordinate system. Sensors that require
stability, are positioned at a certain distance to the
angular position encoders. Ship deformations and vibrations
may cause the measured angular position and the actual
35  angular position at the sensor to deviate. A solution to

WO 99/04224                                            PCT/EP98/04955

3

this problem is obtained by combining the angular velocity
signals with the angular position measurements.

This yields two different measuring instruments to realize
5  the stabilization, each having its own specific advantages
and drawbacks. Actual practice will show that one of the
two instruments performs a more accurate measurement in a
certain frequency range than in another frequency range.

10  A favourable embodiment is thereto characterized in that
the calculation means for calculating the control signals
are designed to perform a frequency-dependent weighting of
the angular velocity signals and the angular position
signals.
15

The angular velocity indicators are preferably used for
stabilization in a high frequency band while the angular
position indicators are suitable for stabilization in a low
frequency band. Thus, ship vibrations are not transmitted
20  to the stabilization platform, whereas high-frequency
disturbances (abrupt motions) are suppressed to a
sufficient extent.

A further favourable embodiment is thereto characterized in
25  that the calculation means are designed to perform the
frequency-dependent weighting such that the control signals
for frequencies below a certain frequency $\omega_0$ are
substantially determined by the angular position signals
and the control signals for higher frequencies are
30  substantially determined by the angular velocity signals.

The invention will now be described in greater detail with
reference to the following figures, in which:
Fig. 1A and 1B represent an embodiment of the system
35        according to the invention, comprising a
stabilization device and a servo control unit;

4

Fig. 2    represents an embodiment of a conventional servo
control unit;

Fig. 3    represents an embodiment of a servo control unit to
be employed in the system according the invention;

5  Fig. 4    represents a further elaboration on an embodiment
of the servo control unit according to the
invention.


Fig. 1A and 1B are schematic representations of an
10  embodiment according to the invention in top view and side
view respectively, comprising a stabilization device 1 and
a servo control unit 2 for controlling the stabilization
device 1. Stabilization device 1 comprises a yoke-shaped
substructure 3, connected to a ship not shown here. The
15  direction of navigation is indicated by arrow R.
Stabilization device 1 additionally comprises a first
movable yoke-shaped element 4 to which is coupled a second
movable yoke-shaped element 5; both elements are rotatable
about mutually non-parallel shafts 6 and 7. A stabilization
20  platform 8 is connected to the second element 5 that
comprises the side to be stabilized of the stabilization
device. A search sensor, not shown, may be mounted on
stabilization platform 8. The ship's pitch motions are now
compensated for by rotation of element 4 about shaft 6,
25  roll motions are compensated for by rotation of element 5
about shaft 7. To this end, both shafts 6 and 7 are
provided with a servo motor and an angle sensor. For the
sake of clarity, only servo motor 9, possibly provided with
a gear wheel transmission 10 and angle sensor 11 are
30  illustrated in relation to shaft 6. The servo motors are
controlled by servo control unit 2 which is connected to
the angular encoders and to a centrally situated system of
gyroscopes 12 for encoding the ship's roll, pitch and yaw
angles with respect to a north-horizontal coordinate
35  system. In the figure, the connection with the servo motor
9 is indicated by line 13 and the connection with the angle

5

sensor 11 with line 14. The connection with the gyro system
12 is indicated by line 15.

The system of gyroscopes 12 is, however, not capable of
5  accounting for any deformations of the ship and the
stabilization device. To this end, the stabilization
platform is in accordance with the invention provided with
encoders 16 and 17. These encoders respectively measure an
absolute pitch and roll angle velocity of the stabilization
10  platform with respect to an inertial coordinate system and
are likewise connected to servo control unit 2. In the
example of the embodiment, the angular velocity encoders 16
and 17 comprise commercially available gyrochips which are
compact, inexpensive and relatively easy to apply.
15  Conventional rate gyro systems are however also suitable.
The connection of gyrochip 16 with servo control unit 2 is
indicated by line 18.

Fig. 1B shows the stabilization device in side view.
20  The first element 4 forms a small angle y with the
substructure 3.

Fig. 2 shows a block diagram of a conventional system known
from control technology. The stabilization device is
25  represented as a black box P, which represents a transfer
function in the Laplace domain which is realized by the
stabilization device. The stabilization device is
controlled by servo control unit 19. To illustrate the
state of the art, only the transfer function between the
30  control voltage applied to the servo motors, indicated by
the letter u, which directly results in a control force,
and the resulting angular position of the stabilization
platform, indicated by the letter y, are relevant. In this
context, only pitch is taken into account, as compensation
35  for roll can be effected analogously. In operational
condition, servo control unit 19 determines a servo control

6

error, indicated by reference letter e, which is the
difference between a setpoint indicated by $y_s$ and y. The
servo control unit 19 also includes a regulator, indicated
by reference letter C which, on the basis of the servo
5   control error e, calculates the control current u in such a
manner that the servo control error e remains minimal in
spite of possible disturbances. The ship's pitch angle,
indicated by $\psi_g$, measured by the system of gyroscopes 12, is
also applied to servo control unit 19. This angle's
10  negative value is taken in the block indicated by reference
letter N. In order to maintain the stabilization platform
in a level position, the inverse value of the ship's angles
measured by the system of gyroscopes 12, i.e. the desired
pitch angle of the stabilization platform, is entered as
15  setpoint $y_s$. The above implies that in operational
condition, the measured pitch angle y will follow the
inverse value of the measured pitch angle of the ship as
closely as possible.

20  As previously stated, this known method has the drawback
that the gyroscopes 12 do not allow for deformations of the
ship's structure, neither do the angular encoders connected
to the stabilization device allow for deformations of the
stabilization device itself.
25
With reference to Fig. 3 it is shown how the servo control
unit 2 according to the invention is adapted so as to
obviate said drawbacks, at least as regards the roll angle.
For the compensation of roll, the servo control unit can
30  again be applied analogously. According to the invention,
the measured absolute angular velocity signals indicated by
$\dot{\varphi}$ of the stabilization platform 8 shown in Fig. 1A and 1B
are, in addition to the measuring signals $\psi_g$ and y, also
applied to servo control unit 2. In a combination unit 20
35  incorporated in servo control unit 2, these signals are
combined to generate a setpoint $y_s$. In servo control unit 2,

7

the servo control error e is once again determined as the
difference between the setpoint $y_s$ and the measured roll
angle y around shaft 6 shown in Fig. 1A and 1B. The servo
control error e is applied to regulator unit C which
5   determines a control current u for the servo motor 9.

By way of illustration, the figure also shows the measured
absolute angular velocity signals $\dot{\varphi}$ caused by summation of
the absolute angular velocity, indicated by $\dot{\psi}_s$, of the
10  substructure 3 and the relative angular velocity $\dot{y}$ of the
stabilization platform 8 with respect to the substructure
3. The transfer function between the control force u of
servo motor 9 and the relative angular velocity $\dot{y}$ is
represented by the black box $P_v$.
15

Fig. 4 shows a preferred embodiment of combination unit 20.
The combination unit 20 includes a low-pass filter 21 for
filtering the measured absolute pitch angle of the ship to
obtain filtered absolute pitch angles. If the object to be
20  stabilized is a search sensor, the bandwidth $\omega_0$ of the
filter is preferably selected to match the sensor's
rotational frequency so that, in case of shortly
consecutive scans, the sensor remains aligned in
substantially the same direction. This is of significance,
25  particularly if the search sensor is an electro-optical
sensor provided with a pixel array. If such is the case,
the pixel processing is considerably simplified, because in
each scan, a pixel substantially represents the same
elevation angle as in the previous scans. The combination
30  unit furthermore includes an integrator 22 for integrating
the absolute pitch angle velocity signals into absolute
pitch angle position signals of the stabilization platform.
From this value is subsequently subtracted the measured
relative pitch angle y of the stabilization platform with
35  respect to the substructure to yield absolute pitch angle
signals $\psi_s$ of the substructure. These signals are then

8

passed through a high-pass filter 23 which is at least
substantially complementary to low-pass filter 21 so as to
obtain filtered absolute pitch angle signals $\psi_s$ of
substructure 3. The inverse value of these signals is then
5  added to the inverse value of the filtered absolute pitch
angles of the ship. Thus, a setpoint is generated on the
basis of a frequency-dependent weighting of measurements
made by the ship's gyroscopes and measurements made by the
absolute angular velocity encoders. Under application of
10 said complementary filters, this means that for high-
frequency disturbances, i.e. abrupt motions, the setpoint $y_s$
is substantially determined by measurements from the
absolute angular velocity encoders 16 and 17, and for low-
frequency disturbances, i.e. gradual motions, by
15 measurements from the ship's gyro system 12.

The above may be further explained with reference to
formulas known from control technology. In this respect,
use will be made of symbols which represent Laplace
20 transform variables well-known in the art of control
technology.

|       |   |   |
|-------|---|---|
| s | : | Laplace variable |
| $\psi_g$ | : | the pitch angle measured with the aid of the |
| 25 | | ship's gyroscopes |
| $\dot{\varphi}$ | : | the pitch angle velocity of the stabilization |
| | | platform measured with the aid of the gyrochip; |
| y | : | the measured angular rotation of the first |
| | | element 4 about the pitch axis 6 |
| 30 H(s) | : | a transfer function of the low-pass filter in |
| | | the Laplace domain, dependent on the Laplace |
| | | variable s, with the characteristic H(0)=1 and |
| | | H(∞)=0 |
| 1-H(s) | : | transfer function of the filter that is |
| 35 | | complementary to H(s) |
| $y_s$ | : | setpoint obtained. |

9

$y_s$ is now found to equal:

$$y_s = - \{\psi_g . H(s) + \psi_s . (1 - H(s)\}$$

5  with:

$$\psi_s = \frac{\dot{\varphi}}{s} - y.$$

10  For $H(s)$, a second order filter is preferably used, with
the transfer function:

$$H(s) = \frac{1}{\dfrac{s^2}{\omega^2} + \dfrac{2\beta}{\omega_0} s + 1}$$

15

In this formula:

$\beta$     :  a damping factor, preferably approximating 1;
20  $\omega_0$  :  the undamped natural frequency, preferably matching
            the rotational frequency of a sensor to be
            stabilized.

On the basis of mathematical rules, it can be demonstrated
25  that the generated setpoint, obtained as described above,
yields a more accurate value of the absolute position of
the substructure. Errors of a high-frequency nature caused
by flexure of the ship's structure are effectively filtered
out, while in the absence of error sources, the setpoint
30  exactly represents the absolute position of the
substructure for all frequencies, without any phase or
amplitude errors.

It is of course understood that, under the application of
35  principles known from control technology, a like
functionality can be obtained by rearrangement of the
blocks shown in the diagram. On the basis of the design
techniques pertaining to Kalman filters, it is possible to
derive a Kalman filter which combines the measuring signals
40  to obtain the frequency-dependent weighting. If the noise

10

spectra of the disturbances are known, this results in a filter that is capable of generating an even more accurate setpoint.

5   The above techniques according to the invention may be analogously applied to other types of stabilization platforms as for instance described in US-A 5,573,218.

WO 99/04224                                                    PCT/EP98/04955

11

Claims:

   1.   System for stabilizing an object with reference to a moving platform, comprising:
5  -   a stabilization device provided with servo motors and a servo control unit;
   -   a stabilization platform connected to a side of the stabilization device to be stabilized;
   characterized in that:
10  -   the system further comprises an angular velocity measuring device for measuring angular velocities with reference to an inertial coordinate system, which device is connected to the stabilization platform;
   -   the servo control unit is provided with means to
15      connect the servo control unit to an external angular position measuring unit for measuring angular positions of the moving platform;
   -   the servo control unit is designed to control the servo motors on the basis of angular position signals from
20      the angular position measuring unit and angular velocity signals from the angular velocity measuring device.

   2.   System as claimed in claim 1, characterized in that
25 the servo control unit is provided with calculation means to combine the angular velocity signals and the angular position signals into additional control signals for the stabilization device.

30 3.   System as claimed in claim 2, characterized in that the calculation means, used for calculating the additional control signals, are designed to perform a frequency-dependent weighting of the angular velocity signals and the angular position signals.

35

WO 99/04224                                                              PCT/EP98/04955

12

4.    System as claimed in claim 3, characterized in that
the calculation means are designed to perform the
frequency-dependent weighting such that the control signals
for frequencies below a certain frequency $\omega_0$ are
5  substantially determined by the angular position signals
and the control signals for higher frequencies are
substantially determined by the angular velocity signals.

5.    System as claimed in claim 4, characterized in that
10 the calculation means comprise two complementary filters,
connected to the angular position signals and to the
angular velocity signals and summation means to obtain the
control signals at least in operational condition.

15 6.    System as claimed in claim 4, characterized in that
the calculation means include a Kalman filter, the output
of which at least in operational condition, produces the
control signals.

Case 2:15-cv-08830-JAK-KS   Document 379-1   Filed 09/26/19   Page 411 of 454   Page ID #:9047



# FIG. 1A



# FIG. 1B

Case 2:15-cv-08830-JAK-KS   Document 379-1   Filed 09/26/19   Page 412 of 454   Page ID #:9048



FIG. 2

Case 2:15-cv-08830-JAK-KS   Document 379-1   Filed 09/26/19   Page 413 of 454   Page ID #:9049



FIG. 3

Case 2:15-cv-08830-JAK-KS   Document 379-1   Filed 09/26/19   Page 414 of 454   Page ID #:9050



FIG. 4

# INTERNATIONAL SEARCH REPORT

| Internationa  plication No |
|---|
| PCT/EP 98/04955 |

**A. CLASSIFICATION OF SUBJECT MATTER**

IPC 6   G01C21/18    H01Q1/18

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched  (classification system followed by classification symbols)

IPC 6   G01C   H01Q

Documentation searched other than minimum documentation to the extent that such documents are included  in the fields searched

Electronic data base consulted during the  international search (name of data base and,  where practical, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category ° | Citation of document, with indication,  where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | US 4 035 805 A (MOBLEY JOSEPH GRAHAM) 12 July 1977 see column 3, line 11 – line 16 see column 3, line 45 – column 4, line 38 --- | 1 |
| X | US 4 418 306 A (SAMSEL RICHARD W) 29 November 1983 see column 1, line 38 – line 45 see column 2, line 55 – column 3, line 64 --- | 1 |
| A | GB 2 256 318 A (JAPAN RADIO CO LTD) 2 December 1992 see abstract --- | 1 |
| A | EP 0 625 693 A (WATSON IND INC) 23 November 1994 see abstract ----- | 1 |

☐ Further documents are listed in the  continuation of box C.   ☒ Patent family members are listed in annex.

° Special categories of cited documents :

"A" document defining the general state of the  art which is not considered to be of particular relevance

"E" earlier document but published on or after the  international filing date

"L" document which may throw doubts on priority  claim(s) or which is cited to establish the publication date of another citation or other special reason (as  specified)

"O" document referring to an oral disclosure, use,  exhibition or other means

"P" document published prior to the international  filing date but later than the priority date claimed

"T" later document published after the  international filing date or priority date and not in conflict with the  application but cited to understand the principle or theory  underlying the invention

"X" document of particular relevance; the claimed  invention cannot be considered novel or cannot be considered  to involve an inventive step when the document  is taken alone

"Y" document of particular relevance; the claimed  invention cannot be considered to involve an inventive  step when the document is combined with one or more other  such documents, such combination being obvious to a  person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 8 December 1998 | 22/12/1998 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2 NL - 2280 HV Rijswijk Tel. (+31-70) 340-2040, Tx. 31 651 epo nl, Fax: (+31-70) 340-3016 | Hoekstra, F |

1

Form PCT/ISA/210 (second sheet) (July 1992)

# INTERNATIONAL  SEARCH  REPORT

Information on patent family members

| | | | |
|---|---|---|---|
| | | International application No |
| | | PCT/EP 98/04955 |

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| US 4035805 | A | 12-07-1977 | GB | 1548762 A | 18-07-1979 |
| | | | JP | 1206609 C | 11-05-1984 |
| | | | JP | 52013753 A | 02-02-1977 |
| | | | JP | 58034041 B | 23-07-1983 |
| | | | JP | 54161013 A | 20-12-1979 |
| | | | JP | 1237558 C | 31-10-1984 |
| | | | JP | 55000692 A | 07-01-1980 |
| | | | JP | 59012201 B | 21-03-1984 |
| | | | US | 4100472 A | 11-07-1978 |
| US 4418306 | A | 29-11-1983 | NONE | | |
| GB 2256318 | A | 02-12-1992 | JP | 2549470 B | 30-10-1996 |
| | | | JP | 4291805 A | 15-10-1992 |
| | | | JP | 5223587 A | 31-08-1993 |
| | | | GB | 2284899 A,B | 21-06-1995 |
| | | | US | 5227806 A | 13-07-1993 |
| EP 0625693 | A | 23-11-1994 | US | 5440817 A | 15-08-1995 |
| | | | JP | 7146141 A | 06-06-1995 |

## EXHIBIT 13

## WEST CLAIM CHARTS

| CLAIM 1 of '662 Patent | Prior art reference:  NASA publication N9219920 by West [Exhibit 7], NASA publication N9618524 by Wessling [Exhibit 8], an AGARD publication by Hartmann [Exhibit 9] |
|---|---|
| 1. A stabilized platform comprising: | |
| a payload platform for supporting an article to be stabilized; | NASA's instrument pointing subsystem (IPS), which is a three-axis stabilized platform with an equipment platform 22 (i.e., payload platform) used to mount hardware components including a gyro unit 18.  A payload, mounted on a payload support structure 25, attaches to the equipment platform 22 via a payload attachment ring 23 and payload attachment flanges 26.  [West, p. 3, Figure 1. Exploded view of JPS components; Wessling, p. 3, col. 1, Gimbal Structure Assembly, sentences 6-7]. |
| a base; | The pallet 2 and the IPS gimbal support structure, including the base plate 4, pedestal 6, and lower support framework 10 are rigidly attached to the space shuttle payload bay, and constitute a base. [West, IPS Simulation Model, P. 34, ¶ 1]  The base plate 4 attaches the IPS to the pallet 2 within the Space Shuttle payload bay.  Attached to the base plate 4 is the pedestal 6 and support framework 10 that provides a rigid base for the IPS. [Wessling, p. 3, col. 1, Gimbal Structure Assembly, sentences 3-4]. |
| a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions; | A three-axis gimbal structure assembly (GSA) includes three identical motors 11, 12, 15 referred to as torque drive units (DU's), one DU for each rotational degrees-of-freedom (DOF).  Each DU contains two redundant frameless, brushless, direct current (dc) torque motors.  [West, Hardware Description, P. 4, ¶ 1; p. 3, Fig. 1] |
| a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted; | Mounted on the IPS lower support framework 10 is an accelerometer package (ACP) 8 consisting of three analog force pendulums in an orthogonal configuration for sensing motion of the shuttle. The ACP is a first sensor package.  [West, Hardware Description, P. 4, ¶ 2; Wessling, p. 1, col. 2, last ¶] |
| a second sensor package comprising sensor | A three-axis strap-down inertial reference unit, |

| | |
|---|---|
| means for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position; and | gyro package (GP) 18, is mounted on the underside of the equipment platform 22.  [West, Hardware Description, P. 4, ¶ 3]. Additionally, an Optical Sensor Package (OSP) 24, which consists of three fixed head star trackers (FHST's) is mounted onto the payload to provide unimpeded viewing and to reduce misalignments.  Either or both the GP and/or OSP are the second sensor package. [West, p. 3, ref. 24, 25; Wessling, p. 2, top left drawing showing OSP as part of payload, and top right photo showing OSP mounted on payload]. |
| a control system connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package, | The IPS uses a multirate, multivariable digital control system, which is connected to the torque drive units (DU's) 11, 12, 15, and receives output from gyro package (GP) 18, accelerometer package (ACP) 8, and optical sensor package (OSP) 24 to achieve stabilization.  [West, Introduction, P. 1, ¶ 2; Figure 2 of Wessling--IPS Control System Diagram]. |
| wherein the second sensor package is fixed to the payload platform, | The gyro package (GP) 18, is mounted on the underside of the equipment platform 22.  [West, Hardware Description, P. 4, ¶ 3]. The Optical Sensor Package (OSP) 24 is mounted onto the payload [Wessling, p. 2, top left drawing showing OSP as part of payload, and top right photo showing OSP mounted on payload].  The payload is mounted on a payload support structure 25, which attaches to the equipment platform 22 via a payload attachment ring 23 and payload attachment flanges 26.  [West, p. 3, Figure 1. Exploded view of JPS components; Wessling, p. 3, col. 1, Gimbal Structure Assembly, sentences 6-7]. |
| and the first sensor package is fixed with respect to the base. | The accelerometer package (ACP) 8 is mounted on the IPS lower support framework 10, and therefore fixed with respect to the base.  [West, Hardware Description, P. 4, ¶ 2; Wessling, p. 1, col. 2, last ¶] |
| **CLAIM 3 of '662 Patent** 3. The stabilized platform of claim 1, wherein | |
| the second sensor package includes two level sensors for sensing a position of the payload platform in two perpendicular directions. | The three-axis strap-down inertial reference unit, gyro package (GP) 18, is included in the second sensor package and senses position of the payload |

| | |
|---|---|
| | platform in three perpendicular directions. [West, Hardware Description, P. 4, ¶ 3]. <br> Each FHST of the Optical Sensor Package (OSP) 24 outputs y and z focal plane coordinates for one or two stars, thereby sensing position of the payload platform in two perpendicular directions relative to the tracked star(s). [West, Hardware Description, P. 4, ¶ 3; P. 6, ¶ 1]. |
| **CLAIM 4 of '662 Patent** <br> 4. The stabilized platform of claim 1, wherein | |
| the second sensor package is mounted on the payload platform. | The gyro package (GP) 18, is mounted on the underside of the equipment platform 22. [West, Hardware Description, P. 4, ¶ 3]. <br> The Optical Sensor Package (OSP) 24 is mounted onto the payload [Hartmann, p. 17-2, §1.2, Electrical Configuration, ¶ 3, 2nd sentence; Wessling, p. 2, top left drawing showing OSP as part of payload, and top right photo showing OSP mounted on payload]. The payload is mounted on a payload support structure 25, which is mounted to the equipment platform 22 via a payload attachment ring 23 and payload attachment flanges 26. [West, p. 3, Figure 1. Exploded view of JPS components; Wessling, p. 3, col. 1, Gimbal Structure Assembly, sentences 6-7]. |
| **CLAIM 14 of '662 Patent** <br> 14. A method of stabilizing and self correcting a camera platform comprising: | |
| positioning a stabilized camera platform on a moving object; | NASA's instrument pointing subsystem (IPS), which includes an equipment platform 22 used to mount hardware components including a gyro unit 18 and a payload is positioned on a space shuttle, which is a moving object. [West, p. 3, Figure 1. Exploded view of JPS components; Wessling, p. 3, col. 1, Gimbal Structure Assembly, sentences 6-7]. |
| stabilizing the payload platform in at least two dimensions based on information collected by a first sensor package sensing motion of the moving object independent of motion of the payload platform; | Mounted on the IPS lower support framework 10 is an accelerometer package (ACP) 8 consisting of three analog force pendulums in an orthogonal configuration. The ACP 8 outputs are filtered by a high-pass analog filter to remove alternating current (ac) coupling, and a low-pass filter to reduce aliasing due to sampling. The output of the low-pass filter is sampled and held at a 50-Hz |

| | frequency before being acquired by the control unit. [West, Hardware Description, P. 4, ¶ 2]  The control system uses the ACP 8 output to correct position and thereby stabilize the payload platform. [West, Introduction, P. 1, ¶ 3; Wessling, P. 3, Col. 2, Data Electronics Assembly, lines 13-15]. |
|---|---|
| sensing by a second sensor package, which is fixed to the payload platform, a position of the payload platform relative to a predetermined position; and | The three-axis strap-down inertial reference unit, gyro package (GP) 18, is included in the second sensor package and senses position of the payload platform in three perpendicular directions relative to a targeted position.  [West, Hardware Description, P. 4, ¶ 3]. Each FHST of the Optical Sensor Package (OSP) 24 outputs y and z focal plane coordinates for one or two stars, thereby sensing position of the payload platform in two perpendicular directions relative to the tracked star(s).  [West, Hardware Description, P. 4, 3; P. 6, 1]. |
| self correcting the position of the payload platform to the predetermined position based on information collected by the second sensor package. | The control system obtains gyro package (GP) 18 and optical sensor package (OSP) 24 data,  to control correct position.  The fast loop, utilizes gyro measurements, from the gyro unit 18, in a proportional-integral-derivative (PID) feedback, to achieve coarse pointing.  An accelerometer feed forward loop is also used in the fast loop to suppress disturbances. [West, Introduction, P. 1, ¶ 2].  See Figure 2 of Wessling--IPS Control System Diagram. |
| **CLAIM 31 of '662 Patent** 31. A method of stabilizing and self correcting a camera platform comprising: | |
| positioning a stabilized camera platform on a moving vehicle; | The IPS includes a platform 22 which is mounted to a cargo bay of a space shuttle (a moving vehicle). |
| continuously stabilizing the platform in at least two dimensions based on information collected by a first sensor package fixed relative to the moving vehicle and sensing motion of the moving vehicle; and | The first sensor package mounted on the IPS lower support framework 10 is an accelerometer package (ACP) 8 consisting of three analog force pendulums in an orthogonal configuration for sensing motion of the shuttle.  [West, Hardware Description, P. 4, ¶ 2; Wessling, p. 1, col. 2, last ¶].  The control system uses the ACP 8 output to correct position and thereby continuously stabilize the payload platform.  [West, Introduction, P. 1, ¶ |

| | |
|---|---|
| | 3; Wessling, P. 3, Col. 2, Data Electronics Assembly, lines 13-15]. |
| periodically self correcting a position of the platform based on information collected by a second sensor package including a level sensor and mounted on the platform. | The IPS uses a multirate, multivariable digital control system composed of two timing loops-- a fast loop and a slow loop..  The fast control loop samples gyro unit 18 and accelerometer 8 data more frequently, to correct position, than the slow control loop samples data through a subsystem computer from the optical sensor package 24 to correct for gyro drifts within the system.  [West, Introduction, P. 1, ¶¶ 2-3; Wessling, P. 3, Col. 2, Data Electronics Assembly, lines 13-15; Hartmann, p. 17-3, § 2, Control System, ¶ 3, 4th sent. and § 2.1, Attitude Determination, ¶ 1, 2nd sent.].  Thus, the IPS periodically self corrects position based upon information from a second sensor package, i.e., the optical sensor package. |
| **CLAIM 32 of '662 Patent**<br>Claim 32 is similar to claim 1, except as follows: | |
| … and wherein the control system allows a user to set an initial payload platform position and provides self correction of the platform to the initial position. | IPS target acquisition can be accomplished automatically or manually.  During Manual Target Acquisition followed by Lock On Target (MTA/LOT) the crew manually acquires a target using telescope video, maneuvers IPS using Manual Pointing Controller (MPC), to place the target at the center of instrument field of view, and commands IPS to lock on any acceptable target in the field of view.  [Wessling, p. 5, col. 2, *IPS Target Acquisition and Fine Pointing Modes* -- 1st ¶].  Thus IPS *allows* a user to set an initial payload platform position and provides self correction of the platform to the initial position. |
| **CLAIM 35 of '662 Patent**<br>Claim 35 is similar to Claim 1, except as follows: | |
| ...and wherein the first sensor package comprises sensors for sensing a different type of information from the sensor means in the second sensor package. | Accelerometer package (ACP) 8 senses accelerations, which are different from deviations of the platform from the axes of gyro package (GP) 18, and also different from the focal plane coordinates of the Optical Sensor Package (OSP) 24.  Thus, the first sensor package ACP 8 comprises sensors for sensing a different type of information from the sensor |

| | means in the second sensor package. |
|---|---|
| **CLAIM 38 of '662 Patent**<br>Claim 38 is similar to Claim 1, except as follows: | |
| wherein the control system responds to information from the first sensor package more often than the control system responds to information from the second sensor package. | The IPS uses a multirate, multivariable digital control system composed of two timing loops-- a fast loop and a slow loop.  The fast control loop samples gyro unit 18 and accelerometer 8 data more frequently, to correct position, than the slow control loop samples data through a subsystem computer from the optical sensor package 24 to correct for gyro drifts within the system.  [West, Introduction, P. 1, ¶¶ 2-3; Wessling, P. 3, Col. 2, Data Electronics Assembly, lines 13-15; Hartmann, p. 17-3, § 2, Control System, ¶ 3, 4th sent. and § 2.1, Attitude Determination, ¶ 1, 2nd sent.].  Thus, the control system responds to information from the first sensor package more often than the control system responds to information from the second sensor package. |

**EXHIBIT 14**

**TIJSMA CLAIM CHARTS**

| CLAIM 1 of '662 Patent | Prior art reference: US3986092 (TIJSMA) [Exhibit 10] |
|---|---|
| 1. A stabilized platform comprising: | |
| a payload platform for supporting an article to be stabilized; | Ref. # 3 in Fig. 1 is the payload platform.  Col. 2, lines 41-42. |
| a base; | The outer ring is the base. Col. 2, lines 42-45 |
| a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions; | Motor-tacho 13, 14 combinations for each axis are the stabilizing system. Col. 1, lines 5-14, "a system for the stabilisation of a platform suspended in a gimbal frame about two axes perpendicular to each other, employing a gyro-driven servo system which comprises, for the purpose of the stabilisation about each of said axes, a servo preamplifier and, connected thereto, a servo final amplifier with negative feedback via a motor-tacho combination, whereby the motor controlled by the servo final amplifier is capable of tilting the platform about the relevant axis with respect to the frame."(underline added).  See also,  Col. 2, lines 64-67. |
| a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted; | Angular velocity indicators 28 (for axis 1), 29 (for axis 2) (Fig. 1) (e.g., rate gyros or angular accelerometers [Col. 1, line 50;  Col. 2, lines 28-30]) are a first sensor package, which are mounted on the outer ring 5, which is fixed to the ship, and sense motion of the ship in two transverse directions.  The axes 1, 2 are perpendicular.  [Col. 1, line 7]. See also, Col. 2, lines 62-67and Col. 3, lines 53-62. |
| a second sensor package comprising sensor means for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position; and | A platform-mounted vertical gyro 7 [Col. 2, lines 47-49], which includes a pair of synchros 10, 11, is a second sensor package.  Synchros 10, 11 are position sensors.  If the platform 3 is not in a perfectly horizontal position, i.e. the platform is not completely aligned with the gyro 7, then an error voltage is provided by one or both of the synchros 10 and 11.  [Col. 2, lines 59-62].  Synchro 11 produces error voltages for axis 1. [Col. 2, line 67- Col. 3, line 8].  Synchro 10 produces error voltages |

| | for axis 2. |
|---|---|
| a control system connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package, | The control system includes a servo preamplifier 12 connected to a servo final amplifier 15 with negative feedback via a motor-tacho combination 13, 14, for each axis. [Col. 1, lines 5-14; Col. 3, lines 9-39]. |
| wherein the second sensor package is fixed to the payload platform, | The platform 3 carries a gyroscope housing 6, containing the vertical gyro 7 and synchros 10 and 11, i.e., the second sensor package.  The housing, including its contents, is supported on the platform 3.  [Col. 2, lines 47-49; Col. 8, lines 7-8] |
| and the first sensor package is fixed with respect to the base. | Angular velocity indicators 28 , 29 are the first sensor package.  They are mounted on the outer ring 5, which is the base.  [Col. 3, lines 57-58]. |
| **CLAIM 3 of '662 Patent** 3. The stabilized platform of claim 1, wherein | |
| the second sensor package includes two level sensors for sensing a position of the payload platform in two perpendicular directions. | Synchros 10 and 11, of the second sensor package, are level sensors.  If the platform 3 is not in a perfectly horizontal position, i.e. the platform is not completely aligned with the gyro 7, then an error voltage is provided by one or both of the synchros 10 and 11 coupled to the gyro.  [Col. 2, lines 59-62].  As shown in Fig. 1, synchro 10 is aligned with axis 2, and synchro 11 is aligned with axis 1.  The axes are mutually perpendicular.  [Col. 1, line 7] |
| **CLAIM 4 of '662 Patent** 4. The stabilized platform of claim 1, wherein | |
| the second sensor package is mounted on the payload platform. | The gyroscope housing 6, containing the vertical gyro 7 and synchros 10 and 11, is mounted on the platform3.  The platform 3 carries a gyroscope housing 6, containing the vertical gyro 7 and synchros 10 and 11.  The housing, and its contents, is supported on the platform 3.  [Col. 2, lines 47-49; Col. 8, lines 7-8] |
| **CLAIM 14 of '662 Patent** 14. A method of stabilizing and self correcting a camera platform comprising: | |
| positioning a stabilized camera platform on a moving object; | The system stabilizes a platform suspended in a gimbal frame mounted on a ship, which is a |

| | moving object.  [Col. 2, lines 41-46] |
|---|---|
| stabilizing the payload platform in at least two dimensions based on information collected by a first sensor package sensing motion of the moving object independent of motion of the payload platform; | The angular velocity indicators 28, 29 are the first sensor package.  They supply output to servo final amplifiers that drive the motors for stabilization. [Ref. #s 28, 29 in Fig. 1; Col. 3, lines 53-62] |
| sensing by a second sensor package, which is fixed to the payload platform, a position of the payload platform relative to a predetermined position; and | The synchros 10, 11, which are fixed to the payload platform, sense position of the payload platform relative to horizontal.  [Ref. #s 7, 10, 11; Col. 2, lines 46-62, 67-68, and Col. 3, line 1-8] |
| self correcting the position of the payload platform to the predetermined position based on information collected by the second sensor package. | If the platform 3 is not in a perfectly horizontal position, i.e. the platform is not completely aligned with the gyro 7, then an error voltage is provided by one or both of the synchros 10 and 11 to a servo amplifier which controls the motors for corrective pitching about the axes.  [Col. 2, lines 59-62; Col. 3, lines 1-5 ]. |
| **CLAIM 31 of '662 Patent**<br>31. A method of stabilizing and self correcting a camera platform comprising: | |
| positioning a stabilized camera platform on a moving vehicle; | The system stabilizes a platform suspended in a gimbal frame mounted on a ship, which is a moving object.  [Col. 2, lines 41-46] |
| continuously stabilizing the platform in at least two dimensions based on information collected by a first sensor package fixed relative to the moving vehicle and sensing motion of the moving vehicle; and | The angular velocity indicators 28, 29 are the first sensor package.  They supply output to servo final amplifiers that drive the motors for stabilization. [Ref. #s 28, 29 in Fig. 1; Col. 3, lines 53-62] |
| periodically self correcting a position of the platform based on information collected by a second sensor package including a level sensor and mounted on the platform. | Error signals are generated from the platform mounted vertical gyro only when the platform drifts from perfectly horizontal.  Synchros 10 and 11, of the second sensor package, provide an error voltage for corrective pitching only on occasions when ("If") the platform 3 is not in a perfectly horizontal position, i.e. the platform is not completely aligned with the gyro 7.  [Col. 2, lines 59-62; Col. 3, lines 1-5 ].  The gyroscope housing 6, which contains the vertical gyro 7 and synchros 10 and 11, is mounted to the platform 3.  [Col. 2, lines 47-49; Col. 8, lines 7-8].  Thus, periodic self correcting a position of the platform based on |

3/4

| | |
|---|---|
| | information collected by a second sensor package including a level sensor and mounted on the platform is achieved. |
| **CLAIM 32 of '662 Patent**<br>Claim 32 is similar to claim 1, except as follows: | |
| … and wherein the control system allows a user to set an initial payload platform position and provides self correction of the platform to the initial position. | The control system includes a servo preamplifier 12 connected to a servo final amplifier 15 with negative feedback via a motor-tacho combination 13, 14, for each axis. [Col. 1, lines 5-14; Col. 3, lines 9-39]. A user of the stabilizer has set "horizontal" as a predetermined position. A user of the system of may also set some position other than horizontal by the simple introduction of electrical bias as additions to the error signals ε upon which corrections are based. [Col. 4, lines 50-64]. Thus the system *allows* a user to set an initial payload platform position and provides self correction of the platform to the initial position. |
| **CLAIM 35 of '662 Patent**<br>Claim 35 is similar to Claim 1, except as follows: | |
| ...and wherein the first sensor package comprises sensors for sensing a different type of information from the sensor means in the second sensor package. | The "angular velocity" as sensed by the first sensor package 28 and 29 is different from "position" sensed by the second sensor package. The "position" sensed by the gyro 7 is actually "angular position". "Angular velocity" is fundamentally different from "angular position". |

**EXHIBIT 15**

**BOS CLAIM CHARTS**

| CLAIM 1 of '662 Patent<br>1. A stabilized platform comprising: | Prior art reference: US3936716 (Bos) [Exhibit 11] |
|---|---|
| a payload platform for supporting an article to be stabilized; | The payload platform 1 is shown in Fig. 1. [Col. 1, lines 63-64]. |
| a base; | The outer gimbal frame 3 is the base.  [Col. 2, lines 1-2]. |
| a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions; | Two servo motors 6, 7 and associated gear transmission systems 8, 9, are the stabilizing system, which pivot the platform 1 and inner gimbal frame 2, with respect to the outer gimbal frame 3, about perpendicular axes 4, 5.  [Col. 1, line 9; Col. 2, lines 36-39, 52-68] |
| a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted; | The ship-mounted external gyro stabilization system 26 (including synchro transmitters 41 and 42) which is fixed to the ship's structure is the first sensor package.  It senses the position of the ship relative to horizontal, and thereby senses the position (relative to the horizontal about axes 4, 5) of outer-most gimbal frame 3, which is fixed to the ship's structure.  [Col. 3, lines 3-12] |
| a second sensor package comprising sensor means for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position; and | The second sensor package includes platform-mounted accelerometers 21, 22 [Col. 2, lines 58-60] and a two-shaft vertical gyro unit 11 that houses a vertical gyro 10, synchro transmitters 12, 13 and torque motors 16, 17 [Col. 2, lines 10-13, 26-30, 45-52].  The two accelerometers 21, 22 produce output signals which indicate if platform 1 is horizontal.  Output signals from the accelerometers 21, 22 nudge the plane of the gyro 10 toward horizontal (i.e., the spin axis of the gyro toward vertical), or level about each of two perpendicular axes.  [Col. 2, lines 56-68]. |
| a control system connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package, | The control system, which includes servo amplifiers 14 and 15 [Col. 2, lines 32-36] and control circuits 24 and 25 [Col. 2, lines 52-68], is connected to the servo motors 6, 7, as shown in Fig. 1. |
| wherein the second sensor package is fixed to the payload platform, | The second sensor package includes platform-mounted (and thus platform-fixed) accelerometers |

| | |
|---|---|
| | 21, 22 [Col. 2, lines 58-60] and gyroscope 10 in a gyroscope housing 11 mounted on, and thus fixed to, the platform [Col. 2, lines 10-13]. |
| and the first sensor package is fixed with respect to the base. | The outer gimbal frame 3, which is the base, is fixed to the ship's structure and thus is of fixed position relative to the ship.  [Col. 2, lines 1-2]. The ship-mounted external gyro stabilization system 26 (including synchro transmitters 41 and 42), which is the first sensor package, is also fixed to the ship's structure, and thus fixed with respect to the base. |
| **CLAIM 3 of '662 Patent**<br>3. The stabilized platform of claim 1, wherein | |
| the second sensor package includes two level sensors for sensing a position of the payload platform in two perpendicular directions. | The two accelerometers 21, 22 are level sensors, which produce output signals that indicate if platform 1 is horizontal.  Output signals from the accelerometers 21, 22 nudge the plane of the gyro 10 toward horizontal (i.e., the spin axis of the gyro toward vertical), or level about each of two perpendicular axes.  [discussed in detail at Col. 4, line 25 – Col. 5, line 56]  Also, the gyro 10, also part of the second sensor package, provides two misalignment voltages through the synchro transmitters (pickoffs) 12 and 13 connected to this gyro as soon as the gyroscope housing, and, hence, the platform are taken from the zero position determined by the vertical spin axis of the vertical gyro. These misalignment voltages are then fed, via the servo amplifiers 15 and 14, respectively to the servo motors 7 and 6 which, consequently, tilt the platform to be stabilized to correct the position of the payload platform.  [Col. 2, lines 26-35]. |
| **CLAIM 4 of '662 Patent**<br>4. The stabilized platform of claim 1, wherein | |
| the second sensor package is mounted on the payload platform. | The second sensor package includes platform-mounted accelerometers 21, 22 [Col. 2, lines 58-60] and gyroscope 10 in a gyroscope housing 11 mounted on the platform [Col. 2, lines 10-13]. |
| **CLAIM 14 of '662 Patent**<br>14. A method of stabilizing and self correcting a camera platform comprising: | |
| positioning a stabilized camera platform on a moving object; | The outer gimbal frame 3 is fixed to a ship's structure and, thus, the platform 1 is on a moving |

| | object. [Col. 2, lines 1-2]. |
|---|---|
| stabilizing the payload platform in at least two dimensions based on information collected by a first sensor package sensing motion of the moving object independent of motion of the payload platform; | Bos' platform is stabilized about two perpendicular axes. [Bos' Abstract lines 1-3]. The ship is a moving object. The first sensor package is the ship-mounted gyro stabilization system 26 which senses the position of the ship relative to horizontal. If the platform is not horizontal, it is brought to horizontal via motors 6, 7. [Col. 3, lines 3-18] |
| sensing by a second sensor package, which is fixed to the payload platform, a position of the payload platform relative to a predetermined position; and | The two accelerometers 21, 22 are level sensors, which produce output signals that indicate if platform 1 is horizontal. Output signals from the accelerometers 21, 22 nudge the plane of the gyro 10 toward horizontal (i.e., the spin axis of the gyro toward vertical), or level about each of two perpendicular axes. [discussed in detail at Col. 4, line 25 – Col. 5, line 56] |
| self correcting the position of the payload platform to the predetermined position based on information collected by the second sensor package. | The gyro 10, also part of the second sensor package, provides two misalignment voltages through the synchro transmitters (pickoffs) 12 and 13 connected to this gyro as soon as the gyroscope housing, and, hence, the platform are taken from the zero position determined by the vertical spin axis of the vertical gyro. These misalignment voltages are then fed, via the servo amplifiers 15 and 14, respectively to the servo motors 7 and 6 which, consequently, tilt the platform to be stabilized to correct the position of the payload platform. [Col. 2, lines 26-35]. |
| **CLAIM 31 of '662 Patent**<br>31. A method of stabilizing and self correcting a camera platform comprising: | |
| positioning a stabilized camera platform on a moving vehicle; | The outer gimbal frame 3 is fixed to a ship's structure and, thus, the platform 1 is on a moving vehicle. [Col. 2, lines 1-2]. |
| continuously stabilizing the platform in at least two dimensions based on information collected by a first sensor package fixed relative to the moving vehicle and sensing motion of the moving vehicle; and | The first sensor package is the ship-mounted gyro stabilization system 26 which continuously senses the position of the ship relative to horizontal during external stabilization. If the platform is not horizontal, it is brought to horizontal via motors 6, 7. [Col. 3, lines 3-18] |
| periodically self correcting a position of the platform based on information collected by a second sensor package including a level | Misalignment voltages are generated from the platform mounted vertical gyro only when the platform drifts from perfectly horizontal. The |

3/4

| | |
|---|---|
| sensor and mounted on the platform. | gyro 10, part of the second sensor package, provides two misalignment voltages through the synchro transmitters (pickoffs) 12 and 13 connected to this gyro as soon as (i.e., when) the gyroscope housing, and, hence, the platform are taken from the zero position determined by the vertical spin axis of the vertical gyro. These misalignment voltages are then fed, via the servo amplifiers 15 and 14, respectively to the servo motors 7 and 6 which, consequently, tilt the platform to be stabilized to correct the position of the payload platform.  [Col. 2, lines 26-35].  Thus, periodic self correction is achieved. |
| **CLAIM 32 of '662 Patent**<br>Claim 32 is similar to claim 1, except as follows: | |
| … and wherein the control system allows a user to set an initial payload platform position and provides self correction of the platform to the initial position. | The control system, which includes servo amplifiers 14 and 15 [Col. 2, lines 32-36] and control circuits 24 and 25 [Col. 2, lines 52-68], is connected to the servo motors 6, 7, as shown in Fig. 1.  A user of the stabilizer has set "horizontal" as a predetermined position.  A user of the system of may also set some position other than horizontal by the simple introduction of electrical bias as additions to the misalignment voltages that are then fed, via the servo amplifiers 15 and 14, respectively to the servo motors 7 and 6.  [Col. 2, lines 26-35].  Thus the system *allows* a user to set an initial payload platform position and provides self correction of the platform to the initial position. |
| **CLAIM 35 of '662 Patent**<br>Claim 35 is similar to Claim 1, except as follows: | |
| ...and wherein the first sensor package comprises sensors for sensing a different type of information from the sensor means in the second sensor package. | Accelerations sensed by accelerometers 21, 22 are different from position sensed by synchro transmitters 41 and 42 of the ships gyro 26. |

**EXHIBIT 16**

**VAASSEN CLAIM CHARTS**

| CLAIM 1 of '662 Patent<br>1. A stabilized platform comprising: | Prior art reference: WO99/04224A1<br>[Exhibit 12] |
| --- | --- |
| a payload platform for supporting an article to be stabilized; | The payload platform is stabilization platform 8.  [P. 4, lines 19-22]. |
| a base; | The base is the yoke-shaped substructure 3, connected (i.e., fixed) to a ship.  [P. 4, lines 14-18]. |
| a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions; | The stabilizing system is mutually perpendicular shafts 6 and 7, each of which is provided with a servo motor and an angle sensor.  [P. 4, lines 26-27]. |
| a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted; | The ship-mounted system of gyroscopes 12, which is fixed to the ship's structure and encodes the ship's roll, pitch and yaw angles, is the first sensor package.  [P. 4, lines 30-35] |
| a second sensor package comprising sensor means for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position; and | The second sensor package includes encoders 16 and 17 (Fig. 1A) fixed to the platform 8. [P. 5, lines 6-8].  The encoders are gyrochips [P. 5, lines 11-15] that measure an absolute pitch and roll angle velocity of the stabilization platform 8 with respect to an inertial coordinate system.  [P. 5, lines 8-11]. The gyrochips are self-contained gyros on a chip that sense angular velocities [P. 5, lines 9] about an axis.  Alternatively, conventional rate gyros  may be used in lieu of the gyrochips. [P. 5, line 15]. |
| a control system connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package, | The control system is a servo control unit 2, which combines signals sent from the platform encoders 16, 17 with signals received from the centrally situated system of gyroscopes 12 and develops drive signals to the pitch and roll motors to cause tilting motions about shafts 6 and 7 that horizontally stabilize the platform 8. [P. 6, line 30 – P. 7, line 5]. |
| wherein the second sensor package is fixed to the payload platform, | The second sensor package includes encoders 16 and 17 (Fig. 1A) fixed to the platform 8. [P. 5, lines 6-8]. |

| | |
|---|---|
| and the first sensor package is fixed with respect to the base. | As the yoke-shaped substructure 3 is fixed to the ship, and the centrally situated system of gyroscopes 12 is fixed to the ship, the centrally situated system of gyroscopes 12 is fixed in relation to the yoke-shaped substructure 3.  [P. 4, lines 14-18, 32-35] |
| **CLAIM 3 of '662 Patent** <br> 3. The stabilized platform of claim 1, wherein | |
| the second sensor package includes two level sensors for sensing a position of the payload platform in two perpendicular directions. | The two encoders 16, 17 of the second sensor package operate as level sensors, which produce output signals that indicate if the platform 8 has moved from horizontal, in two perpendicular directions.  [P. 5, lines 8-14]. |
| **CLAIM 4 of '662 Patent** <br> 4. The stabilized platform of claim 1, wherein | |
| the second sensor package is mounted on the payload platform. | The second sensor package includes encoders 16 and 17 (Fig. 1A) fixed to the platform 8. [P. 5, lines 6-8]. |
| **CLAIM 14 of '662 Patent** <br> 14. A method of stabilizing and self correcting a camera platform comprising: | |
| positioning a stabilized camera platform on a moving object; | The base, a yoke-shaped substructure 3, is connected (i.e., fixed) to a ship, a moving object.  [P. 4, lines 14-18]. |
| stabilizing the payload platform in at least two dimensions based on information collected by a first sensor package sensing motion of the moving object independent of motion of the payload platform; | The servo control unit 2 receives signals received from the centrally situated system of gyroscopes 12, the first sensor package, which is used to develop drive signals to the pitch and roll motors to cause tilting motions about shafts 6 and 7 that achieve horizontal stabilization the platform 8.  [P. 6, line 30 – P. 7, line 5]. |
| sensing by a second sensor package, which is fixed to the payload platform, a position of the payload platform relative to a predetermined position; and | The second sensor package includes encoders 16 and 17 (Fig. 1A) which are fixed to the platform 8 and sense absolute pitch and roll angle velocity, and, thus, position from horizontal.  [P. 5, lines 6-8]. |
| self correcting the position of the payload platform to the predetermined position based on information collected by the second sensor package. | The servo control unit 2 combines signals sent from the platform encoders 16, 17 with signals received from the centrally situated system of gyroscopes 12 and develops drive signals to the pitch and roll motors to cause tilting motions about shafts 6 and 7 that horizontally stabilize the platform 8, thereby self- |

| | |
|---|---|
| | correcting.  [P. 6, line 30 – P. 7, line 5]. |
| **CLAIM 31 of '662 Patent**<br>31. A method of stabilizing and self correcting a camera platform comprising: | |
| positioning a stabilized camera platform on a moving vehicle; | The base, a yoke-shaped substructure 3, is connected (i.e., fixed) to a ship, a moving vehicle.  [P. 4, lines 14-18]. |
| continuously stabilizing the platform in at least two dimensions based on information collected by a first sensor package fixed relative to the moving vehicle and sensing motion of the moving vehicle; and | The servo control unit 2 combines signals sent from the platform encoders 16, 17 with signals received from the centrally situated system of gyroscopes 12 and develops drive signals to the pitch and roll motors to cause tilting motions about shafts 6 and 7 that horizontally stabilize the platform 8, thereby self-correcting.  [P. 6, line 30 – P. 7, line 5]. |
| periodically self correcting a position of the platform based on information collected by a second sensor package including a level sensor and mounted on the platform. | The servo control unit 2 performs a frequency-dependent weighting of the angular velocity signals from the platform encoders 16, 17 and the angular position signals from the centrally situated system of gyroscopes 12, to effectively filter out angular velocity signals corresponding to errors of a high-frequency nature caused by flexure of the ship's structure are effectively filtered out.  [P. 3, lines16-22, 26-30; P. 9 lines 27-32].  Thus, the servo control unit 2 periodically self corrects a position of the platform based on information collected by the second sensor package.  The platform encoders 16, 17 sense movement from horizontal, and, therefore, are level sensors. |
| **CLAIM 32 of '662 Patent**<br>Claim 32 is similar to claim 1, except as follows: | |
| … and wherein the control system allows a user to set an initial payload platform position and provides self correction of the platform to the initial position. | The servo control unit 2<br>A user of the stabilizer has set "horizontal" as a predetermined position.  A user of the system of may also set some position other than horizontal by the simple introduction of electrical bias as additions to the angular velocity signals from the platform encoders 16, 17 and the angular position signals from the centrally situated system of gyroscopes 12. [Col. 2, lines 26-35.  Thus the system *allows* a user to set an initial payload platform |

| | position and provides self correction of the platform to the initial position. |
|---|---|
| **CLAIM 35 of '662 Patent**<br>Claim 35 is similar to Claim 1, except as follows: | |
| ...and wherein the first sensor package comprises sensors for sensing a different type of information from the sensor means in the second sensor package. | Angular velocity signals from the platform encoders 16, 17 are different from the angular position signals from the centrally situated system of gyroscopes 12. |
| **CLAIM 38 of '662 Patent**<br>Claim 38 is similar to Claim 1, except as follows: | |
| wherein the control system responds to information from the first sensor package more often than the control system responds to information from the second sensor package. | By filtering out angular velocity signals corresponding to errors of a high-frequency nature [Col. 2, lines 47-49; Col. 8, lines 7-8], the servo control unit responds to information from the first sensor package, i.e., the centrally situated system of gyroscopes 12, more often than the control system responds to information from the second sensor package, i.e., the platform encoders 16, 17.  [P. 3, 16-22, 26-30; P. 9 27-32]. |

MARK J. YOUNG
  Fla. Bar No. 0078158
Pro Hac Vice
  myoungpa@gmail.com
MARK YOUNG, P.A.
1638 Camden Avenue
Jacksonville, FL 32207
Tel.: 904-996-8099
Fax: 904-980-9234

Attorney for Oceanic Production
Equipment, Ltd. and Jordan Klein Sr.

David A. Peck
SBN 171854
Coast Law Group LLP
1140 South Coast Highway 101
Encinitas, California 92024
Tel.  760.942.8505 x108
Fax 760.942.8515
Email dpeck@coastlawgroup.com

Attorneys for Oceanic Production
Equipment, Ltd. and Jordan Klein Sr.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOICE INTERNATIONAL, INC., a California corporation; DAVID GROBER, an individual,<br><br>        Plaintiffs,<br><br>    vs.<br><br>OPPENHEIMER CINE RENTAL, LLC, a Washington corporation; OPPENHEIMER CAMERA PRODUCTS, INC., a Washington corporation; MARTY OPPENHEIMER, an individual; JORDAN KLEIN, SR., an individual; JORDAN KLEIN, JR., an individual; JOHN DANN, an individual; Mako Products, an unknown entity, Oceanic Production Equipment, Ltd., a Bahamian company; and DOES 1-10, inclusive,<br><br>      Defendants. | Case No. 2:15-cv-08830-JAK-KS<br><br>*The Honorable John A. Kronstadt, Courtroom 750*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JORDAN KLEIN SR.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIMS 1, 3, 4, 14, 32, 35 AND 38 OF US PATENT NO. 6,611,662**<br><br>Complaint Filed:  November 12, 2015 |

1

**[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT**

This matter having been brought before the court by defendant Jordan Klein Sr.'s motion for an order granting summary judgment of invalidity of claims 1, 3, 4, 14, 32, 35 and 38 of US Patent No. 6,611,662; and Plaintiffs, having received due notice and having had the opportunity to be heard; and the court having considered the application and the submissions and arguments made in support and in opposition thereto; and for the reasons set forth on the record; and for other good cause shown; ordered as follows:

Defendant Jordan Klein Sr.'s motion for an Order granting summary judgment of invalidity of claims 1, 3, 4, 14, 32, 35 and 38 of US Patent No. 6,611,662 is GRANTED.

Date:_____          _____

HON. JOHN A. KRONSTADT

U.S. DISTRICT COURT JUDGE

2

**[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT**

**EXHIBIT 18**

**STATEMENT OF UNCONTROVERTED FACTS**

1.  As shown in the Charts below, prior art NASA publication N9219920 by West [Exhibit 7] discloses every element of claims 1, 3, 4, 14, 32, 35 and 38 of US Patent No. 6,611,662:

| CLAIM 1 of '662 Patent<br>1. A stabilized platform comprising: | Prior art reference:  NASA publication N9219920 by West [Exhibit 7], NASA publication N9618524 by Wessling [Exhibit 8], an AGARD publication by Hartmann [Exhibit 9] |
|---|---|
| a payload platform for supporting an article to be stabilized; | NASA's instrument pointing subsystem (IPS), which is a three-axis stabilized platform with an equipment platform 22 (i.e., payload platform) used to mount hardware components including a gyro unit 18.  A payload, mounted on a payload support structure 25, attaches to the equipment platform 22 via a payload attachment ring 23 and payload attachment flanges 26.  [West, p. 3, Figure 1. Exploded view of JPS components; Wessling, p. 3, col. 1, Gimbal Structure Assembly, sentences 6-7]. |
| a base; | The pallet 2 and the IPS gimbal support structure, including the base plate 4, pedestal 6, and lower support framework 10 are rigidly attached to the space shuttle payload bay, and constitute a base. [West, IPS Simulation Model, P. 34, ¶ 1]  The base plate 4 attaches the IPS to the pallet 2 within the Space Shuttle payload bay.  Attached to the base plate 4 is the pedestal 6 and support framework 10 that provides a rigid base for the IPS. [Wessling, p. 3, col. 1, Gimbal Structure Assembly, sentences 3-4]. |
| a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions; | A three-axis gimbal structure assembly (GSA) includes three identical motors 11, 12, 15 referred to as torque drive units (DU's), one DU for each rotational degrees-of-freedom (DOF). Each DU contains two redundant frameless, brushless, direct current (dc) torque motors.  [West, Hardware Description, P. 4, ¶ 1; p. 3, Fig. 1] |
| a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is | Mounted on the IPS lower support framework 10 is an accelerometer package (ACP) 8 consisting of three analog force pendulums in an orthogonal |

| | |
|---|---|
| mounted; | configuration for sensing motion of the shuttle. The ACP is a first sensor package.  [West, Hardware Description, P. 4, ¶ 2; Wessling, p. 1, col. 2, last ¶] |
| a second sensor package comprising sensor means for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position; and | A three-axis strap-down inertial reference unit, gyro package (GP) 18, is mounted on the underside of the equipment platform 22.  [West, Hardware Description, P. 4, ¶ 3]. Additionally, an Optical Sensor Package (OSP) 24, which consists of three fixed head star trackers (FHST's) is mounted onto the payload to provide unimpeded viewing and to reduce misalignments.  Either or both the GP and/or OSP are the second sensor package. [West, p. 3, ref. 24, 25; Wessling, p. 2, top left drawing showing OSP as part of payload, and top right photo showing OSP mounted on payload]. |
| a control system connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package, | The IPS uses a multirate, multivariable digital control system, which is connected to the torque drive units (DU's) 11, 12, 15, and receives output from gyro package (GP) 18, accelerometer package (ACP) 8, and optical sensor package (OSP) 24 to achieve stabilization.  [West, Introduction, P. 1, ¶ 2; Figure 2 of Wessling--IPS Control System Diagram]. |
| wherein the second sensor package is fixed to the payload platform, | The gyro package (GP) 18, is mounted on the underside of the equipment platform 22.  [West, Hardware Description, P. 4, ¶ 3]. The Optical Sensor Package (OSP) 24 is mounted onto the payload [Wessling, p. 2, top left drawing showing OSP as part of payload, and top right photo showing OSP mounted on payload].  The payload is mounted on a payload support structure 25, which attaches to the equipment platform 22 via a payload attachment ring 23 and payload attachment flanges 26.  [West, p. 3, Figure 1. Exploded view of JPS components; Wessling, p. 3, col. 1, Gimbal Structure Assembly, sentences 6-7]. |
| and the first sensor package is fixed with respect to the base. | The accelerometer package (ACP) 8 is mounted on the IPS lower support framework 10, and therefore fixed with respect to the base.  [West, Hardware Description, P. 4, ¶ 2; Wessling, p. 1, col. 2, last ¶] |

| CLAIM 3 of '662 Patent | |
|---|---|
| 3. The stabilized platform of claim 1, wherein | |
| the second sensor package includes two level sensors for sensing a position of the payload platform in two perpendicular directions. | The three-axis strap-down inertial reference unit, gyro package (GP) 18, is included in the second sensor package and senses position of the payload platform in three perpendicular directions.  [West, Hardware Description, P. 4, ¶ 3]. Each FHST of the Optical Sensor Package (OSP) 24 outputs y and z focal plane coordinates for one or two stars, thereby sensing position of the payload platform in two perpendicular directions relative to the tracked star(s).  [West, Hardware Description, P. 4, ¶ 3; P. 6, ¶ 1]. |
| CLAIM 4 of '662 Patent | |
| 4. The stabilized platform of claim 1, wherein | |
| the second sensor package is mounted on the payload platform. | The gyro package (GP) 18, is mounted on the underside of the equipment platform 22.  [West, Hardware Description, P. 4, ¶ 3]. The Optical Sensor Package (OSP) 24 is mounted onto the payload [Hartmann, p. 17-2, §1.2, Electrical Configuration, ¶ 3, 2nd sentence; Wessling, p. 2, top left drawing showing OSP as part of payload, and top right photo showing OSP mounted on payload].  The payload is mounted on a payload support structure 25, which is mounted to the equipment platform 22 via a payload attachment ring 23 and payload attachment flanges 26.  [West, p. 3, Figure 1. Exploded view of JPS components; Wessling, p. 3, col. 1, Gimbal Structure Assembly, sentences 6-7]. |
| CLAIM 14 of '662 Patent | |
| 14. A method of stabilizing and self correcting a camera platform comprising: | |
| positioning a stabilized camera platform on a moving object; | NASA's instrument pointing subsystem (IPS), which includes an equipment platform 22 used to mount hardware components including a gyro unit 18 and a payload is positioned on a space shuttle, which is a moving object.  [West, p. 3, Figure 1. Exploded view of JPS components; Wessling, p. 3, col. 1, Gimbal Structure Assembly, sentences 6-7]. |
| stabilizing the payload platform in at least two dimensions based on information collected by a first sensor package sensing motion of the | Mounted on the IPS lower support framework 10 is an accelerometer package (ACP) 8 consisting of three analog force pendulums in an orthogonal |

| | |
|---|---|
| moving object independent of motion of the payload platform; | configuration.  The ACP 8 outputs are filtered by a high-pass analog filter to remove alternating current (ac) coupling, and a low-pass filter to reduce aliasing due to sampling. The output of the low-pass filter is sampled and held at a 50-Hz frequency before being acquired by the control unit.  [West, Hardware Description, P. 4, ¶ 2]  The control system uses the ACP 8 output to correct position and thereby stabilize the payload platform.  [West, Introduction, P. 1, ¶ 3; Wessling, P. 3, Col. 2, Data Electronics Assembly, lines 13-15]. |
| sensing by a second sensor package, which is fixed to the payload platform, a position of the payload platform relative to a predetermined position; and | The three-axis strap-down inertial reference unit, gyro package (GP) 18, is included in the second sensor package and senses position of the payload platform in three perpendicular directions relative to a targeted position.  [West, Hardware Description, P. 4, ¶ 3].  Each FHST of the Optical Sensor Package (OSP) 24 outputs y and z focal plane coordinates for one or two stars, thereby sensing position of the payload platform in two perpendicular directions relative to the tracked star(s).  [West, Hardware Description, P. 4, 3; P. 6, 1]. |
| self correcting the position of the payload platform to the predetermined position based on information collected by the second sensor package. | The control system obtains gyro package (GP) 18 and optical sensor package (OSP) 24 data,  to control correct position.  The fast loop, utilizes gyro measurements, from the gyro unit 18, in a proportional-integral-derivative (PID) feedback, to achieve coarse pointing.  An accelerometer feed forward loop is also used in the fast loop to suppress disturbances. [West, Introduction, P. 1, ¶ 2].  See Figure 2 of Wessling--IPS Control System Diagram. |
| **CLAIM 31 of '662 Patent**<br>31. A method of stabilizing and self correcting a camera platform comprising: | |
| positioning a stabilized camera platform on a moving vehicle; | The IPS includes a platform 22 which is mounted to a cargo bay of a space shuttle (a moving vehicle). |
| continuously stabilizing the platform in at least two dimensions based on information collected by a first sensor package fixed relative to the moving vehicle and sensing | The first sensor package mounted on the IPS lower support framework 10 is an accelerometer package (ACP) 8 consisting of three analog force pendulums in an orthogonal configuration for |

| | |
|---|---|
| motion of the moving vehicle; and | sensing motion of the shuttle.  [West, Hardware Description, P. 4, ¶ 2; Wessling, p. 1, col. 2, last ¶].  The control system uses the ACP 8 output to correct position and thereby continuously stabilize the payload platform.  [West, Introduction, P. 1, ¶ 3; Wessling, P. 3, Col. 2, Data Electronics Assembly, lines 13-15]. |
| periodically self correcting a position of the platform based on information collected by a second sensor package including a level sensor and mounted on the platform. | The IPS uses a multirate, multivariable digital control system composed of two timing loops-- a fast loop and a slow loop..  The fast control loop samples gyro unit 18 and accelerometer 8 data more frequently, to correct position, than the slow control loop samples data through a subsystem computer from the optical sensor package 24 to correct for gyro drifts within the system.  [West, Introduction, P. 1, ¶¶ 2-3; Wessling, P. 3, Col. 2, Data Electronics Assembly, lines 13-15; Hartmann, p. 17-3, § 2, Control System, ¶ 3, 4th sent. and § 2.1, Attitude Determination, ¶ 1, 2nd sent.].  Thus, the IPS periodically self corrects position based upon information from a second sensor package, i.e., the optical sensor package. |
| **CLAIM 32 of '662 Patent** Claim 32 is similar to claim 1, except as follows: | |
| … and wherein the control system allows a user to set an initial payload platform position and provides self correction of the platform to the initial position. | IPS target acquisition can be accomplished automatically or manually.  During Manual Target Acquisition followed by Lock On Target (MTA/LOT) the crew manually acquires a target using telescope video, maneuvers IPS using Manual Pointing Controller (MPC), to place the target at the center of instrument field of view, and commands IPS to lock on any acceptable target in the field of view.  [Wessling, p. 5, col. 2, *IPS Target Acquisition and Fine Pointing Modes* -- 1st ¶].  Thus IPS *allows* a user to set an initial payload platform position and provides self correction of the platform to the initial position. |
| **CLAIM 35 of '662 Patent** Claim 35 is similar to Claim 1, except as follows: | |
| ...and wherein the first sensor package comprises sensors for sensing a different type of information from the sensor means | Accelerometer package (ACP) 8 senses accelerations, which are different from deviations of the platform from the axes of gyro |

| | |
|---|---|
| in the second sensor package. | package (GP) 18, and also different from the focal plane coordinates of the Optical Sensor Package (OSP) 24.  Thus, the first sensor package ACP 8 comprises sensors for sensing a different type of information from the sensor means in the second sensor package. |
| **CLAIM 38 of '662 Patent**<br>Claim 38 is similar to Claim 1, except as follows: | |
| wherein the control system responds to information from the first sensor package more often than the control system responds to information from the second sensor package. | The IPS uses a multirate, multivariable digital control system composed of two timing loops-- a fast loop and a slow loop.  The fast control loop samples gyro unit 18 and accelerometer 8 data more frequently, to correct position, than the slow control loop samples data through a subsystem computer from the optical sensor package 24 to correct for gyro drifts within the system.  [West, Introduction, P. 1, ¶¶ 2-3; Wessling, P. 3, Col. 2, Data Electronics Assembly, lines 13-15; Hartmann, p. 17-3, § 2, Control System, ¶ 3, 4th sent. and § 2.1, Attitude Determination, ¶ 1, 2nd sent.].  Thus, the control system responds to information from the first sensor package more often than the control system responds to information from the second sensor package. |

2. As shown in the Charts below, prior art US Patent No. 3,986,092 (Tijsma) [Exhibit 10] discloses every element of claims 1, 3, 4, 14, 32 and 35 of US Patent No. 6,611,662:

| CLAIM 1 of '662 Patent | Prior art reference: US3986092 (TIJSMA) [Exhibit 10] |
|---|---|
| 1. A stabilized platform comprising: | |
| a payload platform for supporting an article to be stabilized; | Ref. # 3 in Fig. 1 is the payload platform. Col. 2, lines 41-42. |
| a base; | The outer ring is the base. Col. 2, lines 42-45 |
| a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions; | Motor-tacho 13, 14 combinations for each axis are the stabilizing system. Col. 1, lines 5-14, "a system for the stabilisation of a platform suspended in a gimbal frame about two axes perpendicular to each other, employing a gyro-driven servo system which comprises, for the purpose of the stabilisation about each of said axes, a servo preamplifier and, connected thereto, a servo final amplifier with negative feedback via a motor-tacho combination, whereby the motor controlled by the servo final amplifier is capable of tilting the platform about the relevant axis with respect to the frame."(underline added). See also, Col. 2, lines 64-67. |
| a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted; | Angular velocity indicators 28 (for axis 1), 29 (for axis 2) (Fig. 1) (e.g., rate gyros or angular accelerometers [Col. 1, line 50; Col. 2, lines 28-30]) are a first sensor package, which are mounted on the outer ring 5, which is fixed to the ship, and sense motion of the ship in two transverse directions. The axes 1, 2 are perpendicular. [Col. 1, line 7]. See also, Col. 2, lines 62-67 and Col. 3, lines 53-62. |
| a second sensor package comprising sensor means for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position; and | A platform-mounted vertical gyro 7 [Col. 2, lines 47-49], which includes a pair of synchros 10, 11, is a second sensor package. Synchros 10, 11 are position sensors. If the platform 3 is not in a perfectly horizontal position, i.e. the platform is not completely aligned with the gyro 7, then an error voltage is provided by one or both of the synchros 10 and 11. [Col. 2, lines 59-62]. Synchro 11 produces error |

| | voltages for axis 1.  [Col. 2, line 67- Col. 3, line 8].  Synchro 10 produces error voltages for axis 2. |
|---|---|
| a control system connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package, | The control system includes a servo preamplifier 12 connected to a servo final amplifier 15 with negative feedback via a motor-tacho combination 13, 14, for each axis.  [Col. 1, lines 5-14; Col. 3, lines 9-39]. |
| wherein the second sensor package is fixed to the payload platform, | The platform 3 carries a gyroscope housing 6, containing the vertical gyro 7 and synchros 10 and 11, i.e., the second sensor package.  The housing, including its contents, is supported on the platform 3.  [Col. 2, lines 47-49; Col. 8, lines 7-8] |
| and the first sensor package is fixed with respect to the base. | Angular velocity indicators 28 , 29 are the first sensor package.  They are mounted on the outer ring 5, which is the base.  [Col. 3, lines 57-58]. |
| **CLAIM 3 of '662 Patent** 3. The stabilized platform of claim 1, wherein | |
| the second sensor package includes two level sensors for sensing a position of the payload platform in two perpendicular directions. | Synchros 10 and 11, of the second sensor package, are level sensors.  If the platform 3 is not in a perfectly horizontal position, i.e. the platform is not completely aligned with the gyro 7, then an error voltage is provided by one or both of the synchros 10 and 11 coupled to the gyro.  [Col. 2, lines 59-62].  As shown in Fig. 1, synchro 10 is aligned with axis 2, and synchro 11 is aligned with axis 1.  The axes are mutually perpendicular.  [Col. 1, line 7] |
| **CLAIM 4 of '662 Patent** 4. The stabilized platform of claim 1, wherein | |
| the second sensor package is mounted on the payload platform. | The gyroscope housing 6, containing the vertical gyro 7 and synchros 10 and 11, is mounted on the platform3.  The platform 3 carries a gyroscope housing 6, containing the vertical gyro 7 and synchros 10 and 11.  The housing, and its contents, is supported on the platform 3.  [Col. 2, lines 47-49; Col. 8, lines 7-8] |
| **CLAIM 14 of '662 Patent** 14. A method of stabilizing and self correcting a camera platform comprising: | |

| | |
|---|---|
| positioning a stabilized camera platform on a moving object; | The system stabilizes a platform suspended in a gimbal frame mounted on a ship, which is a moving object.  [Col. 2, lines 41-46] |
| stabilizing the payload platform in at least two dimensions based on information collected by a first sensor package sensing motion of the moving object independent of motion of the payload platform; | The angular velocity indicators 28, 29 are the first sensor package.  They supply output to servo final amplifiers that drive the motors for stabilization. [Ref. #s 28, 29 in Fig. 1; Col. 3, lines 53-62] |
| sensing by a second sensor package, which is fixed to the payload platform, a position of the payload platform relative to a predetermined position; and | The synchros 10, 11, which are fixed to the payload platform, sense position of the payload platform relative to horizontal.  [Ref. #s 7, 10, 11; Col. 2, lines 46-62, 67-68, and Col. 3, line 1-8] |
| self correcting the position of the payload platform to the predetermined position based on information collected by the second sensor package. | If the platform 3 is not in a perfectly horizontal position, i.e. the platform is not completely aligned with the gyro 7, then an error voltage is provided by one or both of the synchros 10 and 11 to a servo amplifier which controls the motors for corrective pitching about the axes.  [Col. 2, lines 59-62; Col. 3, lines 1-5 ]. |
| **CLAIM 31 of '662 Patent**<br>31. A method of stabilizing and self correcting a camera platform comprising: | |
| positioning a stabilized camera platform on a moving vehicle; | The system stabilizes a platform suspended in a gimbal frame mounted on a ship, which is a moving object.  [Col. 2, lines 41-46] |
| continuously stabilizing the platform in at least two dimensions based on information collected by a first sensor package fixed relative to the moving vehicle and sensing motion of the moving vehicle; and | The angular velocity indicators 28, 29 are the first sensor package.  They supply output to servo final amplifiers that drive the motors for stabilization. [Ref. #s 28, 29 in Fig. 1; Col. 3, lines 53-62] |
| periodically self correcting a position of the platform based on information collected by a second sensor package including a level sensor and mounted on the platform. | Error signals are generated from the platform mounted vertical gyro only when the platform drifts from perfectly horizontal.  Synchros 10 and 11, of the second sensor package, provide an error voltage for corrective pitching only on occasions when ("If") the platform 3 is not in a perfectly horizontal position, i.e. the platform is not completely aligned with the gyro 7.  [Col. 2, lines 59-62; Col. 3, lines 1-5 ].  The gyroscope housing 6, which contains the vertical gyro 7 and synchros 10 and 11, is mounted to the platform 3.  [Col. 2, lines 47- |

| | 49; Col. 8, lines 7-8]. Thus, periodic self correcting a position of the platform based on information collected by a second sensor package including a level sensor and mounted on the platform is achieved. |
|---|---|
| **CLAIM 32 of '662 Patent**<br>Claim 32 is similar to claim 1, except as follows: | |
| … and wherein the control system allows a user to set an initial payload platform position and provides self correction of the platform to the initial position. | The control system includes a servo preamplifier 12 connected to a servo final amplifier 15 with negative feedback via a motor-tacho combination 13, 14, for each axis. [Col. 1, lines 5-14; Col. 3, lines 9-39]. A user of the stabilizer has set "horizontal" as a predetermined position. A user of the system of may also set some position other than horizontal by the simple introduction of electrical bias as additions to the error signals ε upon which corrections are based. [Col. 4, lines 50-64]. Thus the system *allows* a user to set an initial payload platform position and provides self correction of the platform to the initial position. |
| **CLAIM 35 of '662 Patent**<br>Claim 35 is similar to Claim 1, except as follows: | |
| ...and wherein the first sensor package comprises sensors for sensing a different type of information from the sensor means in the second sensor package. | The "angular velocity" as sensed by the first sensor package 28 and 29 is different from "position" sensed by the second sensor package. The "position" sensed by the gyro 7 is actually "angular position". "Angular velocity" is fundamentally different from "angular position". |

3.  As shown in the Charts below, prior art US Patent No. 3,936,716 (Bos) [Exhibit 11] discloses every element of claims 1, 3, 4, 14, 32 and 35 of US Patent No. 6,611,662:

| CLAIM 1 of '662 Patent<br>1. A stabilized platform comprising: | Prior art reference: US3936716 (Bos) [Exhibit 11] |
|---|---|
| a payload platform for supporting an article to be stabilized; | The payload platform 1 is shown in Fig. 1. [Col. 1, lines 63-64]. |
| a base; | The outer gimbal frame 3 is the base.  [Col. 2, lines 1-2]. |
| a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions; | Two servo motors 6, 7 and associated gear transmission systems 8, 9, are the stabilizing system, which pivot the platform 1 and inner gimbal frame 2, with respect to the outer gimbal frame 3, about perpendicular axes 4, 5.  [Col. 1, line 9; Col. 2, lines 36-39, 52-68] |
| a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted; | The ship-mounted external gyro stabilization system 26 (including synchro transmitters 41 and 42) which is fixed to the ship's structure is the first sensor package.  It senses the position of the ship relative to horizontal, and thereby senses the position (relative to the horizontal about axes 4, 5) of outer-most gimbal frame 3, which is fixed to the ship's structure.  [Col. 3, lines 3-12] |
| a second sensor package comprising sensor means for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position; and | The second sensor package includes platform-mounted accelerometers 21, 22 [Col. 2, lines 58-60] and a two-shaft vertical gyro unit 11 that houses a vertical gyro 10, synchro transmitters 12, 13 and torque motors 16, 17 [Col. 2, lines 10-13, 26-30, 45-52].  The two accelerometers 21, 22 produce output signals which indicate if platform 1 is horizontal.  Output signals from the accelerometers 21, 22 nudge the plane of the gyro 10 toward horizontal (i.e., the spin axis of the gyro toward vertical), or level about each of two perpendicular axes.  [Col. 2, lines 56-68]. |
| a control system connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package, | The control system, which includes servo amplifiers 14 and 15 [Col. 2, lines 32-36] and control circuits 24 and 25 [Col. 2, lines 52-68], is connected to the servo motors 6, 7, as shown in Fig. 1. |
| wherein the second sensor package is fixed to | The second sensor package includes platform- |

| | |
|---|---|
| the payload platform, | mounted (and thus platform-fixed) accelerometers 21, 22 [Col. 2, lines 58-60] and gyroscope 10 in a gyroscope housing 11 mounted on, and thus fixed to, the platform [Col. 2, lines 10-13]. |
| and the first sensor package is fixed with respect to the base. | The outer gimbal frame 3, which is the base, is fixed to the ship's structure and thus is of fixed position relative to the ship.  [Col. 2, lines 1-2].  The ship-mounted external gyro stabilization system 26 (including synchro transmitters 41 and 42), which is the first sensor package, is also fixed to the ship's structure, and thus fixed with respect to the base. |
| **CLAIM 3 of '662 Patent**<br>3. The stabilized platform of claim 1, wherein | |
| the second sensor package includes two level sensors for sensing a position of the payload platform in two perpendicular directions. | The two accelerometers 21, 22 are level sensors, which produce output signals that indicate if platform 1 is horizontal.  Output signals from the accelerometers 21, 22 nudge the plane of the gyro 10 toward horizontal (i.e., the spin axis of the gyro toward vertical), or level about each of two perpendicular axes.  [discussed in detail at Col. 4, line 25 – Col. 5, line 56]  Also, the gyro 10, also part of the second sensor package, provides two misalignment voltages through the synchro transmitters (pickoffs) 12 and 13 connected to this gyro as soon as the gyroscope housing, and, hence, the platform are taken from the zero position determined by the vertical spin axis of the vertical gyro. These misalignment voltages are then fed, via the servo amplifiers 15 and 14, respectively to the servo motors 7 and 6 which, consequently, tilt the platform to be stabilized to correct the position of the payload platform.  [Col. 2, lines 26-35]. |
| **CLAIM 4 of '662 Patent**<br>4. The stabilized platform of claim 1, wherein | |
| the second sensor package is mounted on the payload platform. | The second sensor package includes platform-mounted accelerometers 21, 22 [Col. 2, lines 58-60] and gyroscope 10 in a gyroscope housing 11 mounted on the platform [Col. 2, lines 10-13]. |
| **CLAIM 14 of '662 Patent**<br>14. A method of stabilizing and self correcting a camera platform comprising: | |
| positioning a stabilized camera platform on a | The outer gimbal frame 3 is fixed to a ship's |

| moving object; | structure and, thus, the platform 1 is on a moving object.  [Col. 2, lines 1-2]. |
|---|---|
| stabilizing the payload platform in at least two dimensions based on information collected by a first sensor package sensing motion of the moving object independent of motion of the payload platform; | Bos' platform is stabilized about two perpendicular axes. [Bos' Abstract lines 1-3].  The ship is a moving object.  The first sensor package is the ship-mounted gyro stabilization system 26 which senses the position of the ship relative to horizontal.  If the platform is not horizontal, it is brought to horizontal via motors 6, 7.  [Col. 3, lines 3-18] |
| sensing by a second sensor package, which is fixed to the payload platform, a position of the payload platform relative to a predetermined position; and | The two accelerometers 21, 22 are level sensors, which produce output signals that indicate if platform 1 is horizontal.  Output signals from the accelerometers 21, 22 nudge the plane of the gyro 10 toward horizontal (i.e., the spin axis of the gyro toward vertical), or level about each of two perpendicular axes.  [discussed in detail at Col. 4, line 25 – Col. 5, line 56] |
| self correcting the position of the payload platform to the predetermined position based on information collected by the second sensor package. | The gyro 10, also part of the second sensor package, provides two misalignment voltages through the synchro transmitters (pickoffs) 12 and 13 connected to this gyro as soon as the gyroscope housing, and, hence, the platform are taken from the zero position determined by the vertical spin axis of the vertical gyro. These misalignment voltages are then fed, via the servo amplifiers 15 and 14, respectively to the servo motors 7 and 6 which, consequently, tilt the platform to be stabilized to correct the position of the payload platform.  [Col. 2, lines 26-35]. |
| **CLAIM 31 of '662 Patent**<br>31. A method of stabilizing and self correcting a camera platform comprising: | |
| positioning a stabilized camera platform on a moving vehicle; | The outer gimbal frame 3 is fixed to a ship's structure and, thus, the platform 1 is on a moving vehicle.  [Col. 2, lines 1-2]. |
| continuously stabilizing the platform in at least two dimensions based on information collected by a first sensor package fixed relative to the moving vehicle and sensing motion of the moving vehicle; and | The first sensor package is the ship-mounted gyro stabilization system 26 which continuously senses the position of the ship relative to horizontal during external stabilization.  If the platform is not horizontal, it is brought to horizontal via motors 6, 7.  [Col. 3, lines 3-18] |
| periodically self correcting a position of the platform based on information collected by a | Misalignment voltages are generated from the platform mounted vertical gyro only when the |

| | |
|---|---|
| second sensor package including a level sensor and mounted on the platform. | platform drifts from perfectly horizontal.  The gyro 10, part of the second sensor package, provides two misalignment voltages through the synchro transmitters (pickoffs) 12 and 13 connected to this gyro as soon as (i.e., when) the gyroscope housing, and, hence, the platform are taken from the zero position determined by the vertical spin axis of the vertical gyro. These misalignment voltages are then fed, via the servo amplifiers 15 and 14, respectively to the servo motors 7 and 6 which, consequently, tilt the platform to be stabilized to correct the position of the payload platform.  [Col. 2, lines 26-35].  Thus, periodic self correction is achieved. |
| **CLAIM 32 of '662 Patent** Claim 32 is similar to claim 1, except as follows: | |
| … and wherein the control system allows a user to set an initial payload platform position and provides self correction of the platform to the initial position. | The control system, which includes servo amplifiers 14 and 15 [Col. 2, lines 32-36] and control circuits 24 and 25 [Col. 2, lines 52-68], is connected to the servo motors 6, 7, as shown in Fig. 1.  A user of the stabilizer has set "horizontal" as a predetermined position.  A user of the system of may also set some position other than horizontal by the simple introduction of electrical bias as additions to the misalignment voltages that are then fed, via the servo amplifiers 15 and 14, respectively to the servo motors 7 and 6.  [Col. 2, lines 26-35].  Thus the system *allows* a user to set an initial payload platform position and provides self correction of the platform to the initial position. |
| **CLAIM 35 of '662 Patent** Claim 35 is similar to Claim 1, except as follows: | |
| ...and wherein the first sensor package comprises sensors for sensing a different type of information from the sensor means in the second sensor package. | Accelerations sensed by accelerometers 21, 22 are different from position sensed by synchro transmitters 41 and 42 of the ships gyro 26. |

4.  As shown in the Charts below, prior art PCT International Application Publication No. WO99/04224A1 (Vaassen) [Exhibit 12] discloses every element of claims 1, 3, 4, 14, 32 and 35 of US Patent No. 6,611,662:

| CLAIM 1 of '662 Patent | Prior art reference: WO99/04224A1 [Exhibit 12] |
|---|---|
| 1. A stabilized platform comprising: | |
| a payload platform for supporting an article to be stabilized; | The payload platform is stabilization platform 8.  [P. 4, lines 19-22]. |
| a base; | The base is the yoke-shaped substructure 3, connected (i.e., fixed) to a ship.  [P. 4, lines 14-18]. |
| a stabilizing system connected between the payload platform and the base, the stabilizing system including means for moving the payload platform with respect to the base about two different axes for providing the payload platform with stabilization in two dimensions; | The stabilizing system is mutually perpendicular shafts 6 and 7, each of which is provided with a servo motor and an angle sensor.  [P. 4, lines 26-27]. |
| a first sensor package for determining, in two transverse directions, motion of a moving object on which the stabilized platform is mounted; | The ship-mounted system of gyroscopes 12, which is fixed to the ship's structure and encodes the ship's roll, pitch and yaw angles, is the first sensor package.  [P. 4, lines 30-35] |
| a second sensor package comprising sensor means for sensing a position of the payload platform and for providing information based on the position of the payload platform relative to a predetermined position; and | The second sensor package includes encoders 16 and 17 (Fig. 1A) fixed to the platform 8. [P. 5, lines 6-8].  The encoders are gyrochips [P. 5, lines 11-15] that measure an absolute pitch and roll angle velocity of the stabilization platform 8 with respect to an inertial coordinate system.  [P. 5, lines 8-11]. The gyrochips are self-contained gyros on a chip that sense angular velocities [P. 5, lines 9] about an axis.  Alternatively, conventional rate gyros  may be used in lieu of the gyrochips. [P. 5, line 15]. |
| a control system connected to the means for moving for stabilizing the platform in response to information provided by the first sensor package and the second sensor package, | The control system is a servo control unit 2, which combines signals sent from the platform encoders 16, 17 with signals received from the centrally situated system of gyroscopes 12 and develops drive signals to the pitch and roll motors to cause tilting motions about shafts 6 and 7 that horizontally stabilize the platform 8. [P. 6, line 30 – P. 7, line 5]. |
| wherein the second sensor package is fixed to the | The second sensor package includes encoders |

| payload platform, | 16 and 17 (Fig. 1A) fixed to the platform 8. [P. 5, lines 6-8]. |
|---|---|
| and the first sensor package is fixed with respect to the base. | As the yoke-shaped substructure 3 is fixed to the ship, and the centrally situated system of gyroscopes 12 is fixed to the ship, the centrally situated system of gyroscopes 12 is fixed in relation to the yoke-shaped substructure 3.  [P. 4, lines 14-18, 32-35] |
| **CLAIM 3 of '662 Patent**<br>3. The stabilized platform of claim 1, wherein | |
| the second sensor package includes two level sensors for sensing a position of the payload platform in two perpendicular directions. | The two encoders 16, 17 of the second sensor package operate as level sensors, which produce output signals that indicate if the platform 8 has moved from horizontal, in two perpendicular directions.  [P. 5, lines 8-14]. |
| **CLAIM 4 of '662 Patent**<br>4. The stabilized platform of claim 1, wherein | |
| the second sensor package is mounted on the payload platform. | The second sensor package includes encoders 16 and 17 (Fig. 1A) fixed to the platform 8. [P. 5, lines 6-8]. |
| **CLAIM 14 of '662 Patent**<br>14. A method of stabilizing and self correcting a camera platform comprising: | |
| positioning a stabilized camera platform on a moving object; | The base, a yoke-shaped substructure 3, is connected (i.e., fixed) to a ship, a moving object.  [P. 4, lines 14-18]. |
| stabilizing the payload platform in at least two dimensions based on information collected by a first sensor package sensing motion of the moving object independent of motion of the payload platform; | The servo control unit 2 receives signals received from the centrally situated system of gyroscopes 12, the first sensor package, which is used to develop drive signals to the pitch and roll motors to cause tilting motions about shafts 6 and 7 that achieve horizontal stabilization the platform 8.  [P. 6, line 30 – P. 7, line 5]. |
| sensing by a second sensor package, which is fixed to the payload platform, a position of the payload platform relative to a predetermined position; and | The second sensor package includes encoders 16 and 17 (Fig. 1A) which are fixed to the platform 8 and sense absolute pitch and roll angle velocity and, thus, position from horizontal.  [P. 5, lines 6-8]. |
| self correcting the position of the payload platform to the predetermined position based on information collected by the second sensor package. | The servo control unit 2 combines signals sent from the platform encoders 16, 17 with signals received from the centrally situated system of gyroscopes 12 and develops drive signals to the pitch and roll motors to cause tilting |

16/18

| | |
|---|---|
| | motions about shafts 6 and 7 that horizontally stabilize the platform 8, thereby self-correcting.  [P. 6, line 30 – P. 7, line 5]. |
| **CLAIM 31 of '662 Patent**<br>31. A method of stabilizing and self correcting a camera platform comprising: | |
| positioning a stabilized camera platform on a moving vehicle; | The base, a yoke-shaped substructure 3, is connected (i.e., fixed) to a ship, a moving vehicle.  [P. 4, lines 14-18]. |
| continuously stabilizing the platform in at least two dimensions based on information collected by a first sensor package fixed relative to the moving vehicle and sensing motion of the moving vehicle; and | The servo control unit 2 combines signals sent from the platform encoders 16, 17 with signals received from the centrally situated system of gyroscopes 12 and develops drive signals to the pitch and roll motors to cause tilting motions about shafts 6 and 7 that horizontally stabilize the platform 8, thereby self-correcting.  [P. 6, line 30 – P. 7, line 5]. |
| periodically self correcting a position of the platform based on information collected by a second sensor package including a level sensor and mounted on the platform. | The servo control unit 2 performs a frequency-dependent weighting of the angular velocity signals from the platform encoders 16, 17 and the angular position signals from the centrally situated system of gyroscopes 12, to effectively filter out angular velocity signals corresponding to errors of a high-frequency nature caused by flexure of the ship's structure are effectively filtered out.  [P. 3, lines16-22, 26-30; P. 9 lines 27-32].  Thus, the servo control unit 2 periodically self corrects a position of the platform based on information collected by the second sensor package.  The platform encoders 16, 17 sense movement from horizontal, and, therefore, are level sensors. |
| **CLAIM 32 of '662 Patent**<br>Claim 32 is similar to claim 1, except as follows: | |
| … and wherein the control system allows a user to set an initial payload platform position and provides self correction of the platform to the initial position. | The servo control unit 2<br>A user of the stabilizer has set "horizontal" as a predetermined position.  A user of the system of may also set some position other than horizontal by the simple introduction of electrical bias as additions to the angular velocity signals from the platform encoders 16, 17 and the angular position signals from the centrally situated system of gyroscopes 12. |

| | [Col. 2, lines 26-35]. Thus the system *allows* a user to set an initial payload platform position and provides self correction of the platform to the initial position. |
|---|---|
| **CLAIM 35 of '662 Patent**<br>Claim 35 is similar to Claim 1, except as follows: | |
| ...and wherein the first sensor package comprises sensors for sensing a different type of information from the sensor means in the second sensor package. | Angular velocity signals from the platform encoders 16, 17 are different from the angular position signals from the centrally situated system of gyroscopes 12. |
| **CLAIM 38 of '662 Patent**<br>Claim 38 is similar to Claim 1, except as follows: | |
| wherein the control system responds to information from the first sensor package more often than the control system responds to information from the second sensor package. | By filtering out angular velocity signals corresponding to errors of a high-frequency nature [Col. 2, lines 47-49; Col. 8, lines 7-8], the servo control unit responds to information from the first sensor package, i.e., the centrally situated system of gyroscopes 12, more often than the control system responds to information from the second sensor package, i.e., the platform encoders 16, 17. [P. 3, 16-22, 26-30; P. 9 27-32]. |