Robert J. Lauson, Esq., SBN 175,486
bob@lauson.com
LAUSON & ASSOCIATES
880 Apollo Street, Suite 301
El Segundo, California  90245
Tel.   (310) 726-0892
Fax   (310) 726-0893
Attorneys for Plaintiff, Voice International, Inc.

Lamar Treadwell, Esq., *Pro Hac Vice*
lamar@treadewelltriallaw.com
Law Offices of Lamar D. Treadwell
1308 E. Common Street, Suite 205
New Braunfels, TX  78132
Tel: (505) 660-0602
Attorneys for Plaintiff, Voice International, Inc.

David Grober
davidgrober1@gmail.com
578 West Washington Blvd., Suite 866
Marina Del Rey, CA  90292
Tel: (310) 9510-1110
Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| **VOICE INTERNATIONAL, INC.**, a California corporation; **DAVID GROBER**, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>**OPPENHEIMER CINE RENTAL, LLC**, et al.,<br><br>    Defendants. | Case No.: 2:15-cv-08830-JAK-KS<br><br>**Plaintiffs' Notice of Unavailability of Counsel**<br><br>Status Conf. Date: Oct. 28, 2019<br>Time: 1:30 pm<br>Place: Courtroom 10B, First Street |

1       PLEASE TAKE NOTICE that Robert Lauson, patent attorney and co-counsel for Voice International, will be retiring from the practice of law and relocating to Florida as of December 15, 2019.  As such, Plaintiffs respectfully request the trial in this matter be scheduled so as to conclude before that date.  Additionally, Lamar Treadwell, co-counsel and trial attorney for Voice International, is unavailable November 26 – 29, 2019 (Thanksgiving week).

Date:  October 2, 2019           Respectfully submitted,

                                        /Robert Lauson/
                                        Robert Lauson, Esq.
                                        Attorneys for Plaintiff, Voice International

                                        /Lamar Treadwell/
                                        Lamar Treadwell, Esq.
                                        Attorneys for Plaintiff, Voice International

                                        /David Grober/
                                        David Grober,
                                        Plaintiff, Pro Se