David Grober
davidgrober1@gmail.com
578 West Washington Blvd., Suite 866
Marina Del Rey, CA 90292
Tel. (310) 951-1110

Plaintiff, Pro se

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| VOICE INTERNATIONAL, INC., a California corporation; DAVID GROBER, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>OPPENHEIMER CINE RENTAL, LLC, et al.<br><br>    Defendants | Case No.: 2:15-cv-08830-JAK(KS)<br><br>**Joint Exhibit List and Objections**<br><br>Status Conf.: Oct. 28, 2019<br>Time: 1:30 p.m.<br>Place: Courtroom 10B, First Street |

The Court, in its Order, doc. 382, pg. 4, advised counsel to confer regarding exhibits and prepare an exhibit list with non-overlapping exhibits which removes any duplicate exhibits. The parties were further directed to present their objections by grouping exhibits together by objection in a table and file same by October 15, 2019. The joint exhibit list and table of objections appear below.

**Statement By Plaintiff**

Plaintiff reached out to Defendants to confer regarding the above eight different times since Oct. 7, 2019 but did not receive any response until 2:25 pm today, Oct. 15th. Copies of email communication attempts are attached as Exhibit A. Counsel for Voice International, Bob Lauson and Lamar Alexander, were available to confer up until late morning today, but both are traveling now and unavailable. As such, Plaintiff David Grober is responding to Defendants' objections on his own as best he can.

Additionally, Plaintiffs reviewed the Federal Judicial Center's video "The Patent Process: An Overview for Jurors" (https://www.fjc.gov/publications/patent-process-overview-jurors) and believe it would be appropriate and helpful to play it at the time preliminary instructions are read to the jury that has been selected.

# Trial Exhibit List

| Ex. #[1] | Description | Stip. To Authen. | Stip. To Admiss | Date Identified | Dated Admitted |
|---|---|---|---|---|---|
| 2 | Oppenheimer Depo Ex. 2 | | | | |
| 3 | Oppenheimer Depo Ex. 3 | | | | |
| 4 | Oppenheimer Depo Ex. 4 | | | | |
| 6 | Oppenheimer Depo Ex. 6 | | | | |
| 8 | Oppenheimer Depo Ex. 8 | | | | |
| 9 | Oppenheimer Depo Ex. 9 | | | | |
| 10 | Oppenheimer Depo Ex. 10 | | | | |
| 14 | Oppenheimer Depo Ex.14 | | | | |
| 16 | Oppenheimer Depo Ex. 16 | | | | |
| 17 | Oppenheimer Depo Ex.17 | | | | |
| 18 | Oppenheimer Depo Ex.18 | | | | |
| 19 | Oppenheimer Depo Ex.19 | | | | |
| 20 | Oppenheimer Depo Ex.20 | | | | |
| 21 | Oppenheimer Depo Ex.21 | | | | |
| 22 | Oppenheimer Depo Ex.22 | | | | |
| 23 | Oppenheimer Depo Ex.23 | | | | |
| 24 | Oppenheimer Depo Ex.24 | | | | |
| 25 | Oppenheimer Depo Ex.25 | | | | |
| 26 | Oppenheimer Depo Ex.26 | | | | |
| 27 | Oppenheimer Depo Ex.27 | | | | |
| 28 | Oppenheimer Depo Ex.28 | | | | |
| 29 | Oppenheimer Depo Ex.29 | | | | |

---

[1] Exhibit #s 1-87 correspond to deposition exhibits in accordance with L.R. 16-6.1

| | | | | | |
|---|---|---|---|---|---|
| 30 | Oppenheimer Depo Ex.30 | | | | |
| 31 | Oppenheimer Depo Ex.31 | | | | |
| 32 | Oppenheimer Depo Ex.32 | | | | |
| 33 | Oppenheimer Depo Ex.33 | | | | |
| 34 | Oppenheimer Depo Ex.34 | | | | |
| 35 | Oppenheimer Depo Ex.35 | | | | |
| 36 | Oppenheimer Depo Ex.36 | | | | |
| 37 | Oppenheimer Depo Ex.37 | | | | |
| 38 | Oppenheimer Depo Ex.38 | | | | |
| 39 | Oppenheimer Depo Ex.39 | | | | |
| 40 | Oppenheimer Depo Ex.40 | | | | |
| 41 | Oppenheimer Depo Ex.41 | | | | |
| 42 | Oppenheimer Depo Ex.42 | | | | |
| 43 | Oppenheimer Depo Ex.43 | | | | |
| 44 | Oppenheimer Depo Ex.44 | | | | |
| 45 | Oppenheimer Depo Ex.45 | | | | |
| 46 | Oppenheimer Depo Ex.46 | | | | |
| 47 | Oppenheimer Depo Ex.47 | | | | |
| 48 | Oppenheimer Depo Ex.48 | | | | |
| 49 | Oppenheimer Depo Ex.49 | | | | |
| 51 | Dann Depo Ex. 51 | | | | |
| 52 | Dann Depo Ex.52 | | | | |
| 53 | Dann Depo Ex. 53 | | | | |
| 54 | Dann Depo Ex. 54 | | | | |
| 55 | Dann Depo Ex. 55 | | | | |
| 56 | Dann Depo Ex.56 | | | | |
| 57 | Dann Depo Ex. 57 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 58 | Dann Depo Ex. 58 | | | | |
| 60-1 | Dann Depo Ex.60-1 | | | | |
| 60-2 | Dann Depo Ex.60-2 | | | | |
| 62 | Dann Depo Ex. 62 | | | | |
| 63 | Dann Depo Ex.63 | | | | |
| 64 | Dann Depo Ex. 64 | | | | |
| 65 | Dann Depo Ex. 65 | | | | |
| 65-4 | Dann Depo Ex.65-4 | | | | |
| 67 | Dann Depo Ex. 67 | | | | |
| 68 | Dann Depo Ex. 68 | | | | |
| 69 | Dann Depo Ex. 69 | | | | |
| 71 | Dann Depo Ex. 71 | | | | |
| 72 | Dann Depo Ex.72 | | | | |
| 73 | Dann Depo Ex. 73 | | | | |
| 74 | Dann Depo Ex. 74 | | | | |
| 75 | Dann Depo Ex.75 | | | | |
| 76 | Dann Depo Ex. 76 | | | | |
| 77 | Dann Depo Ex. 77 | | | | |
| 78 | Dann Depo Ex. 78 | | | | |
| 79 | Dann Depo Ex. 79 | | | | |
| 80 | Dann Depo Ex. 80 | | | | |
| 86 | Dann Depo Ex. 86 | | | | |
| 87 | Dann Depo Ex. 87 | | | | |
| 88 | Certified Copy of Patent | | | | |
| 89 | TE Grober History & Awards | | | | |
| 90 | TE_DG 10909-10936-P's Damages Report-1 | | | | |
| 91 | TE_MH Transport | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 92 | TE_MPM-PH Advertising | | | | | |
| 93 | TE_VI-MPM Checks 2000-2008 DG 15182-15407 | | | | | |
| 94 | TE_VI-MPM Checks 2008-2015 DG 03266 – 3359 | | | | | |
| 95 | TE_DG 1899-1975  ST#8224 cks_77pgs | | | | | |
| 96 | TE_OPEL Invoices 2006-2010_DG 9443-9471 | | | | | |
| 97 | TE_All of Oppenheimer's Production.  00001- ~00624. | | | | | |
| 98 | TE_All of Tom Smith's TS documents. ~001-061 | | | | | |
| 99 | TE_All of Klein Sr.'s documents ~ KSR 01-43 | | | | | |
| 100 | TE_All of John Dann's documents. JD0001-0081 | | | | | |
| 101 | TE_OPELS's documents. OPEL 001-469 | | | | | |
| 102 | TE_OPEL-OPP Inv to Norway | | | | | |
| 103 | TE_FedEx Opp-SE DG 9944-9945. | | | | | |
| 104 | TE-Mako-1.  cv-08604-JZ. Dkt #'s 227,228,229,230, 233,254,255,380,381,392, 393,399,401,402,410,413 | | | | | |
| 105 | TE -Mako-2.  cv-08830-JAK Dkt #'s 55,56,65,68,69,78,85,113,118, 126,129,134,138,139,141,142, 157,159,162, 175, 201, 205,207,215,220,221,222, 228,230,249-255, 267, 268-270, 275-278, 307. | | | | | |
| 106 | TE_Klein develop MH & Purchases_178 pgs Comms & Inv. | | | | | |
| 107 | TE_CAFC Briefs_M1-Markman.pdf | | | | | |
| 108 | TE_Declarations and Discovery responses.pdf | | | | | |
| 109 | TE_DG PH develpment_drawgs comms.pdf | | | | | |
| 110 | TE_Pictures of_PH developmnt.pdf | | | | | |
| 111 | TE_PH Dev Engineers & DG with PH's.pdf | | | | | |

| | | |
|---|---|---|
| 112 | TE_SW's drawings & Ligi. 104 pgs.pdf | |
| 113 | TE_SW emails Sr-Smith+ctrcts.pdf | |
| 114 | TE_SW comms with Grober.pdf | |
| 115 | TE MH sale to TV Globo.pdf | |
| 116 | TE_Dann Discovery prdctn JD 1-81.pdf | |
| 117 | TE_MH Infr_2008-06-10 Smith Depo MH disassembly 16 min_crt seal.mp4 | |
| 118 | TE_MH Infr_2008-06-10 Smith Depo-MH Exam 1hr.m4v | |
| 119 | TE_MH Infr_2008-06-10 Smith Transcript_AM-PM+Exhbs.PDF | |
| 120 | TE_MH Infr_081120_Smith Expert report-2008 + Dkt 141-Ex2&3 Decl.pdf | |
| 121 | TE_MH Infr_180118_OP Doc 216 Court Order-MSJMotDismiss.pdf | |
| 122 | TE_MH Infr_180201_OP Doc 220-2 Exh B_InfringeContentns.pdf | |
| 123 | TE_MH Infr_MH Code from Smith.pdf | |
| 124 | TE_MH Infr_Smith Financial agremnts w Klein & Tutorial confirm.pdf | |
| 125 | TE_MH Infr_Smith's BOM-specs-pics.pdf | |
| 126 | TE_MH Pic on prodctn.pdf | |
| 127 | TE_MH use #1.pdf | |
| 128 | TE_MH Willfullness-1.pdf | |
| 129 | TE_MH Willfullness-2.pdf | |
| 130 | TE_MH-PH-Alaska.pdf | |
| 131 | TE_OPEL's Production$$-Inv-PriorArt.pdf | |
| 132 | TE_OPP Production 1-624. DG 1284 - 1898.pdf | |
| 133 | TE_PH Video #1_SOC_AMPAS_Potter, etc.mp4 | |
| 134 | TE_PH Video #2_Mammals & Hexapod.mp4 | |

| | | | | | |
|---|---|---|---|---|---|
| 135 | TE_Dann's email set where where discovered M2 rentals. | | | | |
| 136 | TE_MH-PH com clients_Du-Sop-Blu .pdf | | | | |
| 137 | TE_Klein History | | | | |
| 138 | TE_Deadliest Catch & Patent suit costs.pdf | | | | |
| 139 | TE_MH Willfullness-3.pdf | | | | |
| 140 | TE_MH Willfullness-4.pdf | | | | |
| 141 | TE_BKY docs | | | | |
| 142 | TE_M2 Ex0640 DG 16033-16042 PH Contract with DC_Leah Sadallah | | | | |
| 143 | 2013—03-25_BK Doc 16_Notice Sale, ASSET LOCATIONS, Bill of Sale to Kleins-Dann | | | | |
| 701 | 0520-1 Invalidity Contentions | | | | |
| 702 | 170703_P's Infringement Contentions Rule 11 response | | | | |
| 703 | 180514 Infringement Contentions | | | | |
| 704 | 09579723 pfh | | | | |
| 705 | 25596019--1884 | | | | |
| 706 | 60136756 | | | | |
| 707 | 90014342 pfh reex2 | | | | |
| 708 | 95000092 pfh reex1 | | | | |
| 709 | Apps dtic mil Hartmann | | | | |
| 710 | BidAssigned | | | | |
| 711 | Bos | | | | |
| 712 | Claim 4 Voice Intl | | | | |
| 713 | Claim 5 Grober | | | | |
| 714 | Description | | | | |
| 715 | Docket | | | | |
| 716 | Docket 1st lawsuit | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 717 | Duckworth | | | | |
| 718 | Figs dtk141-3 | | | | |
| 719 | Final report 9.5.2014 | | | | |
| 720 | Hartmann | | | | |
| 721 | Hollandse | | | | |
| 722 | Invalidity Contentions 031122335405 | | | | |
| 723 | Makohead video | | | | |
| 724 | Noninfringement | | | | |
| 725 | Ntrl-ntis-gov-Hartmann | | | | |
| 726 | Ntrl-ntis-gov-Wessling | | | | |
| 727 | Ntrl-ntis-gov-West | | | | |
| 728 | Ntrl-nasa-gov-Wessling | | | | |
| 729 | Ntrl-nasa-gov-west | | | | |
| 730 | Objection | | | | |
| 731 | Oceanic production register of officers | | | | |
| 732 | OL1810 | | | | |
| 733 | OPEl resolution 15Feb2015 | | | | |
| 734 | OPEL01798-03463 | | | | |
| 735 | OPEL03717-03771 | | | | |
| 736 | Order approving sale | | | | |
| 737 | Order claim grober | | | | |
| 738 | Order claim voice int'l | | | | |
| 740 | Order denying rescheduling | | | | |
| 743 | Response to motion to prevent sale | | | | |
| 744 | Restoration | | | | |
| 745 | Table.h | | | | |
| 746 | Tijsma | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 747 | TilSen40.c | | | | | |
| 748 | Tom Smith Depo trans | | | | | |
| 749 | Tom Smith Expert report | | | | | |
| 750 | Trustee Bill of Sale | | | | | |
| 751 | UF Wessling | | | | | |
| 752 | UF West | | | | | |
| 753 | US3936716 | | | | | |
| 754 | US3986092A | | | | | |
| 755 | US66115662 | | | | | |
| 756 | Voyager db erau edu Hartmann | | | | | |
| 757 | Welch | | | | | |
| 758 | Wessling | | | | | |
| 759 | West | | | | | |
| 760 | West Nasa | | | | | |
| 761 | WO9904224A1 | | | | | |
| 762 | mc53.c | | | | | |
| 763 | mc53.cod | | | | | |
| 764 | mc53.err | | | | | |
| 765 | mc53.HEX | | | | | |
| 766 | mc53.LST | | | | | |
| 767 | mc53.PJT | | | | | |
| 768 | mc53.sta | | | | | |
| 769 | mc53.SYM | | | | | |
| 770 | mc53.tre | | | | | |
| 801 | Opp 001 – 0139 | | | | | |

**Joint Objection Table**

| Objection Grounds | P's Exhibit | Def's Exhibit | Response | Ruling |
|---|---|---|---|---|
| **FRE 106** These numbered Exhibit(s) are incomplete and is inadmissible under Federal Rule of Evidence 106 unless the remainder of it is introduced. Specifically, Ex. 731 is only a partial list of directors and is therefore misleading. The complete list is Ex. 73. Ex. 750 is only 1 page of the BK Trustee Bill of Sale which is also at Ex. 62. The complete Bill of Sale is Ex. 143 | | 731, 750 | Pltf<br><br>Def<br>Both documents are complete and accurate. Ex. 731 is a complete current list of officers and directors. A complete bill of sale is attached hereto as Ex. 750. | |
| **FRE 401** These numbered Exhibit(s) are not relevant evidence as defined by Federal Rule of Evidence 401 and thus is inadmissible under Federal Rule | | 701, 707, 709, 712, 713, 715, 725, | Pltf | |

9

| | | | |
|---|---|---|---|
| of Evidence 402. | | 726, 727, 730, 737, 738, 740, 745 | Def<br>These exhibits are relevant to issues of non-infringement, invalidity, authentication of prior art, and non-willfulness. |
| **FRE 1006**<br>These Exhibits are not a proper summary and thus is inadmissible under Federal Rule of Evidence 1006. | | 701 | Pltf<br><br>701 is a proper summary of invalidity contentions. |

10

| | | | |
|---|---|---|---|
| **Other**<br>These Exhibits are not admissible for the following reasons: they are duplicative of lower numbered exhibits.<br>722 = 701<br>728 = 726<br>729 = 727<br>731 = part of 73<br>739 = 736<br>741 = 737<br>742 = 738<br>749 = 120<br>750 = 62<br>755 = 88<br>801 = 97 | | 722, 728, 729, 731, 739, 741, 742, 749, 750, 755, 801 | Pltf<br><br>Def<br>722 and 701 are different contentions. 726 and 728 are different. 729 and 727 are different. 731 is complete and current. 750 and 62 are different in arrangement. 739 will be deleted, as it is the same as 736. 749 is a part of 120. 120 is compilation of several separate documents. 741 will be deleted because it is the same as 737. 742 will be deleted because it is the same as 738. 755 is a text searchable version of the patent, which is different from 88. |

11

| | | | |
|---|---|---|---|
| **FRE 401, 403** These numbered Exhibits are not relevant evidence as defined by Federal Rule of Evidence 401 and thus are inadmissible under Federal Rule of Evidence 402 | 6, 8, 9, 18, 19, 20, 22, 25, 46, 52-58, 60, 64-67, 74-79, 86, 87, 90-96, 102-107, 109-115, 118, 119, 123-130, 133-141 | | Pltf<br><br>Please see attached Exhibit B<br><br>———<br><br>Def |
| **FRE 801, 802** These numbered Exhibits are out-of-court statements offered for their truth and therefore indamissible hearsay. | 46, 52, 53, 55, 56, 57, 60, 64-67, 74-79, 86, 87, 91-96, 103, 106, 109-115, 118, 119, 129-130, 133, 135, 136, 138, 140 | | Pltf<br><br>Please see attached Exhibit C<br><br>———<br><br>Def |

| | | | | |
|---|---|---|---|---|
| The following Exhibits are not exhibits, but rather are voluminous compilations of materials that should be separated as exhibits. | 97-101, 108, 131, 132 | | Pltf<br><br>Each of the exhibits 97-101, 131 and 132 is a set of documents produced as a group by a single person or entity. Exhibit 108 is a compilation of related documents making up one exhibit.<br><br>_____<br>Def | |

Respectively Submitted,

DATED October 15, 2019   By: /David Grober
                             David Grober
                             In Pro Per


Dated: October 15, 2019    Respectfully submitted,
                           MARK YOUNG, P.A.

                     By:  *s/Mark J. Young*
                          _____
                          MARK J. YOUNG

13