## Exhibit C

Response to attacking docs on 801, 802: These documents are from depositions, such as John Dann, or statements made by the opposing party that are now being offered against that party.   These are not out of court second hand statements. For instance,

Exhibit 53: This is an exhibit in the John Dann deposition.  It was authenticated as an invoice from Tom Smith who is OPEL and Klein's engineer and case expert. The exhibit shows two MakoHeads with Smith and to be shipped to OPEL in Summerfield Florida. This again is being offered to show the MakoHeads are not in the Bahamas, as Defendant OPEL has stated.

Exhibit 55: These are subpoened documents from Sun Trust Bank showing checks from MacGillivray Freeman Films, North Films, and Blue Sky Aerials showing rentals of the Mako Head during the Mako bankruptcy and prior to Defendants' stated incorporation of Opel and are relevant to alter ego.  These are just a sample of documents that show the Defendant's objections to the stated documents under Rules 401 and 403 are unsubstantiated.