

United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2018

| | | |
|---|---:|---:|
| 1. Total requests filed since start of *Ex Parte* reexam on 07/01/81……………………………………………………………… | 14005 | |
|     a. By patent owner | 4137 | 30% |
|     b. by other member of the public | 9825 | 70% |
|     c. By order of Commissioner | 43 | 0% |
| 2. Number of Filings by discipline | | |
|     a. Chemical Operation | 3782 | 27% |
|     b. Electrical Operation | 5270 | 38% |
|     c. Mechanical Operation | 4717 | 34% |
|     d. Design Patents | 236 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 225 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 189 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | 2018 | 189 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

| | | |
|---|---:|---:|
| 4. Number known to be in litigation………………………………………………………………………………… | 4731 | 34% |
| 5. Decisions on requests……………………………………………………………………………………… | 13178 | |
|     a. No. granted | 12042 | 91% |
|         (1) By examiner | 11891 | |
|         (2) By Director (on petition) | 151 | |
|     b. No. denied | 1136 | 9% |
|         (1) By examiner | 1089 | |
|         (2) Reexam vacated | 47 | |
| 6. Total examiner denials (includes denials reversed by Director)……………………………… | 2272 | |
|     a. Patent owner requester | 586 | 26% |
|     b. Third party requester | 1686 | 74% |
| 7. Overall reexamination pendency (Filing date to certificate issue date)....................... | | |
|     a. Average pendency | 27.7 (mos.) | |
|     b. Median pendency | 19.8 (mos.) | |

1 Total decisions on requests does not include requests that have been vacated or are pending.

data as of 9/30/2018