1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOICE INTERNATIONAL, INC., a California corporation; DAVID GROBER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>OPPENHEIMER CINE RENTAL, LLC, a Washington corporation; OPPENHEIMER CAMERA PRODUCTS, INC., a Washington corporation; MARTY OPPENHEIMER, an individual; JORDAN KLEIN, SR., an individual; JORDAN KLEIN, JR., an individual; JOHN DANN, an individual; Mako Products, an unknown entity, Oceanic Production Equipment, Ltd., a Bahamian company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-08830-JAK-KS<br><br>**FINAL JUDGMENT** |

Based on a review of the competing proposed judgments submitted by Defendants and Plaintiff, sufficient good cause has been shown to enter Defendants' proposed form of judgment. Plaintiff's allegations of litigation misconduct have not been supported by a sworn statements from one or more percipient witnesses. Thus, under Federal Rule of Civil Procedure 54(d)(1) costs may be awarded to Defendants as the prevailing parties as set forth below.

Final Judgment is hereby entered as follows:

1. In the Fourth Amended Complaint, which was filed May 20, 2019, Plaintiffs Voice International, Inc. and David Grober alleged infringement of claims 1, 3, 4, 14, 32, 35 and 38 of US Patent 6,611,662 ("the '662 Patent"). On Monday, August 23, 2021, the USPTO issued an Ex Parte Reexamination Certificate canceling claims 1, 3, 4, 14, 32, 35 and 38 of the '662 Patent. In view of the cancellation, by agreement of the parties, all claims asserted in this action were dismissed with prejudice on September 10, 2021.

2. On September 10, 2021, the Court ordered the parties to file any motion for an award of attorney fees within thirty (30) days. On July 13, 2022, the Court denied the only motion for an award of attorney fees, which was filed by Defendants Oppenheimer Cine Rental, LLC; Oppenheimer Camera Products, Inc.; and Marty Oppenheimer.

3. Each Defendant, Oppenheimer Cine Rental, LLC; Oppenheimer Camera Products, Inc.; Marty Oppenheimer; Jordan Klein, Sr. and Oceanic Production Equipment, Ltd., is a "prevailing party" in this action under Fed. R. Civ. P. 54(d)(1), and is entitled to an award of costs in an amount to be determined by the Clerk. Each Defendant may file and serve its Notice of Application and Bill

of Costs pursuant to Local Rule 54-3 no later than 14 days after entry of this Final Judgment.

IT IS SO ORDERED.

Dated: August 12, 2022

_____
John A. Kronstadt
United States District Judge